# EXHIBIT E

**Katherine R. Rist**
Foley & Lardner LLP
150 E. Gilman Street
Madison, WI 53703
Tel: 608.258.4317
Email: krist@foley.com

**From:** Elliott, Michael <michael.elliott@edgewoodhs.org>
**Sent:** Friday, November 2, 2018 10:29 AM
**To:** Rist, Katherine R. <KRist@foley.com>
**Subject:** Fwd: Edgewood Highschool Athletic Field Use and the Adopted Master Plan

Katie

Here is the email from Matt.

Mike

---------- Forwarded message ---------
**From: Tucker, Matthew** <MTucker@cityofmadison.com>
Date: Fri, Oct 26, 2018 at 11:32 AM
Subject: Edgewood Highschool Athletic Field Use and the Adopted Master Plan
To: Brian Munson <bmunson@vandewalle.com>, Elliott, Michael <michael.elliott@edgewoodhs.org>
Cc: Parks, Timothy <TParks@cityofmadison.com>, Stouder, Heather <HStouder@cityofmadison.com>, Arntsen, Allen <district13@cityofmadison.com>

Brian, Mike- The purpose of this message is to follow-up on our conversation earlier this week about the current usage of the athletic field, as that use relates to the adopted master plan for the Edgewood campus.

After the neighborhood meeting of Wednesday October 17, I became aware of the extensive use of the athletic field at the northwest corner of the site. I also closely reviewed the adopted Master Plan, to determine how language in the master plan relates to the athletic field usage. Specifically, in the "Open Space Plan" (section 3.8) the approve master plan identifies the athletics field to be used for "team practices, physical education practices." The lack of any further language in this section, or any other language in sections of the adopted Master Plan, leads me to the interpretation that current programing and usage of the field is operating outside of the allowances of the adopted Master Plan.

If you wish to continue the current level of programming on the field for 2019 and beyond, I believe that you will need to pursue an amendment to the approved Master Plan. I would be happy to talk with you, Alder Arntsen, and the neighborhood liaison committee, should you choose to explore a Master Plan amendment to expand the use of the athletic field. If you decide to continue with the current idea for a stadium expansion at the athletic field, you will also need to include language in this amendment that would incorporate allowing the current level of usage of the field to be allowable and continue.

The master plan does include some language contemplating future needs for the institution and its users. In the "Future Needs of Campus Institutions" (section 3.1) subsection on Athletics, reference is made to the lack of athletics and fitness space and to the difficulty of obtaining sites for off-campus and on-campus recreation. This section includes the language that "Multiple solutions, both on-and off-campus, will be necessary to meet these needs." This language does not explore the broader neighborhood or community needs that Edgewood appears to be attempting to address with the usage of the athletic field, however, the absence of reference to the broader community would not prohibit the broader discussion on expanded use of the facility for other community users from taking place.

Let me know if you have any questions.

**Matt Tucker**

Zoning Administrator

Building Inspection Division



**215 Martin Luther King jr Blvd. STE 017**

Madison, Wisconsin  53701-2984

Telephone:  608 266 4569

Email: mtucker@cityofmadison.com

www.cityofmadison.com/bi

--
Michael Elliott
President
Edgewood High School of the Sacred Heart
2219 Monroe St. Madison, WI 53711
(608) 257-1023 x 103
edgewoodhs.org  |  facebook.com/EdgewoodHS

The preceding email message may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

---

This e-mail and any attachments may contain privileged or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, distribution, dissemination or action taken in relation to the contents of this e-mail and any of its attachments is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original e-mail and destroy any copies or printouts of this e-mail as well as any attachments. To the extent representations are made herein concerning matters of a client of the firm, be advised that such representations are not those of the client and do not purport to bind them.