# EXHIBIT G

AJK            Page 1            CB2019-091-02749

From: Building Inspection Division
215 Martin Luther King Jr. Blvd.
P.O. Box 2984
Madison, Wisconsin 53701-2984

# City of Madison
## OFFICIAL NOTICE

Notice: An inspection discloses that certain sections of the City Ordinances are being violated.

**Property Located At:**
2219 MONROE STREET

**OWNER:**
EDGEWOOD HIGH SCHOOL OF
THE SACRED HEART
2219 MONROE ST
MADISON WI 53711

| Item No. | Violating Section No. | CORRECTIONS REQUIRED |
|---|---|---|
| | | **COMPLAINT** |
| 1. | 28.097 | On 3/27/19, 3/29/19, 4/2/19, 4/16/19, 4/23/19, 4/30/19, and 5/7/19 our office observed athletic contests taking place on the athletic field at 2219 Monroe Street. Discontinue holding athletic contests on the athletic field at 2219 Monroe Street.<br><br>The Campus Master Plan states that the athletic field is used for team practices and physical education classes. The Master Plan can be amended pursuant to MGO 28.097(10). Edgewood could accomplish this by proceeding with the Campus Master Plan amendment application currently on file with the Planning Division. |
| | | Compliance with the above cited sections of the municipal code shall be on a continuous basis. |

This notice does not start any legal action. However, if the violations are not corrected by the due date listed below, the Building Inspection Division may issue citation(s), and/or refer the situation to the City Attorney's Office.

The Building Inspection Division is willing to answer questions pertaining to this official notice in order to assist you in correcting the violations. If you have questions or problems, it is important to contact me before the due date at the number listed below.

***

**THE MADISON GENERAL ORDINANCES REQUIRE THAT A FEE OF $75.00 BE CHARGED FOR REINSPECTIONS THAT DO NOT RESULT IN FULL COMPLIANCE, INCLUDING REINSPECTIONS RESULTING IN AN EXTENDED DUE DATE. ATTEMPTED REINSPECTIONS (NO ENTRY) ARE BILLED AT $35.00 EACH.**

***

The inspector can be reached by phone at 608-266-4560 or by email at jmoskowitz@cityofmadison.com
Inspected by: Jacob Moskowitz     On: 5-7-2019     Date Issued: 5-15-2019
The violations shall be corrected on or before: May 22, 2019

Code Enforcement Officer: _____

Any person violating any provision of the City Ordinances enforced by the Building Inspection Division is subject to the penalties provided by the appropriate Ordinance violated. ALL APPLICATIONS FOR APPEAL OF CHAPTERS 17, 18, 19, 27, 28, 29, 30 and 31 SHALL BE SUBMITTED TO THE BUILDING INSPECTION DIRECTOR IN WRITING WITHIN FIFTEEN (15) DAYS OF POSTMARK ON OFFICIAL NOTICE ENVELOPE. Appeal information may be obtained by calling 266-4551.