# EXHIBIT J



# City of Madison Site Plan Verification

**PROJECT:** LNDSPR-2019-00020    **Address:** 2219 Monroe ST    **Current Revision #:** 0

| | |
|---|---|
| **Submitted by:** | Forward Electric |
| **Contact:** | Jennifer Luhman<br>(608) 221-1945<br>jennifer@forwardelectric.com |
| **Project Type:** | Permitted Use Site Plan Review |
| **Description:** | Lighting Edgewood activity field |
| **Status:** | Closed |
| **Revision History:** | 0 |

| Review | Status | Reviewer | Reviewed |
|---|---|---|---|
| Lighting Review | Approved | Steve Rewey | Feb 27 2019 |
| Zoning Review | Approved | Christina Thiele | Mar  1 2019 |

## ZONING

**Supplement Accepted**    **Comment Date:** 02/26/2019

Per Section 28.186(4)(b), the property owner or operator is required to bring the property into compliance with all elements of the approved site plans by the date established by the Zoning Administrator as part of the site and building plan approval. Work with Zoning staff to establish a final site compliance date.

*Applicant provided the date December 31st, 2019**

# Edgewood High School Of Sacred Heart SO
Madison, WI

## Lighting System

### Pole & Fixture Summary

| Pole ID | Pole Height | Mtg Height | Fixture Qty |
|---|---|---|---|
| F1-F2 | 60' | 80' | 8 |
|  |  | 15' | 2 |
|  |  | 50' | 1 |
| F3-F4 | 60' | 80' | 8 |
|  |  | 15' | 2 |
|  |  |  | 42 |

### Circuit Summary

| Circuit | Description | Load | Luminaire Type | Fixture Qty | Load | Circuit |
|---|---|---|---|---|---|---|
| A | Football | 43.7 kW | TLC-LED-1150 | 8 | 9.20 kW | A |
|  |  |  | TLC-BT-575 | 2 | 1.15 kW | A |
|  |  |  | TLC-LED-1150 | 1 | 1.15 kW | A |
|  |  |  | TLC-LED-1150 | 8 | 9.20 kW | A |
|  |  |  | TLC-BT-575 | 2 | 1.15 kW | A |
|  |  |  |  |  | 43.70 kW |  |

### Fixture Type Summary

| Type | Source | Wattage | Lumens | L90 | L80 | L70 | Quantity |
|---|---|---|---|---|---|---|---|
| TLC-BT-575 | LED 5700K - 75 CRI | 575W | 52,000 | >81,000 | >81,000 | >81,000 | 8 |
| TLC-LED-1150 | LED 5700K - 75 CRI | 1150W | 121,000 | >81,000 | >81,000 | >81,000 | 34 |

## Light Level Summary

### Calculation Grid Summary

| Grid Name | Calculation Metric | Avg | Min | Max | Max/Min | Avg/Min | Circuits | Fixture Qty |
|---|---|---|---|---|---|---|---|---|
| Blanket Grid | Horizontal | 6.25 | 0 | 47 | 0.00 |  | A | 42 |
| Bleachers | Horizontal | 14.2 | 11 | 20 | 1.77 | 1.29 | A | 42 |
| Football | Horizontal Illuminance | 32 | 26 | 45 | 1.75 | 1.23 | A | 42 |
| Property Line | Horizontal | 0.03 | 0 | 0.23 | 26/7332.00 |  | A | 42 |
| Soccer | Horizontal Illuminance | 32.6 | 25 | 46 | 1.81 | 1.25 | A | 42 |
| Track | Horizontal Illuminance | 8.76 | 1 | 18 | 29.34 | 8.76 | A | 42 |

ENGINEERED DESIGN By: Connor Ramstead • File #1722583D • 21-Feb-19



SITE PLAN APPROVAL
(MGO 28.186)

Address 2219 Monroe St.
Permit # ZNDSPR-2019-00020
Date Submitted 2/22/19
Original _____ Revision # _____
Final Approval Date 3/1/19
Signature _____
Zoning Department, City of Madison

From Hometown to Professional

musco
We Make It Happen

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. ©1981, 2019 Musco Sports Lighting, LLC.

PROJECT SUMMARY