# EXHIBIT M



Reinhart Boerner Van Deuren s.c.
P.O. Box 2018
Madison, WI 53701-2018

22 East Mifflin Street
Suite 700
Madison, WI 53703

Telephone: 608.229.2200
Fax: 608.229.2100
reinhartlaw.com

September 30, 2019

Nathan J. Wautier
Direct Dial: 608-229-2249
nwautier@reinhartlaw.com

HAND DELIVERED

Permit Counter
Department of Planning and Community and
Economic Development
215 Martin Luther King Jr. Blvd.
Madison, WI 53703

To Whom It May Concern:

On behalf of Edgewood High School of the Sacred Heart, attached please find an application ("Alternative Application") for outdoor lighting in compliance with City of Madison Ordinance Section 10.085 "Outdoor Lighting." The Alternative Application makes three revisions to an approved application for the same address submitted on or about February 22, 2019 (the "Existing Approved Application"). The revisions lower the height of the four light poles from 80 feet to 68 feet, reduce the foot candle illumination intensity, and remove "punt" lighting.

The Alternative Application is being submitted because an electrical permit for installation of lights from the City pursuant to the Existing Approved Application has not been issued. As a reminder, the Existing Approved Application is identical to an application submitted and used to issue twelve 80 foot light poles with "punt" lighting at James Madison Memorial High School in 2018.

Regardless, if the City intends to continue to withhold an electrical permit under the Existing Approved Application, please use the attached Alternative Application to issue an electrical permit allowing Edgewood to install outdoor lighting in full compliance with City of Madison Ordinance Section 10.085 "Outdoor Lighting."

Best regards,

REINHART BOERNER VAN DEUREN s.c.

Nathan J. Wautier

Milwaukee, WI · Madison, WI · Waukesha, WI · Chicago, IL · Rockford, IL · Minneapolis, MN · Denver, CO · Phoenix, AZ
42388769