# EXHIBIT P



# City of Madison

City of Madison
Madison, WI 53703
www.cityofmadison.com

## Meeting Minutes - Approved
## PLAN COMMISSION

*This meeting may be viewed LIVE on Charter Spectrum Channel 994, AT&T U-Verse Channel 99 or at www.madisoncitychannel.tv.*

| Monday, May 11, 2020 | 5:30 PM | **Via Virtual Meeting** |
|---|---|---|

**Some or all of the members of the body, or members of the public, may participate in the meeting remotely by teleconference or videoconference.**

### CALL TO ORDER/ROLL CALL

**The meeting was called to order at 5:30 p.m.**

**Present:** 10 - Lindsay Lemmer; Patrick W. Heck; Marsha A. Rummel; Ledell Zellers; Kathleen L. Spencer; Jason S. Hagenow; Eric W. Sundquist; Nicole A. Solheim; Bradley A. Cantrell and Keetra S. Burnette

**Excused:** 1 - Andrew J. Statz

Zellers was chair for this meeting.

Staff present: Heather Stouder, Kevin Firchow and Tim Parks, Planning Division; Matt Tucker, Zoning Administrator; John Strange, Assistant City Attorney.

Alders present: Ald. Barbara Harrington-McKinney, Dist. 1; Ald. Donna Moreland, Dist. 7; Ald. Paul Skidmore, Dist.9; Ald. Zachary Henak, Dist. 10; Ald. Arvina Martin, Dist. 11; Ald. Tag Evers, Dist. 13; Ald. Keith Furman, Dist. 19.

### PUBLIC COMMENT

1. **60306** Plan Commission Public Comment Period

   There were no registrants for Public Comment

### COMMUNICATIONS, DISCLOSURES AND RECUSALS

Ald. Lemmer disclosed that she is a graduate of Edgewood High School, but that she did not feel that would affect her ability to consider Item 16.

Solheim recused herself from consideration of Item 4, and disclosed that she is neighbors with the applicants for Item 15, but that she did not feel that would affect her ability to consider the item.

Sundquist and Ald. Heck disclosed that they were both employees of the University of Wisconsin-Madison, but that their association would not affect their ability to consider Items 2 and 3.

Spencer disclosed that she was employee at the Hill Farms State Office Building adjacent to the sites for Items 8 and 9, but that she did not feel that would affect her ability to consider those items.

### MINUTES OF THE APRIL 27, 2020 REGULAR MEETING

**A motion was made by Cantrell, seconded by Hagenow, to Approve the Minutes. The motion passed by voice vote/other.**

| PLAN COMMISSION | Meeting Minutes - Approved | May 11, 2020 |
|---|---|---|

## SCHEDULE OF MEETINGS

Regular Meetings: May 18 and June 8, 29, 2020

Special Working Session: June 18, 2020 virtual meeting; 5:00-8:00 p.m.

## PUBLIC HEARING-5:45 p.m.

Note: Public Hearing items may be called at any time after the beginning of the public hearing. Those wishing to speak on an item must fill out a registration slip and give it to the Secretary. The Plan Commission uses a consent agenda, which means that the Commission can consider any item at 5:45 p.m. where there are no registrants wishing to speak in opposition regardless of its placement on the agenda.

### Zoning Map Amendments & Related Requests

**2.**  **59133**  Creating Section 28.022 -- 00419 of the Madison General Ordinances to change the zoning of property located at 935 West Johnson Street, 8th Aldermanic District, from TR-U2 Traditional Residential - Urban District 2) District to CI (Campus Institutional) District.

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and recommended approval of the zoning map amendment (ID 59133) and approved the demolition permit (ID 59810) subject to the comments and conditions in the Plan Commission materials. The motion to recommend approval passed on the following 7-1 vote: AYE: Ald. Heck, Ald. Lemmer, Bradley, Hagenow, Solheim, Spencer, Sundquist; NAY: Ald. Rummel; NON-VOTING: Zellers, Burnette; EXCUSED: Statz.

**A motion was made by Cantrell, seconded by Sundquist, to RECOMMEND TO COUNCIL TO ADOPT WITH CONDITIONS - RECESSED PUBLIC HEARING. The motion passed by voice vote/other.**

Ayes: 7 - Lindsay Lemmer; Patrick W. Heck; Kathleen L. Spencer; Jason S. Hagenow; Eric W. Sundquist; Nicole A. Solheim and Bradley A. Cantrell

Noes: 1 - Marsha A. Rummel

Excused: 1 - Andrew J. Statz

Non Voting: 2 - Ledell Zellers and Keetra S. Burnette

**3.**  **59810**  935 W Johnson Street, 8th Ald. Dist.: Consideration of a demolition permit to demolish a single-family residence to accommodate a future University of Wisconsin-Madison academic building.

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and recommended approval of the zoning map amendment (ID 59133) and approved the demolition permit (ID 59810) subject to the comments and conditions in the Plan Commission materials. The motion to approve passed on the following 7-1 vote: AYE: Ald. Heck, Ald. Lemmer, Bradley, Hagenow, Solheim, Spencer, Sundquist; NAY: Ald. Rummel; NON-VOTING: Zellers, Burnette; EXCUSED: Statz.

**A motion was made by Cantrell, seconded by Sundquist, to Approve. The motion passed by the following vote:**

Ayes: 7 - Lindsay Lemmer; Patrick W. Heck; Kathleen L. Spencer; Jason S. Hagenow; Eric W. Sundquist; Nicole A. Solheim and Bradley A. Cantrell

Noes: 1 - Marsha A. Rummel

| PLAN COMMISSION | Meeting Minutes - Approved | May 11, 2020 |
|---|---|---|

**Excused:** 1 - Andrew J. Statz

**Non Voting:** 2 - Ledell Zellers and Keetra S. Burnette

The following were registered on Items 2 and 3, which were considered together:

Speaking in support of the requests was Gary Brown, University of Wisconsin-Madison Facilities Planning and Management, 30 N Mills Street, the applicant.

Registered in support but not wishing to speak was Aaron Williams, University of Wisconsin-Madison Facilities Planning and Management, 30 N Mills Street.

**4.    59856**    Creating Section 28.022 -- 00434 of the Madison General Ordinances to change the zoning of property located at 2524 Winnebago Street, 6th Aldermanic District, from PD (SIP) Planned Development (Specific Implementation Plan) District to Amended PD (SIP) Amended Planned Development (Specific Implementation Plan) District.

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and recommended approval of the Specific Implementation Plan subject to the comments and conditions in the Plan Commission materials. The motion to recommend approval passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Lemmer, to RECOMMEND TO COUNCIL TO ADOPT WITH CONDITIONS - PUBLIC HEARING. The motion passed by voice vote/other.**

Registered in support of the proposed development and available to answer questions were: Ted Matkom, Gorman & Company, 200 N Main Street, Oregon, the applicant; Justin Frahm, JSD Professional Services, Inc., 7402 Stone Ridge Drive, Weston, and Jason Korb, 648 N Plankinton Street, Suite 240, Milwaukee, both representing the applicant; and Chris McCahill, 18 Anzinger Court.

**5.    60084**    Creating Section 28.022 - 00435 of the Madison General Ordinances to amend a Planned Development District at properties located at 4000-4088 Felland Road, 17th Aldermanic District, to approve an Amended General Development Plan, and creating Section 28.022 - 00436 to amend a Planned Development District to approve a Specific Implementation Plan.

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and recommended approval of the Amended General Development Plan and Specific Implementation Plan subject to the comments and conditions in the Plan Commission materials.The motion to recommend approval passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Lemmer, to RECOMMEND TO COUNCIL TO ADOPT WITH CONDITIONS - PUBLIC HEARING. The motion passed by voice vote/other.**

Registered in support of the proposed development and available to answer questions were Jim Hess, 437 S Yellowstone Drive, Suite 201, and Jerry Bourquin, Dimension IV Architects, 6515 Grand Teton Plaza, Suite 120.

Registered in support but not wishing to speak was Maddie Kachel, 2992 Rothmore Lane.

Registered in opposition but not wishing to speak was Kelsey Ramirez, 4018 Felland Road.

**6.    60089**    Creating Section 28.022 -- 00438 of the Madison General Ordinances to change the zoning of  properties located at 3040-3046 Commercial Avenue and 701 McCormick Avenue, 12th Aldermanic District, from SR-V1 (Suburban Residential-Varied 1) District to SR-V2 (Suburban Residential - Varied 2) District.

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and recommended approval of the zoning map amendment (ID 60089) and approved the demolition permit

| PLAN COMMISSION | Meeting Minutes - Approved | May 11, 2020 |
|---|---|---|

and conditional use (ID 59689) subject to the comments and conditions in the Plan Commission materials. The motion to recommend approval passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Lemmer, to RECOMMEND TO COUNCIL TO ADOPT WITH CONDITIONS - PUBLIC HEARING. The motion passed by voice vote/other.**

| 7. | 59689 | 701 McCormick Avenue and 3040-3046 Commercial Avenue, 12th Ald. Dist.: Consideration of a demolition permit to demolish a single-family residence; consideration of a conditional use in the [Proposed] Suburban Residential-Varied 2 (SR-V2) District for a multi-family dwelling with four units; consideration of a conditional use in the SR-V2 District for a multi-family dwelling with between five (5) and eight (8) units; consideration of a conditional use in the SR-V2 District to construct accessory buildings exceeding ten percent (10%) of lot area,and consideration of a major alteration to a conditional use-residential building complex in the SR-V2 District, all to allow construct an additional four-unit apartment building and three eight-unit apartment buildings in an existing multi-family complex. |
|---|---|---|

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and recommended approval of the zoning map amendment (ID 60089) and approved the demolition permit and conditional use (ID 59689) subject to the comments and conditions in the Plan Commission materials. The motion to approve passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Lemmer, to Approve. The motion passed by voice vote/other.**

Registered in support of Items 6 and 7, which were considered together, and available to answer questions was the applicant, Gregg Shimanski, Augusta Realty, 1609 Monroe Street.

Registered in support but not wishing to speak were: Paul Cuta, CaS4 Architecture, 4414 Regent Street, Suite 102; Lucas Roe, Reinhart, Boerner, Van Deuren, SC, 22 E Mifflin Street, Suite 700; and Peter Fortlage, Burse Surveying & Engineering, 2801 International Lane, Suite 101, all representing the applicant.

| 8. | 60242 | Creating Section 28.022 -- 00440 of the Madison General Ordinances to change the zoning at property located at 4728 Sheboygan Avenue, 11th Aldermanic District, from PD (GDP) Planned Development (General Development Plan) District to PD (SIP) Planned Development (Specific Implementation Plan) District. |
|---|---|---|

On a motion by Sundquist, seconded by Cantrell, the Plan Commission recommended referral of the Specific Implementation Plan to June 8, 2020 (June 16, 2020 Common Council) to allow the applicant work with staff to revise the Transportation Demand Management Plan (TDMP) to specify what the 30% non-motorized mode split means and understand what the enforcement mechanisms for the development will be if the trip reduction goals of the TDMP are not met. The motion recommended that the TDMP be referred to the Transportation Policy and Planning Board or Transportation Commission, whichever is meeting sooner, for their review and comment. The motion to refer also asked that the developer to incorporate sustainability measures into the project consistent with the Statement of Purpose for the Planned Development zoning district. The motion to recommend referral passed by voice vote/ other.

**A motion was made by Sundquist, seconded by Cantrell, to RECOMMEND TO COUNCIL TO RE-REFER - PUBLIC HEARING to the PLAN COMMISSION and should be returned by June 8, 2020. The motion passed by voice vote/other.**

Speaking in support of the proposed Specific Implementation Plan were Sean Roberts, Summit Smith Development, 241 N Broadway, Suite 400, Milwaukee, the applicant; Kevin Yeska, JSD Professional Services, Inc., 161 Horizon Drive, Suite 101, Verona, representing the applicant; Barry Orton, 4718 Lafayette Drive, and; Michael Lawton, 6 S Eau Claire Avenue, representing the University Hill Farms Neighborhood Association.

| PLAN COMMISSION | Meeting Minutes - Approved | May 11, 2020 |
|---|---|---|

Speaking in opposition to the proposed Specific Implementation Plan was Gary Peterson, 210 Marinette Trail.

Registered in support and available to answer questions was Shawn Zimny, Gilbane Development Company, 225 W Wacker Drive, Suite 2160, Chicago, Illinois.

9. 60243    Creating Section 28.022 -- 00439 of the Madison General Ordinances to change the zoning at property located at 702 Gardener Road, 11th Aldermanic District, from PD (GDP) Planned Development (General Development Plan) District to PD (SIP) Planned Development (Specific Implementation Plan) District

On a motion by Sundquist, seconded by Cantrell, the Plan Commission recommended referral of the Specific Implementation Plan to June 8, 2020 (June 16, 2020 Common Council) to allow the applicant work with staff to revise the Transportation Demand Management Plan (TDMP) to specify what the 30% non-motorized mode split means and understand what the enforcement mechanisms for the development will be if the trip reduction goals of the TDMP are not met. The motion recommended that the TDMP be referred to the Transportation Policy and Planning Board or Transportation Commission, whichever is meeting sooner, for their review and comment. The motion to refer also asked that the developer to incorporate sustainability measures into the project consistent with the Statement of Purpose for the Planned Development zoning district, including the addition of bird-friendly glass for the lower floors of the proposed building. The motion to recommend referral passed by voice vote/ other.

**A motion was made by Sundquist, seconded by Cantrell, to RECOMMEND TO COUNCIL TO RE-REFER - PUBLIC HEARING to the PLAN COMMISSION and should be returned by June 8, 2020. The motion passed by voice vote/other.**

Speaking in support of the proposed Specific Implementation Plan were Sean Roberts, Summit Smith Development, 241 N Broadway, Suite 400, Milwaukee, the applicant; Craig Pryde, KTGY Group, Inc. Architects, 217 N. Jefferson Street, Suite 400, Chicago, Illinois, representing the applicant, and; Michael Lawton, 6 S Eau Claire Avenue, representing the University Hill Farms Neighborhood Association.

Registered in support and available to answer questions was Shawn Zimny, Gilbane Development Company, 225 W Wacker Drive, Suite 2160, Chicago, Illinois.

### Conditional Use & Demolition Permits

10. 59537    3817 Milwaukee Street, 15th Ald. Dist.: Consideration of a demolition permit to demolish an auto service station, convenience store, restaurant, and car wash; consideration of a conditional use in the Commercial Center (CC) District for an auto service station and convenience store; consideration of a conditional use in the CC District for a car wash; and consideration of a conditional use for development adjacent to a public park (Eastmorland Park), all to allow an existing auto service station/convenience store, restaurant, and car wash to be razed, and for a new auto service station/convenience store, and car wash to be built as part of a planned multi-use site.

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and approved the demolition permit and conditional use subject to the comments and conditions in the Plan Commission materials. The motion to approve passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Lemmer, to Approve. The motion passed by voice vote/other.**

Registered in support of the proposed development and available to answer questions were: Andrew Stasiukevicius and Paul McIlheran, 16745 W Bluemound Road, Brookfield, and Phillip Weightman, 5972 Executive Drive, Suite 100, Madison, all representing Woodmans Food Markets, the applicant, and; Luke Haas, 221 S 2nd Street, Milwaukee.

| PLAN COMMISSION | Meeting Minutes - Approved | May 11, 2020 |

**11.** 59543     1109-1123 S Park Street; 13th Ald. Dist.: Consideration of a demolition permit to demolish four commercial buildings; consideration of a conditional use to construct a building with over 24 dwelling units in the Traditional Shopping Street (TSS) District; consideration of a conditional use for a building exceeding 25,000 square feet of floor area for a mixed-use or multi-tenant building in the TSS District; consideration of a conditional use for a building in the TSS District exceeding 40 feet in height; consideration of a conditional use for a building in the TSS District with non-residential uses occupying less than 75-percent of the ground-floor frontage facing the primary street, including frontage at a street corner; and consideration of a conditional use for a building in the TSS District with non-residential uses constituting less than 75-percent of the building's ground-floor area, all to allow construction of a three-story mixed-use building with 2,600 square feet of commercial space and 44 apartments.

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and approved the demolition permit and conditional use subject to the comments and conditions in the Plan Commission materials. The motion to approve passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Lemmer, to Approve. The motion passed by voice vote/other.**

Registered in support of the proposed development and available to answer questions were: Randy Christianson and David Diamond, Walter Wayne Development, LLC and and Madison Regional Development Corporation, LLC, 702 N High Point Road, the applicants, and; Kevin Burow, Knothe Bruce Architects, 7601 University Avenue, Suite 201, Middleton, representing the applicants.

Registered in support but not wishing to speak was Jim Winkle, 813 Emerson Street.

**12.** 59933     5567 Odana Road, 19th Ald. Dist.: Consideration of a demolition permit to demolish a bank; consideration of a conditional use in the Commercial Corridor-Transitional (CC-T) zoning district for multi-family dwellings with eight (8) or more units; consideration of a conditional use to construct a mixed-use building with greater than 24 dwelling units in the CC-T District; consideration of a conditional use for a multi-tenant building in the CC-T District exceeding 40,000 square feet floor area; consideration of a conditional use in the CC-T District for a mixed-use building with less than 75% non-residential ground floor area, all to construct a five-story mixed-use building with 3,500 square feet of commercial space and 79 apartments.

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and approved the demolition permit and conditional use subject to the comments and conditions in the Plan Commission materials. The motion to approve passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Lemmer, to Approve. The motion passed by voice vote/other.**

Registered in support of the proposed development and available to answer questions were: Lance McGrath and Michael Metzger, McGrath Property Group, 730 Williamson Street, the applicants; Sixto Villegas, 311 E Chicago Street, Suite 240, Milwaukee; Jennifer Camp, JLA Architects, 3001 Midnight Sun Drive, Sun Prairie, and; Spencer Christiansen and Matt Schreiner, Vierbicher Associates Inc, 999 Fourier Drive, Suite 201.

Registered in support but not wishing to speak was Taylor McGrath, McGrath Property Group, 730 Williamson Street

| PLAN COMMISSION | Meeting Minutes - Approved | May 11, 2020 |

| | | |
|---|---|---|
| 13. | 59934 | 6104-6204 Driscoll Drive, 3rd Ald. Dist.: Consideration of a conditional use-residential building complex in the Traditional Residential-Planned District (TR-P) zoning to construct twelve (12) two-family twin home dwellings (24 total units). |

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and approved the conditional use subject to the comments and conditions in the Plan Commission materials. The motion to approve passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Lemmer, to Approve. The motion passed by voice vote/other.**

Registered in support of the proposed development was Brian Munson, Vandewalle & Associates, 120 E Lakeside Street, representing the applicant, Veridian Homes.

Registered in support but not wishing to speak was Grace Dahlen, 2881 Maple Wood Court, Fitchburg.

| | | |
|---|---|---|
| 14. | 59935 | 601 Bay View, 13th Ald. Dist.: Consideration of a demolition permit to demolish a community center and five residential buildings containing 102 dwelling units; consideration of a conditional use in the Traditional Residential-Urban 1 (TR-U1) District for a multi-family dwelling with greater than (8) units; consideration of a conditional use in the TR-U1 District for a residential building complex, and; consideration of a conditional use in the TR-U1 District for a recreational/ community/ neighborhood center, all to allow construction of a residential building complex with 57 townhouse units in eight buildings, two apartment buildings containing 73 total units, and a new community center. |

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and approved the demolition permit and conditional use subject to the comments and conditions in the Plan Commission materials. The motion to approve passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Lemmer, to Approve. The motion passed by voice vote/other.**

Registered in support of the proposed development and available to answer questions were: Alexis London, 1825 Melrose Street, representing the applicant, the Bayview Foundation; Scott Kwiecinski, Horizon Development Group, Inc., 5201 East Terrace Drive, Suite 300; Stephanie Farrell, 4001 Chippewa Drive; Kevin Burow, Knothe Bruce Architects, 7601 University Avenue, Suite 201, Middleton, representing the Bayview Foundation; Chris Socha, 4465 N Cramer Street, Shorewood, and; Shane Bernau, SmithGroup, 44 E Mifflin Street.

Registered in opposition to the proposed development but not wishing to speak was Torrey Jaeckle, 4001 Chippewa Drive.

| | | |
|---|---|---|
| 15. | 60002 | 1934 West Lawn Avenue; 13th Ald. Dist.: Consideration of a conditional use in the Traditional Residential-Consistent 3 (TR-C3) District to construct accessory building exceeding ten percent (10%) of lot area, and; consideration of a conditional use in the TR-C3 District for an accessory dwelling unit, all to allow construction of an accessory building containing a garage and an accessory dwelling unit. |

On a motion by Cantrell, seconded by Ald. Lemmer, the Plan Commission found the standards met and approved the conditional use subject to the comments and conditions in the Plan Commission materials. The motion to approve passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Lemmer, to Approve. The motion passed by voice vote/other.**

Registered in support of the request and available to answer questions was the applicant, Andrew Foxwell, 1934 West Lawn Avenue.

| PLAN COMMISSION | Meeting Minutes - Approved | May 11, 2020 |
|---|---|---|

**16.    60001**     2219 Monroe Street, 13th Ald. Dist.: Consideration of a conditional use in a Campus-Institutional (CI) District without a campus master plan for the establishment, improvement, or modification of a secondary use occurring outside of an enclosed building, to allow installation of lights for the stadium at Edgewood High School ("Goodman Athletic Complex").

On a motion by Cantrell, seconded by Hagenow, the Plan Commission found the standards were not met and placed the conditional use on file without prejudice. The Plan Commission could not find standard #3 met, finding that the lights would have a substantial negative impact on the uses, values, and enjoyment of surrounding properties, and that no evidence was submitted by the applicant that there would not be negative impacts on the lighted use of the field, and no mitigating measures proposed to limit those impacts (noise barriers, limit on events, etc.).

Members indicated that they would be open to considering the request again if some redress of the noise impacts was presented by the applicant, including improved engagement with the neighborhoods and a limit to the number of games with lights.

The motion to place on file without prejudice passed on the following 7-1 vote: AYE: Ald. Heck, Ald. Rummel, Cantrell, Hagenow, Solheim, Spencer, Sundquist; NAY: Ald. Lemmer; NON-VOTING: Zellers, Burnette; EXCUSED: Statz.

**A motion was made by Cantrell, seconded by Hagenow, to Place On File Without Prejudice. The motion passed by the following vote:**

| Ayes: | 7 - | Patrick W. Heck; Marsha A. Rummel; Kathleen L. Spencer; Jason S. Hagenow; Eric W. Sundquist; Nicole A. Solheim and Bradley A. Cantrell |
|---|---|---|
| Noes: | 1 - | Lindsay Lemmer |
| Excused: | 1 - | Andrew J. Statz |
| Non Voting: | 2 - | Ledell Zellers and Keetra S. Burnette |

There were approximately 940 registrants on Item 16. A final list of registrants on this item has been attached to the legislative file, ID 60001 as "Registrants (Final)_Item 16 (60001).pdf."

## BUSINESS BY MEMBERS

There was no business by members.

## SECRETARY'S REPORT

Heather Stouder summarized the upcoming matters for the Commission.

### - Upcoming Matters - May 18, 2020

- Comprehensive Plan Annual Report
- Revised MGO Chapter 37, Stormwater Management System and Erosion Control Ordinance
- 8110-8134 Mid Town Road 1833-1859 Waldorf Blvd. - PD to Amended PD(GDP-SIP) - Amend Midtown Center General Development Plan and approve Specific Implementation Plan to construct three multi-family buildings with up to 280 units
- 4015-4057 Kipp Street, et al - Certified Survey Map Referral - Create two outlots for future development following Ballast Drive vacation (ID 60374)
- 126 Langdon Street - Demolition Permit-Final Plan Approval and Conditional Use - Construct seven-story, 107-unit apartment building (Revised request)
- 4417 Hillcrest Drive - Demolition Permit - Demolish single-family residence to construct a new single-family residence
- 219 Cottage Grove Road - Conditional Use - Construct outdoor eating area for tavern
- 4200 Buckeye Road - Conditional Use - Establish private school in building with existing church and daycare center
- 5381 Maly Road - Extraterritorial Certified Survey Map to create two commercial lots in Town of Burke

- Adjacent to 3101 US Hwy 12 & 18 - Extraterritorial Certified Survey Map to create one commercial lot in Town of Cottage Grove to effect a lot line adjustment

**- Upcoming Matters - June 8, 2020**

- 908 E Main Street - Conditional Use - Construct five-story, 92,000 sq. ft. office building in Urban Design Dist. 8
- 202 N Midvale Blvd., 4410 Regent Street and 215 Price Place - SE to NMX to rezone for future development
- 215 Price Place - Conditional Use to construct private parking facility
- 825 E Washington Avenue - Demolition Permit and Conditional Use - Demolish two commercial buildings to construct an eight-story, 151-room hotel with two restaurant-taverns and outdoor eating areas In Urban Design Dist. 8
- 402-414 E Washington Avenue, 8-12 N Franklin Street, and 9 N Hancock Street - Demolition Permit and Conditional Use - Demolish six residential buildings and a commercial building to construct a ten-story mixed-use building with 3,300 square feet of commercial space and 156 apartments in Urban Design Dist. 4
- 2122 Chadbourne Avenue - Conditional Use - Construct accessory building exceeding 576 square feet of area
- 1933 Keyes Avenue - Conditional Use - Construct accessory building containing accessory dwelling unit
- 5622 Eastpark Boulevard - Conditional Use - Construct mixed-use development containing 4,300 sq. ft. of commercial space and 306 apartments in five buildings with accessory pool and clubhouse

## ANNOUNCEMENTS

Zellers welcomed Solheim to the Plan Commission. Solheim then said a few words about her background.

## ADJOURNMENT

**A motion was made by Hagenow, seconded by Rummel, to Adjourn at 12:55 a.m., Tuesday, May 12, 2020. The motion passed by voice vote/other.**