# EXHIBIT Q

LEGAL NOTICE

**STATE OF WISCONSIN**
**CIRCUIT COURT, DANE COUNTY**
**NOTICE TO CREDITORS**
**(Informal Administration)**
Case No. : 2021PR38

IN THE MATTER OF THE ESTATE OF
Thomas A. Kuczmarski
Deceased
PLEASE TAKE NOTICE:
1. An application for informal administration was filed.
2. The decedent, with date of birth September 19, 1945 and date of death November 29, 2020 was domiciled in Dane County, State of Wisconsin, with a mailing address of 100 Wisconsin Avenue, Unit 1005, Madison, WI 53703.
3. All interested persons waived notice.
4. The deadline for filing a claim against the decedent's estate is April 30, 2021.
5. A claim may be filed at the Dane County Courthouse, 215 S. Hamilton Street, Madison, Wisconsin, Room 1005.

/s/ Electronically signed by Danell Behrens
Deputy Probate Registrar
January 19, 2021

Peter C. Osman
9701 Brader Way, Ste. 201
Madison, WI 53562
608-828-4880
Bar Number: 1074284
WSJ: January 25, 2021 and February 1 and 8, 2021-35952 WNAXLP

IN THE MATTER OF THE ESTATE OF
CHARLES RICHARD HENRICKSEN
NOTICE TO CREDITORS
Settlement of the Charles Richard Henricksen
Revocable Trust dated June 19, 2001

Andrew Selle is serving as Trustee of the Charles Richard Henricksen Revocable Trust dated June 19, 2001. Charles RIchard Henricksen died January 11, 2021, domiciled in Dane County, State of Wisconsin, with an address of 3456 Nappe Drive, Middleton, WI 53562. As Trustee, Andrew Selle has the authority to pay the debts of the decedent.

Pursuant to Wisconsin Statute 701.0508, the Trustee is hereby providing notice to all creditors of the Charles Richard Henricksen Estate of the deadline for filing claims with the Trustee. Claims must be filed with Andrew Selle, 4624 Sandy Road, Mosinee, WI 54455, on or before June 3, 2021.

Anderson, O'Brien, Bertz, Skrenes & Golla, LLP
Attorneys for Andrew Selle, As Trustee of the
Charles Richard Henricksen Trust
dated June 19, 2001
1257 Main Street
Stevens Point, WI 54481
WSJ: February 1, 8 and 15, 2021-37223
WNAXLP

**STATE OF WISCONSIN**
**CIRCUIT COURT, DANE COUNTY**
**NOTICE TO CREDITORS**
**(Informal Administration)**
Case No. : 2021PR53

IN THE MATTER OF THE ESTATE OF
Marilynn D. Jerdee
PLEASE TAKE NOTICE:
1. An application for informal administration was filed.
2. The decedent, with date of birth 7-25-1955 and date of death 12-31-2020 was domiciled in Dane County, State of Wisconsin, with a mailing address of 173 State St. Oregon, WI 53575.
3. All interested persons waived notice.
4. The deadline for filing a claim against the decedent's estate is April 30, 2021.
5. A claim may be filed at the Dane County Courthouse, Madison, Wisconsin, Room 1005.

/s/ Electronically signed by Danell Behrens
Deputy Probate Registrar
January 21, 2021

Virginia M. Bartelt
Bartelt Grob, S.C.
6300 University Ave., Ste. 200
Middleton, WI 53562
608-663-5600
Bar Number: 1004893
WSJ: January 25, 2021 and February 1 and 8, 2021-36046 WNAXLP

**ADVERTISEMENT FOR REQUESTS FOR PROPOSALS**
**FABRICATION AND INSTALLATION OF EXTERIOR**
**CITYWIDE WAYFINDING SIGNAGE**
**19-1030-Q**
**FITCHBURG, WISCONSIN**

**TIME AND PLACE FOR BIDDING**
Notice is hereby given by the City of Fitchburg, Wisconsin, that it will receive proposals in electronic format only, through QuestCDN.com for the FABRICATION AND INSTALLATION OF CITYWIDE EXTERIOR WAYFINDING SIGNAGE until 2:00 p.m. on February 26, 2021. Proposals will be opened in the City's conference room on the same date, at 2:00 p.m. local time.

**DESCRIPTION OF WORK**
Proposals will be received for the proposed work which generally consists of the fabrication and installation of fifty-six (56) signs throughout the community.

**CONTRACT DOCUMENTS**
Digital Bidding Documents are available at the City of Fitchburg web site (www.fitchburgwi.gov) or through Quest Construction Data Network (www.questcdn.com). You may download the digital Bid Documents for Quest project #7531087. Please contact Quest at (952) 233-1632 or info@questcdn.com for assistance in free membership registration, downloading, and working with this digital project information. The online bid form is also accessed through the QuestCDN website.

**SUBMITTING PROPOSALS**
No Proposals shall be considered unless submitted on the official Proposal Form. The City of Fitchburg reserves the right to reject any or all Proposals, to waive any informalities in bidding, and to award the Contract in the best interests of the City. No Proposal shall be withdrawn for a period of 60 days after the actual time of opening Bids.

**PERFORMANCE AND PAYMENT BONDS**
Proposals of greater than, or equal to $50,000, shall be accompanied by a payment and performance bond equal to or in excess of the contract value, payable to the Treasurer of the City of Fitchburg, as a guarantee that the Bidder, if the Bid is accepted, will execute and file the proposed payment and performance bond within 15 days after award of the Contract. The Payment and Performance Bond or Certified Check is returnable to the Bidder immediately after the signing of the Agreement and the acceptance of the Performance and Payment Bonds by the City of Fitchburg.

**WAGE RATES**
Prevailing wages are not required for this project.

**CITY OF FITCHBURG**
**Aaron Richardson, Mayor**
**Tracy Oldenburg, City Clerk**
WSJ: February 1 and 9, 2021-37168
WNAXLP

**STATE OF WISCONSIN**
**CIRCUIT COURT, DANE COUNTY**
**NOTICE TO CREDITORS**
**(Informal Administration)**
**Case No. : 2021PR73**

IN THE MATTER OF THE ESTATE OF
Paul W. Fauerbach
**DOD: December 20, 2020**
PLEASE TAKE NOTICE:
1. An application for informal administration was filed.
2. The decedent, with date of birth July 4, 1951 and date of death December 20, 2020 was domiciled in Dane County, State of Wisconsin, with a mailing address of 544 Tipperary Road, Brooklyn.
3. All interested persons waived notice.
4. The deadline for filing a claim against the decedent's estate is May 7, 2021.
5. A claim may be filed at the Dane County Courthouse, Madison, Wisconsin, Room 1005.

/s/ Danell Behrens
Deputy Probate Registrar
January 28, 2021

Attorney Timothy M. Homar
Geier Homar & Roy
635 Water St.
Sauk City, WI 35383
608-370-7175
Bar Number: 1060051
WSJ: February 1, 8, and 15, 2021-37238
WNAXLP

**STATE OF WISCONSIN**
**CIRCUIT COURT DANE COUNTY**
**Case No. 20-CV-2254**
**Our File No. 1311162**

Plaintiff
Velocity Investments, LLC
vs.
Rey Cruz Juarez
9 Fairlane Ct
Madison, WI 53713
Defendant(s).

**PUBLICATION SUMMONS**
TO THE PERSON NAMED ABOVE AS DEFENDANT: You are hereby notified that the plaintiff named above has filed a lawsuit or other legal action against you.
Within 40 days after January 27, 2021, you must respond with a written demand for a copy of the complaint. The demand must be sent or delivered to the Clerk of Circuit Court, whose address is 215 S Hamilton St., Madison, WI 53703-3285, and to Gurstel Law Firm, P.C., whose address is 622 N Water St., Site 400, Milwaukee, WI 53202. You may have an attorney help represent you.
If you do not demand a copy of the complaint within 40 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.
Dated: January 20, 2021
GURSTEL LAW FIRM P.C.
Attorneys for Plaintiff
Electronically signed by Stephen M. Kaminsky
State Bar No. 1098396
P.O. Address:
622 N. Water St., Suite 400
Milwaukee, WI 53202
Phone: (877) 344-4002
WSJ: January 25, February 1 and 8, 2021-36003 WNAXLP

**STATE OF WISCONSIN**
**CIRCUIT COURT, DANE COUNTY**
NOTICE TO CREDITORS
(Informal Administration)
Case No. : 2020PR560

IN THE MATTER OF THE ESTATE OF
Adela Zaena Merhemic
**PLEASE TAKE NOTICE:**
1. An application for informal administration was filed.
2. The decedent, with date of birth 12/31/1938 and date of death 11/21/2020 was domiciled in Dane County, State of Wisconsin, with a mailing address of 2709 Badger Ln., Madison, WI 53713.
3. All interested persons waived notice.
4. The deadline for filing a claim against the decedent's estate is April 30, 2021.
5. A claim may be filed at the Dane County Courthouse, Madison, Wisconsin, Room 1005.
**BY ORDER OF THE COURT**
/s/ Danell Behrens
Deputy Probate Registrar
January 19, 2021
WSJ: February 1, 8 and 15, 2021-37169
WNAXLP

**IN THE MATTER OF**
**THE ALAN E. ZELM SURVIVOR'S TRUST**
**DATED MARCH 8, 2005, AS AMENDED**
**NOTICE OF CLAIMS DEADLINE**

Alan E. Zelm, whose mailing address was 2220 Lincoln Avenue, Stoughton, WI 53589, died on December 15, 2020. Pursuant to §701.0508 of the Wisconsin Statutes, notice is hereby given that the deadline for filing claims for payment of the debts of Alan E. Zelm, deceased, with the Trustee of the Alan E. Zelm Survivor's Trust is on or before May 18, 2021 (the "Claims Deadline"), being the date that is four (4) months after the date of the first insertion of this Notice. This Notice shall be published once a week for three consecutive weeks.
The Trustee retains the right to review and verify all claims. Except as otherwise provided by law, all claims, including claims of any state and any of its subdivisions, whether due or to become due, absolute or contingent, liquidated or unliquidated, are barred against the Trustee, the trust property and any recipient of the trust property unless filed with the Trustee on or before the Claims Deadline.
The contact information for the trustee is:
Ann M. Metzler
3088 Linnerud Drive
Stoughton, WI 53589
/s/ Signed by Diana M. Eisenberg of Stroud, Willink & Howard, LLC as attorney for Ann. M. Metzler, Trustee of the Alan E. Zelm Survivor's Trust
WSJ: January 18 and 25, 2021 and February 1, 2021-34851 WNAXLP

**Notice of Self Storage Sale**
Please take notice Prime Storage – Madison located at 2520 Ski Lane, Madison, WI 53713 intends to hold a Auction of storage units in default of payment. The sale will occur as an Online Auction via www.storagetreasures.com on 2/17/2021 at 12:00 PM. Unless stated otherwise the description of the contents are household goods and furnishings. Duavin Etheridge unit #052; Sabrina Carpino unit #401; Joseph Summers unit #619; Laura Hiebing unit #626; Giancarol Tam unit #732; Shelton Gray unit #826. This sale may be withdrawn at any time without notice. Certain terms and conditions apply.
WSJ: February 1, 2021-35793 WNAXLP

This is to certify that the following Ordinances, ORD-21-00006 through ORD-21-00007, were adopted by the Common Council of the City of Madison, Wisconsin, at a meeting held on the 19th day of January, 2021.
Enactment Number ORD-21-00006, File: 62642 Sponsor: Planning Division. Title: SUBSTITUTE. Creating Section 28.022 - 00481 and 28.022-483 of the Madison General Ordinances to change the zoning at properties located at 7050-7104 Watts Road, 1st Aldermanic District, from PD (GDP) Planned Development (General Development Plan) District to Amended PD(GDP) Planned Development (General Development Plan) and PD(SIP) Planned Development (Specific Implementation Plan) District. DRAFTER'S ANALYSIS: This ordinance changes the zoning for properties located at 7050-7104 Watts Road from PD(GDP) Planned Development (General Development Plan) District to Amended PD(GDP) Planned Development (General Development Plan) and PD(SIP) Planned Development (Specific Implementation Plan) District to construct a restaurant-tavern on pad site.
This Substitute was necessary to clarify that the PD(GDP) was being amended to PD(GDP) and PD(SIP) instead of just to PD(SIP).
Enactment Number ORD-21-00007, File: 63202 Sponsor: Foster. Title: Amending Table 28D-2, Madison General Ordinance Section 28.061 and amending Table 28F-1, Madison General Ordinance Section 28.082, in order to allow the Counseling/Community Services Organization as a permitted use in the Limited Mixed Use (LMC), Neighborhood Mixed-Use (NMX), Traditional Shopping Street (TSS), Mixed-Use Center (MXC), Commercial Corridor-Transitional (CC-T), Commercial Corridor (CC), Traditional Employment (TE), Suburban Employment (SE), Suburban Employment Center (SEC), and Employment Center (EC) Districts and amending Section 28.211, Counseling/Community Service Organization, of the Madison General Ordinances. DRAFTER'S ANALYSIS: This ordinance allows Counseling/Community Service Organizations as permitted uses in designated Mixed-Use and Commercial Districts and Employment Districts. This amendment will amend the zoning code to treat Counseling/Community Service Organizations similar to other office uses in these districts. As seen in the charts detailing the amendment, this adds the Counseling/Community Services organization use as a new permitted use in the LMX, MXC, and CC Districts, where it was previously prohibited, and changes the use from a conditional to permitted use in the NMX, TSS, CC-T, TE, SE, SEC, and EC Districts. Finally, this ordinance amends the definition of Counseling/Community Service Organization to provide more detail and clarification regarding this use.
The full text of these Ordinances may be obtained at https://madison.legistar.com/Legislation.aspx or from the City Clerk's Office, 210 Martin Luther King Jr Blvd #103, Madison, WI 53703; 608-266-4601.
City Clerk Maribeth Witzel-Behl Mayor Satya Rhodes-Conway January 25, 2021
Published February 1, 2021
Enacted February 2, 2021 unless otherwise noted.
WSJ: February 1, 2021-36637 WNAXLP

City of Madison Common Council Proceedings (1-19-2021) Mayor Satya Rhodes-Conway in the chair. ROLL CALL Rhodes-Conway; Heck; Lemmer; Verveer; Bidar; Rummel; Skidmore; Henak; Martin; Abbas; Evers; Carter; Foster; Tierney; Baldeh; Kemble; Furman; Albouras; Prestigiacomo; Wehelie Present: 20 - Excused: 1 - Harrington-McKinney Suspend the Rules 1. 63729 Adopt Unanimously 2. 63748 Ald. Lemmer and Ald. Albouras disclosed relationships with Edgewood High School regarding item 60646. 3. 62642 Adopt Unanimously 4. 62966 Cre Re-refer for Recessed Public Hearing Take A Recess Reconvene Rhodes-Conway; Heck; Lemmer; Verveer; Bidar; Rummel; Skidmore; Henak; Martin; Abbas; Evers; Carter; Foster; Tierney; Baldeh; Kemble; Furman; Albouras; Prestigiacomo; Wehelie Present: 20 - Excused: 1 - Harrington-McKinney Take A Recess Reconvene Rhodes-Conway; Heck; Lemmer; Verveer; Bidar; Rummel; Skidmore; Henak; Martin; Abbas; Evers; Carter; Foster; Tierney; Furman; Albouras; Prestigiacomo; Wehelie Present: 18 - Excused: 3 - Harrington-McKinney; Baldeh; Kemble 5. 60646 Grant the Appeal Ayes: 4 - Skidmore; Henak; Carter; Tierney Noes: Heck; Lemmer; Verveer; Bidar; Rummel; Martin; Abbas; Evers; Foster; Furman; Albouras; Prestigiacomo; Wehelie 13 - Excused: 3 - Harrington-McKinney; Baldeh; Kemble Non Voting: 1 - Rhodes-Conway 6. 63532 Adopt Unanimously 7. 63202 Adopt Unanimously 8. 63216 Re-refer for Recessed Public Hearing 9. 63304 Grant the Appeal Noes: Heck; Lemmer; Verveer; Bidar; Rummel; Skidmore; Henak; Martin; Abbas; Evers; Carter; Foster; Tierney; Baldeh; Kemble; Furman; Albouras; Prestigiacomo; Wehelie 19 - Excused: 1 - Harrington-McKinney Non Voting: 1 - Rhodes-Conway 10. 63559 Confirm 11. 63731 Refer to a future Meeting to Confirm 12. 63770 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 13. 63792 Adopt Under Suspension of Rules 2.04, 2.05, 2.24, and 2.25 14. 63743 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 15. 63772 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 16. 63771 Accept 17. 63562 Adopt Unanimously 18. 63563 Adopt Unanimously 19. 62948 Adopt Unanimously 20. 63432 Adopt Unanimously 21. 63445 Authorizi Adopt Unanimously 22. 63456 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 23. 63511 Adopt Unanimously 24. 63517 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 25. 63519 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 26. 63520 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 27. 63521 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 28. 63523 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 29. 63524 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 30. 63527 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 31. 63528 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 32. 63530 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 33. 63531 Adopt Unanimously Under Suspension of Rules 2.04, 2.24, & 2.25 34. 63386 Grant 35. 63064 Adopt Unanimously 36. 63074 Adopt Unanimously 37. 63075 Adopt Unanimously 38. 63156 Adopt Unanimously 39. 63177 Adopt Unanimously 40. 63204 Adopt Unanimously 41. 63439 Adopt Unanimously 42. 63444 Adopt Unanimously 43. 63447 Adopt Unanimously 44. 63448 Adopt Unanimously 45. 63483 Adopt Unanimously 46. 63484 Adopt Unanimously 47. 63498 Adopt Unanimously 48. 63501 Adopt Unanimously 49. 63506 Adopt Unanimously 50. 63512 Adopt Unanimously 51. 63513 Adopt Unanimously 52. 63529 Adopt Unanimously 53. 63565 Adopt Unanimously 54. 63308 Disallow 55. 63344 Disallow 56. 63442 Disallow 57. 63495 Disallow 58. 63497 Disallow 59. 63515 Disallow 60. 63381 Adopt Unanimously 61. 63460 Adopt Unanimously 62. 63462 Adopt Unanimously 63. 63467 Adopt Unanimously 64. 63468 Adopt Unanimously 65. 63469 Adopt Unanimously 66. 62957 Reconsider and refer to a future meeting 67. 63500 Refer 68. 63575 Refer 69. 63644 Refer 70. 63708 Refer 71. 63715 Refer 72. 63716 Refer 73. 63717 Refer 74. 63725 Refer 75. 63571 Referred 76. 63633 Referred 77. 63634 Referred 78. 63654 Referred 79. 63655 Referred Adjourn at 1:31am on January 20. I certify that the foregoing action of the Common Council was approved by the Mayor on January 25, 2021. Ordinances published February 1, 2021 with the respective dates entered.
WSJ: February 1, 2021-36636 WNAXLP

**ORDINANCE 2021-O-01**
**AN ORDINANCE AMENDING CHAPTER 68 ARTICLE III DIVISION 4 – SPEED LIMITS**

The Common Council of the City of Fitchburg, Dane County, Wisconsin ordains as follows:
**Section 1.** Section 68-181 (15) is amended to read:
68-181 (15) ~~Fahey Glen Road, entire length.~~ Reserved.
**Section 2.** Effective Date. After adoption, this Ordinance shall take effect the day after or when signs giving notice of revisions hereof are erected in accordance with 68-25 of the Fitchburg General Ordinances, whichever is later.
Adopted this 26th day of January, 2021.
/s/Aaron Richardson
Aaron Richardson, Mayor
/s/Tracy Oldenburg
Tracy Oldenburg, City Clerk
WSJ: February 1, 2021-37036 WNAXLP

**STATE OF WISCONSIN**
**CIRCUIT COURT, DANE COUNTY**
Notice and Order for
Name Change Hearing
Case No.: 20CV2642

IN THE MATTER OF THE NAME CHANGE OF
Mosi Adesina Morrison
**NOTICE IS GIVEN:**
A petition was filed asking to change the name of the person listed above:
From: Mosi Adesina Morrison
To: Mosi Adesina Ifatunji
Birth Certificate: Mosi Adesina Morrison
**IT IS ORDERED:**
This petition will be heard in the Circuit Court of Dane County, State of Wisconsin:
Judge's Name: David Conway
Place: Telephone conference line
Date: February 24, 2021
Time: 8:30a.m.
If you require reasonable accommodations due to a disability to participate in the court process, please call 608-266-4311 at least ten working days prior to the scheduled court date. Please note that the court does not provide transportation.
BY THE COURT:
/s/ David Conway
David D. Conway
January 4, 2021
WSJ: January 18, 25 and February 1, 2021-35049 WNAXLP

**STATE OF WISCONSIN**
**CIRCUIT COURT, DANE COUNTY**
Notice and Order for
Name Change Hearing
Case No.: 21CV0051

IN THE MATTER OF THE NAME CHANGE OF
Beining Xie
By (Petitioner) Beining Xie
**NOTICE IS GIVEN:**
A petition was filed asking to change the name of the person listed above:
From: Beining Xie
To: Livia Beining Xie
Birth Certificate: Beining Xie
**IT IS ORDERED:**
This petition will be heard in the Circuit Court of Dane County, State of Wisconsin:
Judge's Name: Jacob B. Frost
Place: 215 S. Hamilton St.
Courtroom: 6B
Madison, WI 53703
Date: February 24, 2021
Time: 8:30a.m.
If you require reasonable accommodations due to a disability to participate in the court process, please call 608-266-4311 prior to the scheduled court date. Please note that the court does not provide transportation.
**BY ORDER OF THE COURT:**
/s/ Jacob B. Frost
Jacob B. Frost
Circuit Court Judgte
January 19, 2021
WSJ: January 25, February 1 and 8, 2021-35942 WNAXLP

**STATE OF WISCONSIN**
**CIRCUIT COURT, DANE COUNTY**
Notice and Order for
Name Change Hearing
Case No.: 21CV00583

IN THE MATTER OF THE NAME CHANGE OF
Meagan Renee Lombaer
**NOTICE IS GIVEN:**
A petition was filed asking to change the name of the person listed above:
From: Meagan Renee Lombaer
To: Meagan Lombaer Mac Ionnrachtaigh
Birth Certificate: Meagan Renee Lombaer
**IT IS ORDERED:**
This petition will be heard in the Circuit Court of Dane County, State of Wisconsin:
Judge's Name: Jacob Frost
Place: 215 S. Hamilton St.
Courtroom: 6B
Madison, WI 53703
Date: 2/24/2021
Time: 8:45a.m.
If you require reasonable accommodations due to a disability to participate in the court process, please call 608-266-4311prior to the scheduled court date. Please note that the court does not provide transportation.
BY THE COURT:
/s/ Electronically signedby Jacob B. Frost
Circuit Court Judge
January 20, 2021
WSJ: January 25, February 1 and 8, 2021-36080 WNAXLP

**STATE OF WISCONSIN**
**CIRCUIT COURT, DANE COUNTY**
Notice and Order for
Name Change Hearing
Case No.: 21CV0084

IN THE MATTER OF THE NAME CHANGE OF
Michael Francis Enright
**NOTICE IS GIVEN:**
A petition was filed asking to change the name of the person listed above:
From: Michael Francis Enright
To: Mick Tashi Tsering Mac Ionnrachtaigh
Birth Certificate: Michael Francis Enright
**IT IS ORDERED:**
This petition will be heard in the Circuit Court of Dane County, State of Wisconsin:
Judge's Name: Jacob Frost
Place: 215 S. Hamilton St.
Courtroom: 6B
Madison, WI 53703
Date: 2/24/2021
Time: 8:45a.m.
If you require reasonable accommodations due to a disability to participate in the court process, please call 608-266-4311prior to the scheduled court date. Please note that the court does not provide transportation.
**BY THE COURT:**
/s/ Electronically signedby Jacob B. Frost
Circuit Court Judge
January 20, 2021
WSJ: January 25, February 1 and 8, 2021-36080 WNAXLP

**STATE OF WISCONSIN**
**CIRCUIT COURT, DANE COUNTY**
Notice and Order for
Name Change Hearing
Case No.: 21CV94

IN THE MATTER OF THE NAME CHANGE OF
Maci Nicole Cottrell
By (Petitoner) Nicole Jana Kaltenberg
By (Co-Petitioner) John Aaron Kaltenberg
**NOTICE IS GIVEN:**
A petition was filed asking to change the name of the person listed above:
From: Maci Nicole Cottrell
To: Maci Nicole Kaltenberg
Birth Certificate: Maci Nicole Cottrell
**IT IS ORDERED:**
This petition will be heard in the Circuit Court of Dane County, State of Wisconsin:
Judge's Name:Stephen Ehlke
Place: 215 S. Hamilton St.
Courtroom: 7D
Madison, WI 53703
Date: March 1, 2021
Time: 8:15a.m.
If you require reasonable accommodations due to a disability to participate in the court process, please call 608-266-4311 prior to the scheduled court date. Please note that the court does not provide transportation.
BY ORDER OF THE COURT:
/s/ Stephen Ehlke
Stephen Ehlke
Circuit Court Judge
January 14, 2021
WSJ: February 1, 8 and 15, 2021-37224
WNAXLP

**STATE OF WISCONSIN**
**CIRCUIT COURT, DANE COUNTY**
**NOTICE TO CREDITORS**
**(Informal Administration)**
**Case No. 21PR8**

Nathan J. Steffenhagen
d/o/d 1/3/2021
PLEASE TAKE NOTICE:
1. An application for informal administration was filed.
2. The decedent, with date of birth February 19, 1973 and date of death January 3, 2021 was domiciled in Dane County, State of Wisconsin with a mailing address of 580 Toepher Ave Madison, WI 53711.
3. All interested persons waived notice.
4. The deadline for filing a claim against the decedent's estate is April 16, 2021.
5. A claim may be filed at the Dane County Courthouse, 215 S. Hamilton Street, Madison, Wisconsin, Room 1005.
Electronically signed by Danell Behrens
Deputy Probate Registrar
January 5, 2021
WSJ: January 18, 25, 2021 and February 1, 2021-35006 WNAXLP

**Madison Metropolitan Sewerage District**
**Advertisement for Submittals**
**Owner-operated Semi-tractors and Equipment Operators**

The Madison Metropolitan Sewerage District requests submittals for Owner-operated Semi-tractors and Equipment Operators. Specifications are available by visiting the district website at: http://www.madsewer.org/Projects/Non-Engineering-Projects. Submittals will be accepted until 11:00 a.m., on Monday, February 15th, 2021, at the district office, 1610 Moorland Road, Madison, WI 53713. Any questions should be directed to Ben Erdman at (608) 222-1201 ext. 256 or bene@madsewer.org.
Submittals shall be addressed to the Madison Metropolitan Sewerage District, Attn., Ben Erdman, and should be clearly marked "Submittal: Owner-operated Semi-tractors and Equipment Operators".
Only formal written addenda can materially alter the specifications. No verbal statement made by a district employee or anyone else is binding nor shall such a statement be considered an official part of this public proposal. All submittal responses and their contents will be public record.
Unless otherwise specified in the bidding documents, the prospective bidders should check our internet site for any addendum 72 hours before the scheduled bid deadline.
The district is federal and state tax exempt. The district reserves the right to reject any or all proposals or to waive any technicality and accept any proposal which may, in its opinion, be advantageous to the district.
Published by authority of the commissioners of the Madison Metropolitan Sewerage District.
By
Mary Swanson, Secretary
WSJ: February 1 and 8, 2021-37014
WNAXLP

AMPLIFY
YOUR DIGITAL MARKETING

Let us build you a customized digital strategy without the custom price.

We are a Madison based full-service digital agency focused on strategic digital marketing, creative services and media planning & consulting.

Our experienced digital media specialists will work with you to develop an online marketing plan that connects your message to your customers.

**Contact us for a free consultation.**
**(608) 252-6020 • info@amplifiedwi.com**

AMPLIFIED
amplifiedwi.com