# EXHIBIT R



Department of Planning & Community & Economic Development
**Building Inspection Division**

Madison Municipal Building, Suite 017
215 Martin Luther King Jr. Blvd.
P.O. Box 2984
Madison, Wisconsin 53701-2984
Phone: (608) 266-4551
Fax (608) 266-6377
www.cityofmadison.com

February 27, 2019

Michael Elliot
President, Edgewood High School
2219 Monroe Street
Madison, WI 53711

RE: Edgewood Athletic Field, Lighting Permit and Sound System Installation

Michael,

On Friday, February 22, the Building Inspection Division accepted a lighting plan filed by Forward Electric on behalf of Edgewood High School, to install lighting for the school's field. Those plans will be reviewed for compliance with MGO Section 10.085, and if the plans comply, electrical permits will be issued when requested.

The City believes this permit can be issued without requiring amendment of the approved 2014 Master Plan. However, over the past weekend, I received a copy of the letter sent to "Edgewood Family" and a "Frequently Asked Questions" document relating to the institutions' present interest to install lights and an amplified sound system at the field (copy attached). These letters indicate that Edgewood intends to use the lights and sound system to host night games at the facility.

Based on the information the City currently has regarding the historical use of the facility, it would appear that the intended use of the facility as outlined in your letter to the "Edgewood Family" and detailed in the "Frequently Asked Questions" document would conflict with the approved 2014 Master Plan for the site, which limits use of the facility to "team practices, physical education classes" (Page 42, Section 3.8, Open Spaces Plan).

The purpose of this letter is to inform you that the issuance of any lighting permit under MGO sec. 10.085 does not change the City's position that the use of the facility under the master plan is limited to "team practices, physical education classes."

Sincerely,

Matt Tucker
Zoning Administrator
City of Madison



February 22, 2019

Dear Edgewood Family,

Thank you for your support over the past two years as we worked diligently to enhance the Goodman Athletic field. Clearly, we are all motivated to find solutions that give our student athletes and the entire Edgewood community a true home field experience, while maintaining a strong relationship with our neighbors and the surrounding community. Your support has been invaluable for our students, our staff and for us as a Board of Trustees.

The comprehensive process required to continue a nearly century-long history of playing games at Edgewood has been extremely complex. We are grateful to the dedicated staff, consultants, city officials and neighbors who have worked collaboratively to navigate this deliberate, thoughtful and inclusive process. As Dominican heritage reminds us – the best approach is to study, reflect and then act. That philosophy has guided our approach.

Throughout this process, for example, we have engaged in multiple conversations with our neighbors and city officials to ensure we followed the Master Plan guidelines and were respectful of those around us. We conducted thorough research, adjusted proposals based on our discoveries and sought compromises to ensure the best possible outcome. And, we met or exceeded every requirement outlined by local ordinances and the Master Plan. Ultimately, we gained a better understanding of the ordinances that govern what we can do on our property and identified a more streamlined approach than the one we had previously been pursuing.

At this time, the Board of Trustees has made the strategic decision to table our Master Plan amendment for Plan Commission consideration. We took this action in order to continue our conversations with our neighbors – at their request – and to better focus on the Goodman Athletic Complex improvements allowed through existing city ordinances versus those that require an amendment to our Master Plan.

Based on the fact that installation of outdoor lighting is regulated by city ordinances and not regulated under the current Master Plan, the Edgewood Board of Trustees recently approved moving forward with a formal application to the city for the LED lighting technology. This technology exceeds city lighting requirements and does not require an amendment to our Master Plan. We also approved installing upgrades to the amplified sound system, which is also allowed under city ordinances. These improvements continue our commitment to meet or exceed city requirements and will enrich our long-standing tradition of hosting a variety of sporting events on our grounds.

Based on the outcomes of numerous studies conducted as part of this exhaustive process, we believe we can move forward not just under the letter of the law, but also in good faith, knowing there will be minimal negative impact from these actions. As demonstrated by the studies conducted as part of this process, for example, we know the following:

- The proposed LED lighting technology exceeds city lighting requirements;
- The directional, amplified sound system custom-designed for the site meets all city sound requirements and would improve the current public address system being used;
- Crowd noise will be consistent with similar facilities in Madison according to the professional sound study that used actual topography and anticipated crowd size from the actual site;
- Improvements to the Goodman Athletic Complex will **not** have an impact on the environment, as concluded by the environmental study conducted within the past two months.

Case: 3:21-cv-00118-slc   Document #: 1-18   Filed: 02/19/21   Page 4 of 6



While the complexities of navigating this exhaustive process resulted in an unintended lack of communications from us to you, we believe the careful, reflective work has been worthwhile. It has resulted in identifying options that will allow our students to have a true home field in 2019 and afford our leadership team appropriate time to continue working with the city and our neighbors to discuss options and conditions for the potential future addition of a permanent structure for seating, storage, restrooms and concessions.

We remain committed to ensuring Edgewood maintains its position as a valued community asset while striving to provide the best, most robust experience for our students. Again, we sincerely appreciate your support and look forward to keeping you updated as we continue to move through the process.

Sincerely,

Edgewood High School Board of Trustees

**Lynne Sexten, Board Chair**
Agrace HospiceCare
President & CEO

**Sam Ballweg '97**
Endres Manufacturing Co.
President

**Matt Braun '94**
Oakwood Corporation
VP Investments

**Sharon Brolin**
Sinsinawa Dominican
Associate

**Kristin Dewey '06**
The QTI Group
Executive Recruiter

**Sandra Docter**
Madison College
Assoc. Dean, School of Applied Science, Engineering, Tech

**Michael Elliott '77**
Edgewood High School
President

**James Hegenbarth**
Park Bank
President & CEO

**Maggie Hopkins, OP**
Edgewood College
VP Dominican Life & Mission

**James Imhoff III '93**
Universal Home Protection
President

**Gwendolyn Jones**
Madison College
Marketing/Continuing Education

**Tom Klein**
Oakbrook Corporation
Sr. Director, Commercial Real Estate

**Steve Krantz '89**
Princeton Group
VP Operations

**Tom Merfeld**
CUNA Mutual Group
CFO

**Ted Richards**
Strand Associates, Inc.
CEO

**Jay Sekelsky**
Madison Investment Advisors
Chief Investment Officer

**Kelli Thompson**
Wisconsin State Public Defender's Office
Attorney

**Marykay Zimbrick**
Community Volunteer



**February 2019**

**Edgewood High School Goodman Athletic Complex**
**Answers to Frequently Asked Questions**

**Q: Why did Edgewood High School table its addendum to the Master Plan with the Plan Commission?**

**A:** Two specific issues lead to the decision to table our addendum to the Master Plan with the Plan Commission:
- One of our neighborhood associations specifically requested that we postpone our public hearing with the Plan Commission in order to discuss additional options in further detail;
- The very real challenge of identifying scheduling options for our athletic program in 2019 led us to explore alternatives that are not regulated by zoning code or the master plan. Those options include lighting and sound upgrades. These do not require an amendment to the Master Plan and would not require Plan Commission or City Council approval.

**Q: Don't lighting and sound upgrades to the Goodman Athletic Complex require an amendment to the Master Plan?**

**A:** Installation of outdoor lighting and permits for sound amplification are _not_ regulated by the zoning code or master plans. Chapters 10 and 24 of the City ordinances, respectively, regulate the process for installing outdoor lighting and identifying acceptable sound levels. Memorial High School upgraded lighting on its athletic field in 2018 by complying with the requirements of Chapter 10.

**Q: If lighting and sound did not require an amendment to the Master Plan, why did Edgewood High School include these items in its recent addendum request to the City Plan Commission?**

**A:** When we first began exploring the option of installing a permanent structure for seating, concessions, restrooms and storage over two years ago we were instructed by city staff that we needed to amend our Master Plan for these upgrades. We also believed at the time that lighting and sound would require an amendment. It was not until recently that we learned that lighting and sound were regulated by City ordinances and did not require an amendment to the Master Plan.

**Q. Is Edgewood High School still pursuing amendments to its Master Plan?**

A: If the Edgewood High School Board of Trustees believes it is in the best interest of the school and its athletic programs to continue pursuing a permanent structure for seating, concessions, restrooms and storage we will need to continue the formal amendment process outlined in our Master Plan. This process would include additional conversations with our neighbors.

**Q. Is Edgewood High School planning to host night games at the Goodman Athletic Complex if the permit for lighting is granted by the City?**

**A:** Yes. Edgewood leadership has been up front for years about the continued desire to have a true home field that would enrich our athletic program by hosting night games. The latest LED lighting

**2219 Monroe St. • Madison, WI  53711• (608) 257-1023**



technology that we are proposing to install will minimize glow, light spill and glare. This new technology, along with the height of the poles in our plans, will ensure lighting from the limited number of night games will not go beyond our property. The plan meets and even exceeds the city lighting requirements.

**Q.** **Are the number of night games going to be limited as discussed during the Master Plan amendment process with neighborhood associations and elected officials?**

**A:** City zoning does not limit the number of night games that can be played on school facilities that are zoned as a Campus Institutional District. Edgewood, like all Madison High Schools, is zoned Campus Institutional.

The limitation on the number of night games was part of the negotiation process between Edgewood High School, the neighborhood associations and the city regarding the request for an amendment to the Master Plan that would allow for the installation of a permanent structure for seating, concessions, restrooms and storage. If the Board of Trustees decides to move forward with the requested amendment to the Master Plan for a permanent structure, it is our assumption the dialogue regarding Edgewood High School's willingness to voluntarily limit the number of night games would continue.

**Q.** **Doesn't the Master Plan only allow Edgewood High School the ability to hold practice games and physical education programs at the Goodman Athletic Complex?**

**A:** Edgewood High School has an almost century-long continuous history of playing games and other activities on its athletic field. In 2013, Edgewood, like all Madison High Schools, was zoned as a Campus Institutional District. Under this zoning designation, indoor and outdoor sports are a clearly defined acceptable use.

**Q.** **What about the concerns raised by neighbors regarding the upgrades Edgewood High School is proposing to the Goodman Athletic Complex?**

**A:** Throughout this process, we have engaged in multiple conversations with our neighbors and city officials to ensure we followed the Master Plan guidelines and were respectful of those around us. We conducted thorough research, adjusted proposals and sought compromises to ensure the best possible outcome. And, we met or exceeded every requirement outlined by local ordinances and the Master Plan.

Our application for outdoor lighting under city ordinance and our upgrade to our sound amplification system reflect and address the issues raised by our neighbors. Our intent is to continue discussions with our neighbors on the permanent structure, a sound barrier and other items that would require an amendment to the Master Plan.

**Q.** **If Edgewood's application for lighting is approved by the city, how soon would the high school install the lights and begin hosting night games?**

**A:** The installation of the new LED technology on the Goodman Athletic Complex field would need to occur by the spring of 2019 in order to accommodate spring athletic programming.