AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| Edgewood High School of the Sacred Heart, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-CV-118 |
| City of Madison, Wisconsin, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edgewood High School of the Sacred Heart, Inc.

Date:   02/19/2021

s/Paul Covaleski
*Attorney's signature*

Paul Covaleski, WI State Bar No. 1117236
*Printed name and bar number*

Godfrey & Kahn, S.C.
One East Main St., Suite 500
P.O. Box 2719
Madison, WI 53703
*Address*

pcovaleski@gklaw.com
*E-mail address*

(608) 284-2619
*Telephone number*

(608) 257-0609
*FAX number*