AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| EDGEWOOD HIGH SCHOOL OF THE SACRED  )  | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:21-CV-118 |
| CITY OF MADISON, WISCONSIN, ET AL.  ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Edgewood High School of the Sacred Heart, Inc.     .

Date:     02/19/2021

/s/ Jonathan R. Ingrisano
*Attorney's signature*

Jonathan R. Ingrisano 1033977
*Printed name and bar number*

Godfrey & Kahn, S.C.
833 E. Michigan St., Suite 1800
Milwaukee, WI  53202

*Address*

jingrisa@gklaw.com
*E-mail address*

(414) 273-3500
*Telephone number*

(414) 273-5198
*FAX number*