# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDGEWOOD HIGH SCHOOL OF THE SACRED HEART, INC., <br><br>        Plaintiff, <br><br>  v. <br><br>CITY OF MADISON, WISCONSIN; CITY OF MADISON ZONING BOARD OF APPEALS; CITY OF MADISON PLAN COMMISSION; CITY OF MADISON COMMON COUNCIL; Zoning Administrator MATTHEW TUCKER, in his official capacity; Director of Madison's Building Inspection Division GEORGE HANK, in his official capacity; Alder TAG EVERS, in his official capacity, <br><br>        Defendants. | Case No. 21-CV-118 |

## STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE DEFENSES

Plaintiff Edgewood High School of the Sacred Heart, Inc. ("Edgewood") and Defendants the City of Madison, Wisconsin, the City of Madison Zoning Board of Appeals, the City of Madison Plan Commission, the City of Madison Common Council, Zoning Administrator Matthew Tucker in his official capacity, Director of Building Inspection George Hank in his official capacity, and Alder Tag Evers in his official capacity (collectively, "Defendants"), by and through their undersigned attorneys, hereby agree and stipulate as follows:

    1.    Defendants shall have until April 19, 2021 to answer or otherwise respond to Edgewood's Complaint;

2. Defendants agree that Edgewood has effectuated service on all defendants properly under Fed. R. Civ. P. 4, and hereby waive any and all defenses and objections related to service of Edgewood's Complaint; and

3. The parties request the Court enter an order in the form of the Proposed Order filed contemporaneously herewith to effectuate this stipulation.

Dated: March 9, 2021.

    Respectfully Submitted,

    GODFREY & KAHN, S.C.

    *s/Paul Covaleski*
    Mike Wittenwyler (SBN 1025895)
    Jonathan Ingrisano (SBN 1033977)
    Paul Covaleski (SBN 1117236)
    One East Main Street, Suite 500
    P.O. Box 2719
    Madison, WI 53703
    Phone: 608-257-3911
    Fax: 608-257-0609
    mwittenw@gklaw.com
    jingrisa@gklaw.com
    pcovaleski@gklaw.com

    DALTON & TOMICH, PLC

    Noel W. Sterett (IL 6292008)
    Sorin A. Leahu (IL 6315515)
    401 W. State St., Suite 509
    Rockford, IL 61101
    (815) 986-8050 (telephone)
    (313) 859-8888 (facsimile)
    nsterett@daltontomich.com
    sleahu@daltontomich.com

    ***Attorneys for Plaintiff***

Dated: March 9, 2021

                                         BOARDMAN & CLARK, LLP

                                         *s/Barry J. Blonien*
                                         Barry J. Blonien, SBN 1078848
                                         1 S. Pinckney St., Suite 410
                                         P.O. Box 927
                                         Madison, WI 53701-0927
                                         bblonien@boardmanclark.com
                                         (608) 286-7168

                                         ***Attorneys for Defendants***