IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDGEWOOD HIGH SCHOOL OF THE SACRED HEART, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MADISON, WISCONSIN; CITY OF MADISON ZONING BOARD OF APPEALS; CITY OF MADISON PLAN COMMISSION; CITY OF MADISON COMMON COUNCIL; Zoning Administrator MATTHEW TUCKER, in his official capacity; Director of Madison's Building Inspection Division GEORGE HANK, in his official capacity; Alder TAG EVERS, in his official capacity, <br><br> Defendants. | CASE NO. 21-CV-118 |

## ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE DEFENSES

Upon review of the foregoing stipulation, and with the agreement of the parties and the Court being fully advised on the matter,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants the City of Madison, Wisconsin, the City of Madison Zoning Board of Appeals, the City of Madison Plan Commission, the City of Madison Common Council, Zoning Administrator Matthew Tucker in his official capacity, Director of Building Inspection George Hank in his official capacity, and Alder Tag Evers in his official capacity (collectively, "Defendants"), shall have until April 19, 2021 to answer or otherwise respond to Edgewood's Complaint;

2. Defendants have by stipulation waived any and all defenses and objections related to service of Edgewood's Complaint.