# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

EDGEWOOD HIGH SCHOOL
OF THE SACRED HEART, INC.,
       Plaintiff,

v.

CITY OF MADISON, WISCONSIN;
CITY OF MADISON ZONING BOARD
OF APPEALS; CITY OF MADISON
PLAN COMMISSION; CITY OF
MADISON COMMON COUNCIL; Zoning
Administrator MATTHEW TUCKER, in
his official capacity; Director of Madison's
Building Inspection Division GEORGE
HANK, in his official capacity; Alder TAG
EVERS, in his official capacity,
       Defendants.

Case No. 3:21-CV-118

## DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE

All Defendants, through counsel, move this Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's federal claims (Counts I–IV) except, with respect to Count II, Plaintiff's narrow claim that the Defendants the City of Madison and the Common Council violated the substantial burden provision of the Religious Land Use and Institutionalized Persons Act by denying Edgewood a conditional use permit. Defendants also seek dismissal of the Individual Defendants from the lawsuit. And Defendants move pursuant to Rule 12(f) to strike all immaterial allegations and to require Edgewood to submit an amended pleading

that conforms to the plain statement rule. The grounds for these motions are set forth in the brief filed along with this motion.

DATE: April 19, 2021

          Respectfully submitted,

          */s/ Barry J. Blonien*
          Sarah A. Zylstra, State Bar No. 1033159
          Barry J. Blonien, State Bar No. 1078848
          BOARDMAN & CLARK LLP
          1 South Pinckney Street, Suite 410
          P. O. Box 927
          Madison, WI 53701-0927
          Telephone: (608) 257-9521
          Facsimile: (608) 283-1709
          szylstra@boardmanclark.com
          bblonien@boardmanclark.com
          *Attorneys for Defendants*