IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDGEWOOD HIGH SCHOOL<br>OF THE SACRED HEART, INC.,<br>        Plaintiff,<br><br>   v.<br><br>CITY OF MADISON, WISCONSIN;<br>CITY OF MADISON ZONING BOARD<br>OF APPEALS; CITY OF MADISON<br>PLAN COMMISSION; CITY OF<br>MADISON COMMON COUNCIL; Zoning<br>Administrator MATTHEW TUCKER, in<br>his official capacity; Director of Madison's<br>Building Inspection Division GEORGE<br>HANK, in his official capacity; Alder TAG<br>EVERS, in his official capacity,<br>        Defendants. | Case No. 3:21-CV-118 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Sarah Zylstra of Boardman & Clark LLP appears on behalf of the defendants in the above-entitled action, and respectfully requests that a copy of all papers and other notices be served on counsel at the address below or through the Court's CM-ECF system.

DATE:    April 20, 2021

                                 Respectfully submitted,

                                 */s/ Sarah A. Zylstra*
                                 Sarah A. Zylstra, State Bar No. 1033159
                                 BOARDMAN & CLARK LLP
                                 1 South Pinckney Street, Suite 410
                                 P. O. Box 927
                                 Madison, WI 53701-0927
                                 Telephone: (608) 257-9521
                                 Facsimile: (608) 283-1709
                                 szylstra@boardmanclark.com
                                 *Attorneys for Defendants*