# EXHIBIT A

Affidavit of Paul Covaleski

# Wilson, Susan

| | |
|---|---|
| **From:** | Sarah A. Zylstra <szylstra@boardmanclark.com> |
| **Sent:** | Friday, September 24, 2021 3:33 PM |
| **To:** | Covaleski, Paul |
| **Cc:** | Ingrisano, Jonathan; Wittenwyler, Mike; Noel Sterett; Evan Tenebruso |
| **Subject:** | RE: Edgewood v. City of Madison et al - Edgewood Rule 26a Disclosures [GK-Active.FID3018047] |
| **Attachments:** | (2021.9.22) Rule 26 Initial Disclosures (A4237275x9DEB4).pdf |

**[EXTERNAL]** This message originated from outside your domain.

Paul,

Attached are the Defendants' rule 26 initial disclosures. Thank you.



**SARAH A. ZYLSTRA**
ATTORNEY

| | |
|---|---|
| DIRECT +1 608-283-1741 | BOARDMAN & CLARK LLP |
| PHONE 608-257-9521 | 1 SOUTH PINCKNEY ST STE 410 |
| FAX 608-283-1709 | PO BOX 927 |
| SZYLSTRA@BOARDMANCLARK.COM | MADISON, WI 53701-0927 |
| BOARDMANCLARK.COM | |

**From:** Covaleski, Paul <PCovaleski@gklaw.com>
**Sent:** Monday, September 13, 2021 4:09 PM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>
**Subject:** Edgewood v. City of Madison et al - Edgewood Rule 26a Disclosures [GK-Active.FID3018047]

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Sarah,

Please find attached Edgewood's Rule 26a Disclosures.

We understand that Attorney Blonien is no longer with Boardman and Clark. Please advise if he continues to represent the Defendants in this matter, and, if so, where we should serve him with the Rule 26a Disclosures.

Please also advise if there are other Boardman attorneys you would like us to include on future correspondence.

Thanks,

**Paul Covaleski** | Attorney
608.284.2619 direct
PCovaleski@gklaw.com

1

**GODFREY KAHN s.c.**
One East Main Street, Suite 500 | Madison, Wisconsin 53703-3300


*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*