UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

EDGEWOOD HIGH SCHOOL OF THE
SACRED HEART, INC.,

        Plaintiff,

v.

CITY OF MADISON, WISCONSIN, *et al.*,

        Defendants.

Case No. 3:21-cv-0018-wmc

---

## MOTION FOR WITHDRAWAL OF COUNSEL

---

Plaintiff Edgewood High School of the Sacred Heart, Inc., by and through counsel, moves the Court to permit Attorney Paul J. Covaleski of Godfrey & Kahn, S.C. to withdraw his appearance as counsel of record because he is leaving Godfrey & Kahn effective April 29, 2022. Edgewood High School will continue to be represented by attorneys from Godfrey & Kahn and Dalton & Tomich who have previously entered appearances.

Dated:  April 29, 2022.

        Respectfully submitted,

        *s/ Paul Covaleski*
        Paul J. Covaleski (#1117236)
        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, WI 53701-2719
        Phone:  608-284-2619
        Fax:  608-257-0609
        pcovaleski@gklaw.com

        *Attorneys for Edgewood High School of the Sacred Heart*

27125129.1