**In The Matter Of:**

*Edgewood High School of the Sacred Heart, Inc. v.*
*City of Madison, Wisconsin, et al.*

---

*Video Deposition of Michael G. Elliott*
*May 10, 2022*

---



*Original File Elliott Michael 5-10-22.txt*
*Min-U-Script® with Word Index*

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 2 of 99

Edgewood High School of the Sacred Heart, Inc. v.                    Video Deposition of Michael G. Elliott
City of Madison, Wisconsin, et al.                                                         May 10, 2022

Page 3

```
 1                    I N D E X

 2   Examination:                               Page

 3   By Ms. Zylstra                                9

 4

 5

 6   Exhibits Identified:                       Page

 7   48   Article - "Updated comprehensive plan    24
          expected by spring election, Council votes
 8        4-3 for timeline despite requests on
          potential projects," Fitchburg Star,
 9        8/9/2019

10   49   Dominican Sisters of Sinsinawa website   39
          printout

11

12   50   Independent Schools Association of the   40
          Central States Accreditation Report for
13        Edgewood High School of The Sacred Heart,
          October 11-14, 2015

14   51   Minutes - Dudgeon-Monroe Neighborhood    54
          Association, Inc., Council Meeting
15        August 14, 1996

16   52   City Edgewood Campus Master Plan and     65
          city approvals

17

18   53   January 2014 Email string, Re:  VNA meeting   71

19   54   12/5/2013 Email from Maggie Balistreri-  93
          Clarke, with attached DRAFT - Edgewood
20        Campus Master Plan 2013

21   55   10/10/2013 Email from Maggie Balistreri- 100
          Clarke, Subject:  Draft architectural
22        review process Oct. 10, 2013

23   56   October 2018 email forwarding emails    109
          between Jim Hartlieb and Thomas Tierney

24   57   Article - "Edgewood launches new $1.5M  115
          upgrade," Wisconsin State Journal,
25        6/15/2015
```

---

Page 1

```
 1   UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WISCONSIN

 2   _____

 3

 4   EDGEWOOD HIGH SCHOOL OF THE SACRED
     HEART, INC.,

 5

 6                Plaintiff,

 7        -vs-                   Case No. 21-cv-118

 8   CITY OF MADISON, WISCONSIN, et al.,

 9                Defendants.

10   _____

11

12        Video deposition of MICHAEL G. ELLIOTT,

13   taken at the instance of the Defendants, under and

14   pursuant to Sections 804.05 and 805.07 of the Wisconsin

15   Statutes, before Peggy S. Christensen, RPR, CRR, CRC,

16   a Notary Public in and for the State of Wisconsin,

17   at Boardman & Clark LLP, One South Pinckney Street,

18   Suite 401, Madison, Wisconsin, on May 10, 2022,

19   commencing at 9:00 a.m. and concluding at 5:50 p.m.
```

---

Page 2

```
 1        A P P E A R A N C E S

 2

 3   GODFREY & KAHN, S.C., by
     MR. JONATHAN INGRISANO,
 4   One East Main Street, Suite 500,
     Madison, Wisconsin  53703,
 5   and

 6
     DALTON & TOMICH, PLC, by
 7   NOEL W. STERETT,
     401 West State Street,
 8   Rockford, Illinois 61101,
          appeared on behalf of the Plaintiff.
 9

10

11   BOARDMAN & CLARK LLP, by
     MS. SARAH A. ZYLSTRA and MR. TANNER G. JEAN-LOUIS,
12   One South Pinckney Street, Suite 410,
     Madison, Wisconsin  53701,
13        appeared on behalf of the Defendants.

14   Also present:   Jon Hansen, CLVS, Videographer, and
15                   Matt Tucker, City of Madison

16

17

18

19

20

21

22

23

24

25
```

---

Page 4

```
 1   58   12/4/2015 Application for Alteration to  133
          Edgewood College Master Plan, and city
 2        approval

 3   59   5/10/2016 Email with attached Edgewood   138
          Neighborhood Liaison Committee Meeting
 4        Agenda for May 10, 2016, meeting

 5   60   Edgewood High School Athletic Complex    139
          Agreement flyer

 6

 7   61   July 2018 Email string between Michael   142
          Elliott, Tim Parks, Matt Tucker, and
 8        Sara Eskrich, Subject:  Resignation

 9   62   Cover letter to Heather Stouder from     149
          Michael Elliott, with attached Land Use
10        Application, Goodman Athletic Complex
          Master Plan Amendment

11   63   12/3/2019 Letter to the Plan Commission  152
          from Edgewood High School

12

13   64   10/26/2018 Email from Matthew Tucker     156
          to Brian Munson and Michael Elliott,
14        Subject:  Edgewood High School Athletic
          Field Use and the Adopted Master Plan

15   65   11/14/2019 Letter to Zoning Administrator 161
          Matt Tucker from Katherine R. Rist

16

17   66   11/20/2019 Letter to Katherine Rist      163
          from Matt Tucker

18   67   1/4/2019 Ambient Noise Measurements and  166
          Grandstand Noise Simulation Model for
19        Edgewood High School Goodman Athletic
          Complex, prepared by TALASKE and TLC
20        Engineering

21   68   December 2018 and January 2019 Email     168
          string, Re:  EHS 2018 athletic field
22        schedule, with attached usage summary 2018

23   69   2019 Assessment of Neighborhood Noise    169
          Impact, Edgewood High School of The Sacred
24        Heart Athletic Stadium Seating & Concession
          Stand Redevelopment, by Wise Associates
25
```

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 5

| 70 | 3/12/2018 Letter to Attorney John Strange from Attorney Nathan Wautier | 178 |
| 71 | 3/21/2019 Letter to Attorney Nathan Wautier from Attorney John Strange | 180 |
| 72 | 3/7/2017 Email exchange between Mark Landgraf and Michael Elliott, Subject: Matt Tucker | 186 |
| 73 | 11/5/2014 Email from Michael Elliott to Maggie Balistreri-Clarke, Subject: Resurfacing the football field, forwarding October 2014 emails with Matt Tucker and Tim Parks | 194 |
| 74 | 5/31/2019 Letter to the City of Madison Zoning Board of Appeals, from Matthew Lee, with attached Appeal Application and Edgewood High School of The Sacred Heart, Inc.'s Statement of Grounds for the Appeal of the City of Madison's Official Notices Dated 4/1/2019 and 5/15/2019 for Consideration at the 6/20/2019 Meeting of the Zoning Board of Appeals | 196 |
| 75 | EHS Collaborative Workgroup Meeting 4/30/2019, Unapproved Draft Minutes | 197 |
| 76 | Transcript of Proceedings In RE: Edgewood High School Appeal, July 11, 2019 | 202 |
| 77 | 8/14/2019 Email from Jon Standridge to Michael Elliott, and others, Subject: Forwarding 8/14/2019 Email, Greenbush Neighborhood Council opposed termination of Edgewood Campus Master Plan | 208 |
| 78 | 9/25/2019 Email string between Katie Boyce, Michael Elliott, Subject: Master Plan Amendment Process, with forwarded 9/24/2019 Email from Christie Baumel | 223 |
| 79 | 9/5/2019 Email from Office, President's, to Carol Anzelmo, Subject: Athletic Complex Update 9.5.19 | 226 |

---

Page 6

| 80 | 9/11 and 9/12/2019 Email string between Steven Krantz and Michael Elliott, Subject: Edgewood Athletic Field | 230 |
| 81 | 10/10/2019 Email exchange between Michael Elliott and Heather Stouder, Subject: Referral of master plan repeal vote | 235 |
| 82 | 10/24/2019 Email from Michael Elliott to Heather Stouder, Subject: Refer | 235 |
| 83 | 10/28/2019 Memo to the Plan Commission from Timothy Parks, Subject: ID 56839 - Repealing Section 28.022-00117 of the Madison General Ordinances adopting the Campus Master Plan for Edgewood College, Edgewood High School and Edgewood Campus School | 236 |
| 84 | 10/14/2019 Email from John Kneer to Michael Elliott, Subject Permit - zoning denial, with attached Site Plan Verification, Lighting Edgewood Activity Field | 238 |
| 85 | 11/5/2019 Memo to the Members of the City of Madison Common Council and the Plan Commission, from the Presidents of Edgewood College, Edgewood High School of The Sacred Heart, and Edgewood Campus Grade School, RE: Joint Position Statement Supporting Repeal of the Edgewood Master Plan | 241 |
| 86 | 1/8/2020 Email from Office, President's, to Carol Anzelmo, Subject: Response to last night's vote | 247 |
| 87 | City of Madison Master file - File number 600001, Conditional Use - 2219 Monroe Street (EHS stadium lights) | 249 |
| 88 | 5/4/2020 Email from Office, President's, to Carol Anzelmo, Subject: Friendly reminder to contact the City | 252 |

---

Page 7

| 89 | 5/13/2020 Letter to Michael Elliott from Timothy Parks, Re: Consideration of a conditional use on a Campus-Institutional District-zoned property without a campus master plan to allow for the establishment, improvement, or modification of a secondary use occurring outside of an enclosed building, to allow installation of lights for the Goodman Athletic Complex at Edgewood High School, 2219 Monroe Street (ID 600001) | 254 |
| 90 | 5/21/2020 Letter to Secretary of the Plan Commission from Michael Elliott, Re: Appeal - Conditional Use for Goodman Athletic Complex at Edgewood High School, 2219 Monroe Street (ID 600001) | 255 |
| 91 | 1/15/2021 Email from P. Anthony Brinkman to Christopher Zwettler, Subject: Time to Rally! | 256 |
| 92 | 2/25/2019 Email from Jen Trost, forwarding 2/22/2019 Email from Susan Elsa Connors, Subject: Current status of Goodman Athletic Complex improvements | 258 |
| 93 | 9/29/2021 Email from Michael Elliott to Tag Evers, DMNA President, Sarah Bahaudin, and others, Subject: Conditional use application | 260 |
| 94 | Plaintiff Edgewood High School of The Sacred Heart, Inc.'s Responses to Defendants' First Set of Interrogatories | 270 |

(The original exhibits were attached to the original transcript and PDFs were provided to counsel)

(Exhibit Nos. 6, 7, 9, 11, 12, 22, 24, and 25 referred to herein were marked in previous depositions and are attached thereto)

(The original transcript was filed with Attorney Sarah A. Zylstra)

---

Page 8

1    MR. HANSEN: Good morning. We are
2 now on the record. My name is Jon Hansen, CLVS.
3 I'm the videographer today with For the
4 Record, Madison, Wisconsin. Today's date is
5 May 10, 2022. The time is 9:00.
6    This deposition is being held in the
7 matter of Edgewood High School of
8 Sacred Heart, Inc., versus City of Madison,
9 Wisconsin, et al., United States District
10 Court for the Western District of Wisconsin,
11 Case No. 21-cv-00118. The deponent is
12 Michael G. Elliott.
13    At this time if counsel could state
14 their appearances for the record, after which
15 our reporter will swear in the witness and we
16 can proceed.
17    MR. INGRISANO: Jonathan Ingrisano
18 of Godfrey & Kahn on behalf of the plaintiff,
19 Edgewood High School of The Sacred Heart.
20    MR. STERETT: Noel Sterett on
21 behalf of plaintiff Edgewood High School of
22 The Sacred Heart.
23    MS. ZYLSTRA: Sarah Zylstra and
24 Tanner Jean-Louis on behalf of the
25 defendants. Also appearing is Matthew Tucker

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 9

```
 1          on behalf of the city.
 2
 3              MICHAEL G. ELLIOTT, called as a
 4      witness, being first duly sworn, testified on
 5      oath as follows:
 6
 7                 EXAMINATION
 8  By Ms. Zylstra:
 9  Q    For the record, could you state your name, please.
10  A    Michael Gerard Elliott.
11  Q    And your residential address, sir?
12  A    2615 Smoky Trail, Fitchburg, Wisconsin 53711.
13  Q    And, sir, have you ever given a deposition or
14      testified at trial before?
15  A    I've never given a deposition but have done a
16      trial appearance or whatever.
17  Q    Okay.  And was the -- what was the trial just
18      generally about?
19  A    A construction matter.
20  Q    And was that personal for you as opposed to
21      business related?
22  A    Yes.
23  Q    Okay.  I'm sure your counsel has given you some
24      overview of kind of the rules of having a good
25      record for a deposition, but just in case, I'll
```

Page 10

```
 1      go over a few.  Okay?
 2  A    Okay.
 3  Q    This is a question-and-answer session where I get
 4      to ask some questions to see what you know.  All
 5      of your answers must be verbal because we have a
 6      court reporter to my right trying to take down
 7      both my questions and your answers.
 8          It would be very helpful to her if you could
 9      wait until I completely finish my question before
10      you start answering, and I'll do my best to wait
11      until you've finished answering before I ask my
12      next question.  Okay?
13  A    Okay.
14  Q    I am sure at some point we're going to
15      accidentally talk over each other, and if that
16      happens, don't worry, we'll stop and try and
17      figure it out for the court reporter.  Okay?
18  A    All right.
19  Q    I'm sure I'm going to ask some questions today
20      that are either confusing or you're thinking about
21      the last question and you just didn't hear it.
22      It's not a problem for any question that you need
23      clarified, just ask me to clarify it.  Okay?  If
24      you want a question heard again, you can ask for
25      the question to be repeated.  Okay?
```

Page 11

```
 1  A    Okay.
 2  Q    Otherwise, if you don't ask for a clarification or
 3      a question to be repeated, I'm going to assume you
 4      understood my question and your answer was trying
 5      to respond to it.  Okay?
 6  A    Okay.
 7  Q    And if you need a break at any time during today,
 8      just ask for a break and we can take one.  Okay?
 9  A    Sounds good.
10  Q    All right.  Are you under any kind of medication
11      or is there any reason that you would have trouble
12      giving complete and truthful testimony today?
13  A    No.
14  Q    Okay.  Can you give me a brief description of your
15      educational background?
16  A    I have a degree from Upper Iowa University in
17      business administration and marketing, and I went
18      to Edgewood High School and Queen of Peace grade
19      school before that.
20  Q    That suggests to me, sir, that you're a Madison
21      resident.
22  A    Born and raised in Madison, yes.
23  Q    And when did you get your degree from Upper Iowa?
24  A    I can't tell you the exact year.  It's been a
25      while ago.  I went back to school after working a
```

Page 12

```
 1      few years to get my four-year degree.  Prior to
 2      that I had been at MATC for a two-year marketing
 3      and sales degree.
 4          I'm not exactly sure what year I graduated
 5      from the college.
 6  Q    Can you give me a rough estimate?  Was it in the
 7      mid-Eighties?  Was it in the Nineties?
 8  A    It was in the Nineties.
 9  Q    Okay.  And would that have been both for MATC and
10      Upper Iowa?
11  A    No.  MATC was right after high school, so '79 I
12      graduated from there.
13  Q    Okay.  Are you currently employed, sir?
14  A    I am.  I'm the president of Edgewood High School.
15  Q    Okay.  And for someone who is not in education,
16      can you kind of give me just a real thumbnail
17      sketch of what your duties are as president?
18  A    I run the business side of the school and raise
19      the money.
20  Q    Okay.  And who, if anyone at the school, is
21      responsible for the curriculum, the teaching,
22      overseeing all of that?
23  A    That would be the principal.
24  Q    And who is the principal at Edgewood?
25  A    The principal's name is -- I'm sorry.  I'm a
```

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 13

1  little nervous.
2  Q  That's okay.
3  A  He just started.  Jerry Zander.
4  Q  Thank you.  Everyone has senior moments.
5  A  Well, I'm a senior.
6  Q  Okay.  How long have you been the president of
7     Edgewood?
8  A  I have been a little over nine years.
9  Q  Okay.  So roughly in 2013?
10 A  Yes.  March.
11 Q  Okay.  Did you hold any position at Edgewood prior
12    to March of 2013?
13 A  March of 2013 I was actually hired.  I took over
14    as president July 1 of '13.
15 Q  Okay.
16 A  It was kind of a transitional period between the
17    old president and myself.
18 Q  Prior to being hired by Edgewood in March of 2013,
19    what was your employment?
20 A  I had been in the printing industry 23 years at
21    Straus Printing and then 11 years at Suttle-
22    Straus Printing.
23 Q  Okay.  Why did you leave the printing industry to
24    become president of Edgewood?
25 A  I was going to become a printing consultant in the

Page 14

1  industry, and the nuns approached me asking me if
2  I wouldn't consider taking over the role of
3  president.  I was an alum of Edgewood and thought
4  that that might be a good way to end my career.
5  Q  With respect to being president of Edgewood,
6     was it a requirement of the position that you
7     be Catholic?
8  A  It was.
9  Q  Okay.  Is it a requirement of Edgewood, if
10    you know, that all of your teachers and coaches on
11    your athletic teams are Catholic?
12 A  It is not.
13 Q  You mentioned you have a degree from Upper Iowa.
14    Do you have any other certifications, degrees, or
15    any other training of that nature?
16 A  No.
17 Q  Do you have any training or education in law?
18 A  No.
19 Q  Any training or education in urban planning?
20 A  No.
21 Q  Okay.  Have you ever worked for a city, town, or
22    municipality?
23 A  No.
24 Q  Prior to your position as president of Edgewood,
25    had you had any occasion to work with any city,

Page 15

1  town, or municipality regarding permits?
2  A  Not to my recollection.
3  Q  With regard to your being hired by Edgewood
4     in 2013 -- Well, strike that.
5     Let me ask you, between the time you took
6  over July 1 and the March date that you were
7  hired, did you have a title that was different
8  than president?
9  A  Incoming president.
10 Q  Okay.  Fair enough.  With regard to that position
11    that you were hired for for Edgewood, was part of
12    the responsibilities for you to sit on the Board
13    of Directors?
14 A  Yes.
15 Q  Okay.  Have you performed any kind of services or
16    served on the board of Edgewood's grade school or
17    Edgewood's college?
18 A  No.
19 Q  Okay.  Do those three entities have separate
20    boards?
21 A  Yes.
22 Q  Okay.  Had you served in any capacity for Edgewood
23    prior to your hire in July -- I'm sorry, in March
24    of 2013?  That is, had you served on any
25    committees of the board or anything of that

Page 16

1  nature?
2  A  Yes.  I was on the Board of Trustees, and I was on
3  some different committees.
4  Q  Can you tell me when you served on the Board of
5     Trustees prior to your joining in 2013?
6  A  I don't know the exact dates of my time.  It was a
7  six-year term.  Probably in the teens of --
8  Q  Were you serving on the Board of Trustees just
9     before you got hired in March?
10 A  No.
11 Q  Okay.  Do you have a rough idea of the gap between
12    when you got hired and when you completed your
13    service on the Board of Trustees?
14 A  I'm not sure, but probably like five to six years.
15 Q  Okay.  So your service was somewhere in the nature
16    of 2001 to 2007, roughly in that range?
17 A  I believe so.
18 Q  Okay.  You indicated that you were on committees.
19    Could you give me a little background on what
20    committees you might have been on?
21 A  I was on the admissions committee and the fund
22    raising committee.  As part of the board, you sat
23    on one or more committees.
24 Q  And would that have been in that same timeframe of
25    2001 to --

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 17

1 A   Correct.
2           MR. INGRISANO: Let her finish her
3       question. Okay?
4           THE WITNESS: Okay.
5           MR. INGRISANO: Don't talk over.
6           THE WITNESS: Sorry.
7 Q   It's okay. It will happen, and I'll do it to you
8       accidentally.
9           Who held the position of president at
10      Edgewood prior to you taking over?
11 A   Judd Schemmel.
12 Q   Do you know whether Judge Schemmel is still --
13      well, first of all, is Judge the first name or is
14      that the position?
15 A   Judd.
16 Q   Judd. I'm sorry.
17 A   Yes.
18 Q   Do you know whether Judd Schemmel is still around
19      in the area?
20 A   Yes. He is still in the Madison area.
21 Q   Do you know whether he is working anywhere?
22 A   Yes. American Family Insurance.
23 Q   Okay. I understand from reading in the paper that
24      you're retiring in June; is that right?
25 A   That's the plan.

Page 18

1 Q   Do you have plans to do other work involving
2       Edgewood after your retirement?
3 A   At this time, I'm not sure if I'm going to
4       continue to work at Edgewood. It will depend on
5       the new president, when he gets here and what his
6       needs are.
7 Q   And who is the new president going to be? Has
8       that been announced?
9 A   Yes. Kevin Rea.
10 Q   Do you have plans on serving on any committees or
11      the Board of Trustees if you're not employed
12      formally by Edgewood?
13 A   Not really at this time.
14 Q   Okay. Do you have any plans to move or live
15      outside of Dane County after your retirement in
16      June?
17 A   I will always have a home, I think, in
18      Dane County. I also have a home in St. George,
19      Utah.
20 Q   Okay. The Edgewood campus is comprised of three
21      different schools; correct?
22 A   Yes.
23 Q   Okay. There is the Edgewood grade school,
24      Edgewood High School, and Edgewood College;
25      correct?

Page 19

1 A   That's correct.
2 Q   And Edgewood High School is a private Catholic
3       college preparatory school; true?
4 A   Edgewood College, yes. I'm sorry. Did you say
5       college or --
6 Q   I'm sorry. I was trying to ask the type of
7       high school it is. So it's a Catholic college
8       prep school; correct?
9 A   Correct.
10 Q   Okay. Are the grade school -- well, the Edgewood
11      grade school, the high school, and the college are
12      all sponsored by the Dominican Sisters of
13      Sinsinawa; correct?
14 A   Sinsinawa.
15 Q   But my statement was correct?
16 A   Correct.
17 Q   I will warn you, Mr. Elliott, I am horrible with
18      names. I'm sure I'm going to butcher that name
19      more than once. I'll do my best. Feel free to
20      correct me, though. Sinsinawa?
21 A   Sinsinawa.
22 Q   Sinsinawa. Okay. I'm sorry. I wrote it
23      phonetically wrong on my paper.
24           Do the grade school and the college follow
25      the same religious teachings and exercise of faith

Page 20

1       as the high school does?
2 A   I believe so.
3 Q   Are you aware or do you know what sports the grade
4       school engages in?
5 A   I do not.
6 Q   Okay. Are you aware of the grade school engaging
7       in sports activities, you just don't know which
8       ones, or you don't know whether or not they engage
9       in any sports?
10 A   I know they engage in sports. I just don't know
11      all the sports.
12 Q   Okay. Do you know some of the sports in which
13      they engage in?
14 A   I believe they engage in basketball and softball
15      and track and field.
16 Q   Okay. And with respect to those -- and I used the
17      term sports. I should have probably said
18      competitive sports. They have teams that they
19      play against other schools; correct?
20 A   I believe so. I think they're part of the MAISL
21      League.
22 Q   Do you know where the grade school plays its track
23      and field games?
24 A   For the most part, at Edgewood High School.
25 Q   Okay. There is a track and field at Edgewood High

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 21

1 School that's often referred to as the Goodman
2 track and field?
3 A Correct.
4 Q That's where the grade school you believe
5 currently plays its track and field games;
6 correct?
7 A Yes. I'm not sure how many track meets they have
8 in a year, but I know that the one major one is
9 held at Edgewood for all the parochial schools.
10 Q Okay. There were some renovations to the
11 high school's track and field in roughly 2015;
12 correct?
13 A Correct.
14 Q Do you know whether the grade school had its track
15 and field meet at Edgewood prior to 2015 or was
16 there somewhere else that they would hold that
17 meet?
18 A There was -- prior to it, there were years that it
19 was held there, but then the track was in such bad
20 shape that there were a couple of years where we
21 couldn't host until the track was then redone.
22 Q And the years that Edgewood couldn't host, do you
23 know where they played?
24 A I believe one year they went to -- Monona Grove
25 hosted it, but that was deemed too far away for

Page 22

1 the schools, so I think it was only one year and
2 then the other year they didn't have it.
3 Q Okay. With respect to basketball, do you know
4 where the grade school conducts its competitive
5 basketball games?
6 A In the Edgedome, their facility.
7 Q And what about softball, if you know?
8 A I don't know.
9 Q Okay. Do you know what competitive sports
10 Edgewood College plays?
11 A I know some of their sports, not all of them.
12 Q Could you tell me which ones you know?
13 A Basketball, track and field, golf. Those are the
14 only ones. There is probably more, but at this
15 point that's all I can recall.
16 Q Do you know whether Edgewood College has a
17 baseball or soccer team?
18 A They do, now that you say that.
19 Q And what about lacrosse or tennis?
20 A I am not sure on tennis or lacrosse.
21 Q Okay. With respect to baseball, do you know where
22 Edgewood College plays its baseball games?
23 A I do not.
24 Q Okay. What about where Edgewood College plays its
25 soccer games?

Page 23

1 A I am not sure where that is.
2 Q Okay. Are you aware at all of Edgewood College
3 playing at the Reddan complex, R-e-d-d-a-n, in
4 Verona?
5 A I'm not aware if they play there.
6 Q Okay. Are you aware of Edgewood College
7 playing -- Strike that.
8 Track and field, do you know where Edgewood
9 College plays its track and field events?
10 A They practice at our facility, but I'm not sure
11 where the league that they play in goes to for
12 their competitions.
13 Q Okay. Does the Edgewood grade school,
14 high school, and college have completely separate
15 finances or is there some overlap between the
16 schools?
17 A Separate.
18 Q Okay. Does the high school ever charge the grade
19 school or college for use of any of its fields or
20 facilities?
21 A In the past there has been charges. I am not sure
22 if we continue to charge them for using it.
23 Q In the past has the charges included charges for
24 use of the athletic fields?
25 A There have been -- there was -- not the campus

Page 24

1 school. But the college, there was charges to use
2 the facility.
3 Q You're aware, are you not, sir, that the Edgewood
4 College is currently building an athletic complex
5 that would host all of its athletics, outdoor
6 athletics, in Fitchburg?
7 A I am.
8 Q Okay. And are you aware that that athletic
9 complex would include a soccer stadium and
10 baseball and softball fields, as well as some
11 track and field?
12 A I honestly don't know everything they're going to
13 have out there at this point.
14 Q Okay. Do you know when the college first began
15 exploring building athletics?
16 A I don't.
17 (Exhibit No. 48 marked for
18 identification)
19 Q Mr. Elliott, I'm showing you what's been marked as
20 Exhibit 48. I don't expect you to necessarily
21 know this. This is just to see whether this jogs
22 any of your memory and/or just to let you see
23 where I'm expecting -- where I believe to be the
24 case.
25 This is a Fitchburg Star newspaper article,

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 25

1 and up in the corner it's dated August 9, 2019.
2 Do you see that, sir?
3 A  I do.
4 Q  Okay.  And turning to the third page of the
5 document, I'll represent to you this is the City
6 of Fitchburg talking about its own comprehensive
7 city plan.
8       And if you look, I'm going to direct your
9 attention to the heading that says "Updated
10 comprehensive plan expected by spring election."
11 Do you see that?
12 A  Yes.
13 Q  Okay.  And in that column, if you go down one,
14 two, three, four, five, six, it's referring -- if
15 you read that paragraph, it's referring to an
16 Edgewood athletic complex and an outdoor learning
17 complex along Lacy Road.  Do you see that?
18 A  What does that paragraph start with?
19 Q  "While the timeline would make the plan complete
20 by the April election" --
21 A  Okay.
22 Q  -- "it could complicate a pair of projects that
23 have been brought up over the past two weeks:
24 an Edgewood College athletic and outdoor learning
25 complex along Lacy Road."  Do you see that, sir?

---

Page 26

1 A  I do.
2 Q  Okay.  Were you part of any discussions in 2019
3 with regard to the college wanting to build an
4 athletic contest -- or complex?
5 A  Not to my recollection.
6 Q  Okay.  Have there been any discussions about
7 Edgewood High School being able to use the stadium
8 that the college is building in Fitchburg?
9 A  Not to my knowledge.
10 Q  Is it something that you anticipate the
11 high school would explore given the current state
12 of its facilities?
13       MR. INGRISANO: Objection.  Form.
14 Foundation.  Go ahead.
15 Q  If you know.
16 A  I am not sure what they're talking about
17 completely building out there.  If it had sports
18 that we didn't have on our campus, there may be a
19 desire to play those sports there.
20 Q  Okay.  Now, with respect to Edgewood High School's
21 outdoor field sports, what sports does Edgewood
22 play, if you know?
23 A  I'll give you a list.  I'm not positive if I'm
24 going to name everything here right now.  We have
25 boys and girls basketball, we have boys and girls

---

Page 27

1 volleyball, we have boys football, we have boys
2 lacrosse, we have boys and girls hockey, we have
3 girls softball and boys baseball, we have girls
4 and boys golf.  I'm not sure if I --
5 Q  Track and field?
6 A  We have track and field for boys and girls.
7 Q  Okay.  Now, with respect to outdoor -- or those
8 that use outdoor fields, that would be football,
9 lacrosse, softball, baseball, golf, and track and
10 field; correct?
11 A  Say those names again.
12 Q  That's all right.  It was a bad question because I
13 referred to a field, and I'm not sure you would
14 call golf a field.
15       With regard to actual fields, it would be
16 football, lacrosse, softball, baseball; correct?
17 A  And track uses both the field and the track.
18 Q  Okay.  Thank you.  With respect to football, where
19 does Edgewood play its competitive games?
20       MR. INGRISANO: Objection.  Form.
21 Vague.  Go ahead.
22 Q  Well, I'll clarify for that.
23       With respect to Edgewood football, where does
24 it play its home competitive games?
25 A  Different -- whatever stadium is available at the

---

Page 28

1 time that we have a game.  So it's multiple
2 stadiums.
3 Q  And which stadiums are those?
4 A  Breese Stevens field.  That's typically where
5 we've played, or Middleton.
6 Q  Okay.  Any others that you're aware of?
7 A  Well, sometimes we have to forfeit our home game
8 to the team we're playing because we can't get a
9 stadium.
10 Q  How often has that occurred?
11 A  I don't know that answer.
12 Q  Okay.  Has that occurred -- Give me the years in
13 which that has occurred.  Does that happen every
14 year, for example?
15 A  I'm only guessing, but I would say that happens
16 one -- every year one or two times.
17 Q  Okay.  To the best of your knowledge, has Edgewood
18 ever not been able to secure a site, whether it be
19 at one of the facilities you just mentioned or the
20 opposite team, has Edgewood ever not been able to
21 secure a site for its game?
22 A  I'm not involved in the athletics to the degree
23 of knowing that all the time.  I would just be
24 guessing.
25 Q  Okay.  That's fine.  That's fair.  I don't want

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 29

1  you to guess, sir, but thank you for that.
2      Where does Edgewood's lacrosse team play, if
3  you know, for its competitive home games?
4      MR. INGRISANO: I'm going to object
5  to form. Vague as to varsity and JV. That's
6  a distinction that hasn't been drawn that I
7  think needs to be drawn, but go ahead.
8 A  Can you repeat the question?
9 Q  I asked with regard to lacrosse where you have
10  played your competitive home games.
11 A  For the most part, we've played them at Edgewood.
12 Q  Okay. And did you play those games at Edgewood
13  both before and after 2015?
14 A  I have to try to -- I'm not sure when our lacrosse
15  program started.
16 Q  Okay.
17 A  So I'm not sure.
18 Q  Okay. What about softball and baseball, do you
19  know where Edgewood has played its competitive
20  home games?
21 A  Various fields. Warner Park has been a field that
22  baseball has played. I honestly don't know what
23  city parks the girls softball program is played
24  at.
25 Q  Okay. With respect to Warner Park and Breese

---

Page 30

1  Stevens, those are city-owned properties; correct?
2 A  I'm not sure with Breese Stevens, but I know
3  Warner Park is.
4 Q  Has the city ever precluded Edgewood from using
5  its fields when those fields are available?
6      MR. INGRISANO: Objection.
7  Foundation.
8 Q  If you know.
9 A  I don't know that.
10 Q  Okay. With regard to the Edgewood High School's
11  competitive sports programs, which competitive
12  sports play games at night, if you know?
13      MR. INGRISANO: Objection. Form.
14  Foundation.
15 A  Can you repeat the question but also with clarity,
16  because I was confused. I'll listen again.
17 Q  No, that's okay. You identified a number of
18  Edgewood High School's competitive sports
19  programs; correct?
20 A  Uh-huh.
21 Q  Which of those competitive sports programs play
22  games at night, if you know?
23 A  Okay. Football for sure. Lacrosse, soccer. We
24  have ultimate frisbee as a sport that plays at
25  night. Track and field plays at night. And there

---

Page 31

1  are other sports that would love to play at night,
2  but they don't have the field to do so.
3 Q  What other sports, competitive sports at Edgewood
4  would love to play at night that you did not
5  mention?
6 A  The women's softball team is one and our field
7  could host a women's game in softball. Not a
8  boys baseball. The dimensions of the park are
9  different.
10 Q  With respect to the football program and night
11  games, Edgewood's football -- let me strike that
12  and start again. Sorry. I was going to ask a bad
13  question.
14      I should also say going forward if I just
15  refer to Edgewood, I'm referring to the
16  high school. If I'm going to refer to the college
17  or the grade school, I'll identify those
18  separately. Can we agree on that?
19 A  Yes.
20 Q  Okay. With respect to Edgewood's football program
21  and night games, the football program has been
22  able to play those night games at other venues;
23  correct?
24      MR. INGRISANO: Objection. Form.
25  Foundation.

---

Page 32

1 Q  If you know.
2 A  For the most part.
3 Q  With respect to soccer, do both the boys and the
4  girls competitive soccer programs at Edgewood play
5  games at night?
6 A  Yes.
7 Q  And where do the boys soccer team play their night
8  games?
9 A  Either on the road or at Reddan.
10 Q  And what about the boys soccer team, where have
11  they played their night games, if you know?
12 A  Either on the road or at Reddan.
13 Q  With respect to ultimate frisbee you mentioned,
14  is that a competitive program at Edgewood?
15 A  It's a new club sport.
16 Q  Do you know whether they have ever played any
17  night games?
18 A  I believe they have played some road night games
19  but not any home games.
20 Q  Okay. Has Edgewood High School investigated the
21  possibility of the ultimate frisbee team playing
22  night games at another venue?
23 A  I don't know that.
24 Q  Okay. With respect to track and field, where has
25  Edgewood's competitive team played night games?

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 33

1 A   Just away venues to other probably Badger
2     Conference schools.
3 Q   All right.  Has Edgewood investigated the
4     possibility of its track and field team playing
5     a night game at another venue within the city?
6 A   I'm not sure.
7 Q   Okay.  With respect to the night games for
8     Edgewood's competitive programs where they are
9     home games but held at a venue elsewhere in the
10    city, how do the students get to that venue?
11    Does Edgewood bus them?
12 A  No.
13 Q  No?  I'm sorry.  Sorry.  I didn't hear you.
14 A  No.
15 Q  Okay.  How do those students get there, if
16    you know?
17 A  Their parents either drive them or they drive
18    there themselves.
19 Q  With respect to away games, does Edgewood bus the
20    students to away games or are parents responsible
21    for getting their children to away games?
22        MR. INGRISANO:  Objection.  Form.
23        Go ahead.
24 A  There are some games that Edgewood buses them to.
25 Q  Okay.

Page 34

1 A   And then they also drive themselves.
2 Q   Okay.
3 A   Or their parents.
4 Q   To your knowledge has Edgewood ever secured an
5     athletic field for a night activity other than
6     sports?
7 A   We have had different events but not -- that
8     we've -- I'm not able to answer that.  I'm not
9     sure.
10 Q  Okay.  I'm going to follow up because you started
11    by saying we've had other events and then saying
12    you're not sure.
13        I just want to clarify.  If you're aware of
14    other events where you have secured an athletic
15    field for nighttime use, I would like to know what
16    those are, or if you're saying you don't know,
17    please so state.
18 A  I don't know if they've secured a place for other
19    events.
20 Q  Okay.  You're not aware of any as you sit here
21    today; fair?
22 A  Just can you ask that question one more time?
23 Q  Sure.  Are you aware of Edgewood securing a field
24    for nighttime use for any activities other than
25    sports?

Page 35

1 A   Yeah, I'm not -- I don't -- I wouldn't be able to
2     answer that question.
3 Q   So you're not aware of any?
4 A   I'm not aware.
5 Q   Do you know a rough estimate of what percentage of
6     current Edgewood High School students live outside
7     the city of Madison?
8 A   I don't know that number.
9 Q   Can you give me a rough estimate?
10 A  Outside the Madison area, did you say?
11 Q  Outside the city of Madison.
12        MR. INGRISANO:  Objection.  Form.
13        Calls for speculation.  Go ahead.
14 A  I don't know.
15 Q  Okay.
16 A  I'm sorry.
17 Q  That's okay.  With respect to the Dominican
18    Sisters of -- I'm going to say it wrong.
19        MR. STERETT:  Sinsinawa.
20 Q  Sinsinawa, thank you.  What does it mean that this
21    order sponsors Edgewood High School?
22 A  They -- it's complex, but basically they -- we
23    have to have a juridic person sponsorship or we
24    can't exist.  So they're our Catholic sponsorship
25    to exist.

Page 36

1 Q   Okay.  It's a Catholic order that is sponsoring
2     the high school; correct?
3 A   Correct.
4 Q   Are they providing funding?  Administrative
5     guidance?  Can you describe the relationship?
6        MR. INGRISANO:  Objection.  Form.
7        Vague.  Go ahead.
8 A   They have ownership of us, and they give us an
9     annual gift to help support us.  They also have
10    corporate sponsorship counsel that assists in
11    managing the school.
12 Q  Are they involved at all in the day-to-day running
13    of the school?
14 A  No.
15 Q  Are there requirements that the high school must
16    meet in order to be sponsored by them?
17        MR. INGRISANO:  Objection.
18        Foundation.  Go ahead.
19 Q  If you know.
20 A  I don't -- there is -- I mean, we have to live up
21    to a standard.  There is an expectation that we're
22    going to follow the Catholic teachings of the
23    church, that we're going to follow the mission of
24    the Sinsinawa Dominican Sisters, and that we're
25    going to maintain an education that includes the

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 37

1    Catholic teachings.
2  Q  Okay.  Do you know whether there is any kind of
3    contract or written agreement between Edgewood
4    High School and the Dominican Sisters of
5    Sinsinawa?
6  A  I don't know that.
7  Q  Okay.  Do you agree that there is no requirement
8    that a school sponsor a sports program in order
9    to be sponsored by the Dominican Sisters of
10   Sinsinawa?
11         MR. INGRISANO: Objection.
12      Foundation.
13 A  Our mission states that we educate the whole
14   student for a life of learning, and they believe
15   strongly in the cocurricular activities of a
16   school, that as much, if not more, could be
17   learned in that setting than just a classroom
18   setting.  So they are very supportive of us having
19   sports programs or fine arts programs and service
20   programs that help teach the kids.
21 Q  Would you agree, though, sir, it's not a
22   requirement that Edgewood have a sports program in
23   order to be sponsored?
24         MR. INGRISANO: Objection.  Form.
25      Vague as to requirement.  Objection to

Page 38

1    foundation.
2  A  I would say based on their mission they would not
3    allow that to happen.
4  Q  So it's your understanding that every school that
5    the Dominican Sisters of Sinsinawa sponsors has to
6    have a sports program?
7         MR. INGRISANO: Objection.  Form.
8      Argumentative.  Objection.  Foundation.
9  A  I would -- I can only speak for Edgewood High
10   School.  I don't know about their other schools
11   and what they offer as far as -- I know their
12   expectation of Edgewood High School.  We have a
13   very high percentage of students who -- all of our
14   students participate in something cocurricular,
15   whether it's clubs, whether it's fine arts, or
16   whether it's athletics.
17 Q  And I know you keep broadening it to cocurricular,
18   but I'm focusing just on sports teams.
19 A  Uh-huh.
20 Q  Have you ever seen anything in writing at all from
21   the Dominican Sisters of Sinsinawa that you must
22   have a sports team?
23 A  I've not seen anything in writing.
24 Q  Okay.  Has anyone -- Has any of the sisters ever
25   verbally indicated to you that Edgewood must have

Page 39

1    a sports team?
2  A  Not that I can recall.
3  Q  Okay.  Are you aware of any requirement in the
4    Catholic faith for an individual to participate in
5    sports?
6         MR. INGRISANO: Objection.  Form.
7      Go ahead.
8  A  Not that I'm aware of.
9  Q  Okay.  Have you visited the Dominican Sisters of
10   Sinsinawa's website?
11 A  I'm sure I have at some point, but not for awhile.
12 Q  Do you agree that that website does not mention
13   sports at all?
14         MR. INGRISANO: Objection.  Form.
15 A  I'm not aware of that.
16         (Exhibit No. 49 marked for
17         identification)
18 Q  Mr. Elliott, I'm showing you what's been marked as
19   Exhibit 49.  I'll represent to you that this is an
20   attempt to capture all of the pages of the Sisters
21   of Sinsinawa's website.
22        I'd like you to take a look through that and
23   tell me whether or not anywhere on here mentions
24   sports or athletic competition.
25         MR. INGRISANO: Go ahead and review

Page 40

1    the document.  I'm going to object to
2    foundation on this document as well.
3         (Exhibit No. 50 marked for
4         identification)
5  Q  So have you had a chance to review the document,
6    Mr. Elliott?
7  A  I have.
8  Q  Did you see any mention of sports or athletic
9    contests in the document?
10 A  Well, I had stated that I haven't been on their
11   site for a while, but the last time I was on their
12   site there was a section that referred to
13   sponsored schools.  And I think that -- I don't
14   know if this is their whole website at this point.
15        But typically they had a tab for their
16   sponsored account schools which defined all the
17   schools that they sponsored, and that's where the
18   activities of the school were displayed.  But this
19   may be a new website that I haven't seen.
20        In this particular website, I did not see.
21 Q  You recognize the web address of the
22   www.Sinsinawa.org as being the web address for
23   the Sisters' website; correct?
24 A  Yes.
25 Q  Okay.  And at least with respect to this document,

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 41

1  you did have an opportunity to look at the pages
2  that define who the Sisters are and their overall
3  mission; correct?
4         MR. INGRISANO: Objection. Form.
5     Are you asking him to review it again? You
6     asked him first about sports references, and
7     now you're asking him to look for something
8     else?
9  Q  I'm asking whether he reviewed those pages of the
10    document.
11 A  I reviewed the pages of the document I was handed.
12 Q  While the document isn't numbered, can you turn to
13    page 13 of the document? The top of the page says
14    About Us:  Our Mission.
15 A  Page 13?
16 Q  Correct. And I'm sorry, the document isn't
17    numbered, but at the top of the page, About Us:
18    Our Mission.
19        MR. INGRISANO: I have it as page
20    12.
21        MS. ZYLSTRA: Thank you.
22        MR. INGRISANO: If you go one
23    earlier. Is it this page, Counsel?
24        MS. ZYLSTRA: Yes.
25 Q  It's the page with the picture of the five Sisters

Page 42

1  on it.
2         MR. INGRISANO: Keep going. There
3     you go.
4  A  Okay. Sorry.
5  Q  I'll let you review the document, but I'll give
6     you a preview of what my question is so that you
7     can have that in mind when you review it.
8     Do you believe this page that starts About
9     Our Mission, continuing on to the second page,
10    accurately reflects the Dominican Sisters of
11    Sinsinawa's mission, vision, and direction?
12 A  I do.
13 Q  And at least on those pages, with respect to their
14    vision, mission, and direction, there is no
15    mention of sports or athletic activities; correct?
16 A  None that I see.
17 Q  Okay. Sir, are you aware of what Edgewood's
18    enrollment has been -- Edgewood High School's
19    enrollment has been for the last ten years?
20 A  Not the last ten.
21 Q  Okay. I'm going to show you what's been marked as
22    Exhibit 50. Do you recognize Exhibit 50 as an
23    accreditation report for Edgewood dated October 11
24    through 14 of 2015?
25 A  Yes.

Page 43

1  Q  Okay. At least since 2010 Edgewood has faced
2     declining enrollment. Do you agree with that,
3     sir?
4  A  Yes.
5  Q  Okay. And if you'd turn to -- I'm going to use
6     the upper internal pages of the document because
7     it will be easy for you. 73. Are you there, sir?
8  A  Yes.
9  Q  Okay. I'm going to direct your attention to the
10    last paragraph on that page. And the second
11    sentence says, "Enrollment for the current school
12    year is 539 students down from 658 students in
13    2009-2010." Do you see that, sir?
14 A  I do.
15 Q  Do you have any reason to believe that that's
16    an inaccurate statement of what your student
17    population -- or your student enrollment was in
18    2009 and '10, as well as the 539 number for 2013?
19        MR. INGRISANO: Objection as to
20    foundation for this document. Go ahead.
21 A  No.
22 Q  Okay. Well, with respect to this document, this
23    is from October of 2015, which is when you were
24    currently president of Edgewood; correct?
25 A  Correct.

Page 44

1  Q  And this is a report that was written to you as
2     president; correct?
3         MR. INGRISANO: Objection.
4     Foundation. Go ahead. Form.
5  A  This wasn't written to me. I participated in it.
6  Q  Okay. Tell me about your -- tell me what the
7     background is of why there is an accreditation
8     report from 2015.
9  A  For us to maintain our accreditation, we have to
10    do a self-study every -- it's a seven-year cycle.
11 Q  Okay. And as part of that, did Edgewood provide
12    information to the Independent Schools Association
13    of the Central States in order to continue its
14    accreditation?
15 A  Yes.
16 Q  And as president of the school, you would expect
17    that the information that was provided to them
18    was truthful, correct, and accurate? Yes?
19 A  Yes.
20 Q  And at least with respect to this report, they're
21    reporting your enrollment as 658 students in 2009
22    and '10 and 539 students in 2015. Correct?
23 A  Correct.
24 Q  Okay. And you would have reviewed this report at
25    the time that you received it in 2015; correct?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 45

1 A  Yes.
2 Q  And if there was anything in the report that was
3     inaccurate, you would have contacted the
4     Independent Schools Association to correct it;
5     correct?
6 A  Yes.
7 Q  Okay.  How many students are enrolled currently at
8     Edgewood, if you know?
9 A  It changes.  I believe -- can I give you a range?
10 Q  Sure.
11 A  Somewhere between 520 and 530.  And that's a
12     guess.  I'm not sure.  We have students that come
13     and go at different times of the year.
14 Q  Okay.  Your website currently says your enrollment
15     is 488.  Do you know why your website would list
16     it as 488?
17         MR. INGRISANO: Objection.  Form.
18         Assumes facts not in evidence.  Go ahead.
19 A  Not being updated.
20 Q  Okay.  We spoke earlier just very briefly that you
21     had a renovation of the Goodman Athletic Complex,
22     the track and field; correct?
23 A  Renovation as in when we -- recently or are you
24     talking about --
25 Q  Let me rephrase that.  That was a poor question.

Page 46

1 A  Yes.
2 Q  I understand that in 2015 that there was a
3     $1.025 million renovation of the Goodman Athletic
4     Complex, which included your track and field and
5     the field; correct?
6 A  Correct.
7 Q  Okay.  And at least with respect -- Strike that.
8     That was a significant renovation; correct?
9         MR. INGRISANO: Objection.  Form.
10         Vague as to "significant."
11 A  Significant, I don't know what --
12         MS. ZYLSTRA: Counsel, just form or
13     foundation.  I'll ask for clarification,
14     please.
15         MR. INGRISANO: No.  I'm allowed
16     to -- that's not a speaking objection.
17         MS. ZYLSTRA: It is.
18         MR. INGRISANO: No, it's not.
19         MS. ZYLSTRA: Well, we can call the
20     Court if we get that far, but the objection
21     is form or foundation.
22         MR. INGRISANO: And a phrase as
23     stating what the basis for that objection is
24     is perfectly acceptable.  That's not a
25     speaking objection.

Page 47

1         MS. ZYLSTRA: No.  Only if I ask,
2     Counsel.
3         MR. INGRISANO: Sorry.  I'm making
4     a record.
5 Q  You indicated earlier that the renovations to the
6     field -- that prior to the renovations the field
7     wasn't very usable and after the renovations you
8     were able to hold a lot more practices and
9     athletic contests on the field; correct?
10 A  Correct.
11 Q  Okay.  And with respect to the $1.25 million
12     renovation, had Edgewood ever received a donation
13     of that amount to renovate any of its athletic
14     fields prior?
15         MR. INGRISANO: Objection.
16         Foundation.
17 Q  If you know.
18 A  I don't.
19 Q  You believed that was a lot of money that was
20     useful for Edgewood to update its athletic fields;
21     correct?
22 A  Yes.
23 Q  Okay.  And part of the reason you wanted the money
24     to update those fields was you were hoping that it
25     would increase enrollment at Edgewood High School;

Page 48

1     correct?
2         MR. INGRISANO: Objection.  Form.
3 A  One of the reasons.
4 Q  Okay.
5         MR. INGRISANO: Counsel, when
6     you're ready for a break, we'll take one.
7         MS. ZYLSTRA: We will as soon as I
8     finish this line of questioning.
9 Q  The increase -- or the renovation, the
10     $1.25 million renovation of Goodman, has not led
11     to increased enrollment.  Agree?
12         MR. INGRISANO: Objection.  Form.
13 A  I disagree.
14 Q  Well, you indicated that your enrollment in 2010
15     was 658 students, in 2015 -- in October of 2015 it
16     was 539 students, and today it's somewhere between
17     520 and 530 students; correct?
18 A  Since I've been president, enrollment has gone up.
19 Q  From when to when?
20 A  We were at 470, and we're now in the range of --
21     that I gave you, which was around 530 students,
22     I believe.
23 Q  When were you at 470?
24 A  I would have to look at our records to get that
25     exact year for you.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 49

1 Q   Can you give me any estimate on when you were at
2     470?
3 A   An estimate would probably be three to four years
4     ago.
5 Q   So 2017?
6 A   That's an estimate.
7 Q   Okay.  With respect to from the time period of
8     2015 to 2017, your enrollment decreased; correct?
9 A   I can't answer that.
10 Q   Your enrollment for the school year for 2015 was
11     539 students, and you're telling me roughly in
12     2017 it was 470 students; correct?
13 A   Yes.
14 Q   That's a decrease in enrollment; correct?
15 A   Correct.
16 Q   And that was after the changes to the Goodman
17     Athletic Complex; correct?
18 A   I would have to look at our enrollment numbers to
19     agree or disagree with that.
20 Q   My question, sir, was the time period you just
21     described, from 2015 to 2017, was after the
22     athletic complex changes to the Goodman field;
23     correct?
24 A   Correct.
25         MS. ZYLSTRA: Okay.  We can take a

Page 50

1     break.
2         MR. INGRISANO: Great.  Thank you.
3         MS. ZYLSTRA: Thank you.
4         MR. HANSEN: Going off the record
5     at 10:06.
6         (Recess)
7         MR. HANSEN: We're back on the
8     record at 10:22.
9 Q   Sir, with respect to Exhibit 50 in front of you,
10     can you turn to internal page 19?
11 A   I'm sorry.  I've got to get my glasses back out.
12     Sorry.  9?  10?  Repeat the --
13 Q   19, please.
14 A   19.  Top?
15         MR. INGRISANO: Uh-huh.
16 A   There.
17 Q   And I want to direct your attention to the third
18     paragraph on that page.  I'm going to ask you to
19     read that paragraph to yourself.
20     Are you ready, sir?
21 A   Uh-huh.
22 Q   Okay.  This report is indicating that one of the
23     challenges for Edgewood is that the area's public
24     schools are academically competitive and seen as a
25     viable alternative to Edgewood; correct?

Page 51

1 A   Correct.
2 Q   And it notes that 53 percent of the population in
3     the area identifies as Roman Catholic; correct?
4 A   Correct.
5 Q   And it notes that other than one small Catholic
6     high school, Edgewood is the other Catholic
7     high school; correct?
8         MR. INGRISANO: Objection.
9     Foundation.  Form.
10 A   Correct.
11 Q   Okay.  And that for purposes of attracting
12     students to Edgewood, it's noting that there are
13     37 parishes and 12 Catholic elementary schools;
14     correct?
15 A   Correct.
16 Q   And what the -- The import of this paragraph is
17     that Edgewood is struggling to get those parish
18     schools to feed their kids to Edgewood High
19     School; correct?
20         MR. INGRISANO: Objection.  Form.
21 A   I don't think that was the intention.
22 Q   Okay.  Well, at least this report is trying to
23     suggest that for Edgewood to attract students and
24     increase enrollment that it should improve its
25     relationship with diocesan leadership and increase

Page 52

1     its presence in those Catholic elementary schools;
2     correct?
3         MR. INGRISANO: Objection.  Form.
4     Mischaracterizes the document.
5 A   I think this just stated that we knew we had to
6     find more ways to have community building with
7     these parishes so that we could form the
8     relationships to get more students.
9 Q   Okay.  And one of the schools that would be
10     Edgewood High School's competitor is West High
11     School; correct?
12 A   It's another high school in the city.
13 Q   Okay.  Do you know whether West High School has
14     lights for its athletic field?
15 A   Well, its home field is Mansfield, so that's a
16     tough -- so, yes, I would say they do.
17 Q   Let me rephrase my question.  That's a good point.
18         Are you aware of whether West has an athletic
19     field on site at its high school?
20 A   I'm aware that they do.
21 Q   Okay.  Does the field on its home site, by its
22     school, have lights on that athletic field?
23 A   The current one does not.
24 Q   Okay.  And I think you said that for night games
25     West uses Mansfield; correct?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 53

1 A  Correct.
2 Q  Do you know whether West High School's enrollment
3     has been increasing or decreasing in recent years?
4 A  I do not.
5 Q  Okay.  I want to go back to one thing we talked
6     about earlier.  You had mentioned that Edgewood
7     plays some of its competitive games at Reddan in
8     Verona; correct?
9 A  Yes.
10 Q  With respect to the Reddan field, does it have
11     Edgewood's logo on it?
12 A  Honestly, I don't know.
13 Q  Okay.  You're aware, sir, are you not, that in
14     2013 the City of Madison rezoned and created the
15     Campus-Institutional District?
16 A  I'm aware of that.
17 Q  Do you know what the zoning was for the Edgewood
18     campus prior to 2013?
19 A  I do not.
20 Q  Okay.  Do you know what the process was for
21     Edgewood to make any improvements to its property
22     prior to the change in zoning in 2013?
23 A  I do not.
24 Q  Okay.  Were you involved in any way in any request
25     for conditional use permits for Edgewood prior to

Page 54

1     2013?
2 A  Not that I'm aware of.
3 Q  Okay.  Prior to its 2014 master plan, were you
4     aware that Edgewood had a master plan back in 1996
5     and 1997?
6 A  I was aware they had one.
7 Q  Okay.  Were you aware that Edgewood's master plan
8     back in the Nineties was presented to the Plan
9     Commission of the city as a conditional use?
10 A  I was not.
11 Q  Were you aware or are you aware that Edgewood
12     needed the support of its neighbors and the
13     neighborhood association to get its master plan
14     approved back in the Nineties?
15 A  Yes.
16         (Exhibit No. 51 marked for
17           identification)
18 Q  Mr. Elliott, I'm showing you Exhibit 51.  I know
19     this is before your time at Edgewood, but at least
20     at the top this indicates that these are the
21     minutes from August 14, 1996, of the Dudgeon-
22     Monroe Neighborhood Association.  Do you see that?
23 A  Yes.
24 Q  Okay.  I'm going to direct your attention to
25     page 2.  And at the top it says Edgewood

Page 55

1     Resolution.  Do you see that?
2 A  I do.
3 Q  Okay.  And in the second paragraph, and I'll let
4     you read the paragraph, but I'll tell you the
5     sentence I want to focus on is on that last
6     sentence.  So if you want to just take a minute to
7     review that.
8         Have you had a chance to review that, sir?
9 A  Yes.
10 Q  At least according to this paragraph, Bill Vanden
11     Brook indicated to the neighbors at this meeting,
12     including those on Monroe Street, that they would
13     be involved in the actual decision on such
14     features depicted as landscaping for the practice
15     field.  Do you see that?
16         MR. INGRISANO: Objection.
17         Foundation as to this document.
18 Q  Do you see that in the document, the last sentence
19     of that second paragraph?
20 A  I do.
21 Q  Okay.  Were you aware that there were discussions
22     regarding landscaping for the practice field that
23     occurred between Edgewood and the neighbors in the
24     1990s?
25         MR. INGRISANO: Objection.  Form.

Page 56

1 A  No, I was not.
2 Q  Okay.  The next paragraph on that page refers
3     to Edgewood finalizing an application for a
4     conditional use permit.  Do you see that?
5 A  I'm sorry.  Where?
6 Q  The next sentence down.
7 A  Okay.
8 Q  So the next paragraph you agree, at least in this
9     document, refers to Edgewood's application for a
10     conditional use permit; correct?
11         MR. INGRISANO: Objection.  Form.
12         Foundation as to this document.
13 Q  The language says, "Char explained that Edgewood's
14     finalized application for a conditional use permit
15     will come before the D-MNA council after August 26
16     and that procedures are still to be determined for
17     the liaison group to monitor operational issues
18     beyond the usual scope of city regulation."  Do
19     you see that, sir?
20 A  Yes.
21 Q  My question for you, sir, is were you aware of the
22     neighbors being involved in a conditional use
23     permit of Edgewood back in the 1990s?
24 A  I was aware of a permit, but I was not -- I had
25     heard that there were things.  I hadn't reviewed

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 57

1 the document or understood the document.
2 Q  Understood.  But at least from your role as
3 president, you became aware of some of the
4 historical information, such as the neighborhood's
5 involvement in Edgewood's conditional use permit
6 process back in 1996?
7            MR. INGRISANO: Objection.  Form.
8       Foundation.
9 A  When I came on, most of the focus was on the new
10 master plan.
11 Q  Understood.  But you were at least aware of
12 some -- of the history that had occurred between
13 Edgewood and the neighbors with regard to the
14 conditional use permit process?
15            MR. INGRISANO: Objection.  Form.
16       Vague.  Go ahead.
17 A  I did not -- I don't recall having been brought up
18 to speed on that.  I did say that I knew there was
19 some -- a previous procedure that was being
20 followed.
21 Q  Okay.  Can you turn to page 4 of the document.
22 And midway down there is a resolution about
23 Edgewood.  Do you see that?
24 A  Yes.
25 Q  Okay.  And turning to page 5, these are advisory

Page 58

1 votes on a revised conditional use plan.  Do you
2 see that at the top?
3 A  I do.
4 Q  Okay.  And going down to activities and
5 operations, numbers 9 and 10, there is a vote
6 identified in these minutes that says no lights,
7 no new PA system, 300 seat seasonal bleachers?
8 Do you see that?
9 A  I do.
10 Q  And the vote is 16 to 1 in favor of that; correct?
11            MR. INGRISANO: Objection.  Form.
12       Foundation.
13 Q  That's just what the document says?
14 A  I see it.
15 Q  You see that?
16 A  Yes.
17 Q  And for number 10, it says no permanent structure
18 for athletic complex?  And it's 17 yes and 1 no.
19 You see that in the document; correct?
20 A  Correct.
21 Q  Were you aware after you became president of
22 Edgewood that back in 1996 Edgewood was seeking
23 the neighborhood association's support for a
24 conditional use permit that would allow Edgewood
25 to put up lights and install a sound system?

Page 59

1            MR. INGRISANO: Objection.  Form
2       and foundation.
3 A  Can you repeat that question?
4 Q  Sure.  Were you aware -- After you became
5 president of Edgewood, were you aware that back
6 in 1996 Edgewood sought the neighborhood
7 association's support for a conditional use permit
8 that would allow Edgewood to put up lights and
9 install a sound system?
10            MR. INGRISANO: Same objections.
11 A  I was not.
12 Q  Okay.  Were you aware that Edgewood sought a
13 conditional use permit -- Strike that.
14       Were you aware that Edgewood had proposed to
15 the neighborhood a conditional use permit that
16 would include lights and a sound system back in
17 1996?
18 A  Not aware of 1996, a sound system or lights.
19 Q  No one ever brought that to your attention at all
20 during the process of trying to get lights and a
21 sound system for Edgewood in the recent years?
22            MR. INGRISANO: Objection.  Form.
23       Vague as to time.
24 A  I would say the liaison committee talked about
25 that there was -- that Edgewood couldn't put

Page 60

1 lights up, but I was not aware of conversations on
2 the sound system.  But there were members of the
3 liaison committee who would bring up at the
4 meetings when we would have a liaison committee
5 meeting that, well, Edgewood can't do this.
6 Q  Okay.  Did anyone on the liaison committee or any
7 of the neighborhood associations tell you about
8 what occurred in '96 as reflected in those
9 minutes?
10 A  They didn't -- it didn't reflect the minutes.
11 They just -- there was conversations where they
12 said that there was an agreement that Edgewood
13 could never put lights up.  And the conversation
14 that I had was that it was my understanding that
15 the master plan changed that agreement.
16 Q  Okay.  So do you recall which of the neighborhood
17 associations or committees indicated to you that
18 there was an agreement that Edgewood would not put
19 up lights or a sound system?
20 A  I'm trying to think back to who was on the
21 committee at the time.  I believe it was Tom
22 Huber.  But that's -- I don't remember the other
23 members.
24 Q  And when you -- when he indicated there was an
25 agreement not to put up lights and a sound system,

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 61

1    what was your response to him, if anything?
2  A  I said that -- I remember talking about the master
3    plan as something new.  That was a new agreement
4    between the neighbors and the campus on how it was
5    going to work.
6  Q  And what was Mr. Huber's response to that?
7  A  I don't -- I think it was just a casual
8    conversation.  I don't know that he even replied.
9  Q  Okay.  Any other conversations with anyone else
10   with regard to an agreement that Edgewood not put
11   up lights and a sound system back in the Nineties?
12 A  No.
13 Q  I think you indicated that you were aware that the
14   city changed and created -- changed the zoning and
15   created the Campus-Institutional District in 2013;
16   correct?
17 A  Correct.
18 Q  Were you involved at all in any of the discussions
19   or meetings regarding that change?
20 A  "Any of."  I was not involved in the architecture
21   of the master plan.  It was done before I got
22   there.
23 Q  Okay.  Do you know whether Edgewood was generally
24   in favor of the changes to the zoning which
25   created the Campus-Institutional zoning district?

Page 62

1          MR. INGRISANO: Objection.  Form.
2  A  I don't know.
3  Q  Okay.  Do you know whether anyone at Edgewood
4    lobbied for those changes?
5          MR. INGRISANO: Same objection.
6  A  I don't -- I don't know that.
7  Q  Okay.  Did you -- Do you have any understanding as
8    to the purpose of the change in zoning to the
9    Campus-Institutional District?
10 A  No, I don't.
11 Q  Okay.
12         MS. ZYLSTRA: You don't have to
13   mark this one, Peggy.  Sadly, I killed trees.
14         MR. INGRISANO: Is that 7?  Thanks.
15         MR. STERETT: I'm good.  You can
16   spare me.
17 Q  Mr. Elliott, I'm showing you what's been marked in
18   a previous deposition as Exhibit 7 and identified
19   as the city approval and Edgewood's master plan.
20   Can you at least take a look at that document
21   and tell me whether you recognize that as such?
22         MR. INGRISANO: Counsel, for the
23   record, I would note that Exhibit 7 appears
24   to have been modified since it was introduced
25   at the first deposition.  Specifically if you

Page 63

1    look at page 40, for example, it appears that
2    there was some sort of Post-It note on this
3    copy with an arrow drawn on it.  So it's not
4    the same Exhibit 7.
5          MS. ZYLSTRA: I printed it from
6    the exhibits that were provided by the court
7    reporter.
8          MR. INGRISANO: Okay.  So perhaps
9    that may have been a modification, but --
10         MS. ZYLSTRA: I want to use
11   whatever is the correct exhibit.
12         MR. INGRISANO: Sure.  But it does
13   block off part of the text of Exhibit 40.
14         MS. ZYLSTRA: Okay.  Can I --
15         MR. INGRISANO: Page 40, Exhibit 7,
16   for example.
17         MS. ZYLSTRA: I don't have a
18   Post-It on my copy.
19         MR. INGRISANO: Page 40.
20         MS. ZYLSTRA: I'm sorry.  I was
21   looking at the numbers up top.
22         MR. INGRISANO: Bottom of the page.
23   Bottom pagination.
24         MS. ZYLSTRA: Do you have the
25   original exhibits?

Page 64

1          MR. INGRISANO: I do not.
2          MS. ZYLSTRA: Well --
3          MR. INGRISANO: Bottom left.  There
4    you go.  Words are cut off, and there appears
5    to be an arrow drawn there.
6          MS. ZYLSTRA: Do you have your
7    exhibits that were marked at the deposition?
8          MR. INGRISANO: I have my working
9    copy.  I do not have the copies that were
10   otherwise marked.
11         MS. ZYLSTRA: All right.  I will
12   grab the one that you gave me at the hearing,
13   and we'll have to use that.  This is the
14   exhibit that was given to me by the court
15   reporter.
16         MR. INGRISANO: And I'm not saying
17   anything else on the record.  I'm not
18   accusing anyone of anything.  I'm just noting
19   that this Exhibit 7 appears to be different
20   from the Exhibit 7 that I introduced at the
21   deposition.
22         MS. ZYLSTRA: Okay.  Can we go off
23   record for a moment?
24         MR. HANSEN: Going off the record
25   at 10:46.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 65

1    (Recess)
2    (Mr. Jean-Louis exited the
3    proceedings)
4    (Exhibit No. 52 marked for
5    identification)
6    MR. HANSEN: We're back on the
7    record at 10:49.
8  Q  Okay.  Mr. Elliott, I'm going to show you what's
9    been marked as Exhibit 52.  It also has just a
10   handwritten in pencil Ex. 7 on the bottom.  Do you
11   see that?
12 A  I do.
13 Q  I'll represent to you that this is the Exhibit 7
14   copy that was provided to me at an earlier
15   deposition.
16     I will also just state for the record that I
17   believe the issue with the Exhibit 7 that was
18   previously copied is that counsel had Mr. Tucker
19   put Post-Its on his version and those Post-Its are
20   the ones that were copied, so I do believe
21   Exhibit 7 is actually the correct exhibit.
22     Do you recognize Exhibit 52 as Edgewood's
23   master plan with the city approvals?
24 A  With the number of pages here, I'm not positive
25   every page is in here.

Page 66

1  Q  That's fine.
2  A  But it looks like the document.
3  Q  Generally.  I'm going to refer to the page numbers
4    at the top of the document.  You see there is
5    page 1 of -- or page 2 of 228.  Do you see that?
6  A  Yes.
7  Q  Okay.  Can you turn to page 6 of 228.
8  A  I'm there.
9  Q  This is a letter from the city's plan division
10   dated April 22, 2014; correct?
11 A  Correct.
12 Q  Okay.  And with respect to -- Directing your
13   attention to the first paragraph, the second
14   sentence, it says, "These conditions of approval
15   shall be satisfied prior to the master plan taking
16   effect and the issuance of building permits for
17   any of the projects contained in the plan."  Did I
18   read that correctly?
19 A  Where are you?  I'm sorry.
20 Q  The first paragraph, the second sentence.  "These
21   conditions."
22 A  Yes.  Okay.  Sorry.  I was looking at the
23   beginning of the paragraph.
24 Q  Okay.  There were a number of conditions that
25   Edgewood had to satisfy before the master plan

Page 67

1    took effect; correct?
2    MR. INGRISANO: Objection.
3    Foundation.  Go ahead.
4  A  I believe so.
5  Q  Okay.  You were involved in the master plan
6    process, correct, on behalf of Edgewood?
7    MR. INGRISANO: Objection.  Form.
8    Vague as to "involved."
9  A  I was not.  It was -- The construction of the
10   document was prior to me being at Edgewood.
11 Q  Okay.  What was your involvement with respect to
12   the master plan?
13 A  Basically to sign the final document.
14 Q  Did you review it before you signed it?
15 A  To the best of my ability, not having been at any
16   of the meetings.
17 Q  Okay.  With respect to -- Let's turn to page 10
18   of 228.  And I'm looking at the paragraph that's
19   numbered 1.  Do you see that?
20 A  Uh-huh.
21 Q  It says that after the master plan has been
22   revised to address any of the comments or
23   conditions listed above, please file ten copies
24   of the final plan with the Zoning Administrator,
25   Room LL-100, Madison Municipal Building,

Page 68

1    215 Martin Luther King, Jr. Boulevard for
2    circulation to the city department staff listed
3    above for their final approval prior to the master
4    plan taking effect.  Do you see that, sir?
5  A  I do.
6  Q  Did you have an understanding that the master plan
7    did not take effect until after Edgewood satisfied
8    the conditions and filed the master plan with the
9    city?
10   MR. INGRISANO: Objection.  Form.
11   Foundation.
12 A  Correct.
13 Q  Okay.  And turning two pages to page 12 of 228,
14   the final signoff date for your master plan was
15   November 6, 2015; correct?
16   MR. INGRISANO: Objection.
17   Foundation.
18 A  I am not sure on the signoff dates because there
19   was some -- there was some time that elapsed while
20   it was at the city.
21 Q  Okay.  With respect to the master plan, are you
22   aware that it was a document that was drafted by
23   Edgewood?
24   MR. INGRISANO: Objection.
25   Foundation.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 69

1 A  So earlier you said Edgewood was going to be the
2     high school and then --
3 Q  Fair clarification, sir, and I appreciate that.
4       With respect to the Edgewood Campus Master
5     Plan, it was drafted by members from all three of
6     the schools at Edgewood; correct?
7             MR. INGRISANO: Objection.
8         Foundation.
9 A  I believe so, yes.
10 Q  Okay.  Do you know which individuals at the
11     Edgewood campus were involved in drafting the
12     master plan?  Do you know any of them?
13 A  The previous president.
14 Q  That was Mr. Schemmel?
15 A  Uh-huh.
16             COURT REPORTER: Is that a yes?
17 A  Yes.  I believe Maggie Balistreri was on the
18     college.  I'm not sure for the campus school.  And
19     there were possibly multiple people from those.
20 Q  Do you know whether anyone in the city was
21     involved in the drafting of Edgewood's master
22     plan?
23 A  I do not know that.
24 Q  Okay.  Are the factual statements in Edgewood's
25     master plan true and correct to the best of your

Page 70

1     knowledge?
2 A  Yes.
3 Q  Okay.  Now, you participated on the 2013 Edgewood
4     Neighborhood Liaison Committee on behalf of
5     Edgewood High School; correct?
6             MR. INGRISANO: Objection.  Form.
7         Vague as to time.
8 A  I believe that was the date I began on the
9     committee.
10 Q  Do you recall in 2013 there being numerous
11     meetings with the Dudgeon-Monroe Neighborhood
12     Association and the Vilas Neighborhood Association
13     regarding Edgewood's master plan?
14 A  There were meetings held between those groups,
15     yes.
16 Q  Okay.  And back in 2013 when you participated in
17     these meetings, the neighborhood associations and
18     neighbors of Edgewood were active in monitoring
19     Edgewood's growth and use of its space; true?
20 A  True.
21 Q  Okay.  And what was the purpose of the meetings
22     between the neighborhood association and the
23     Neighborhood Liaison Committee?
24 A  Discuss any issues that may have come up
25     between -- that the neighbors wanted to bring to

Page 71

1     our attention.
2 Q  Okay.  Any issues they were having with respect to
3     what was going on at the Edgewood campus; correct?
4 A  Yes.  The tough part was it was mostly about
5     college issues with the kids coming home and maybe
6     using the gate too late or something.  It was very
7     little substance with regards to the high school
8     or the campus school.
9 Q  Did you understand, based on your role with the
10     liaison committee, that it was important for
11     Edgewood to try and work with the neighbors and
12     the neighborhood association on getting agreement
13     as to the language in the master plan?
14             MR. INGRISANO: Objection.
15         Foundation.
16 A  Yes.
17 Q  Okay.  And both neighborhood associations voted to
18     support Edgewood's master plan; correct?  The 2014
19     master plan?
20 A  I'm not aware of a vote that was held, but --
21             (Exhibit No. 53 marked for
22              identification)
23 Q  Sir, I'm showing you what's been marked as
24     Exhibit 53.  At the top is an email from you
25     to Maggie Balistreri-Clarke; correct?

Page 72

1 A  Correct.
2 Q  Okay.  Do you recognize that as your email
3     address?
4 A  My old one.
5 Q  Yes.  This is an email that you sent in response
6     to Maggie Balistreri's email to you dated
7     January 23, 2014; correct?
8 A  Correct.
9 Q  And Maggie indicates to several people, including
10     you and Carey, "Both Vilas and DMNA have now voted
11     to officially support the Edgewood master plan.
12     We're almost there!"  Correct?
13 A  Correct.
14 Q  Okay.  Does this refresh your recollection that
15     both of the neighborhood associations voted to
16     support the master plan?
17             MR. INGRISANO: Objection.
18         Foundation.  Go ahead.
19 A  Yes.
20 Q  Thank you.  Did you understand that, at the time
21     when you were participating in these neighborhood
22     meetings, that part of the process for getting
23     approval of a master plan was that Edgewood needed
24     to get the buy-in from the neighborhood?
25             MR. INGRISANO: Objection.  Form.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 73

1       Asked and answered.  Go ahead.
2  A  I don't know that I felt we had to have their
3     buy-in.  I mean, there was issues we worked
4     together on and there were issues that we felt we
5     had the control to make ourselves.
6  Q  Okay.  Were you aware of whether the neighbors
7     raised any opposition to prior conditional use
8     permits of Edgewood prior to 2013?
9  A  No.
10 Q  Okay.  That's, no, you're not aware; correct?
11 A  No, I'm not aware.
12 Q  Thank you.  Going back to the master plan -- I'm
13    sorry.  Forgive me.  I've got to find the correct
14    page.  I thought I had it marked.
15       Okay.  If you'd turn to page 36 of 228.
16 A  All right.  I'm there.
17 Q  This section 3.2 is headed Campus Plan; correct?
18 A  Correct.
19 Q  And skipping down to the third paragraph, it
20    identifies -- it says, "The numbers below
21    correspond to those on the Campus Plan - Future
22    Building site plan that follows this list."  Do
23    you see that?
24 A  Yes.
25 Q  And if you turn the next couple pages, there are

Page 74

1     22 projects that the Edgewood campus has
2     identified as part of its master plan; correct?
3         MR. INGRISANO:  Objection.  Form.
4     Mischaracterizes the document.
5  A  Correct.
6  Q  Okay.  And these are the 22 improvements, if you
7     will, that Edgewood intends to do in the ten-year
8     period of the master plan; correct?
9  A  The identified projects at that time that the
10    campus would do.
11 Q  Yes.  Thank you, sir.
12       Okay.  And I want you to turn to page 38 of
13    28.
14 A  Of 228?
15 Q  Yes.  I'm sorry.  Of 228.
16 A  All right.  Thanks.
17 Q  And item number 17 identifies as an improvement
18    additional parking of 30 stalls; correct?
19 A  Correct.
20 Q  And 18 references revising parking layout for the
21    campus school; correct?
22 A  Correct.
23 Q  And it indicates it's going to add approximately
24    three parking stalls; correct?
25 A  Correct.

Page 75

1  Q  Okay.  And 19 also identifies a revised parking
2     lot; correct?
3  A  Correct.
4  Q  Okay.  So with respect to the improvements that
5     are identified, these are not just improvements to
6     buildings that are being identified in the master
7     plan; correct?
8  A  It would be additions to existing spaces.
9  Q  Okay.  So my statement is correct, though, it's
10    not just buildings that are being identified as
11    improvements that are going to be made in the
12    master plan?
13        MR. INGRISANO:  Objection.  Form.
14    Foundation.
15 Q  That is a bad question.  Let me ask it again.
16       You agree with me that the 22 improvements
17    that are identified as going to be done as part of
18    your master plan includes things other than
19    buildings?
20        MR. INGRISANO:  Objection.  Form.
21    Vague.
22 A  Yes.
23 Q  Okay.  Number 20 says existing curb cut to remain.
24    Do you know what that is referring to?
25        MR. INGRISANO:  Objection.

Page 76

1     Foundation.
2  A  I do not.
3  Q  Okay.  And just to be clear, I'm going to have you
4     turn the page to page 39 of 228.  This is a map
5     that identifies the 22 items that we were
6     discussing on the three previous pages; correct?
7  A  Yes.
8  Q  Okay.  So at least number 20 is identified on the
9     map.  Do you see that?
10 A  Well --
11 Q  It's, I would say, over to the right middle on the
12    map, over by Monroe Street.  Do you see that, sir,
13    the little 20 in the circle?
14 A  Yes.
15 Q  Okay.  I don't know if that helps you to identify,
16    but do you know what the existing curb cutout is
17    in reference to that item on the map?
18 A  So I'm seeing number 20 over here on the right
19    side, which would be Edgewood Avenue, not Monroe
20    Street.
21        (Mr. Jean-Louis reentered the
22         proceedings)
23 Q  Oh, I'm sorry.
24 A  So I --
25 Q  I didn't know if the picture would help you

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 77

1 identify. If your answer is you don't know what
2 the existing curb cut is, that's fine. I just
3 wanted to give you an opportunity to look at the
4 map in case that refreshed your recollection.
5 A I have no idea what 20 is.
6 Q Okay. Thank you. Number 8 on this refers to
7 Edgedome renovation or new facility. Do you see
8 that?
9 A Yes.
10 Q Now, Edgedome, as I understand it, is your indoor
11 athletic facility; correct?
12 A No.
13 Q What is Edgedome?
14 A It's the college and the campus school's facility.
15 Q Okay. Does the Edgewood High School use the
16 Edgedome at all?
17 A No.
18 Q Okay. And with respect to items 1 through 22
19 which involve improvements, there are none
20 identified or listed with respect to improvements
21 of an athletic field; correct?
22       MR. INGRISANO: Objection. Form,
23 foundation, mischaracterizes the document.
24 Q You can answer, sir.
25 A Can you repeat the question?

Page 78

1       MS. ZYLSTRA: Sure. Can you read
2 my question back?
3       (Question read)
4       MR. INGRISANO: Same objection.
5 A They are not on this list.
6 Q Thank you. Sir, if you could turn to the top page
7 number 47 of 228.
8       MR. INGRISANO: What page is that,
9 counsel?
10       MS. ZYLSTRA: 47 of 228.
11       MR. INGRISANO: Thank you.
12 Q And the top of that page says Site One Agreements;
13 correct?
14 A Yes.
15 Q And it says, "The following agreements created by
16 the Neighborhood Liaison Committee addresses
17 issues raised in conjunction with the site one
18 plans." Do you see that, sir?
19 A I do. I see it.
20 Q Okay. And this was the liaison committee that you
21 were a part of; correct?
22 A After I became president.
23 Q In 2013; correct?
24 A Yes.
25 Q Okay. And -- okay. I'm sorry. Okay. And if you

Page 79

1 could turn the page to 48 of 228. In the third
2 bullet from the bottom on the first column, it
3 says, "Campus buildings require mechanical and
4 electrical equipment. That equipment, as well as
5 air inlets and outlets, make noise. Edgewood will
6 take steps to reduce mechanical equipment noise
7 that can be perceived by the neighborhood by
8 locating equipment away from the neighborhood.
9 Reasonable steps will be taken to ensure that
10 sound impact on the west side of Woodrow Street
11 will not exceed existing nighttime ambient noise
12 level in the neighborhood for comparable times."
13 Did I read that correctly?
14 A Yes.
15 Q Okay. And noise from mechanical and electrical
16 equipment was an issue that was raised by
17 neighborhood representatives at the liaison
18 committee; correct?
19 A Not at the meetings I was at.
20 Q Okay. Are you aware of the liaison committee
21 negotiating and addressing the mechanical and
22 electrical noise issues that appear in your
23 master plan?
24 A I am not.
25 Q Okay. Any reason to believe that's not an

Page 80

1 accurate recitation of the discussions with the
2 Neighborhood Liaison Committee?
3       MR. INGRISANO: Objection.
4 Foundation. Sorry. Objection. Foundation.
5 A I believe that was in reference to the buildings
6 along the -- in the college and that the
7 high school wasn't part of that discussion.
8 Q Okay. But even when you were having discussions
9 regarding the college, these were the same liaison
10 committee meetings that you attended. That is,
11 there weren't separate liaison committee meetings
12 with the grade school, with the high school, and
13 with the college. It was all together; correct?
14 A Not always.
15 Q Okay.
16 A The college met alone sometimes. It kind of
17 depended on whose project it was. If it was a
18 campus school project, we didn't tie up the
19 high school and the college. And if it was a
20 college project, the campus school and the
21 college -- whoever's project it was would meet
22 alone at times.
23 Q Okay. Were you aware of noise being an issue that
24 neighbors routinely raised with respect to changes
25 to Edgewood's space during your time?

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 22 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 81

1          MR. INGRISANO: Objection. Form.
2 A  Yes.
3 Q  Okay. Has Edgewood occasionally received noise
4    complaints from neighbors?
5 A  Occasionally from neighbors.
6 Q  Okay. Going to the next bullet point on page 48
7    there, it says, "Ensure that parking ramp interior
8    and lighting is not visible from Woodrow Street at
9    any time." Did I read that correctly?
10 A  Yes.
11 Q  Okay. And the visibility of lighting from
12    Edgewood's campus was an issue for neighbors at
13    various times; correct?
14          MR. INGRISANO: Objection. Form.
15          Vague.
16 A  Not to my understanding.
17 Q  Okay. Did you understand, based on your time with
18    the Neighborhood Liaison Committee, that with
19    respect to any improvements that Edgewood wanted
20    to make that involved noise or lighting that could
21    be seen by the neighbors, that such would pose
22    concerns for the neighbor?
23          MR. INGRISANO: Objection. Form.
24 A  I might say questions. They wanted to know,
25    you know, what it was going to be and how it was

Page 82

1    going to work.
2 Q  Okay. There -- Strike that.
3          With respect to your master plan, this is a
4    document that you signed on behalf of the
5    high school; correct?
6 A  Yes.
7 Q  And by signing this document, you were agreeing to
8    abide by it; correct?
9 A  Yes.
10 Q  Okay. I want you to turn to page 54 of 228. The
11    heading there is Resident Halls and Buildings 14
12    and 16. Correct?
13 A  Correct.
14 Q  When we refer to resident halls, are those
15    referring to the college?
16 A  Correct.
17 Q  Okay. The high school doesn't have any resident
18    halls; correct?
19 A  No.
20 Q  I'm sorry. I asked a double negative. My
21    statement is correct?
22 A  Yes.
23 Q  Thank you. When we refer to buildings 14 and 16,
24    do you know what those are referring to?
25 A  I don't.

Page 83

1 Q  If you look at page 52 of 228, do you see that
2    Dominican Hall is identified as building 14 and
3    Marshall Hall is identified as building 16?
4 A  Yes.
5 Q  Are Dominican Hall and Marshall Hall buildings
6    that relate to the college?
7 A  Yes.
8 Q  Okay. Those don't relate to the high school;
9    correct?
10 A  Correct.
11 Q  Okay. And with respect to pages 54, 55, and 56 of
12    the master plan, those pages all relate to the
13    resident halls and buildings 14 and 16 of the
14    college, not the high school; correct?
15          MR. INGRISANO: Objection.
16          Foundation.
17 A  No. Some of those things were dumpsters and
18    lighting and it was green strip buffer zones and
19    things like that, and noise was for all of the
20    schools, I believe.
21 Q  Okay. Going to the page 56 where it has
22    mechanical and electrical equipment noise, I
23    understood you to tell me that related to the
24    college. Are you now telling me that that relates
25    to both the college and the high school?

Page 84

1          MR. INGRISANO: Objection. Form.
2          Mischaracterizes. That was a different
3          provision.
4 A  Mechanical noise from equipment would be for all
5    schools.
6 Q  Okay. So at least with respect to the mechanical
7    and electrical equipment noise, you agree that's
8    something that applied to all schools?
9 A  I would.
10 Q  All right. Go to page 55 of 228, please. As I
11    understood your testimony, sir, you believe that
12    the lighting section refers to both the college
13    and the high school. Is that your understanding?
14 A  It is.
15 Q  All right. This indicates, "Outdoor lights,
16    security box lights and other lights shall be
17    carefully designed in conjunction with the green
18    strip buffer zone and placed to minimize glare and
19    spillage onto Edgewood (Park and Pleasure) Drive,
20    the woods, and the boardwalk on Lake Wingra." Did
21    I read that correctly?
22 A  You did.
23 Q  Okay. And let's turn to page 31. And I'm sorry.
24    I apologize. I -- well, let me see which page I
25    meant, the internal or the external.

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 23 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 85

1 MR. JEAN-LOUIS: 49?

2 Q Actually, no. Turn to page 31 of 228.

3 A I'm there.

4 Q Are you there?

5 A Yes.

6 Q Okay. Page 31 of 228 has a diagram on it;
7 correct?

8 A Uh-huh. Correct.

9 Q The lighting provision I just read referred to the
10 green strip buffer zone and it referred to Park
11 and Pleasure Drive, the woods, and the boardwalk.
12 I want to try and figure out where that is on this
13 map.

14 At the bottom of the map there is a 7 in a
15 building; correct?

16 A I'm sorry. Say that again. At the bottom of the
17 map there is a --

18 Q At the bottom of the map --

19 A -- 7 on a building?

20 Q Yes. It's showing Lake Wingra and then a building
21 with a number 7 in it; correct?

22 A Correct.

23 Q Okay. With regard to the green strip buffer zone
24 and the Park and Pleasure Drive, that's referring
25 to the area that is by -- that is along

Page 86

1 Lake Wingra and by the building that says
2 number 7; correct?

3 A Correct.

4 Q Okay. And so in reference to that light glare, it
5 involved the path that is along Lake Wingra;
6 correct? That's what the concern was?

7 A In this document, based on the description, I
8 would say it meant that area. However, we felt --
9 we thought we -- we knew we had to follow the city
10 ordinance guidelines, as any building project, for
11 it to be approved.

12 Q Sure. But that's what the reference is at least
13 in your master plan document, is to the area
14 that's down along the path of Lake Wingra? Right?

15 A Yes.

16 Q Okay. Turning to page 57 of 228, the heading
17 there is 3.6 Architectural Guidelines for
18 Perimeter Buildings; correct?

19 A Correct.

20 Q And at the top of 58 there is a paragraph 7, Site
21 and Building Lighting; correct?

22 A Correct.

23 Q And this was relating to lighting for safety for
24 perimeter buildings; correct?

25 MR. INGRISANO: Objection.

Page 87

1 Foundation. Form.

2 A On 7, are you talking about?

3 Q Correct.

4 A Yes.

5 Q Okay. Now, if you'd turn to page 77 of 228. The
6 heading is 4.3, Affirming Past Agreements, and it
7 says, "This section identifies agreements made
8 between 1997-2013 to be reaffirmed and updated as
9 part of the 2013 master plan." Did I see that --
10 did I read that correctly?

11 A Yes.

12 Q Okay. You understood as part of signing off on
13 this master plan that there were a number of prior
14 agreements that were being reaffirmed and
15 incorporated as part of your master plan; correct?

16 A Correct.

17 Q Okay. And turning to the next page at paragraph
18 numbered 4, one of the prior agreements that was
19 being reaffirmed or that's being identified is
20 The Stream and its lighting on the west side of
21 the building. Do you see that, sir?

22 A I see that.

23 Q Do you know what The Stream is?

24 A I believe it's the new art building.

25 Q Okay. And the paragraph there indicates,

Page 88

1 "Motorized perforated fabric shades will be
2 maintained on the west side of the building within
3 the studio spaces to cut down on nighttime
4 spillage of internal light." It says, "The shade
5 fabric will have 1 percent transparency. The
6 blinds will continue to be on a timer to
7 automatically lower in the evenings." Did I read
8 that correctly?

9 A Yes.

10 Q Okay. And with respect to the lighting on that
11 building, were the implementations of the shades
12 and the blinds because neighbors were raising
13 concerns about the nighttime spillage of internal
14 light?

15 MR. INGRISANO: Objection.

16 Foundation.

17 A I was not any part of any of those meetings.

18 Q Okay. But at least you agree that that was
19 something that Edgewood agreed to, to reaffirm and
20 do as part of your master plan?

21 A I -- they -- I don't know if that -- well, it's in
22 the master plan, so your question is was that
23 something that was in the master plan. Yes, it
24 was something that was in the master plan as far
25 as the agreements.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 89

1 Q   Okay.  And continuing on to the top of the next
2     column, it says, Interior Lighting.  Do you see
3     that, sir?
4 A   I do.
5 Q   And it says, "Occupancy sensors are used in
6     classrooms and offices.  There is no direct glare
7     from fixtures on the south side of the building
8     facing Edgewood (Park and Pleasure) Drive."  Did I
9     read that correctly?
10 A   Yes.
11 Q   Okay.  And then going down three or four
12     paragraphs, there is a heading Parking Lot
13     Lighting at The Stream.  Do you see that?
14 A   Yes.
15 Q   And it says, "No acorn-type lighting is used.
16     Lights on poles have cutoff housings, and bollards
17     have shields on the west sides to prevent glare
18     into the neighborhood."  Did I read that correctly?
19 A   Yes.
20 Q   Okay.  With respect to your master plan, there was
21     repeated concerns from neighbors with regard to
22     wanting to minimize the impacts from the lighting
23     from the Edgewood campus onto the neighborhood;
24     correct?
25          MR. INGRISANO: Objection.  Form.

Page 90

1          Vague as to time.  Foundation.
2 A   I had no specific -- there were conversations
3     where liaison members mentioned to me that they
4     wanted to keep lights -- the lighting on our
5     campus, which to me meant following the city
6     ordinances regarding lights and that the cutoff
7     was on our campus, that they didn't want it going
8     into their front yards or their back yards or
9     their housing.  So, you know, if we were to do
10     things, all of this was designed to keep it on our
11     campus.
12 Q   Okay.  And some of those conversations occurred
13     at the time in 2013 with your involvement with the
14     liaison committee and the master plan; correct?
15 A   Not in the building of the master plan, in these
16     guidelines, but after I was on the liaison
17     committee as the president.
18 Q   Were some of those communications in 2013?
19 A   No.  I didn't really have much say.  I wasn't
20     officially the president until -- I mean, most of
21     this document was done when I -- before I had
22     conversations with them.
23 Q   Okay.  Separate from the document, you were on the
24     liaison committee in 2013 after you were hired by
25     Edgewood; correct?

Page 91

1 A   Yes.
2 Q   Did some of the communications in 2013 from the
3     neighbors relate to trying to minimize the impacts
4     of lighting at Edgewood's campus?
5 A   It depends what you mean.  I tried to explain
6     minimize, meaning keeping it on our campus, that
7     the cutoff -- the city ordinance says the cutoff
8     has to be at the property line, and that was the
9     premise I was going by.
10 Q   Right.  But at least there were some
11     communications with the neighbors at the liaison
12     committee that you were involved in 2013 where
13     the issue of lighting was being discussed?
14 A   Correct.
15 Q   Okay.  And the neighbors at the time in 2013 when
16     the lighting was being discussed were raising
17     their desire to not have lighting at Edgewood
18     spill into the neighborhood?
19          MR. INGRISANO: Objection.  Form.
20 A   That was always a debate, because there was -- we
21     always felt that we had to keep it on our property
22     line.  I mean, that's -- a city ordinance is for
23     everybody in the city, and we were trying to
24     follow what everybody else had to, not trying to
25     be treated differently, and so the discussions,

Page 92

1     there wasn't agreement.  There was a conversation
2     always about it because Edgewood felt it had the
3     same rights for building that anybody else had.
4     And as long as we followed the ordinances, that we
5     could do -- that our plans should be approved like
6     anybody else's.
7 Q   Fair.  So back in 2013 when there were discussions
8     about lighting at the neighborhood association and
9     liaison committee meetings, there was discussion
10     about what could and could not be done with
11     respect to lighting.  But the neighbors at least
12     were raising their desire or that they didn't want
13     light from Edgewood to spill into the neighborhood?
14 A   They -- yes.  They had a concern of it spilling
15     into the neighborhood.
16          MR. INGRISANO: Okay.  Counsel, can
17     we take five?
18          MS. ZYLSTRA: Sure.
19          MR. HANSEN: Going off the record
20     at 11:36.
21          (Recess)
22          MR. HANSEN: We're back on the
23     record at 11:51.
24 Q   Mr. Elliott, given the debate that you described
25     between you and the neighbors at the liaison

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 93

1   committee back in 2013, do you agree it would have
2   been less likely for the neighborhood associations
3   to support Edgewood's master plan if it included
4   stadium lights and an athletic stadium?
5           MR. INGRISANO: Objection.  Form.
6       Mischaracterizes his prior testimony.  Go
7       ahead.
8 A   I have no idea.
9 Q   Okay.
10          (Exhibit No. 54 marked for
11           identification)
12 Q   I'm sorry, sir.  If you want to pile that
13   together, you don't even have to do the clip.
14   We'll figure it out for you.
15 A   All right.
16 Q   I'm showing you what's been marked as Exhibit 54.
17   I'll give you a minute to take a look at that
18   document.
19          MR. INGRISANO: 54?
20          MS. ZYLSTRA: Yes.
21          MR. INGRISANO: Thank you.
22 Q   The first page of Exhibit 54 is an email from
23   Maggie Balistreri-Clarke dated December 5, 2013;
24   correct?
25 A   Correct.

---

Page 94

1 Q   And you're one of the recipients of this email;
2   correct?
3 A   I am.
4 Q   And it's addressed to, I assume that's
5   Sister Kathleen, yourself, and Scott Flanagan;
6   correct?
7 A   Yes.
8 Q   Okay.  And the email begins, "Thank you for your
9   submissions to the campus master plan."  Correct?
10 A   Yes.
11 Q   And were you involved in submissions to the master
12   plan back in 2013?
13 A   No.
14 Q   Okay.  The next sentence says, "Here is a draft of
15   Chapters 1-3 compiled by Ed Taylor."  Correct?
16 A   Correct.
17 Q   Who is Ed Taylor?
18 A   Ed works for the college.
19 Q   Okay.  So while you may not have been involved in
20   the drafting of the master plan, you were involved
21   in receiving and reviewing drafts of the master
22   plan; correct?
23 A   Anything that I reviewed of the master plan was
24   only the high school.  I didn't -- The college
25   really wrote this document, for the most part, and

---

Page 95

1   it was up to me and Sister Kathleen to review what
2   we were putting in there for our areas, for our
3   schools.
4 Q   Okay.  So with respect to the drafts of the master
5   plan, you reviewed anything having to do with the
6   high school; correct?
7 A   Yes.
8 Q   Okay.  And if you look at the bottom, there is a
9   series of numbers, sir, that say EHS and then a
10   number.  Can you turn to the page that says 1839?
11   Let me rephrase.  That's not the right page.  Give
12   me one moment, sir.
13      Oh, yeah.  I'm sorry.  It is 1839.  I
14   apologize.  Are you there, sir?
15 A   Yes.
16 Q   And the last line of page 1839 says, Open Space
17   Plan - Landscaping and Green."  Correct?
18 A   Correct.
19 Q   And then turning the page, for number 1, it says,
20   "Athletic field owned by Edgewood High School.
21   Used for team practices, physical educations
22   classes, and other general light uses."  Do you
23   see that, sir?
24 A   I do.
25 Q   Did you provide that language for the master plan?

---

Page 96

1 A   I did not.
2 Q   Do you know who did?
3 A   I don't.
4 Q   Okay.  With respect to Edgewood's final master
5   plan, the language "and other general light uses"
6   is struck, or no longer in the master plan.  Are
7   you aware of that, sir?
8           MR. INGRISANO: Objection.  Form.
9 A   I am aware looking at this now that that's not in
10   there.
11 Q   Okay.  Do you know who removed that language, the
12   "and other general light uses?"
13 A   No, I don't.
14 Q   Do you know why that language was removed?
15          MR. INGRISANO: Objection.  Form.
16      Vague.  Go ahead.
17 A   I know that there was examples provided for
18   different uses of buildings and of spaces.  This
19   document wasn't ever intended to -- from my
20   understanding, ever intended to list every single
21   use that might happen on a field or on a classroom
22   or on a chapel because we use them all for --
23   we're space challenged, and so everything is used
24   for many different things.  I don't know if the
25   college struck that.  I don't know if the

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 97

1    high school struck that.
2  Q  Okay.  So my question, original question was do
3     you know why that language was removed?  I take
4     it from your answer that you do not.  Is that
5     correct?
6  A  I do not.
7  Q  All right.  You said you knew that examples were
8     provided.  What are you referring to when you say
9     examples were provided?
10 A  I know in the final master plan there was some
11    defined uses of all the different spaces.
12 Q  And how does that relate to examples were
13    provided?  I guess I'm not clear.
14 A  Examples of their use.
15 Q  Okay.  So you're not suggesting that -- are
16    you, that sample master plans were provided to
17    Edgewood?
18        MR. INGRISANO:  Objection.  Form.
19 A  No.
20 Q  Okay.
21 A  When I say samples, it was samples of the usage of
22    spaces throughout the, you know, whether it was an
23    art room or whether it was a chapel, whether it
24    was -- I mean, when there was different spaces,
25    they had talked about what they were used for as

Page 98

1    examples or samples of that.  Not sample master
2    plans.
3  Q  Were drafts of Edgewood's master plan provided to
4     the Neighborhood Liaison Committee for review?
5  A  I don't know.
6  Q  Okay.  Do you know whether the Neighborhood
7     Liaison Committee or the neighborhood associations
8     objected to the "and other general light uses"
9     that appears in this draft?
10 A  I don't.
11 Q  Okay.  In any event, you agree that Edgewood
12    decided to narrow the language in the final master
13    plan to just "Athletic field owned by Edgewood
14    High School.  Used for team practices and physical
15    education classes"?
16        MR. INGRISANO:  Objection.  Form.
17    Foundation.  Go ahead.
18 A  I don't know that they limited that.
19 Q  Well, you agree that this language that's in
20    bullet -- or that's in paragraph numbered 1 is
21    different than in your final master plan?
22 A  Yes.
23 Q  Okay.  And you agree that in the master plan
24    language -- in the master plan where this language
25    "Athletic field owned by Edgewood High School"

Page 99

1    appears, the only two items in that paragraph are
2    "used for team practices and physical education
3    classes."  Correct?
4        MR. INGRISANO:  Objection.  Form.
5    Rule of completeness.
6  A  Say that again, please.
7  Q  Sure.  Let me do it this way.  I'm sorry.  I can't
8     find it.  Do you have the internal page?
9        MR. JEAN-LOUIS:  I'm looking, but
10    not off the top of my head.
11 Q  Give me a moment.  We need better page numbering.
12    I've got it.
13    Sir, I'm showing you what is page 60 of 228
14    of Exhibit 52.  Do you see that?
15 A  Yes.
16 Q  And at paragraph 1, can you read in what that
17    paragraph says?
18 A  "Athletic field owned by Edgewood High School.
19    Used for team practices, physical education
20    classes."
21 Q  Okay.  And comparing that to Exhibit 54,
22    paragraph 1, it's the same except for "and other
23    general light uses" is removed and the "physical
24    educations classes" is changed to "physical
25    education classes."  Correct?

Page 100

1  A  Yes.
2  Q  Thank you.  Okay.  We're all set with that
3     document.  Thank you.
4        (Exhibit No. 55 marked for
5             identification)
6  Q  I'm showing you, sir, what's been marked as
7     Exhibit 55.  This is an email from Maggie
8     Balistreri-Clarke to several people, of which
9     you're one of the recipients, dated October 10,
10    2013; correct?
11 A  Correct.
12 Q  Okay.  And I'll give you a second to review that
13    email.  Have you had a chance to look at that,
14    sir?
15 A  Yes.
16 Q  Okay.  In the first paragraph, Ms. Balistreri-
17    Clarke indicates that she and Doug Hursh met with
18    the city alder, Sue Ellingson, and members of the
19    city planning staff, to share Edgewood's progress
20    on its master plan and to present Edgewood's
21    proposed process for an architectural design
22    review committee; correct?
23 A  That's what it states.
24 Q  Okay.  And with respect to Doug Hursh, do you know
25    who he is?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 101

1 A   He was an architect at Potter Lawson.
2 Q   Okay.  And Ms. Balistreri-Clarke indicates that,
3       in the second paragraph, that she was working with
4       Mr. Hursh to streamline the process; correct?
5 A   Correct.
6 Q   And the last sentence in that paragraph she
7       writes, "I am hopeful that having a dramatically
8       streamlined building approval process will be a
9       major benefit of our campus-institutional zoning."
10      Did I read that correctly?
11 A   Yes.
12 Q   And she says -- I'm sorry.  In the sentence before
13      that, it's with regard to streamlining the
14      process, but she's saying, "in the future we will
15      not hold open meetings and we will not seek the
16      approval of the two neighborhood associations."
17      Do you see that, sir?
18 A   I do.
19 Q   Okay.  And did you understand that that was the
20      benefit of the master plan process, that is, that
21      Edgewood would not have to hold open meetings and
22      seek approval of the two neighborhood associations
23      when it wanted to make improvements to its
24      property to the extent those were identified in
25      the master plan?

Page 102

1            MR. INGRISANO:  Objection.  Form.
2       Foundation.  Go ahead.
3 A   Not at the time.
4 Q   Do you understand that now from looking at this
5       email?
6            MR. INGRISANO:  Objection.  Form.
7       Foundation.  It calls for speculation.
8 A   I don't remember this email.  The college and the
9       architect, as I said earlier, worked very closely
10      together on this plan and writing this plan, and
11      there were many meetings and many times when the
12      high school and the campus school were pretty much
13      told what had happened.
14 Q   Okay.  With respect to Ms. Balistreri-Clarke and
15      her role in the master plan process, did you find
16      that when she shared information with you that it
17      was generally truthful and accurate?
18 A   Generally.
19 Q   Okay.  Did you understand that without the master
20      plan that Edgewood needed to hold open meetings
21      and seek approval of the neighborhood associations
22      for instances in which it wanted to improve its
23      property?
24           MR. INGRISANO:  Objection.  Form.
25      Vague as to time.  Calls for a legal

Page 103

1       conclusion.  Lack of foundation.
2            MS. ZYLSTRA: I'll rephrase.
3 Q   Back in 2013 and when you were involved as a
4       member of the Neighborhood Liaison Committee and
5       involved in these emails with Maggie Balistreri-
6       Clarke as to the master plan process, did you
7       understand that one of the benefits of the master
8       plan process is that Edgewood could avoid open
9       meetings and seeking approval of two neighborhood
10      associations when it wanted to change buildings
11      and uses on its property?
12           MR. INGRISANO:  Objection.  Form,
13      foundation.  Calls for a legal conclusion.
14 A   I did not really focus in on or understand that
15      building benefit, because Edgewood High School had
16      not built something since 1967 and the college was
17      continually building new projects, and that's why
18      they were, for the most part, wording this
19      document or building this document.
20           As president I was aware of that, but I
21      wasn't focusing on it at the time because we had
22      really not any buildings that we were thinking of
23      building at that time.
24 Q   Okay.  So you had no understanding, if I'm
25      understanding you, back in 2013 that Edgewood

Page 104

1       would need to seek city approval with respect to
2       each one of the projects that it wanted to undergo
3       related to changing its building and uses?
4            MR. INGRISANO:  Objection.  Form.
5       Mischaracterizes.  Foundation.  Go ahead.
6 A   This was -- I was brand new in the job at this
7       time, and that was not part of what I was focusing
8       on or learning about.  So I had not really dove
9       into the master planning process because I hadn't
10      been around when it was written.
11           It was a document that I signed because I had
12      the title of president at the time I took over,
13      and so I was not -- I mean, I understood the
14      basics, but I wasn't paying attention to the
15      basics at this time because I was not planning on
16      doing a building project.
17 Q   Fair enough, sir.  Given all that you've learned
18      since that time, do you have any reason to
19      disagree or dispute Ms. Balistreri-Clarke's --
20      the substance of her email here?
21 A   I think one of the major reasons that the master
22      plan is no longer is because we were promised that
23      was going to be the case and it would make it much
24      easier to build, but it didn't get any easier with
25      the neighbors.  The process was not streamlined,

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 105

1 and it was very difficult to, not so much by the
2 city, but by the neighbors, to get anything done.
3 Everything was complained about.
4 Q  Well, there were a number of projects that were
5 in Edgewood's master plan that were completed;
6 correct?
7 A  Correct.
8 Q  And what were some of those projects that were in
9 the master plan that were completed?
10 A  The performing arts center at the high school.
11 Q  With respect to the fine arts addition to the
12 high school, did you need to go through any
13 conditional use or other process to get that
14 addition done?
15         MR. INGRISANO: Objection. Form.
16     Vague as to "other process."
17 A  We did go through the master plan process for that
18 building.
19 Q  Okay. And what was the master plan process for
20 that building?
21 A  To have the neighborhoods and myself work on the
22 details for the project and get approval of the
23 two neighborhoods prior to taking it to the city.
24 Q  Okay. And what was -- did the neighborhoods
25 approve the fine arts addition?

Page 106

1 A  They did.
2 Q  And was it an architectural design review
3 committee process that was necessary for the
4 approval?
5 A  Yes.
6 Q  Did it need to go to the Plan Commission or the
7 Common Council?
8 A  It did not.
9 Q  Okay. In that respect it was streamlined. That
10 is, that there was no Plan Commission or Common
11 Council approval needed; correct?
12         MR. INGRISANO: Objection. Form.
13 A  It was -- there were less steps. I wouldn't
14 say -- I mean, we still had to go through the
15 city. We still had to go through the neighbors.
16 And between those two, it was still a difficult
17 process.
18 Q  With respect to -- do you know whether prior to
19 2013, whether the fine arts addition would have
20 required Plan Commission approval?
21 A  I don't know.
22 Q  Okay. Do you know how many projects Edgewood was
23 able to complete under the architectural design
24 review committee process connected with your
25 master plan?

Page 107

1         MR. INGRISANO: Objection. Form.
2     Are you talking about the high school again
3     or the college?
4 Q  Yes. I will focus at the high school first.
5 A  The fine arts wing, and I believe the elevator.
6 Q  And what about parking?
7 A  I'm not sure of that process that the extra stalls
8 went through.
9 Q  Okay. With respect to the number of projects
10 identified in the master plan, how many related to
11 the high school versus either the college or the
12 grade school campus?
13 A  I believe four. Three or four.
14 Q  Okay. And if you want to look, sir, I apologize.
15 I should have asked you that when you saw it. The
16 projects, sir, start on page 36 through 38 of 228,
17 if that helps you.
18         COURT REPORTER: Hold on. He's
19     marking on it.
20 A  Oh, sorry.
21 Q  That's okay, sir.
22 A  I only did one.
23 Q  No, that's fine. If you want to mark on it, it's
24 okay. Just go ahead and do that. We'll identify
25 for the record that you're doing that.

Page 108

1 A  I believe four.
2 Q  Okay. And using the numbers 1 through 22 that
3 appear on pages 36 through 38 of 222, can you
4 identify by number which are the four?
5 A  11, 11a, 11b, and 12.
6 Q  Okay. And out of those, which ones were
7 completed.
8 A  12 and 11b.
9 Q  Okay. So two out of the four of the improvements
10 that the high school has in the Edgewood campus
11 master plan were completed under the architectural
12 design review process associated with the master
13 plan; correct?
14 A  Yes. Can I just look at the map, because I'm not
15 sure if this one parking one was ours or not.
16 Q  Sure. I believe there is a map of the 22 on
17 page 39 of 228 if that's of assistance to you,
18 sir.
19 A  That was not our parking addition.
20 Q  Okay. Thank you, sir.
21         MS. ZYLSTRA: Counsel, I'm about to
22     move on to another subject and it's 12:17. I
23     assume --
24         MR. INGRISANO: Yes.
25         MS. ZYLSTRA: We'll take a short

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 109

1    break for lunch and come back around 1:00.
2              MR. INGRISANO: 1:00, thank you.
3              MS. ZYLSTRA: Thank you.
4              MR. HANSEN: Going off the record
5    at 12:17.
6              (Lunch recess)
7              (Exhibit No. 56 marked for
8               identification)
9              MR. HANSEN: We're back on the
10   record at 1:04.
11   Q   Mr. Elliott, is Maggie Balistreri-Clarke still the
12       president of Edgewood College?
13   A   No.  She never was.
14   Q   What was her position at Edgewood College?
15   A   I don't know her position.
16   Q   Do you know --
17   A   I don't know what her official position was.
18   Q   Do you know, is she still at Edgewood College in
19       some capacity?
20   A   I don't think so.
21   Q   Okay.  Do you know where she lives?
22   A   I don't.
23   Q   Do you know if she's in the Madison area?
24   A   I don't.
25   Q   Okay.

Page 110

1              MR. INGRISANO: 56?
2              MS. ZYLSTRA: 56.
3    Q   Mr. Elliott, I'm showing you what's been marked as
4        Exhibit 56.  And at least according to the top
5        page of the document this is an email from Jim
6        Hartlieb to you dated October 9 of 2018; correct?
7    A   Correct.
8    Q   And Mr. Hartlieb was on Edgewood's Board of
9        Trustees at the time; correct?
10   A   I don't think Mr. Hartlieb was on our Board of
11       Trustees.
12   Q   Okay.  What was Mr. Hartlieb's relationship to
13       Edgewood, if you know?
14   A   I believe just parent.
15   Q   Okay.  Was there a period of time where he was on
16       the Board of Trustees?
17   A   He was on what we would call a committee to work
18       on the lights.  So he was a committee member.
19   Q   Okay.
20   A   A parent and a committee member.
21   Q   Thank you.  Okay.  And I want to start with the
22       bottom email and then go to the top email.  The
23       bottom email on the first page of Exhibit 56 is
24       from a Thomas Tierney to Jim Hartlieb dated
25       October 9, 2018; correct?

Page 111

1    A   Yes.
2    Q   Okay.  And do you know who Mr. Tierney was?
3    A   He's I believe a past parent.
4    Q   Okay.  And just to orient you, if you go to the
5        second page, Mr. Hartlieb has an email that's to
6        several members, including Mr. Tierney, dated
7        October 9, 2018; correct?
8    A   Yes.
9    Q   And I'll give you a second to review that, but
10       Mr. Hartlieb is looking for those individuals to
11       support Edgewood's efforts to bring seating and
12       lights to its athletic field; correct?
13   A   I just want to read through it.  Yes.
14   Q   Okay.  Now, going back to the first page,
15       Mr. Tierney wrote to Mr. Hartlieb, and I'm going
16       to paraphrase and not read the whole thing, but he
17       says he would like to support this effort but he
18       has a concern that he believes would be better
19       answered by you; correct?
20             MR. INGRISANO: Objection.  Form.
21       Mischaracterizes the document.
22   Q   All right.  I'll read it in.
23             Mr. Elliott, the first paragraph of the email
24       from Jim Hartlieb to Tom Tierney says, "I would
25       very much like to support this effort but have a

Page 112

1    concern that may or may not be well-founded.  This
2    is probably better answered by Michael Elliott."
3    Did I read that correctly?
4    A   Yes.
5    Q   He next says, in the next paragraph, "I was on the
6        high school board at the time of the crafting of
7        the master plan.  I testified at the City Council
8        at the time.  The battle was very contentious and,
9        as I recall, the college was more the bad guy than
10       the high school when it came to the master plan."
11       Did I read that correctly?
12   A   Yes.
13   Q   Okay.  Next paragraph.  "I recall (remember that
14       I am old) that part of the master plan was that
15       there would not be the elements of a stadium on
16       the site of the football field.  I may be wrong on
17       this and would be welcome to any clarification on
18       his." (sic)  Did I read that correctly?
19   A   Yes.
20   Q   Okay.  And he says, "As a participant in the
21       'formation' of the original master plan," if we
22       did not agree -- excuse me, "if we did agree not
23       to expand the football field to a stadium I would
24       not be an active supporter of the expansion.  If
25       my recollection is wrong, then I would happily be

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 113

1     on board." Did I read that correctly?
2 A  Yes.
3 Q  Okay. And the last is, "Perhaps, Jim, you could
4     forward my concern to Mike who is likely in the
5     best position to clarify for me." Did I read that
6     correctly?
7 A  Yes.
8 Q  All right. Mr. Hartlieb does indeed forward this
9     email to you; correct? At the top of the page?
10 A  Yes.
11 Q  Okay. And Mr. Hartlieb writes to you, "Good
12     feedback from Tom. Smart, reasonable, respected
13     person. It would do us good to respond (Mike -
14     email should come from you) to him with very
15     specific references to what WAS," in all caps,
16     "approved (ie what he 'testified) and what we are
17     seeking amendments to. I think this is the
18     strongest argument the opposition has, so this
19     will be good practice for us." Did I read that
20     correctly?
21 A  Yes.
22 Q  Okay. First of all, did you ever respond to
23     Mr. Tierney?
24 A  I don't recall.
25 Q  Did you ever respond to Mr. Hartlieb's email?

Page 114

1 A  I don't recall.
2 Q  Do you recall receiving this email in which
3     Mr. Tierney suggests that at the time of the
4     crafting of the master plan there was an agreement
5     not to expand the football field to a stadium?
6          MR. INGRISANO: Objection. Form.
7     Foundation. Vague as to time.
8 A  I don't recall these emails.
9 Q  Okay. Do you recall the issue in 2008 coming up
10     about whether or not Edgewood agreed not to expand
11     the football field to a stadium at the time of the
12     crafting of the master plan?
13          MR. INGRISANO: Objection. Form.
14     2008?
15          MS. ZYLSTRA: I'm sorry. 2018.
16     Thank you for the correction. Let me
17     rephrase the question.
18 Q  Do you recall in 2018 a discussion at all about
19     whether Edgewood had agreed not to expand the
20     football field to a stadium?
21          MR. INGRISANO: Objection. Form.
22     Vague as to time. We've talked about two
23     master plans already today.
24 A  Yeah, I don't know. I don't recall.
25 Q  Do you know when Mr. Tierney was on the

Page 115

1     high school board?
2 A  No.
3 Q  Do you remember at all being concerned when you
4     received this email?
5          MR. INGRISANO: Objection. Form.
6     Asked and answered.
7 A  I was receiving a lot of emails on the process,
8     and I don't remember this being one I responded
9     to.
10 Q  Okay. Do you recall doing any investigation at
11     all in late 2018 as to whether there was ever an
12     agreement not to expand the football field into a
13     stadium per any prior master plan of Edgewood?
14 A  I did not do any investigation.
15 Q  Do you know if anyone at Edgewood did?
16 A  I don't know that.
17 Q  Okay. You agree, though, this was an email that
18     you received; correct?
19 A  I can't say I remember receiving it. I can say
20     that this is my name, that it was sent to me.
21 Q  Okay. Thank you, sir.
22          (Exhibit No. 57 marked for
23     identification)
24 Q  Sir, I'm showing you what's been marked as
25     Exhibit 57. I'm going to represent to you -- or

Page 116

1     let's do it this way.
2         At least on the first page, this appears to
3     be an article from the Wisconsin State Journal
4     dated June 15, 2015; correct?
5 A  Correct.
6 Q  Okay. And just for your orientation, sir, the
7     first two pages are the article as it exists in
8     the actual newspaper. But for potentially your
9     eyesight and mine, I've attached the same article
10     but printed out from the internet so it might be
11     easier to read. Do you see that, sir?
12 A  I do.
13 Q  So if you look on the third page, it has at the
14     top left June 15, 2015, Wisconsin State Journal?
15 A  Yes.
16 Q  Okay.
17         MR. INGRISANO: Counsel, just a
18     question on foundation. Page 1 of
19     Exhibit 57, that title, are you saying that
20     that's from the Wisconsin State Journal?
21         MS. ZYLSTRA: Not the title. Not
22     the title. Just the picture.
23         MR. INGRISANO: Okay.
24         MS. ZYLSTRA: But that's the only
25     version of the document I have.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 117

1 Q   Okay, sir.  In terms of the right column on the
2     first page, there is a title of the article that
3     says "Edgewood launches new $1.5 million upgrade."
4     Do you see that?
5 A   Yes.
6 Q   Then underneath that as a heading it says,
7     "Officials say facility will be used for practices
8     and will benefit community."  Did I read that
9     correctly?
10 A   Yes.
11 Q   Okay.  And this is an article for which you were
12     interviewed about this topic; correct?
13 A   Correct.
14 Q   Okay.  And I want to ask you about a number of the
15     quotes that appear in the article to ask whether
16     or not those were statements made by you.  Okay?
17     First of all, the third paragraph of this
18     article refers to a new facility that was made
19     possible by a $1.025 million grant from the
20     Goodman Foundation; correct?
21 A   Correct.
22 Q   Okay.  And that $1.025 million gift from the
23     Goodman Foundation was for purposes of updating
24     the outdoor track and field area of Edgewood;
25     correct?

Page 118

1 A   It was a gift from the Goodman Foundation for the
2     City of Madison, to be used by not only the
3     Edgewood students but any neighbors that wanted to
4     use the facility, any other schools.  And so it
5     was really something that was a gift both for
6     Edgewood but also the community.
7 Q   But with respect to the money from the foundation,
8     it went to Edgewood; correct?
9 A   It went to Edgewood with stipulations that the
10     field could be used by not just Edgewood.
11 Q   Correct.  But the money was given to Edgewood for
12     the purpose of updating the track and field area
13     of Edgewood's campus; correct?
14 A   Edgewood and the City of Madison and the
15     neighborhood.
16 Q   Well, the land where these upgrades occurred was
17     owned by Edgewood; correct?
18 A   The land was owned by Edgewood.
19 Q   Right.  So even though the Goodmans had, as part
20     of the stipulation, that you had to let other
21     people use it, the actual track and field facility
22     is owned by Edgewood?
23 A   Correct.
24 Q   Okay.  What was your involvement in procuring or
25     attempting to procure the $1.025 million donation

Page 119

1     from the Goodmans?
2 A   I had the meetings and the conversations with the
3     Goodman Foundation.
4 Q   Okay.  Do you know how they came about?
5             MR. INGRISANO:  Objection.  Form.
6     Vague.
7 A   Yeah, I'm not sure what your question is.
8 Q   Well, did you reach out to the Goodmans and
9     approach them about potentially donating in this
10     way?  Did the Goodmans reach out to you?  How did
11     the initial contact occur, if you recall?
12 A   I don't recall.
13 Q   Okay.  Do you know roughly when the first contact
14     you had with the Goodmans regarding the potential
15     upgrade to the athletic field?  Or, I'm sorry, to
16     the track and field?
17 A   Not exactly.  I mean, it was around the time of
18     this article probably, obviously a little before
19     that.
20 Q   All right.  And that's what I was asking.  In
21     terms of how much more before that, this article,
22     was your initial contact with the Goodmans.  Can
23     you give me a rough estimate?
24 A   I don't recall.
25 Q   Okay.  Do you believe it was in 2015 versus 2014?

Page 120

1 A   I don't know.  I mean, it most likely took awhile
2     to develop the gift, so I would say 2014.
3 Q   Okay.  And can you put any other estimate on it,
4     whether it was the beginning of '14 versus the end
5     of 2014?
6 A   No.
7 Q   Okay.  If you turn to page 2, there is a heading
8     that says "Many sports can play."  Do you see
9     that?
10 A   Page 2 --
11 Q   Page 2 of the document.  And is it easier for you,
12     sir, to use the internet version?
13 A   It's just bigger and I can read it easier.
14 Q   That's okay.  Okay.  That would be on page 3 of 6
15     of the internet version where it says heading
16     "Many sports can play."  Do you see that?
17 A   Where?  In the middle of the page or --
18 Q   I just want to direct you to the heading first,
19     "Many sports can play."  Do you see that?  It's on
20     page, the number on the bottom is page 3 of 6.
21 A   Okay.  Sorry.  Now I do.  I was one page off.
22 Q   Okay.  And the third paragraph down says, "Elliott
23     noted that one of the main benefits will be
24     improvements in the practice facilities for the
25     school's baseball and softball programs in the

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 121

1  spring, when teams are forced to practice indoors.
2  He added that the renovation will be a boom to all
3  the students."
4      Do you recall expressing that sentiment to
5  the reporter at the time that you were interviewed
6  for this article?
7 A  My recollection of this conversation was it was
8  kind of a casual conversation and the reporter
9  took out of it what he wanted.  He used -- it was
10  his choice on materials that he selected to use.
11 Q  Understood.  But with regard to that paragraph,
12  do you recall expressing that sentiment to the
13  reporter?
14 A  It was part of the conversation, yes.
15 Q  Okay.  And the next is a quote.  The next
16  paragraph is a quote by you.  "We do require four
17  years of physical education for both semesters
18  which is higher than the national average and
19  higher than the national requirement."  There is a
20  much needed product for our -- excuse me.  "This
21  is a much needed product for our students to aid
22  our physical education department and the athletic
23  programs."  Did I read that correctly?
24 A  You did.
25 Q  Is that quote an accurate quote of you to the

Page 122

1  reporter?
2 A  I don't know if that's word for word what I said
3  in the conversation.
4 Q  Is it a sentiment that you would have expressed to
5  the reporter even if it's not a word-for-word
6  quote?
7 A  I believe I would have talked about the value of
8  our physical education getting this gift because
9  the field could be used for increased numbers of
10  physical education classes and other classes
11  because it was a dry surface compared to something
12  that was natural grass and usually muddy.
13 Q  Okay.  And do you have any reason to believe this
14  is not an accurate quote by you?
15 A  When you say quote, that's what concerns me.  I'm
16  not sure if it's my exact words.  But the
17  sentiment I think was there.  As a casual
18  conversation, I mean, the reporters are usually
19  trying to make their own story, and it's not
20  always stated exactly as you say it.
21 Q  Fair enough, sir.  And I don't have any knowledge
22  of whether it is or it isn't, but the reporter is
23  putting it in quotes suggesting these are the
24  words you said.  So I'm just wondering if you have
25  any reason to believe that's not the words you

Page 123

1  used.
2 A  I would say I said what -- whether this was the
3  exact words, it was my sentiment.
4 Q  Okay.  In the next paragraph, it refers to -- it's
5  got a sentence there, "In the past Edgewood has
6  provided its track and field facility to area
7  parochial schools for practices and an annual
8  meet, the only early track and field development
9  experience for many grade school students."  And
10  then continuing on the next page, "However, due to
11  the deterioration of the track, the event has been
12  held off campus in recent years."  Did I read that
13  correctly?
14 A  You did.
15 Q  Is that a sentiment that you expressed to the
16  reporter?
17 A  Yeah.  As part of our partnership, we would always
18  hold the track meet for the youth parochial
19  schools at Edgewood, and we did have to stop for
20  a period of time because the track was dangerous
21  and it was held off campus one or two seasons.
22  I'm not sure exactly how many.
23 Q  Okay.  And then going down to the heading that
24  says "Neighborhood support," do you see that?
25 A  Yes.

Page 124

1 Q  It says, "According to Elliott, the project has
2  received the support of area neighborhood groups
3  that has balked in the past at the idea of turning
4  the facility into a competition site for
5  Edgewood's many athletic programs."  Did I read
6  that correctly?
7 A  Yes.
8 Q  And then turning to the next page, "We're between
9  two neighborhood associations.  They have been
10  vehemently opposed to us having lights or playing
11  games here.  We're really building this to be able
12  to give our athletes the practice facilities that
13  provide the best surfaces possible and to expand
14  the amount of outdoor practices we can hold,
15  especially in the spring.  That is our focal
16  point."  Did I read that correctly?
17 A  Yes.
18 Q  And is that a quote that you provided to the
19  reporter in 2015 at the time of this article?
20 A  I can't say that it's a quote that I provided.
21  Again, it was a conversation, that he captured
22  different parts of it.  I think there was more to
23  it because we talked about -- we talked more about
24  the lights and that we were looking to build or to
25  add lights at some point because we had put the

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 125

1  conduit in the ground already and that the problem
2  was that technology would not allow us to meet the
3  city ordinance at the time we were doing this so
4  it was going to be a practice facility and at some
5  point we had hoped to turn it into more than a
6  practice facility for games.
7  Q  Okay.  At least the portion that I read was a
8  sentiment you expressed to the reporter at the
9  time of the article; correct?
10 A  It's part of what the sentiment was.
11 Q  Okay.
12 A  Again, I -- we talked a lot more about why the
13 neighborhood associations were against us having
14 the lights and that it was our intention -- we put
15 the conduit and the wiring in from the start
16 because we had hoped that at some point we could
17 add lights if the technology let us -- allowed us
18 to do that.
19 Q  Fair enough.  So at least in 2015 you were
20 planning for the future with prospective lights.
21 But at the time you were not intending or planning
22 to put in lights because the technology wasn't
23 there; correct?
24 A  Correct.
25 Q  Okay.  And with respect to putting the conduit in

---

Page 126

1  the ground underneath the track, that wasn't for
2  current use.  That was for future use when the
3  technology became available; correct?
4  A  Correct.
5  Q  Okay.  And at the time of this article in 2015,
6  you didn't know when the technology would become
7  available, whether it would be available a year
8  from now, five years from now, ten years from now;
9  correct?
10 A  Correct.
11 Q  Okay.  I know this is not your quote, but I'm
12 going to direct your attention to -- one moment,
13 please.  The paragraph just after the focal point
14 paragraph I read, it's referring to a
15 Mr. Zwettler.  And who is he?
16 A  Athletic director.
17 Q  Okay.  For Edgewood High School?
18 A  Correct.
19 Q  Okay.  He said that, in the next paragraph, that
20 the football team will continue to play home games
21 at Breitenbach Stadium at Middleton High School
22 and the Crusaders boys and girls soccer teams will
23 play home games at the Reddan Soccer Complex in
24 Verona; correct?
25 A  Correct.

---

Page 127

1  Q  Okay.  And that was the current places where those
2  teams would play?
3  A  Yes.
4  Q  Okay.  Going down a couple paragraphs, there is a
5  paragraph that starts, "Although Breitenbach
6  Stadium gives the Crusaders football team a
7  stellar site for home games, Coach Al Minnaert
8  said a new practice field is long overdue."  Do
9  you see that?
10 A  I do.
11 Q  And do you agree that the Breitenbach Stadium in
12 Middleton was a stellar site for the Crusaders
13 football team?
14 A  It was for the actual field itself because it was
15 new technology in turf in the area when we entered
16 into the agreement.  It was not a stellar site for
17 our students and parents to have to drive off
18 campus to go to home games.
19 Q  Well, with respect to the high school, parents who
20 wanted to attend the high school games, and
21 students, would have to drive from wherever they
22 were to Edgewood; right?
23 A  Not if they were already there.  If they had been
24 their for their school day, they could just come
25 to the sporting events rather than having to drive

---

Page 128

1  out to Middleton.
2  Q  Well, the parents would need to drive to Edgewood;
3  correct?
4  A  Yes.
5  Q  And for any night games, both the parents and the
6  students would need to drive whether a night game
7  was held at Edgewood versus whether it was held at
8  another location; right?
9  A  Those students that didn't choose to stay at
10 school and, you know, study or whatever until the
11 game, if they lived on the east side of town or
12 maybe the parents couldn't pick them up.
13 Q  Then my statement is correct in that instance?
14 A  That -- repeat your statement.
15 Q  Sure.  That the parents and the students who were
16 attending any night games would need to drive from
17 wherever they were to the location, whether that
18 was Edgewood or whether it was another stadium;
19 correct?
20 A  Correct.
21 Q  Okay.  Now, as I understood, after receiving the
22 Goodman money, Edgewood replaced the existing
23 track and field with a brand new track and field;
24 correct?
25 A  Correct.

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 129

1 Q   Did you have any communications with the city
2      regarding that change, from the old surfaces and
3      field to the new?
4 A   I believe I did.
5 Q   Okay.  Did you have discussions on whether such a
6      change would require an amendment to your master
7      plan?
8 A   I believe I did.
9 Q   And what did you understand the city's position to
10     be, if you recall?
11 A  My recollection was that we didn't need that
12     because it was considered a resurfacing.
13 Q  Okay.  And did the city express to you that
14     because you were simply exchanging the current
15     track with a new track that the city would
16     classify that as a replacement or a maintenance
17     which would allow Edgewood to complete the project
18     without amending its master plan?
19 A  Something -- yes.
20 Q  Okay.  And that was a benefit -- that was a
21     benefit for Edgewood, that it could proceed
22     without amending its master plan; correct?
23           MR. INGRISANO: Objection.  Form.
24        Foundation.
25 A  I don't know if --

Page 130

1 Q   Okay.
2 A   I don't know what the process would have been for
3      the field.
4 Q   Okay.  From your understanding, did you believe
5      the city's interpretation of allowing you to
6      replace the existing track with a new track
7      without requiring an amendment to your master plan
8      was reasonable?
9 A   I didn't -- I didn't believe we had to do anything
10     with the master plan for that at that time.
11 Q  Okay.
12 A  So it was just a resurfacing, that we didn't have
13     to get approval because it was already there and
14     it was just being resurfaced.  So I didn't know it
15     had anything to do with the master plan.  I
16     thought it was just because it was a surface and
17     we could do it.
18 Q  But you did have discussions with the city to make
19     sure that it was something that you could do
20     without having to amend your master plan; correct?
21           MR. INGRISANO: Objection.  Form.
22 A  I had a discussion with the city, but I don't know
23     that we talked about anything to have to do with
24     the master plan.  I think it was just that I
25     wanted to resurface a field and a track and can I

Page 131

1      do that, what do I have to do to do that, and
2      basically it was nothing because it's a
3      resurfacing.
4 Q   Okay.  Do you know whether any of the neighbors
5      complained at all at the time about your
6      resurfacing and -- you know, of your redoing the
7      track and field?
8 A   There isn't anything we do that doesn't get some
9      complaint from the neighbors.  So I would say yes,
10     we got some complaints.
11 Q  And despite their complaints, though, the city
12     allowed the resurfacing to occur without incident;
13     correct?
14           MR. INGRISANO: Objection.  Form.
15        Foundation.
16 A  We went ahead as planned.
17 Q  Okay.
18 A  It was done by Rettler, and they executed the
19     contract.
20 Q  You agree that to the extent that the city has
21     allowed other institutions in the Campus-
22     Institutional District to replace an existing
23     improvement that Edgewood was treated the same
24     with respect to replacing its existing track and
25     field?

Page 132

1           MR. INGRISANO: Objection.  Form.
2        Foundation.
3 A   I have no idea what the other schools went through
4      or would have gone through.
5 Q   You mentioned that -- I believe you mentioned, so
6      correct me if I'm wrong, that at the time of
7      putting in the new track and field that Edgewood
8      got permits to install the PVC conduit for future
9      use for lighting and communications; correct?
10 A  Correct.
11 Q  And you might have said this, sir, so forgive me
12     if I'm asking a question again.  There were no
13     discussions at the time with the city as to when
14     in the future Edgewood intended to put in any
15     field lights or communications; is that right?
16           MR. INGRISANO: Objection.  Form.
17        Asked and answered.  Go ahead.
18           MS. ZYLSTRA: Fair enough.
19 A  Those conversations weren't with me.  They were
20     with Rettler.
21 Q  Okay.  You're not aware of any such communications
22     at the time?
23 A  No, I'm not.
24 Q  Okay.  Do you agree that it made financial sense
25     for Edgewood to lay the PVC for future use while

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 35 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 133

1    the track was being ripped up and put in place as
2    opposed to doing that later in the future?
3 A  Yes.  We would have had to dig the field up to
4    make the connections at a later date.
5 Q  Okay.
6              (Exhibit No. 58 marked for
7              identification)
8 Q  Mr. Elliott, I'm showing you what's been marked as
9    Exhibit 58.  Edgewood sought to amend its master
10   plan in March of 2016 to add some parking;
11   correct?
12 A  I'm not sure.  If the college did that, then I
13   wouldn't be aware of it.
14 Q  Sir, at the bottom there are some numbers.  If you
15   could turn to page 1583.
16 A  Okay.
17 Q  This is a letter dated December 5, 2014; correct?
18 A  Correct.
19 Q  And this letter is signed by you, as well as other
20   individuals; correct?
21 A  Correct.
22 Q  And the first paragraph of the letter says,
23   "In an effort to alleviate the problem of on-
24   street parking in the surrounding neighborhoods,
25   Edgewood High School is proposing an amendment to

Page 134

1    the Edgewood Campus Master Plan to allow for
2    additional on-campus parking."  Did I read that
3    correctly?
4 A  Yes.
5 Q  Okay.  So this amendment to add additional on-
6    campus parking was for the high school; correct?
7 A  Correct.
8 Q  Okay.  And the next sentence on that letter
9    says that the submitted plan was endorsed by the
10   Vilas and the Dungeon-Monroe Liaison Committee's
11   meeting minutes you attached and supported by our
12   District 13 Alder Sara Eskrich; correct?
13 A  Correct.
14 Q  Okay.  And if you'd turn the page, there are
15   minutes for the Edgewood Neighborhood Liaison
16   Committee; correct?
17 A  Correct.
18 Q  Okay.  And turning to the bottom page is 1586,
19   there is a letter from Alder Sara Eskrich;
20   correct?
21 A  Correct.
22 Q  And at least she indicates in her letter that this
23   is something -- she says, "This is something that
24   I've been working with the school and neighbors on
25   since spring 2015.  The Edgewood Neighborhood

Page 135

1    Liaison Committee, Vilas Neighborhood Association,
2    and Dudgeon-Monroe Neighborhood Association have
3    also been discussing this issue and all shared
4    their support for this project."  How is -- sorry.
5    Is that correct?
6 A  Correct.
7 Q  Okay.  And did the city ultimately approve your
8    amendment to the master plan as it relates to
9    parking?
10 A  Yes.
11 Q  And you don't believe that the city discriminated
12   against Edgewood in any way in approving the
13   master plan amendment for parking; correct?
14 A  This project was driven completely by the
15   neighbors.  They requested it, and so I don't
16   think there was going to be any disagreement with
17   us doing this.  We were doing it as a favor to the
18   neighbors because they were blaming all the
19   parking in the neighborhoods with -- even though
20   there is UW students and college students, they
21   were blaming it all on the high school students,
22   so we had to spend the money to add the parking on
23   our property, and so I think there was -- it was
24   approved mainly because this is what the neighbors
25   wanted, not what Edgewood wanted to do.

Page 136

1 Q  Okay.  My question is do you believe the city
2    discriminated against Edgewood in any way in
3    approving the master plan amendment for parking?
4              MR. INGRISANO: Objection.  Form.
5 A  I would say that it wasn't viewed as Edgewood's --
6    it was on Edgewood's property, but it was
7    demand -- it was requested strongly by the
8    neighbors.
9 Q  Fair enough, sir, and I understand your position.
10   But I'd like an answer to my question.
11       Do you believe that the city discriminated
12   against Edgewood in any way in approving the
13   amendment of your master plan as it relates to
14   parking?
15             MR. INGRISANO: Objection.  Form.
16   Argumentative.
17 A  No.
18 Q  Okay.  Thank you.
19 A  Can I change my testimony on something before?
20 Q  Is there something that you testified to
21   incorrectly before?
22 A  Well, when I was trying to go through the number
23   of projects that Edgewood --
24 Q  Yes.
25 A  -- had and I was struggling with whether or not

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 137

1 the parking one was ours, there was -- this would
2 be an additional project that I didn't identify
3 before when I was asked. Now that I see this,
4 it's clear which project that was.
5 Q Okay. And I appreciate that, sir, although I
6 actually think your testimony might be correct.
7 So let me see if I can plow that ground.
8 A Okay.
9 Q This was an amendment to your master plan because
10 this particular parking project was not identified
11 originally in your master plan; is that right?
12 A That's right.
13 Q Okay. So I think --
14 A Sorry.
15 Q -- you were correct initially that the other
16 parking related to other matters, not the
17 high school.
18 A Right.
19 Q Okay. But I appreciate the clarification, sir,
20 and if there is anything else, you feel free to
21 mention it.
22 A Thanks.
23 Q Okay. Now, in May of 2006 (sic) did Edgewood
24 unveil to the Neighborhood Liaison Committee a
25 presentation to build a new stadium?

Page 138

1 A I don't know the date.
2 Q That's okay. Let me help you out, sir.
3 (Exhibit No. 59 marked for
4 identification)
5 MS. ZYLSTRA: I think it's 59.
6 COURT REPORTER: Yes.
7 Q Sir, I'm showing you what's been marked as
8 Exhibit 59. This is an email with the subject
9 line Agenda for Edgewood Neighborhood Liaison
10 Committee Meeting May 10, 2016. Is that correct?
11 A Correct.
12 Q And there is a bunch of people in the "to" line,
13 but one of them is you; correct?
14 A Yes.
15 Q Okay. And if you look below, you see an agenda
16 for the meeting; correct?
17 A Correct.
18 Q Okay. And if you'd turn the page, at the top
19 there is a bullet that says "Seating and lighting
20 for the athletic field." Do you see that?
21 A Yes.
22 Q Okay. So in May of 2016 did Edgewood unveil to
23 the Neighborhood Liaison Committee a presentation
24 to build a new stadium?
25 MR. INGRISANO: Objection.

Page 139

1 Foundation. Form.
2 A I'm not sure if this was the first time we
3 unveiled it.
4 Q Okay.
5 A But we did at that meeting have -- it was part of
6 the agenda for that meeting.
7 Q Fair enough. It might have been sooner than May
8 of 2016, but at least as of May of 2016 that idea
9 had been brought to the Neighborhood Liaison
10 Committee?
11 A Correct.
12 Q Fair? Okay.
13 (Exhibit No. 60 marked for
14 identification)
15 MS. ZYLSTRA: Exhibit 60?
16 COURT REPORTER: Yes.
17 Q Sir, I'm showing you what's been marked as
18 Exhibit 60. Do you recognize this as a flyer that
19 Edgewood High School put together with regard to
20 adding a stadium to its facility?
21 A The question is is this the flyer?
22 Q Yes.
23 A Yes.
24 Q Does this describe what it is that you raised in
25 terms of in May of 2016 to the Neighborhood

Page 140

1 Liaison Committee as to what Edgewood was looking
2 to do?
3 A Yes.
4 Q Okay. The second page of the document identifies
5 Rettler, R-e-t-t-l-e-r, Corporation. And I think
6 you've mentioned them before. Were they the ones
7 who were going to actually perform the construction?
8 A Yes.
9 Q Do you know when you first contacted Rettler about
10 the construction for the new stadium?
11 A I do not.
12 Q Do you know whether you did that prior to meeting
13 with the Neighborhood Liaison Committee in May of
14 2016?
15 A Yes. I did.
16 Q Prior?
17 A Talk to them prior to that.
18 Q Do you know how soon prior or how -- that's a poor
19 question. But do you know -- can you give me a
20 rough estimate how much prior to May of 2016 you
21 contacted Rettler?
22 A I would say in the range of three to four months.
23 Q Okay. Then on the first page of this flyer, it's
24 got a heading "Neighborhood Concerns." Do you see
25 that?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 141

1  A  Yes.
2  Q  It says, "The concerns neighbors expressed were
3     usage, traffic, parking, lights, and sound."  Is
4     that correct?
5  A  Correct.
6  Q  And those were generally concerns that the
7     Neighborhood Liaison Committee had expressed to
8     Edgewood repeatedly in the past when it wanted to
9     expand its use of its athletic field; true?
10          MR. INGRISANO: Objection.  Form.
11 A  Those were concerns that they've brought up in
12    some listening meetings that we held, and so it
13    was the neighbors and the liaison committee.
14 Q  And they had expressed those concerns for many
15    years, is that right, prior to the May 2016
16    meeting?
17 A  I had heard complaints when I was -- after I
18    became president when I brought this idea up.
19 Q  Okay.  Did you ever obtain any kind of cost
20    estimate for the project that's identified in
21    Exhibit 60 from Rettler?
22 A  Yes.
23 Q  Can you give me a rough estimate of what the cost
24    is?
25 A  Boy, that was awhile ago.  I don't know the number

Page 142

1     that it was.
2  Q  Okay.
3  A  Estimate --
4          MR. INGRISANO: Objection.  Form.
5        Vague as to time.  Go ahead.
6  A  The plan that was described here was probably
7     around 2 million.
8  Q  Okay.
9          (Exhibit No. 61 marked for
10           identification)
11 Q  Mr. Elliott, I'm showing you what's been marked as
12    Exhibit 61.  I'll give you a second to review that
13    document.
14 A  Are you talking about both or the first one?
15 Q  Read both, if you won't mind, sir.
16 A  Okay.  Okay.
17 Q  Okay.  The middle email is an email from you to
18    Alder Sara Eskrich; correct?
19 A  Correct.
20 Q  And in that email you're asking Alder Sara Eskrich
21    to sign off on a minor amendment to the master
22    plan so that you could hold an October 5 senior
23    night football game with temporary lights and
24    seating; correct?
25          MR. INGRISANO: Objection.  Form.

Page 143

1        Mischaracterizes.  Go ahead.
2  Q  Well, given the objection, why don't we just read
3     it in.
4        You indicate that -- you said, "Sarah, can we
5     talk transition?  I am in a heap of trouble with
6     no place to play an October 5 game that is senior
7     night.  Parents want to hold game here with
8     temporary lights and seats.  Cost to do that is
9     $27,000.  Can you help me understand time involved
10    for us to get seats and lights?  Now that you're
11    leaving, how about a signoff for a minor
12    amendment," and you've got four question marks.
13    "If not time and process for major amendment."
14    Did I read that correctly?
15 A  Correct.
16 Q  Okay.  So you're asking Alder Eskrich to sign off
17    on doing a minor amendment to the master plan for
18    you to hold an October 5 senior night football
19    game with temporary lights and seating; correct?
20 A  We had a good relationship with Sara, and she --
21    this was kind of tongue in cheek because she was
22    leaving and she had worked closer -- usually when
23    you have an alder in a neighborhood, the alder
24    works for both sides and tries to come up with
25    common ground and see how they can work, and she

Page 144

1     was fantastic that way.
2        And so this was my humor to her saying, how
3     about a minor amendment, knowing that she could
4     sign off on minor amendments, but this certainly
5     wasn't a minor amendment on the stadium.  I didn't
6     view the -- if we got temporary bleachers in and
7     if we did the temporary lighting that that would
8     be anything she had to sign off on because I
9     thought that temporary things were just -- didn't
10    have anything to do with the master plan.  If we
11    wanted to build a stadium, she would have to --
12    obviously it would be a major or a minor signoff,
13    but I didn't view this game.
14       It just shows what we would go through.  Here
15    we are senior night, we have no place to go play a
16    game because we don't have access unless all the
17    other city teams have been looked at and granted
18    their games, that we have a place to go to play.
19       And so this was showing the jam we were in
20    and my requesting of her for a minor amendment was
21    more could you -- a joke to say can you get the
22    minor amendment for the stadium, which I knew she
23    couldn't.
24          MS. ZYLSTRA: Okay.  I'll move to
25       strike as nonresponsive.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 145

1    MR. INGRISANO: He explained to
2 you -- he explained that perfectly clearly.
3    MS. ZYLSTRA: You have your
4 objection.
5 Q  Mr. Elliott, with respect to Alder Eskrich's
6 response, she indicates to you that for a
7 temporary permit for games you needed to work with
8 the city staff; correct?
9 A  Correct.
10 Q  Okay.  She also indicates to you that she can't
11 sign off on the stadium lights as a minor
12 alteration because we've discussed very publicly
13 that this requires a master plan amendment.
14 Correct?
15 A  Correct.
16 Q  Okay.  So at least you understood as of July of
17 2018 that for a temporary permit for games that
18 you should talk with city staff and as to stadium
19 lights, that that required a master plan
20 amendment?
21    MR. INGRISANO: Objection.  Form.
22 Mischaracterizes.
23 A  I did not feel that there had to be a signoff to
24 play the game there.  I was asking her if she
25 could get us a signoff as a joke for the -- to get

Page 146

1 the stadium to move ahead.
2 Q  Did you reach out to -- well, first of all, she
3 refers to Tim and Matt.  You understood that to be
4 Tim Parks and Matthew Tucker; correct?
5 A  Correct.
6 Q  Did you reach out to Mr. Parks and/or Mr. Tucker
7 with regard to a temporary permit for your game?
8 A  I don't -- I don't think I did.  I don't know.  I
9 can't remember if I did or not.
10 Q  Okay.  Where was Edgewood scheduled to play its
11 senior night on October 5 prior to this email?
12 A  It was a home game, and we didn't have a field and
13 sometimes when we didn't have a field to play on
14 for a home game we had to give up the home game.
15 The parents obviously were going wild
16 thinking that we wouldn't have a stadium to play
17 a home game on senior night at the end of the
18 season.  So at this point I didn't have a place
19 to play the game.
20 Q  My question is do you know where you were
21 scheduled to play it prior to this email?
22    MR. INGRISANO: Objection.
23 Foundation.  Form.
24 A  No.  It was a home game.  We didn't know from week
25 to week where we were going to have an open field

Page 147

1 to play.
2 Q  Okay.  Do you know where you ultimately held the
3 October 5 game?
4 A  I don't.
5 Q  Do you recall whether or not you had senior night
6 in 2018?
7 A  Well, I'm pretty sure that we had senior night or
8 I would have heard a lot more about it, and I can
9 tell you that it wasn't played at Edgewood.
10 Q  Do you remember anything else regarding any
11 follow-up to this issue, that is senior night, the
12 October 5 senior night and any request for a
13 temporary permit or lights?
14 A  Well, I did have a conversation with I believe
15 both Tim and Matt to try to define what temporary
16 meant as far as seating.  We had dramatically
17 scaled back the plans that we had originally
18 presented to the neighbors, and we have aluminum
19 bleachers and we were trying to see if we could
20 put two more sets of aluminum bleachers next to
21 the ones that we have because they only seat 450
22 people and then if we could either ideally put
23 bathrooms in, but otherwise use porta pots for our
24 guests, and then if that would give us the ability
25 to expand our seating for the crowds that we got.

Page 148

1    You know, that was out there until the --
2 it's something, the ordinance changed or there was
3 a change with how -- what was approved or what
4 could or couldn't be approved, so we've not done
5 anything as far as replace anything in that
6 facility.
7 Q  When were these discussions with Mr. Parks and/or
8 Mr. Tucker regarding temporary?
9 A  I would have to look back in my files or my notes.
10 Q  Do you know whether it's 2018, 2019, 2020, or some
11 other year?
12 A  I believe it would have been around 2018, 2019.
13 Q  Can you give me any other estimate other than the
14 two-year span?
15 A  I'm just guessing at a date right now.
16 Q  Okay.
17 A  I don't recall what the date of that meeting was.
18 Q  Okay.
19    MR. INGRISANO: Mike, don't guess.
20 Don't guess at things.  Okay?
21    THE WITNESS: Okay.
22 Q  Did you understand, at least from Alder Eskrich's
23 July 27, 2018, email that she believed that
24 stadium lights would require a master plan
25 amendment?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 149

1  A  I'm sorry.  Say that again.
2  Q  Did you understand from the email from
3     Alder Eskrich that's in Exhibit 61 that she
4     believed stadium lights would require a master
5     plan amendment?
6  A  Yes.
7  Q  Okay.
8            (Exhibit No. 62 marked for
9             identification)
10 Q  Mr. Elliott, I'm showing you what's been marked as
11    Exhibit 62.  The first page of this exhibit is a
12    letter signed by you to Heather Stouder at the
13    city's planning department; correct?
14 A  Correct.
15 Q  Okay.  And with respect to this letter in the
16    second paragraph, you write, "Now we believe the
17    time is right to upgrade the Goodman Athletic
18    Complex to incorporate new technology that would
19    allow our students to host a limited number of
20    night home games at Edgewood like other teams in
21    our conference host night games on their campuses.
22    We are diligently working through the city's
23    adopted process to amend our campus master plan to
24    allow for better and more strategic usage of this
25    important community resource."  Did I read that

Page 150

1     correctly?
2  A  Yes.
3  Q  Okay.  And turning the page, there is a land use
4     application.  Do you see that?
5  A  Yes.
6  Q  And in the middle of the page under project
7     information, this is the Goodman Athletic Complex
8     master plan amendment; correct?
9  A  Correct.
10 Q  And turning the page one more time, this is signed
11    by you; correct?
12 A  Yes.
13 Q  And it's dated November 14, 2018; correct?
14 A  Yes.
15 Q  Okay.  And so do you recognize Exhibit 62 as
16    Edgewood's amendment to its master plan to add
17    lights and a sound system and a stadium at the
18    Goodman Athletic Complex?
19 A  I -- just your terminology, a stadium, we were
20    not -- that's kind of what everybody was trying to
21    call to make it seem bigger than it was.  At
22    this point I think we were just asking for the
23    expanded seating and the lights and the...  As I
24    mentioned, we had gone through conversations with
25    the neighbors about size and they were -- had put

Page 151

1     up signs all over about no stadium, and I just --
2     I think this was when we decided that we weren't
3     going to build a stadium but we were going to add
4     seats.
5  Q  Okay.  If you look at the page, the third page
6     that has your signature on it.
7  A  Uh-huh.
8  Q  Under the project -- I take your point, sir.
9            But under the project description, it's amend
10    the adopted master plan to incorporate lighting,
11    expand seating, add restrooms, team rooms, and
12    storage and defines field use; correct?
13 A  Correct.
14 Q  All of those things were being incorporated into
15    this amendment to the master plan; correct?
16 A  And I stand corrected.  This is -- this was when
17    the neighbors were still calling it a stadium.
18    So --
19 Q  Okay.
20 A  Yes, I --
21 Q  Okay.  Now, with respect to your letter where
22    you're talking about the time is right to upgrade
23    the Goodman Athletic Complex -- well, let me back
24    up.
25          Let's go to the first paragraph of your

Page 152

1     letter.  It indicates that you had been working
2     closely with the city, the liaison committee, and
3     local neighbors for the past year and a half about
4     opportunities we are seeking to enrich the
5     offerings of the Goodman Athletic Complex;
6     correct?
7  A  Correct.
8  Q  And with respect to the Goodman Athletic Complex,
9     after the upgrades that were done in 2015,
10    Edgewood started holding a lot more games and
11    practices on that track and field; correct?
12          MR. INGRISANO: Objection.  Form.
13    Vague as to "a lot."  Go ahead.
14 A  There is -- I don't agree with that statement.
15    There was not a dramatic increase of games.  It's
16    just that I think the neighbors were paying
17    attention to them more.
18 Q  Do you agree there is an increase?
19 A  I don't have those records.
20 Q  Okay.
21            (Exhibit No. 63 marked for
22             identification)
23 Q  Sir, I'm showing you what's been marked as
24    Exhibit 63.  Do you recognize this document?
25 A  This isn't a document of mine that I recall.

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 40 of 99

Edgewood High School of the Sacred Heart, Inc. v.                    Video Deposition of Michael G. Elliott
City of Madison, Wisconsin, et al.                                                       May 10, 2022

Page 153

1  Q  You don't recall this document?
2  A  Okay.  I recall this from after the meeting.
3  Q  Okay.  And you recall this is a document that
4     Edgewood submitted to the Plan Commission?
5  A  Yes.
6  Q  Okay.  And if you turn to -- well, I'll start on,
7     if you look at claim number 5 which is on the
8     second page, there is a claim, "Edgewood has
9     dramatically increased the frequency and intensity
10    of use of its athletic field in 2019 but only
11    hosted four to five games a year before adopting
12    the 2014 master plan."  Do you see that, sir?
13 A  Yes.
14 Q  And then following that claim are facts that are
15    being presented by Edgewood as it relates to that
16    claim; correct?
17 A  Yes.
18 Q  Okay.  It says as the first sentence of the
19    response, "As an initial matter, the number of
20    games Edgewood plays on its athletic field is not
21    relevant."  Do you see that, sir?
22 A  Where?
23 Q  The first sentence under facts.
24 A  Okay.
25 Q  Do you see that written there, sir?

Page 154

1  A  Yes.
2  Q  Okay.  Now if you'd turn the page, and the first
3     sentence of the first full paragraph says, "The
4     recent increase in games on the athletic field
5     coincided with needed improvements completed in
6     2015, including synthetic turf and updated track
7     and a modern score board."  Do you see that, sir?
8  A  Yes.
9  Q  So do you agree that there was an increase in
10    games on the athletic field following the
11    improvements completed in 2015?
12        MR. INGRISANO:  Objection.  Form
13        and foundation as to this document.
14 A  Our belief was that the games that were being
15    counted in the previous years were just football
16    and now we were also playing soccer games on the
17    field and lacrosse games.
18 Q  So you agree there was an increase in games on
19    the athletic field that coincided with the
20    improvements that occurred in 2015?
21 A  Yes.
22 Q  Thank you.  And going back, I'm sorry, for a
23    moment to Exhibit 62, and in terms of the
24    description of the project, that is adding
25    lighting, seating, restrooms, team rooms, and

Page 155

1     storage, did you understand that to add those
2     things required an amendment to your master plan
3     at the time that you submitted this in 2018?
4  A  Yes.
5  Q  Okay.  Can you turn to, on Exhibit 62, I'm going
6     to use the internal -- well, I'll use the bottom
7     numbers.  It's the City 1308.
8  A  Yes.
9  Q  Are you there?
10 A  Yes.
11 Q  Okay.  And at least in the pictures that Rettler
12    have done, it refers to athletic stadium seating
13    redevelopment from list and -- it refers to
14    athletic stadium a couple times in those drawings;
15    correct?
16 A  Correct.
17 Q  So at least you can understand why the neighbors
18    might have been calling it a stadium; is that
19    fair?
20        MR. INGRISANO:  Objection.
21        Objection.  Form, argumentative.  It says
22        athletic stadium seating.
23 A  There was a period of time where I thought --
24    where we had reduced the scope of the project.
25    I don't know the date of that.

Page 156

1  Q  Okay.  All right.
2        (Exhibit No. 64 marked for
3        identification)
4        MR. INGRISANO:  We've been going
5        about an hour and 15, so whenever you're
6        ready for a break.
7        MS. ZYLSTRA:  Do you want to do it
8        before this, or this exhibit will be quick.
9        Up to you.
10        MR. INGRISANO:  Yeah.  Why don't we
11        just do this exhibit.  That's fine.  Thanks.
12        MS. ZYLSTRA:  Okay.
13 Q  Mr. Elliott, I'm showing you what's been marked as
14    Exhibit 64.  Do you recognize this as an email
15    that was sent from Matthew Tucker to you dated
16    October 26, 2018?
17 A  Yes.
18 Q  Okay.  And the email begins by Mr. Tucker that the
19    purpose of this message is to follow up on our
20    conversation earlier this week about the current
21    usage of the athletic field as that use relates to
22    the adopted master plan for the Edgewood campus.
23    Did I read that correctly?
24 A  Yes.
25 Q  Okay.  Do you recall having a conversation with

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 157

1    Mr. Tucker earlier in the week regarding the usage
2    of the athletic field as it relates to the master
3    plan?
4  A  I remember a conversation.
5  Q  What do you -- or, I'm sorry.
6  A  I'm just not sure if it was in person or on the
7    phone.
8  Q  What do you recall the conversation to be?
9  A  I believe he was concerned about his definition of
10    the master plan, defining what it said we could
11    and couldn't do.
12  Q  Okay.  And specifically in paragraph 2 of this
13    email, Mr. Tucker indicates it's his belief that
14    the "Open Space Plan" section of the master plan
15    (3.8) limits Edgewood's use of the athletic field
16    to team practices and physical education
17    practices; correct?
18  A  That's what he had stated.
19  Q  Okay.  Was that the substance of your conversation
20    with him earlier in the week?
21  A  Again, I'm not sure of the timing.  I'm not
22    recalling exactly what we talked about and when.
23  Q  Okay.  Well, regardless if you're remembering --
24    I guess, Mr. Elliott, I want to know what you do
25    recall as to any of your conversation with

---

Page 158

1    Mr. Tucker.
2  A  I'm going to read through this.
3  Q  Sure.  I'm sorry, sir.
4  A  No.  I --
5  Q  Please take your time.
6  A  So I believe our conversation was around this
7    topic.
8  Q  Okay.  And not a trick question if you don't
9    recall, but do you recall anything that Mr. Tucker
10    said to you or that you said to him other than
11    what's presented in this email?
12  A  I believe we disagreed on the -- defining that
13    there was only -- that you couldn't play games
14    there because we had been playing games on the
15    field for 100 years.
16  Q  Okay.
17  A  And that I'd never heard anything that we couldn't
18    or shouldn't and that what else do you do on
19    athletic fields but play athletic events.
20  Q  You believe that's what you indicated to
21    Mr. Tucker in the conversation prior to this
22    email?
23  A  I believe I was frustrated with the
24    interpretation, yes.
25  Q  Okay.  Do you recall anything else about your

---

Page 159

1    conversation with Mr. Tucker around this time in
2    October of 2018?
3  A  I don't.
4  Q  I don't -- I want to make sure you finished your
5    answer.  Is that --
6  A  I don't recall any -- I don't recall the
7    conversation.
8  Q  Okay.  At least in this email Mr. Tucker indicates
9    to you that if you want to continue to play games
10    that you would need to pursue an amendment to the
11    master plan; correct?
12  A  Correct.
13  Q  Okay.  Do you know if you ever responded to this
14    email?
15  A  I don't.
16  Q  Okay.  With regard to this email from Mr. Tucker,
17    the second paragraph is referring to a
18    neighborhood meeting on Wednesday, October 7
19    (sic).  Correct?
20  A  Yes.
21  Q  Okay.  Do you recall that October 17 neighborhood
22    meeting?
23  A  No.
24  Q  Okay.  With respect to Mr. Tucker indicating his
25    belief that a master plan amendment was needed, he

---

Page 160

1    directed this email to you and Brian Munson.  Who
2    is Brian Munson?
3  A  He was a consultant that was working with us with
4    the city.
5  Q  Mr. Munson was working with Edgewood on its
6    project; correct?
7  A  Correct.
8  Q  Okay.  Mr. Tucker did not include on this email
9    any of the neighborhood association or any of the
10    neighbors; correct?
11  A  Not that I can see.
12  Q  Right.  He directed this just to you and
13    Mr. Munson with some additional city personnel;
14    correct?
15  A  It looks like that, yes.
16  Q  Okay.  And the city didn't issue any notices or
17    any citations with respect to Edgewood's use of
18    its field at this time in October of 2018;
19    correct?
20  A  I don't -- I don't believe there was any
21    citations.
22  Q  Okay.  Did you understand this, at least from
23    Mr. Tucker, to be an informal request for Edgewood
24    to amend its master plan without raising issues in
25    terms of opposition from the neighbors?

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 161

1    MR. INGRISANO: Objection. Form.
2 Q  That's a bad question. Let me start it again.
3    Mr. Tucker was trying to keep this
4  essentially a relatively private matter between
5  the city and Edgewood in terms of what needed to
6  be done with respect to its master plan; correct?
7    MR. INGRISANO: Objection. Form.
8    Calls for speculation.
9 A  I don't know what his intention was.
10 Q  Fair enough.
11    MS. ZYLSTRA: Okay. Let's take a
12  break.
13    MR. INGRISANO: Great. Thanks.
14    MR. HANSEN: Going off the record
15  at 2:21.
16    (Recess)
17    (Mr. Jean-Louis exited the
18     proceedings)
19    MR. HANSEN: We're back on the
20  record at 2:32.
21    (Exhibit No. 65 marked for
22     identification)
23 Q  Mr. Elliott, I'm showing you what's been marked as
24  Exhibit 65. Can you take a look at that for a
25  moment?

Page 162

1    Do you recognize Exhibit 65 -- well, let me
2  first start by this is a letter dated November 14,
3  2018, from a Katherine Rist, R-i-s-t. Do you see
4  that?
5 A  Yes.
6 Q  Was Attorney Rist an attorney for Edgewood?
7 A  Yes.
8 Q  And she is writing this letter on behalf of
9  Edgewood with regard to the prior exhibit,
10  Exhibit 64, that is the email from Matt Tucker
11  to you and Mr. Munson; correct?
12    MR. INGRISANO: Objection.
13    Foundation. Go ahead.
14 Q  Well, let me stop you there. The first paragraph
15  states, "I am writing to you on behalf of our
16  client, Edgewood High School of The Sacred Heart,
17  Inc. (Edgewood) in response to your email sent on
18  Friday, October 6, 2018, to Mr. Michael Elliott
19  and Mr. Brian Munson with respect to Edgewood's
20  use of the athletic fields under the adopted
21  master plan for Edgewood's campus." Did I read
22  that correctly?
23 A  Yes.
24 Q  Okay. She writes, at least in the last sentence
25  of the first paragraph, that, "To the extent the

Page 163

1  master plan may be interpreted in a way which does
2  not expressly permit the current use, Edgewood's
3  position is that such use is a legal nonconforming
4  use and may continue." Did I read that correctly?
5 A  Yes.
6 Q  Okay.
7    (Exhibit No. 66 marked for
8     identification)
9 Q  Mr. Elliott, I'm showing you what's been marked as
10  Exhibit 66. Do you see that, sir?
11 A  Yes.
12 Q  This is a letter a few days later on November 20,
13  2018, from Matt Tucker from the city to Edgewood's
14  attorney, Katherine Rist; correct?
15    MR. INGRISANO: Objection.
16    Foundation.
17 A  It looks like that's from the topic and from who.
18 Q  Did you receive a copy of this letter from
19  Attorney Rist?
20 A  I don't recall at this time.
21 Q  Well, with respect to the bottom numbers, that
22  EHS 3563, that's a Bates number on the bottom,
23  I'll represent based on this Bates number this
24  record came from Edgewood's files. Do you have
25  any reason to believe that this -- that you did

Page 164

1  not receive a copy of this letter?
2    MR. INGRISANO: Objection. Form.
3 A  I don't know if I received it or not.
4 Q  Okay. In this letter Mr. Tucker indicates that
5  he, in the second sentence, he said he disagrees
6  with Edgewood's position that it's established a
7  legal nonconforming use. Do you see that?
8 A  I do.
9 Q  Okay. And with respect to the second paragraph,
10  Mr. Tucker says, "I know that Edgewood has filed
11  an application for a major alteration of the CI
12  master plan that, if approved, would expand the
13  allowable uses of the athletic field and largely
14  make this discussion moot, at least with respect
15  to future uses." Did I read that correctly?
16 A  Yes.
17 Q  And Mr. Tucker then says, "In such instances, our
18  internal policy is to suspend enforcement action
19  pending the result of the application for major
20  alteration." Did I read that correctly?
21 A  Yes.
22 Q  And he says, "If the application for major
23  alteration is denied, then the city will send a
24  formal notice of violation, and at that time we
25  can discuss how Edgewood wishes to proceed."

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 43 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 165

1    Did I read that correctly?
2  A  Yes.
3  Q  Okay.  Were you aware in November of 2018 that
4    the city was not going to enforce any use of
5    Edgewood's athletic field because it had an
6    amendment to its master plan pending?
7  A  I was aware of this, yes.
8  Q  Okay.  Are you aware of whether representatives of
9    the city had discussions with representatives from
10   Edgewood about the issue of legal nonconforming
11   use?
12 A  No.
13 Q  Were you aware or ever told by anyone in the
14   city that there was a process to go through for
15   a use -- a legal nonconforming use being
16   certified?
17 A  I don't recall any conversations on that.
18 Q  Okay.  Do you know whether such conversations
19   occurred with other representatives from Edgewood,
20   that is the process for a legal nonconforming use
21   being certified?
22 A  I don't.
23 Q  Okay.  Not aware one way or the other whether --
24 A  Right.
25 Q  Okay.

Page 166

1        (Exhibit No. 67 marked for
2         identification)
3        MS. ZYLSTRA: 66?
4        COURT REPORTER: 67.
5        MS. ZYLSTRA: 67.  Thank you.
6  Q  With respect to Edgewood's desire to amend its
7    master plan and put in a sound system and lights
8    and additional seating, did Edgewood procure a
9    sound study?
10 A  Yes.
11 Q  Okay.  And is Exhibit 67 the sound study by
12   TALASKE related to Edgewood's proposal to add
13   lights and a sound system and additional seating
14   to the Goodman Athletic Complex?
15 A  Yes.
16 Q  Okay.  And turning to page 3 of the sound study,
17   there is an indication that TALASKE had peak
18   levels of noise that ranged from 68.5 to 75.8
19   decibels with an average of 72.5 decibels;
20   correct?
21 A  Correct.
22 Q  Okay.  Do you know what, if anything, was
23   occurring when TALASKE measured those peak levels?
24 A  As far as --
25        MR. INGRISANO: Objection.  Form.

Page 167

1    Go ahead.
2  A  As far as on Monroe Street or on the field or what
3    are you --
4  Q  On Edgewood's campus.
5  A  I can't answer that.
6  Q  All right.  Fair enough.  If you turn the page to
7    page 4, in figure 2 and figure 3 they're showing a
8    graph of -- graphical depiction of the ambient
9    noise measurements.  Well, I should rephrase that.
10        Okay.  So figure 2 and figure 3 are
11   depictions by TALASKE of the noise levels that
12   were being recorded; correct?
13        MR. INGRISANO: Objection.  Form,
14   foundation.
15 A  I believe so.
16 Q  Okay.  In both figures 2 and figures 3, do they
17   indicate when those measurements were taken?
18 A  As far as the date or the time?
19 Q  Correct.  The date.
20 A  Yes.
21 Q  And what date is that?
22 A  Late afternoon, the 6th of December 2018.
23 Q  Thank you, sir.  Do you know whether there was any
24   use of the field by any Edgewood athletic team in
25   the late afternoon on December 6 of 2018?

Page 168

1  A  I don't know.
2  Q  Okay.
3        (Exhibit No. 68 marked for
4         identification)
5        MS. ZYLSTRA: Did I give you more
6    than one copy?
7        MR. INGRISANO: No.
8        MS. ZYLSTRA: Okay.  Sorry.
9  Q  Sir, I'm showing you what's been marked as
10   Exhibit 68.
11        MR. STERETT: Thank you.
12 Q  This is an email from Brian Munson to Alder Allen
13   Arnsten, of which you are cced; correct?
14 A  Correct.
15 Q  Okay.  And the date of this email is January 4,
16   2019; correct?
17 A  Yes.
18 Q  And Mr. Munson writes, "Attached please find a
19   copy of the 2018 field usage schedule."  Did I
20   read that correctly?
21 A  Yes.
22 Q  Okay.  And turning to the last page of the
23   document, there is a list identifying Goodman
24   field at Edgewood High School 2018.  Do you see
25   that, sir?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 169

1 A  Yes.

2 Q  Okay.  And it appears to be identifying the usage

3  of the Goodman field for all the dates in 2018;

4  correct?

5 A  Correct.

6 Q  And is there any activities listed for December 6,

7  2018?

8 A  No.

9 Q  Okay.  Sir, are you aware in the course of trying

10  to obtain lights and a sound system for Edgewood

11  that the neighbors commissioned their own sound

12  study separate from Edgewood's?

13 A  Yes.

14 Q  Okay.

15       (Exhibit No. 69 marked for

16        identification)

17 Q  Sir, I'm showing you what's been marked as

18  Exhibit 69.  Do you recognize this as the sound

19  study that the neighbors presented as it relates

20  to Edgewood's proposal for lights and a sound

21  system?

22 A  I honestly never saw their sound study.

23 Q  Okay.  On page 2 it identifies the company that

24  was involved in the sound study as Wise

25  Associates.  Do you see that?

Page 170

1 A  Yes.

2 Q  Do you know whether Edgewood has ever used

3  Wise Associates for any projects?

4 A  I don't.

5 Q  Okay.  And, I'm sorry, if we could go back to

6  Exhibit -- I'm sorry.  I had it right here.

7  Exhibit 67, which is the sound study by TALASKE.

8 A  Got it.

9 Q  Okay.  If you'd turn to page 10 of the sound

10  study, it's also City 3232.  There is a heading

11  midway down that says Possible Noise Barrier.  Do

12  you see that, sir?

13 A  Yes.

14 Q  Okay.  And TALASKE had suggested that if you

15  wanted to further mitigate the impact to the

16  surrounding area in terms of noise that a noise

17  control or a sound barrier could be erected;

18  correct?

19       MR. INGRISANO: Objection.  Form.

20 A  Correct.

21 Q  Okay.  That's what you understood; correct?

22 A  Uh-huh.  Yes.

23       (Mr. Jean-Louis reentered the

24        proceedings)

25 Q  Thank you.  And that's something that the

Page 171

1  neighbors and the neighborhood associations wanted

2  Edgewood to do, that is to invest and pay for a

3  sound barrier as part of its proposal; correct?

4 A  No.  Not correct.  We met with them on a Saturday

5  morning, and they couldn't agree.  Some people

6  thought a sound barrier would be good and others

7  didn't want to have to look at that ugly thing.

8 Q  Okay.  At least some of the neighbors expressed an

9  interest in a sound barrier, although there wasn't

10  agreement; correct?

11 A  Correct.

12 Q  Mr. Elliott, I am showing you what's been

13  previously marked in another deposition as

14  Exhibit 6.  This is a letter from Matt Tucker to

15  you dated February 27, 2019; correct?

16 A  Correct.

17 Q  Okay.  And attached to the letter is a letter to

18  the Edgewood family dated February 22, 2019;

19  correct?

20 A  Correct.

21 Q  Okay.  And attached to that letter is a February

22  2019 answers to frequently asked questions;

23  correct?

24 A  Correct.

25 Q  Okay.  And were you involved in the drafting of

Page 172

1  the letter and the response to the questions?

2 A  I was part of a committee that did that.

3 Q  Okay.  And turning to the frequently asked

4  questions, the very first question -- I'm sorry.

5  Let me see.

6       The third question down says, "If lighting

7  and sound did not require an amendment to the

8  master plan, why did Edgewood High School include

9  these items in its recent addendum request to the

10  City Plan Commission?"  Do you see that question?

11 A  Yes.

12 Q  Okay.  And the answer there is, "When we first

13  began exploring the option of installing a

14  permanent structure for seating, concessions,

15  restrooms and storage over two years ago, we were

16  instructed by city staff that we needed to amend

17  our master plan for these upgrades.  We also

18  believed at the time that lighting and sound would

19  require an amendment.  It was not until recently

20  that we learned that lighting and sound were

21  regulated by city ordinances and did not require

22  an amendment to the master plan."  Did I read that

23  correctly?

24 A  Yes.

25 Q  Okay.  So prior to February of 2019, you believed

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 173

1  that an amendment to the master plan was required
2  for any lighting and sound; correct?
3         MR. INGRISANO: Objection. Form.
4 A  At the beginning we did believe that.
5 Q  Okay. And then around the time of February of
6  2019, you say there that you learned that lighting
7  and sound did not require an amendment; correct?
8 A  Based on the letter we received, yes.
9 Q  Well, who told you or how did you learn that
10  lighting and sound did not require an amendment to
11  the master plan?
12 A  We were getting advice from both our technician
13  and from our legal people.
14 Q  Okay.
15 A  Or not legal. Brian Munson, who was with
16  Vandewalle & Associates.
17 Q  Okay. So as I understood it, Brian Munson told
18  you that you did not require an amendment to your
19  master plan for lighting and sound?
20 A  That they didn't think it was necessary.
21 Q  When you say "they," who are you referring to?
22 A  Brian Munson and either Katie Rist or Matt Lee.
23 Q  Okay.
24 A  Nathan Wautier.
25 Q  Do you know what Brian Munson's bases were for

Page 174

1  telling you that you did not need to amend your
2  master plan for lighting and sound?
3 A  I do not know.
4 Q  Do you know what Mr. Munson's experience was with
5  amendments to master plans?
6 A  I don't know.
7         MS. ZYLSTRA: Okay. Counsel, are
8  you going to claim privilege with respect to
9  the communications with Katie Rist, Matt Lee,
10  or Nathan Wautier regarding that topic?
11         MR. INGRISANO: Yes.
12         MS. ZYLSTRA: Okay.
13 Q  You referred in your answer to a technician.
14  To whom did you mean when you referred to a
15  technician?
16 A  We were getting additional information back from
17  our sound study.
18 Q  And what information from the sound study led you
19  to conclude that it did not require an amendment
20  to the master plan?
21 A  I did not have that conversation. So I do not
22  know.
23 Q  Okay. And then two questions down on the question
24  and answer it says, "Is Edgewood High School
25  planning to host night games at the Goodman

Page 175

1  Athletic Complex if the permit for lighting is
2  granted by the city?" Do you see that, sir?
3         I'm sorry. So on the question and answer
4  as part of Exhibit 6.
5 A  Oh.
6 Q  Okay. So let me try that again. The last
7  question on Exhibit 6, the first page of the
8  question-and-answer session.
9 A  Okay. And the last question on that page?
10 Q  Yeah. It says, "Is Edgewood High School planning
11  to host night games at the Goodman Athletic
12  Complex if the permit for lighting is granted by
13  the city?" Do you see that question there, sir?
14 A  Yes.
15 Q  And the answer there is yes; correct?
16 A  Yes.
17 Q  Okay. And that was the purpose for the lighting
18  application to the city in February of '19. That
19  is, to be able to host night games; correct?
20         MR. INGRISANO: Objection. Form.
21 A  Not just night games. I mean, there is lots of
22  different activities that we wanted to be able to
23  host that would meet our mission. Retreats and
24  partnerships with other organizations, being able
25  to let other schools use the field. There is only

Page 176

1  so many light hours in a day, and the more that we
2  could be able to light the field would increase
3  the usage for meeting our mission for classes,
4  for, as I said before, retreats, giving us the
5  ability to hold different classes out there,
6  science classes.
7         So it was not just for night games. It was
8  for helping us fulfill our mission through
9  building community and partnerships.
10 Q  There is nothing in the question and answer
11  responses to indicate that you wanted lights for
12  purposes of your practices or physical education
13  classes; true?
14 A  As I said, a committee did that. I'm not sure
15  what they all included.
16 Q  Are you aware of any communications with the city
17  in February of 2019 that the lighting was for
18  purposes of practices and physical education?
19 A  Yes.
20 Q  And what communications are those?
21 A  I believe it was just feedback that we could get
22  lights without amending the master plan for our
23  physical education and our classes that we held
24  out there.
25 Q  Did you have any of those communications yourself,

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 46 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 177

1  sir, with any of the city personnel on that issue?
2 A  Not that I recall.
3 Q  Okay.  So what is your basis for suggesting there
4    were communications with the city with regard
5    to -- specifically with regard to lights for
6    physical education classes and practices?
7 A  Can you repeat your question so I --
8 Q  Sure.  I'm asking whether there were
9    communications with the city in February of 2019
10   that the lights would be used for physical
11   education and practices, and you suggested there
12   were some communications but you yourself did not
13   have any.  I'm wondering who had those
14   communications?
15 A  I believe it was our team that was working on the
16   lights, whether it was Brian Munson or Nathan that
17   had had conversations.
18 Q  Okay.  But as you sit here today, sir, you're not
19   aware of who specifically talked with what -- who
20   specifically at the city as to your intention to
21   use lights for physical education classes or
22   practices; fair?
23 A  Fair.
24 Q  Okay.  Are you aware of any physical education
25   classes that Edgewood holds at night?

---

Page 178

1 A  We have had physical education classes late
2    afternoon, but obviously at night they have to
3    cease because of darkness.
4 Q  Sure.  Edgewood has not arranged for any of its
5    physical education classes to occur at other
6    fields with lights off site; correct?
7 A  Correct.
8 Q  Okay.  And with respect to team practices, has
9    Edgewood arranged for any night team practices to
10   occur under the lights at other venues?
11 A  No.
12 Q  Okay.
13 A  On my last answer, I would like to change to
14   not -- I'm not aware of -- our athletic director
15   handles those kind of things.  I don't schedule
16   practices, so I'm saying as far as to the best of
17   my knowledge, but I'm not saying that it hasn't
18   happened because he may have done something.
19 Q  Fair enough, sir.  Understood.
20       (Exhibit No. 70 marked for
21        identification)
22 Q  Sir, I'm showing you what's been marked as
23   Exhibit 70.  I'll represent to you that this is a
24   letter that the city received from Attorney Nathan
25   Wautier dated March 12, 2019.  Have you seen this

---

Page 179

1    letter before, sir?
2 A  I've seen it before.
3 Q  Okay.  At least at the beginning of the letter
4    it's an indication that Mr. Wautier represented
5    Edgewood High School at the time that he wrote
6    this letter; correct?
7 A  Correct.
8 Q  Okay.  In the second paragraph down, Mr. Wautier
9    is referring to what he calls the revocation of
10   the prior approval with regard to lights.  Do you
11   see that?
12 A  Yes.
13 Q  Okay.  He begins that paragraph, "It has come to
14   my attention."  My question to you, sir, is do you
15   have any knowledge how or from whom Mr. Wautier --
16   this matter came to his attention?
17 A  I don't know that.
18 Q  Do you know if Mr. Wautier had any communications
19   with the city with regard to the application for
20   lights for Edgewood?
21       MR. INGRISANO:  Objection.  Form.
22   Foundation.  Go ahead.
23 A  I don't know.
24 Q  Okay.  Fair enough, sir.  Just asking.
25       Did you have any communications with the city

---

Page 180

1    regarding its interpretation as it relates to
2    Edgewood's February 2019 lighting application?
3 A  Not that I can recall.
4       (Exhibit No. 71 marked for
5        identification)
6 Q  Mr. Elliott, I'm showing you Exhibit 71.  I'll
7    represent to you this is a letter from City
8    Attorney -- Assistant City Attorney John Strange
9    to Mr. Wautier dated March 21, 2019.  Have you
10   seen this document before?
11 A  I don't recall seeing it.
12 Q  Okay.  I'm going to ask you a few questions to see
13   whether or not you have certain knowledge.
14       I want to point out the second paragraph, the
15   last sentence.  I want to direct your attention.
16   Mr. Strange writes, "In addition, because the
17   lights are part and parcel of a plan to conduct
18   athletic contests at night, neither the lights nor
19   the athletic contests are in compliance with the
20   campus master plan."  Did I read that correctly?
21 A  Yes.
22 Q  Okay.  And turning to page 4, and I'm looking at
23   the first paragraph directing your attention to
24   the last sentence there.  He writes, "Since the
25   stadium lights are neither shown on nor mentioned

---

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 47 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 181

1 in the campus master plan, the campus master plan
2 must be amended per MGO Section 28.097(10)." Did
3 I read that correctly?
4 A  Yes.
5 Q  And then skipping down to the paragraph at the end
6 of that page, Mr. Strange writes, "To that end, as
7 shown above, Edgewood's application was never in
8 compliance with zoning at the time its lighting
9 application was filed because the lights were not
10 identified as improvements at the athletic field
11 and therefore are simply not allowed absent
12 additional Plan Commission approval."  Did I read
13 that correctly?
14 A  Yes.
15 Q  Okay.  You understood from communications from the
16 city to your attorney that Edgewood's February
17 2019 lighting application was being denied;
18 correct?
19 A  I did not.
20 Q  Is it your belief that the February 2019
21 application could go forward?
22 A  I thought that was still being debated.
23 Q  Okay.  At minimum, you understood that the
24 February 2019 application for lights by Edgewood
25 was -- had not been approved; correct?

Page 182

1       MR. INGRISANO:  Objection.  Form.
2    Foundation.
3 A  No.  I was -- Between letters that stated we
4 didn't have to do the master plan, didn't have to
5 redo it, that we had -- the lighting permit was
6 okay and these, I didn't have a clear picture of
7 what was going on with regards to what we had to
8 do and what we could do.
9 Q  Okay.  So you didn't know one way or the other in
10 February and March of 2019 whether Edgewood could
11 install lights?
12 A  I thought that's what we were still working on
13 trying to be able to do.
14 Q  Okay.  Still working on means that it wasn't yet
15 approved; correct?
16       MR. INGRISANO:  Objection.  Form,
17    foundation.  Calls for a legal conclusion.
18 A  That it wasn't yet denied.
19 Q  Okay.  And if it wasn't yet denied, it also wasn't
20 yet approved?
21       MR. INGRISANO:  Objection.  Form.
22    Argumentative.
23 A  I thought that based on the letter from Matt
24 Tucker the lighting permit was approved and we
25 didn't have to amend the master plan.  That's the

Page 183

1 last thing that I had had felt told us that we had the
2 right to do that.
3 Q  Okay.  But Exhibit 70 from your own attorney --
4 A  70?
5 Q  70.  Exhibit 70.
6 A  Okay.
7 Q  Mr. Wautier writes, "It's come to my attention,"
8 in paragraph 2 on Exhibit 70.  First page,
9 paragraph 2 of Exhibit 70.
10 A  Yes.
11 Q  "It has come to my attention that the City of
12 Madison is considering the revocation of its prior
13 approval of the compliant application based upon a
14 new zoning interpretation for the Edgewood campus
15 that light poles of any height are not allowed!"
16 Do you see that, sir?
17 A  Yes.
18 Q  You understood at least with respect to
19 Mr. Wautier's letter that the question of whether
20 or not Edgewood could go forward with its lights
21 was being considered, at least under Mr. Wautier's
22 interpretation, as being revoked; correct?
23       MR. INGRISANO:  Objection.  Form.
24       MS. ZYLSTRA:  Good objection.  Let
25    me rephrase that.

Page 184

1 Q  You understood from this letter of Mr. Wautier
2 that the question of revocation of the application
3 for lights was being considered; correct?
4       MR. INGRISANO:  Objection.  Form.
5    Mischaracterizes.  Revocation of its prior
6    approval is what Mr. Wautier's letter says.
7 Q  You can answer the question, sir.
8 A  I felt that this -- it was still alive and that we
9 still had the opportunity.
10 Q  So you're saying that Mr. -- with respect to
11 Exhibit 71, the city's response to Mr. Wautier,
12 that's a document you said you've seen; correct?
13       MR. INGRISANO:  Objection.  Form.
14    Mischaracterizes.
15 Q  Fair enough.  I don't recall one way or the other.
16 Mr. Elliott, did you indicate that you had
17 seen Exhibit 71 before?
18 A  I -- I believe I saw this before.
19 Q  Okay.  And at least with respect to this letter,
20 did you understand the city to be contending that
21 Edgewood's lighting application was not in
22 compliance with its master plan?
23       MR. INGRISANO:  Objection.  Form.
24    Vague as to time.
25 A  I'll be honest.  It was hard with all the

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 48 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 185

1  different letters going back and forth as to who
2  was doing what and what was happening.  I felt
3  that at this point that we still had -- it was
4  being discussed between the parties and that we
5  still had the opportunity to get our lights.
6 Q  In terms of moving forward to install lights, did
7  Edgewood ever pull the permit or its contractor
8  pull the permit, if you know?
9      MR. INGRISANO: Objection.  Form.
10 A  I believe there were two permits pulled for
11  Edgewood to do their lights.
12 Q  And when were those permits pulled, if you know?
13 A  I don't know that.
14 Q  And do you know who pulled the permits?
15 A  I don't.
16 Q  Okay.  How do you know the permits were pulled?
17 A  Because I was told there was two different permits
18  submitted.
19 Q  Okay.  And who told you there were two different
20  permits submitted?
21 A  I don't remember which person told me that.
22 Q  Okay.  Are you certain it was in reference to the
23  February 2019 lighting application as opposed to
24  other applications by Edgewood?
25 A  I'm not -- I'm not sure which.  I just know there

Page 186

1  were two permits that were sent in.  The first
2  one -- the first I believe was in February, and
3  then there was another one submitted after that.
4  I'm not sure when the time was.
5 Q  Okay.  Do you know whether Edgewood took any
6  action from the time of Mr. Tucker's letter dated
7  February 27 through present in terms of moving
8  forward to actually install lights at its athletic
9  field?
10 A  We have not moved forward to install lights.
11 Q  Do you agree, Mr. Elliott, that Mr. Tucker has
12  been telling Edgewood at least since 2017 that if
13  Edgewood wanted to play night games that such was
14  a change in use that required amendment to its
15  master plan?
16 A  There was a period of time that we were going down
17  that -- we were going that direction, and then I
18  believe we had to completely pivot and switch
19  because we were told that we didn't have to or
20  that we needed to repeal the master plan and that
21  was the best direction to go based on the city
22  attorney.
23      (Exhibit No. 72 marked for
24       identification)
25 Q  Mr. Elliott, I'm showing you what's been marked as

Page 187

1  Exhibit 72.  I'll give you a second to review that
2  document.
3 A  Yes.
4 Q  Okay.  This is an email exchange between you and
5  Mark Landgraf dated March 7 of 2017; correct?
6 A  Yes.
7 Q  And who is Mark Landgraf?
8 A  A parent of an Edgewood student.
9 Q  Okay.  And the Re line or the subject line is
10  Re: Matt Tucker; correct?
11 A  Yes.
12 Q  Okay.  And starting at the very bottom, the first
13  email is from Mark to you, and it says, "How did
14  everything go, Mike, with Matt?"  Do you see that?
15 A  Yes.
16 Q  And your response was, "They do not feel the
17  current master plan would let us proceed with a
18  modified stadium.  Night use is the issue and it
19  is in their mind a new or different usage.
20  They" -- I'm assuming, sir, you meant recommend --
21  "we continue to work with neighbors for an
22  agreement."  Do you see that language, sir?
23 A  Yes.
24 Q  And then you also write, "They feel we eliminated
25  the issues of traffic, parking and lights.  Usage,

Page 188

1  number of events and sound are the two they feel
2  we may need to limit and work on."  Do you see
3  that?
4 A  Yes.
5 Q  Okay.  You had a meeting with Matt Tucker back
6  around this time period of March of 2017; correct?
7 A  I don't recall.
8 Q  Okay.  Well, at least according to your email
9  Mr. Tucker at some point expressed to you that
10  night use of your field was a new or a different
11  usage; correct?
12 A  He -- yes.
13 Q  Okay.  And that's something that hasn't changed.
14  That is, that Mr. Tucker has repeatedly said to
15  you that usage of your field for night games was a
16  change that required an amendment to the master
17  plan.  At least he expressed that up until the
18  time you repealed your master plan; correct?
19      MR. INGRISANO: Objection.  Form.
20 A  Most of this time -- from the very beginning,
21  there was five issues, and we worked really hard
22  to minimize those issues or eliminate them.  And
23  the traffic was the first one, and it was going to
24  be a mess and a nightmare and it never really
25  happened.  And then parking, we were going to have

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 189

1    people parking all over the city -- or excuse me,
2    all over the neighborhood, and that wasn't an
3    issue.  Then when we had lights that met the city
4    code and ordinances and stopped at our property
5    line, it became noise.  What noise had to do with
6    our light ordinance was beyond us.
7         So there has been a lot of different things
8    said in the timing of this where we were
9    challenging them, so we continued to -- I
10   continued to feel that there was the opportunity
11   to continue to argue our case because there has
12   been 50 different things that we've been told on
13   this process over many years, and so it's hard to
14   keep score at times with regards to who said what,
15   what date it was, what meeting it was, and whether
16   or not that person's position has changed from the
17   last letter.
18        And so I don't know that I can agree that
19   it's clear where we stand, whether it's with
20   Tim Parks or Matt.
21 Q  And just to be clear, because I think your answer
22   was broader than my question.  I'm focusing
23   specifically on night games.
24 A  Uh-huh.
25 Q  The ability to play games at night on your field.

Page 190

1    Matt Tucker has been consistent with Edgewood that
2    such use is not allowed under the current master
3    plan and therefore either an amendment to the
4    master plan or repeal of the master plan was
5    needed for that; correct?
6         MR. INGRISANO:  Objection.  Form.
7 Q  Going all the way back to 2017.
8 A  So I look at the February 27 letter that says the
9    city believes this permit can be issued without
10   requiring amendment of the approved 2014 master
11   plan.
12 Q  Yes, sir.  Let's look at Exhibit 6.
13 A  6?
14 Q  Sure.  You're looking at that letter you just
15   referred to, the February 27 letter.
16 A  Oh, is that 6?  Okay.
17 Q  Mr. Tucker says that while -- and let's just read
18   that.  You're referencing paragraph 2, that the
19   city believes this permit can be issued without
20   requiring amendment of the approved 2014 master
21   plan; correct?
22 A  Correct.
23 Q  But continue reading there, sir.  He says,
24   "However, over the past weekend I received a copy
25   of the letter sent to Edgewood family and a

Page 191

1    frequently asked questions document relating to
2    the institution's present interest to install
3    lights and an amplified sound system at the field
4    (copy attached).  These letters indicate that
5    Edgewood intends to use the lights and sound
6    system to host night games at the facility."
7         And then he goes on and he says, "Based on
8    the information the city currently has regarding
9    the historical use of the facility, it would
10   appear that the intended use of the city as
11   outlined in your letter to the Edgewood family and
12   described in the frequently asked questions
13   document would conflict with the approved 2014
14   master plan for the site which limits use of the
15   facility to team practices, physical education
16   classes."
17        Did I read that correctly?
18 A  Correct.
19 Q  And he goes on to say that the purpose of the
20   letter is to inform you that the issuance of any
21   lighting permit under MGO Section 10.085 does not
22   change the city's position that the use of the
23   facility under a master plan is limited to team
24   practices, physical education classes; correct?
25 A  That's what his letter states.

Page 192

1 Q  He is not changing his position that Edgewood is
2    not allowed to hold night games; correct?
3         MR. INGRISANO:  Objection.  Form.
4    Argumentative.  He's saying no games are
5    allowed on the field.
6 Q  Mr. Tucker is not changing his position that
7    Edgewood cannot play night games on its field;
8    correct?
9         MR. INGRISANO:  Objection.  Form.
10 A  I feel -- I don't agree with that.
11 Q  You believe in this letter Mr. Tucker is giving
12   permission to Edgewood to play night games on its
13   field?
14 A  No, but I don't believe that we -- we're in
15   agreement with him, to his interpretation, and for
16   that I think we were continuing to move forward to
17   argue the case.
18 Q  I agree with you, sir.  I agree you weren't in
19   agreement.
20        But in terms of my question initially, which
21   was whether Mr. Tucker has been consistent that
22   Edgewood is not allowed to play night games on its
23   field, you agree that he has been consistent that
24   Edgewood cannot play night games on its field
25   absent an amendment to the master plan or repeal

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 50 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 193

1 of the master plan?
2        MR. INGRISANO: Objection. Form.
3 A  I can't answer that. I would have -- I don't know
4    all the different letters and things that we've
5    been told.
6 Q  Is there any letter or writing that you're aware
7    of where Mr. Tucker has said that Edgewood can
8    play night games on its field?
9 A  I don't know.
10 Q  You're not aware of one as you sit here today?
11 A  I'm not aware of one.
12 Q  Okay. Are you aware of any verbal conversation
13    that you or any representative has had with
14    Edgewood in which Mr. Tucker has said that
15    Edgewood can play night games on its field?
16 A  Early on I feel there was conversations of how we
17    could get that done, and we've tried multiple
18    directions and been changed in those directions
19    multiple times by the city, and so it seems to me
20    that there has been a constant commitment to not
21    let Edgewood have this for I don't know what
22    reason, and it's just gone around and around in
23    circles for us being put through another loop or a
24    different change for trying to get the lights.
25        MS. ZYLSTRA: I'll move to strike.

Page 194

1 Q  My question, sir, is are you aware of any verbal
2    conversation in which Mr. Tucker indicated that
3    Edgewood could play night games on its field?
4 A  And my answer was that I believe there was early
5    on conversations on how we could go about this.
6 Q  Okay. So that not that you could currently but
7    that there would be a process by which you
8    potentially in the future could; correct?
9 A  Yes.
10 Q  Okay.
11        (Exhibit No. 73 marked for
12        identification)
13        MR. INGRISANO: Can we take a
14    break?
15        MS. ZYLSTRA: Sure.
16        MR. STERETT: Sorry. Too many
17    Cokes.
18        MR. HANSEN: Going off the record
19    at 3:26.
20        (Recess)
21        (Mr. Jean-Louis exited the
22        proceedings)
23        MR. HANSEN: We're back on the
24    record at 3:37.
25 Q  Mr. Elliott, before the break you got handed an

Page 195

1    Exhibit 73. Do you see that, sir?
2 A  I do.
3 Q  The top of it is an email from you to Maggie
4    Balistreri-Clarke dated November 5, 2014; correct?
5 A  Correct.
6 Q  And that's an email that you wrote to
7    Ms. Balistreri; correct?
8 A  Yes.
9 Q  Okay. And in the interest of time, I think I'm
10    going to move on.
11        MR. INGRISANO: Thank you.
12 Q  Mr. Elliott, I'm showing you two documents that
13    have been marked in a prior deposition, Exhibit 9
14    and Exhibit 11. Do you see those?
15 A  Yes.
16 Q  Do you recognize these documents as notices that
17    Edgewood received from the city regarding the
18    matters discussed in the complaint?
19        MR. INGRISANO: Objection. Form.
20        MS. ZYLSTRA: I'll rephrase.
21 Q  Do you recognize these notices, Mr. Elliott?
22 A  I do.
23 Q  Okay. And these notices were, in essence,
24    warnings that were issued to Edgewood regarding
25    use of its athletic field; correct?

Page 196

1 A  Correct.
2 Q  Okay. Was Edgewood actually fined or received any
3    kind of citation in which they had to pay any
4    fine?
5 A  Not that I recall.
6 Q  Okay. Now, with respect to those official
7    notices, Edgewood appealed those notices of
8    violation; correct?
9 A  I believe so.
10        (Exhibit No. 74 marked for
11        identification)
12        MR. INGRISANO: Thank you. 74?
13        MS. ZYLSTRA: Yes.
14        MR. INGRISANO: Thank you.
15 Q  Mr. Elliott, I'm showing you what's been marked as
16    Exhibit 74. This is a letter from Attorney Matt
17    Lee to the city dated May 31, 2019; correct?
18 A  Correct.
19 Q  And he indicates that, "Enclosed please find an
20    Appeal Application and Edgewood High School of
21    The Sacred Heart's Statement of Grounds for the
22    Appeal of the City of Madison's Official Notices
23    dated April 1, 2019, and May 15, 2019, for
24    Consideration at the June 20, 2019, Meeting of
25    the Zoning Board of Appeals." Did I read that

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 197

1 correctly?

2 A   Yes.

3 Q   Okay.  And Matt Lee was the attorney for Edgewood
4 High School at the time; correct?

5 A   Correct.

6 Q   Okay.  And this is the notice of appeal, if you
7 will, of Edgewood relating to those notices that
8 were Exhibits 9 and 11; correct?

9 A   Correct.

10 Q   Okay.  Now, while the appeal of those notices were
11 in process, was Edgewood still meeting with the
12 neighborhood association to try and come up to
13 some resolution with regard to use of its field?

14 A   I believe so.

15 Q   Okay.

16         (Exhibit No. 75 marked for
17          identification)

18 Q   Sir, I'm showing you what's been marked as
19 Exhibit 75.  This document is entitled EHS
20 Collaborative Workgroup Meeting April 30, 2019.
21 Correct?

22 A   Correct.

23 Q   And at least participants, it lists you as a
24 participant; correct?

25 A   Correct.

Page 198

1 Q   Okay.  This document says it's an unapproved draft
2 of these minutes.  I never saw an approved draft
3 of the minutes.  Do you know whether there is an
4 approved draft of the minutes for this meeting?

5 A   I do not know.

6 Q   Okay.

7 A   There was a problem with -- I think we ended up
8 not doing minutes because we had a problem with
9 one of the members doing her own interpretation of
10 the minutes and it was problemsome.  Problemsome?

11 Q   Okay.  If you turn to page 3 of this document.

12 A   Uh-huh.

13 Q   There is a heading that says Question 1 - Venues.
14 Do you see that, sir?

15 A   No.  Where?

16 Q   There is a heading midway down the page that says
17 Question 1 - Venues.

18 A   I'm sorry.

19 Q   Page 3.  I'm sorry.

20 A   Page 3.  Yes, I see it.

21 Q   Okay.  It says, "There was a question on what
22 venues does EHS currently use for playing
23 competitive games."  And there is a bulleted
24 response it appears by EHS.  That would be
25 Edgewood High School; correct?

Page 199

1 A   Correct.

2 Q   It says, "Our options include Breese, West,
3 Memorial, Middleton" (but we couldn't work out an
4 arrangement -- or excuse me, "(but we couldn't
5 work out an agreement with them this year) and
6 LaFollette."  Did I read that correctly?

7 A   Correct.

8 Q   Okay.  With respect to Middleton, Middleton wanted
9 Edgewood to continue to use its field; correct?

10        MR. INGRISANO: Objection.
11        Foundation.

12 A   They were using their field a lot more than they
13 had started using their field.  They needed us to
14 help them get their turf financially.  And then
15 the new agreement was such that it was
16 dramatically more money, less usage, and so we
17 couldn't put an agreement together with them to
18 reup that timeframe.

19 Q   Okay.  But in terms of that, Middleton was still
20 offering to allow Edgewood to use its field for
21 its games; correct?

22 A   Well, we weren't talking because it was crazy.
23 I mean, they were going to put up a whole --
24 you know, expanded bathrooms.  They wanted us to
25 give them 3 or $400,000, and it was -- they were

Page 200

1 looking for somebody that wanted to help -- who
2 had the -- needed the seating capacity and the
3 bathroom capacity and the concessions capacity, a
4 whole new entrance.  So when they let us -- those
5 conversations stopped immediately because it
6 was -- it wasn't -- we weren't going to pay -- we
7 didn't need any of the things that they were
8 asking us to pay for.

9 Q   Okay.  So as I understand it, sir, when you say
10 you couldn't work out an agreement, it's not that
11 Middleton wasn't offering to let Edgewood use its
12 field.  It's that the terms were such that
13 Edgewood did not feel they were appropriate; fair?

14 A   Correct.

15 Q   Okay.

16 A   And just these minutes, obviously West doesn't
17 have a football field or any field to offer.

18 Q   Okay.

19 A   That was --

20 Q   And going on that page further up on the page,
21 there is a question issue that says "EHS' ability
22 to play competitive games."  Do you see that, sir?
23 On that same page, page 3, toward the top.

24 A   Yes.

25 Q   And the fifth bullet down says DMNS.  It says,

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 52 of 99

Edgewood High School of the Sacred Heart, Inc. v.                         Video Deposition of Michael G. Elliott
City of Madison, Wisconsin, et al.                                                                May 10, 2022

Page 201

1   "If you are granted the ability by the city to
2   move forward with the lights, will you?"  Do you
3   see that, sir?
4 A  Uh-huh.
5 Q  Is that a yes?  Do you see that, sir?
6 A  I see, "If you are granted the ability by the city
7   to move forward with the lights, will you?"
8 Q  Okay.  And the Edgewood High School response says,
9   "No.  We made a commitment to not proceed with
10  the lights while this group is still making
11  progress/positive progression and for the duration
12  of this process up to the next nine weeks."  Did I
13  read that correctly?
14 A  Yes.
15 Q  Is that an accurate statement of Edgewood High
16  School's position at the time of this meeting?
17 A  At the time of this meeting, yes.
18 Q  Okay.
19 A  And then this group decided to stop all meetings
20  because there was no progress being made and it
21  was expensive.
22 Q  Fair enough.  But at the time of this meeting,
23  Edgewood was not moving forward with the lights?
24 A  Correct.
25 Q  Okay.  Now, your appeal with regard to use of your

Page 202

1   athletic field went before the city's Zoning Board
2   of Appeals; correct?
3 A  Correct.
4 Q  Okay.  And there was a hearing on that; correct?
5 A  Correct.
6          (Exhibit No. 76 marked for
7           identification)
8 Q  Did you attend that hearing, sir?
9 A  I believe I did.  I'm trying to think if that was
10  the one when they were Zooming.  We had multiple
11  hearings.
12 Q  Okay.
13 A  I'm not sure if that was when the city --
14 Q  Well, I'll represent to you, sir, that the Zoning
15  Board of Appeals meeting was July 11, 2019.
16 A  Okay.
17 Q  Which is preCOVID.
18 A  I attended it.
19 Q  Okay.
20          MS. ZYLSTRA: I'm sorry.  Is this
21      Exhibit 76 in front of you?
22          COURT REPORTER: Yes.
23 A  Yes.
24 Q  Okay.  Sir, I believe this was provided by your
25  side, so to speak.  Do you recognize this at all

Page 203

1   as a transcript of the July 11, 2019, hearing on
2   Edgewood's appeal of the notices that we
3   previously looked at?
4 A  I have never seen this nor have any knowledge of
5   it.
6 Q  Okay.  At least with respect, if you open to the
7   second page, there are what we call appearances.
8   Matt Lee, Nathan Wautier, and Noel Sterett are
9   listed as attorneys appearing; correct?
10          MR. INGRISANO: Objection.  Form.
11 Q  Okay.  And with regard to your Zoning Board of
12  Appeals, do you recall Mr. Lee, Mr. Wautier, or
13  Mr. Sterett appearing on behalf of Edgewood at
14  that Zoning Board of Appeals meeting?
15 A  I do.
16 Q  Okay.  Do you recall the Zoning Board of Appeals
17  voting unanimously to affirm the decision of the
18  zoning administrator as it relates to Edgewood's
19  ability to play competitive games on its field?
20 A  Yes.
21          (Mr. Jean-Louis reentered the
22           proceedings)
23 Q  Okay.  And do you recall at this meeting that with
24  respect to the Zoning Board of Appeals decision,
25  that the arguments were not that Edgewood couldn't

Page 204

1   hold games on its field but whether Edgewood had
2   to amend its master plan to be able to hold games
3   on its field?
4          MR. INGRISANO: Objection.  Form.
5 A  Yeah, I don't recall the legal information that it
6   was about.
7 Q  Okay.  Do you remember the city arguing that
8   position to the Zoning Board of Appeals, that is,
9   that the issue was not whether Edgewood could play
10  games on its field but whether they had to amend
11  the master plan in order to do so?
12          MR. INGRISANO: Objection.  Form.
13      Asked and answered.
14 A  I don't remember that.
15 Q  Okay.
16          MR. INGRISANO: Thank you.
17 Q  Mr. Elliott, I'm showing you what's been marked as
18  Exhibit 12 at a prior deposition.  I'll represent
19  to you this is a letter from then City Attorney
20  Mike May to Edgewood's attorney Matt Lee dated
21  July 12, 2019.  Do you see that?
22 A  Yes.
23 Q  Do you recognize this letter?
24 A  I am not sure if I saw this letter.
25 Q  Okay.  Fair enough.  All right.  If you don't know

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 205

1 about this letter, sir, I'll put that aside.
2          MR. STERETT: Oh, sorry.
3 Q  Mr. Elliott, I'm showing you Exhibit 22 that was
4   marked at a prior deposition.  Do you recognize
5   this letter?
6 A  I recognize this letter.
7 Q  Okay.  And turning to page 2, you're one of the
8   folks who signed this letter; correct?
9 A  I am.
10 Q  Okay.  And this is a letter dated July 29, 2019;
11   correct?
12 A  Correct.
13 Q  And it begins that, "This will respond to City
14   Attorney Michael P. May's letter dated July 12,
15   2019, to Attorney Matt Lee inviting Edgewood
16   Campus School, Edgewood High School, and Edgewood
17   College (collectively, the 'Edgewood schools') to
18   request an early termination of their campus
19   master plan."  Did I read that correctly?
20 A  Yes.
21 Q  Okay.  So this letter at least is saying that it's
22   in response to Exhibit 12; correct?
23 A  Yes.
24 Q  All right.  The next sentence says, "Please accept
25   this letter as the Edgewood Schools' formal

Page 206

1   request and consent for the mayor to sponsor an
2   ordinance for immediate repeal of ORD-14-00082,
3   which established the ten-year campus master
4   plan."  Did I read that correctly?
5 A  Yes.
6 Q  So this was the Edgewood campus's request that the
7   mayor sponsor an ordinance to repeal Edgewood's
8   master plan from 2014; correct?
9 A  Correct.
10 Q  Okay.  And you understood that, because the
11   original master plan in 2014 was actually enacted
12   as an ordinance, that another ordinance needed to
13   be enacted to actually repeal the master plan;
14   correct?
15          MR. INGRISANO: Objection.  Form.
16      Go ahead.
17 A  Correct.
18 Q  Okay.  And the mayor initially agreed to sponsor
19   that ordinance for Edgewood for repeal; correct?
20 A  Correct.
21 Q  But then on August 21, 2019, Edgewood sued the
22   city; correct?
23 A  Correct.
24 Q  And after Edgewood sued the city, the mayor
25   indicated that she would no longer sponsor that

Page 207

1   ordinance; correct?
2 A  Correct.
3 Q  And it was Alder Henak, H-e-n-a-k, who decided to
4   sponsor the resolution to repeal Edgewood's master
5   plan after the mayor withdrew her sponsorship;
6   correct?
7 A  I believe that's true.
8 Q  Okay.  Now, did you understand that the process
9   for repealing the master plan would be that there
10   would be a public hearing before the Plan
11   Commission who would vote and then it would go to
12   the Common Council who would vote?
13 A  I don't recall the exact strategy, but there were
14   two meetings.
15 Q  Okay.  Do you recall or are you aware that the
16   Plan Commission held a public hearing on the
17   proposed ordinance for Edgewood to repeal its
18   master plan on August 26 of 2019?
19 A  Yes.
20 Q  Okay.  And there were a fair number of Edgewood's
21   neighbors and the neighborhood associations who
22   opposed the repeal of Edgewood's master plan; is
23   that fair?
24          MR. INGRISANO: Objection.  Form.
25      Vague as to "fair number."

Page 208

1 A  Yeah, I think both parties had speakers that
2   wanted to make their, so I would say both parties
3   had representation.
4 Q  Fair.  So would you agree there were quite a
5   number of people that showed up both for and
6   against the proposal for Edgewood to repeal its
7   master plan --
8 A  Yes.
9 Q  -- at the Plan Commission meeting in August?
10 A  Yes.
11 Q  Okay.  Were you aware that there was another
12   neighborhood council besides Vilas Neighborhood
13   Association and the Dudgeon-Monroe Neighborhood
14   Association that opposed Edgewood's repeal of its
15   master plan?
16 A  No.
17 Q  Okay.
18          (Exhibit No. 77 marked for
19           identification)
20          MS. ZYLSTRA: 77?
21          COURT REPORTER: Yes.
22          MS. ZYLSTRA: Thank you.
23 Q  Mr. Elliott, I'm showing you what's been marked
24   Exhibit 77.  I'll give you a second to review that
25   document.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 209

1     Mr. Edgewood -- I'm sorry.  Mr. Elliott, have
2  you had a chance to review Exhibit 77?
3  A   Yes.
4  Q   Okay.  And the Greenbush Neighborhood Council in
5  this document is expressing concern about the
6  proposed termination of Edgewood's master plan;
7  correct?
8          MR. INGRISANO: Objection.  Form.
9          Foundation.
10 A   This appears to be.  I have no idea who Jim Lorman
11 is or if he really speaks for the neighborhood
12 association for Greenbush.  I've never -- we've
13 never interacted with the Greenbush neighborhood,
14 and I do not recognize any names of theirs, so I
15 don't know if this is accurate.
16 Q   Fair enough.  But I guess I'll lay out a little of
17 the foundation here.  This is an email from Jon
18 Standridge to you and others dated August 14,
19 2019; correct?
20 A   Yes.
21 Q   And who is Jon Standridge?
22 A   A neighbor to Edgewood and a member of the
23 Vilas Neighborhood Association.
24 Q   Okay.  And he's forwarding an email from a
25 Jim Lorman; correct?

Page 210

1  A   Correct.
2  Q   Jim Lorman has an Edgewood.edu email.  Do you know
3  who Mr. Lorman is?
4  A   I do not.
5  Q   Okay.
6  A   That would be a college email address, not a
7  high school.
8  Q   Okay.  You understood in August of 2019, however,
9  that the Greenbush Neighborhood Council had voted
10 to express their concern at the Plan Commission
11 meeting?
12         MR. INGRISANO: Objection.  Form.
13 A   No.  I wouldn't have paid any attention to them.
14 I'm sorry.  They just have no bearing on our
15 athletic field.
16 Q   Okay.  But you do believe you received this email?
17 A   I have no recollection of receiving it.
18 Q   Do you have any concern at all with respect to the
19 email address that's being used for you in this --
20 let me rephrase that.  That was going to be a bad
21 question.
22     Is the email address for you in this document
23 correct?
24 A   It is, but Jon Standridge would send 3,000 emails
25 a year, and I didn't usually read his emails.

Page 211

1  Q   Fair enough.  So it's not an issue of whether or
2  not you got it.  It's a question of whether or not
3  you read it.  Is that fair?
4  A   Yeah.
5          MR. INGRISANO: Objection.  Form.
6          Foundation.
7  Q   Okay.  Mr. Elliott, I'm showing you what's been
8  mark as Exhibit 25 in a prior deposition.  I'll
9  represent to you these are city, what we call,
10 Legistar documents for, this is for the Plan
11 Commission meeting on Monday, August 26, 2019.
12 Do you see that at the top left of the document?
13 A   Yes.
14 Q   Okay.  This is the meeting that we've been
15 discussing that you said you attended; correct?
16 A   Correct.
17 Q   Okay.  If you'd turn to page 7.  At item number
18 14, do you see where that is, sir?
19 A   I do.
20 Q   Okay.  And this is the item that refers to
21 repealing Edgewood's master plan; correct?
22 A   Yes.
23 Q   Okay.  And in the first paragraph under that item
24 it says, "On a motion by Alder Heck, seconded by
25 Alder Rummel, the Plan Commission recommended

Page 212

1  rereferral of the repeal to September 16 of 2019."
2  Do you see that?
3  A   Yes.
4  Q   Okay.  Based on attending the Plan Commission
5  meeting in August of -- on August 26 of 2019, you
6  understood that the Plan Commission did not vote
7  on the repeal of Edgewood's master plan but
8  instead referred it to a future meeting, that
9  being September 16, 2019; correct?
10 A   Correct.
11 Q   Okay.  And then in looking at this item, on the
12 second paragraph there, it says, "In recommending
13 referral, members of the Plan Commission requested
14 more information on the impacts of repeal, the
15 relationship between repealing the master plan and
16 the proposed changes to the CI zoning district
17 (ID 56981), and the status of the agreements that
18 governed the property before the property was
19 zoned CI."  Do you see that, sir?
20 A   Yes.
21 Q   Do you recall hearing at the Plan Commission
22 meeting in August of 2019 that Plan Commission
23 members wanted more information before deciding
24 whether to vote for repeal of Edgewood's master
25 plan?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 213

1 A  I don't recall that.

2 Q  You don't recall that?

3 A  No.

4 Q  Okay.  Do you recall any of the Plan Commission

5     members asking questions of city staff about the

6     impact of repealing the master plan?

7 A  I remember city staff recommending that we had the

8     right to do it.

9 Q  Fair enough, sir.  Do you remember anything else

10    about the meeting?

11 A  That that's -- that they then referred it to a

12    later meeting.

13 Q  Okay.  So as you sit here today, you don't recall

14    any of the Plan Commission members asking for more

15    information from city planning staff?

16        MR. INGRISANO: Objection.  Form.

17        Asked and answered.

18 A  I don't recall that.

19 Q  Fair enough.  Thank you, sir.  To the best of your

20    knowledge, sir, had the city ever had an instance

21    in which someone was requesting a repeal of a

22    master plan?

23 A  I don't know.

24 Q  Okay.  With respect to Edgewood's 2014 master

25    plan, that was originally supposed to be in effect

---

Page 214

1     from November 2015 to November of 2025; correct?

2 A  Correct.

3 Q  Okay.  Looking at this same document, if you turn

4     to page 4.  And if you look at item number 10 on

5     that page, do you see that, sir?

6 A  I do.

7 Q  At the same Plan Commission meeting there was a

8     discussion of amending the CI zoning district

9     ordinance; correct?

10 A  Correct.

11 Q  And you registered in opposition to that

12    amendment; correct?

13 A  I believe so.

14 Q  Okay.  And looking at the first paragraph under

15    item 10, it says, "On a motion by Cantrell,

16    seconded by Sundquist, the Plan Commission

17    recommended rereferral of the zoning text

18    amendment to September 16, 2019." Did I read that

19    correctly?

20 A  I am not finding it.  Sorry.

21 Q  Sorry.  On page 4 under item 10.

22 A  Yes.

23 Q  The first paragraph it says, "On a motion by

24    Cantrell, seconded by Sundquist, the Plan

25    Commission recommended rereferral of the zoning

---

Page 215

1     text amendment to September 16, 2019." Correct?

2 A  Correct.

3 Q  So you understood at this August 26, 2019, Plan

4     Commission meeting that both Edgewood's repeal of

5     its master plan and the changes to the zoning code

6     were on parallel tracks to be next discussed at

7     the September 16, 2019, Plan Commission meeting;

8     correct?

9 A  We found that out at the meeting.

10 Q  Right.  And following that meeting you understood

11    that those two ordinances at least were on

12    parallel tracks to get considered again by the

13    Plan Commission meeting on September -- I'm sorry,

14    to be considered again at the September 16, 2019,

15    Plan Commission meeting?

16        MR. INGRISANO: Objection.  Form.

17        Vague as to time.

18 A  We didn't understand how they got on the same

19    plane as quickly as they did.

20 Q  Okay.  But following -- You attended the

21    August 26, 2019, meeting; correct?

22 A  Yes.

23 Q  You understood at the end of that meeting that

24    both the CI zoning amendment change and the repeal

25    of Edgewood's master plan were both going to be

---

Page 216

1     considered next at the September 16 Plan

2     Commission meeting; correct?

3 A  I was aware of that.

4 Q  Okay.  Did you know at the time in August and

5     September of 2019 what the result would be if

6     those two items continued on parallel tracks and

7     got voted on at the same time?

8 A  My recollection was that they didn't get voted on

9     at the same time.  One preceded the other, which

10    changed dramatically our rights or our ability for

11    ours to pass.

12 Q  That's your understanding, that because they were

13    not voted at the same time, it changed your

14    rights; correct?

15 A  Or because the other ordinance was put in front of

16    ours.

17 Q  Did you have an understanding of what --

18 A  It's not an ordinance.  I said the wrong wold

19    there, but I don't know all of the terminology.

20    Sorry.

21 Q  No problem.  I don't know all the terminology,

22    sir, so you're doing pretty well.

23        Did you understand what the result would be

24    if both were voted on at the same time?

25 A  No, I did not.

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 217

1  Q  Okay.  I'm showing you, sir, what's been marked as
2     Exhibit 24 from a prior deposition.  I'll
3     represent to you this is a memorandum to the
4     Plan Commission from Assistant City Attorney John
5     Strange dated August 26, 2019.
6        Do you know whether you've seen this document
7     before?
8  A  I believe I have.
9  Q  Okay.  And turning to the last page of the
10    document, Mr. Strange writes on the impact of
11    passing -- he writes a paragraph on the impact of
12    passing both Edgewood's repeal ordinance request
13    and the change to the CI zoning amendment.  Do you
14    see that, sir?
15  A  Yes.
16  Q  And he writes, "If both Legistar items are
17    approved by the Common Council on September 3, the
18    practical impact on the ongoing athletic field
19    issue is that Edgewood would be allowed to play
20    games on its existing field but any improvement or
21    modification to that field will require
22    conditional use approval regardless of whether
23    such improvement or modification requires the
24    construction of a building or an increase in
25    zoning lot area."  Do you see that, sir?

Page 218

1  A  I do.
2  Q  Okay.  So at least the opinion of the city -- of
3    the assistant city attorney was if both items
4    passed at the same time, Edgewood was going to be
5    allowed to play games on its existing field;
6    correct?
7        MR. INGRISANO: Objection.  Form,
8       foundation.
9  A  I -- seeing -- I didn't know that.
10  Q  Fair enough.  But at least to the extent that this
11    memo was provided to the Plan Commission members,
12    that's what they were instructed by Mr. Strange;
13    correct?
14        MR. INGRISANO: Objection.  Form.
15  A  I don't know what they were told.
16  Q  Okay.  Well, eventually the repeal of Edgewood's
17    master plan is passed by the Common Council;
18    correct?
19  A  Correct.
20  Q  And following that, Edgewood has been allowed to
21    play athletic games on its field; correct?
22  A  We have played games on our -- we have not stopped
23    playing games on our field.
24  Q  Okay.  But following the approval of the repeal of
25    the master plan by the Common Council, there has

Page 219

1    been no enforcement actions or any statement by
2    the city that Edgewood is prohibited from playing
3    games on its field; correct?
4  A  Not that I'm aware of.
5  Q  All right.  And at least with respect to the
6    ability to play games on your field, Edgewood --
7    there was no prejudice to Edgewood referring the
8    repeal of the master plan to a later date; correct?
9        MR. INGRISANO: Objection.  Form.
10      Vague as to prejudice.  Calls for a legal
11      conclusion.  Foundation.
12  A  I'm not sure on that.
13  A  Was there --
14  A  I don't have the ability to answer that.
15  Q  Oh, I'm sorry, sir.
16  A  I don't have the ability to answer that.
17  Q  Okay.  Are you aware of any harm to Edgewood with
18    respect to the ability to play games on its
19    athletic field that resulted from referring the
20    repeal of the master plan to a later date than
21    September 16 of 2019?
22  A  Yes.  It enabled the other ordinance or rule to
23    come into play so that we couldn't have lights.
24  Q  Okay.
25  A  And that was the whole premise that we have been

Page 220

1    trying to get from day one.
2  Q  With respect to use of your athletic field for
3    games, you agree that there was no harm to
4    Edgewood from that time period?
5        MR. INGRISANO: Objection.  Form.
6      Argumentative.  Foundation.
7  A  There was a lot of damage to Edgewood based on the
8    timing of those issues and how they took place.
9  Q  Okay.  But I'm trying to focus -- I understand
10    that -- your position that it affected Edgewood
11    with respect to lights on its football field.  But
12    with respect to your ability to play competitive
13    games, was there any change or harm to Edgewood
14    from it being voted on from September to October
15    of 2019?
16        MR. INGRISANO: Objection.  Form.
17      Argumentative.
18  A  Without lights, we do not have the ability to meet
19    our schedules.
20  Q  I understand that without lights you can't play
21    night games; correct?
22  A  I can't meet my schedule of games for the teams
23    that want to play at home.
24  Q  Okay.  But Edgewood is currently using its field
25    for day games; correct?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 221

1 A  It is.
2 Q  And it was using its field for competitive sports
3     and day games in August of 2019 when it moved the
4     Planning Commission for repeal of the master plan;
5     correct?
6 A  Say that again, please.
7 Q  Edgewood was using its field for competitive
8     games in August of 2019 when the issue of
9     Edgewood's repeal came before the Plan Commission;
10    correct?
11 A  I believe so.
12 Q  And it was using its field for competitive games
13    in September of 2019; correct?
14 A  Not at the level needed to meet the schedule.
15 Q  That's not my question, sir.
16        You were using your field for competitive
17    games in September of 2019; correct?
18 A  Yes.
19 Q  And you were using it in October of 2019; correct?
20 A  Yes.
21 Q  Was there any change in Edgewood's use of its
22    field for competitive games from July of 2019
23    through August -- or through October of 2019?
24 A  We still had to schedule games off site because we
25    don't have enough time in the day to be able to

Page 222

1     get our schedules in.
2 Q  My question was did the use change between that
3     period of time?
4        MR. INGRISANO: Objection.  Form.
5 A  I don't know.  I'd have to check that out with my
6     athletic director.
7 Q  Okay.  You're not aware of any change in use
8     between July --
9 A  No.
10 Q  -- 2019 through October of 2019?
11        MR. INGRISANO: Objection.  Form.
12       Asked and answered.
13 A  I'm personally not aware.
14 Q  Okay.  Are you aware of any change in use of
15    Edgewood's athletic field from August of 2019 to
16    present?
17 A  Again, I would not know that at this point.
18 Q  Okay.  Do you recall, sir, any kind of discussion
19    by Edgewood with Alder Henak around September 15
20    of 2019 that Edgewood was considering proceeding
21    with the master plan amendment rather than go
22    through repeal?
23 A  I know there was conversations with Alder -- or
24    who did you --
25 Q  Henak.

Page 223

1 A  I'm not aware of any conversations with him.
2 Q  Well, let's change that to are you aware of
3     conversations with alders, I'll just refer to them
4     all generally, in or around September 15, 2019,
5     about Edgewood considering proceeding with a
6     master plan amendment rather than repeal?
7 A  No.
8 Q  Okay.  Are you aware, separate from the date, do
9     you recall any time in September a discussion
10    with -- a discussion between any representatives
11    of Edgewood and any of the city involving the
12    possibility of going forward with an amendment to
13    the master plan rather than repeal?
14        MR. INGRISANO: Objection.  Form.
15 A  I have no recollection of those conversations.
16 Q  Okay.
17        (Exhibit No. 78 marked for
18         identification)
19 Q  Sir, I'm showing you what's been marked as
20    Exhibit 78.  I'll give you a minute to review
21    that.
22 A  I remember this time period, this event.
23 Q  Okay.  78 is an email exchange between you, at
24    least the top is between you and Katie Boyce from
25    September 25, 2019; correct?

Page 224

1 A  Correct.
2 Q  And it's attaching a string of emails; correct?
3 A  Correct.
4 Q  What do you recall about this, sir?
5        MR. INGRISANO: Objection.  Form.
6       Vague.
7 Q  What do you recall about discussions that were
8     being had with Edgewood about whether it would
9     amend its master plan versus repeal it?
10 A  I remember that there was a feeling that that's
11    the direction that the city wanted us to go and
12    the mayor wanted us to go.
13 Q  Okay.
14 A  But I don't recall what our counsel told us would
15    be the best direction.
16 Q  Okay.  So it's your understanding, then, in
17    September that the mayor was suggesting to
18    Edgewood to amend its master plan rather than
19    repeal it?
20 A  Yes.
21 Q  Was Edgewood considering doing that in September
22    of 2019?
23 A  Well, I'm not sure on all the dates, but I think
24    that is when the mayor was trying to be helpful to
25    get this done and then she -- when they withdrew,

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 225

1 then it didn't happen.

2 Q  Okay.  Was Edgewood considering amending its
3 master plan instead of repealing in September of
4 2019?

5 MR. INGRISANO: Objection.  Form.

6 A  I don't -- I don't know exactly what strategy we
7 were talking about doing.  It was we were trying
8 to get the lights and we were trying to follow
9 what the city told us to do to get the lights, and
10 that kept changing.  So it's hard for me to make a
11 determination of what timeframe and what we were
12 doing.

13 Q  Okay.  Are you aware, sir, on the same day as the
14 Plan Commission meeting of August 26, 2019, that a
15 protest petition was filed with the city?

16 A  I'm not.

17 Q  Okay.  Did you -- At the time, back in this time
18 period of August, September, October of 2019, did
19 you have an understanding of the effect that a
20 protest petition would have on the ordinance for
21 Edgewood's repeal of its master plan?

22 A  I do not.

23 Q  Do you recall any discussions regarding a protest
24 petition?

25 A  No.

Page 226

1 (Mr. Jean-Louis exited the
2 proceedings)

3 Q  Okay.  Are you aware that on September 3, 2019,
4 the Common Council referred that Edgewood repeal
5 of its master plan to October 14 of 2019?

6 A  I don't remember the exact dates, but I know that
7 there was some referrals.

8 Q  Okay.  Do you recall that being done by a motion
9 of Shiva Bidar?

10 A  I do not.

11 Q  Did you attend the September 3, 2019, Common
12 Council meeting?

13 A  To the best of my recollection, I was there.

14 Q  Okay.

15 (Exhibit No. 79 marked for
16 identification)

17 MR. INGRISANO: 79?

18 MS. ZYLSTRA: Yes.

19 Q  Sir, I'm showing you what's been marked as 79.
20 This is an email from September 5, 2019; correct?

21 A  I recognize this.

22 Q  Okay.  This is an email from you to the EHS
23 community?

24 A  Uh-huh.

25 Q  Correct?

Page 227

1 A  Correct.

2 Q  Okay.  And in the first paragraph you say, "We
3 would like to share an update as to events that
4 occurred yesterday, Monday, September 3.  Council
5 President Shiva Bidar moved to delay Edgewood's
6 ordinance to terminate its master plan without
7 notice or explanation to the school."  Did I read
8 that correctly?

9 A  Yes.

10 Q  Okay.  President Bidar had added her motion to
11 rerefer the termination of Edgewood's master plan
12 to the city's agenda earlier in the day; correct?

13 MR. INGRISANO: Objection.
14 Foundation.

15 A  I don't know.

16 Q  Do you recall her stating that at the Common
17 Council meeting?

18 A  I don't.

19 Q  Do you recall her explaining that motions could be
20 made on the floor but that her motion she put in
21 writing in advance of the meeting to give everyone
22 notice?

23 MR. INGRISANO: Objection.  Form.

24 A  I don't recall.

25 Q  You don't recall her saying that?

Page 228

1 A  Huh-uh.

2 Q  Okay.  Well, did you receive notice -- well, let
3 me strike that.

4 You must have received some notice because
5 you attended the Common Council meeting on
6 September 3; correct?

7 MR. INGRISANO: Objection.
8 Foundation and form.

9 A  I was at the meeting, and I was brought up to
10 speed by my counsel as to what they perceived was
11 going on at the time.

12 Q  And your attorneys, in fact, spoke at the
13 September 3 Common Council meeting; correct?

14 MR. INGRISANO: That's a yes-or-no
15 question, if you can remember.

16 A  I'm not -- I'm not sure if they spoke for us or
17 not.

18 Q  Okay.  And with respect to that September 3
19 meeting, President Bidar never said anything at
20 that meeting about wanting the ordinance change to
21 go through before the repeal of Edgewood's master
22 plan; true?

23 A  I don't know if she did or didn't.

24 Q  Okay.  You don't recall hearing that; fair?

25 A  No.  I was talking with people, and I did not hear

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 59 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 229

1    all the conversation.
2 Q   Do you recall hearing three members of the Common
3     Council who were also on the Plan Commission
4     speaking in favor of rereferring Edgewood's repeal
5     ordinance to the October 14 Plan Commission
6     meeting?
7 A   I don't recall that.
8 Q   Okay.  Do you recall, and you may not, sir, but
9     I'm going to ask in case anything jogs your
10    memory.
11        Do you recall an alder, in particular
12    Alder Heck, saying that there were a number of
13    issues that the Plan Commission wanted more
14    information from city planning commission staff
15    and the city's attorney's office and as such he
16    was in favor of referring the Edgewood repeal
17    matter to the October 14 meeting?
18            MR. INGRISANO: Objection.  Form.
19 A   I don't remember Alder --
20 Q   Okay.
21 A   -- Heck, did you say?
22 Q   Alder Heck.
23 A   Yeah, I don't remember.
24 Q   Do you remember any statements by the alders that
25    the Plan Commission members were leaning against

Page 230

1     voting for repeal in absence of getting certain
2     information clarified?  Do you recall hearing that
3     at all?
4 A   No.
5 Q   Okay.
6            MR. INGRISANO: Mr. Videographer,
7     can I get an update on time on the record?
8            (Exhibit No. 80 marked for
9            identification)
10           MR. HANSEN: Five hours, 48 minutes.
11           MR. INGRISANO: Thank you.
12 Q   Mr. Elliott, I'm showing you what's been marked as
13    Exhibit 80.  Do you recognize this document?
14 A   Yes.
15 Q   Okay.  At least the first page is showing various
16    emails between you and Steven Krantz; correct?
17 A   Correct.
18 Q   And who is Steven Krantz?
19 A   He is a parent of multiple students.  I'm not sure
20    if he was on our board at the time of this email.
21    He didn't go off on a regular term.
22 Q   Okay.  He was president of Edgewood's board at
23    some period of time; correct?
24 A   At some period, yes.
25 Q   With respect to -- with respect to the emails that

Page 231

1     occur on September 12, 2019, Steven Krantz writes
2     to you at 8:51 a.m. saying, "Okay.  When are you
3     reaching out to her?"  Do you see that on the
4     first page?
5 A   I do.
6 Q   And the "her" in this email is Shiva Bidar;
7     correct?
8 A   I assume so.
9 Q   Okay.  And then you indicate to Mr. Krantz, "I did
10    last night.  She is in."  Do you see that, sir?
11 A   I do.
12 Q   And then Mr. Krantz responds, "What does she is in
13    mean?  Shiva is in for delaying Tag ordinance?"
14    Correct?
15 A   That's what it says.
16 Q   All right.  You were reaching out to President Shiva
17    Bidar around this time period of September 12,
18    2019, to lobby her to delay the change in the
19    ordinance to the CI zoning district; correct?
20 A   I believe -- yes, I believe that's true.
21 Q   And at the time of this email, you thought you had
22    convinced her to do that; correct?
23 A   I don't recall a conversation with her.
24 Q   You don't recall any conversation with Shiva
25    Bidar --

Page 232

1 A   I had a conversation with her at a coffee shop,
2     but I don't remember if this was the one that we
3     were talking about delaying the ordinance.
4 Q   Okay.  What do you recall about your conversation
5     with President Bidar at the coffee shop?
6 A   I don't know that she agreed with me.  So I'm --
7     I'm trying to recall, and I certainly didn't -- I
8     don't believe I would have talked to her at the
9     council meeting.
10 Q   Well, you wrote the words, "I did last night.  She
11    is in."  What did you mean?
12 A   This would state that I thought she was in for
13    delaying the ordinance.  But, again, I'm having
14    trouble recalling the conversation.
15 Q   Okay.  During this time period of September of
16    2019, were you meeting with alders to try to
17    convince alders to vote in favor of delaying the
18    changes to the CI zoning district ordinance?
19 A   I was not, but some of the members of our
20    committee were.
21 Q   Okay.
22 A   Steve being one of them.
23 Q   Okay.  And the purpose for meeting with the alders
24    was to try and convince them which way to vote on
25    that; correct?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 233

1        MR. INGRISANO: Objection. Form.
2    Vague.
3 A   We were trying to provide information to the
4    alders to counter -- we were told that we could
5    have conversations with them with information to
6    try to counter what Alder Evers, who had unlimited
7    ability to connect with them. We were trying to
8    share our facts.
9 Q   Fair enough. As part of the democratic process,
10    you were trying to speak to Common Council alders
11    to try and sway them to your position. Is that
12    fair?
13 A   I wasn't, but members were.
14 Q   Members were. Just like neighbors in your
15    communities were trying to present information to
16    the alders to try and sway the alders to their
17    position as to these items; fair?
18 A   I would assume they were.
19 Q   Okay. And it's not uncommon for alders to change
20    their views based on hearing from different
21    constituents. Is that fair?
22        MR. INGRISANO: Objection. Form,
23    foundation.
24 A   Yeah, I don't know what makes them tick.
25 Q   Well, you've been a lifelong city resident, have

Page 234

1    you not?
2 A   Yes, and I get more confused every year with
3    politics.
4 Q   Have you voted in your citywide races?
5 A   I live in Fitchburg. So not in any Madison ones,
6    but Fitchburg ones I have voted.
7 Q   Okay. And you understand in general the
8    democratic process and how it works in terms of
9    having representative government?
10        MR. INGRISANO: Objection. Form.
11 A   I think I do.
12 Q   Okay. Have you ever had occasion to meet with any
13    municipal representatives to try and convince them
14    to take a position that you wanted them to take?
15 A   If I have, it's been during this project.
16 Q   Okay. And the Common Council voted in favor of
17    referring the repeal of Edgewood's master plan to
18    the October 14 Plan Commission meeting; correct?
19 A   I believe so.
20 Q   Okay. Do you recall Edgewood requesting the city
21    refer the repeal of Edgewood's master plan from
22    the October 14 meeting to the October 28 meeting?
23 A   I don't recall that.
24 Q   Okay. Do you recall -- Separate from the dates,
25    do you recall Edgewood in October making multiple

Page 235

1    requests to the city to move or to refer the
2    repeal of Edgewood's master plan to later meetings
3    with the city?
4 A   The concern that I believe we had was if Tag's
5    newly created ordinance got in front of ours, then
6    it would wipe out our ability to get lights by
7    repealing the master plan as we had been told to
8    do.
9 Q   My question, sir, was not that. My question was
10    whether Edgewood made a request to refer --
11    further refer to later Planning Commission dates
12    the repeal of its master plan.
13 A   I can't answer if we got bumped or if we requested
14    that.
15        MS. ZYLSTRA: If you can mark these
16    two?
17        (Exhibit Nos. 81 and 82 marked for
18        identification)
19        MS. ZYLSTRA: This one is going to
20    be 81. And this one is going to be 82.
21 Q   Mr. Elliott, I'm showing you what's been marked as
22    Exhibit 81. Do you recognize this as an email
23    exchange between you and Heather Stouder at the
24    City of Madison?
25 A   Yes.

Page 236

1 Q   Okay. And you write on the bottom, on October 10,
2    that you were requesting that the repeal of
3    Edgewood's master plan vote be referred from the
4    October 14 to the next Plan Commission meeting;
5    correct?
6 A   Correct.
7 Q   And she indicates in response that she's received
8    your request to refer the plan consideration of
9    the repeal to the October 28 meeting and that
10    there will be no discussion of this item on
11    October 14; correct?
12 A   Correct.
13 Q   Okay. And Exhibit 82, this is an email from
14    you to Heather Stouder requesting referring the
15    vote for the repeal of the master plan to the
16    November 11 Plan Commission meeting; correct?
17 A   Correct.
18 Q   Okay.
19        (Exhibit No. 83 marked for
20        identification)
21 Q   Mr. Elliott, I'm showing you what's been marked as
22    Exhibit 83. This document does not involve you,
23    sir, so I just don't know whether you've seen it
24    before and are aware of it.
25        Looking at Exhibit 83, can you tell me

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 61 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 237

1 whether you are aware of this document?
2 A  I believe I received this.
3 Q  Okay.  Mr. Parks -- This is a memo from Mr. Parks
4 to the Plan Commission dated October 28, 2019;
5 correct?
6 A  Correct.
7 Q  And in the second paragraph he says, "In
8 recommending referral of the repeal request on
9 August 26, members of the Plan Commission
10 requested more information on the impacts of
11 repeal, the relationship between repealing the
12 master plan and the proposed changes to the
13 Campus-Institutional zoning district, and the
14 status of the agreements that governed the
15 property before the property was zoned CI.  This
16 memo briefly summarizes staff's perspective on
17 those three questions."  Did I read that correctly?
18 A  You did.
19 Q  Does that at all refresh your recollection of the
20 Plan Commission requesting more information at the
21 August 26 Plan Commission meeting that you
22 attended?
23        MR. INGRISANO: Objection.  Form,
24        foundation.
25 A  It doesn't.

---

Page 238

1 Q  Okay.  That's fine, sir.  It's referring to the
2 status of agreements.  You're aware that there
3 were agreements between Edgewood and the
4 neighborhood associations that were part of the
5 2014 master plan; correct?
6 A  That's what this is stating.
7        (Interruption - Cell phone)
8 Q  Well, earlier in the day, sir, we were looking at
9 those site one agreements that were referenced in
10 the master plan.  Do you recall that?
11 A  Yes.
12 Q  There were agreements between Edgewood and the
13 neighborhood association that were incorporated
14 into the master plan; correct?
15 A  Correct.
16 Q  Okay.  That's all.
17        (Exhibit No. 84 marked for
18        identification)
19        MS. ZYLSTRA: Sorry, sir.  I meant
20        to hand that to your counsel.
21 Q  I'm showing you what's been marked as Exhibit 84.
22 Do you recognize this document, sir?
23 A  Yes.
24 Q  Okay.  The first page is an email from a gentleman
25 named John Kneer at Rettler to you; correct?

---

Page 239

1 A  Correct.
2 Q  And he's informing you that Edgewood's lighting
3 application was rejected by the city; correct?
4 A  Correct.
5 Q  And attached to that is the rejection by the city
6 to Edgewood's lighting application; correct?
7        MR. INGRISANO: Objection.  Form.
8        Foundation.
9 A  I believe so.
10 Q  Okay.  And the reject decision says the
11 installation of stadium lighting in the open space
12 is not allowed per the approved master plan;
13 correct?
14 A  That's what it states.
15 Q  Okay.  And you got a copy of this document from
16 Mr. Kneer because it was attached to this email
17 from him to you; correct?
18 A  Correct.
19 Q  Okay.  With respect to Exhibit 84, that was in
20 reference to Edgewood's September 30, 2019,
21 lighting application; correct?
22        MR. INGRISANO: Objection.
23        Foundation.
24 A  I don't know --
25 Q  Okay.

---

Page 240

1 A  -- which one it was.
2 Q  That's fine, sir.  You're aware of Edgewood having
3 two lighting applications; correct?
4 A  Correct.
5 Q  And we looked at one earlier in February of 2019;
6 correct?
7        MR. INGRISANO: Objection.  Form.
8 A  I'm not -- I'm not sure what we all looked at.
9 Q  Fair enough.  I can certainly refresh your
10 recollection here.  It's Exhibit 6.
11        MR. INGRISANO: Yeah, so that's why
12        I objected, because that's not the lighting
13        application.
14        MS. ZYLSTRA: Oh, I apologize.
15 Q  Well, let me ask you this, sir.  I'm going to show
16 you Exhibit 6.  The first paragraph of that letter
17 is referencing a lighting application of Edgewood
18 dated February 22; correct?
19 A  Yes, this letter is referencing that.
20 Q  Okay.  And separate from the February 2019
21 lighting application, are you aware that Edgewood
22 submitted a second lighting application?
23 A  Yes.  Yes.
24 Q  You're just uncertain of the date.  Is that fair?
25 A  Right.

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 62 of 99

Edgewood High School of the Sacred Heart, Inc. v.                                    Video Deposition of Michael G. Elliott
City of Madison, Wisconsin, et al.                                                                                        May 10, 2022

Page 241

1  Q  Okay.  Thank you, sir.
2              (Exhibit No. 85 marked for
3              identification)
4  Q  Sir, I'm showing you what's been marked as
5     Exhibit 85.  Do you recognize this letter?
6  A  I am.
7  Q  Okay.  Is the information in this letter -- well,
8     first of all let me strike that and say:  On the
9     second page of the letter, that's your signature;
10    correct?
11 A  Yes.
12 Q  I presume you would have read this letter before
13    you signed it; is that fair?
14 A  I'm not sure.
15 Q  Did you often sign things that you did not read,
16    sir?
17 A  During this process, there were things that others
18    signed for me.
19 Q  Okay.  Is this one of those things that someone
20    else signed for you?
21 A  I believe this letter I signed.
22 Q  Okay.  Do you know if everything in this letter is
23    true and correct?
24              MR. INGRISANO: Go ahead and read it.
25 A  Yes.  I didn't read this letter but I signed it

Page 242

1     and I believe what was captured by Sister Mary
2     Ellen.  I can't tell you if every number of
3     students and employees are accurate.  I didn't
4     have that number.  But I've got to believe that if
5     she produced it, it's accurate.
6  Q  Fair enough.  On page 2 there is a portion of the
7     letter that's been marked and it says, "The master
8     plan which governs the three parcels of land and
9     our respective institutions is no longer effective
10    or workable.  The goals and objectives of the
11    three separate and distinct schools can sometimes
12    be in conflict, which has proven to be a hindrance
13    when changes are desired or needed."  Did I read
14    that correctly?
15 A  Correct.
16 Q  Okay.  What are the conflicting goals and
17    objectives or hindrances to which you're referring
18    in this letter?
19 A  So I'm assuming that there are times when
20    something that the college does may affect the
21    campus school negatively or something that we do.
22    It was difficult for us to -- with three different
23    boards and three different entities to always
24    support each other, where we were having to speak
25    as one voice and it was becoming increasingly more

Page 243

1     difficult.
2              (Mr. Jean-Louis reentered the
3              proceedings)
4  Q  Okay.
5  A  And that's an overview of what it meant.
6  Q  Okay.
7  A  From my interpretation.
8  Q  Did Edgewood College or the campus school express
9     any concerns with respect to Edgewood High
10    School's pursuit of lights on its athletic field?
11             MR. INGRISANO: Objection.  Form.
12    Vague as to time.
13 A  I don't know if they --
14 Q  At any time.
15 A  No.
16 Q  Okay.  Not that you recall?
17 A  Not that I recall.
18 Q  Okay.  With respect to this November 5, 2019,
19    letter, looking toward the last paragraph, this is
20    a request to the Common Council and the Plan
21    Commission to support repeal of the master plan;
22    correct?
23 A  Correct.
24 Q  Okay.  You indicate in this letter -- or strike
25    that.

Page 244

1         The master plan was submitted to the city as
2     one master plan for the college, the high school,
3     and the grade school; correct?
4  A  It was -- By nature, it was one plan, but we all
5     had our -- I wasn't privy to everything that went
6     into the college and what they were representing,
7     and I was more for the high school and the college
8     was for the college and the campus school was for
9     the campus school.
10 Q  Do you recall at all making statements to, whether
11    it be the mayor or others, that the master plan
12    was developed when Edgewood was one entity but now
13    you were three entities and three properties?
14             MR. INGRISANO: Objection.  Form.
15 A  I don't -- I don't recall if I had that
16    conversation with the mayor.
17 Q  Okay.  Did you see a difference in how Edgewood
18    was operating in terms of when the master plan
19    went into effect versus at the time?
20             MR. INGRISANO: Objection.  Form.
21    Vague.
22 A  We were one entity at the beginning, Edgewood, Inc.,
23    and then when we reestablished ourselves as three
24    entities, there was a difference in how we
25    operated.  We each ran our own school, so to

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

---

Page 245

1 speak, instead of being one big entity on the
2 campus.
3 Q  So when you refer to Edgewood, Inc., what was --
4 was Edgewood, Inc., a corporate entity that --
5 under which the college, the high school, and the
6 campus school was under?
7 A  I believe that was the name, but we were -- the
8 three of us were together.
9 Q  Okay.  And do you know when Edgewood, Inc., was,
10 for lack of a better word, in effect?
11 A  I don't remember the exact dates.  That was before
12 my time.
13 Q  Do you remember when they split into three
14 separate entities and were not under the umbrella
15 of Edgewood, Inc.?
16 A  Again, that was before I was president.  I don't
17 know the exact dates.
18 Q  Okay.  Does Edgewood, Inc., still exist to your
19 knowledge?
20 A  Honestly, I don't know.
21 Q  Okay.  The repeal of Edgewood's master plan came
22 before the city's Plan Commission on December 9,
23 2019.  Does that sound correct to you?
24 A  Yes.
25 Q  Do you recall what the vote was at the December 9

Page 246

1 Plan Commission meeting?
2 A  I do not.
3 Q  Okay.  I'll represent to you that the Plan
4 Commission voted to place your Edgewood repeal on
5 file.  Do you recall that at all?
6 A  No.
7 Q  Okay.  Did the repeal of the master plan come
8 before the Common Council on January 7, 2020?
9 A  I don't remember the exact date.
10 Q  Do you recall it coming before the Common
11 Council --
12 A  Yes.
13 Q  -- for a vote in January of 2020?
14          MR. INGRISANO:  Let her finish her
15     question.  I know it's getting late in the
16     day.
17 A  I'm sorry.  Can you repeat that because I
18 interrupted.
19 Q  That's not a problem.  I interrupted you too, so I
20 apologize.
21     Do you recall the repeal of Edgewood's master
22 plan coming before the Common Council in January
23 of 2020?
24 A  I believe that's when it came, the date, the date
25 it came up.

Page 247

1 Q  Thank you, sir.  I'm sorry.  I didn't mean to jump
2 on you.
3     Did the Common Council vote and approve
4 Edgewood's repeal of its master plan?
5 A  I believe it did.
6 Q  Do you recall what the vote was?
7 A  No.
8 Q  You were pleased that the Common Council voted
9 in favor of repealing Edgewood's master plan;
10 correct?
11          MR. INGRISANO:  Objection.  Form.
12 A  Yes.
13 Q  Okay.
14 A  At that point we thought we were doing what we had
15 to do to be able to get our lights.
16          MS. ZYLSTRA:  I'll move to strike
17     the remaining as nonresponsive.  What's the
18     form objection to that?
19          MR. INGRISANO:  "Pleased" is vague
20     and argumentative.
21          MS. ZYLSTRA:  All right.
22          (Exhibit No. 86 marked for
23          identification)
24 Q  Mr. Elliott, I'm showing you Exhibit 86.  Do you
25 recognize this as an email that you wrote on

Page 248

1 January 8, 2020, to the Friends of Edgewood?
2 A  Yes.
3 Q  And directing your attention to the first
4 paragraph, "We are pleased with last night's vote
5 by the Madison Common Council in favor of
6 repealing Edgewood's master plan."  Did I read
7 that correctly?
8 A  Yes.
9 Q  Does that sentence accurately reflect your
10 thoughts and feelings at the time you wrote this
11 email?
12 A  Yes.
13 Q  Thank you.
14          MS. ZYLSTRA:  86?
15          COURT REPORTER:  Yes.
16          MR. INGRISANO:  Where are we on
17     time, Mr. Videographer?
18          VIDEOGRAPHER:  41 minutes left.
19 Q  A number of Edgewood's neighbors showed up and
20 argued against allowing Edgewood to repeal its
21 master plan; correct?
22 A  Correct.
23 Q  But the Common Council still voted in favor of
24 Edgewood's repeal of its master plan; correct?
25 A  Correct.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 249

1 Q   Okay.

2            (Exhibit No. 87 marked for

3              identification)

4 Q   Sir, I'm showing you what's been marked as

5 Exhibit 87.  And directing your attention to the

6 first page, this is a City of Madison Legistar

7 record, and under the title it says, "2219 Monroe

8 Street 13 ald district consideration of a

9 conditional use and a Campus-Institutional (CI)

10 district without a campus master plan for the

11 establishment, improvement, or modification of a

12 secondary use occurring outside of an enclosed

13 building to allow installation of lights for the

14 stadium at Edgewood High School, Goodman Athletic

15 Complex."  Did I read that correctly?

16 A   Yes.

17 Q   Okay.  And after the first few pages of the

18 Legistar materials, do you recognize -- Well,

19 strike that.

20       Let's just turn to the page that's marked

21 City 8074.  Are you there, sir?

22 A   Yes.  Yes.

23 Q   Under project information, the title says Goodman

24 Athletic Complex conditional use for outdoor field

25 lighting; correct?

Page 250

1 A   Correct.

2 Q   And turning the page, this was a conditional use

3 application for outdoor field lighting for your

4 athletic field that you submitted to the city;

5 correct?

6 A   Correct.

7 Q   And this was signed by you on March 11, 2020;

8 correct?

9 A   Correct.

10 Q   And turning to the bottom page would be 8077,

11 Edgewood was proposing the construction and

12 installation of either four 80-foot light poles or

13 four 68-foot light poles; correct?

14 A   Correct.

15 Q   Okay.  And turning back to the second page of the

16 exhibit, that's City 8071, this reflects that your

17 conditional use permit application was heard by

18 the Plan Commission on May 11, 2020.  Does that

19 comport with your recollection?

20 A   Yes.

21 Q   Okay.  And it indicates here that the Plan

22 Commission found the standards were not met and

23 placed the conditional use on file without

24 prejudice.  Did I read that correctly?

25 A   Yes.

Page 251

1 Q   And it says, "The Plan Commission could not find

2 standard #3 met, finding that the lights would

3 have a substantial negative impact on the uses,

4 values, and enjoyment of surrounding properties,

5 and that no evidence was submitted by the

6 applicant that there would not be negative impacts

7 on the lighted use of the field, and no mitigation

8 measures proposed to limit those impacts (noise

9 barriers, limits on events, et cetera)."  Did I

10 read that correctly?

11 A   Yes.

12 Q   And did you have any -- did you have an

13 understanding of what it meant to be placed on

14 file without prejudice?

15 A   No.

16 Q   Okay.  Did you understand that you could come back

17 to the Plan Commission and seek approval of this

18 conditional use permit --

19            MR. INGRISANO: Objection.

20 Q   Sorry.  I had not finished my question.  Let me

21 rephrase that question.

22       The second paragraph of these notes, it says,

23 "Members indicated they would be open to

24 considering the request again.  (When it addresses

25 the noise impacts) was presented by the applicant,

Page 252

1 including improved engagement with the

2 neighborhoods and a limit to the number of games

3 with lights."  Do you see that, sir?

4 A   I do.

5 Q   Did you understand that to be the decision of the

6 Plan Commission?

7            MR. INGRISANO: Objection.  Form.

8 A   I didn't understand what -- what the next options

9 were.

10 Q   Okay.  Did you hear Plan Commission members

11 indicate that they would be open to reconsidering

12 the request if these things were done?

13 A   No.

14 Q   Did you attend that meeting?

15 A   I did.

16 Q   Okay.  Now, at the time of the Plan Commission

17 meeting, the number of people in opposition to the

18 conditional use permit versus the number of people

19 in favor was ten to one against Edgewood; correct?

20            MR. INGRISANO: Objection.  Form.

21            Foundation.

22 A   I don't know that number.

23 Q   Okay.

24            (Exhibit No. 88 marked for

25              identification)

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 65 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 253

1 Q  Mr. Elliott, I'm showing you what's been marked as
2     Exhibit 88.  Do you recognize this as an email
3     dated May 4, 2020, from you?
4 A  Yes.
5 Q  And directing your attention to the second
6     paragraph, you write, "Right now we are behind by
7     about a ten to one margin."  Do you see that, sir?
8 A  Uh-huh.
9         COURT REPORTER: Is that a yes?
10 Q  Is that a yes, sir?
11 A  Yes.
12 Q  So at least at this time the supporters for the
13     conditional use permit versus people who were in
14     opposition, it was running ten to one against
15     Edgewood at this time; correct?
16 A  At this time, yes.
17 Q  Okay.
18 A  And then the Edgewood parent and student machine
19     kicked in, and I believe it changed to where there
20     was more support.
21 Q  What's your basis for saying, sir, ever that the
22     amount of supporters in favor of this was ever
23     more than the opponents?
24 A  It happened twice.  Once the very first time and I
25     think the city had asked us to turn off the

Page 254

1     Edgewood machine because we had been far behind
2     and then had a lot of people in support write in,
3     and that was why I -- I asked again for the help
4     of our community, because I knew this was
5     important to the community and that they would
6     come through, and I know that the gap was closed
7     or that we were -- I had been given information
8     that we had closed the gap and possibly had more
9     supporters there.
10 Q  Who?
11 A  I was given that by one of our people we were
12     working with, and I'm not sure if it was Brian or
13     if it was Nathan.
14 Q  That information didn't come from the city to you;
15     correct?  It came through someone else?
16 A  Correct.
17 Q  Okay.
18         (Exhibit No. 89 marked for
19          identification)
20 Q  Sir, I'm showing you what's been marked as
21     Exhibit 89.  Do you recognize this as a letter
22     from the city to you dated May 13, 2020?
23 A  Yes.
24 Q  Okay.  And this is a letter from Timothy Parks
25     indicating to you that the Plan Commission found

Page 255

1     Edgewood's request for approval of the conditional
2     use to allow the installation of lights for the
3     stadium did not meet the standards for approval
4     and placed the request on file without prejudice;
5     correct?
6 A  Correct.
7 Q  Okay.  That's a letter you received; correct?
8 A  To the best of my recollection, I did.
9 Q  Okay.  And Edgewood appealed that decision;
10     correct?
11 A  Correct.
12         (Exhibit No. 90 marked for
13          identification)
14 Q  I'm showing you, sir, what's been marked as
15     Exhibit 90.  Is this the letter signed by you
16     appealing the Plan Commission's decision as to
17     Edgewood's conditional use permit?
18 A  Yes.
19 Q  Okay.  And with regard to this appeal, there were
20     several referrals of this matter over several
21     months in 2020, especially due to COVID; correct?
22         MR. INGRISANO: Objection.  Form.
23 A  I know COVID affected things.  I don't know how
24     many meetings it affected.
25 Q  Okay.  Well, are you aware that the Common Council

Page 256

1     took up and voted on whether -- on Edgewood's
2     conditional use permit on January 19 of 2021?
3 A  I'm not aware of that.
4 Q  Okay.  Do you recall the Common Council voting on
5     the appeal of the Plan Commission decision?
6 A  I don't recall their vote.
7 Q  Regardless of what the vote was, do you recall the
8     Common Council having a meeting on the issue?
9 A  Yes.
10 Q  Okay.  Do you believe it's possible that the
11     Plan Commission members and the Common Council
12     alders were not against Edgewood but simply
13     believed the neighbors, that the addition of
14     lights would have a substantial negative impact
15     on the uses, values, and enjoyment of their
16     surrounding properties?
17         MR. INGRISANO: Objection.  Form.
18         It calls for speculation.
19 A  I have no idea.  I can't answer that.
20 Q  Okay.  There were at least some Edgewood alumni
21     who did not support Edgewood's request for lights;
22     correct?
23 A  I'm not aware of those.
24         (Exhibit No. 91 marked for
25          identification)

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 257

1 Q  Mr. Elliott, this email doesn't involve you, but
2    I'm going to show it to you to see if you're aware
3    of it.
4        I'm showing you Exhibit 91.  This is an email
5    from a P. Anthony Brinkman to your athletic
6    director, Mr. Zwettler, dated January 15 of 2021.
7    Correct?
8 A  Yes.
9 Q  At least that's what it appears to be?
10 A  Yes.
11 Q  Mr. Brinkman says, "As an alum I do not support
12    this and I have registered as opposed."  Are you
13    aware of Mr. Brinkman opposing Edgewood's request
14    for lights?
15        MR. INGRISANO:  Objection.
16        Foundation of the document, but go ahead.
17 A  I have no recollection of this.
18 Q  Okay.  Do you have any knowledge as to why
19    Mr. Brinkman might have sent an email indicating
20    he opposed Edgewood's request?
21        MR. INGRISANO:  Objection.
22 A  Probably for the same --
23        MR. INGRISANO:  Objection.  Form
24    and foundation.
25 A  Sorry.  Probably for the same reason that some of

Page 258

1    the neighbors wrote letters in support of our
2    lights.  I mean, people had varying opinions on
3    this.
4 Q  And that's fair.  Both -- People on both sides of
5    the aisle, whether they were the neighborhood or
6    whether they were Edgewood alum, some favored
7    Edgewood's conditional use process -- permit for
8    lights and some were opposed; correct?
9        MR. INGRISANO:  Form.
10 A  I don't know if that's true or not.
11        (Exhibit No. 92 marked for
12        identification)
13 Q  I'm showing you Exhibit 92.  This is an email that
14    you received from Jen Trost February 25 of 2019;
15    correct?
16 A  What was the date you said?
17 Q  February 25 of 2019.  Correct?
18 A  I'm sorry.  I thought it said the 22nd.
19 Q  February 25, 2019; correct?
20 A  Oh, sorry.  Yes.  I was looking at the lower
21    email.
22 Q  And the email below from Susan Elsa Connors says,
23    "Forget about the additions think of your
24    neighbors these are not improvements."  Did I read
25    that correctly?

Page 259

1 A  You did.
2 Q  Do you know who Ms. Connors is?
3 A  I have no idea.
4 Q  Okay.  The email that she's responding to is an
5    email to Dear Edgewood Family; correct?
6 A  I don't know if that's what she's responding to.
7 Q  Well, below on the bottom page it says
8    February 22, 2019, Dear Edgewood Family; correct?
9        MR. INGRISANO:  Objection.
10        Foundation.  Go ahead.
11 A  She could be objecting to something else and just
12    sent that.
13 Q  Well, the subject line in the email below is from
14    the Edgewood High School Board of Trustees and
15    it's to Susan Elsa Connors and it says, Subject,
16    Current status of Goodman Athletic Complex
17    improvements.  Correct?
18 A  That's what it says.
19 Q  And she was not in favor of Edgewood's
20    improvements to its athletic field based on her
21    email; correct?
22        MR. INGRISANO:  Objection.
23        Foundation and form.
24 A  I'm just not sure if this is what triggered her to
25    send the email.

Page 260

1 Q  All right.  Did you ever --
2 A  This statement.
3 Q  Sorry.  Why was Jen Trost forwarding this to you,
4    if you know?
5 A  Because it came to Edgewood.  This person didn't
6    obviously know me or didn't -- I have no idea why
7    she would have gotten this from this person.
8 Q  What was your understanding of -- Strike that.
9        Did you do anything in response to this
10    email, Mr. Elliott?
11 A  Not that I remember.
12 Q  Okay.
13 A  I doubt it.
14 Q  You agree that there were at least some Edgewood
15    alum that were opposed to Edgewood having lights
16    on the field?
17        MR. INGRISANO:  Objection.  Form.
18        Asked and answered.
19 A  I'm sure there were some Edgewood people against
20    it, as there were neighbors for it.
21 Q  Okay.
22        (Exhibit No. 93 marked for
23        identification)
24 Q  Mr. Elliott, I'm showing you Exhibit 93.  Take a
25    minute to look at that document.

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 67 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 261

1 A  I'm sorry.  Did you have a question on this?  This
2     is --
3 Q  Have you read it?
4 A  Yes.
5 Q  Okay.  This is an email dated September 29, 2021,
6     from you; correct?
7 A  Correct.
8 Q  And you're notifying city representatives that
9     Edgewood was going to be filing a conditional use
10    application for a two-story Commons Addition;
11    correct?
12 A  Correct.
13 Q  And Edgewood did file that conditional use
14    application; correct?
15 A  Correct.
16 Q  And do you know whether that conditional use
17    permit was granted by the Plan Commission and the
18    Common Council?
19 A  It was.
20 Q  Do you know whether the neighbors opposed it?
21 A  I don't know that.
22 Q  Okay.  Do you know whether Alder Tag Evers
23    supported this conditional use permit?
24 A  I don't know how he -- if he supported it or not.
25 Q  Okay.  You don't recall how he voted; fair?

Page 262

1 A  Fair.
2 Q  Okay.  Mr. Elliott, how did the city's denial of
3     a permit to allow athletic field lighting
4     substantially burden the free exercise of your
5     religion?
6 A  Our -- The way we go after students is through
7     showing them our community, and community is a big
8     thing for us.  We don't have kids that live in the
9     neighborhood and just come to our school.  We have
10    to earn or recruit every student that we get.  And
11    how we do that is showing what a community we are,
12    and one of the biggest opportunities for bringing
13    people in for communities, such as the campus
14    schools, the parochial schools, the middle schools
15    in the city, are our plays, but, more importantly,
16    the biggest numbers are always our athletic
17    events.  And that is something that we value and
18    use a lot.
19        We also form partnerships with many of these
20    groups, whether they're nonprofits, whether
21    they're groups that are asking -- needing support
22    for fundraisers, whether they are churches and
23    schools, forming partnerships so that they can
24    get to know Edgewood better and together we can
25    evangelize the Catholic religion and the Dominican

Page 263

1     values of the Sinsinawa Sisters.
2         We also have had to do a lot of shuffling
3     around for our schedules.  We have asked a lot of
4     our -- of the other schools.  When you play
5     sports, you usually have a JV game.  The bus comes
6     to one place.  There is a JV game, and then the
7     varsity follows.
8         When you play Edgewood, that can't take place
9     because there is not enough time, so unless
10    they -- if the kids get out of school early, and
11    the other schools are not willing to take kids out
12    of school early for sporting events.
13        We also have to spend a lot of extra time
14    looking for places to play.  When we find a place
15    to play, every game is an away game, and that has
16    financial costs.  We've had donors who were going
17    to give us money as gifts to pay for things like
18    the lights or other things.  When we didn't get
19    the lights, they withdrew their gifts.  So we've
20    had financial hurt.
21        We've had enrollment hurt because it really
22    takes away from our recruiting -- the recruiting
23    styles that work.  We've had partnerships that
24    have broken.  Girls on the Run at one point ran at
25    our facility.  Susan B. Komen wanted to do their

Page 264

1     walk.  We couldn't help them because they walk
2     into the night.
3         And so it's been a burden in a lot of
4     different ways that we have tried to continue to
5     grow our enrollment, tried to continue to grow the
6     student satisfaction, but not being able to hold
7     classes, not being able to hold special events,
8     fundraisers, other things and gather as a
9     community, it's our one spot.  We're really, from
10    an outdoor standpoint, we're landlocked, and that
11    field is something that we cherish and want to
12    show off as much as possible.
13 Q  Anything -- You gave a very lengthy answer, and I
14    appreciate that.
15 A  Did you get that?
16 Q  Yes, I did.  Anything else that you would say in
17    terms of substantially burdening your free
18    exercise of religion?
19 A  Partnership, community are part of our mission,
20    and probably the two biggest that we use to
21    recruit and use to grow our community, and that's
22    been a challenge that we have not -- that we've
23    suffered from because we haven't been able to get
24    the use of that field at any time possible.
25 Q  Prior to your request for lights, you were

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 265

1  exercising your religion in all the ways that you
2  could at the time; fair?
3  A  Not all the ways that we could, but we were -- I
4  mean, we feel we've been limited in what our uses
5  could be and should be.
6  Q  With respect to your sports programs, though,
7  you've been able to host your athletic contests at
8  other fields; correct?
9  A  For the most part, but not without a lot of
10  additional coordination.  Being able to play on
11  your home field, I mean, everybody -- most people
12  are aware of Friday Night Lights and how big
13  that's become for small towns and for schools to
14  rally around their teams.  You know, we don't have
15  that same opportunity at our school on our field,
16  and it, I believe, affects our community building.
17  Q  And with respect to evangelizing the Catholic
18  religion, you can evangelize the Catholic religion
19  to those who attend the Edgewood games at other
20  locations other than Edgewood; fair?
21       MR. INGRISANO: Objection.  Form.
22       Argumentative.
23  A  I believe that it's more than one night and one
24  event.  The fields are used to recruit kids to
25  come here so that they can be part of the

Page 266

1  educational process for Edgewood for four years,
2  not that you can touch one person for one night
3  because they came to the game.
4       If we -- When kids visit our campus and see
5  the camaraderie that we have, they tend to want --
6  get excited and want to come to school there.
7  Q  And that camaraderie exists for day games;
8  correct?
9  A  No.  We don't have the same crowds for a day game
10  that we would for a night game, and many parents
11  can't attend the games.  I mean, it's disruptive
12  for them that they work and they are unable to
13  come to the game and see their kids or grandkids
14  play.  So it's not the same having an afternoon
15  game.
16       And, again, that hinders the other -- the
17  schools don't want to come and play us in the
18  afternoon or they don't feel it's fair that they
19  have to take two buses or go to two different
20  locations.  And they also have issues with how
21  things break down with their -- they might have a
22  child at one site and another -- playing JV and
23  another one at the varsity site playing varsity
24  and now who do we go see, which one do we have
25  to -- can we watch.

Page 267

1       And so those are things that parents take
2  into consideration when they're picking a school,
3  what's the sports program like, how is the
4  community, and we feel that we're hindered in that
5  because of how -- not having the lights.
6  Q  Okay.  Have you ever had a parent tell you that
7  they would not send their kid to Edgewood because
8  Edgewood did not have lights on its athletic
9  field?
10  A  I have not had a parent tell me that.  However,
11  I've been told that parents have said that by some
12  of our staff.
13  Q  But you personally are not aware of that, are you,
14  sir?
15  A  I'm aware of people -- of students who didn't come
16  that I was told that the reason they gave was
17  that, but I did not have the conversation with
18  them where that was told.
19  Q  Okay.  With respect to the camaraderie that you
20  mentioned, I think I heard you say, sir, that you
21  don't think the camaraderie for day games is the
22  same for your athletic teams as the camaraderie
23  for night games.  Is that your testimony, sir?
24  A  I don't think that -- repeat that, please.
25  Q  I thought I understood your testimony that the

Page 268

1  camaraderie for day games of your athletic teams
2  is not the same as the camaraderie for your
3  athletic teams for night games.  Is that what
4  you're saying, sir?
5  A  Yes.  Both players and students that are watching
6  the game would say an evening, there is much more
7  energy, both for the team and the community, for a
8  night game than there is for a day game.
9  Q  And to the extent your students are traveling to
10  Edgewood for a night game at Edgewood, they would
11  travel to Edgewood for that; correct?
12  A  Not necessarily.  They would -- we have food
13  service that runs in the afternoon.  We also have
14  vending machines and we have a lot of kids that if
15  there is a game at night, that they would stick
16  around the school so they didn't have to drive
17  home and back.
18  Q  Okay.  But then after the game they would have to
19  travel back to their home; correct?
20  A  Certainly.
21  Q  So there would need to be some travel arrangements
22  for your students in terms of attending a night
23  game for Edgewood; correct?
24  A  Parents or the students would drive themselves
25  home.

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 69 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 269

1 Q  Okay.  And have you seen students attend night
2     games for Edgewood at other facilities?
3 A  Yes, I've seen students at the games.  The
4     attendance just isn't as robust.
5         MR. INGRISANO: Time, please.
6 Q  So the students, with respect to the ones that do
7     attend the night games, do get to experience the
8     camaraderie that you are speaking of; correct?
9 A  I'm sorry.  Can you repeat that one?
10 Q  The students that do attend the night games do get
11    to experience the camaraderie that you referred to
12    in response to your answer; correct?
13 A  Our Edgewood students.  Just not the grade school
14    or campus school students that we're trying to
15    recruit don't have that same opportunity.  They
16    would have to leave their school to come to the
17    afternoon game.
18 Q  Are you aware of -- well, let me take that back.
19        With respect to night games, any
20    prehigh schoolers that you are trying to recruit
21    would need to travel whether the game was at
22    Edgewood or whether the game was elsewhere,
23    wouldn't they?
24 A  Well, if we start our game at 4:30, then they're
25    not at -- they may still have requirements at

Page 270

1     their school and they can't come to our game at
2     that time of the day, where at night the middle
3     schools in the city typically don't have
4     activities going on.
5 Q  Okay.  But that would be true whether the night
6     game was held at Edgewood or held elsewhere;
7     correct?
8 A  Depending on where they live, there may be some
9     difference.  But it would -- there would be some
10    students if we had it at either place.
11        MS. ZYLSTRA: Can we take a short
12    break?  I might be close to done.  Go ahead.
13        MR. HANSEN: Going off the record
14    at 5:36.
15        (Recess)
16        (Exhibit No. 94 marked for
17         identification)
18        MR. HANSEN: We're back on the
19    record at 5:42.
20 Q  Mr. Elliott, one of the things you had mentioned
21    was partnerships with nonprofits.  Do you recall
22    that?
23 A  I do.
24 Q  Edgewood has continued to have partnerships with
25    nonprofits with regard to use of other facilities

Page 271

1     it has; correct?
2 A  What do you mean by other -- like other spaces in
3     the school?
4 Q  Correct.
5 A  Some.
6 Q  And you've had partnerships with nonprofits
7     regarding daytime use of your field; correct?
8 A  We have had limited amounts.  It's typically a
9     Saturday is all we can offer or possibly a Sunday.
10 Q  Okay.  But, for example, you've had like
11    Madison 56ers use your field; correct?
12 A  Yes.
13 Q  And those have occurred even without the lights;
14    correct?
15 A  Yes.  There are much more asks than we can
16    accommodate, because if we had the ability to
17    practice with the lights, we could take on that
18    many more groups who don't have fields and don't
19    have places to go so that our teams could also be
20    taken care of.
21 Q  Okay.  Going back in time, and I'm not sure if you
22    answered this question earlier and if you did I
23    apologize.
24        The Dudgeon-Monroe Neighborhood Association
25    and the Vilas Neighborhood Association, they

Page 272

1     supported a number of projects over the years that
2     Edgewood wanted for purposes of changing its
3     buildings and its space at Edgewood High School;
4     correct?
5         MR. INGRISANO: Objection.  Form.
6     Vague.
7 A  I am not sure outside the ones that -- of the
8     high school.
9 Q  Okay.  Well, for example, you mentioned the fine
10    arts center; correct?
11 A  Correct.
12 Q  The neighborhood associations supported that;
13    correct?
14 A  Yes, they did.
15 Q  Okay.  The neighborhood associations supported the
16    parking expansion, correct, for the high school?
17 A  I would say they requested that, not supported.
18 Q  Well, whether they requested it or not, they
19    supported it too; correct?  They didn't --
20        MR. INGRISANO: Objection.  Form.
21    Argumentative, and asked and answered.
22 Q  You agree they supported that?
23 A  I would -- That was something that was required of
24    us for the neighbors because of frustrations that
25    they had with the parking that wasn't our fault.

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 70 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 273

1 Q   Did the neighborhood association show up and
2     oppose your request for the parking lot expansion?
3 A   Some did. They didn't like the lighting that was
4     added to there, so there was some in favor and
5     some opposed.
6 Q   Okay. You've had a number of communications with
7     the city employees, the mayor, and city alders;
8     fair?
9         MR. INGRISANO: Objection. Form.
10        Vague.
11 Q  Regarding Edgewood's request for lights?
12        MR. INGRISANO: Same objection.
13 A   I've had some conversations.
14 Q  Are you aware of any oral statements made by any
15     city employee, the mayor, or city alder that the
16     city acted improperly in any way? Did any city
17     employee, the mayor, or alder say that to you?
18        MR. INGRISANO: Objection. Form.
19 A   I would tell you that on a walk around our field
20     at the very beginning of this with the mayor she
21     had a conversation stating that it was a beautiful
22     venue and we should be able to have lights, and I
23     took that as something that would be her working
24     with us and for us and, you know, I think the
25     other frustrating part for me is an alder is

Page 274

1     supposed to represent its whole district, and I
2     understand that an alder will have their
3     preference one way or another but very seldom do
4     you have an alder in a situation that they lead
5     the charge against one of their constituents or
6     one of their groups, and unfortunately that's what
7     we've had to work with with our alder, and he will
8     do whatever it takes to stop us.
9 Q   Mr. Elliott, I asked you about any oral statements
10     by any city employee, the mayor, or city alder
11     that indicated to you, any statements where they
12     indicated to you that the city acted improperly.
13     You've identified the walk around the field with
14     the mayor. Are there any others?
15 A   I just believe that some of the correspondence --
16     I believe we have -- I believe we have talked with
17     others who have given us reason to believe that
18     the path we would follow would lead to us getting
19     our lights, and even to the point of pivoting in
20     another direction that cost us substantial dollars
21     in representation, and they -- I took them at face
22     value that what they were telling us was the
23     direction to go and how we could get it done.
24 Q   And I'm asking specifically, sir, about oral
25     communications that you personally would have had

Page 275

1     with any particular individual. I accept all the
2     written correspondence, but any verbal
3     communications that you've had with any city
4     employee, city alder, and the mayor in which they
5     said to you that the city acted improperly in any
6     way, are you aware of any such communications?
7 A   That the alder acted improperly or, excuse me,
8     that the person --
9 Q   I'm trying to get at the idea -- We've covered a
10     lot of material. So if there are oral
11     statements -- I don't want to get to trial,
12     Mr. Elliott, and have you say, I had a
13     conversation with Tim Parks at the city and Tim
14     Parks stated X, Y, or Z. The city was wrong to do
15     this, the city acted improperly, et cetera.
16        Did you have any such communications with any
17     city employee, with any alder, or with the mayor?
18 A   Not that stated that.
19 Q   Okay. I'm going to show you one last exhibit,
20     Exhibit 94. The title of this is Plaintiff
21     Edgewood High School of The Sacred Heart, Inc.'s
22     Responses to Defendants' First Set of
23     Interrogatories. Do you see that?
24 A   I do.
25 Q   And the last page of the document has your

Page 276

1     signature; correct?
2 A   It does.
3 Q   And as to the -- it's dated March 16 of 2022;
4     correct?
5 A   Correct.
6 Q   Is the information contained in this document true
7     and correct to the best of your ability?
8 A   It is.
9        MS. ZYLSTRA: I have no further
10     questions. Thank you, Mr. Elliott.
11        MR. INGRISANO: We'll reserve read
12     and sign.
13        MR. HANSEN: Going off the record
14     at 5:50.
15        (Adjourning at 5:50 p.m.)
16
17
18
19
20
21
22
23
24
25

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

Page 277

1   STATE OF WISCONSIN )
                        ) ss.
2   COUNTY OF DANE     )

3

4        I, Peggy S. Christensen, Registered Professional

5   Reporter and Notary Public in and for the State of

6   Wisconsin, do hereby certify that the foregoing video

7   deposition of MICHAEL G. ELLIOTT was taken before me

8   on May 10, 2022, and reduced to writing by me, a

9   professional court reporter and disinterested person,

10  approved by all parties in interest and thereafter

11  converted to typewriting using computer-aided

12  transcription.

13       I further certify that I am not related to nor

14  an employee of counsel or any of the parties to the

15  action, nor am I in any way financially interested in

16  the outcome of this case.

17       IN WITNESS WHEREOF, I have hereunto set my hand

18  and affixed my notarial seal of office at Madison,

19  Wisconsin, this 17th day of May 2022.

20

21

22
            Notary Public, State of Wisconsin
23          My Commission Expires August 7, 2024

24

25

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 72 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

**#**

**#3 (1)**
251:2

**$**

**$1.025 (4)**
46:3;117:19,22;
118:25
**$1.25 (2)**
47:11;48:10
**$1.5 (1)**
117:3
**$27,000 (1)**
143:9
**$400,000 (1)**
199:25

**A**

**abide (1)**
82:8
**ability (19)**
67:15;147:24;176:5;
189:25;200:21;201:1,
6;203:19;216:10;
219:6,14,16,18;220:12,
18;233:7;235:6;
271:16;276:7
**able (23)**
26:7;28:18,20;31:22;
34:8;35:1;47:8;106:23;
124:11;175:19,22,24;
176:2;182:13;204:2;
221:25;247:15;264:6,
7,23;265:7,10;273:22
**above (3)**
67:23;68:3;181:7
**absence (1)**
230:1
**absent (2)**
181:11;192:25
**academically (1)**
50:24
**accept (2)**
205:24;275:1
**acceptable (1)**
46:24
**access (1)**
144:16
**accidentally (2)**
10:15;17:8
**accommodate (1)**
271:16
**according (4)**
55:10;110:4;124:1;
188:8
**account (1)**
40:16
**accreditation (4)**
42:23;44:7,9,14

**accurate (9)**
44:18;80:1;102:17;
121:25;122:14;201:15;
209:15;242:3,5
**accurately (2)**
42:10;248:9
**accusing (1)**
64:18
**acorn-type (1)**
89:15
**acted (5)**
273:16;274:12;
275:5,7,15
**action (2)**
164:18;186:6
**actions (1)**
219:1
**active (2)**
70:18;112:24
**activities (9)**
20:7;34:24;37:15;
40:18;42:15;58:4;
169:6;175:22;270:4
**activity (1)**
34:5
**actual (5)**
27:15;55:13;116:8;
118:21;127:14
**actually (9)**
13:13;65:21;85:2;
137:6;140:7;186:8;
196:2;206:11,13
**add (11)**
74:23;124:25;
125:17;133:10;134:5;
135:22;150:16;151:3,
11;155:1;166:12
**added (3)**
121:2;227:10;273:4
**addendum (1)**
172:9
**adding (2)**
139:20;154:24
**addition (8)**
105:11,14,25;
106:19;108:19;180:16;
256:13;261:10
**additional (10)**
74:18;134:2,5;137:2;
160:13;166:8,13;
174:16;181:12;265:10
**additions (2)**
75:8;258:23
**address (7)**
40:21,22;67:22;72:3;
210:6,19,22
**addressed (1)**
94:4
**addresses (2)**
78:16;251:24
**addressing (1)**
79:21
**Adjourning (1)**

276:15
**administration (1)**
11:17
**Administrative (1)**
36:4
**Administrator (2)**
67:24;203:18
**admissions (1)**
16:21
**adopted (4)**
149:23;151:10;
156:22;162:20
**adopting (1)**
153:11
**advance (1)**
227:21
**advice (1)**
173:12
**advisory (1)**
57:25
**affect (1)**
242:20
**affected (3)**
220:10;255:23,24
**affects (1)**
265:16
**affirm (1)**
203:17
**Affirming (1)**
87:6
**afternoon (7)**
167:22,25;178:2;
266:14,18;268:13;
269:17
**again (25)**
10:24;27:11;30:16;
31:12;41:5;75:15;
85:16;99:6;107:2;
124:21;125:12;132:12;
149:1;157:21;161:2;
175:6;215:12,14;
221:6;222:17;232:13;
245:16;251:24;254:3;
266:16
**against (13)**
20:19;125:13;
135:12;136:2,12;
208:6;229:25;248:20;
252:19;253:14;256:12;
260:19;274:5
**Agenda (4)**
138:9,15;139:6;
227:12
**ago (4)**
11:25;49:4;141:25;
172:15
**agree (36)**
31:18;37:7,21;39:12;
43:2;48:11;49:19;56:8;
75:16;84:7;88:18;93:1;
98:11,19,23;112:22,22;
115:17;127:11;131:20;
132:24;152:14,18;

154:9,18;171:5;
186:11;189:18;192:10,
18,18,23;208:4;220:3;
260:14;272:22
**agreed (5)**
88:19;114:10,19;
206:18;232:6
**agreeing (1)**
82:7
**agreement (20)**
37:3;60:12,15,18,25;
61:3,10;71:12;92:1;
114:4;115:12;127:16;
171:10;187:22;192:15,
19;199:5,15,17;200:10
**Agreements (13)**
78:12,15;87:6,7,14,
18;88:25;212:17;
237:14;238:2,3,9,12
**ahead (36)**
26:14;27:21;29:7;
33:23;35:13;36:7,18;
39:7;25;43:20;44:4;
45:18;57:16;67:3;
72:18;73:1;93:7;96:16;
98:17;102:2;104:5;
107:24;131:16;132:17;
142:5;143:1;146:1;
152:13;162:13;167:1;
179:22;206:16;241:24;
257:16;259:10;270:12
**aid (1)**
121:21
**air (1)**
79:5
**aisle (1)**
258:5
**al (2)**
8:9;127:7
**ald (1)**
249:8
**alder (33)**
100:18;134:12,19;
142:18,20;143:16,23,
23;145:5;148:22;
149:3;168:12;207:3;
211:24,25;222:19,23;
229:11,12,19,22;233:6;
261:22;273:15,17,25;
274:2,4,7,10;275:4,7,
17
**alders (12)**
223:3;229:24;
232:16,17,23;233:4,10,
16,16,19;256:12;273:7
**alive (1)**
184:8
**Allen (1)**
168:12
**alleviate (1)**
133:23
**allow (12)**
38:3;58:24;59:8;

125:2;129:17;134:1;
149:19,24;199:20;
249:13;255:2;262:3
**allowable (1)**
164:13
**allowed (13)**
46:15;125:17;
131:12,21;181:11;
190:2;192:2,5,22;
217:19;218:5,20;
239:12
**allowed! (1)**
183:15
**allowing (2)**
130:5;248:20
**almost (1)**
72:12
**alone (2)**
80:16,22
**along (6)**
25:17,25;80:6;85:25;
86:5,14
**alteration (3)**
145:12;164:11,20,23
**alternative (1)**
50:25
**Although (3)**
127:5;137:5;171:9
**alum (3)**
14:3;257:11;258:6;
260:15
**aluminum (2)**
147:18,20
**alumni (1)**
256:20
**always (9)**
18:17;80:14;91:20,
21;92:2;122:20;
123:17;242:23;262:16
**ambient (2)**
79:11;167:8
**amend (13)**
130:20;133:9;
149:23;151:9;160:24;
166:6;172:16;174:1;
182:25;204:2,10;
224:9,18
**amended (1)**
181:2
**amending (5)**
129:18,22;176:22;
214:8;225:2
**amendment (50)**
129:6;130:7;133:25;
134:5;135:8,13;136:3,
13;137:9;142:21;
143:12,13,17;144:3,5,
20,22;145:13,20;
148:25;149:5;150:8,
16;151:15;155:2;
159:10,25;165:6;
172:7,19,22;173:1,7,
10,18;174:19;186:14;

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 73 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

188:16;190:3,10,20;
192:25;214:12,18;
215:1,24;217:13;
222:21;223:6,12
**amendments (3)**
113:17;144:4;174:5
**American (1)**
17:22
**amount (3)**
47:13;124:14;253:22
**amounts (1)**
271:8
**amplified (1)**
191:3
**and/or (3)**
24:22;146:6;148:7
**announced (1)**
18:8
**annual (2)**
36:9;123:7
**answered (11)**
73:1;111:19;112:2;
115:6;132:17;204:13;
213:17;222:12;260:18;
271:22;272:21
**Anthony (1)**
257:5
**anticipate (1)**
26:10
**apologize (6)**
84:24;95:14;107:14;
240:14;246:20;271:23
**Appeal (8)**
196:20,22;197:6,10;
201:25;203:2;255:19;
256:5
**appealed (2)**
196:7;255:9
**appealing (1)**
255:16
**Appeals (8)**
196:25;202:2,15;
203:12,14,16,24;204:8
**appear (4)**
79:22;108:3;117:15;
191:10
**appearances (2)**
8:14;203:7
**appearing (3)**
8:25;203:9,13
**appears (11)**
62:23;63:1;64:4,19;
98:9;99:1;116:2;169:2;
198:24;209:10;257:9
**applicant (2)**
251:6,25
**application (31)**
56:3,9,14;150:4;
164:11,19,22;175:18;
179:19;180:2;181:7,9,
17,21,24;183:13;184:2,
21;185:23;196:20;
239:3,6,21;240:13,17,

21,22;250:3,17;261:10,
14
**applications (2)**
185:24;240:3
**applied (1)**
84:8
**appreciate (4)**
69:3;137:5,19;
264:14
**approach (1)**
119:9
**approached (1)**
14:1
**appropriate (1)**
200:13
**approval (24)**
62:19;66:14;68:3;
72:23;101:8,16,22;
102:21;103:9;104:1;
105:22;106:4,11,20;
130:13;179:10;181:12;
183:13;184:6;217:22;
218:24;251:17;255:1,3
**approvals (1)**
65:23
**approve (3)**
105:25;135:7;247:3
**approved (19)**
54:14;86:11;92:5;
113:16;135:24;148:3,
4;164:12;181:25;
182:15,20,24;190:10,
20;191:13;198:2,4;
217:17;239:12
**approving (3)**
135:12;136:3,12
**approximately (1)**
74:23
**April (4)**
25:20;66:10;196:23;
197:20
**architect (2)**
101:1;102:9
**Architectural (5)**
86:17;100:21;106:2,
23;108:11
**architecture (1)**
61:20
**area (15)**
17:19,20;35:10;51:3;
85:25;86:8,13;109:23;
117:24;118:12;123:6;
124:2;127:15;170:16;
217:25
**areas (1)**
95:2
**area's (1)**
50:23
**argue (2)**
189:11;192:17
**argued (1)**
248:20
**arguing (1)**

204:7
**argument (1)**
113:18
**Argumentative (10)**
38:8;136:16;155:21;
182:22;192:4;220:6,
17;247:20;265:22;
272:21
**arguments (1)**
203:25
**Arnsten (1)**
168:13
**around (21)**
17:18;48:21;104:10;
109:1;119:17;142:7;
148:12;158:6;159:1;
173:5;188:6;193:22,
22;222:19;223:4;
231:17;263:3;265:14;
268:16;273:19;274:13
**arranged (2)**
178:4,9
**arrangement (1)**
199:4
**arrangements (1)**
268:21
**arrow (2)**
63:3;64:5
**art (2)**
87:24;97:23
**article (14)**
24:25;116:3,7,9;
117:2,11,15,18;119:18,
21;121:6;124:19;
125:9;126:5
**arts (8)**
37:19;38:15;105:10,
11,25;106:19;107:5;
272:10
**aside (1)**
205:1
**assistance (1)**
108:17
**Assistant (3)**
180:8;217:4;218:3
**assists (1)**
36:10
**associated (1)**
108:12
**Associates (3)**
169:25;170:3;173:16
**Association (21)**
44:12;45:4;54:13,22;
70:12,12,22;71:12;
92:8;135:1,2;160:9;
197:12;208:13,14;
209:12,23;238:13;
271:24,25;273:1
**associations (18)**
60:7,17;70:17;71:17;
72:15;93:2;98:7;
101:16,22;102:21;
103:10;124:9;125:13;

171:1;207:21;238:4;
272:12,15
**association's (2)**
58:23;59:7
**assume (5)**
11:3;94:4;108:23;
231:8;233:18
**Assumes (1)**
45:18
**assuming (2)**
187:20;242:19
**athletes (1)**
124:12
**athletic (91)**
14:11;23:24;24:4,8;
25:16,24;26:4;34:5,14;
39:24;40:8;42:15;
45:21;46:3;47:9,13,20;
49:17,22;52:14,18,22;
58:18;77:11,21;93:4;
95:20;98:13,25;99:18;
111:12;119:15;121:22;
124:5;126:16;138:20;
141:9;149:17;150:7,
18;151:23;152:5,8;
153:10,20;154:4,10,19;
155:12,14,22;156:21;
157:2,15;158:19,19;
162:20;164:13;165:5;
166:14;167:24;175:1,
11;178:14;180:18,19;
181:10;186:8;195:25;
202:1;210:15;217:18;
218:21;219:19;220:2;
222:6,15;243:10;
249:14,24;250:4;
257:5;259:16,20;
262:3,16;265:7;267:8,
22;268:1,3
**athletics (5)**
24:5,6,15;28:22;
38:16
**attached (8)**
116:9;134:11;
168:18;171:17,21;
191:4;239:5,16
**attaching (1)**
224:2
**attempt (1)**
39:20
**attempting (1)**
118:25
**attend (9)**
127:20;202:8;
226:11;252:14;265:19;
266:11;269:1,7,10
**attendance (1)**
269:4
**attended (6)**
80:10;202:18;
211:15;215:20;228:5;
237:22
**attending (3)**

128:16;212:4;268:22
**attention (20)**
25:9;43:9;50:17;
54:24;59:19;66:13;
71:1;104:14;126:12;
152:17;179:14,16;
180:15,23;183:7,11;
210:13;248:3;249:5;
253:5
**attorney (18)**
162:6,6;163:14,19;
178:24;180:8,8;
181:16;183:3;186:22;
196:16;197:3;204:19,
20;205:14,15;217:4;
218:3
**attorneys (2)**
203:9;228:12
**attorney's (1)**
229:15
**attract (1)**
51:23
**attracting (1)**
51:11
**August (24)**
25:1;54:21;56:15;
206:21;207:18;208:9;
209:18;210:8;211:11;
212:5,5,22;215:3,21;
216:4;217:5;221:3,8,
23;222:15;225:14,18;
237:9,21
**automatically (1)**
88:7
**available (5)**
27:25;30:5;126:3,7,7
**Avenue (1)**
76:19
**average (2)**
121:18;166:19
**avoid (1)**
103:8
**aware (96)**
20:3,6;23:2,5,6;24:3,
8;28:6;34:13,20,23;
35:3,4;39:3,8,15;
42:17;52:18,20;53:13,
16;54:2,4,6,7,11,11;
55:21;56:21,24;57:3,
11;58:21;59:4,5,12,14,
18;60:1;61:13;68:22;
71:20;73:6,10,11;
79:20;80:23;96:7,9;
103:20;132:21;133:13;
165:3,7,8,13,23;169:9;
176:16;177:19,24;
178:14;193:6,10,11,12;
194:1;207:15;208:11;
216:3;219:4,17;222:7,
13,14;223:1,2,8;
225:13;226:3;236:24;
237:1;238:2;240:2,21;
255:25;256:3,23;

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 74 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

257:2,13;265:12;
267:13,15;269:18;
273:14;275:6
**away (8)**
21:25;33:1,19,20,21;
79:8;263:15,22
**awhile (3)**
39:11;120:1;141:25

**B**

**back (47)**
11:25;50:7,11;53:5;
54:4,8,14;56:23;57:6;
58:22;59:5,16;60:20;
61:11;65:6;70:16;
73:12;78:2;90:8;92:7,
22;93:1;94:12;103:3,
25;109:1,9;111:14;
147:17;148:9;151:23;
154:22;161:19;170:5;
174:16;185:1;188:5;
190:7;194:23;225:17;
250:15;251:16;268:17,
19;269:18;270:18;
271:21
**background (3)**
11:15;16:19;44:7
**bad (7)**
21:19;27:12;31:12;
75:15;112:9;161:2;
210:20
**Badger (1)**
33:1
**Balistreri (2)**
69:17;195:7
**Balistreri- (2)**
100:16;103:5
**Balistreri-Clarke (7)**
71:25;93:23;100:8;
101:2;102:14;109:11;
195:4
**Balistreri-Clarke's (1)**
104:19
**Balistreri's (1)**
72:6
**balked (1)**
124:3
**Barrier (5)**
170:11,17;171:3,6,9
**barriers (1)**
251:9
**baseball (11)**
22:17,21,22;24:10;
27:3,9,16;29:18,22;
31:8;120:25
**based (14)**
38:2;71:9;81:17;
86:7;163:23;173:8;
182:23;183:13;186:21;
191:7;212:4;220:7;
233:20;259:20
**bases (1)**

173:25
**basically (3)**
35:12;67:13;131:2
**basics (2)**
104:14,15
**basis (3)**
46:23;177:3;253:21
**basketball (5)**
20:14;22:3,5,13;
26:25
**Bates (2)**
163:22,23
**bathroom (1)**
200:3
**bathrooms (2)**
147:23;199:24
**battle (1)**
112:8
**bearing (1)**
210:14
**beautiful (1)**
273:21
**became (7)**
57:3;58:21;59:4;
78:22;126:3;141:18;
189:5
**become (4)**
13:24,25;126:6;
265:13
**becoming (1)**
242:25
**began (3)**
24:14;70:8;172:13
**beginning (7)**
66:23;120:4;173:4;
179:3;188:20;244:22;
273:20
**begins (4)**
94:8;156:18;179:13;
205:13
**behalf (9)**
8:18,21,24;67:6;
70:4;82:4;162:8,15;
203:13
**behind (2)**
253:6;254:1
**belief (4)**
154:14;157:13;
159:25;181:20
**believes (3)**
111:18;190:9,19
**below (5)**
73:20;138:15;
258:22;259:7,13
**benefit (6)**
101:9,20;103:15;
117:8;129:20,21
**benefits (2)**
103:7;120:23
**besides (1)**
208:12
**best (14)**
10:10;19:19;28:17;

67:15;69:25;113:5;
124:13;178:16;186:21;
213:19;224:15;226:13;
255:8;276:7
**better (6)**
99:11;111:18;112:2;
149:24;245:10;262:24
**beyond (2)**
56:18;189:6
**Bidar (8)**
226:9;227:5,10;
228:19;231:6,17,25;
232:5
**big (3)**
245:1;262:7;265:12
**bigger (2)**
120:13;150:21
**biggest (3)**
262:12,16;264:20
**Bill (1)**
55:10
**blaming (2)**
135:18,21
**bleachers (4)**
58:7;144:6;147:19,
20
**blinds (2)**
88:6,12
**block (1)**
63:13
**Board (27)**
15:12,16,25;16:2,4,8,
13,22;18:11;110:8,10,
16;112:6;113:1;115:1;
154:7;196:25;202:1,
15;203:11,14,16,24;
204:8;230:20,22;
259:14
**boards (2)**
15:20;242:23
**boardwalk (2)**
84:20;85:11
**bollards (1)**
89:16
**boom (1)**
121:2
**Born (1)**
11:22
**both (33)**
10:7;12:9;27:17;
29:13;32:3;71:17;
72:10,15;83:25;84:12;
118:5;121:17;128:5;
142:14,15;143:24;
147:15;167:16;173:12;
208:1,2,5;215:4,24,25;
216:24;217:12,16;
218:3;258:4,4;268:5,7
**Bottom (21)**
63:22,23;64:3;65:10;
79:2;85:14,16,18;95:8;
110:22,23;120:20;
133:14;134:18;155:6;

163:21,22;187:12;
236:1;250:10;259:7
**Boulevard (1)**
68:1
**box (1)**
84:16
**Boy (1)**
141:25
**Boyce (1)**
223:24
**boys (13)**
26:25,25;27:1,1,2,3,
4,6;31:8;32:3,7,10;
126:22
**brand (2)**
104:6;128:23
**break (11)**
11:7,8;48:6;50:1;
109:1;156:6;161:12;
194:14,25;266:21;
270:12
**Breese (4)**
28:4;29:25;30:2;
199:2
**Breitenbach (3)**
126:21;127:5,11
**Brian (10)**
160:1,2;162:19;
168:12;173:15,17,22,
25;177:16;254:12
**brief (1)**
11:14
**briefly (2)**
45:20;237:16
**bring (3)**
60:3;70:25;111:11
**bringing (1)**
262:12
**Brinkman (4)**
257:5,11,13,19
**broadening (1)**
38:17
**broader (1)**
189:22
**broken (1)**
263:24
**Brook (1)**
55:11
**brought (7)**
25:23;57:17;59:19;
139:9;141:11,18;228:9
**buffer (4)**
83:18;84:18;85:10,
23
**build (7)**
26:3;104:24;124:24;
137:25;138:24;144:11;
151:3
**building (37)**
24:4,15;26:8,17;
52:6;66:16;67:25;
73:22;83:2,3;85:15,19,
20;86:1,10,21;87:21,

24;88:2,11;89:7;90:15;
92:3;101:8;103:15,17,
19,23;104:3,16;105:18,
20;124:11;176:9;
217:24;249:13;265:16
**buildings (15)**
75:6,10,19;79:3;
80:5;82:11,23;83:5,13;
86:18,24;96:18;
103:10,22;272:3
**built (1)**
103:16
**bullet (5)**
79:2;81:6;98:20;
138:19;200:25
**bulleted (1)**
198:23
**bumped (1)**
235:13
**bunch (1)**
138:12
**burden (2)**
262:4;264:3
**burdening (1)**
264:17
**bus (3)**
33:11,19;263:5
**buses (2)**
33:24;266:19
**business (2)**
11:17;12:18
**butcher (1)**
19:18
**buy-in (2)**
72:24;73:3

**C**

**call (6)**
27:14;46:19;110:17;
150:21;203:7;211:9
**calling (2)**
151:17;155:18
**Calls (9)**
35:13;102:7,25;
103:13;161:8;179:9;
182:17;219:10;256:18
**camaraderie (9)**
266:5,7;267:19,21,
22;268:1,2;269:8,11
**came (12)**
57:9;112:10;119:4;
163:24;179:16;221:9;
245:21;246:24,25;
254:15;260:5;266:3
**campus (57)**
18:20;23:25;26:18;
53:18;61:4;69:4,11,18;
71:3,8;73:17,21;74:1,
10,21;77:14;79:3;
80:18,20;81:12;89:23;
90:5,7,11;91:4,6;94:9;
102:12;107:12;108:10;

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 75 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

118:13;123:12,21;
127:18;134:1,6;
149:23;156:22;162:21;
167:4;180:20;181:1,1;
183:14;205:16,18;
206:3;242:21;243:8;
244:8,9;245:2,6;
249:10;262:13;266:4;
269:14
**Campus- (1)**
131:21
**campuses (1)**
149:21
**Campus-Institutional (7)**
53:15;61:15,25;62:9;
101:9;237:13;249:9
**campus's (1)**
206:6
**can (89)**
8:16;10:24;11:8,14;
12:6,16;16:4;22:15;
29:8;30:15;31:18;
34:22;35:9;36:5;38:9;
39:2;41:12;42:7;45:9;
46:19;49:1,25;50:10;
57:21;59:3;62:15,20;
63:14;64:22;66:7;
77:24,25;78:1;79:7;
92:16;95:10;99:16;
108:3,14;115:19;
119:22;120:3,8,13,16,
19;124:14;130:25;
136:19;137:7;140:19;
141:23;143:4,9,25;
144:21;147:8;148:13;
155:5,17;160:11;
161:24;164:25;177:7;
180:3;184:7;189:18;
190:9,19;193:7,15;
194:13;228:15;230:7;
235:15;236:25;240:9;
242:11;246:17;262:23,
24;265:18,25;266:2,
25;269:9;270:11;
271:9,15
**Cantrell (2)**
214:15,24
**capacity (5)**
15:22;109:19;200:2,
3,3
**caps (1)**
113:15
**capture (1)**
39:20
**captured (2)**
124:21;242:1
**care (1)**
271:20
**career (1)**
14:4
**carefully (1)**
84:17
**Carey (1)**

72:10
**Case (7)**
8:11;24:24;77:4;
104:23;189:11;192:17;
229:9
**casual (3)**
61:7;121:8;122:17
**Catholic (17)**
14:7,11;19:2,7;
35:24;36:1,22;37:1;
39:4;51:3,5,6,13;52:1;
262:25;265:17,18
**cced (1)**
168:13
**cease (1)**
178:3
**Cell (1)**
238:7
**center (2)**
105:10;272:10
**Central (1)**
44:13
**certain (3)**
180:13;185:22;230:1
**certainly (4)**
144:4;232:7;240:9;
268:20
**certifications (1)**
14:14
**certified (2)**
165:16,21
**cetera (2)**
251:9;275:15
**challenge (1)**
264:22
**challenged (1)**
96:23
**challenges (1)**
50:23
**challenging (1)**
189:9
**chance (4)**
40:5;55:8;100:13;
209:2
**change (24)**
53:22;61:19;62:8;
103:10;129:2,6;
136:19;148:3;178:13;
186:14;188:16;191:22;
193:24;215:24;217:13;
220:13;221:21;222:2,
7,14;223:2;228:20;
231:18;233:19
**changed (11)**
60:15;61:14,14;
99:24;148:2;188:13;
189:16;193:18;216:10,
13;253:19
**changes (11)**
45:9;49:16,22;61:24;
62:4;80:24;212:16;
215:5;232:18;237:12;
242:13

**changing (5)**
104:3;192:1,6;
225:10;272:2
**chapel (2)**
96:22;97:23
**Chapters (1)**
94:15
**Char (1)**
56:13
**charge (3)**
23:18,22;274:5
**charges (4)**
23:21,23,23;24:1
**check (1)**
222:5
**cheek (1)**
143:21
**cherish (1)**
264:11
**child (1)**
266:22
**children (1)**
33:21
**choice (1)**
121:10
**choose (1)**
128:9
**church (1)**
36:23
**churches (1)**
262:22
**CI (10)**
164:11;212:16,19;
214:8;215:24;217:13;
231:19;232:18;237:15;
249:9
**circle (1)**
76:13
**circles (1)**
193:23
**circulation (1)**
68:2
**citation (1)**
196:3
**citations (2)**
160:17,21
**City (150)**
8:8;14:21,25;25:5,7;
29:23;30:4;33:5,10;
35:7,11;52:12;53:14;
54:9;56:18;61:14;
62:19;65:23;68:2,9,20;
69:20;86:9;90:5;91:7,
22,23;100:18,19;
104:1;105:2,23;
106:15;112:7;118:2,
14;125:3;129:1,13,15;
130:18,22;131:11,20;
132:13;135:7,11;
136:1,11;144:17;
145:8,18;152:2;155:7;
160:4,13,16;161:5;
163:13;164:23;165:4,

9,14;170:10;172:10,16,
21;175:2,13,18;
176:16;177:1,4,9,20;
178:24;179:19,25;
180:7,8;181:16;
183:11;184:20;186:21;
189:1,3;190:9,19;
191:8,10;193:19;
195:17;196:17,22;
201:1,6;202:13;204:7,
19;205:13;206:22,24;
211:9;213:5,7,15,20;
217:4;218:2,3;219:2;
223:11;224:11;225:9,
15;229:14;233:25;
234:20;235:1,3,24;
239:3,5;244:1;249:6,
21;250:4,16;253:25;
254:14,22;261:8;
262:15;270:3;273:7,7,
15,15,16,16;274:10,10,
12;275:3,4,5,13,14,15,
17
**city-owned (1)**
30:1
**city's (12)**
66:9;129:9;130:5;
149:13,22;184:11;
191:22;202:1;227:12;
229:15;245:22;262:2
**citywide (1)**
234:4
**claim (5)**
153:7,8,14,16;174:8
**clarification (5)**
11:2;46:13;69:3;
112:17;137:19
**clarified (2)**
10:23;230:2
**clarify (4)**
10:23;27:22;34:13;
113:5
**clarity (1)**
30:15
**Clarke (2)**
100:17;103:6
**classes (21)**
95:22;98:15;99:3,20,
24,25;122:10,10;176:3,
5,6,13,23;177:6,21,25;
178:1,5;191:16,24;
264:7
**classify (1)**
129:16
**classroom (2)**
37:17;96:21
**classrooms (1)**
89:6
**clear (6)**
76:3;97:13;137:4;
182:6;189:19,21
**clearly (1)**
145:2

**client (1)**
162:16
**clip (1)**
93:13
**close (1)**
270:12
**closed (2)**
254:6,8
**closely (2)**
102:9;152:2
**closer (1)**
143:22
**club (1)**
32:15
**clubs (1)**
38:15
**CLVS (1)**
8:2
**Coach (1)**
127:7
**coaches (1)**
14:10
**cocurricular (1)**
37:15;38:14,17
**code (2)**
189:4;215:5
**coffee (2)**
232:1,5
**coincided (2)**
154:5,19
**Cokes (1)**
194:17
**Collaborative (1)**
197:20
**collectively (1)**
205:17
**college (63)**
12:5;15:17;18:24;
19:3,4,5,7,11,22,22:10,
16,22,24;23:2,6,9,14,
19;24:1,4,14;25:24;
26:3,8;31:16;69:18;
71:5;77:14;80:6,9,13,
16,19,20,21;82:15;
83:6,14,24,25;84:12;
94:18,24;96:25;102:8;
103:16;107:3,11;
109:12,14,18;112:9;
133:12;135:20;205:17;
210:6;242:20;243:8;
244:2,6,7,8;245:5
**column (4)**
25:13;79:2;89:2;
117:1
**coming (4)**
71:5;114:9;246:10,
22
**comments (1)**
67:22
**Commission (61)**
54:9;106:6,10,20;
153:4;172:10;181:12;
207:11,16;208:9;

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

210:10;211:11,25;
212:4,6,13,21,22;
213:4,14;214:7,16,25;
215:4,7,13,15;216:2;
217:4;218:11;221:4,9;
225:14;229:3,5,13,14,
25;234:18;235:11;
236:4,16;237:4,9,20,
21;243:21;245:22;
246:1,4;250:18,22;
251:1,17;252:6,10,16;
254:25;256:5,11;
261:17
commissioned (1)
169:11
Commission's (1)
255:16
commitment (2)
193:20;201:9
committee (48)
16:21,22;59:24;60:3,
4,6,21;70:4,9,23;71:10;
78:16,20;79:18,20;
80:2,10,11;81:18;
90:14,17,24;91:12;
92:9;93:1;98:4,7;
100:22;103:4;106:3,
24;110:17,18,20;
134:16;135:1;137:24;
138:10,23;139:10;
140:1,13;141:7,13;
152:2;172:2;176:14;
232:20
committees (7)
15:25;16:3,18,20,23;
18:10;60:17
Committee's (1)
134:10
Common (28)
106:7,10;143:25;
207:12;217:17;218:17,
25;226:4,11;227:16;
228:5,13;229:2;
233:10;234:16;243:20;
246:8,10,22;247:3,8;
248:5,23;255:25;
256:4,8,11;261:18
Commons (1)
261:10
communications (23)
90:18;91:2,11;129:1;
132:9,15,21;174:9;
176:16,20,25;177:4,9,
12,14;179:18,25;
181:15;273:6;274:25;
275:3,6,16
communities (2)
233:15;262:13
community (17)
52:6;117:8;118:6;
149:25;176:9;226:23;
254:4,5;262:7,7,11;
264:9,19,21;265:16;

267:4;268:7
company (1)
169:23
comparable (1)
79:12
compared (1)
122:11
comparing (1)
99:21
competition (2)
39:24;124:4
competitions (1)
23:12
competitive (28)
20:18;22:4,9;27:19,
24;29:3,10,19;30:11,
11,18,21;31:3;32:4,14,
25;33:8;50:24;53:7;
198:23;200:22;203:19;
220:12;221:2,7,12,16,
22
competitor (1)
52:10
compiled (1)
94:15
complained (2)
105:3;131:5
complaint (2)
131:9;195:18
complaints (4)
81:4;131:10,11;
141:17
complete (4)
11:12;25:19;106:23;
129:17
completed (7)
16:12;105:5,9;108:7,
11;154:5,11
completely (5)
10:9;23:14;26:17;
135:14;186:18
completeness (1)
99:5
complex (26)
23:3;24:4,9;25:16,
17,25;26:4;35:22;
45:21;46:4;49:17,22;
58:18;126:23;149:18;
150:7,18;151:23;
152:5,8;166:14;175:1,
12;249:15,24;259:16
compliance (3)
180:19;181:8;184:22
compliant (1)
183:13
complicate (1)
25:22
comport (1)
250:19
comprehensive (2)
25:6,10
comprised (1)
18:20

concern (9)
86:6;92:14;111:18;
112:1;113:4;209:5;
210:10,18;235:4
concerned (2)
115:3;157:9
concerns (10)
81:22;88:13;89:21;
122:15;140:24;141:2,
6,11,14;243:9
concessions (2)
172:14;200:3
conclude (1)
174:19
conclusion (4)
103:1,13;182:17;
219:11
conditional (32)
53:25;54:9;56:4,10,
14,22;57:5,14;58:1,24;
59:7,13,15;73:7;
105:13;217:22;249:9,
24;250:2,17,23;
251:18;252:18;253:13;
255:1,17;256:2;258:7;
261:9,13,16,23
conditions (5)
66:14,21,24;67:23;
68:8
conduct (1)
180:17
conducts (1)
22:4
conduit (4)
125:1,15,25;132:8
Conference (2)
33:2;149:21
conflict (2)
191:13;242:12
conflicting (1)
242:16
confused (2)
30:16;234:2
confusing (1)
10:20
conjunction (2)
78:17;84:17
connect (1)
233:7
connected (1)
106:24
connections (1)
133:4
Connors (3)
258:22;259:2,15
consent (1)
206:1
consider (1)
14:2
Consideration (4)
196:24;236:8;249:8;
267:2
considered (6)

129:12;183:21;
184:3;215:12,14;216:1
considering (6)
183:12;222:20;
223:5;224:21;225:2;
251:24
consistent (3)
190:1;192:21,23
constant (1)
193:20
constituents (2)
233:21;274:5
construction (5)
67:9;140:7,10;
217:24;250:11
consultant (2)
13:25;160:3
contact (3)
119:11,13,22
contacted (3)
45:3;140:9,21
contained (2)
66:17;276:6
contending (1)
184:20
contentious (1)
112:8
contest (1)
26:4
contests (5)
40:9;47:9;180:18,19;
265:7
continually (1)
103:17
continue (13)
18:4;23:22;44:13;
88:6;126:20;159:9;
163:4;187:21;189:11;
190:23;199:9;264:4,5
continued (4)
189:9,10;216:6;
270:24
continuing (4)
42:9;89:1;123:10;
192:16
contract (2)
37:3;131:19
contractor (1)
185:7
control (2)
73:5;170:17
conversation (33)
60:13;61:8;92:1;
121:7,8,14;122:3,18;
124:21;147:14;156:20,
25;157:4,8,19,25;
158:6,21;159:1,7;
174:21;193:12;194:2;
229:1;231:23,24;
232:1,4,14;244:16;
267:17;273:21;275:13
conversations (21)
60:1,11;61:9;90:2,

12,22;119:2;132:19;
150:24;165:17,18;
177:17;193:16;194:5;
200:5;222:23;223:1,3,
15;233:5;273:13
convince (3)
232:17,24;234:13
convinced (1)
231:22
coordination (1)
265:10
copied (2)
65:18,20
copies (2)
64:9;67:23
copy (11)
63:13,18;64:9;65:14;
163:18;164:1;168:6,
19;190:24;191:4;
239:15
corner (1)
25:1
corporate (2)
36:10;245:4
Corporation (1)
140:5
corrected (1)
151:16
correction (1)
114:16
correctly (49)
66:18;79:13;81:9;
84:21;87:10;88:8;89:9,
18;101:10;112:3,11,
18;113:1,6,20;117:9;
121:23;123:13;124:6,
16;134:3;143:14;
150:1;156:23;162:22;
163:4;164:15,20;
165:1;168:20;172:23;
180:20;181:3,13;
191:17;197:1;199:6;
201:13;205:19;206:4;
214:19;227:8;237:17;
242:14;248:7;249:15;
250:24;251:10;258:25
correspond (1)
73:21
correspondence (2)
274:15;275:2
cost (4)
141:19,23;143:8;
274:20
costs (1)
263:16
council (34)
56:15;106:7,11;
112:7;207:12;208:12;
209:4;210:9;217:17;
218:17,25;226:4,12;
227:4,17;228:5,13;
229:3;232:9;233:10;
234:16;243:20;246:8,

Min-U-Script®

Web Address - FTRMadison.com / E-mail - Office@FTRMadison.com (5) commissioned - council
For the Record, Inc. / (608) 833-0392

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 77 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

11,22;247:3,8;248:5,
23;255:25;256:4,8,11;
261:18
**counsel (16)**
8:13;36:10;41:23;
46:12;47:2;48:5;62:22;
65:18;78:9;92:16;
108:21;116:17;174:7;
224:14;228:10;238:20
**counted (1)**
154:15
**counter (2)**
233:4,6
**County (2)**
18:15,18
**couple (4)**
21:20;73:25;127:4;
155:14
**course (1)**
169:9
**Court (15)**
8:10;10:6,17;46:20;
63:6;64:14;69:16;
107:18;138:6;139:16;
166:4;202:22;208:21;
248:15;253:9
**covered (1)**
275:9
**COVID (2)**
255:21,23
**crafting (3)**
112:6;114:4,12
**crazy (1)**
199:22
**created (6)**
53:14;61:14,15,25;
78:15;235:5
**crowds (2)**
147:25;266:9
**Crusaders (3)**
126:22;127:6,12
**curb (3)**
75:23;76:16;77:2
**current (12)**
26:11;35:6;43:11;
52:23;126:2;127:1;
129:14;156:20;163:2;
187:17;190:2;259:16
**currently (10)**
12:13;21:5;24:4;
43:24;45:7,14;191:8;
194:6;198:22;220:24
**curriculum (1)**
12:21
**cut (4)**
64:4;75:23;77:2;
88:3
**cutoff (4)**
89:16;90:6;91:7,7
**cutout (1)**
76:16
**cycle (1)**
44:10

**D**

**damage (1)**
220:7
**Dane (2)**
18:15,18
**dangerous (1)**
123:20
**darkness (1)**
178:3
**date (22)**
8:4;15:6;68:14;70:8;
133:4;138:1;148:15,
17;155:25;167:18,19,
21;168:15;189:15;
219:8,20;223:8;
240:24;246:9,24,24;
258:16
**dated (35)**
25:1;42:23;66:10;
72:6;93:23;100:9;
110:6,24;111:6;116:4;
133:17;150:13;156:15;
162:2;171:15,18;
178:25;180:9;186:6;
187:5;195:4;196:17,
23;204:20;205:10,14;
209:18;217:5;237:4;
240:18;253:3;254:22;
257:6;261:5;276:3
**dates (9)**
16:6;68:18;169:3;
224:23;226:6;234:24;
235:11;245:11,17
**day (16)**
127:24;176:1;220:1,
25;221:3,25;225:13;
227:12;238:8;246:16;
266:7,9;267:21;268:1,
8;270:2
**days (1)**
163:12
**daytime (1)**
271:7
**day-to-day (1)**
36:12
**Dear (2)**
259:5,8
**debate (2)**
91:20;92:24
**debated (1)**
181:22
**December (7)**
93:23;133:17;
167:22,25;169:6;
245:22,25
**decibels (2)**
166:19,19
**decided (4)**
98:12;151:2;201:19;
207:3
**deciding (1)**

212:23
**decision (8)**
55:13;203:17,24;
239:10;252:5;255:9,
16;256:5
**declining (1)**
43:2
**decrease (1)**
49:14
**decreased (1)**
49:8
**decreasing (1)**
53:3
**deemed (1)**
21:25
**defendants (1)**
8:25
**Defendants' (1)**
275:22
**define (2)**
41:2;147:15
**defined (2)**
40:16;97:11
**defines (1)**
151:12
**defining (2)**
157:10;158:12
**definition (1)**
157:9
**degree (6)**
11:16,23;12:1,3;
14:13;28:22
**degrees (1)**
14:14
**delay (2)**
227:5;231:18
**delaying (4)**
231:13;232:3,13,17
**demand (1)**
136:7
**democratic (2)**
233:9;234:8
**denial (1)**
262:2
**denied (4)**
164:23;181:17;
182:18,19
**department (3)**
68:2;121:22;149:13
**depend (1)**
18:4
**depended (1)**
80:17
**Depending (1)**
270:8
**depends (1)**
91:5
**depicted (1)**
55:14
**depiction (1)**
167:8
**depictions (1)**
167:11

**deponent (1)**
8:11
**deposition (12)**
8:6;62:18,25;64:7,
21;65:15;171:13;
195:13;204:18;205:4;
211:8;217:2
**describe (2)**
36:5;139:24
**described (4)**
49:21;92:24;142:6;
191:12
**description (4)**
11:14;86:7;151:9;
154:24
**design (4)**
100:21;106:2,23;
108:12
**designed (2)**
84:17;90:10
**desire (4)**
26:19;91:17;92:12;
166:6
**desired (1)**
242:13
**despite (1)**
131:11
**details (1)**
105:22
**deterioration (1)**
123:11
**determination (1)**
225:11
**determined (1)**
56:16
**develop (1)**
120:2
**developed (1)**
244:12
**development (1)**
123:8
**diagram (1)**
85:6
**difference (3)**
244:17,24;270:9
**different (31)**
15:7;16:3;18:21;
27:25;31:9;34:7;45:13;
64:19;84:2;96:18,24;
97:11,24;98:21;
124:22;175:22;176:5;
185:1,17,19;187:19;
188:10;189:7,12;
193:4,24;233:20;
242:22,23;264:4;
266:19
**differently (1)**
91:25
**difficult (4)**
105:1;106:16;
242:22;243:1
**dig (1)**
133:3

**diligently (1)**
149:22
**dimensions (1)**
31:8
**diocesan (1)**
51:25
**direct (8)**
25:8;43:9;50:17;
54:24;89:6;120:18;
126:12;180:15
**directed (2)**
160:1,12
**Directing (5)**
66:12;180:23;248:3;
249:5;253:5
**direction (8)**
42:11,14;186:17,21;
224:11,15;274:20,23
**directions (1)**
193:18,18
**director (4)**
126:16;178:14;
222:6;257:6
**Directors (1)**
15:13
**disagree (3)**
48:13;49:19;104:19
**disagreed (1)**
158:12
**disagreement (1)**
135:16
**disagrees (1)**
164:5
**discriminated (3)**
135:11;136:2,11
**Discuss (2)**
70:24;164:25
**discussed (6)**
91:13,16;145:12;
185:4;195:18;215:6
**discussing (3)**
76:6;135:3;211:15
**discussion (10)**
80:7;92:9;114:18;
130:22;164:14;214:8;
222:18;223:9,10;
236:10
**discussions (15)**
26:2,6;55:21;61:18;
80:1,8;91:25;92:7;
129:5;130:18;132:13;
148:7;165:9;224:7;
225:23
**displayed (1)**
40:18
**dispute (1)**
104:19
**disruptive (1)**
266:11
**distinct (1)**
242:11
**distinction (1)**
29:6

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 78 of 99
Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.
Video Deposition of Michael G. Elliott
May 10, 2022

**District (16)**
8:9,10;53:15;61:15,
25;62:9;131:22;
134:12;212:16;214:8;
231:19;232:18;237:13;
249:8,10;274:1

**division (1)**
66:9

**DMNA (1)**
72:10

**D-MNA (1)**
56:15

**DMNS (1)**
200:25

**document (82)**
25:5;40:1,2,5,9,25;
41:10,11,12,13,16;
42:5;43:6,20,22;52:4;
55:17,18;56:9,12;57:1,
1,21;58:13,19;62:20;
66:2,4;67:10,13;68:22;
74:4;77:23;82:4,7;
86:7,13;90:21,23;
93:18;94:25;96:19;
100:3;103:19,19;
104:11;110:5;111:21;
116:25;120:11;140:4;
142:13;152:24,25;
153:1,3;154:13;
168:23;180:10;184:12;
187:2;191:1,13;
197:19;198:1,11;
208:25;209:5;210:22;
211:12;214:3;217:6,
10;230:13;236:22;
237:1;238:22;239:15;
257:16;260:25;275:25;
276:6

**documents (3)**
195:12,16;211:10

**dollars (1)**
274:20

**Dominican (12)**
19:12;35:17;36:24;
37:4,9;38:5,21;39:9;
42:10;83:2,5;262:25

**donating (1)**
119:9

**donation (2)**
47:12;118:25

**done (18)**
61:21;75:17;90:21;
92:10;105:2,14;
131:18;148:4;152:9;
155:12;161:6;178:18;
193:17;224:25;226:8;
252:12;270:12;274:23

**donors (1)**
263:16

**double (1)**
82:20

**doubt (1)**
260:13

**Doug (2)**
100:17,24

**dove (1)**
104:8

**down (22)**
10:6;25:13;43:12;
56:6;57:22;58:4;73:19;
86:14;88:3;89:11;
120:22;123:23;127:4;
170:11;172:6;174:23;
179:8;181:5;186:16;
198:16;200:25;266:21

**draft (5)**
94:14;98:9;198:1,2,4

**drafted (2)**
68:22;69:5

**drafting (4)**
69:11,21;94:20;
171:25

**drafts (3)**
94:21;95:4;98:3

**dramatic (1)**
152:15

**dramatically (5)**
101:7;147:16;153:9;
199:16;216:10

**drawings (1)**
155:14

**drawn (4)**
29:6,7;63:3;64:5

**drive (15)**
33:17,17;34:1;84:19;
85:11,24;89:8;127:17,
21,25;128:2,6,16;
268:16,24

**driven (1)**
135:14

**dry (1)**
122:11

**Dudgeon- (1)**
54:21

**Dudgeon-Monroe (4)**
70:11;135:2;208:13;
271:24

**due (2)**
123:10;255:21

**dumpsters (1)**
83:17

**Dungeon-Monroe (1)**
134:10

**duration (1)**
201:11

**during (6)**
11:7;59:20;80:25;
232:15;234:15;241:17

**duties (1)**
12:17

---

**E**

**earlier (14)**
41:23;45:20;47:5;
53:6;65:14;69:1;102:9;

156:20;157:1,20;
227:12;238:8;240:5;
271:22

**early (6)**
123:8;193:16;194:4;
205:18;263:10,12

**earn (1)**
262:10

**easier (5)**
104:24,24;116:11;
120:11,13

**east (1)**
128:11

**easy (1)**
43:7

**Ed (3)**
94:15,17,18

**Edgedome (5)**
22:6;77:7,10,13,16

**Edgewood (391)**
8:7,19,21;11:18;
12:14,24;13:7,11,18,
24;14:3,5,9,24;15:3,11,
22;17:10;18:2,4,12,20,
23,24,24;19:2,4,10;
20:24,25;21:9,15,22;
22:10,16,22,24;23:2,6,
8,13;24:3;25:16,24;
26:7,20,21;27:19,23;
28:17,20;29:11,12,19;
30:4,10,18;31:3,15;
32:4,14,20;33:3,11,19,
24;34:4,23;35:6,21;
37:3,22;38:9,12,25;
42:18,23;43:1,24;
44:11;45:8;47:12,20,
25;50:23,25;51:6,12,
17,18,23;52:10;53:6,
17,21,25;54:4,11,19,
25;55:23;56:3,23;
57:13,23;58:22,24,24;
59:5,6,8,12,14,21,25;
60:5,12,18;61:10,23;
62:3;66:25;67:6,10;
68:7,23;69:1,4,6,11;
70:3,5,18;71:3,11;
72:11,23;73:8;74:1,7;
76:19;77:15;79:5;81:3,
19;84:19;88:19;89:8,
23;90:25;91:17;92:2,
13;95:20;97:17;98:11,
13,25;99:18;101:21;
102:20;103:8,15,25;
106:22;108:10;109:12,
14,18;110:13;114:10,
19;115:13,15;117:3,
24;118:3,6,8,9,10,11,
14,17,18,22;123:5,19;
126:17;127:22;128:2,
7,18,22;129:17,21;
131:23;132:7,14,25;
133:9,25;134:1,15,25;
135:12,25;136:2,12,23;

137:23;138:9,22;
139:19;140:1;141:8;
146:10;147:9;149:20;
152:10;153:4,8,15,20;
156:22;160:5,23;
161:5;162:6,9,16,17;
164:10,25;165:10,19;
166:8;167:24;168:24;
169:10;170:2;171:2,
18;172:8;174:24;
175:10;177:25;178:4,
9;179:5,20;181:24;
182:10;183:14,20;
185:7,11,24;186:5,12,
13;187:8;190:1,25;
191:5,11;192:1,7,12,
22,24;193:7,14,15,21;
194:3;195:17,24;
196:2,7,20;197:3,7,11;
198:25;199:9,20;
200:11,13;201:8,15,23;
203:13,25;204:1,9;
205:15,16,16,17,25;
206:6,19,21,24;207:17;
208:6;209:1,22;
217:19;218:4,20;
219:2,6,7,17;220:4,7,
10,13,24;221:7;222:19,
20;223:5,11;224:8,18,
21;225:2;226:4;
229:16;234:20,25;
235:10;238:3,12;
240:2,17,21;243:8,9;
244:12,17,22;245:3,4,
9,15,18;246:4;248:1,
20;249:14;250:11;
252:19;253:15,18;
254:1;255:9;256:12,
20;258:6;259:5,8,14;
260:5,14,15,19;261:9,
13;262:24;263:8;
265:19,20;266:1;
267:7,8;268:10,10,11,
23;269:2,13,22;270:6,
24;272:2,3;275:21

**Edgewoodedu (1)**
210:2

**Edgewood's (103)**
15:16,17;29:2;31:11,
20;32:25;33:8;42:17;
53:11;54:7;56:9,13;
57:5;62:19;65:22;
69:21,24;70:13,19;
71:18;80:25;81:12;
91:4;93:3;96:4;98:3;
100:19,20;105:5;
110:8;111:11;118:13;
124:5;136:5,6;150:16;
157:15;160:17;162:19,
21;163:2,13,24;164:6;
165:5;166:6,12;167:4;
169:12,20;180:2;
181:7,16;184:21;

203:2,18;204:20;
206:7;207:4,20,22;
208:14;209:6;211:21;
212:7,24;213:24;
215:4,25;217:12;
218:16;221:9,21;
222:15;225:21;227:5,
11;228:21;229:4;
230:22;234:17,21;
235:2;236:3;239:2,6,
20;245:21;246:21;
247:4,9;248:6,19,24;
255:1,17;256:1,21;
257:13,20;258:7;
259:19;273:11

**educate (1)**
37:13

**education (24)**
12:15;14:17,19;
36:25;98:15;99:2,19,
25;121:17,22;122:8,
10;157:16;176:12,18,
23;177:6,11,21,24;
178:1,5;191:15,24

**educational (2)**
11:15;266:1

**educations (2)**
95:21;99:24

**effect (8)**
66:16;67:1;68:4,7;
213:25;225:19;244:19;
245:10

**effective (1)**
242:9

**effort (3)**
111:17,25;133:23

**efforts (1)**
111:11

**EHS (6)**
95:9;163:22;197:19;
198:22,24;226:22

**EHS' (1)**
200:21

**either (10)**
10:20;32:9,12;33:17;
107:11;147:22;173:22;
190:3;250:12;270:10

**elapsed (1)**
68:19

**election (2)**
25:10,20

**electrical (5)**
79:4,15,22;83:22;
84:7

**elementary (2)**
51:13;52:1

**elements (1)**
112:15

**elevator (1)**
107:5

**eliminate (1)**
188:22

**eliminated (1)**

Case: 3:21-cv-00118-wmc    Document #: 33    Filed: 05/20/22    Page 79 of 99

Edgewood High School of the Sacred Heart, Inc. v.                    Video Deposition of Michael G. Elliott
City of Madison, Wisconsin, et al.                                                              May 10, 2022

187:24
**Ellen (1)**
    242:2
**Ellingson (1)**
    100:18
**Elliott (51)**
    8:12;19:17;24:19;
    39:18;40:6;54:18;
    62:17;65:8;92:24;
    109:11;110:3;111:23;
    112:2;120:22;124:1;
    133:8;142:11;145:5;
    149:10;156:13;157:24;
    161:23;162:18;163:9;
    171:12;180:6;184:16;
    186:11,25;194:25;
    195:12,21;196:15;
    204:17;205:3;208:23;
    209:1;211:7;230:12;
    235:21;236:21;247:24;
    253:1;257:1;260:10,
    24;262:2;270:20;
    274:9;275:12;276:10
**Elsa (2)**
    258:22;259:15
**else (15)**
    21:16;41:8;61:9;
    64:17;91:24;92:3;
    137:20;147:10;158:18,
    25;213:9;241:20;
    254:15;259:11;264:16
**else's (1)**
    92:6
**elsewhere (3)**
    33:9;269:22;270:6
**email (84)**
    71:24;72:2,5,6;
    93:22;94:1,8;100:7,13;
    102:5,8;104:20;110:5,
    22,22,23;111:5,23;
    113:9,14,25;114:2;
    115:4,17;138:8;
    142:17,17,20;146:11,
    21;148:23;149:2;
    156:14,18;157:13;
    158:11,22;159:8,14,16;
    160:1,8;162:10,17;
    168:12,15;187:4,13;
    188:8;195:3,6;209:17,
    24;210:2,6,16,19,22;
    223:23;226:20,22;
    230:20;231:6,21;
    235:22;236:13;238:24;
    239:16;247:25;248:11;
    253:2;257:1,4,19;
    258:13,21,22;259:4,5,
    13,21,25;260:10;261:5
**emails (8)**
    103:5;114:8;115:7;
    210:24,25;224:2;
    230:16,25
**employed (2)**
    12:13;18:11

**employee (5)**
    273:15,17;274:10;
    275:4,17
**employees (2)**
    242:3;273:7
**employment (1)**
    13:19
**enabled (1)**
    219:22
**enacted (2)**
    206:11,13
**Enclosed (2)**
    196:19;249:12
**end (6)**
    14:4;120:4;146:17;
    181:5,6;215:23
**ended (1)**
    198:7
**endorsed (1)**
    134:9
**energy (1)**
    268:7
**enforce (1)**
    165:4
**enforcement (2)**
    164:18;219:1
**engage (4)**
    20:8,10,13,14
**engagement (1)**
    252:1
**engages (1)**
    20:4
**engaging (1)**
    20:6
**enjoyment (2)**
    251:4;256:15
**enough (24)**
    15:10;104:17;
    122:21;125:19;132:18;
    136:9;139:7;161:10;
    167:6;178:19;179:24;
    184:15;201:22;204:25;
    209:16;211:1;213:9,
    19;218:10;221:25;
    233:9;240:9;242:6;
    263:9
**enrich (1)**
    152:4
**enrolled (1)**
    45:7
**enrollment (19)**
    42:18,19;43:2,11,17;
    44:21;45:14;47:25;
    48:11,14,18;49:8,10,
    14,18;51:24;53:2;
    263:21;264:5
**ensure (2)**
    79:9;81:7
**entered (1)**
    127:15
**entities (5)**
    15:19;242:23;
    244:13,24;245:14

**entitled (1)**
    197:19
**entity (4)**
    244:12,22;245:1,4
**entrance (1)**
    200:4
**equipment (8)**
    79:4,4,6,8,16;83:22;
    84:4,7
**erected (1)**
    170:17
**Eskrich (6)**
    134:12,19;142:18,
    20;143:16;149:3
**Eskrich's (2)**
    145:5;148:22
**especially (2)**
    124:15;255:21
**essence (1)**
    195:23
**essentially (1)**
    161:4
**established (2)**
    164:6;206:3
**establishment (1)**
    249:11
**estimate (13)**
    12:6;35:5,9;49:1,3,6;
    119:23;120:3;140:20;
    141:20,23;142:3;
    148:13
**et (3)**
    8:9;251:9;275:15
**evangelize (2)**
    262:25;265:18
**evangelizing (1)**
    265:17
**even (8)**
    61:8;80:8;93:13;
    118:19;122:5;135:19;
    271:13;274:19
**evening (1)**
    268:6
**evenings (1)**
    88:7
**event (4)**
    98:11;123:11;
    223:22;265:24
**events (13)**
    23:9;34:7,11,14,19;
    127:25;158:19;188:1;
    227:3;251:9;262:17;
    263:12;264:7
**eventually (1)**
    218:16
**Evers (2)**
    233:6;261:22
**everybody (4)**
    91:23,24;150:20;
    265:11
**Everyone (2)**
    13:4;227:21
**evidence (2)**

45:18;251:5
**Ex (1)**
    65:10
**exact (10)**
    11:24;16:6;48:25;
    122:16;123:3;207:13;
    226:6;245:11,17;246:9
**exactly (6)**
    12:4;119:17;122:20;
    123:22;157:22;225:6
**example (5)**
    28:14;63:1,16;
    271:10;272:9
**examples (6)**
    96:17;97:7,9,12,14;
    98:1
**exceed (1)**
    79:11
**except (1)**
    99:22
**exchange (3)**
    187:4;223:23;235:23
**exchanging (1)**
    129:14
**excited (1)**
    266:6
**excuse (5)**
    112:22;121:20;
    189:1;199:4;275:7
**executed (1)**
    131:18
**exercise (3)**
    19:25;262:4;264:18
**exercising (1)**
    265:1
**Exhibit (151)**
    24:17,20;39:16,19;
    40:3;42:22,22;50:9;
    54:16,18;62:18,23;
    63:4,11,13,15;64:14,
    19,20;65:4,9,13,17,21,
    21,22;71:21,24;93:10,
    16,22;99:14,21;100:4,
    7;109:7;110:4,23;
    115:22,25;116:19;
    133:6,9;138:3,8;
    139:13,15,18;141:21;
    142:9,12;149:3,8,11,
    11;150:15;152:21,24;
    154:23;155:5;156:2,8,
    11,14;161:21,24;162:1,
    9,10;163:7,10;166:1,
    11;168:3,10;169:15,
    18;170:6,7;171:14;
    175:4,7;178:20,23;
    180:4,6;183:3,5,8,9;
    184:11,17;186:23;
    187:1;190:12;194:11;
    195:1,13,14;196:16,16;
    197:16,19;202:6,21;
    204:18;205:3,22;
    208:18,24;209:2;
    211:8;217:2;223:17,

20;226:15;230:8,13;
    235:17,22;236:13,19,
    22,25;238:17,21;
    239:19;240:10,16;
    241:2,5;247:22,24;
    249:2,5;250:16;
    252:24;253:2;254:18,
    21;255:12,15;256:24;
    257:4;258:11,13;
    260:22,24;270:16;
    275:19,20
**exhibits (4)**
    63:6,25;64:7;197:8
**exist (3)**
    35:24,25;245:18
**existing (11)**
    75:8,23;76:16;77:2;
    79:11;128:22;130:6;
    131:22,24;217:20;
    218:5
**exists (2)**
    116:7;266:7
**exited (4)**
    65:2;161:17;194:21;
    226:1
**expand (10)**
    112:23;114:5,10,19;
    115:12;124:13;141:9;
    147:25;151:11;164:12
**expanded (2)**
    150:23;199:24
**expansion (3)**
    112:24;272:16;273:2
**expect (2)**
    24:20;44:16
**expectation (2)**
    36:21;38:12
**expected (1)**
    25:10
**expecting (1)**
    24:23
**expensive (1)**
    201:21
**experience (4)**
    123:9;174:4;269:7,
    11
**explain (1)**
    91:5
**explained (3)**
    56:13;145:1,2
**explaining (1)**
    227:19
**explanation (1)**
    227:7
**explore (1)**
    26:11
**exploring (2)**
    24:15;172:13
**express (3)**
    129:13;210:10;243:8
**expressed (9)**
    122:4;123:15;125:8;
    141:2,7,14;171:8;

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 80 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

188:9,17
**expressing (3)**
121:4,12;209:5
**expressly (1)**
163:2
**extent (5)**
101:24;131:20;
162:25;218:10;268:9
**external (1)**
84:25
**extra (2)**
107:7;263:13
**eyesight (1)**
116:9

**F**

**fabric (2)**
88:1,5
**face (1)**
274:21
**faced (1)**
43:1
**facilities (7)**
23:20;26:12;28:19;
120:24;124:12;269:2;
270:25
**facility (21)**
22:6;23:10;24:2;
77:7,11,14;117:7,18;
118:4,21;123:6;124:4;
125:4,6;139:20;148:6;
191:6,9,15,23;263:25
**facing (1)**
89:8
**fact (1)**
228:12
**facts (4)**
45:18;153:14,23;
233:8
**factual (1)**
69:24
**Fair (49)**
15:10;28:25;34:21;
69:3;92:7;104:17;
122:21;125:19;132:18;
136:9;139:7,12;
155:19;161:10;167:6;
177:22,23;178:19;
179:24;184:15;200:13;
201:22;204:25;207:20,
23,25;208:4;209:16;
211:1,3;213:9,19;
218:10;228:24;233:9,
12,17,21;240:9,24;
241:13;242:6;258:4;
261:25;262:1;265:2,
20;266:18;273:8
**faith (2)**
19:25;39:4
**Family (6)**
17:22;171:18;
190:25;191:11;259:5,8

**fantastic (1)**
144:1
**far (11)**
21:25;38:11;46:20;
88:24;147:16;148:5;
166:24;167:2,18;
178:16;254:1
**fault (1)**
272:25
**favor (14)**
58:10;61:24;135:17;
229:4,16;232:17;
234:16;247:9;248:5,
23;252:19;253:22;
259:19;273:4
**favored (1)**
258:6
**features (1)**
55:14
**February (25)**
171:15,18,21;
172:25;173:5;175:18;
176:17;177:9;180:2;
181:16,20,24;182:10;
185:23;186:2,7;190:8,
15;240:5,18,20;258:14,
17,19;259:8
**feed (1)**
51:18
**feedback (2)**
113:12;176:21
**Feel (13)**
19:19;137:20;
145:23;187:16,24;
188:1;189:10;192:10;
193:16;200:13;265:4;
266:18;267:4
**feeling (1)**
224:10
**feelings (1)**
248:10
**felt (8)**
73:2,4;86:8;91:21;
92:2;183:1;184:8;
185:2
**few (5)**
10:1;12:1;163:12;
180:12;249:17
**field (168)**
20:15,23,25;21:2,5,
11,15;22:13;23:8,9;
24:11;26:21;27:5,6,10,
13,14,17;28:4;29:21;
30:25;31:2,6;32:24;
33:4;34:5,15,23;45:22;
46:4,5;47:6,6,9;49:22;
52:14,15,19,21,22;
53:10;55:15,22;77:21;
95:20;96:21;98:13,25;
99:18;111:12;112:16,
23;114:5,11,20;
115:12;117:24;118:10,
12,21;119:15,16;

122:9;123:6,8;127:8,
14;128:23,23;129:3;
130:3,25;131:7,25;
132:7,15;133:3;
138:20;141:9;146:12,
13,25;151:12;152:11;
153:10,20;154:4,10,17,
19;156:21;157:2,15;
158:15;160:18;164:13;
165:5;167:2,24;
168:19,24;169:3;
175:25;176:2;181:10;
186:9;188:10,15;
189:25;191:3;192:5,7,
13,23,24;193:8,15;
194:3;195:25;197:13;
199:9,12,13,20;200:12,
17,17;202:1;203:19;
204:1,3,10;210:15;
217:18,20,21;218:5,21,
23;219:3,6,19;220:2,
11,24;221:2,7,12,16,
22;222:15;243:10;
249:24;250:3,4;251:7;
259:20;260:16;262:3;
264:11,24;265:11,15;
267:9;271:7,11;
273:19;274:13
**fields (17)**
23:19,24;24:10;27:8,
15;29:21;30:5,5;47:14,
20,24;158:19;162:20;
178:6;265:8,24;271:18
**fifth (1)**
200:25
**figure (7)**
10:17;85:12;93:14;
167:7,7,10,10
**figures (2)**
167:16,16
**file (6)**
67:23;246:5;250:23;
251:14;255:4;261:13
**filed (4)**
68:8;164:10;181:9;
225:15
**files (2)**
148:9;163:24
**filing (1)**
261:9
**final (8)**
67:13,24;68:3,14;
96:4;97:10;98:12,21
**finalized (1)**
56:14
**finalizing (1)**
56:3
**finances (1)**
23:15
**financial (3)**
132:24;263:16,20
**financially (1)**
199:14

**find (8)**
52:6;73:13;99:8;
102:15;168:18;196:19;
251:1;263:14
**finding (2)**
214:20;251:2
**fine (15)**
28:25;37:19;38:15;
66:1;77:2;105:11,25;
106:19;107:5,23;
156:11;196:4;238:1;
240:2;272:9
**fined (1)**
196:2
**finish (4)**
10:9;17:2;48:8;
246:14
**finished (3)**
10:11;159:4;251:20
**first (59)**
17:13,13;24:14;41:6;
62:25;66:13,20;79:2;
93:22;100:16;107:4;
110:23;111:14,23;
113:22;116:2,7;117:2,
17;119:13;120:18;
133:22;139:2;140:9,
23;142:14;146:2;
149:11;151:25;153:18,
23;154:2,3;162:2,14,
25;172:4,12;175:7;
180:23;183:8;186:1,2;
187:12;188:23;211:23;
214:14,23;227:2;
230:15;231:4;238:24;
240:16;241:8;248:3;
249:6,17;253:24;
275:22
**Fitchburg (6)**
24:6,25;25:6;26:8;
234:5,6
**five (8)**
16:14;25:14;41:25;
92:17;126:8;153:11;
188:21;230:10
**fixtures (1)**
89:7
**Flanagan (1)**
94:5
**floor (1)**
227:20
**flyer (3)**
139:18,21;140:23
**focal (2)**
124:15;126:13
**focus (5)**
55:5;57:9;103:14;
107:4;220:9
**focusing (4)**
38:18;103:21;104:7;
189:22
**folks (1)**
205:8

**follow (9)**
19:24;34:10;36:22,
23;86:9;91:24;156:19;
225:8;274:18
**followed (2)**
57:20;92:4
**following (8)**
78:15;90:5;153:14;
154:10;215:10,20;
218:20,24
**follows (2)**
73:22;263:7
**follow-up (1)**
147:11
**food (1)**
268:12
**football (24)**
27:1,8,16,18,23;
30:23;31:10,11,20,21;
112:16,23;114:5,11,20;
115:12;126:20;127:6,
13;142:23;143:18;
154:15;200:17;220:11
**forced (1)**
121:1
**forfeit (1)**
28:7
**Forget (1)**
258:23
**Forgive (2)**
73:13;132:11
**Form (154)**
26:13;27:20;29:5;
30:13;31:24;33:22;
35:12;36:6;37:24;38:7;
39:6,14;41:4;44:4;
45:17;46:9,12,21;48:2,
12;51:9,20;52:3,7;
55:25;56:11;57:7,15;
58:11;59:1,22;62:1;
67:7;68:10;70:6;72:25;
74:3;75:13,20;77:22;
81:1,14,23;84:1;87:1;
89:25;91:19;93:5;96:8,
15;97:18;98:16;99:4;
102:1,6,24;103:12;
104:4;105:15;106:12;
107:1;111:20;114:6,
13,21;115:5;119:5;
129:23;130:21;131:14;
132:1,16;136:4,15;
139:1;141:10;142:4,
25;145:21;146:23;
152:12;154:12;155:21;
161:1,7;164:2;166:25;
167:13;170:19;173:3;
175:20;179:21;182:1,
16,21;183:23;184:4,13,
23;185:9;188:19;
190:6;192:3,9;193:2;
195:19;203:10;204:4,
12;206:15;207:24;
209:8;210:12;211:5;

Case: 3:21-cv-00118-wmc    Document #: 33    Filed: 05/20/22    Page 81 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

213:16;215:16;218:7,
14;219:9;220:5,16;
222:4,11;223:14;
224:5;225:5;227:23;
228:8;229:18;233:1,
22;234:10;237:23;
239:7;240:7;243:11;
244:14,20;247:11,18;
252:7,20;255:22;
256:17;257:23;258:9;
259:23;260:17;262:19;
265:21;272:5,20;
273:9,18
**formal (2)**
164:24;205:25
**formally (1)**
18:12
**formation' (1)**
112:21
**forming (1)**
262:23
**forth (1)**
185:1
**forward (13)**
31:14;113:4,8;
181:21;183:20;185:6;
186:8,10;192:16;
201:2,7,23;223:12
**forwarding (2)**
209:24;260:3
**found (3)**
215:9;250:22;254:25
**Foundation (79)**
26:14;30:7,14;31:25;
36:18;37:12;38:1,8;
40:2;43:20;44:4;46:13,
21;47:16;51:9;55:17;
56:12;57:8;58:12;59:2;
67:3;68:11,17,25;69:8;
71:15;72:18;75:14;
76:1;77:23;80:4,4;
83:16;87:1;88:16;90:1;
98:17;102:2,7;103:1,
13;104:5;114:7;
116:18;117:20,23;
118:1,7;119:3;129:24;
131:15;132:2;139:1;
146:23;154:13;162:13;
163:16;167:14;179:22;
182:2,17;199:11;
209:9,17;211:6;218:8;
219:11;220:6;227:14;
228:8;233:23;237:24;
239:8,23;252:21;
257:16,24;259:10,23
**four (15)**
25:14;49:3;89:11;
107:13,13;108:1,4,9;
121:16;140:22;143:12;
153:11;250:12,13;
266:1
**four-year (1)**
12:1

**free (4)**
19:19;137:20;262:4;
264:17
**frequency (1)**
153:9
**frequently (4)**
171:22;172:3;191:1,
12
**Friday (2)**
162:18;265:12
**Friends (1)**
248:1
**frisbee (1)**
30:24;32:13,21
**front (5)**
50:9;90:8;202:21;
216:15;235:5
**frustrated (1)**
158:23
**frustrating (1)**
273:25
**frustrations (1)**
272:24
**fulfill (1)**
176:8
**full (1)**
154:3
**fund (1)**
16:21
**funding (1)**
36:4
**fundraisers (2)**
262:22;264:8
**further (4)**
170:15;200:20;
235:11;276:9
**Future (11)**
73:21;101:14;
125:20;126:2;132:8,
14,25;133:2;164:15;
194:8;212:8

## G

**game (44)**
28:1,7,21;31:7;33:5;
128:6,11;142:23;
143:6,7,19;144:13,16;
145:24;146:7,12,14,14,
17,19,24;147:3;263:5,
6,15,15;266:3,9,10,13,
15;268:6,8,8,10,15,18,
23;269:17,21,22,24;
270:1,6
**games (117)**
20:23;21:5;22:5,22,
25;27:19,24;29:3,10,
12,20;30:12,22;31:11,
21,22;32:5,8,11,17,18,
19,22,25;33:7,9,19,20,
21,24;52:24;53:7;
124:11;125:6;126:20,
23;127:7,18,20;128:5,

16;144:18;145:7,17;
149:20,21;152:10,15;
153:11,20;154:4,10,14,
16,17,18;158:13,14;
159:9;174:25;175:11,
19,21;176:7;186:13;
188:15;189:23,25;
191:6;192:2,4,7,12,22,
24;193:8,15;194:3;
198:23;199:21;200:22;
203:19;204:1,2,10;
217:20;218:5,21,22,23;
219:3,6,18;220:3,13,
21,22,25;221:3,8,12,
17,22,24;252:2;
265:19;266:7,11;
267:21,23;268:1,3;
269:2,3,7,10,19
**gap (3)**
16:11;254:6,8
**gate (1)**
71:6
**gather (1)**
264:8
**gave (4)**
48:21;64:12;264:13;
267:16
**general (6)**
95:22;96:5,12;98:8;
99:23;234:7
**generally (6)**
61:23;66:3;102:17,
18;141:6;223:4
**gentleman (1)**
238:24
**George (1)**
18:18
**gets (1)**
18:5
**gift (6)**
36:9;117:22;118:1,5;
120:2;122:8
**gifts (2)**
263:17,19
**girls (10)**
26:25,25;27:2,3,3,6;
29:23;32:4;126:22;
263:24
**given (9)**
26:11;64:14;92:24;
104:17;118:11;143:2;
254:7,11;274:17
**gives (1)**
127:6
**giving (3)**
11:12;176:4;192:11
**glare (4)**
84:18;86:4;89:6,17
**glasses (1)**
50:11
**goals (2)**
242:10,16
**Godfrey (1)**

8:18
**goes (3)**
23:11;191:7,19
**golf (4)**
22:13;27:4,9,14
**Good (11)**
8:1;11:9:14:4;52:17;
62:15;113:11,13,19;
143:20;171:6;183:24
**Goodman (25)**
21:1;45:21;46:3;
48:10;49:16,22;
117:20,23;118:1;
119:3;128:22;149:17;
150:7,18;151:23;
152:5,8;166:14;
168:23;169:3;174:25;
175:11;249:14,23;
259:16
**Goodmans (6)**
118:19;119:1,8,10,
14,22
**governed (2)**
212:18;237:14
**government (1)**
234:9
**governs (1)**
242:8
**grab (1)**
64:12
**grade (20)**
11:18;15:16;18:23;
19:10,11,24;20:3,6,22;
21:4,14;22:4;23:13,18;
31:17;80:12;107:12;
123:9;244:3;269:13
**graduated (2)**
12:4,12
**grandkids (1)**
266:13
**grant (1)**
117:19
**granted (6)**
144:17;175:2,12;
201:1,6;261:17
**graph (1)**
167:8
**graphical (1)**
167:8
**grass (1)**
122:12
**Great (2)**
50:2;161:13
**green (5)**
83:18;84:17;85:10,
23;95:17
**Greenbush (4)**
209:4,12,13;210:9
**ground (4)**
125:1;126:1;137:7;
143:25
**Grounds (1)**
196:21

**group (3)**
56:17;201:10,19
**groups (6)**
70:14;124:2;262:20,
21;271:18;274:6
**Grove (1)**
21:24
**grow (3)**
264:5,5,21
**growth (1)**
70:19
**guess (7)**
29:1;45:12;97:13;
148:19,20;157:24;
209:16
**guessing (3)**
28:15,24;148:15
**guests (1)**
147:24
**guidance (1)**
36:5
**guidelines (3)**
86:10,17;90:16
**guy (1)**
112:9

## H

**half (1)**
152:3
**Hall (4)**
83:2,3,5,5
**Halls (4)**
82:11,14,18;83:13
**hand (1)**
238:20
**handed (2)**
41:11;194:25
**handles (1)**
178:15
**handwritten (1)**
65:10
**HANSEN (18)**
8:1,2;50:4,7;64:24;
65:6;92:19,22;109:4,9;
161:14,19;194:18,23;
230:10;270:13,18;
276:13
**happen (5)**
17:7;28:13;38:3;
96:21;225:1
**happened (4)**
102:13;178:18;
188:25;253:24
**happening (1)**
185:2
**happens (2)**
10:16;28:15
**happily (1)**
112:25
**hard (4)**
184:25;188:21;
189:13;225:10

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 82 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

**harm (3)**
219:17;220:3,13
**Hartlieb (10)**
110:6,8,10,24;111:5,
10,15,24;113:8,11
**Hartlieb's (2)**
110:12;113:25
**head (1)**
99:10
**headed (1)**
73:17
**heading (14)**
25:9;82:11;86:16;
87:6;89:12;117:6;
120:7,15,18;123:23;
140:24;170:10;198:13,
16
**heap (1)**
143:5
**hear (4)**
10:21;33:13;228:25;
252:10
**heard (7)**
10:24;56:25;141:17;
147:8;158:17;250:17;
267:20
**hearing (11)**
64:12;202:4,8;203:1;
207:10,16;212:21;
228:24;229:2;230:2;
233:20
**hearings (1)**
202:11
**Heart (5)**
8:8,19,22;162:16;
275:21
**Heart's (1)**
196:21
**Heather (3)**
149:12;235:23;
236:14
**Heck (4)**
211:24;229:12,21,22
**height (1)**
183:15
**held (17)**
8:6;17:9;21:9,19;
33:9;70:14;71:20;
123:12,21;128:7,7;
141:12;147:2;176:23;
207:16;270:6,6
**help (9)**
36:9;37:20;76:25;
138:2;143:9;199:14;
200:1;254:3;264:1
**helpful (2)**
10:8;224:24
**helping (1)**
176:8
**helps (2)**
76:15;107:17
**Henak (3)**
207:3;222:19,25

**H-e-n-a-k (1)**
207:3
**High (105)**
8:7,19,21;11:18;
12:11,14;18:24;19:2,7,
11;20:1,24,25;21:11;
23:14,18;26:7,11,20;
30:10,18;31:16;32:20;
35:6,21;36:2,15;37:4;
38:9,12,13;42:18;
47:25;51:6,7,18;52:10,
10,12,13,19;53:2;69:2;
70:5;71:7;77:15;80:7,
12,19;82:5,17;83:8,14,
25;84:13;94:24;95:6,
20;97:1;98:14,25;
99:18;102:12;103:15;
105:10,12;107:2,4,11;
108:10;112:6,10;
115:1;126:17,21;
127:19,20;133:25;
134:6;135:21;137:17;
139:19;162:16;168:24;
172:8;174:24;175:10;
179:5;196:20;197:4;
198:25;201:8,15;
205:16;210:7;243:9;
244:2,7;245:5;249:14;
259:14;272:3,8,16;
275:21
**higher (2)**
121:18,19
**hindered (1)**
267:4
**hinders (1)**
266:16
**hindrance (1)**
242:12
**hindrances (1)**
242:17
**hire (1)**
15:23
**hired (8)**
13:13,18;15:3,7,11;
16:9,12;90:24
**historical (2)**
57:4;191:9
**history (1)**
57:12
**hockey (1)**
27:2
**hold (18)**
13:11;21:16;47:8;
101:15,21;102:20;
107:18;123:18;124:14;
142:22;143:7,18;
176:5;192:2;204:1,2;
264:6,7
**holding (1)**
152:10
**holds (1)**
177:25
**home (27)**

18:17,18;27:24;28:7;
29:3,10,20;32:19;33:9;
52:15,21;71:5;126:20,
23;127:7,18;146:12,14,
14,17,24;149:20;
220:23;265:11;268:17,
19,25
**honest (1)**
184:25
**honestly (5)**
24:12;29:22;53:12;
169:22;245:20
**hoped (2)**
125:5,16
**hopeful (1)**
101:7
**hoping (1)**
47:24
**horrible (1)**
19:17
**host (12)**
21:21,22;24:5;31:7;
149:19,21;174:25;
175:11,19,23;191:6;
265:7
**hosted (2)**
21:25;153:11
**hour (1)**
156:5
**hours (2)**
176:1;230:10
**housing (1)**
90:9
**housings (1)**
89:16
**Huber (1)**
60:22
**Huber's (1)**
61:6
**Huh-uh (1)**
228:1
**humor (1)**
144:2
**Hursh (3)**
100:17,24;101:4
**hurt (2)**
263:20,21

**I**

**ID (1)**
212:17
**idea (12)**
16:11;77:5;93:8;
124:3;132:3;139:8;
141:18;209:10;256:19;
259:3;260:6;275:9
**ideally (1)**
147:22
**identification (46)**
24:18;39:17;40:4;
54:17;65:5;71:22;
93:11;100:5;109:8;

115:23;133:7;138:4;
139:14;142:10;149:9;
152:22;156:3;161:22;
163:8;166:2;168:4;
169:16;178:21;180:5;
186:24;194:12;196:11;
197:17;202:7;208:19;
223:18;226:16;230:9;
235:18;236:20;238:18;
241:3;247:23;249:3;
252:25;254:19;255:13;
256:25;258:12;260:23;
270:17
**identified (20)**
30:17;58:6;62:18;
74:2,9;75:5,6,10,17;
76:8;77:20;83:2,3;
87:19;101:24;107:10;
137:10;141:20;181:10;
274:13
**identifies (8)**
51:3;73:20;74:17;
75:1;76:5;87:7;140:4;
169:23
**identify (6)**
31:17;76:15;77:1;
107:24;108:4;137:2
**identifying (2)**
168:23;169:2
**ie (1)**
113:16
**immediate (1)**
206:2
**immediately (1)**
200:5
**impact (8)**
79:10;170:15;213:6;
217:10,11,18;251:3;
256:14
**impacts (7)**
89:22;91:3;212:14;
237:10;251:6,8,25
**implementations (1)**
88:11
**import (1)**
51:16
**important (3)**
71:10;149:25;254:5
**importantly (1)**
262:15
**improperly (5)**
273:16;274:12;
275:5,7,15
**improve (2)**
51:24;102:22
**improved (1)**
252:1
**improvement (5)**
74:17;131:23;
217:20,23;249:11
**improvements (19)**
53:21;74:6;75:4,5,
11,16;77:19,20;81:19;

101:23;108:9;120:24;
154:5,11,20;181:10;
258:24;259:17,20
**inaccurate (2)**
43:16;45:3
**Inc (8)**
8:8;162:17;244:22;
245:3,4,9,15,18
**incident (1)**
131:12
**include (5)**
24:9;59:16;160:8;
172:8;199:2
**included (4)**
23:23;46:4;93:3;
176:15
**includes (2)**
36:25;75:18
**including (5)**
55:12;72:9;111:6;
154:6;252:1
**Incoming (1)**
15:9
**incorporate (2)**
149:18;151:10
**incorporated (3)**
87:15;151:14;238:13
**incorrectly (1)**
136:21
**increase (11)**
47:25;48:9;51:24,25;
152:15,18;154:4,9,18;
176:2;217:24
**increased (3)**
48:11;122:9;153:9
**increasing (1)**
53:3
**increasingly (1)**
242:25
**Inc's (1)**
275:21
**indeed (1)**
113:8
**Independent (2)**
44:12;45:4
**indicate (8)**
143:4;167:17;
176:11;184:16;191:4;
231:9;243:24;252:11
**indicated (14)**
16:18;38:25;47:5;
48:14;55:11;60:17,24;
61:13;158:20;194:2;
206:25;251:23;274:11,
12
**indicates (17)**
54:20;72:9;74:23;
84:15;87:25;100:17;
101:2;134:22;145:6,
10;152:1;157:13;
159:8;164:4;196:19;
236:7;250:21
**indicating (4)**

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 83 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

50:22;159:24;
254:25;257:19
**indication (2)**
166:17;179:4
**individual (2)**
39:4;275:1
**individuals (3)**
69:10;111:10;133:20
**indoor (1)**
77:10
**indoors (1)**
121:1
**industry (3)**
13:20,23;14:1
**inform (1)**
191:20
**informal (1)**
160:23
**information (24)**
44:12,17;57:4;
102:16;150:7;174:16,
18;191:8;204:5;
212:14,23;213:15;
229:14;230:2;233:3,5,
15;237:10,20;241:7;
249:23;254:7,14;276:6
**informing (1)**
239:2
**Ingrisano (237)**
8:17,17;17:2,5;
26:13;27:20;29:4;30:6,
13;31:24;33:22;35:12;
36:6,17;37:11,24;38:7;
39:6,14,25;41:4,19,22;
42:2;43:19;44:3;45:17;
46:9,15,18,22;47:3,15;
48:2,5,12;50:2,15;51:8,
20;52:3;55:16,25;
56:11;57:7,15;58:11;
59:1,10,22;62:1,5,14,
22;63:8,12,15,19,22;
64:1,3,8,16;67:2,7;
68:10,16,24;69:7;70:6;
71:14;72:17,25;74:3;
75:13,20,25;77:22;
78:4,8,11;80:3;81:1,14,
23;83:15;84:1;86:25;
88:15;89:25;91:19;
92:16;93:5,19,21;96:8,
15;97:18;98:16;99:4;
102:1,6,24;103:12;
104:4;105:15;106:12;
107:1;108:24;109:2;
110:1;111:20;114:6,
13,21;115:5;116:17,
23;119:5;129:23;
130:21;131:14;132:1,
16;136:4,15;138:25;
141:10;142:4,25;
145:1,21;146:22;
148:19;152:12;154:12;
155:20;156:4,10;
161:1,7,13;162:12;

163:15;164:2;166:25;
167:13;168:7;170:19;
173:3;174:11;175:20;
179:21;182:1,16,21;
183:23;184:4,13,23;
185:9;188:19;190:6;
192:3,9;193:2;194:13;
195:11,19;196:12,14;
199:10;203:10;204:4,
12,16;206:15;207:24;
209:8;210:12;211:5;
213:16;215:16;218:7,
14;219:9;220:5,16;
222:4,11;223:14;
224:5;225:5;226:17;
227:13,23;228:7,14;
229:18;230:6,11;
233:1,22;234:10;
237:23;239:7,22;
240:7,11;241:24;
243:11;244:14,20;
246:14;247:11,19;
248:16;251:19;252:7,
20;255:22;256:17;
257:15,21,23;258:9;
259:9,22;260:17;
265:21;269:5;272:5,
20;273:9,12,18;276:11
**initial (3)**
119:11,22;153:19
**initially (3)**
137:15;192:20;
206:18
**inlets (1)**
79:5
**install (8)**
58:25;59:9;132:8;
182:11;185:6;186:8,
10;191:2
**installation (4)**
239:11;249:13;
250:12;255:2
**installing (1)**
172:13
**instance (2)**
128:13;213:20
**instances (2)**
102:22;164:17
**instead (3)**
212:8;225:3;245:1
**Institutional (1)**
131:22
**institutions (2)**
131:21;242:9
**institution's (1)**
191:2
**instructed (2)**
172:16;218:12
**Insurance (1)**
17:22
**intended (4)**
96:19,20;132:14;
191:10

**intending (1)**
125:21
**intends (2)**
74:7;191:5
**intensity (1)**
153:9
**intention (4)**
51:21;125:14;161:9;
177:20
**interacted (1)**
209:13
**interest (3)**
171:9;191:2;195:9
**interior (2)**
81:7;89:2
**internal (8)**
43:6;50:10;84:25;
88:4,13;99:8;155:6;
164:18
**internet (3)**
116:10;120:12,15
**interpretation (8)**
130:5;158:24;180:1;
183:14,22;192:15;
198:9;243:7
**interpreted (1)**
163:1
**Interrogatories (1)**
275:23
**interrupted (2)**
246:18,19
**Interruption (1)**
238:7
**interviewed (2)**
117:12;121:5
**into (18)**
89:13;90:8;91:18;
92:13,15;104:9;
115:12;124:4;125:5;
127:16;151:14;219:23;
238:14;244:6,19;
245:13;264:2;267:2
**introduced (2)**
62:24;64:20
**invest (1)**
171:2
**investigated (2)**
32:20;33:3
**investigation (2)**
115:10,14
**inviting (1)**
205:15
**involve (3)**
77:19;236:22;257:1
**involved (22)**
28:22;36:12;53:24;
55:13;56:22;61:18,20;
67:5,8;69:11,21;81:20;
86:5;91:12;94:11,19,
20;103:3,5;143:9;
169:24;171:25
**involvement (4)**
57:5;67:11;90:13;

118:24
**involving (2)**
18:1;223:11
**Iowa (4)**
11:16,23;12:10;
14:13
**issuance (2)**
66:16;191:20
**issue (19)**
65:17;79:16;80:23;
81:12;91:13;114:9;
135:3;147:11;160:16;
165:10;177:1;187:18;
189:3;200:21;204:9;
211:1;217:19;221:8;
256:8
**issued (3)**
190:9,19;195:24
**issues (15)**
56:17;70:24;71:2,5;
73:3,4;78:17;79:22;
160:24;187:25;188:21,
22;220:8;229:13;
266:20
**item (10)**
74:17;76:17;211:17,
20,23;212:11;214:4,15,
21;236:10
**items (8)**
76:5;77:18;99:1;
172:9;216:6;217:16;
218:3;233:17

**J**

**jam (1)**
144:19
**January (8)**
72:7;168:15;246:8,
13,22;248:1;256:2;
257:6
**Jean-Louis (11)**
8:24;65:2;76:21;
85:1;99:9;161:17;
170:23;194:21;203:21;
226:1;243:2
**Jen (2)**
258:14;260:3
**Jerry (1)**
13:3
**Jim (7)**
110:5,24;111:24;
113:3;209:10,25;210:2
**job (1)**
104:6
**jogs (2)**
24:21;229:9
**John (3)**
180:8;217:4;238:25
**joining (1)**
16:5
**joke (2)**
144:21;145:25

**Jon (4)**
8:2;209:17,21;
210:24
**Jonathan (1)**
8:17
**Journal (3)**
116:3,14,20
**Jr (1)**
68:1
**Judd (4)**
17:11,15,16,18
**Judge (2)**
17:12,13
**July (12)**
13:14;15:6,23;
145:16;148:23;202:15;
203:1;204:21;205:10,
14;221:22;222:8
**jump (1)**
247:1
**June (5)**
17:24;18:16;116:4,
14;196:24
**juridic (1)**
35:23
**JV (4)**
29:5;263:5,6;266:22

**K**

**Kahn (1)**
8:18
**Katherine (2)**
162:3;163:14
**Kathleen (2)**
94:5;95:1
**Katie (3)**
173:22;174:9;223:24
**keep (7)**
38:17;42:2;90:4,10;
91:21;161:3;189:14
**keeping (1)**
91:6
**kept (1)**
225:10
**Kevin (1)**
18:9
**kicked (1)**
253:19
**kid (1)**
267:7
**kids (10)**
37:20;51:18;71:5;
262:8;263:10,11;
265:24;266:4,13;
268:14
**killed (1)**
62:13
**kind (13)**
11:10;12:16;13:16;
15:15;37:2;80:16;
121:8;141:19;143:21;
150:20;178:15;196:3;

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 84 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

222:18

**King (1)**
68:1

**Kneer (2)**
238:25;239:16

**knew (5)**
52:5;57:18;86:9;
97:7;144:22;254:4

**knowing (2)**
28:23;144:3

**knowledge (12)**
26:9;28:17;34:4;
70:1;122:21;178:17;
179:15;180:13;203:4;
213:20;245:19;257:18

**Komen (1)**
263:25

**Krantz (5)**
230:16,18;231:1,9,
12

**L**

**Lack (2)**
103:1;245:10

**lacrosse (10)**
22:19,20;27:2,9,16;
29:2,9,14;30:23;
154:17

**Lacy (2)**
25:17,25

**LaFollette (1)**
199:6

**Lake (5)**
84:20;85:20;86:1,5,
14

**land (4)**
118:16,18;150:3;
242:8

**Landgraf (2)**
187:5,7

**landlocked (1)**
264:10

**landscaping (3)**
55:14,22;95:17

**language (12)**
56:13;71:13;95:25;
96:5,11,14;97:3;98:12,
19,24,24;187:22

**largely (1)**
164:13

**last (26)**
10:21;40:11;42:19,
20;43:10;55:5,18;
95:16;101:6;113:3;
162:24;168:22;175:6,
9;178:13;180:15,24;
183:1;189:17;217:9;
231:10;232:10;243:19;
248:4;275:19,25

**late (6)**
71:6;115:11;167:22,
25;178:1;246:15

**later (8)**
133:2,4;163:12;
213:12;219:8,20;
235:2,11

**launches (1)**
117:3

**law (1)**
14:17

**Lawson (1)**
101:1

**lay (2)**
132:25;209:16

**layout (1)**
74:20

**lead (2)**
274:4,18

**leadership (1)**
51:25

**League (2)**
20:21;23:11

**leaning (1)**
229:25

**learn (1)**
173:9

**learned (4)**
37:17;104:17;
172:20;173:6

**learning (4)**
25:16,24;37:14;
104:8

**least (53)**
40:25;42:13;43:1;
44:20;46:7;51:22;
54:19;55:10;56:8;57:2,
11;62:20;76:8;84:6;
86:12;88:18;91:10;
92:11;110:4;116:2;
125:7,19;134:22;
139:8;145:16;148:22;
155:11,17;159:8;
160:22;162:24;164:14;
171:8;179:3;183:18,
21;184:19;186:12;
188:8,17;197:23;
203:6;205:21;215:11;
218:2,10;219:5;
223:24;230:15;253:12;
256:20;257:9;260:14

**leave (2)**
13:23;269:16

**leaving (2)**
143:11,22

**led (2)**
48:10;174:18

**Lee (8)**
173:22;174:9;
196:17;197:3;203:8,
12;204:20;205:15

**left (4)**
64:3;116:14;211:12;
248:18

**legal (12)**
102:25;103:13;

163:3;164:7;165:10,
15,20;173:13,15;
182:17;204:5;219:10

**Legistar (4)**
211:10;217:16;
249:6,18

**lengthy (1)**
264:13

**less (3)**
93:2;106:13;199:16

**letter (73)**
66:9;133:17,19,22;
134:8,19,22;149:12,15;
151:21;152:1;162:2,8;
163:12,18;164:1,4;
171:14,17,17,21;172:1;
173:8;178:24;179:1,3,
6;180:7;182:23;
183:19;184:1,6,19;
186:6;189:17;190:8,
14,15,25;191:11,20,25;
192:11;193:6;196:16;
204:19,23,24;205:1,5,
6,8,10,14,21,25;
240:16,19;241:5,7,9,
12,21,22,25;242:7,18;
243:19,24;254:21,24;
255:7,15

**letters (5)**
182:3;185:1;191:4;
193:4;258:1

**level (2)**
79:12;221:14

**levels (3)**
166:18,23;167:11

**liaison (38)**
56:17;59:24;60:3,4,
6;70:4,23;71:10;78:16,
20;79:17,20;80:2,9,11;
81:18;90:3,14,16,24;
91:11;92:9,25;98:4,7;
103:4;134:10,15;
135:1;137:24;138:9,
23;139:9;140:1,13;
141:7,13;152:2

**life (1)**
37:14

**lifelong (1)**
233:25

**light (15)**
86:4;88:4,14;92:13;
95:22;96:5,12;98:8;
99:23;176:1,2;183:15;
189:6;250:12,13

**lighted (1)**
251:7

**lighting (59)**
81:8,11,20;83:18;
84:12;85:9;86:21,23;
87:20;88:10;89:2,13,
15,22;90:4;91:4,13,16,
17;92:8,11;132:9;
138:19;144:7;151:10;

154:25;172:6,18,20;
173:2,6,10,19;174:2;
175:1,12,17;176:17;
180:2;181:8,17;182:5,
24;184:21;185:23;
191:21;239:2,6,11,21;
240:3,12,17,21,22;
249:25;250:3;262:3;
273:3

**lights (108)**
52:14,22;58:6,25;
59:8,16,18,20;60:1,13,
19,25;61:11;84:15,16,
16;89:16;90:4,6;93:4;
110:18;111:12;124:10,
24,25;125:14,17,20,22;
132:15;141:3;142:23;
143:8,10,19;145:11,19;
147:13;148:24;149:4;
150:17,23;166:7,13;
169:10,20;176:11,22;
177:5,10,16,21;178:6,
10;179:10,20;180:17,
18,25;181:9,24;
182:11;183:20;184:3;
185:5,6,11;186:8,10;
187:25;189:3;191:3,5;
193:24;201:2,7,10,23;
219:23;220:11,18,20;
225:8,9;235:6;243:10;
247:15;249:13;251:2;
252:3;255:2;256:14,
21;257:14;258:2,8;
260:15;263:18,19;
264:25;265:12;267:5,
8;271:13,17;273:11,
22;274:19

**likely (3)**
93:2;113:4;120:1

**limit (3)**
188:2;251:8;252:2

**limited (5)**
98:18;149:19;
191:23;265:4;271:8

**limits (3)**
157:15;191:14;251:9

**line (10)**
48:8;91:8,22;95:16;
138:9,12;187:9,9;
189:5;259:13

**list (7)**
26:23;45:15;73:22;
78:5;96:20;155:13;
168:23

**listed (5)**
67:23;68:2;77:20;
169:6;203:9

**listen (1)**
30:16

**listening (1)**
141:12

**lists (1)**
197:23

**little (7)**
13:1,8;16:19;71:7;
76:13;119:18;209:16

**live (6)**
18:14;35:6;36:20;
234:5;262:8;270:8

**lived (1)**
128:11

**lives (1)**
109:21

**LL-100 (1)**
67:25

**lobbied (1)**
62:4

**lobby (1)**
231:18

**local (1)**
152:3

**locating (1)**
79:8

**location (2)**
128:8,17

**locations (2)**
265:20;266:20

**logo (1)**
53:11

**long (3)**
13:6;92:4;127:8

**longer (4)**
96:6;104:22;206:25;
242:9

**look (26)**
25:8;39:22;41:1,7;
48:24;49:18;62:20;
63:1;77:3;83:1;93:17;
95:8;100:13;107:14;
108:14;116:13;138:15;
148:9;151:5;153:7;
161:24;171:7;190:8,
12;214:4;260:25

**looked (4)**
144:17;203:3;240:5,
8

**looking (20)**
63:21;66:22;67:18;
96:9;99:9;102:4;
111:10;124:24;140:1;
180:22;190:14;200:1;
212:11;214:3,14;
236:25;238:8;243:19;
258:20;263:14

**looks (3)**
66:2;160:15;163:17

**loop (1)**
193:23

**Lorman (4)**
209:10,25;210:2,3

**lot (23)**
47:8,19;75:2;89:12;
115:7;125:12;147:8;
152:10,13;189:7;
199:12;217:25;220:7;
254:2;262:18;263:2,3,

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 85 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

13;264:3;265:9;
268:14;273:2;275:10
**lots (1)**
175:21
**love (2)**
31:1,4
**lower (2)**
88:7;258:20
**lunch (2)**
109:1,6
**Luther (1)**
68:1

# M

**machine (2)**
253:18;254:1
**machines (1)**
268:14
**Madison (19)**
8:4,8;11:20,22;
17:20;35:7,10,11;
53:14;67:25;109:23;
118:2,14;183:12;
234:5;235:24;248:5;
249:6;271:11
**Madison's (1)**
196:22
**Maggie (9)**
69:17;71:25;72:6,9;
93:23;100:7;103:5;
109:11;195:3
**main (1)**
120:23
**mainly (1)**
135:24
**maintain (2)**
36:25;44:9
**maintained (1)**
88:2
**maintenance (1)**
129:16
**MAISL (1)**
20:20
**major (8)**
21:8;101:9;104:21;
143:13;144:12;164:11,
19,22
**makes (1)**
233:24
**making (4)**
47:3;201:10;234:25;
244:10
**managing (1)**
36:11
**Mansfield (2)**
52:15,25
**many (21)**
21:7;45:7;96:24;
102:11,11;106:22;
107:10;120:8,16,19;
123:9,22;124:5;
141:14;176:1;189:13;

194:16;255:24;262:19;
266:10;271:18
**map (11)**
76:4,9,12,17;77:4;
85:13,14,17,18;108:14,
16
**March (15)**
13:10,12,13,18;15:6,
23;16:9;133:10;
178:25;180:9;182:10;
187:5;188:6;250:7;
276:3
**margin (1)**
253:7
**mark (7)**
62:13;107:23;187:5,
7,13;211:8;235:15
**marked (93)**
24:17,19;39:16,18;
40:3;42:21;54:16;
62:17;64:7,10;65:4,9;
71:21,23;73:14;93:10,
16;100:4,6;109:7;
110:3;115:22,24;
133:6,8;138:3,7;
139:13,17;142:9,11;
149:8,10;152:21,23;
163:7,9;166:1;168:3,9;
169:15,17;171:13;
178:20,22;180:4;
186:23,25;194:11;
195:13;196:10,15;
197:16,18;202:6;
204:17;205:4;208:18,
23;217:1;223:17,19;
226:15,19;230:8,12;
235:17,21;236:19,21;
238:17,21;241:2,4;
242:7;247:22;249:2,4,
20;252:24;253:1;
254:18,20;255:12,14;
256:24;258:11;260:22;
270:16
**marketing (2)**
11:17;12:2
**marking (1)**
107:19
**marks (1)**
143:12
**Marshall (2)**
83:3,5
**Martin (1)**
68:1
**Mary (1)**
242:1
**master (233)**
54:3,4,7,13;57:10;
60:15;61:2,21;62:19;
65:23;66:15,25;67:5,
12,21;68:3,6,8,14,21;
69:4,12,21,25;70:13;
71:13,18,19;72:11,16,

23;73:12;74:2,8;75:6,
12,18;79:23;82:3;
83:12;86:13;87:9,13,
15;88:20,22,23,24;
89:20;90:14,15;93:3;
94:9,11,20,21,23;95:4,
25;96:4,6;97:10,16;
98:1,3,12,21,23,24;
100:20;101:20,25;
102:15,19;103:6,7;
104:9,21;105:5,9,17,
19;106:25;107:10;
108:11,12;112:7,10,14,
21;114:4,12,23;
115:13;129:6,18,22;
130:7,10,15,20,24;
133:9;134:1;135:8,13;
136:3,13;137:9,11;
142:21;143:17;144:10;
145:13,19;148:24;
149:4,23;150:8,16;
151:10,15;153:12;
155:2;156:22;157:2,
10,14;159:11,25;
160:24;161:6;162:21;
163:1;164:12;165:6;
166:7;172:8,17,22;
173:1,11,19;174:2,5,
20;176:22;180:20;
181:1,1;182:4,25;
184:22;186:15,20;
187:17;188:16,18;
190:2,4,4,10,20;
191:14,23;192:25;
193:1;204:2,11;
205:19;206:3,8,11,13;
207:4,9,18,22;208:7,
15;209:6;211:21;
212:7,15,24;213:6,22,
24;215:5,25;218:17,
25;219:8,20;221:4;
222:21;223:6,13;
224:9,18;225:3,21;
226:5;227:6,11;
228:21;234:17,21;
235:2,7,12;236:3,15;
237:12;238:5,10,14;
239:12;242:7;243:21;
244:1,2,11,18;245:21;
246:7,21;247:4,9;
248:6,21,24;249:10
**MATC (3)**
12:2,9,11
**material (1)**
275:10
**materials (2)**
121:10;249:18
**Matt (18)**
146:3;147:15;
162:10;163:13;171:14;
173:22;174:9;182:23;
187:10,14;188:5;
189:20;190:1;196:16;

197:3;203:8;204:20;
205:15
**matter (6)**
8:7;153:19;161:4;
179:16;229:17;255:20
**matters (2)**
137:16;195:18
**Matthew (3)**
8:25;146:4;156:15
**May (32)**
8:5;26:18;40:19;
63:9;70:24;94:19;
112:1,1,16;137:23;
138:10,22;139:7,8,25;
140:13,20;141:15;
163:1,4;178:18;188:2;
196:17,23;204:20;
229:8;242:20;250:18;
253:3;254:22;269:25;
270:8
**maybe (2)**
71:5;128:12
**mayor (18)**
206:1,7,18,24;207:5;
224:12,17,24;244:11,
16;273:7,15,17,20;
274:10,14;275:4,17
**May's (1)**
205:14
**mean (23)**
35:20;36:20;73:3;
90:20;91:5,22;97:24;
104:13;106:14;119:17;
120:1;122:18;174:14;
175:21;199:23;231:13;
232:11;247:1;258:2;
265:4,11;266:11;271:2
**meaning (1)**
91:6
**means (1)**
182:14
**meant (8)**
84:25;86:8;90:5;
147:16;187:20;238:19;
243:5;251:13
**measured (1)**
166:23
**measurements (2)**
167:9,17
**measures (1)**
251:8
**mechanical (7)**
79:3,6,15,21;83:22;
84:4,6
**medication (1)**
11:10
**meet (13)**
21:15,17;36:16;
80:21;123:8;125:2;
175:23;220:18,22;
221:14;234:12;255:3
**meeting (70)**
55:11;60:5;134:11;

138:10,16;139:5,6;
140:12;141:16;148:17;
153:2;159:18,22;
176:3;188:5;189:15;
196:24;197:11,20;
198:4;201:16,17,22;
202:15;203:14,23;
208:9;210:11;211:11,
14;212:5,8,22;213:10,
12;214:7;215:4,7,9,10,
13,15,21,23;216:2;
225:14;226:12;227:17,
21;228:5,9,13,19,20;
229:6,17;232:9,16,23;
234:18,22,22;236:4,9,
16;237:21;246:1;
252:14,17;256:8
**meetings (24)**
60:4;61:19;67:16;
70:11,14,17,21;72:22;
79:19;80:10,11;88:17;
92:9;101:15,21;
102:11,20;103:9;
119:2;141:12;201:19;
207:14;235:2;255:24
**meets (1)**
21:7
**member (4)**
103:4;110:18,20;
209:22
**members (21)**
60:2,23;69:5;90:3;
100:18;111:6;198:9;
212:13,23;213:5,14;
218:11;229:2,25;
232:19;233:13,14;
237:9;251:23;252:10;
256:11
**memo (3)**
218:11;237:3,16
**memorandum (1)**
217:3
**Memorial (1)**
199:3
**memory (2)**
24:22;229:10
**mention (5)**
31:5;39:12;40:8;
42:15;137:21
**mentioned (13)**
14:13;28:19;32:13;
53:6;90:3;132:5,5;
140:6;150:24;180:25;
267:20;270:20;272:9
**mentions (1)**
39:23
**mess (1)**
188:24
**message (1)**
156:19
**met (6)**
80:16;100:17;171:4;
189:3;250:22;251:2

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 86 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

**MGO (2)**
181:2;191:21
**Michael (6)**
8:12;112:2;162:18;
205:14
**middle (6)**
76:11;120:17;
142:17;150:6;262:14;
270:2
**Middleton (9)**
28:5;126:21;127:12;
128:1;199:3,8,8,19;
200:11
**mid-Eighties (1)**
12:7
**midway (3)**
57:22;170:11;198:16
**might (12)**
14:4;16:20;81:24;
96:21;116:10;132:11;
137:6;139:7;155:18;
257:19;266:21;270:12
**Mike (5)**
113:4,13;148:19;
187:14;204:20
**million (8)**
46:3;47:11;48:10;
117:3,19,22;118:25;
142:7
**mind (3)**
42:7;142:15;187:19
**mine (2)**
116:9;152:25
**minimize (5)**
84:18;89:22;91:3,6;
188:22
**minimum (1)**
181:23
**Minnaert (1)**
127:7
**minor (10)**
142:21;143:11,17;
144:3,4,5,12,20,22;
145:11
**minute (4)**
55:6;93:17;223:20;
260:25
**minutes (14)**
54:21;58:6;60:9,10;
134:11,15;198:2,3,4,8,
10;200:16;230:10;
248:18
**Mischaracterizes (11)**
52:4;74:4;77:23;
84:2;93:6;104:5;
111:21;143:1;145:22;
184:5,14
**mission (13)**
36:23;37:13;38:2;
41:3,14,18;42:9,11,14;
175:23;176:3,8;264:19
**mitigate (1)**
170:15

**mitigation (1)**
251:7
**modern (1)**
154:7
**modification (4)**
63:9;217:21,23;
249:11
**modified (2)**
62:24;187:18
**moment (6)**
64:23;95:12;99:11;
126:12;154:23;161:25
**moments (1)**
13:4
**Monday (2)**
211:11;227:4
**money (9)**
12:19;47:19,23;
118:7,11;128:22;
135:22;199:16;263:17
**monitor (1)**
56:17
**monitoring (1)**
70:18
**Monona (1)**
21:24
**Monroe (6)**
54:22;55:12;76:12,
19;167:2;249:7
**months (2)**
140:22;255:21
**moot (1)**
164:14
**more (42)**
16:23;19:19;22:14;
34:22;37:16;47:8;52:6,
8;112:9;119:21;
124:22,23;125:5,12;
144:21;147:8,20;
149:24;150:10;152:10,
17;168:5;176:1;
199:12,16;212:14,23;
213:14;229:13;234:2;
237:10,20;242:25;
244:7;253:20,23;
254:8;262:15;265:23;
268:6;271:15,18
**morning (2)**
8:1;171:5
**most (11)**
20:24;29:11;32:2;
57:9;90:20;94:25;
103:18;120:1;188:20;
265:9,11
**mostly (1)**
71:4
**motion (6)**
211:24;214:15,23;
226:8;227:10,20
**motions (1)**
227:19
**Motorized (1)**
88:1

**move (11)**
18:14;108:22;
144:24;146:1;192:16;
193:25;195:10;201:2,
7;235:1;247:16
**moved (3)**
186:10;221:3;227:5
**moving (3)**
185:6;186:7;201:23
**much (13)**
37:16;90:19;102:12;
104:23;105:1;111:25;
119:21;121:20,21;
140:20;264:12;268:6;
271:15
**muddy (1)**
122:12
**multiple (7)**
28:1;69:19;193:17,
19;202:10;230:19;
234:25
**Municipal (2)**
67:25;234:13
**municipality (2)**
14:22;15:1
**Munson (12)**
160:1,2,5,13;162:11,
19;168:12,18;173:15,
17,22;177:16
**Munson's (2)**
173:25;174:4
**must (6)**
10:5;36:15;38:21,25;
181:2;228:4
**myself (2)**
13:17;105:21

---

# N

**name (7)**
8:2;12:25;17:13;
19:18;26:24;115:20;
245:7
**named (1)**
238:25
**names (3)**
19:18;27:11;209:14
**narrow (1)**
98:12
**Nathan (6)**
173:24;174:10;
177:16;178:24;203:8;
254:13
**national (2)**
121:18,19
**natural (1)**
122:12
**nature (4)**
14:15;16:1,15;244:4
**necessarily (2)**
24:20;268:12
**necessary (2)**
106:3;173:20

**need (16)**
10:22;11:7;99:11;
104:1;105:12;106:6;
128:2,6,16;129:11;
159:10;174:1;188:2;
200:7;268:21;269:21
**needed (18)**
54:12;72:23;102:20;
106:11;121:20,21;
145:7;154:5;159:25;
161:5;172:16;186:20;
190:5;199:13;200:2;
206:12;221:14;242:13
**needing (1)**
262:21
**needs (2)**
18:6;29:7
**negative (4)**
82:20;251:3,6;
256:14
**negatively (1)**
242:21
**negotiating (1)**
79:21
**neighbor (2)**
81:22;209:22
**neighborhood (82)**
54:13,22;58:23;59:6,
15;60:7,16;70:4,11,12,
17,22,23;71:12,17;
72:15,21,24;78:16;
79:7,8,12,17;80:2;
81:18;89:18,23;91:18;
92:8,13,15;93:2;98:4,6,
7;101:16,22;102:21;
103:4,9;118:15;
123:24;124:2,9;
125:13;134:15,25;
135:1,2;137:24;138:9,
23;139:9,25;140:13,
24;141:7;143:23;
159:18,21;160:9;
171:1;189:2;197:12;
207:21;208:12,12,13;
209:4,11,13,23;210:9;
238:4,13;258:5;262:9;
271:24,25;272:12,15;
273:1
**neighborhoods (6)**
105:21,23,24;
133:24;135:19;252:2
**neighborhood's (1)**
57:4
**neighbors (57)**
54:12;55:11,23;
56:22;57:13;61:4;
70:18,25;71:11;73:6;
80:24;81:4,5,12,21;
88:12;89:21;91:3,11,
15;92:11,25;104:25;
105:2;106:15;118:3;
131:4,9;134:24;
135:15,18,24;136:8;

**next (26)**
141:2,13;147:18;
150:25;151:17;152:3,
16;155:17;160:10,25;
169:11,19;171:1,8;
187:21;207:21;233:14;
248:19;256:13;258:1,
24;260:20;261:20;
272:24
**neither (2)**
180:18,25
**nervous (1)**
13:1
**new (30)**
18:5,7;32:15;40:19;
57:9;58:7;61:3,3;77:7;
87:24;103:17;104:6;
117:3,18;127:8,15;
128:23;129:3,15;
130:6;132:7;137:25;
138:24;140:10;149:18;
183:14;187:19;188:10;
199:15;200:4
**newly (1)**
235:5
**newspaper (2)**
24:25;116:8
**night (79)**
30:12,22,25,25;31:1,
4,10,21,22;32:5,7,11,
17,18,22,25;33:5,7;
34:5;52:24;128:5,6,16;
142:23;143:7,18;
144:15;146:11,17;
147:5,7,11,12;149:20,
21;174:25;175:11,19,
21;176:7;177:25;
178:2,9;180:18;
186:13;187:18;188:10,
15;189:23,25;191:6;
192:2,7,12,22,24;
193:8,15;194:3;
220:21;231:10;232:10;
264:2;265:12,23;
266:2,10;267:23;
268:3,8,10,15,22;
269:1,7,10,19;270:2,5
**nightmare (1)**
188:24
**night's (1)**
248:4
**nighttime (5)**
34:15,24;79:11;88:3,
13
**nine (2)**

Case: 3:21-cv-00118-wmc    Document #: 33    Filed: 05/20/22    Page 87 of 99

Edgewood High School of the Sacred Heart, Inc. v.                    Video Deposition of Michael G. Elliott
City of Madison, Wisconsin, et al.                                                                    May 10, 2022

13:8;201:12
**Nineties (5)**
    12:7,8;54:8,14;61:11
**Noel (2)**
    8:20;203:8
**noise (22)**
    79:5,6,11,15,22;
    80:23;81:3,20;83:19,
    22;84:4,7;166:18;
    167:9,11;170:11,16,16;
    189:5,5;251:8,25
**nonconforming (5)**
    163:3;164:7;165:10,
    15,20
**None (2)**
    42:16;77:19
**nonprofits (4)**
    262:20;270:21,25;
    271:6
**nonresponsive (2)**
    144:25;247:17
**nor (3)**
    180:18,25;203:4
**Nos (1)**
    235:17
**note (2)**
    62:23;63:2
**noted (1)**
    120:23
**notes (4)**
    51:2,5;148:9;251:22
**notice (6)**
    164:24;197:6;227:7,
    22;228:2,4
**notices (10)**
    160:16;195:16,21,
    23;196:7,7,22;197:7,
    10;203:2
**notifying (1)**
    261:8
**noting (2)**
    51:12;64:18
**November (10)**
    68:15;150:13;162:2;
    163:12;165:3;195:4;
    214:1,1;236:16;243:18
**number (45)**
    30:17;35:8;43:18;
    58:17;65:24;66:24;
    74:17;75:23;76:8,18;
    77:6;78:7;85:21;86:2;
    87:13;95:10,19;105:4;
    107:9;108:4;117:14;
    120:20;136:22;141:25;
    149:19;153:7,19;
    163:22,23;188:1;
    207:20,25;208:5;
    211:17;214:4;229:12;
    242:2,4;248:19;252:2,
    17,18,22;272:1;273:6
**numbered (5)**
    41:12,17;67:19;
    87:18;98:20

**numbering (1)**
    99:11
**numbers (12)**
    49:18;58:5;63:21;
    66:3;73:20;95:9;108:2;
    122:9;133:14;155:7;
    163:21;262:16
**numerous (1)**
    70:10
**nuns (1)**
    14:1

## O

**object (2)**
    29:4;40:1
**objected (2)**
    98:8;240:12
**objecting (1)**
    259:11
**Objection (188)**
    26:13;27:20;30:6,13;
    31:24;33:22;35:12;
    36:6,17;37:11,24,25;
    38:7,8;39:6,14;41:4;
    43:19;44:3;45:17;46:9,
    16,20,23,25;47:15;
    48:2,12;51:8,20;52:3;
    55:16,25;56:11;57:7,
    15;58:11;59:1,22;62:1,
    5;67:2,7;68:10,16,24;
    69:7;70:6;71:14;72:17,
    25;74:3;75:13,20,25;
    77:22;78:4;80:3,4;
    81:1,14,23;83:15;84:1;
    86:25;88:15;89:25;
    91:19;93:5;96:8,15;
    97:18;98:16;99:4;
    102:1,6,24;103:12;
    104:4;105:15;106:12;
    107:1;111:20;114:6,
    13,21;115:5;119:5;
    129:23;130:21;131:14;
    132:1,16;136:4,15;
    138:25;141:10;142:4,
    25;143:2;145:4,21;
    146:22;152:12;154:12;
    155:20,21;161:1,7;
    162:12;163:15;164:2;
    166:25;167:13;170:19;
    173:3;175:20;179:21;
    182:1,16,21;183:23,24;
    184:4,13,23;185:9;
    188:19;190:6;192:3,9;
    193:2;195:19;199:10;
    203:10;204:4,12;
    206:15;207:24;209:8;
    210:12;211:5;213:16;
    215:16;218:7,14;
    219:9;220:5,16;222:4,
    11;223:14;224:5;
    225:5;227:13,23;
    228:7;229:18;233:1,

22;234:10;237:23;
    239:7,22;240:7;
    243:11;244:14,20;
    247:11,18;251:19;
    252:7,20;255:22;
    256:17;257:15,21,23;
    258:9;259:9,22;
    260:17;265:21;272:5,
    20;273:9,12,18
**objections (1)**
    59:10
**objectives (2)**
    242:10,17
**obtain (2)**
    141:19;169:10
**obviously (6)**
    119:18;144:12;
    146:15;178:2;200:16;
    260:6
**occasion (2)**
    14:25;234:12
**occasionally (2)**
    81:3,5
**Occupancy (1)**
    89:5
**occur (5)**
    119:11;131:12;
    178:5,10;231:1
**occurred (12)**
    28:10,12,13;55:23;
    57:12;60:8;90:12;
    118:16;154:20;165:19;
    227:4;271:13
**occurring (2)**
    166:23;249:12
**October (36)**
    42:23;43:23;48:15;
    100:9;110:6,25;111:7;
    142:22;143:6,18;
    146:11;147:3,12;
    156:16;159:2,18,21;
    160:18;162:18;220:14;
    221:19,23;222:10;
    225:18;226:5;229:5,
    17;234:18,22,22,25;
    236:1,4,9,11;237:4
**off (27)**
    50:4;63:13;64:4,22,
    24;87:12;92:19;99:10;
    109:4;120:21;123:12,
    21;127:17;142:21;
    143:16;144:4,8;
    145:11;161:14;178:6;
    194:18;221:24;230:21;
    253:25;264:12;270:13;
    276:13
**offer (3)**
    38:11;200:17;271:9
**offering (2)**
    199:20;200:11
**offerings (1)**
    152:5
**office (1)**

229:15
**offices (1)**
    89:6
**official (3)**
    109:17;196:6,22
**officially (2)**
    72:11;90:20
**Officials (1)**
    117:7
**often (3)**
    21:1;28:10;241:15
**old (4)**
    13:17;72:4;112:14;
    129:2
**on- (2)**
    133:23;134:5
**on-campus (1)**
    134:2
**once (2)**
    19:19;253:24
**one (95)**
    11:8;16:23;21:8,8,
    24;22:1;25:13;28:16,
    16,19;31:16;34:22;
    41:22;48:3,6;50:22;
    51:5;52:9,23;53:5;
    54:6;59:19;62:13;
    64:12;72:4;78:12,17;
    87:18;94:1;95:12;
    100:9;103:7;104:2,21;
    107:22;108:15,15;
    115:8;120:21,23;
    123:21;126:12;137:1;
    138:13;142:14;150:10;
    165:23;168:6;182:9;
    184:15;186:2,3;
    188:23;193:10,11;
    198:9;202:10;205:7;
    216:9;220:1;232:2,22;
    235:19,20;238:9;
    240:1,5;241:19;
    242:25;244:2,4,12,22;
    245:1;252:19;253:7,
    14;254:11;262:12;
    263:6,24;264:9;
    265:23,23;266:2,2,22,
    23,24;269:9;270:20;
    274:3,5,6;275:19
**ones (11)**
    20:8;22:12,14;65:20;
    108:6;140:6;147:21;
    234:5,6;269:6;272:7
**ongoing (1)**
    217:18
**only (15)**
    22:1,14;28:15;38:9;
    47:1;94:24;99:1;
    107:22;116:24;118:2;
    123:8;147:21;153:10;
    158:13;175:25
**onto (2)**
    84:19;89:23
**Open (11)**

95:16;101:15,21;
    102:20;103:8;146:25;
    157:14;203:6;239:11;
    251:23;252:11
**operated (1)**
    244:25
**operating (1)**
    244:18
**operational (1)**
    56:17
**operations (1)**
    58:5
**opinion (1)**
    218:2
**opinions (1)**
    258:2
**opponents (1)**
    253:23
**opportunities (2)**
    152:4;262:12
**opportunity (7)**
    41:1;77:3;184:9;
    185:5;189:10;265:15;
    269:15
**oppose (1)**
    273:2
**opposed (11)**
    124:10;133:2;
    185:23;207:22;208:14;
    257:12,20;258:8;
    260:15;261:20;273:5
**opposing (1)**
    257:13
**opposite (1)**
    28:20
**opposition (6)**
    73:7;113:18;160:25;
    214:11;252:17;253:14
**option (1)**
    172:13
**options (2)**
    199:2;252:8
**oral (4)**
    273:14;274:9,24;
    275:10
**ORD-14-00082 (1)**
    206:2
**order (7)**
    35:21;36:1,16;37:8,
    23;44:13;204:11
**ordinance (28)**
    86:10;91:7,22;125:3;
    148:2;189:6;206:2,7,
    12,12,19;207:1,17;
    214:9;216:15,18;
    217:12;219:22;225:20;
    227:6;228:20;229:5;
    231:13,19;232:3,13,18;
    235:5
**ordinances (5)**
    90:6;92:4;172:21;
    189:4;215:11
**organizations (1)**

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

175:24
**orient (1)**
    111:4
**orientation (1)**
    116:6
**original (4)**
    63:25;97:2;112:21;
    206:11
**originally (3)**
    137:11;147:17;
    213:25
**others (7)**
    28:6;171:6;209:18;
    241:17;244:11;274:14,
    17
**Otherwise (3)**
    11:2;64:10;147:23
**ours (5)**
    108:15;137:1;
    216:11,16;235:5
**ourselves (2)**
    73:5;244:23
**out (31)**
    10:17;24:13;26:17;
    50:11;85:12;93:14;
    108:6,9;116:10;119:8,
    10;121:9;128:1;138:2;
    146:2,6;148:1;176:5,
    24;180:14;199:3,5;
    200:10;209:16;215:9;
    222:5;231:3,16;235:6;
    263:10,11
**outdoor (12)**
    24:5;25:16,24;26:21;
    27:7,8;84:15;117:24;
    124:14;249:24;250:3;
    264:10
**outlets (1)**
    79:5
**outlined (1)**
    191:11
**outside (6)**
    18:15;35:6,10,11;
    249:12;272:7
**over (21)**
    10:1,15;13:8,13;
    14:2;15:6;17:5,10;
    25:23;76:11,12,18;
    104:12;151:1;172:15;
    189:1,2,13;190:24;
    255:20;272:1
**overall (1)**
    41:2
**overdue (1)**
    127:8
**overlap (1)**
    23:15
**overseeing (1)**
    12:22
**overview (1)**
    243:5
**own (6)**
    25:6;122:19;169:11;

183:3;198:9;244:25
**owned (7)**
    95:20;98:13,25;
    99:18;118:17,18,22
**ownership (1)**
    36:8

**P**

**PA (1)**
    58:7
**page (130)**
    25:4;41:13,13,15,17,
    19,23,25;42:8,9;43:10;
    50:10,18;54:25;56:2;
    57:21,25;63:1,15,19,
    22;65:25;66:3,5,5,7;
    67:17;68:13;73:14,15;
    74:12;76:4,4;78:6,8,
    12;79:1;81:6;82:10;
    83:1,21;84:10,23,24;
    85:2,6;86:16;87:5,17;
    93:22;95:10,11,16,19;
    99:8,11,13;107:16;
    108:17;110:5,23;
    111:5,14;113:9;116:2,
    13,18;117:2;120:7,10,
    11,14,17,20,20,21;
    123:10;124:8;133:15;
    134:14,18;138:18;
    140:4,23;149:11;
    150:3,6,10;151:5,5;
    153:8;154:2;166:16;
    167:6,7;168:22;
    169:23;170:9;175:7,9;
    180:22;181:6;183:8;
    198:11,16,19,20;
    200:20,20,23,23;203:7;
    205:7;211:17;214:4,5,
    21;217:9;230:15;
    231:4;238:24;241:9;
    242:6;249:6,20;250:2,
    10,15;259:7;275:25
**pages (15)**
    39:20;41:1,9,11;
    42:13;43:6;65:24;
    68:13;73:25;76:6;
    83:11,12;108:3;116:7;
    249:17
**pagination (1)**
    63:23
**paid (1)**
    210:13
**pair (1)**
    25:22
**paper (2)**
    17:23;19:23
**paragraph (69)**
    25:15,18;43:10;
    50:18,19;51:16;55:3,4,
    10,19;56:2,8;66:13,20,
    23;67:18;73:19;86:20;
    87:17,25;98:20;99:1,

16,17,22;100:16;101:3,
6;111:23;112:5,13;
117:17;120:22;121:11,
16;123:4;126:13,14,
19;127:5;133:22;
149:16;151:25;154:3;
157:12;159:17;162:14,
25;164:9;179:8,13;
180:14,23;181:5;
183:8,9;190:18;
211:23;212:12;214:14,
23;217:11;227:2;
237:7;240:16;243:19;
248:4;251:22;253:6
**paragraphs (2)**
    89:12;127:4
**parallel (3)**
    215:6,12;216:6
**paraphrase (1)**
    111:16
**parcel (1)**
    180:17
**parcels (1)**
    242:8
**parent (4)**
    110:14,20;111:3;
    187:8;230:19;253:18;
    267:6,10
**parents (15)**
    33:17,20;34:3;
    127:17,19;128:2,5,12,
    15;143:7;146:15;
    266:10;267:1,11;
    268:24
**parish (1)**
    51:17
**parishes (2)**
    51:13;52:7
**Park (5)**
    29:21,25;30:3;31:8;
    84:19;85:10,24;89:8
**parking (29)**
    74:18,20,24;75:1;
    81:7;89:12;107:6;
    108:15,19;133:10,24;
    134:2,6;135:9,13,19,
    22;136:3,14;137:1,10,
    16;141:3;187:25;
    188:25;189:1;272:16,
    25;273:2
**parks (10)**
    29:23;146:4,6;148:7;
    189:20;237:3,3;
    254:24;275:13,14
**parochial (4)**
    21:9;123:7,18;
    262:14
**part (40)**
    15:11;16:22;20:20,
    24;26:2;29:11;32:2;
    44:11;47:23;63:13;
    71:4;72:22;74:2;75:17;
    78:21;80:7;87:9,12,15;

88:17,20;94:25;
103:18;104:7;112:14;
118:19;121:14;123:17;
125:10;139:5;171:3;
172:2;175:4;180:17;
233:9;238:4;264:19;
265:9,25;273:25
**participant (2)**
    112:20;197:24
**participants (1)**
    197:23
**participate (2)**
    38:14;39:4
**participated (3)**
    44:5;70:3,16
**participating (1)**
    72:21
**particular (4)**
    40:20;137:10;
    229:11;275:1
**parties (3)**
    185:4;208:1,2
**partnership (2)**
    123:17;264:19
**partnerships (8)**
    175:24;176:9;
    262:19,23;263:23;
    270:21,24;271:6
**parts (1)**
    124:22
**pass (1)**
    216:11
**passed (2)**
    218:4,17
**passing (2)**
    217:11,12
**past (10)**
    23:21,23;25:23;87:6;
    111:3;123:5;124:3;
    141:8;152:3;190:24
**path (3)**
    86:5,14;274:18
**pay (5)**
    171:2;196:3;200:6,8;
    263:17
**paying (2)**
    104:14;152:16
**Peace (1)**
    11:18
**peak (2)**
    166:17,23
**Peggy (1)**
    62:13
**pencil (1)**
    65:10
**pending (2)**
    164:19;165:6
**people (22)**
    69:19;72:9;100:8;
    118:21;138:12;147:22;
    171:5;173:13;189:1;
    208:5;228:25;252:17,
    18;253:13;254:2,11;

258:2,4;260:19;
262:13;265:11;267:15
**per (3)**
    115:13;181:2;239:12
**perceived (2)**
    79:7;228:10
**percent (2)**
    51:2;88:5
**percentage (2)**
    35:5;38:13
**perfectly (2)**
    46:24;145:2
**perforated (1)**
    88:1
**perform (1)**
    140:7
**performed (3)**
    15:15
**performing (1)**
    105:10
**perhaps (2)**
    63:8;113:3
**Perimeter (2)**
    86:18,24
**period (17)**
    13:16;49:7,20;74:8;
    110:15;123:20;155:23;
    186:16;188:6;220:4;
    222:3;223:22;225:18;
    230:23,24;231:17;
    232:15
**permanent (2)**
    58:17;172:14
**permission (1)**
    192:12
**permit (35)**
    56:4,10,14,23,24;
    57:5,14;58:24;59:7,13,
    15;145:7,17;146:7;
    147:13;163:2;175:1,
    12;182:5,24;185:7,8;
    190:9,19;191:21;
    250:17;251:18;252:18;
    253:13;255:17;256:2;
    258:7;261:17,23;262:3
**permits (12)**
    15:1;53:25;66:16;
    73:8;132:8;185:10,12,
    14,16,17,20;186:1
**person (8)**
    35:23;113:13;157:6;
    185:21;260:5,7;266:2;
    275:8
**personally (3)**
    222:13;267:13;
    274:25
**personnel (2)**
    160:13;177:1
**person's (1)**
    189:16
**perspective (1)**
    237:16
**petition (3)**

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 89 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

225:15,20,24
**phone (2)**
157:7;238:7
**phonetically (1)**
19:23
**phrase (1)**
46:22
**physical (22)**
95:21;98:14;99:2,19,
23,24;121:17,22;122:8,
10;157:16;176:12,18,
23;177:6,10,21,24;
178:1,5;191:15,24
**pick (1)**
128:12
**picking (1)**
267:2
**picture (4)**
41:25;76:25;116:22;
182:6
**pictures (1)**
155:11
**pile (1)**
93:12
**pivot (1)**
186:18
**pivoting (1)**
274:19
**place (12)**
34:18;133:1;143:6;
144:15,18;146:18;
220:8;246:4;263:6,8,
14;270:10
**placed (4)**
84:18;250:23;
251:13;255:4
**places (3)**
127:1;263:14;271:19
**plaintiff (3)**
8:18,21;275:20
**plan (307)**
17:25;25:7,10,19;
54:3,4,7,8,13;57:10;
58:1;60:15;61:3,21;
62:19;65:23;66:9,15,
17,25;67:5,12,21,24;
68:4,6,8,14,21;69:5,12,
22,25;70:13;71:13,18,
19;72:11,16,23;73:12,
17,21,22;74:2,8;75:7,
12,18;79:23;82:3;
83:12;86:13;87:9,13,
15;88:20,22,23,24;
89:20;90:14,15;93:3;
94:9,12,20,22,23;95:5,
17,25;96:5,6;97:10;
98:3,13,21,23,24;
100:20;101:20,25;
102:10,10,15,20;103:6,
8;104:22;105:5,9,17,
19;106:6,10,20,25;
107:10;108:11,13;
112:7,10,14,21;114:4,

12;115:13;129:7,18,
22;130:7,10,15,20,24;
133:10;134:1,9;135:8,
13;136:3,13;137:9,11;
142:6,22;143:17;
144:10;145:13,19;
148:24;149:5,23;
150:8,16;151:10,15;
153:4,12;155:2;
156:22;157:3,10,14,14;
159:11,25;160:24;
161:6;162:21;163:1;
164:12;165:6;166:7;
172:8,10,17,22;173:1,
11,19;174:2,20;
176:22;180:17,20;
181:1,1,12;182:4,25;
184:22;186:15,20;
187:17;188:17,18;
190:3,4,4,11,21;
191:14,23;192:25;
193:1;204:2,11;
205:19;206:4,8,11,13;
207:5,9,10,16,18,22;
208:7,9,15;209:6;
210:10;211:10,21,25;
212:4,6,7,13,15,21,22,
25;213:4,6,14,22,25;
214:7,16,24;215:3,5,7,
13,15,25;216:1;217:4;
218:11,17,25;219:8,20;
221:4,9;222:21;223:6,
13;224:9,18;225:3,14,
21;226:5;227:6,11;
228:22;229:3,5,13,25;
234:17,18,21;235:2,7,
12;236:3,4,8,15,16;
237:4,9,12,20,21;
238:5,10,14;239:12;
242:8;243:20,21;
244:1,2,4,11,18;
245:21,22;246:1,3,7,
22;247:4,9;248:6,21,
24;249:10;250:18,21;
251:1,17;252:6,10,16;
254:25;255:16;256:5,
11;261:17
**plane (1)**
215:19
**planned (1)**
131:16
**planning (13)**
14:19;100:19;104:9,
15;125:20,21;149:13;
174:25;175:10;213:15;
221:4;229:14;235:11
**plans (10)**
18:1,10,14;78:18;
92:5;97:16;98:2;
114:23;147:17;174:5
**play (63)**
20:19;23:5,11;26:19,
22;27:19,24;29:2,12;

30:12,21;31:1,4,22;
32:4,7;120:8,16,19;
126:20,23;127:2;
143:6;144:15,18;
145:24;146:10,13,16,
19,21;147:1;158:13,
19;159:9;186:13;
189:25;192:7,12,22,24;
193:8,15;194:3;
200:22;203:19;204:9;
217:19;218:5,21;
219:6,18,23;220:12,20,
23;263:4,8,14,15;
265:10;266:14,17
**played (13)**
21:23;28:5;29:10,11,
19,22,23;32:11,16,18,
25;147:9;218:22
**players (1)**
268:5
**playing (13)**
23:3,7;28:8;32:21;
33:4;124:10;154:16;
158:14;198:22;218:23;
219:2;266:22,23
**plays (17)**
20:22;21:5;22:10,22,
24;23:9;30:24,25;53:7;
153:20;262:15
**please (14)**
34:17;46:14;50:13;
67:23;84:10;99:6;
126:13;158:5;168:18;
196:19;205:24;221:6;
267:24;269:5
**pleased (3)**
247:8,19;248:4
**Pleasure (4)**
84:19;85:11,24;89:8
**plow (1)**
137:7
**pm (1)**
276:15
**point (22)**
10:14;22:15;24:13;
39:11;40:14;52:17;
81:6;124:16,25;125:5,
16;126:13;146:18;
150:22;151:8;180:14;
185:3;188:9;222:17;
247:14;263:24;274:19
**poles (4)**
89:16;183:15;
250:12,13
**policy (1)**
164:18
**politics (1)**
234:3
**poor (2)**
45:25;140:18
**population (2)**
43:17;51:2
**porta (1)**

147:23
**portion (2)**
125:7;242:6
**pose (1)**
81:21
**position (24)**
13:11;14:6,24;15:10;
17:9,14;109:14,15,17;
113:5;129:9;136:9;
163:3;164:6;189:16;
191:22;192:1,6;
201:16;204:8;220:10;
233:11,17;234:14
**positive (2)**
26:23;65:24
**possibility (3)**
32:21;33:4;223:12
**possible (6)**
117:19;124:13;
170:11;256:10;264:12,
24
**possibly (3)**
69:19;254:8;271:9
**Post-It (2)**
63:2,18
**Post-Its (2)**
65:19,19
**potential (1)**
119:14
**potentially (3)**
116:8;119:9;194:8
**pots (1)**
147:23
**Potter (1)**
101:1
**practical (1)**
217:18
**practice (11)**
23:10;55:14,22;
113:19;120:24;121:1;
124:12;125:4,6;127:8;
271:17
**practices (21)**
47:8;95:21;98:14;
99:2,19;117:7;123:7;
124:14;152:11;157:16,
17;176:12,18;177:6,11,
22;178:8,9,16;191:15,
24
**preceded (1)**
216:9
**precluded (1)**
30:4
**preCOVID (1)**
202:17
**preference (1)**
274:3
**prehigh (1)**
269:20
**prejudice (5)**
219:7,10;250:24;
251:14;255:4
**premise (2)**

91:9;219:25
**prep (1)**
19:8
**preparatory (1)**
19:3
**presence (1)**
52:1
**present (5)**
100:20;186:7;191:2;
222:16;233:15
**presentation (2)**
137:25;138:23
**presented (6)**
54:8;147:18;153:15;
158:11;169:19;251:25
**president (36)**
12:14,17;13:6,14,17,
24;14:3,5,24;15:8,9;
17:9;18:5,7;43:24;
44:2;16;48:18;57:3;
58:21;59:5;69:13;
78:22;90:17,20;
103:20;104:12;109:12;
141:18;227:5,10;
228:19;230:22;231:16;
232:5;245:16
**presume (1)**
241:12
**pretty (3)**
102:12;147:7;216:22
**prevent (1)**
89:17
**preview (1)**
42:6
**previous (5)**
57:19;62:18;69:13;
76:6;154:15
**previously (3)**
65:18;171:13;203:3
**principal (2)**
12:23,24
**principal's (1)**
12:25
**printed (2)**
63:5;116:10
**printing (5)**
13:20,21,22,23,25
**Prior (46)**
12:1;13:11,18;14:24;
15:23;16:5;17:10;
21:15,18;47:6,14;
53:18,22,25;54:3;
66:15;67:10;68:3;73:7,
8;87:13,18;93:6;
105:23;106:18;115:13;
140:12,16,17,18,20;
141:15;146:11,21;
158:21;162:9;172:25;
179:10;183:12;184:5;
195:13;204:18;205:4;
211:8;217:2;264:25
**private (2)**
19:2;161:4

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

**privilege (1)**
174:8
**privy (1)**
244:5
**Probably (12)**
16:7,14;20:17;22:14;
33:1;49:3;112:2;
119:18;142:6;257:22,
25;264:20
**problem (7)**
10:22;125:1;133:23;
198:7,8;216:21;246:19
**Problemsome (2)**
198:10,10
**procedure (1)**
57:19
**procedures (1)**
56:16
**proceed (5)**
8:16;129:21;164:25;
187:17;201:9
**proceeding (2)**
222:20;223:5
**proceedings (8)**
65:3;76:22;161:18;
170:24;194:22;203:22;
226:2;243:3
**process (41)**
53:20;57:6,14;59:20;
67:6;72:22;100:21;
101:4,8,14,20;102:15;
103:6,8;104:9,25;
105:13,16,17,19;106:3,
17,24;107:7;108:12;
115:7;130:2;143:13;
149:23;165:14,20;
189:13;194:7;197:11;
201:12;207:8;233:9;
234:8;241:17;258:7;
266:1
**procure (2)**
118:25;166:8
**procuring (1)**
118:24
**produced (1)**
242:5
**product (2)**
121:20,21
**program (10)**
29:15,23;31:10,20,
21;32:14;37:8,22;38:6;
267:3
**programs (12)**
30:11,19,21;32:4;
33:8;37:19,19,20;
120:25;121:23;124:5;
265:6
**progress (2)**
100:19;201:20
**progress/positive (1)**
201:11
**progression (1)**
201:11

**prohibited (1)**
219:2
**project (23)**
80:17,18,20,21;
86:10;104:16;105:22;
124:1;129:17;135:4,
14;137:2,4,10;141:20;
150:6;151:8,9;154:24;
155:24;160:6;234:15;
249:23
**projects (14)**
25:22;66:17;74:1,9;
103:17;104:2;105:4,8;
106:22;107:9,16;
136:23;170:3;272:1
**promised (1)**
104:22
**properties (4)**
30:1;244:13;251:4;
256:16
**property (13)**
53:21;91:8,21;
101:24;102:23;103:11;
135:23;136:6;189:4;
212:18,18;237:15,15
**proposal (4)**
166:12;169:20;
171:3;208:6
**proposed (7)**
59:14;100:21;
207:17;209:6;212:16;
237:12;251:8
**proposing (2)**
133:25;250:11
**prospective (1)**
125:20
**protest (3)**
225:15,20,23
**proven (1)**
242:12
**provide (4)**
44:11;95:25;124:13;
233:3
**provided (14)**
44:17;63:6;65:14;
96:17;97:8,9,13,16;
98:3;123:6;124:18,20;
202:24;218:11
**providing (1)**
36:4
**provision (2)**
84:3;85:9
**public (3)**
50:23;207:10,16
**publicly (1)**
145:12
**pull (2)**
185:7,8
**pulled (4)**
185:10,12,14,16
**purpose (7)**
62:8;70:21;118:12;
156:19;175:17;191:19;

232:23
**purposes (5)**
51:11;117:23;
176:12;18;272:2
**pursue (1)**
159:10
**pursuit (1)**
243:10
**put (25)**
58:25;59:8,25;60:13,
18,25;61:10;65:19;
120:3;124:25;125:14,
22;132:14;133:1;
139:19;147:20,22;
150:25;166:7;193:23;
199:17,23;205:1;
216:15;227:20
**putting (4)**
95:2;122:23;125:25;
132:7
**PVC (2)**
132:8,25

**Q**

**Queen (1)**
11:18
**question-and-answer (2)**
10:3;175:8
**quick (1)**
156:8
**quickly (1)**
215:19
**quite (1)**
208:4
**quote (10)**
121:15,16,25,25;
122:6,14,15;124:18,20;
126:11
**quotes (2)**
117:15;122:23

**R**

**races (1)**
234:4
**raise (1)**
12:18
**raised (6)**
11:22;73:7;78:17;
79:16;80:24;139:24
**raising (5)**
16:22;88:12;91:16;
92:12;160:24
**rally (1)**
265:14
**ramp (1)**
81:7
**ran (2)**
244:25;263:24
**range (4)**
16:16;45:9;48:20;
140:22

**ranged (1)**
166:18
**rather (5)**
127:25;222:21;
223:6,13;224:18
**Re (2)**
187:9,10
**Rea (1)**
18:9
**reach (4)**
119:8,10;146:2,6
**reaching (2)**
231:3,16
**read (75)**
25:15;50:19;55:4;
66:18;78:1,3;79:13;
81:9;84:21;85:9;87:10;
88:7;89:9,18;99:16;
101:10;111:13,16,22;
112:3,11,18;113:1,5,
19;116:11;117:8;
120:13;121:23;123:12;
124:5,16;125:7;
126:14;134:2;142:15;
143:2,14;149:25;
156:23;158:2;162:21;
163:4;164:15,20;
165:1;168:20;172:22;
180:20;181:3,12;
190:17;191:17;196:25;
199:6;201:13;205:19;
206:4;210:25;211:3;
214:18;227:7;237:17;
241:12,15,24,25;
242:13;248:6;249:15;
250:24;251:10;258:24;
261:3;276:11
**reading (2)**
17:23;190:23
**ready (3)**
48:6;50:20;156:6
**reaffirm (1)**
88:19
**reaffirmed (3)**
87:8,14,19
**real (1)**
12:16
**really (13)**
18:13;90:19;94:25;
103:14,22;104:8;
118:5;124:11;188:21,
24;209:11;263:21;
264:9
**reason (12)**
11:11;43:15;47:23;
79:25;104:18;122:13,
25;163:25;193:22;
257:25;267:16;274:17
**Reasonable (3)**
79:9;113:12;130:8
**reasons (2)**
48:3;104:21
**recall (96)**

22:15;39:2;57:17;
60:16;70:10;112:9,13;
113:24;114:1,2,8,9,18,
24;115:10;119:11,12,
24;121:4,12;129:10;
147:5;148:17;152:25;
153:1,2,3;156:25;
157:8,25;158:9,9,25;
159:6,6,21;163:20;
165:17;177:2;180:3,
11;184:15;188:7;
196:5;203:12,16,23;
204:5;207:13,15;
212:21;213:1,2,4,13,
18;222:18;223:9;
224:4,7,14;225:23;
226:8;227:16,19,24,25;
228:24;229:2,7,8,11;
230:2;231:23,24;
232:4,7;234:20,23,24,
25;238:10;243:16,17;
244:10,15;245:25;
246:5,10,21;247:6;
256:4,6,7;261:25;
270:21
**recalling (2)**
157:22;232:14
**receive (3)**
163:18;164:1;228:2
**received (18)**
44:25;47:12;81:3;
115:4,18;124:2;164:3;
173:8;178:24;190:24;
195:17;196:2;210:16;
228:4;236:7;237:2;
255:7;258:14
**receiving (6)**
94:21;114:2;115:7,
19;128:21;210:17
**recent (5)**
53:3;59:21;123:12;
154:4;172:9
**recently (2)**
45:23;172:19
**Recess (7)**
50:6;6:5:1;92:21;
109:6;161:16;194:20;
270:15
**recipients (2)**
94:1;100:9
**recitation (1)**
80:1
**recognize (27)**
40:21;42:22;62:21;
65:22;72:2;139:18;
150:15;152:24;156:14;
162:1;169:18;195:16,
21;202:25;204:23;
205:4,6;209:14;
226:21;230:13;235:22;
238:22;241:5;247:25;
249:18;253:2;254:21
**recollection (16)**

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 91 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

15:2;26:5;72:14;
77:4;112:25;121:7;
129:11;210:17;216:8;
223:15;226:13;237:19;
240:10;250:19;255:8;
257:17
recommend (1)
187:20
recommended (3)
211:25;214:17,25
recommending (3)
212:12;213:7;237:8
reconsidering (1)
252:11
record (27)
8:2,4,14;47:4;50:4,8;
62:23;64:17,23,24;
65:7;16;92:19,23;
107:25;109:4,10;
161:14,20;163:24;
194:18,24;230:7;
249:7;270:13,19;
276:13
recorded (1)
167:12
records (2)
48:24;152:19
recruit (5)
262:10;264:21;
265:24;269:15,20
recruiting (2)
263:22,22
Reddan (6)
23:3;32:9,12;53:7,
10;126:23
R-e-d-d-a-n (1)
23:3
redevelopment (1)
155:13
redo (1)
182:5
redoing (1)
131:6
redone (1)
21:21
reduce (1)
79:6
reduced (1)
155:24
reentered (4)
76:21;170:23;
203:21;243:2
reestablished (1)
244:23
refer (12)
31:15,16;66:3;82:14,
23;223:3;234:21;
235:1,10,11;236:8;
245:3
reference (6)
76:17;80:5;86:4,12;
185:22;239:20
referenced (1)

238:9
references (3)
41:6;74:20;113:15
referencing (3)
190:18;240:17,19
referral (2)
212:13;237:8
referrals (2)
226:7;255:20
referred (12)
21:1;27:13;40:12;
85:9,10;174:13,14;
190:15;212:8;213:11;
236:3;269:11
referring (19)
25:14,15;31:15;
75:24;82:15,24;85:24;
97:8;126:14;159:17;
173:21;179:9;219:7,
19;229:16;234:17;
236:14;238:1;242:17
refers (10)
56:2;9;77:6;84:12;
117:18;123:4;146:3;
155:12,13;211:20
reflect (2)
60:10;248:9
reflected (1)
60:8
reflects (2)
42:10;250:16
refresh (3)
72:14;237:19;240:9
refreshed (1)
77:4
regard (25)
15:3,10;26:3;27:15;
29:9;30:10;57:13;
61:10;85:23;89:21;
101:13;121:11;139:19;
146:7;159:16;162:9;
177:4,5;179:10,19;
197:13;201:25;203:11;
255:19;270:25
regarding (19)
15:1;55:22;61:19;
70:13;80:9;90:6;
119:14;129:2;147:10;
148:8;157:1;174:10;
180:1;191:8;195:17,
24;225:23;271:7;
273:11
regardless (3)
157:23;217:22;256:7
regards (3)
71:7;182:7;189:14
registered (2)
214:11;257:12
regular (1)
230:21
regulated (1)
172:21
regulation (1)

56:18
reject (1)
239:10
rejected (1)
239:3
rejection (1)
239:5
relate (5)
83:6,8,12;91:3;97:12
related (5)
83:23;104:3;107:10;
137:16;166:12
relates (9)
83:24;135:8;136:13;
153:15;156:21;157:2;
169:19;180:1;203:18
relating (3)
86:23;191:1;197:7
relationship (6)
36:5;51:25;110:12;
143:20;212:15;237:11
relationships (1)
52:8
relatively (1)
161:4
relevant (1)
153:21
religion (6)
262:5,25;264:18;
265:1,18,18
religious (1)
19:25
remain (1)
75:23
remaining (1)
247:17
remember (27)
60:22;61:2;102:8;
112:13;115:3,8,19;
146:9;147:10;157:4;
185:21;204:7,14;
213:7,9;223:22;
224:10;226:6;228:15;
229:19,23,24;232:2;
245:11,13;246:9;
260:11
remembering (1)
157:23
removed (4)
96:11,14;97:3;99:23
renovate (1)
47:13
renovation (9)
45:21,23;46:3,8;
47:12;48:9,10;77:7;
121:2
renovations (4)
21:10;47:5,6,7
repeal (54)
186:20;190:4;
192:25;206:2,7,13,19;
207:4,17,22;208:6,14;
212:1,7,14,24;213:21;

215:4,24;217:12;
218:16,24;219:8,20;
221:4,9;222:22;223:6,
13;224:9,19;225:21;
226:4;228:21;229:4,
16;230:1;234:17,21;
235:2,12;236:2,9,15;
237:8,11;243:21;
245:21;246:4,7,21;
247:4;248:20,24
repealed (1)
188:18
repealing (9)
207:9;211:21;
212:15;213:6;225:3;
235:7;237:11;247:9;
248:6
repeat (10)
29:8;30:15;50:12;
59:3;77:25;128:14;
177:7;246:17;267:24;
269:9
repeated (3)
10:25;11:3;89:21
repeatedly (2)
141:8;188:14
rephrase (10)
45:25;52:17;95:11;
103:2;114:17;167:9;
183:25;195:20;210:20;
251:21
replace (3)
130:6;131:22;148:5
replaced (1)
128:22
replacement (1)
129:16
replacing (1)
131:24
replied (1)
61:8
report (8)
42:23;44:1,8,20,24;
45:2;50:22;51:22
reporter (23)
8:15;10:6,17;63:7;
64:15;69:16;107:18;
121:5,8,13;122:1,5,22;
123:16;124:19;125:8;
138:6;139:16;164:4;
202:22;208:21;248:15;
253:9
reporters (1)
122:18
reporting (1)
44:21
represent (13)
25:5;39:19;65:13;
115:25;163:23;178:23;
180:7;202:14;204:18;
211:9;217:3;246:3;
274:1
representation (2)

208:3;274:21
representative (2)
193:13;234:9
representatives (7)
79:17;165:8,9,19;
223:10;234:13;261:8
represented (1)
179:4
representing (1)
244:6
request (22)
53:24;147:12;
160:23;172:9;205:18;
206:1,6;217:12;
235:10;236:8;237:8;
243:20;251:24;252:12;
255:1,4;256:21;
257:13,20;264:25;
273:2,11
requested (7)
135:15;136:7;
212:13;235:13;237:10;
272:17,18
requesting (6)
144:20;213:21;
234:20;236:2,14;
237:20
requests (1)
235:1
require (13)
79:3;121:16;129:6;
148:24;149:4;172:7,
19,21;173:7,10,18;
174:19;217:21
required (7)
106:20;145:19;
155:2;173:1;186:14;
188:16;272:23
requirement (7)
14:6,9;37:7,22,25;
39:3;121:19
requirements (2)
36:15;269:25
requires (2)
145:13;217:23
requiring (3)
130:7;190:10,20
rerefer (1)
227:11
rereferral (3)
212:1;214:17,25
rereferred (1)
226:4
rereferring (1)
229:4
reserve (1)
276:11
resident (6)
11:21;82:11,14,17;
83:13;233:25
Resolution (4)
55:1;57:22;197:13;
207:4

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

**resource (1)**
149:25
**respect (95)**
14:5;20:16;22:3,21;
26:20;27:7,18,23;
29:25;31:10,20;32:3,
13,24;33:7,19;35:17;
40:25;42:13;43:22;
44:20;46:7;47:11;49:7;
50:9;53:10;66:12;
67:11,17;68:21;69:4;
71:2;75:4;77:18,20;
80:24;81:19;82:3;
83:11;84:6;88:10;
89:20;92:11;95:4;96:4;
100:24;102:14;104:1;
105:11;106:9,18;
107:9;118:7;125:25;
127:19;131:24;145:5;
149:15;151:21;152:8;
159:24;160:17;161:6;
162:19;163:21;164:9,
14;166:6;174:8;178:8;
183:18;184:10,19;
196:6;199:8;203:6,24;
210:18;213:24;219:5,
18;220:2,11,12;
228:18;230:25,25;
239:19;243:9,18;
265:6,17;267:19;
269:6,19
**respected (1)**
113:12
**respective (1)**
242:9
**respond (5)**
11:5;113:13,22,25;
205:13
**responded (2)**
115:8;159:13
**responding (2)**
259:4,6
**responds (1)**
231:12
**response (15)**
61:1,6;72:5;145:6;
153:19;162:17;172:1;
184:11;187:16;198:24;
201:8;205:22;236:7;
260:9;269:12
**responses (2)**
176:11;275:22
**responsibilities (1)**
15:12
**responsible (2)**
12:21;33:20
**restrooms (3)**
151:11;154:25;
172:15
**result (3)**
164:19;216:5,23
**resulted (1)**
219:19

**resurface (1)**
130:25
**resurfaced (1)**
130:14
**resurfacing (5)**
129:12;130:12;
131:3,6,12
**retirement (2)**
18:2,15
**retiring (1)**
17:24
**Retreats (2)**
175:23;176:4
**Rettler (8)**
131:18;132:20;
140:5,9,21;141:21;
155:11;238:25
**R-e-t-t-l-e-r (1)**
140:5
**reup (1)**
199:18
**review (21)**
39:25;40:5;41:5;
42:5,7;55:7,8;67:14;
95:1;98:4;100:12,22;
106:2,24;108:12;
111:9;142:12;187:1;
208:24;209:2;223:20
**reviewed (6)**
41:9,11;44:24;56:25;
94:23;95:5
**reviewing (1)**
94:21
**revised (3)**
58:1;67:22;75:1
**revising (1)**
74:20
**revocation (4)**
179:9;183:12;184:2,
5
**revoked (1)**
183:22
**rezoned (1)**
53:14
**right (51)**
10:6,18;11:10;12:11;
17:24;26:24;27:12;
33:3;64:11;73:16;
74:16;76:11,18;84:10,
15;86:14;91:10;93:15;
95:11;97:7;111:22;
113:8;117:1;118:19;
119:20;127:22;128:8;
132:15;137:11,12,18;
141:15;148:15;149:17;
151:22;156:1;160:12;
165:24;167:6;170:6;
183:2;204:25;205:24;
213:8;215:10;219:5;
231:16;240:25;247:21;
253:6;260:1
**rights (3)**
92:3;216:10,14

**ripped (1)**
133:1
**Rist (6)**
162:3,6;163:14,19;
173:22;174:9
**R-i-s-t (1)**
162:3
**Road (5)**
25:17,25;32:9,12,18
**robust (1)**
269:4
**role (4)**
14:2;57:2;71:9;
102:15
**Roman (1)**
51:3
**Room (2)**
67:25;97:23
**rooms (2)**
151:11;154:25
**rough (7)**
12:6;16:11;35:5,9;
119:23;140:20;141:23
**roughly (5)**
13:9;16:16;21:11;
49:11;119:13
**routinely (1)**
80:24
**Rule (2)**
99:5;219:22
**Rummel (1)**
211:25
**run (2)**
12:18;263:24
**running (2)**
36:12;253:14
**runs (1)**
268:13

---

**S**

---

**Sacred (6)**
8:8,19,22;162:16;
196:21;275:21
**Sadly (1)**
62:13
**safety (1)**
86:23
**sales (1)**
12:3
**same (30)**
16:24;19:25;59:10;
62:5;63:4;78:4;80:9;
92:3;99:22;116:9;
131:23;200:23;214:3,
7;215:18;216:7,9,13,
24;218:4;225:13;
257:22,25;265:15;
266:9,14;267:22;
268:2;269:15;273:12
**sample (2)**
97:16;98:1
**samples (3)**

97:21,21;98:1
**Sara (5)**
134:12,19;142:18,
20;143:20
**Sarah (2)**
8:23;143:4
**sat (1)**
16:22
**satisfaction (1)**
264:6
**satisfied (2)**
66:15;68:7
**satisfy (1)**
66:25
**Saturday (2)**
171:4;271:9
**saw (5)**
107:15;169:22;
184:18;198:2;204:24
**saying (17)**
34:11,11,16;64:16;
101:14;116:19;144:2;
178:16,17;184:10;
192:4;205:21;227:25;
229:12;231:2;253:21;
268:4
**scaled (1)**
147:17
**schedule (5)**
168:19;178:15;
220:22;221:14,24
**scheduled (2)**
146:10,21
**schedules (3)**
220:19;222:1;263:3
**Schemmel (4)**
17:11,12,18;69:14
**School (159)**
8:7,19,21;11:18,19,
25;12:11,14,18,20;
15:16;18:23,24;19:2,3,
7,8,10,11,11,24;20:1,4,
6,22,24;21:1,4,14;22:4;
23:13,14,18,19;24:1;
26:7,11;31:16,17;
32:20;35:6,21;36:2,11,
13,15;37:4,8,16;38:4,
10,12;40:18;43:11;
44:16;47:25;49:10;
51:6,7,19;52:11,12,13,
19,22;69:2,18;70:5;
71:7,8;74:21;77:15;
80:7,12,12,18,19,20;
82:5,17;83:8,14,25;
84:13;94:24;95:6,20;
97:1;98:14,25;99:18;
102:12,12;103:15;
105:10,12;107:2,4,11,
12;108:10;112:6,10;
115:1;123:9;126:17,
21;127:19,20,24;
128:10;133:25;134:6,
24;135:21;137:17;

**139:19;162:16;168:24;
172:8;174:24;175:10;
179:5;196:20;197:4;
198:25;201:8;205:16,
16;210:7;227:7;
242:21;243:8;244:2,3,
7,8,9,25;245:5,6;
249:14;259:14;262:9;
263:10,12;265:15;
266:6;267:2;268:16;
269:13,14,16;270:1;
271:3;272:3,8,16;
275:21
**schoolers (1)**
269:20
**schools (37)**
18:21;20:19;21:9;
22:1;23:16;33:2;38:10;
40:13,16,17;44:12;
45:4;50:24;51:13,18;
52:1,9;69:6;83:20;
84:5,8;95:3;118:4;
123:7,19;132:3;
175:25;242:11;262:14,
14,14,23;263:4,11;
265:13;266:17;270:3
**schools' (2)**
205:17,25
**school's (11)**
21:11;26:20;30:10,
18;42:18;52:10;53:2;
77:14;120:25;201:16;
243:10
**science (1)**
176:6
**scope (2)**
56:18;155:24
**score (2)**
154:7;189:14
**Scott (1)**
94:5
**season (1)**
146:18
**seasonal (1)**
58:7
**seasons (1)**
123:21
**seat (2)**
58:7;147:21
**seating (15)**
111:11;138:19;
142:24;143:19;147:16,
25;150:23;151:11;
154:25;155:12,22;
166:8,13;172:14;200:2
**seats (3)**
143:8,10;151:4
**second (29)**
42:9;43:10;55:3,19;
66:13,20;100:12;
101:3;111:5,9;140:4;
142:12;149:16;153:8;
159:17;164:5,9;179:8;**

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 93 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

180:14;187:1;203:7;
208:24;212:12;237:7;
240:22;241:9;250:15;
251:22;253:5
**secondary (1)**
249:12
**seconded (3)**
211:24;214:16,24
**section (7)**
40:12;73:17;84:12;
87:7;157:14;181:2;
191:21
**secure (2)**
28:18,21
**secured (3)**
34:4,14,18
**securing (1)**
34:23
**security (1)**
84:16
**seeing (3)**
76:18;180:11;218:9
**seek (5)**
101:15,22;102:21;
104:1;251:17
**seeking (4)**
58:22;103:9;113:17;
152:4
**seem (1)**
150:21
**seems (1)**
193:19
**seldom (1)**
274:3
**selected (1)**
121:10
**self-study (1)**
44:10
**semesters (1)**
121:17
**send (4)**
164:23;210:24;
259:25;267:7
**senior (12)**
13:4,5;142:22;143:6,
18;144:15;146:11,17;
147:5,7,11,12
**sense (1)**
132:24
**sensors (1)**
89:5
**sent (8)**
72:5;115:20;156:15;
162:17;186:1;190:25;
257:19;259:12
**sentence (21)**
43:11;55:5,6,18;
56:6;66:14,20;94:14;
101:6,12;123:5;134:8;
153:18,23;154:3;
162:24;164:5;180:15,
24;205:24;248:9
**sentiment (8)**

121:4,12;122:4,17;
123:3,15;125:8,10
**separate (11)**
15:19;23:14,17;
80:11;90:23;169:12;
223:8;234:24;240:20;
242:11;245:14
**separately (1)**
31:18
**September (34)**
212:1,9;214:18;
215:1,7,13,14;216:1,5;
217:17;219:21;220:14;
221:13,17;222:19;
223:4,9,25;224:17,21;
225:3,18;226:3,11,20;
227:4;228:6,13,18;
231:1,17;232:15;
239:20;261:5
**series (1)**
95:9
**served (4)**
15:16,22,24;16:4
**service (4)**
16:13,15;37:19;
268:13
**services (1)**
15:15
**serving (2)**
16:8;18:10
**session (2)**
10:3;175:8
**set (2)**
100:2;275:22
**sets (1)**
147:20
**setting (2)**
37:17,18
**seven-year (1)**
44:10
**several (5)**
72:9;100:8;111:6;
255:20,20
**shade (1)**
88:4
**shades (2)**
88:1,11
**shall (2)**
66:15;84:16
**shape (1)**
21:20
**share (3)**
100:19;227:3;233:8
**shared (2)**
102:16;135:3
**shields (1)**
89:17
**Shiva (6)**
226:9;227:5;231:6,
13,16,24
**shop (2)**
232:1,5
**short (2)**

108:25;270:11
**show (7)**
42:21;65:8;240:15;
257:2;264:12;273:1;
275:19
**showed (2)**
208:5;248:19
**showing (54)**
24:19;39:18;54:18;
62:17;71:23;85:20;
93:16;99:13;100:6;
110:3;115:24;133:8;
138:7;139:17;142:11;
144:19;149:10;152:23;
156:13;161:23;163:9;
167:7;168:9;169:17;
171:12;178:22;180:6;
186:25;195:12;196:15;
197:18;204:17;205:3;
208:23;211:7;217:1;
223:19;226:19;230:12,
15;235:21;236:21;
238:21;241:4;247:24;
249:4;253:1;254:20;
255:14;257:4;258:13;
260:24;262:7,11
**shown (2)**
180:25;181:7
**shows (1)**
144:14
**shuffling (1)**
263:2
**sic (3)**
112:18;137:23;
159:19
**side (8)**
12:18;76:19;79:10;
87:20;88:2;89:7;
128:11;202:25
**sides (3)**
89:17;143:24;258:4
**sign (8)**
67:13;142:21;
143:16;144:4,8;
145:11;241:15;276:12
**signature (3)**
151:6;241:9;276:1
**signed (14)**
67:14;82:4;104:11;
133:19;149:12;150:10;
205:8;241:13,18,20,21,
25;250:7;255:15
**significant (3)**
46:8,10,11
**signing (2)**
82:7;87:12
**signoff (6)**
68:14,18;143:11;
144:12;145:23,25
**signs (1)**
151:1
**simply (3)**
129:14;181:11;

256:12
**single (1)**
96:20
**Sinsinawa (13)**
19:13,14,20,21,22;
35:19,20;36:24;37:5,
10;38:5,21;263:1
**Sinsinawa's (3)**
39:10,21;42:11
**Sister (3)**
94:5;95:1;242:1
**Sisters (14)**
19:12;35:18;36:24;
37:4,9;38:5,21,24;39:9,
20;41:2,25;42:10;
263:1
**Sisters' (1)**
40:23
**sit (5)**
15:12;34:20;177:18;
193:10;213:13
**site (21)**
28:18,21;40:11,12;
52:19,21;73:22;78:12,
17;86:20;112:16;
124:4;127:7,12,16;
178:6;191:14;221:24;
238:9;266:22,23
**situation (1)**
274:4
**six (2)**
16:14;25:14
**six-year (1)**
16:7
**size (1)**
150:25
**sketch (1)**
12:17
**skipping (2)**
73:19;181:5
**small (2)**
51:5;265:13
**Smart (1)**
113:12
**soccer (11)**
22:17,25;24:9;30:23;
32:3,4,7,10;126:22,23;
154:16
**softball (11)**
20:14;22:7;24:10;
27:3,9,16;29:18,23;
31:6,7;120:25
**somebody (1)**
200:1
**someone (4)**
12:15;213:21;
241:19;254:15
**sometimes (4)**
28:7;80:16;146:13;
242:11
**somewhere (4)**
16:15;21:16;45:11;
48:16

**soon (2)**
48:7;140:18
**sooner (1)**
139:7
**sorry (69)**
12:25;15:23;17:6,16;
19:4,6,22;31:12;33:13,
13;35:16;41:16;42:4;
47:3;50:11,12;56:5;
63:20;66:19,22;73:13;
74:15;76:23;78:25;
80:4;82:20;84:23;
85:16;93:12;95:13;
99:7;101:12;107:20;
114:15;119:15;120:21;
135:4;137:14;149:1;
154:22;157:5;158:3;
168:8;170:5,6;172:4;
175:3;194:16;198:18,
19;202:20;205:2;
209:1;210:14;214:20,
21;215:13;216:20;
219:15;238:19;246:17;
247:1;251:20;257:25;
258:18,20;260:3;
261:1;269:9
**sort (1)**
63:2
**sought (3)**
59:6,12;133:9
**sound (43)**
58:25;59:9,16,18,21;
60:2,19,25;61:11;
79:10;141:3;150:17;
166:7,9,11,13,16;
169:10,11,18,20,22,24;
170:7,9,17;171:3,6,9;
172:7,18,20;173:2,7,
10,19;174:2,17,18;
188:1;191:3,5;245:23
**Sounds (1)**
11:9
**south (1)**
89:7
**space (7)**
70:19;80:25;95:16;
96:23;157:14;239:11;
272:3
**spaces (7)**
75:8;88:3;96:18;
97:11,22,24;271:2
**span (1)**
148:14
**spare (1)**
62:16
**speak (5)**
38:9;202:25;233:10;
242:24;245:1
**speakers (1)**
208:1
**speaking (4)**
46:16,25;229:4;
269:8

Min-U-Script®

Web Address - FTRMadison.com   /   E-mail - Office@FTRMadison.com   (22) secondary - speaking
For the Record, Inc.   /   (608) 833-0392

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

speaks (1)
  209:11
special (1)
  264:7
specific (2)
  90:2;113:15
Specifically (7)
  62:25;157:12;177:5,
  19,20;189:23;274:24
speculation (4)
  35:13;102:7;161:8;
  256:18
speed (2)
  57:18;228:10
spend (2)
  135:22;263:13
spill (2)
  91:18;92:13
spillage (3)
  84:19;88:4,13
spilling (1)
  92:14
split (1)
  245:13
spoke (3)
  45:20;228:12,16
sponsor (6)
  37:8;206:1,7,18,25;
  207:4
sponsored (7)
  19:12;36:16;37:9,23;
  40:13,16,17
sponsoring (1)
  36:1
sponsors (2)
  35:21;38:5
sponsorship (4)
  35:23,24;36:10;
  207:5
sport (2)
  30:24;32:15
sporting (2)
  127:25;263:12
sports (43)
  20:3,7,9,10,11,12,17,
  18;22:9,11;26:17,19,
  21,21;30:11,12,18,21;
  31:1,3,3;34:6,25;37:8,
  19,22;38:6,18,22;39:1,
  5,13,24;40:8;41:6;
  42:15;120:8,16,19;
  221:2;263:5;265:6;
  267:3
spot (1)
  264:9
spring (4)
  25:10;121:1;124:15;
  134:25
St (1)
  18:18
stadium (43)
  24:9;26:7;27:25;
  28:9;93:4,4;112:15,23;

114:5,11,20;115:13;
126:21;127:6,11;
128:18;137:25;138:24;
139:20;140:10;144:5,
11,22;145:11,18;146:1,
16;148:24;149:4;
150:17,19;151:1,3,17;
155:12,14,18,22;
180:25;187:18;239:11;
249:14;255:3
stadiums (2)
  28:2,3
staff (10)
  68:2;100:19;145:8,
  18;172:16;213:5,7,15;
  229:14;267:12
staff's (1)
  237:16
stalls (3)
  74:18,24;107:7
stand (2)
  151:16;189:19
standard (2)
  36:21;251:2
standards (2)
  250:22;255:3
standpoint (1)
  264:10
Standridge (3)
  209:18,21;210:24
Star (1)
  24:25
start (10)
  10:10;25:18;31:12;
  107:16;110:21;125:15;
  153:6;161:2;162:2;
  269:24
started (5)
  13:3;29:15;34:10;
  152:10;199:13
starting (1)
  187:12
starts (2)
  42:8;127:5
state (8)
  8:13;26:11;34:17;
  65:16;116:3,14,20;
  232:12
stated (7)
  40:10;52:5;122:20;
  157:18;182:3;275:14,
  18
statement (11)
  19:15;43:16;75:9;
  82:21;128:13,14;
  152:14;196:21;201:15;
  219:1;260:2
statements (8)
  69:24;117:16;
  229:24;244:10;273:14;
  274:9,11;275:11
States (7)
  8:9;37:13;44:13;

100:23;162:15;191:25;
239:14
stating (4)
  46:23;227:16;238:6;
  273:21
status (4)
  212:17;237:14;
  238:2;259:16
stay (1)
  128:9
stellar (3)
  127:7,12,16
steps (3)
  79:6,9;106:13
Sterett (9)
  8:20,20;35:19;62:15;
  168:11;194:16;203:8,
  13;205:2
Steve (1)
  232:22
Steven (3)
  230:16,18;231:1
Stevens (3)
  28:4;30:1,2
stick (1)
  268:15
still (24)
  17:12,18,20;56:16;
  106:14,15,16;109:11,
  18;151:17;181:22;
  182:12,14;184:8,9;
  185:3,5;197:11;
  199:19;201:10;221:24;
  245:18;248:23;269:25
stipulation (1)
  118:20
stipulations (1)
  118:9
stop (5)
  10:16;123:19;
  162:14;201:19;274:8
stopped (3)
  189:4;200:5;218:22
storage (3)
  151:12;155:1;172:15
story (1)
  122:19
Stouder (3)
  149:12;235:23;
  236:14
Strange (6)
  180:8,16;181:6;
  217:5,10;218:12
strategic (1)
  149:24
strategy (2)
  207:13;225:6
Straus (2)
  13:21,22
Stream (3)
  87:20,23;89:13
streamline (1)
  101:4

streamlined (3)
  101:8;104:25;106:9
streamlining (1)
  101:13
Street (8)
  55:12;76:12,20;
  79:10;81:8;133:24;
  167:2;249:8
strike (14)
  15:4;23:7;31:11;
  46:7;59:13;82:2;
  144:25;193:25;228:3;
  241:8;243:24;247:16;
  249:19;260:8
string (1)
  224:2
strip (4)
  83:18;84:18;85:10,
  23
strongest (1)
  113:18
strongly (2)
  37:15;136:7
struck (3)
  96:6,25;97:1
structure (2)
  58:17;172:14
struggling (2)
  51:17;136:25
student (7)
  37:14;43:16,17;
  187:8;253:18;262:10;
  264:6
students (49)
  33:10,15,20;35:6;
  38:13,14;43:12,12;
  44:21,22;45:7,12;
  12;51:12,23;52:8;
  118:3;121:3,21;123:9;
  127:17,21;128:6,9,15;
  135:20,20,21;149:19;
  230:19;242:3;262:6;
  267:15;268:5,9,22,24;
  269:1,3,6,10,13,14;
  270:10
studio (1)
  88:3
study (12)
  128:10;166:9,11,16;
  169:12,19,22,24;170:7,
  10;174:17,18
styles (1)
  263:23
subject (5)
  108:22;138:8;187:9;
  259:13,15
submissions (2)
  94:9,11
submitted (10)
  134:9;153:4;155:3;
  185:18,20;186:3;
  240:22;244:1;250:4;

251:5
substance (3)
  71:7;104:20;157:19
substantial (3)
  251:3;256:14;274:20
substantially (2)
  262:4;264:17
Sue (1)
  100:18
sued (2)
  206:21,24
suffered (1)
  264:23
suggest (1)
  51:23
suggested (2)
  170:14;177:11
suggesting (4)
  97:15;122:23;177:3;
  224:17
suggests (2)
  11:20;114:3
summarizes (1)
  237:16
Sunday (1)
  271:9
Sundquist (2)
  214:16,24
support (22)
  36:9;54:12;58:23;
  59:7;71:18;72:11,16;
  93:3;111:11,17,25;
  123:24;124:2;135:4;
  242:24;243:21;253:20;
  254:2;256:21;257:11;
  258:1;262:21
supported (9)
  134:11;261:23,24;
  272:1,12,15,17,19,22
supporter (1)
  112:24
supporters (3)
  253:12,22;254:9
supportive (1)
  37:18
supposed (2)
  213:25;274:1
sure (68)
  10:14,19;12:4;16:14;
  18:3;19:18;21:7;22:20;
  23:1,10,21;26:16;27:4,
  13;29:14,17;30:2,23;
  33:6;34:9,12,23;39:11;
  45:10,12;59:4;63:12;
  68:18;69:18;78:1;
  86:12;92:18;99:7;
  107:7;108:15,16;
  119:7;122:16;123:22;
  128:15;130:19;133:12;
  139:2;147:7;157:6,21;
  158:3;159:4;176:14;
  177:8;178:4;185:25;
  186:4;190:14;194:15;

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 95 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

202:13;204:24;219:12;
224:23;228:16;230:19;
240:8;241:14;254:12;
259:24;260:19;271:21;
272:7
**surface (2)**
122:11;130:16
**surfaces (2)**
124:13;129:2
**surrounding (4)**
133:24;170:16;
251:4;256:16
**Susan (3)**
258:22;259:15;
263:25
**suspend (1)**
164:18
**Suttle- (1)**
13:21
**sway (2)**
233:11,16
**swear (1)**
8:15
**switch (1)**
186:18
**synthetic (1)**
154:6
**system (17)**
58:7,25;59:9,16,18,
21;60:2,19,25;61:11;
150:17;166:7,13;
169:10,21;191:3,6

**T**

**tab (1)**
40:15
**Tag (2)**
231:13;261:22
**Tag's (1)**
235:4
**TALASKE (6)**
166:12,17,23;
167:11;170:7,14
**talk (5)**
10:15;17:5;140:17;
143:5;145:18
**talked (13)**
53:5;59:24;97:25;
114:22;122:7;124:23,
23;125:12;130:23;
157:22;177:19;232:8;
274:16
**talking (12)**
25:6;26:16;45:24;
61:2;87:2;107:2;
142:14;151:22;199:22;
225:7;228:25;232:3
**Tanner (1)**
8:24
**Taylor (2)**
94:15,17
**teach (1)**

37:20
**teachers (1)**
14:10
**teaching (1)**
12:21
**teachings (3)**
19:25;36:22;37:1
**team (29)**
22:17;28:8,20;29:2;
31:6;32:7,10,21,25;
33:4;38:22;39:1;95:21;
98:14;99:2,19;126:20;
127:6,13;151:11;
154:25;157:16;167:24;
177:15;178:8,9;
191:15,23;268:7
**teams (14)**
14:11;20:18;38:18;
121:1;126:22;127:2;
144:17;149:20;220:22;
265:14;267:22;268:1,
3;271:19
**technician (2)**
173:12;174:13,15
**technology (7)**
125:2,17,22;126:3,6;
127:15;149:18
**teens (1)**
16:7
**telling (5)**
49:11;83:24;174:1;
186:12;274:22
**temporary (12)**
142:23;143:8,19;
144:6,7,9;145:7,17;
146:7;147:13,15;148:8
**ten (7)**
42:19,20;67:23;
126:8;252:19;253:7,14
**tend (1)**
266:5
**tennis (2)**
22:19,20
**ten-year (2)**
74:7;206:3
**term (3)**
16:7;20:17;230:21
**terminate (1)**
227:6
**termination (3)**
205:18;209:6;227:11
**terminology (3)**
150:19;216:19,21
**terms (16)**
117:1;119:21;
139:25;154:23;160:25;
161:5;170:16;185:6;
186:7;192:20;199:19;
200:12;234:8;244:18;
264:17;268:22
**testified (2)**
112:7;136:20
**testified' (1)**

113:16
**testimony (7)**
11:12;84:11;93:6;
136:19;137:6;267:23,
25
**Thanks (5)**
62:14;74:16;137:22;
156:11;161:13
**theirs (1)**
209:14
**there! (1)**
72:12
**therefore (2)**
181:11;190:3
**thinking (3)**
10:20;103:22;146:16
**third (9)**
25:4;50:17;73:19;
79:1;116:13;117:17;
120:22;151:5;172:6
**Thomas (1)**
110:24
**though (8)**
19:20;37:21;75:9;
115:17;118:19;131:11;
135:19;265:6
**thought (15)**
14:3;73:14;86:9;
130:16;144:9;155:23;
171:6;181:22;182:12,
23;231:21;232:12;
247:14;258:18;267:25
**thoughts (1)**
248:10
**three (21)**
15:19;18:20;25:14;
49:3;69:5;74:24;76:6;
89:11;107:13;140:22;
229:2;237:17;242:8,
11,22,23;244:13,13,23;
245:8,13
**throughout (1)**
97:22
**thumbnail (1)**
12:16
**tick (1)**
233:24
**tie (1)**
80:18
**Tierney (8)**
110:24;111:2,6,15,
24;113:23;114:3,25
**Tim (6)**
146:3,4;147:15;
189:20;275:13,13
**timeframe (3)**
16:24;199:18;225:11
**timeline (1)**
25:19
**timer (1)**
88:6
**times (10)**
28:16;45:13;79:12;

80:22;81:13;102:11;
155:14;189:14;193:19;
242:19
**timing (3)**
157:21;189:8;220:8
**Timothy (1)**
254:24
**title (9)**
15:7;104:12;116:19,
21,22;117:2;249:7,23;
275:20
**today (10)**
8:3;10:19;11:7,12;
34:21;48:16;114:23;
177:18;193:10;213:13
**Today's (1)**
8:4
**together (8)**
73:4;80:13;93:13;
102:10;139:19;199:17;
245:8;262:24
**told (19)**
102:13;165:13;
173:9,17;183:1;
185:17,19,21;186:19;
189:12;193:5;218:15;
224:14;225:9;233:4;
235:7;267:11,16,18
**Tom (3)**
60:21;111:24;113:12
**tongue (1)**
143:21
**took (11)**
13:13;15:5;67:1;
104:12;120:1;121:9;
186:5;220:8;256:1;
273:23;274:21
**top (23)**
41:13,17;50:14;
54:20,25;58:2;63:21;
66:4;71:24;78:6,12;
86:20;89:1;99:10;
110:4,22;113:9;
116:14;138:18;195:3;
200:23;211:12;223:24
**topic (4)**
117:12;158:7;
163:17;174:10
**touch (1)**
266:2
**tough (2)**
52:16;71:4
**toward (2)**
200:23;243:19
**town (3)**
14:21;15:1;128:11
**towns (1)**
265:13
**track (47)**
20:15,22,25;21:2,5,7,
11,14,19,21;22:13;
23:8,9;24:11;27:5,6,9,
17,17;30:25;32:24;

33:4;45:22;46:4;
117:24;118:12,21;
119:16;123:6,8,11,18,
20;126:1;128:23,23;
129:15,15;130:6,6,25;
131:7,24;132:7;133:1;
152:11;154:6
**tracks (3)**
215:6,12;216:6
**traffic (3)**
141:3;187:25;188:23
**training (3)**
14:15,17,19
**transcript (1)**
203:1
**transition (1)**
143:5
**transitional (1)**
13:16
**transparency (1)**
88:5
**travel (4)**
268:11,19,21;269:21
**traveling (1)**
268:9
**treated (2)**
91:25;131:23
**trees (1)**
62:13
**trial (1)**
275:11
**trick (1)**
158:8
**tried (4)**
91:5;193:17;264:4,5
**tries (1)**
143:24
**triggered (1)**
259:24
**Trost (2)**
258:14;260:3
**trouble (3)**
11:11;143:5;232:14
**true (13)**
19:3;69:25;70:19,20;
141:9;176:13;207:7;
228:22;231:20;241:23;
258:10;270:5;276:6
**Trustees (9)**
16:2,5,8,13;18:11;
110:9,11,16;259:14
**truthful (3)**
11:12;44:18;102:17
**try (13)**
10:16;29:14;71:11;
85:12;147:15;175:6;
197:12;232:16,24;
233:6,11,16;234:13
**trying (31)**
10:6;11:4;19:6;
51:22;59:20;60:20;
91:3,23,24;122:19;
136:22;147:19;150:20;

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 96 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

161:3;169:9;182:13;
193:24;202:9;220:1,9;
224:24;225:7,8;232:7;
233:3,7,10,15;269:14,
20;275:9
**Tucker (39)**
8:25;65:18;146:4,6;
148:8;156:15,18;
157:1,13;158:1,9,21;
159:1,8,16,24;160:8,
23;161:3;162:10;
163:13;164:4,10,17;
171:14;182:24;186:11;
187:10;188:5,9,14;
190:1,17;192:6,11,21;
193:7,14;194:2
**Tucker's (1)**
186:6
**turf (3)**
127:15;154:6;199:14
**turn (32)**
41:12;43:5;50:10;
57:21;66:7;67:17;
73:15,25;74:12;76:4;
78:6;79:1;82:10;84:23;
85:2;87:5;95:10;120:7;
125:5;133:15;134:14;
138:18;153:6;154:2;
155:5;167:6;170:9;
198:11;211:17;214:3;
249:20;253:25
**turning (20)**
25:4;57:25;68:13;
86:16;87:17;95:19;
124:3,8;134:18;150:3,
10;166:16;168:22;
172:3;180:22;205:7;
217:9;250:2,10,15
**twice (1)**
253:24
**two (32)**
25:14,23;28:16;
68:13;99:1;101:16,22;
103:9;105:23;106:16;
108:9;114:22;116:7;
123:21;124:9;147:20;
172:15;174:23;185:10,
17,19;186:1;188:1;
195:12;207:14;215:11;
216:6;235:16;240:3;
264:20;266:19,19
**two-story (1)**
261:10
**two-year (2)**
12:2;148:14
**type (1)**
19:6
**typically (4)**
28:4;40:15;270:3;
271:8

**U**

**ugly (1)**
171:7
**ultimate (3)**
30:24;32:13,21
**ultimately (2)**
135:7;147:2
**umbrella (1)**
245:14
**unable (1)**
266:12
**unanimously (1)**
203:17
**unapproved (1)**
198:1
**uncertain (1)**
240:24
**uncommon (1)**
233:19
**under (21)**
11:10;106:23;
108:11;150:6;151:8,9;
153:23;162:20;178:10;
183:21;190:2;191:21,
23;211:23;214:14,21;
245:5,6,14;249:7,23
**undergo (1)**
104:2
**underneath (2)**
117:6;126:1
**understood (26)**
11:4;57:1,2,11;
83:23;84:11;87:12;
104:13;121:11;128:21;
145:16;146:3;170:21;
173:17;178:19;181:15,
23;183:18;184:1;
206:10;210:8;212:6;
215:3,10,23;267:25
**unfortunately (1)**
274:6
**United (1)**
8:9
**University (1)**
11:16
**unless (2)**
144:16;263:9
**unlimited (1)**
233:6
**unveil (2)**
137:24;138:22
**unveiled (1)**
139:3
**up (42)**
25:1,23;34:10;36:20;
48:18;57:17;58:25;
59:8;60:1,3,13,19,25;
61:11;63:21;70:24;
80:18;95:1;114:9;
128:12;133:1,3;
141:11,18;143:24;
146:14;151:1,24;
156:9,19;188:17;
197:12;198:7;199:23;

200:20;201:12;208:5;
228:9;246:25;248:19;
256:1;273:1
**update (4)**
47:20,24;227:3;
230:7
**Updated (4)**
25:9;45:19;87:8;
154:6
**updating (2)**
117:23;118:12
**upgrade (4)**
117:3;119:15;
149:17;151:22
**upgrades (3)**
118:16;152:9;172:17
**upon (1)**
183:13
**Upper (5)**
11:16,23;12:10;
14:13;43:6
**urban (1)**
14:19
**usable (1)**
47:7
**usage (13)**
97:21;141:3;149:24;
156:21;157:1;168:19;
169:2;176:3;187:19,
25;188:11,15;199:16
**use (108)**
23:19,24;24:1;26:7;
27:8;34:15,24;43:5;
53:25;54:9;56:4,10,14,
22;57:5,14;58:1,24;
59:7,13,15;63:10;
64:13;70:19;73:7;
77:15;96:21,22;97:14;
105:13;118:4,21;
120:12;121:10;126:2,
2;132:9,25;141:9;
147:23;150:3;151:12;
153:10;155:6,6;
156:21;157:15;160:17;
162:20;163:2,3,4;
164:7;165:4,11,15,15,
20;167:24;175:25;
177:21;186:14;187:18;
188:10;190:2;191:5,9,
10,14,22;195:25;
197:13;198:22;199:9,
20;200:11;201:25;
217:22;220:2;221:21;
222:2,7,14;249:9,12,
24;250:2,17,23;251:7,
18;252:18;253:13;
255:2,17;256:2;258:7;
261:9,13,16,23;262:18;
264:20,21,24;270:25;
271:7,11
**used (19)**
20:16;89:5,15;95:21;
96:23;97:25;98:14;

99:2,19;117:7;118:2,
10;121:9;122:9;123:1;
170:2;177:10;210:19;
265:24
**useful (1)**
47:20
**uses (16)**
27:17;52:25;95:22;
96:5,12,18;97:11;98:8;
99:23;103:11;104:3;
164:13,15;251:3;
256:15;265:4
**using (12)**
23:22;30:4;71:6;
108:2;199:12,13;
220:24;221:2,7,12,16,
19
**usual (1)**
56:18
**usually (5)**
122:12,18;143:22;
210:25;263:5
**Utah (1)**
18:19
**UW (1)**
135:20

**V**

**Vague (31)**
27:21;29:5;36:7;
37:25;46:10;57:16;
59:23;67:8;70:7;75:21;
81:15;90:1;96:16;
102:25;105:16;114:7,
22;119:6;142:5;
152:13;184:24;207:25;
215:17;219:10;224:6;
233:2;243:12;244:21;
247:19;272:6;273:10
**value (3)**
122:7;262:17;274:22
**values (3)**
251:4;256:15;263:1
**Vanden (1)**
55:10
**Vandewalle (1)**
173:16
**Various (3)**
29:21;81:13;230:15
**varsity (4)**
29:5;263:7;266:23,
23
**varying (1)**
258:2
**vehemently (1)**
124:10
**vending (1)**
268:14
**venue (5)**
32:22;33:5,9,10;
273:22
**venues (6)**

31:22;33:1;178:10;
198:13,17,22
**verbal (4)**
10:5;193:12;194:1;
275:2
**verbally (1)**
38:25
**Verona (3)**
23:4;53:8;126:24
**version (4)**
65:19;116:25;
120:12,15
**versus (9)**
8:8;107:11;119:25;
120:4;128:7;224:9;
244:19;252:18;253:13
**viable (1)**
50:25
**videographer (4)**
8:3;230:6;248:17,18
**view (2)**
144:6,13
**viewed (1)**
136:5
**views (1)**
233:20
**Vilas (7)**
70:12;72:10;134:10;
135:1;208:12;209:23;
271:25
**violation (2)**
164:24;196:8
**visibility (1)**
81:11
**visible (1)**
81:8
**vision (2)**
42:11,14
**visit (1)**
266:4
**visited (1)**
39:9
**voice (1)**
242:25
**volleyball (1)**
27:1
**vote (18)**
58:5,10;71:20;
207:11,12;212:6,24;
232:17,24;236:3,15;
245:25;246:13;247:3,
6;248:4;256:6,7
**voted (17)**
71:17;72:10,15;
210:9;216:7,8,13,24;
220:14;234:4,6,16;
246:4;247:8;248:23;
256:1;261:25
**votes (1)**
58:1
**voting (3)**
203:17;230:1;256:4

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 97 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

## W

**wait (2)**
　10:9,10
**walk (4)**
　264:1,1;273:19;
　274:13
**warn (1)**
　19:17
**Warner (3)**
　29:21,25;30:3
**warnings (1)**
　195:24
**watch (1)**
　266:25
**watching (1)**
　268:5
**Wautier (13)**
　173:24;174:10;
　178:25;179:4,8,15,18;
　180:9;183:7;184:1,11;
　203:8,12
**Wautier's (3)**
　183:19,21;184:6
**way (19)**
　14:4;53:24;99:7;
　116:1;119:10;135:12;
　136:2,12;144:1;163:1;
　165:23;182:9;184:15;
　190:7;232:24;262:6;
　273:16;274:3;275:6
**ways (4)**
　52:6;264:4;265:1,3
**web (2)**
　40:21,22
**website (9)**
　39:10,12,21;40:14,
　19,20,23;45:14,15
**Wednesday (1)**
　159:18
**week (5)**
　146:24,25;156:20;
　157:1,20
**weekend (1)**
　190:24
**weeks (2)**
　25:23;201:12
**welcome (1)**
　112:17
**well-founded (1)**
　112:1
**weren't (6)**
　80:11;132:19;151:2;
　192:18;199:22;200:6
**West (11)**
　52:10,13,18,25;53:2;
　79:10;87:20;88:2;
　89:17;199:2;200:16
**Western (1)**
　8:10
**what's (45)**
　24:19;39:18;42:21;
　62:17;65:8;71:23;
　93:16;100:6;110:3;
　115:24;133:8;138:7;
　139:17;142:11;149:10;
　152:23;156:13;158:11;
　161:23;163:9;168:9;
　169:17;171:12;178:22;
　186:25;196:15;197:18;
　204:17;208:23;211:7;
　217:1;223:19;226:19;
　230:12;235:21;236:21;
　238:21;241:4;247:17;
　249:4;253:1,21;
　254:20;255:14;267:3
**whenever (1)**
　156:5
**wherever (2)**
　127:21;128:17
**whoever's (1)**
　80:21
**whole (7)**
　37:13;40:14;111:16;
　199:23;200:4;219:25;
　274:1
**whose (1)**
　80:17
**wild (1)**
　146:15
**willing (1)**
　263:11
**wing (1)**
　107:5
**Wingra (5)**
　84:20;85:20;86:1,5,
　14
**wipe (1)**
　235:6
**wiring (1)**
　125:15
**Wisconsin (6)**
　8:4,9,10;116:3,14,20
**Wise (2)**
　169:24;170:3
**wishes (1)**
　164:25
**withdrew (3)**
　207:5;224:25;263:19
**within (2)**
　33:5;88:2
**without (19)**
　102:19;129:18,22;
　130:7,20;131:12;
　160:24;176:22;190:9,
　19;220:18,20;227:6;
　249:10;250:23;251:14;
　255:4;265:9;271:13
**witness (4)**
　8:15;17:4,6;148:21
**wold (1)**
　216:18
**women's (2)**
　31:6,7
**wondering (2)**

122:24;177:13
**Woodrow (2)**
　79:10;81:8
**woods (2)**
　84:20;85:11
**word (3)**
　122:2,2;245:10
**word-for-word (1)**
　122:5
**wording (1)**
　103:18
**Words (6)**
　64:4;122:16,24,25;
　123:3;232:10
**work (18)**
　14:25;18:1,4;61:5;
　71:11;82:1;105:21;
　110:17;143:25;145:7;
　187:21;188:2;199:3,5;
　200:10;263:23;266:12;
　274:7
**workable (1)**
　242:10
**worked (5)**
　14:21;73:3;102:9;
　143:22;188:21
**Workgroup (1)**
　197:20
**working (14)**
　11:25;17:21;64:8;
　101:3;134:24;149:22;
　152:1;160:3,5;177:15;
　182:12,14;254:12;
　273:23
**works (3)**
　94:18;143:24;234:8
**worry (1)**
　10:16
**write (5)**
　149:16;187:24;
　236:1;253:6;254:2
**writes (12)**
　101:7;113:11;
　162:24;168:18;180:16,
　24;181:6;183:7;
　217:10,11,16;231:1
**writing (7)**
　38:20,23;102:10;
　162:8,15;193:6;227:21
**written (6)**
　37:3;44:1,5;104:10;
　153:25;275:2
**wrong (7)**
　19:23;35:18;112:16,
　25;132:6;216:18;
　275:14
**wrote (9)**
　19:22;94:25;111:15;
　179:5;195:6;232:10;
　247:25;248:10;258:1
**wwwSinsinawaorg (1)**
　40:22

## Y

**yards (2)**
　90:8,8
**year (19)**
　11:24;12:4;21:8,24;
　22:1,2;28:14,16;43:12;
　45:13;48:25;49:10;
　126:7;148:11;152:3;
　153:11;199:5;210:25;
　234:2
**years (24)**
　12:1;13:8,20,21;
　16:14;21:18,20,22;
　28:12;42:19;49:3;53:3;
　59:21;121:17;123:12;
　126:8,8;141:15;
　154:15;158:15;172:15;
　189:13;266:1;272:1
**yes-or-no (1)**
　228:14
**yesterday (1)**
　227:4
**youth (1)**
　123:18

## Z

**Zander (1)**
　13:3
**zone (3)**
　84:18;85:10,23
**zoned (2)**
　212:19;237:15
**zones (1)**
　83:18
**zoning (30)**
　53:17,22;61:14,24,
　25;62:8;67:24;101:9;
　181:8;183:14;196:25;
　202:1,14;203:11,14,16,
　18,24;204:8;212:16;
　214:8,17,25;215:5,24;
　217:13,25;231:19;
　232:18;237:13
**Zooming (1)**
　202:10
**Zwettler (2)**
　126:15;257:6
**Zylstra (66)**
　8:23,23;41:21,24;
　46:12,17,19;47:1;48:7;
　49:25;50:3;62:12;63:5,
　10,14,17,20,24;64:2,6,
　11,22;78:1,10;92:18;
　93:20;103:2;108:21,
　25;109:3;110:2;
　114:15;116:21,24;
　132:18;138:5;139:15;
　144:24;145:3;156:7,
　12;161:11;166:3,5;
　168:5,8;174:7,12;

183:24;193:25;194:15;
　195:20;196:13;202:20;
　208:20,22;226:18;
　235:15,19;238:19;
　240:14;247:16,21;
　248:14;270:11;276:9

## 1

**1 (17)**
　13:14;15:6;58:10,18;
　66:5;67:19;77:18;88:5;
　95:19;98:20;99:16,22;
　108:2;116:18;196:23;
　198:13,17
**1:00 (2)**
　109:1,2
**1:04 (1)**
　109:10
**10 (14)**
　8:5;43:18;44:22;
　50:12;58:5,17;67:17;
　100:9;138:10;170:9;
　214:4,15,21;236:1
**10.085 (1)**
　191:21
**10:06 (1)**
　50:5
**10:22 (1)**
　50:8
**10:46 (1)**
　64:25
**10:49 (1)**
　65:7
**100 (1)**
　158:15
**11 (10)**
　13:21;42:23;108:5;
　195:14;197:8;202:15;
　203:1;236:16;250:7,18
**11:36 (1)**
　92:20
**11:51 (1)**
　92:23
**11a (1)**
　108:5
**11b (2)**
　108:5,8
**12 (12)**
　41:20;51:13;68:13;
　108:5,8;178:25;
　204:18,21;205:14,22;
　231:1,17
**12:17 (2)**
　108:22;109:5
**13 (6)**
　13:14;41:13,15;
　134:12;249:8;254:22
**1-3 (1)**
　94:15
**1308 (1)**
　155:7
**14 (18)**

Case: 3:21-cv-00118-wmc   Document #: 33   Filed: 05/20/22   Page 98 of 99

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

42:24;54:21;82:11,
23;83:2,13;120:4;
150:13;162:2;209:18;
211:18;226:5;229:5,
17;234:18,22;236:4,11
**15 (7)**
  116:4,14;156:5;
  196:23;222:19;223:4;
  257:6
**1583 (1)**
  133:15
**1586 (1)**
  134:18
**16 (14)**
  58:10;82:12,23;83:3,
  13;212:1;9;214:18;
  215:1,7,14;216:1;
  219:21;276:3
**17 (3)**
  58:18;74:17;159:21
**18 (1)**
  74:20
**1839 (3)**
  95:10,13,16
**19 (6)**
  50:10,13,14;75:1;
  175:18;256:2
**1967 (1)**
  103:16
**1990s (2)**
  55:24;56:23
**1996 (7)**
  54:4,21;57:6;58:22;
  59:6,17,18
**1997 (1)**
  54:5
**1997-2013 (1)**
  87:8

---

**2**

**2 (16)**
  54:25;66:5;120:7,10,
  11;142:7;157:12;
  167:7,10,16;169:23;
  183:8,9;190:18;205:7;
  242:6
**2:21 (1)**
  161:15
**2:32 (1)**
  161:20
**20 (7)**
  75:23;76:8,13,18;
  77:5;163:12;196:24
**2001 (2)**
  16:16,25
**2006 (1)**
  137:23
**2007 (1)**
  16:16
**2008 (2)**
  114:9,14
**2009 (2)**

43:18;44:21
**2009-2010 (1)**
  43:13
**2010 (2)**
  43:1;48:14
**2013 (33)**
  13:9,12,13,18;15:4,
  24;16:5;43:18;53:14,
  18,22;54:1;61:15;70:3,
  10,16;73:8;78:23;87:9;
  90:13,18,24;91:2,12,
  15;92:7;93:1,23;94:12;
  100:10;103:3,25;
  106:19
**2014 (17)**
  54:3;66:10;71:18;
  72:7;119:25;120:2,5;
  133:17;153:12;190:10,
  20;191:13;195:4;
  206:8,11;213:24;238:5
**2015 (27)**
  21:11,15;29:13;
  42:24;43:23;44:8,22,
  25;46:2;48:15,15;49:8,
  10,21;68:15;116:4,14;
  119:25;124:19;125:19;
  126:5;134:25;152:9;
  154:6,11,20;214:1
**2016 (9)**
  133:10;138:10,22;
  139:8,8,25;140:14,20;
  141:15
**2017 (8)**
  49:5,8,12,21;186:12;
  187:5;188:6;190:7
**2018 (26)**
  110:6,25;111:7;
  114:15,18;115:11;
  145:17;147:6;148:10,
  12,23;150:13;155:3;
  156:16;159:2;160:18;
  162:3,18;163:13;
  165:3;167:22,25;
  168:19,24;169:3,7
**2019 (84)**
  25:1;26:2;148:10,12;
  153:10;168:16;171:15,
  18,22;172:25;173:6;
  176:17;177:9;178:25;
  180:2,9;181:17,20,24;
  182:10;185:23;196:17,
  23,23,24;197:20;
  202:15;203:1;204:21;
  205:10,15;206:21;
  207:18;209:19;210:8;
  211:11;212:1,5,9,22;
  214:18;215:1,3,7,14,
  21;216:5;217:5;
  219:21;220:15;221:3,
  8,13,17,19,22,23;
  222:10,10,15,20;223:4,
  25;224:22;225:4,14,
  18;226:3,5,11,20;

231:1,18;232:16;
237:4;239:20;240:5,
20;243:18;245:23;
258:14,17,19;259:8
**2020 (10)**
  148:10;246:8,13,23;
  248:1;250:7,18;253:3;
  254:22;255:21
**2021 (3)**
  256:2;257:6;261:5
**2022 (2)**
  8:5;276:3
**2025 (1)**
  214:1
**21 (2)**
  180:9;206:21
**215 (1)**
  68:1
**21-cv-00118 (1)**
  8:11
**22 (12)**
  66:10;74:1,6;75:16;
  76:5;77:18;108:2,16;
  171:18;205:3;240:18;
  259:8
**2219 (1)**
  249:7
**222 (1)**
  108:3
**228 (21)**
  66:5,7;67:18;68:13;
  73:15;74:14,15;76:4;
  78:7,10;79:1;82:10;
  83:1;84:10;85:2,6;
  86:16;87:5;99:13;
  107:16;108:17
**22nd (1)**
  258:18
**23 (2)**
  13:20;72:7
**24 (1)**
  217:2
**25 (5)**
  211:8;223:25;
  258:14,17,19
**26 (11)**
  56:15;156:16;
  207:18;211:11;212:5;
  215:3,21;217:5;
  225:14;237:9,21
**27 (5)**
  148:23;171:15;
  186:7;190:8,15
**28 (4)**
  74:13;234:22;236:9;
  237:4
**28.09710 (1)**
  181:2
**29 (2)**
  205:10;261:5

---

**3**

**3 (18)**
  120:14,20;166:16;
  167:7,10,16;198:11,19,
  20;199:25;200:23;
  217:17;226:3,11;
  227:4;228:6,13,18
**3,000 (1)**
  210:24
**3.2 (1)**
  73:17
**3.6 (1)**
  86:17
**3.8 (1)**
  157:15
**3:26 (1)**
  194:19
**3:37 (1)**
  194:24
**30 (3)**
  74:18;197:20;239:20
**300 (1)**
  58:7
**31 (4)**
  84:23;85:2,6;196:17
**3232 (1)**
  170:10
**3563 (1)**
  163:22
**36 (3)**
  73:15;107:16;108:3
**37 (1)**
  51:13
**38 (3)**
  74:12;107:16;108:3
**39 (2)**
  76:4;108:17

---

**4**

**4 (8)**
  57:21;87:18;167:7;
  168:15;180:22;214:4,
  21;253:3
**4.3 (1)**
  87:6
**4:30 (1)**
  269:24
**40 (4)**
  63:1,13,15,19
**41 (1)**
  248:18
**450 (1)**
  147:21
**47 (2)**
  78:7,10
**470 (4)**
  48:20,23;49:2,12
**48 (5)**
  24:17,20;79:1;81:6;
  230:10
**488 (2)**
  45:15,16
**49 (3)**

39:16,19;85:1

---

**5**

**5 (13)**
  57:25;93:23;133:17;
  142:22;143:6,18;
  146:11;147:3,12;
  153:7;195:4;226:20;
  243:18
**5:36 (1)**
  270:14
**5:42 (1)**
  270:19
**5:50 (2)**
  276:14,15
**50 (5)**
  40:3;42:22,22;50:9;
  189:12
**51 (2)**
  54:16,18
**52 (5)**
  65:4,9,22;83:1;99:14
**520 (2)**
  45:11;48:17
**53 (3)**
  51:2;71:21,24
**530 (3)**
  45:11;48:17,21
**539 (5)**
  43:12,18;44:22;
  48:16;49:11
**54 (7)**
  82:10;83:11;93:10,
  16,19,22;99:21
**55 (4)**
  83:11;84:10;100:4,7
**56 (7)**
  83:11,21;109:7;
  110:1,2,4,23
**56981 (1)**
  212:17
**56ers (1)**
  271:11
**57 (4)**
  86:16;115:22,25;
  116:19
**58 (3)**
  86:20;133:6,9
**59 (3)**
  138:3,5,8

---

**6**

**6 (15)**
  66:7;68:15;120:14,
  20;162:18;167:25;
  169:6;171:14;175:4,7;
  190:12,13,16;240:10,
  16
**60 (5)**
  99:13;139:13,15,18;
  141:21

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Video Deposition of Michael G. Elliott
May 10, 2022

**61 (3)**
  142:9,12;149:3
**62 (5)**
  149:8,11;150:15;
  154:23;155:5
**63 (2)**
  152:21,24
**64 (3)**
  156:2,14;162:10
**65 (3)**
  161:21,24;162:1
**658 (3)**
  43:12;44:21;48:15
**66 (3)**
  163:7,10;166:3
**67 (5)**
  166:1,4,5,11;170:7
**68 (2)**
  168:3,10
**68.5 (1)**
  166:18
**68-foot (1)**
  250:13
**69 (2)**
  169:15,18
**6th (1)**
  167:22

---

**7**

**7 (21)**
  62:14,18,23;63:4,15;
  64:19,20;65:10,13,17,
  21;85:14,19,21;86:2,
  20;87:2;159:18;187:5;
  211:17;246:8
**70 (8)**
  178:20,23;183:3,4,5,
  5,8,9
**71 (4)**
  180:4,6;184:11,17
**72 (2)**
  186:23;187:1
**72.5 (1)**
  166:19
**73 (3)**
  43:7;194:11;195:1
**74 (3)**
  196:10,12,16
**75 (2)**
  197:16,19
**75.8 (1)**
  166:18
**76 (2)**
  202:6,21
**77 (5)**
  87:5;208:18,20,24;
  209:2
**78 (3)**
  223:17,20,23
**79 (4)**
  12:11;226:15,17,19

---

**8**

**8 (2)**
  77:6;248:1
**8:51 (1)**
  231:2
**80 (2)**
  230:8,13
**8071 (1)**
  250:16
**8074 (1)**
  249:21
**8077 (1)**
  250:10
**80-foot (1)**
  250:12
**81 (3)**
  235:17,20,22
**82 (3)**
  235:17,20;236:13
**83 (3)**
  236:19,22,25
**84 (3)**
  238:17,21;239:19
**85 (2)**
  241:2,5
**86 (3)**
  247:22,24;248:14
**87 (2)**
  249:2,5
**88 (2)**
  252:24;253:2
**89 (2)**
  254:18,21

---

**9**

**9 (10)**
  25:1;50:12;58:5;
  110:6,25;111:7;
  195:13;197:8;245:22,
  25
**9:00 (1)**
  8:5
**90 (2)**
  255:12,15
**91 (2)**
  256:24;257:4
**92 (2)**
  258:11,13
**93 (2)**
  260:22,24
**94 (2)**
  270:16;275:20
**96 (1)**
  60:8

Web Address - FTRMadison.com   /   E-mail - Office@FTRMadison.com
For the Record, Inc.   /   (608) 833-0392