## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

_____

EDGEWOOD HIGH SCHOOL
OF THE SACRED HEART, INC.,

       Plaintiff,

      v.                            Case No. 3:21-CV-118

CITY OF MADISON, WISCONSIN;
CITY OF MADISON ZONING BOARD
OF APPEALS; CITY OF MADISON
PLAN COMMISSION; and CITY OF
MADISON COMMON COUNCIL,

       Defendants.

_____

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

_____

TO:    All Parties of Record (via CM/ECF)

PLEASE TAKE NOTICE that defendants the City of Madison, City of Madison Zoning Board of Appeals, City of Madison Plan Commission and City of Madison Common Council, by their attorneys, Boardman & Clark LLP, hereby move the Court, the Honorable William M. Conley presiding, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing with prejudice all of plaintiff's claims against them. The motion is based on the file in this case and is supported by the declarations, the brief, and the proposed findings of fact that accompany it.

Dated this 20th day of May, 2022.

Respectfully submitted,

/s/ Sarah A. Zylstra
Sarah A. Zylstra, State Bar No. 1033159
Tanner G. Jean-Louis, State Bar No. 1122401

BOARDMAN & CLARK LLP
1 South Pinckney Street, Suite 410
P. O. Box 927
Madison, WI  53701-0927
Telephone: (608) 257-9521
Facsimile: (608) 283-1709
szylstra@boardmanclark.com
tjeanlouis@boardmanclark.com
*Attorneys for Defendants*