**Edgewood Neighborhood Liaison Committee Meeting**
**Minutes of April 14, 2015**

**Present:** Tom Turnquist, Doug Poland, Shawn Schey, Sarah Eskrich, Jon Standridge and Maggie Balistreri-Clarke

1. Congratulations and welcome Alder Sarah Eskrich.

2. *Minutes of February 17, 2015* were approved as presented.

3. *Review of landscaping update* for site 1 from Susan Serrault.
   - We are planning a phased approach to modify the landscaping.
   - Phase 1, starting after July 1: All of the current bushes along the fence will be removed. Most are native shrubs, so they will be relocated into the woods in the open spaces where buckthorn was removed. The salt used on Woodrow Street is affecting their longevity and filling in open spaces with native shrubs will slow the spread of the buckthorn. Arbor vitae, which are much heartier and can withstand salt, will be planted along the fence along with a few perennial flowers near the gate entrance.

4. The *motorized blinds at the Stream* were not being drawn, but this issue has been resolved.

5. *High School construction updates*
   - High School Football Field
     - The goal is to begin construction on the Tuesday after Memorial Day.
     - The fill will improve the storm water quality.
     - Currently in the permit process.
     - The track will be an asphalt, pebble surface.
     - Edgewood High School will host Big Brothers/Big Sisters and other local track meetings from "feeder" association.
     - Track is expected to be 42" so the track will not be bigger and will be shifted toward the school a bit more.
     - No additional lighting or seating will be installed.
     - This will be a practice facility.
   - High School Parking Lot Expansion
     - Mike presented a graphic to show areas of expanded parking approved by the Master Plan.
     - Could additional spaces be added for 30 more parking spots? This would add 60 more cars exiting from the high school.
     - The goal is to shift cars from the streets to the campus; from a numbers standpoint, it would be neutral.

Exhibit A
Shawn Schey Declaration

- There is not current funding for this project.
- Space is already hidden; would allow for students currently parking in the neighborhood.
- Would like to do this in summer 2015.
- There is a lot of corrosion to the gutters and they'd like to do this at the same time.
- What efforts have been made to discourage bringing vehicles to campus?
    - The high school is struggling with students coming as early as 7 am and leaving as late as 7 pm. This makes it hard to organize buses. 23 students come from Sun Prairie.
    - Twelve students has been the maximum number who get bus passes.
- If parking is to be added, the neighbors are happy that it is to the east of the main drive.
    - This would affect the Mendota watershed rather than Lake Wingra.
- ➤ ACTION: Mike will be prepared to address the following:
    - Storm water management plan.
    - Current and projected traffic management efforts.
    - Maximum number of parking spaces.
- ➤ ACTION: Maggie will explore Master Plan amendment issues.

6. *Monroe Street traffic awareness campaign*
    - Maggie contacted Dave Gevers to ask about next steps. Dave has not yet responded.
    - The next step is to host a meeting with city officials to see if something could be done in the interim before Monroe Street is reconstructed.
    - Sarah is willing to help us connect with the city.
    - Doug Poland will work with Liaison members to come up with dates.

7. *Farmers Market*
    - Is there a need for a market? This market would be held on Sundays.
    - There is a group exploring different sites. They've asked both the high school and the college.
    - Vilas was not aware of this. Luke Lippert, the leader, did go to DMNA.
    - Clean up would be the responsibility of the farmers, as would insurance and port-o-pots if at the high school.
    - The high school lot is empty on Sundays.

    - ➤ ACTION: The farmers' market exploration meeting currently scheduled with the college for Thursday, April 16th will be canceled.

8. *Meeting Schedule*
    - ➤ ACTION: Maggie will have Missy schedule the following meetings:

- o Findorff and High School Parking Lot meeting – Mid-May
- o Regular Neighborhood Liaison Committee meetings in June, July and August

- Working with our new alder
    - o We will invite Sarah to all meetings.
    - o Partnership is now strong.
    - o It is very helpful to have our alder here.
    - o Flag Sarah for any needs with which she can help.
    - o Every other month or frequent, shorter meetings were discussed.
    - o It is helpful to have the meetings scheduled.

9. *Updates*
    - VNA Updates
        - o There is a dead tree along Edgewood Avenue and brush and firewood piled up by the garden.
            - ACTION: Jon will contact Susan Serrault
        - o Working on a joint alcohol policy.

    - DMNA Updates
        - o Annual meeting to be held at Edgewood College on Sunday, April 19th.
        - o Proposed development on the corner of Glenway and Monroe, next to Arbor House, is very contentious.
            - Freiberg Gastropub preparing to move in where Knitting tree was previously located. The back patio has been cut. Parking is a big deal. They contracted with the Chiropractors.
            - DMNA will work on a letter of support.
        - o They are working on the joint alcohol policy with VNA. Includes a "good neighbor" rider to give to establishments.

    - High School Updates
        - o Commencement is May 22nd.
    - College Updates
        - o Commencement is May 17th.
        - o Maggie's retirement party is Thursday, April 30th at 3:30 – 6:00 pm in Washburn Heritage Room. All are invited.
        - o Maggie's last day is June 30th.