TESTIMONY BY SHAWN SCHEY
TO THE ZBA

JULY 11TH 2019

My name is Shawn Schey. I've lived next to Edgewood for over 30 years, and for 17 of them, I was a member of the Edgewood-Neighborhood Liaison Committee which was formed so that plans for Edgewood's new development could be brought to the table for feedback before going to the neighborhood association. While I was on this committee, Dudgeon-Monroe gave its support to 10 Edgewood campus land use and building improvements.

Back in 1996 when Edgewood was creating their first Master Plan, DMNA informed them that they would not support the addition of lights, sound nor a larger grandstand for their athletic field. As a result, the high school removed lights, sound and a larger grandstand from their Conditional Use Application. Their Master Plan got approved in 1997.

From 2010 into 2014, I participated in the collaborative process of the second Master Plan. When discussion of the athletic field came up early in 2014, neighborhood reps reminded Edgewood that a stadium in this location was an incompatible land use, and would be a hard sell. Consequently, Edgewood omitted any element of a stadium in its proposal. The Master Plan was submitted.

After that submittal, the High School informed the liaison committee that the track and field would be upgraded in the summer, and not to be concerned: no lighting or additional seating would be installed. As recorded in the minutes by the college on April 14, 2015, they confirmed this facility would be for practices. This was during a period when the Master Plan was still moving through the city approval process.

Wishing to double-check on this reassurance, I asked again about lights or additional seating at a subsequent liaison meeting May 27, 2015. I was told, in no uncertain terms, that the stadium idea was tabled.

I then concluded that Edgewood had accepted the neighborhood's position for keeping the field for practice and class purposes only.

My conclusion was reinforced two weeks later, on June 15, 2015, when the *Wisconsin State Journal* interviewed the high school president, the athletic director and two coaches about the upgrade to their track & field. All four of them referred to it being

intended for practices. In fact, Mike Elliott said he knew that both neighborhood associations were (quote) "vehemently opposed to us having lights or playing games here."

The Master Plan, with its amendments, received final approval from the city in the fall of 2015.

Six months later, on May 10th, 2016, the high school unveiled to the liaison committee a presentation that featured lights, a sound system for a sportscaster, a pressbox, concessions, restrooms, storage and a grandstand to seat 1200. The high school said they wanted to host 25-40 night games per year.

No one could have been more surprised than me when Edgewood recently claimed in a letter to the City Zoning Department that lack of mention in the Master Plan of the field being used for games was a "drafting error."

Neighbors Approve Edgewood's Practice Field

# WISCONSIN STATE JOURNAL

MONDAY, JUNE 15, 2015 — MADISON.COM

**Discover digital**
## SEEKING ANSWERS
**Live chat:** Join reporter Dean Mosiman at noon today to discuss the different plans for addressing homelessness in Madison
go.madison.com/live

**Suspect lived with victim**
Authorities say the woman being held in connection with a town of Vienna murder lived with the victim
LOCAL, A3



**Warriors close in on NBA title**
Stephen Curry scores 37 points as Golden State beats Cleveland 104-91 to take a 3-2 lead in the NBA Finals
SPORTS, C1

---

MAGNA CARTA | 800TH ANNIVERSARY OF FOUNDATION OF MODERN LAW



Photos by JOHN HART — State Journal

Installed 100 years ago on the 700th anniversary of the signing of the Magna Carta, a mural by painter Albert Herter hangs on the north wall of the Wisconsin Supreme Court hearing room at the Capitol. Katie Hoemann of Boston and Ludger Hartley from the United Kingdom visited the chambers Friday.

## Mural looms large in Capitol



A detail of "The Signing of the Magna Carta" mural depicts a young boy and a dog — a depiction of artist Albert Herter's son.

Before installation 100 years ago, state Supreme Court justices had to be convinced

**CASSIDY McDONALD**
cmcdonald@madison.com,
608-252-6139

The Supreme Court hearing room in the State Capitol has had its share of tension, from disputes over the position of chief justice this year to debates about wall decor 100 years ago.
Monday marks the 800th anniversary of the signing of the Magna Carta, the document that curbed the power of King John of England and established the foundation of America's modern judicial system. It's also 100 years after a in the Capitol hearing room.
And just like the Magna Carta in 1215, the 1915 mural was met with opposition.
The painting looms large on the left of the Wisconsin Supreme Court Hearing Room at roughly 9 feet tall by 18 feet, 6 inches wide. It's one of the room's four murals, which depict sources of Wisconsin Law: "The Signing of the Magna Carta" depicts English common law, a scene at a trial before Caesar Augustus Octavius depicts Roman law, "The Signing of the Constitution" represents federal law and "The Trial of Chief Oshkosh Before Judge Doty" represents territorial law.
Justice David Prosser described the Magna Carta mural as "spectacular."

---

OUTDOOR ATHLETIC COMPLEX
GROUNDBREAKING TODAY

# Edgewood launches new $1.5M upgrade

**Officials say facility will be used for practices and will benefit community**

**DENNIS SEMRAU**
dsemrau@madison.com,
608-252-6490

When Mike Elliott was a Madison Edgewood High School sophomore in 1975, he was involved in the renovation of the school's current football practice facility on Monroe Street.
Today, Elliott is the school's president. And he has been tasked with shepherding a new project that reflects the beginning of an exciting era on the school's campus.
Edgewood High School will break ground today on a $1.5 million outdoor athletic complex, made possible by a $1.025 million gift from the Goodman Foundation. The project's funding will be completed through major gifts from Edgewood families and their associated foundations.
"My sophomore year at Edgewood, I laid the sod on that field for a major renovation — when we were just getting nice grass, compared to the dirt hole that it was," Elliott said with a laugh during a phone conversation last week. "So I find it to be

Please see **EDGEWOOD**, Page A9



# Edgewood

Continued from Page A1

very rewarding that, in my sophomore year of serving as president, (we will) have new turf."

The renovation of the current facility will be named the Irwin A. & Robert D. Goodman Athletic Complex. It will provide cutting-edge running surfaces for track-and-field training as well as state-of-the-art artificial turf for outdoor sports, including football, baseball, softball, soccer, track and field, lacrosse and ultimate Frisbee.

"The plan is to start (today) and (to work toward) the turf portion of the plan to be completed by Aug. 14," Edgewood athletic director Chris Zwettler said. "The track portion is scheduled to be completed by Labor Day or shortly after."

Because the Goodmans themselves were excellent athletes, and because this complex will serve many ages, Elliott said they would have had taken pride in the project.

"It's been a goal and a dream for a lot of students and alumni to put together something that was more representative of Edgewood than what we had out there," said Elliott, a 1977 Edgewood graduate. "When I became president, it was one of the things I wanted to focus on."

E.G. Schramka, executive director of the Goodman Foundation, said the foundation was proud to step in as Edgewood's key partner in the project.

"At the University of Minnesota, Irwin Goodman was a track star. And Irwin and his brother Bob throughout their lifetimes had a passion for physical activity," Schramka said. "This complex will continue their legacy by being a community-wide venue that will serve all of Madison."

Other major project sponsors are the Wahlin Foundation Inc., Park Bank, the Heggenbarth and Senty families, Jerry and Carol Kelly and an anonymous Edgewood family, with additional support provided by Kevin and Sheila Conroy.

"This is a game-changer for Edgewood and the Madison community," Elliott said. "Our students will benefit greatly, with the best possible conditions to train and compete on. It will allow us to hold many more of our practices on campus. In addition, neighbors and members of all ages in Madison will benefit because of our commitment to the community and our central location."

## Many sports can play

Zwettler said the central artificial turf area's full length will hold competition fields for football, soccer, lacrosse and softball. The width can be divided into three 50-yard practice fields, allowing different teams or sports to practice at once.

"It will start with the installation of AstroTurf, the same turf that will be installed at Michigan State and Ohio State this summer," he said.

Elliott noted that one of the main benefits will be improvements in the practice facilities for the school's baseball and softball programs in the spring,



Edgewood High School plans on putting a new track and turf athletic field on site.    STEVE APPS – State Journal

when teams are forced to practice indoors. He added that the renovation will be a boon to all the students.

"We do require four years of physical education for both semesters, which is higher than the national average and higher than the national requirement," Elliott said. "This is a much-needed product for our students, to aid our physical education department and the athletic programs."

The track area will allow high school, college and area youth athletes to benefit from the engineered running surface. In the past, Edgewood has provided its track-and-field facility to area parochial schools for practices and an annual meet — the only early track-and-field development experience for many grade-school students.

However, due to the deterioration of the track, the event has been held off-campus in recent years.

"It will be the best situation you can imagine," said Edgewood girls track-and-field coach Gary Thornton, a coach at the school since 1981. "We stopped competing here in 2006; that's when the track fell apart. We've been using Middleton for the two conference meets that we hosted in 2009 and 2015, and all of our duals were at Monona Grove.

"Our grade-school invitational (was) moved to Monona Grove, and this year it was in Middleton. So even the little kids will be able to come back here."

Zwettler said the project is being managed by the Rettler Corporation, based in Stevens Point.

"They are famous throughout Wisconsin and the Midwest. They bid the jobs to be done," he said. "They contact the turf people and the track people and the goal-post people, etc. They supervise and are the project manager of the building of the project. They will bid out and sub-contract all the work."

Thornton said the improved running surface also would allow the school to once again partner with groups such as the Madison Westside Track Club. The facility also will provide a safe, walking surface for neighborhood residents to use for fitness walking and jogging.

"West High School already has asked about being able to practice here," Zwettler said. "They spend about $20,000 (per season) to bus their kids out to Mansfield Stadium for practice during the track season."

## Neighborhood support

According to Elliott, the project has received the support of area neighborhood groups that have balked in the past at the idea of turning the facility into a competition site for Edgewood's many athletic programs.

"We're between two neighborhood associations. They have been vehemently opposed to us having lights or playing games here," he said. "We're really building this to be able to give our athletes the practice facilities that provide the best surfaces possible and to expand the amount of outdoor practices we can hold especially in the spring. That is our focal point."

Zwettler said the football team will continue to play home games at Breitenbach Stadium at Middleton High School, and the Crusaders boys and girls soccer teams will play home games at the Reddan Soccer Complex in Verona.

"For soccer, we made a commitment of $100,000 three years ago. That's a 10-year deal. Soccer-wise, we have been spending about $18,000 annually the last few years on a rental facility, transportation, etc., to have our soccer teams go to play and practice. The goal is to keep as many kids on campus as possible.

"Edgewood also contributed $200,000 to help with the installation of the Field-Turf surface in Middleton, and we start our ninth year (of a 10-year contract) there in August. The field is still playable and is still safe, but they will probably need to replace it in the next two to three years."

Although Breitenbach Stadium gives the Crusaders football team a stellar site for home games, coach Al Minnaert said a new practice field is long overdue.

"That will give us a better place to practice. The field we have now gets in really bad shape quickly," he said. The field was last renovated in 1997. "Getting the (artificial) turf has always been



An artist's rendering of Edgewood High School's new facility.    Rettler Corporation

my dream."

Middleton's field was the first in the area to install an artificial surface, in 2007. Madison's Breese Stevens Field recently converted to artificial turf and will be the site of home games for Madison East, starting this fall. Edgewood also will use Breese Stevens for the first week of practice, beginning Aug. 7.

"Middleton has been great. It's not the perfect situation, but I couldn't ask anything more of (Cardinals football coach) Tim Simon's cooperation," Minnaert said.

## Hope springs eternal

Elliott, who was able to compete on both the golf and baseball teams at the same time while he attended Edgewood, is familiar with the challenges of competing in a spring sport in Wisconsin.

"The weather was like this back then," he said, making a reference to heavy rains that played havoc with last week's WIAA state softball tournament at the Goodman Diamond. "That's why we want to create this complex, because it's always going to be a problem. It's just crazy here.

"We've had some good success with our school with athletics," he said. "It's amazing what they have been able to accomplish with some of the conditions.

"Our goal is to eventually have the best facility in the city with regard to the school and athletics and drama and everything," Elliott said. "So this is a great step in the right direction, and one that is very visible."



Hearing aids that eliminate background noise

There's nothing more frustrating than trying to hear in a noisy crowd.

ZOUNDS

Hearing Aids provide up to 90%

ROOM FOR YOU OR SOMEONE YOU LOVE!

Now Leasing: • New 'Household' Assisted Living

WINNER    Thank You Madison for voting us your Star of Madison Winner!