Dudgeon-Monroe Neighborhood Association, Inc.
Council Meeting August 14, 1996

## Minutes

<u>Attendance:</u>  Ken Golden, Peter Tan, Rachel Durfee, Char Thompson, Maggie Jungwirth, Kathy Schleifer, Kelly Larson, Melinda Starkweather, Shirley Lake, Bill Vanden Brook, Paula Benkart, Priscilla Arsove, Tom Huber

President Shirley Lake called the meeting to order at 7:02 P.M.  The agenda was altered slightly to move up the Alder's Report and add sponsoring a candidates' forum to the Action Items.

<u>Alder's Report:</u>  Ald. Ken Golden said there has been a delay in the city's preparation of the Leonard St. cul-de-sac survey, but it still will be carried out. While the city building inspector is working with the owner of 2945 Monroe St. to try to minimize the tree-cutting necessitated by the zoning board's denial of his parking variance, the mayor's office is doing a study, which should be completed by the end of August, on the whole question of zoning/rezoning in the 10th District.

The city transportation commission likely will consider the resolution the D-MNA Council passed in July on the future of the rail corridor. In addition, the commission has approved an agreement proposed by Edgewood College for the college to pay $20,000 for bus passes for all its students.

Shirley Lake asked committee chairs to furnish her with brief written committee reports when they are unable to attend council meetings and reminded them not to schedule any Thursday meetings at the Dudgeon Center. Before circulating the "President's Mail" folder, Shirley pointed out that it contained a letter from Sister Esther Heffernan, O.P., commending and thanking Char Thompson, Bill Rattunde, and Bill Vanden Brook for their service on the Edgewood/Neighborhood Working Group.

<u>Secretary's Report:</u>  After the statement, "Dori Schatell is resigning as <u>Hornblower</u> editor," was corrected to, "<u>Hornblower</u> editor Dori Schatell may be moving out of the neighborhood," the minutes of the meeting of July 10, 1996, were approved unanimously.

<u>Treasurer's Report:</u>  Kathy Schleifer reported a net outflow for July of $1417.94, reflecting a payment to the city from the D-MNA capital fund of $1422 for a new play structure in Wingra Park, and she circulated the thank-you letter received in return from the city parks department.

As printing is such a considerable expense, Kathy has purchase Kinko's copy cards, which can be borrowed from her to reduce the cost to D-MNA of copies made on white paper, and she has arranged with Sprint Print II (1600 North High Point Rd., Middleton) for a discount on flyers. In order to further reduce costs, Char Thompson and Kathy will try to obtain the letter from the federal IRS that apparently is required to exempt D-MNA from paying state sales tax.

Kathy also will prepare an evaluation of the recently completed budgeting process for review by the executive committee.

Exhibit C
Shawn Schey Declaration

2

Edgewood Resolution:  Shirley Lake summarized events since the last D-MNA Council meeting, particularly the noticed neighborhood-wide meeting on July 18 and the reporting of its results to the council. Char Thompson then moved and Priscilla Arsove seconded adoption of the resolution printed on the agenda for this council meeting.

Char said that the results of both the D-MNA and the Vilas neighborhood meetings had been supplied to all 3 Edgewood institutions for consideration at their joint meeting on August 15.  As an indication of how seriously Edgewood is taking those results, Bill Vanden Brook posted 4 large charts and handed out smaller drawings Edgewood's planner (JJR) prepared showing the elevations and cross-sections neighbors requested at the July 18 meeting.  Although some reservations were expressed about the drawings, Bill emphasized they were preliminary and that neighbors, including those on Monroe St., will be involved in the actual decisions on such features depicted as landscaping for the practice fields

Char explained that Edgewood's finalized application for a Conditional Use Permit (CUP) will come before the D-MNA Council after August 26 and that procedures are still to be determined for the liaison group to monitor operational issues beyond the usual scope of city regulation.  She further clarified that because of the city plan commission's action earlier this year, any CUP Edgewood hopes to obtain before March 1997 must have almost complete neighborhood support but a CUP application submitted after that date will not necessarily require such strong neighborhood agreement.

The D-MNA Council then unanimously adopted the attached resolution endorsing the votes cast by the majority of neighbors at the July 18 meeting.

Finally on the topic of Edgewood,  Rachel Durfee raised concerns  that Edgewood College has not yet fulfilled promises made several years ago about landscaping for the library and dormitory.  It was suggested that those issues also be taken up by the new liaison group.

Candidates' Forum:  Shirley Lake announced that the Regent Neighborhood Association (RNA) cannot assist us in organizing a forum in time for the State Senate primary and that neither Congressional candidate can attend one at any time. After some discussion it was moved by Peter Tan, seconded by Melinda Starkweather, and approved unanimously that we invite the Vilas and Nakoma Neighborhood Associations to join D-MNA and RNA in sponsoring a forum in October for the State Assembly candidates, contingent on the availabilty of a suitable place and date.

Parks Committee:  Maggie Jungwirth reported that after a meeting of the concerned parties on July 15, the city agreed to place the new equipment for toddlers at Dudgeon Playground closer to the building.  Consequently she moved: The D-MNA supports the development of the planned installation of play equipment near the front of Dudgeon Center as agreed upon by Dudgeon Center tenants, City of Madison Parks Dept., and D-MNA parks committee.  Seconded by Char Thompson, the motion was passed unanimously.

CITY-DEF-042436

As a result of her discussions with the city parks dept. about D-MNA's ongoing interest in Glenwood Children's Park, Maggie proposed: "The D-MNA supports adopting Glenwood Children's Park through the City of Madison's Adopt-a-Park program. This means the D-MNA will be involved and have responsibilities for the long term care of the park." She said Dan Stapay of city parks now thinks his department could lead D-MNA in vegetation control efforts and could share with D-MNA half the cost of restoring the council ring at Glenwood. After it was noted that would be a suitable project for next year's capital fund drive, the motion, which was seconded by Char Thompson, was approved unanimously.

The next D-MNA clean-up at Glenwood Park is scheduled for September 14.

Publications Committtee: Priscilla Arsove stated that space is at a premium in the Hornblower and that advertising may be taking up too much of it. For that and other reasons, there was general agreement not to begin accepting political ads at this time. Kelly Larson volunteered to draft and bring back to the council a general policy statement to guide future decisions on advertising.

Kathy Schleifer circulated a revised membership form she has developed for the upcoming Directory canvass.

Transportation Committee: Although the committee's July 18 meeting was preempted by the Edgewood one, Tom Huber provided updates on several major issues. The Common Council approved the Nakoma Rd. bike path over the strenuous objections of the 5 home owners most directly affected by it (who, as residents of the Nakoma neighborhood, were not involved in D-MNA discussions). However, in light of those objections, the UW Arboretum has agreed to absorb more of the impact of the project now slated to begin this year.

D-MNA's request to create a Traffic Management Plan has been submitted to the city. In addition to the alder's reported news about the rail corridor, there has been an indication from the city engineer that another route is being proposed to serve Brunsell's, freeing the corridor for non-rail uses.

Zoning Committee: Priscilla Arsove noted that Pasqual's request for a parking variance is slated to come before the Zoning Board of Appeals in August and reiterated her dismay over the situation at 2945 Monroe; a brief discussion of the zoning variance problem followed.

Gardening Committee: A job promotion is requiring Deb Byars to resign as chair, but she is seeking a successor from among the members.

Social Committee: On behalf of Virginia Hart, Shirley Lake said there will be an evening potluck on October 13. Shirley's request for comments on combining the July council meeting with a picnic showed some agreement that it is hard to make the transition between the two portions of the event.

CITY-DEF-042437

4

<u>Membership Committee:</u> For Kay Hendon, Shirley Lake reported that beautification of the utility project in the 1700, 1800, and 1900 blocks of Monroe St. has been chosen for this year's capital fund drive and specific suggestions about it should be directed to Norma Briggs.

<u>Old and New Business:</u> There will be a demonstration of a potential D-MNA web site at the September council meeting. Kathy Schleifer shared a letter she received from former council member Liz Shema, who was injured in an automobile accident, thanking the council for continuing to send her the minutes and enclosing reimbursement for the cost of doing so. Shirley Lake reminded all council members to save October 26 for the city's conference of neighborhood associations.

The meeting was adjourned at 9:10 P.M.

Submitted by Paula Benkart, recording secretary.


<u>Resolution about Edgewood :</u>

Whereas, the D-MNA supports development of a plan that will meet the city's requirements for conditional use and allow Edgewood to expand; and

Whereas, the Dudgeon-Monroe Neighborhood Association authorized D-MNA participation in the Edgewood/Neighborhood Working Group process, appointment of three representatives, financial support for the planner, and taking action later on the result of the process; and

Whereas, after numerous meetings and considerable discussion, the Edgewood/Neighborhood Working Group developed a listing of the revised conditional use plan notes; and

Whereas, the D-MNA held a noticed neighborhood meeting on July 18th, obtained feedback on the above plan notes, and took votes on the issues involved; and

Whereas, the vote on each motion showed a clear majority opinion; and

Whereas, it is understood there will be a later report to the D-MNA Council for its consideration on the unresolved issues and further developments;

now, therefore, be it resolved that The D-MNA Council endorses the majority votes on all the motions made at the July 18 meeting.

CITY-DEF-042438

**Advisory Votes on Revised Conditional Use Plan**
Note: Refer to the document EDGEWOOD/NEIGHBORHOOD WORKING GROUP, SITE
ALTERNATIVE 6 NOTES, DRAFT OPERATIONAL AGREEMENTS ( revised 16 July 1996)

TRAFFIC AND PARKING
1. Keeping corridor open between science facility and Edgedome
   Essential?                                                                34 yes    4 no
   Unacceptable because no firm commitment to road                            7 yes    25 no

2. Woodrow entrance/operational agreement to establish liaison group?
   Live with concept; back to council for details                            29 yes    5 no

3. Can you live with operational agreement relative to Woodrow St. entry? 24 yes    6 no

4. Can you live with points 5 and 6 as defined in recommendations re:
   drop off, Park and Pleasure Drive language?                               30 yes    5 no

5. Do you support requiring Edgewood to construct and pay for structural
   supports to science ramp?                                                 20 yes    12 no

6. Accept Transportation Demand Management language?                         30 yes    1 no

FINE ARTS/PERIMETER
7. Support in principle:
   a) classroom space toward Woodrow, 30 foot building height, 15 degree
      elevation, habitable space on south elevation, notching?               25 yes    3 no
   b) request for additional site elevations, including impact of differential
      setbacks from Woodrow/Monroe?  Want to see differences in varying
      setback of Fine Arts Building from Woodrow.                            24 yes    0 no

   c) request Edgewood provide verification of parking claims in Fine Arts
      Building with sketches?                                                26 yes    1 no

8. Support recommendations in #9 re: perimeter landscaping plus enhanced
   screening/landscaping on Monroe Street side during Phase I?               25 yes    0 no

ACTIVITIES AND OPERATIONS
9. Support part 10 (with "Phase I" removed) including: no lights, no new
   PA system, 300 seat seasonal bleachers?                                   16 yes    1 no

10. No permanent structure for athletic complex?                             17 yes    1 no

11. Support #11.                                                             13 yes    1 no

CITY-DEF-042439

Wednesday, August 14, 1996
DMNA Treasury - Checking

Page: 1

## Treasurer's Report
### 7/1/96 Through 7/31/96

| Category | Administrative | Annual Meeting | Capital Fund | Edgewood Group General | Edgewood Group Total | Gardening | Hornblower | Jazz in Park | Lake Wingra | Parks | Transportation | Other | Overall Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Inflows** | | | | | | | | | | | | | |
| Donations: | | | | | | | | | | | | | |
| Personal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | |
| Total Donations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | |
| Sales: | | | | | | | | | | | | | |
| Interest Earned | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.41 | 12.41 |
| Ad Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 84.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 84.00 |
| T-shirts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 801.00 | 0.00 | 0.00 | 0.00 | 0.00 | 801.00 |
| Total Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 84.00 | 801.00 | 0.00 | 0.00 | 0.00 | 0.00 | 885.00 |
| **Total Inflows** | 0.00 | 0.00 | 0.00 | 61.48 | 61.48 | 33.67 | 84.00 | 801.00 | 0.00 | 0.00 | 17.41 | 0.00 | 902.41 |
| **Outflows** | | | | | | | | | | | | | |
| Miscellaneous | 0.00 | 0.00 | 1,422.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,422.00 |
| Phone & FAX | 0.00 | 0.00 | 0.00 | 18.46 | 18.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.46 |
| Photographs | 25.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.64 | 0.00 | 0.00 | 0.00 | 0.00 | 50.64 |
| Postal Fees | 0.00 | 0.00 | 0.00 | 6.08 | 6.08 | 0.00 | 0.00 | 1.28 | 4.80 | 25.60 | 0.00 | 0.00 | 63.36 |
| **Promotions** | | | | | | | | | | | | | |
| Production | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 433.00 | 0.00 | 0.00 | 0.00 | 0.00 | 433.00 |
| Set-Up Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| Total Promotions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 453.00 | 0.00 | 0.00 | 0.00 | 0.00 | 453.00 |
| **Publications:** | | | | | | | | | | | | | |
| Printing | 144.19 | 10.01 | 0.00 | 61.48 | 61.48 | 2.53 | 254.07 | 8.48 | 0.00 | 21.10 | 6.28 | 0.00 | 254.07 |
| Total Publications | 144.19 | 10.01 | 0.00 | 61.48 | 61.48 | 2.53 | 254.07 | 8.48 | 0.00 | 21.10 | 6.28 | 0.00 | 254.07 |
| **Supplies:** | | | | | | | | | | | | | |
| Office | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 0.00 | 0.00 | 3.50 |
| Supplies - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.67 | 0.00 | 0.00 | 0.00 | 1.65 | 0.00 | 0.00 | 35.32 |
| Total Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.67 | 0.00 | 0.00 | 0.00 | 5.15 | 0.00 | 0.00 | 38.82 |
| **Total Outflows** | 169.79 | 10.01 | 1,422.00 | 79.94 | 79.94 | 42.28 | 513.40 | 287.60 | 4.80 | 22.75 | 55.38 | 0.00 | 2,320.35 |
| **Overall Total** | -169.79 | -10.01 | -1,422.00 | -79.94 | -79.94 | -42.28 | 84.00 | 513.40 | -4.80 | -22.75 | -55.38 | 17.41 | -1,417.94 |

## Transaction Detail Report
### 7/1/96 Through 7/31/96

| Date | Num | Description | Memo | Category | ✓ | Amount |
|---|---|---|---|---|---|---|
| | | **Balance 6/30/96** | | | | 8,609.92 |
| 7/10/96 | | Deposit | Child Development, Inc. | Sales:Ad Sales/Hornbl... | | 20.00 |
| | | | Art House Cafe | Sales:Ad Sales/Hornbl... | | 24.00 |
| | | | Lawrence G. Pinger | Donations:Personal | | 20.00 |
| | | | Elizabeth Shema | Postal Fees/Administra... | | 5.00 |
| 7/10/96 | 814 | Paula Benkart | stamps for mailing minutes | Publications:Printing/T... | | -19.20 |
| 7/10/96 | 815 | Sprint Print II | copy cards <Kinko's> | Publications:Printing/A... | | -79.12 |
| | | | copies of handout <Kinko's> | Publications:Printing/A... | | -3.38 |
| 7/11/96 | 816 | Shirley Lake | flyer-July 18 mtg | Publications:Printing/E... | | -61.48 |
| 7/11/96 | 817 | Jane Riley | film & developing | Phone & FAX/Edgewoo... | | -18.46 |
| 7/11/96 | 818 | Tom Huber | meeting notice mailing | Photographs/Jazz in Park | | -50.64 |
| 7/11/96 | 819 | Cathy Caro-Bruce | copies for mtg, handouts | Postal Fees/Jazz in Park | | -1.28 |
| | | | envelopes | Postal Fees/Lake Wingra | | -4.80 |
| | | | Walk Tall books-Pedestrn Fndtn | Postal Fees/Transportat... | | -25.60 |
| | | | Jazz in Park posters | Publications:Printing/T... | | -4.80 |
| | | | t-shirt design-artist's fee | Supplies:Office/Transp. | | -6.28 |
| | | | t-shirts & screen charge | Publications:Printing/Ja | | -18.46 |
| | | | | Miscellaneous/Transpor. | | -50.64 |
| | | | | Publications:Printing/Ja | | -1.28 |
| | | | | Promotions:Set-Up Expe... | | -61.48 |
| | | | | Promotions:Production/J... | | -79.94 |
| 7/21/96 | | | | **Balance 7/31/96** | | |
| 7/27/96 | | **Total 7/1/96 - 7/31/96** | | | | |
| 7/27/96 | | Deposit | | | | |
| 7/16/96 | 820 | Kathleen Schle... | copies-Treasurer's Report | Postal Fees/Administra... | | |
| 7/12/96 | | Interest Earned | stamps | Interest Earned | | |
| 7/11/96 | | Deposit | playground equipmt-Wingra | Publications:Printing/A... | | |
| 7/19/96 | 821 | City Treasurer | DMNA letterhead,paper | Publications:Printing/A... | | |
| 7/18/96 | 822 | Maggie Jungwirth | copies of flyer | Supplies:Parks | | |
| | 823 | Debra J. Byars | lunch bags for park cleanup | Publications:Printing/G... | | |
| | | | letters-prospective Garden mbr | Postal Fees/Gardening | | |
| | | | postage for letters | Supplies/Gardening | | |
| | | | mulch for DMNA sign | Sales:Ad Sales/Hornbl... | | |
| | | | | Sales:T-shirts/Jazz in P... | | 801.00 |
| | | | | Interest Earned | | 12.41 |
| | | | | Postal Fees/Administra... | | -10.01 |
| | | | | Miscellaneous/Capital | | -1,422.00 |
| | | | | Publications:Printing/A... | | -61.69 |
| | | | | Publications:Printing/A... | | -21.10 |
| | | | | Supplies:Printing/P... | | -1.65 |
| | | | | Publications:Printing/T... | | -2.53 |
| | | | | Publications:Printing/G... | | -6.08 |
| | | | | Postal Fees/Gardening | | -33.67 |
| | | | | Supplies/Gardening | | 20.00 |
| | | **Total Inflows** | | | | 902.41 |
| | | **Total Outflows** | | | | -2,320.35 |
| | | **Net Total** | | | | -1,417.94 |

CITY-DEF-042440