IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDGEWOOD HIGH SCHOOL
OF THE SACRED HEART, INC.,
        Plaintiff,

v.

CITY OF MADISON, WISCONSIN;
CITY OF MADISON ZONING BOARD
OF APPEALS; CITY OF MADISON
PLAN COMMISSION; and CITY OF
MADISON COMMON COUNCIL;
        Defendants.

Case No. 3:21-CV-118

## DECLARATION OF JAMES VERBICK

I, James Verbick, under penalty of perjury, declare as follows:

1. I am an adult resident of the State of Wisconsin and have been the Deputy City Clerk for the City of Madison for approximately five years. As the Deputy City Clerk, I am a custodian of certain records of the City of Madison. I make this declaration in support of defendants' motion for summary judgment. This declaration is based on records kept in the ordinary course of the City's business.

2. One of the functions of the clerk's office is to receive and process notices of claims against the City of Madison, filed pursuant to Wis. Stat. § 893.80.

3. After a diligent search, I have not located any notice of claim filed by Edgewood High School of the Sacred Heart, Inc. Plaintiff has not presented to me

or my office a claim containing the claimant's address and an itemized statement of the relief sought, nor has such a claim been disallowed.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 20th day of May, 2022.

                                                                                    James Verbick

\\msnfs2\share\DOCS\WD\25981\424\A4275591.DOCX