| | |
|---|---|
| **From:** | Maggie Balistreri-Clarke <balistr@edgewood.edu> |
| **Sent:** | 10/10/2013 12:06:17 PM -0500 |
| **To:** | Kathleen Malone <kamalone@edgewood.edu>; Michael Elliott <ellimic@edgewood.k12.wi.us>; Daniel Carey <DCarey@edgewood.edu> |
| **CC:** | Scott Flanagan <sflanagan@edgewood.edu>; Michael Guns <MGuns@edgewood.edu>; dough@potterlawson.com |
| **Subject:** | draft architectural review process Oct 10 2013 |
| **Attachments:** | draft architectural review process Oct 10 2013.docx |

S. Kathleen, Mike and Dan,

Doug Hursh and I are meeting this afternoon with our alder, Sue Ellingson and members of the City Planning staff to share our progress on the master plan and to present our proposed process for an architectural design review committee.

I've worked with Doug to streamline the process even further than the draft I presented when we met Sept. 9; specifying that in the future we will not hold open meetings and we will not seek the approval of the 2 neighborhood associations. I am hopeful that having a dramatically streamlined building approval process will be a major benefit of our Campus Institutional zoning.

We currently do not propose having the alder on the review committee. We'll see if the alder and the City approve of this approach.

I will let you know how the meeting goes. Wish us luck!  Maggie



Elliott
EXHIBIT NO. 55
5.10.22   RPTR
For the Record, Inc.
(608) 833-0392

CONFIDENTIAL

Exhibit D
Sarah Zylstra Declaration

EHS_001660