| | |
|---|---|
| **From:** | Maggie Balistreri-Clarke <balistr@edgewood.edu> |
| **Sent:** | 12/5/2013 6:14:05 PM -0600 |
| **To:** | Kathleen Malone <kamalone@edgewood.edu>; Michael Elliott <ellimic@edgewood.k12.wi.us>; Scott Flanagan <sflanagan@edgewood.edu> |
| **CC:** | Edward Taylor <EdTaylor@edgewood.edu>; Daniel Carey <DCarey@edgewood.edu> |
| **Subject:** | DRAFT- Edgewood Campus Master Plan 2013 |
| **Attachments:** | DRAFT- Edgewood Campus Master Plan 2013.docx |

S. Kathleen, Mike and Scott.

Thank you for your submissions to the campus master plan.

Here is a draft of Chapters 1 – 3 compiled by Ed Taylor. I will also attach the latest version of Chapter 4 – the agreements chapter. The agreements chapter includes the Site #1 agreement that was approved by DMNA last night along with their approval of the high school transportation plan and a transportation addendum.  I think we are moving along!

Please contact Ed Taylor at edtaylor@edgewood.edu for any corrections to Chapters 1 – 3 and me for anything on Chapter 4.

If you have questions, concerns or advice – please let me know.

Forward together!  Thank you!!

Maggie


Elliott
EXHIBIT NO. 54
5-10-22   RPTR PC
For the Record, Inc.
(608) 833-0392

Exhibit E
Sarah Zylstra Declaration

EHS_001825

DRAFT – Edgewood Campus Master Plan

2013

# Chapter 1 – BACKGROUND

*Master Plan Purpose and Process*

**In 1991, Edgewood Campus School, Edgewood High School, and Edgewood College participated in facilitated sessions to begin development of a Campus Master Plan.** Those sessions were conducted with administration, faculty, and staff from the three institutions, and were facilitated by Johnson, Johnson, & Roy of Ann Arbor, Michigan, and with Potter Lawson Architects of Madison.

**From 1993 through 1995** six different scenarios of a Campus Master Plan were proposed, debated, and presented to the institutions, the neighborhood associations and the Boards of the three institutions. They were then modified, debated and presented again.

**The final plan was approved by the Madison Plan Commission on October 2, 1995** and embodied many compromises on future building sites, vehicular circulation, parking resources, and traffic control. The approval was subject to a number of conditions or amendments that were incorporated into the Campus Master Plan. The revised Master Plan, which incorporated the amendments, was approved in February 1996.

During **1997 and 1998, t**he Sonderegger Science Center and all Campus Site Improvements for the Northwest Quadrant were completed as per the approved

Exhibit E
Sarah Zylstra Declaration

Master Plan. By 1**999 the College's Henry J. Predolin** Humanities Center was built per the approved Master Plan. **Beginning in 2001, Edgewood College** began planning for the visual arts classroom building to be located on the southwest corner of the Campus west of the Oscar Rennebohm Library. Since sufficient funds were yet to be raised for construction, the timeline for this building became contingent on financing.

In the summer and fall of 2002 Edgewood College began looking at other identified facility needs on the campus. Mazzuchelli Hall, which was built in 1956, was in need of major renovation and offered the potential for much needed classroom space. The need for additional residential housing on campus also had to be addressed. The High School and the Campus School also began discussing future facility needs.

**In 2003** updates to the Master Plan, based on the future identified needs of the three institutions, were shared with the Building and Grounds Committees and Executive Committees of the three institutions. The Campus School developed plans for a 20,000 to 34,000 square foot addition for a gym, stage, art room, music, multi-purpose space, small chapel, and new administrative office and main entry space. The High School developed plans for an Auditorium renovation. The College developed plans for Mazzuchelli Hall renovation and a Residence Hall addition to Regina. The College Board of Trustees gave approval to proceed with the renovations to Mazzuchelli Hall.

The Madison Plan Commission approved the Mazzuchelli Hall addition on July 14, 2003. Construction began in September of 2003 with building occupancy in 2004.

In September of 2003 Edgewood Campus School, Edgewood High School and Edgewood College commissioned a campus wide archeological survey by Great Lakes Archaeological Research Center. This archaeological investigation led to a suspected rediscovery of mound remains in the proposed footprint of the Residence

Hall addition to Regina. Although that portion of the mound had been excavated in the late 1950's for installation of a water line for Mazzuchelli Hall and again in the 1960's and in 1997 for the installation of a storm sewer line, planning for the Residence Hall addition to Regina did not proceed.

**In 2003** Edgewood College commissioned a Facilities Study for future College growth needs. That study was conducted by Dober, Lidsky, Craig and Associates of Boston. Administration, Faculty, and Staff participated in the study, which focused on the available existing spaces and their current utilization. It compared the College's facilities with peer institutions, and made recommendations for future facilities. The report was shared with Building & Grounds and the Finance Committees of the College Board of Trustees. On their recommendations it was presented to and approved by the Board of Trustees. In **March 2004** the College Board of Trustees identified additional student housing as the next major capital project priority.

Planning got underway in 2005 for a residence hall on the southeast campus quadrant in a more northern location than was shown on the 1996 approved Master Plan and on the update to the 1996 Master Plan based on recommendations from the Lidsky Study. Conditional Use Approval from the Plan Commission was granted for both on April 3, 2006.

**Beginning in 2006,** Schematic Planning gets underway for a Performing Arts/Music facility as identified in the 2003 Lidsky Study. The Building & Grounds Committee was asked to assess options and propriety of a capital project that would involve remodeling of St. Joseph Chapel and the addition of fine arts performance/large meeting space. Many options were explored over two years to address the needs identified by the Performing Arts/Music Departments.

**In January 2008 t**he Campus School raises a concern - in writing - about a new large facility for Music/Convocation between Regina Hall and the Edgedome on land that was reserved as open space in the 1996 approved Master Plan.

**Also in 2008 a n**ew Lidsky Planning Study was undertaken to look in more detail at Short Term Challenges, Priorities, and Solutions, Long Term Challenges, Priorities, and Solutions and to make recommendations for these needs of the College. This Study was presented to the Building & Grounds and the Finance & Audit Committees in the summer of 2008. On their recommendations it was presented to and approved by the Board of Trustees.

The future new facilities identified by the 2008 Study were:

- A Visual Arts Building with a Black Box Theatre
- REC Center – Health & Wellness, 200m track, basketball courts, fitness center, lockers, offices, and parking
- Regina Hall Addition/Expansion
- New Music Facility or renovated Edgedome

**On Nov. 13, 2008 the** Board of Trustees identified a Visual Arts/Theatre Facility as the next major capital project priority. The Board also authorized the administration to further develop appropriate short term solutions as identified in the 2008 Lidsky Study that provide for additional faculty offices, additional classrooms and small student gathering places for students. In February of 2009 the Building and Grounds and the Finance and Audit Committees review recommendations and cost estimates for the short term solutions at their joint meeting.

**In 2011,** the Edgewood College Space Advisory Board is formed to make recommendations to the Administration and to the Board of Trustees regarding spaces that will be vacated by Theatre and Art after the completion of Visual

Arts/Theatre Facility. Since Nursing is the largest undergraduate major on campus with approximately 300 students, and since nursing graduates are sorely needed in most communities, this major offers the most growth potential for the College. The Building & Grounds Committee recommends that better facilities for the School of Nursing should be a priority.

In **May of 2011 p**lanning begins to update the 2006 Master Plan to obtain Campus Institutional Zoning for the 55-acre campus shared by the Edgewood Campus School, Edgewood High School, and Edgewood College. Later in 2001, the Board of Trustees affirms the next major capital project priority, upon completion of the Visual and Theatre Arts Center, be the renovation of the 3rd floor of DeRicci Hall for the School of Nursing. The Board further resolved that Administration be authorized to finalize planning for long term office space for those who will be relocated as well.

**In November of 2012, t**he College Board of Trustees affirmed additional student housing as the next major capital project priority.

*Master Plan Context and Connections*

It is important to recognize the role of diverse individuals and groups in relating this purpose and process. The Edgewood Neighborhood Liaison Committee was formed in 1996, when the last master plan was submitted. Current membership of this group, and Ald. Sue Ellingson, has guided the process that has led to this most current Campus Master Plan. This Committee has facilitated two open meetings in 2013, has made presentations to both the Vilas and Dudgeon-Monroe Neighborhood Associations, and has commissioned the creation of a web space (www.edgewood.edu/masterplan) to share information relative to the Master Planning Process easily and efficiently.

Exhibit E
Sarah Zylstra Declaration

EHS_001830

*Historical Perspective*

In 1881, Governor Cadwallader C. Washburn gave his Edgewood Villa and 55-acre wooded estate on the shore of Lake Wingra to the Dominican Sisters of Sinsinawa. They moved St. Regina Academy, which had been located in downtown Madison, to the Edgewood site. After a tragic fire in 1893, the Sisters rebuilt the school as Sacred Heart Academy, which was later separated into Edgewood High School and Edgewood Campus School.

In 1927, Edgewood College was founded as a junior college for women with a two-year liberal arts curriculum, housed in the same building as the high school. The senior college developed in 1940, focusing on the preparation of teachers, and the first Bachelor of Science degrees in education were awarded in 1942. Marshall Hall, originally built in 1864, was converted for use as a college residence hall in 1941–42, becoming the first distinctively collegiate building separate from the high school facilities.

In September of 2011, the presidents of Edgewood Campus School, Edgewood High School and Edgewood College completed the legal process that established each as a separate legal entity. Historically, all three school were, from a legal standpoint, under one 'umbrella.'  Today, all three institutions remain under the sponsorship of the Dominican Sisters of Sinsinawa.

*Mission and Guiding Principles of each institution*

The Edgewood Campus School states its mission, "In the Sinsinawa Dominican tradition, the Edgewood Campus School community guides a diverse student body toward becoming faith-filled global citizens who seek knowledge and truth."

Edgewood High School states as its mission, "Edgewood High School of the Sacred Heart, a Catholic high school, educates the whole student for a life of learning,

Exhibit E
Sarah Zylstra Declaration
EHS_001831

service and personal responsibility through a rigorous academic curriculum that embraces the Sinsinawa Dominican values of Truth, Compassion, Justice, Partnership and Community."

The Edgewood College mission states, "Edgewood College, rooted in the Dominican tradition, engages students within a community of learners committed to building a just and compassionate world. The College educates students for meaningful personal and professional lives of ethical leadership, service, and a lifelong search for truth."

*Long Term Strategic Goals of each institution*

In **Edgewood High School**'s current strategic plan, four goals are identified, each with specific measures and indicators. The goals are educate, nurture and challenge students in an inclusive school community rooted in the Dominican tradition; establish long-term financial security; update Edgewood High School facilities with an emphasis on safety, increased accessibility and learning needs; strengthen internal and external relationships through effective communication.

**Edgewood Campus School** identifies three long term strategic goals: maintain the enrollment cap at no more than 325 students; monitor traffic and parking in the Edgewood Campus School parking lot to keep that environment safe; and care for the Campus School buildings and land.

**Edgewood College** identifies five strategic goals in its current Strategic plan: Provide a distinctive learning environment based on the four essential characteristics of an Edgewood College education; Retain and graduate students well-prepared for their next meaningful personal and professional steps upon completion; maintain moderate enrollment growth by both improving the quality of current programs and experiences and applying areas of strength to meet emerging community needs; achieve diversity commensurate with the diversity of Dane County and South Central Wisconsin, the primary communities we serve; and employ academic, financial, facilities, and operational models that meet current needs in ways that provide for the future.

## Chapter 2 – EXISTING CONDITIONS

*Existing Buildings and Land Use*

<u>*Historic Sites and Landmarks*</u>

The 55-acre campus shared by the three institutions is home to **Native American Mounds**, evidence that this has been a very special and beautiful place for centuries. Situated toward the shore of Lake Wingra, these mounds were the subject of an extensive survey conducted by the Great Lakes Archaeological Research Center. There are two 'markers' on campus, placed in 1915 and in 1919 that identify two of the sacred areas.

The **Edgewood High School Building** is a structure that dates to 1927, when it opened to serve as both the high school and as Edgewood Junior College. It was designed by Albert Kelsey, grandson of former Wisconsin Governor Cadwallader Washburn.

**Marshall Hall** is the oldest building on the 55 acres. Its construction dates to 1864. Originally built as a carriage house, it underwent significant renovations in the early 1940s and became in 1942 the first uniquely collegiate building on the Edgewood campus. Today it serves as an Edgewood College residence hall.

**Park & Pleasure Drive** is a beautiful stretch of road that winds along the north shore of Lake Wingra, where the campus meets the lake. The Drive dates to the early 1900s. Today, it is a haven for cyclists, runners, and walkers. Autos may only enter and exit through the east. While emergency vehicles have full access from either Woodrow Street or Edgewood Avenue only, the Drive was closed to through

traffic in 2006, concurrent with the construction of Dominican Hall, the newest Edgewood College residence hall.

**The Edgewood Oaks** grace what is now the green space between the High School and Monroe Street. It is widely held that the trees date to when Native American peoples accessed the land for hunting and fishing. Samuel Marshall, for whom Marshall Hall is named, was the owner of the property before selling it to Governor Washburn. Marshall, an amateur arborist when he wasn't building the Marshall & Isley Bank, planted many more trees on what is today a beautiful home to three institutions.

# Chapter 3 – PROPOSED CONDITIONS

*Future Needs of Each Campus Institution (enrollment, space needs)*

### Edgewood Campus Population Summary

**EDGEWOOD CAMPUS POPULATION COMPARISON**

| Population | Year 1994[1] | Year 2005 | Year 2012 | Projected 10 year |
|---|---|---|---|---|
| **Edgewood College** | | | | |
| Total Students | 1,787 | 2381 | 2,252 | 2,660 |
| Total Beds | 280 | 350 | 553 | 800 |
| Faculty & Staff | —[2] | 450 | 468 | 504 |
| **Edgewood High School** | | | | |
| Students | 535 | 594 | 593 | 650 |
| Faculty & Staff | —[2] | 88 | 106 | 125 |
| **Edgewood Campus School** | | | | |
| Students | 265 | 304 | 275 | 300 |
| Faculty & Staff | —[2] | 30 | 30 | 33 |

1. Data obtained from Mead & Hunt study (1995)
2. Data not cited in study

**Edgewood Campus School** identifies maintaining an enrollment cap at no more than 325 students as one of its strategic goals. The School has also identified future project to address space needs. They include enlargement of the existing library and computer lab; and expanding the Campus School building on the east side to include a larger music room, art room, small Chapel and a large multi-purpose room, kitchen and gymnasium.

**Edgewood High School** has, as a measure of the goal of 'establishing long-term financial security,' established its long term optimal enrollment at 700 students.

Edgewood High School has identified six areas of focus in its current Strategic Plan related to space needs. They include updating facilities with an emphasis on safety, increased accessibility and learning needs; by 2013-2014, complete the original commitment of $750K for deferred maintenance priorities; ensure classrooms are continually renovated throughout the facility; ensure the effective use of technology is present in all facets of the high school; ensure the Facilities Master Plan is used as the basis for creating components of the next capital campaign; and ensure Edgewood High School understands its challenges and opportunities with regard to using external athletic facilities.

**Edgewood College** has identified five priorities related to space needs, to be addressed within the next ten years. As indicated in the chart above, Edgewood College is planning on a head-count of the Monroe Street campus of 2660. The College is planning on a bed-count on the Monroe Street campus of 800.

<u>Residence Hall</u>

For the past three years, demand for residence hall space has exceeded capacity. Evidence indicates that retention increases when students live on campus for the first two years by improving the sense of community students' experience. Further, when integrated with a well-conceived and executed transportation management plan as done for Dominican Hall, increases in residence hall capacity can reduce traffic counts on Monroe Street and other local streets.

<u>Regina Hall Remodel and Eastern Expansion</u>

The Regina Hall HVAC systems are at the end of useful life and a cooling system does not exist. Problems with heat and cooling are serious concerns for Regina residents, based upon consistent student feedback. Combining HVAC systems for existing space with an addition to Regina for expanded residence hall space--currently the highest priority facilities project--would result in installation cost savings, reduced disruption (in comparison to completing the projects separately), and operational efficiencies going forward.

<u>Athletics</u>

Athletics and fitness space is lacking in a number of respects. First, the availability of the Edgedome is severely limited by the shared use agreement with the Campus School; most days, college students have access only before 8:00 a.m. and after 4:00 p.m. This pushes practice times into the early morning and evening, leaving

little time for use by non-athlete students or for individual use by student-athletes. While many students utilize the fitness center in the lower level of the Sonderegger Science Center, many others choose to pursue memberships at local health clubs at additional cost due to limited space and equipment; this increases both their living expenses and traffic to and from campus. Finally, securing appropriate sites for off-campus sports is exceptionally difficult. Track, tennis, and soccer programs all struggle to find appropriate sites for out-of-season training, in-season practice, and/or competition, and indoor practice facilities during the winter months do not exist for these sports or baseball. Multiple solutions, both on- and off-campus, will be necessary to meet these needs.

### School of Business

The School of Business lacks adequate space to accommodate necessary curriculum changes and faculty growth. An updated undergraduate business curriculum calls for easily configurable, technologically advanced classroom settings that do not currently exist on campus. In addition, dedicated classroom space for state-of-the-art teaching experiences (such as telepresence and labs) for investment courses does not exist. Further space constraints limit opportunities for interdisciplinary teaching and research.

### Music

The Music Department needs rehearsal and performance space on campus. Currently the department has two rooms in Mazzuchelli Hall that are safe in terms of their decibel levels, with good lighting, heating, cooling, ventilation, and humidity control. These rooms, however, are only 600 and 900 square feet, meaning that jazz ensembles barely fit into them, while other classes, such as drumming and concert band must be bused to MATC, requiring the rental of space, the transportation of

students, and the transportation of equipment, which cannot be stored on site at rented locations.

St. Joseph Chapel is at present the only musical performance venue on campus. This is a problem for several reasons: (1) it must be converted from a worship space to a concert space and back over 175 times a year, making scheduling problems prevalent and risking damage to equipment; (2) it is not acoustically designed for music, meaning that safe decibel levels are sometimes exceeded and performance quality compromised; (3) lighting is dim and external sounds bleed into the space; (4) the limited size of the space affects the ability to draw a substantial audience; (5) the absence of air conditioning and humidity controls adversely affects the equipment maintained on site; (6) the current ventilation system impairs the performers' ability to hear as well as affecting the quality of sound for the audience.

*Phasing Plan – Edgewood Campus School, Edgewood High School, Edgewood College*

Edgewood College is in the process of planning for the Regina Hall Remodel and Eastern Expansion. No other building projects, for any of the three institutions, are being pursued as of the submission of this Master Plan.

*Campus Plan (building uses, size, set backs)*

*Set backs Diagram for perimeter buildings*

*Site On*e

*Residence Hall and Buildings 14 & 16*

*Architectural Guidelines*

*Open Space Plan – Landscaping and Green*

Exhibit E
Sarah Zylstra Declaration

EHS_001839

1. Athletic field owned by Edgewood High School. Used for team practices, physical educations classes, and other generally light uses.
2. Site of 'Edgewood Oaks,' owned by Edgewood High School. Recreational use and some physical education and team practice use.
3. Open space for snow removal management, and some light recreational uses.
4. Green area at fence line, to serve as buffer to neighborhood at Edgewood Avenue.
5. Park & Pleasure green space buffer between Edgewood Campus School and Edgewood College, and the Park & Pleasure Drive.
6. Lake Wingra shore, site rediscovered natural springs uncovered during restoration concurrent with boardwalk installation.
7. Native wetlands.
8. Playground, owned by Edgewood Campus School.
9. Native effigy mound: the Eagle Mound. Marked by plaque that dates to early 1900s, a significant landmark on the Edgewood College campus.
10. Courtyard on Edgewood College campus, home to sculptures, tables, and trees.
11. Preserved woodland on the Edgewood College campus. Home to contemplative spaces.
12. An open area of native effigy mounds, mapped during the work done by the Great Lakes Archaeological Research Center.
13. Storm water retention pond, with fountain. Surrounded by a classic black iron fence, this is a beautiful and practical feature of the Edgewood College campus.
14. Recreation area for Edgewood College students. Tables, and sand volleyball court.

*Transportation Plan – Traffic, Parking, TDM, Pedestrians, Mass Transit*

*Sustainability*

*Storm Water Management*

# Chapter 4 – NEIGHBORHOOD AND CITY PROCESSES

*Memorandum of Understanding*

*List of Unresolved Issues*

*Affirming past agreements*

*Neighborhood Approvals*

*Process for City and neighborhood approvals going forward*

*Architectural Review Committee*