Neighbors Approve Edgewood's Practice Field

# WISCONSIN STATE JOURNAL

MONDAY, JUNE 15, 2015 — MADISON.COM

**C()NNECT meLOCAL**

**Discover digital**
## SEEKING ANSWERS
**Live chat:** Join reporter Dean Mosiman at noon today to discuss the different plans for addressing homelessness in Madison
go.madison.com/live

**Suspect lived with victim**
Authorities say the woman being held in connection with a town of Vienna murder lived with the victim
**LOCAL, A3**



**Warriors close in on NBA title**
Stephen Curry scores 37 points as Golden State beats Cleveland 104-91 to take a 3-2 lead in the NBA Finals
**SPORTS, C1**

**MAGNA CARTA | 800TH ANNIVERSARY OF FOUNDATION OF MODERN LAW**



Photos by JOHN HART – State Journal
Installed 100 years ago on the 700th anniversary of the signing of the Magna Carta, a mural by painter Albert Herter hangs on the north wall of the Wisconsin Supreme Court hearing room at the Capitol. Katie Hoemann of Boston and Ludger Hartley from the United Kingdom visited the chambers Friday.

# Mural looms large in Capitol



A detail of "The Signing of the Magna Carta" mural depicts a young boy and a dog – a depiction of artist Albert Herter's son.

**Before installation 100 years ago, state Supreme Court justices had to be convinced**

CASSIDY McDONALD
cmcdonald@madison.com
608-252-6139

The Supreme Court hearing room in the State Capitol has had its share of tension, from disputes over the position of chief justice this year to debates about wall decor 100 years ago.

Monday marks the 800th anniversary of the signing of the Magna Carta, the document that curbed the power of King John of England and established the foundation of America's modern judicial system. It's also 100 years after a 1915 mural was met with opposition.

The painting looms large on the left of the Wisconsin Supreme Court Hearing Room at roughly 9 feet tall by 18 feet, 6 inches wide. It's one of the room's four murals, which depict sources of Wisconsin Law: "The Signing of the Magna Carta" depicts English common law, a scene at a trial before Caesar Augustus Octavius depicts Roman law, "The Signing of the Constitution" represents federal law and "The Trial of Chief Oshkosh Before Judge Doty" represents territorial law.

Justice David Prosser described the Magna Carta mural as "spectacular."

**OUTDOOR ATHLETIC COMPLEX GROUNDBREAKING TODAY**

# Edgewood launches new $1.5M upgrade

**Officials say facility will be used for practices and will benefit community**

DENNIS SEMRAU
dsemrau@madison.com
608-252-6490

When Mike Elliott was a Madison Edgewood High School sophomore in 1975, he was involved in the renovation of the school's current football practice facility on Monroe Street.

Today, Elliott is the school's president. And he has been tasked with shepherding a new project that reflects the beginning of an exciting era on the school's campus.

Edgewood High School will break ground today on a $1.5 million outdoor athletic complex, made possible by a $1.025 million gift from the Goodman Foundation. The project's funding will be completed through major gifts from Edgewood families and their associated foundations.

"My sophomore year at Edgewood, I laid the sod on that field for a major renovation — when we were just getting nice grass, compared to the dirt hole that it was," Elliott said with a laugh during a phone conversation last week. "So I find it to be

Please see **EDGEWOOD**, Page A9



Elliott
EXHIBIT NO. 57
3-10-22  RPTR  PC
For the Record, Inc.
(608) 833-0392

Exhibit F
Sarah Zylstra Declaration

CITY-DEF-009142

# Edgewood

Continued from Page A1

very rewarding that, in my sophomore year of serving as president, (we will) have new turf."

The renovation of the current facility will be named the Irwin A. & Robert D. Goodman Athletic Complex. It will provide cutting-edge running surfaces for track-and-field training as well as state-of-the-art artificial turf for outdoor sports, including football, baseball, softball, soccer, track and field, lacrosse and ultimate Frisbee.

"The plan is to start (today) and (to work toward) the turf portion of the plan to be completed by Aug. 14," Edgewood athletic director Chris Zwettler said. "The track portion is scheduled to be completed by Labor Day or shortly after."

Because the Goodmans themselves were excellent athletes, and because this complex will serve many ages, Elliott said they would have had taken pride in the project.

"It's been a goal and a dream for a lot of students and alumni to put together something that was more representative of Edgewood than what we had out there," said Elliott, a 1977 Edgewood graduate. "When I became president, it was one of the things I wanted to focus on."

E.G. Schramka, executive director of the Goodman Foundation, said the foundation was proud to step in as Edgewood's key partner in the project.

"At the University of Minnesota, Irwin Goodman was a track star. And Irwin and his brother Bob throughout their lifetimes had a passion for physical activity," Schramka said. "This complex will continue their legacy by being a community-wide venue that will serve all of Madison."

Other major project sponsors are the Wahlin Foundation Inc., Park Bank, the Heggenbarth and Senty families, Jerry and Carol Kelly and an anonymous Edgewood family, with additional support provided by Kevin and Sheila Conroy.

"This is a game-changer for Edgewood and the Madison community," Elliott said. "Our students will benefit greatly, with the best possible conditions to train and compete on. It will allow us to hold many more of our practices on campus. In addition, neighbors and members of all ages in Madison will benefit because of our commitment to the community and our central location."

## Many sports can play

Zwettler said the central artificial turf area's full length will hold competition fields for football, soccer, lacrosse and softball. The width can be divided into three 50-yard practice fields, allowing different teams or sports to practice at once.

"It will start with the installation of AstroTurf, the same turf that will be installed at Michigan State and Ohio State this summer," he said.

Elliott noted that one of the main benefits will be improvements in the practice facilities for the school's baseball and softball programs in the spring,




STEVE APPS — State Journal
Edgewood High School plans on putting a new track and turf athletic field on site.

Rettler Corporation
An artist's rendering of Edgewood High School's new facility.

when teams are forced to practice indoors. He added that the renovation will be a boon to all the students.

"We do require four years of physical education for both semesters, which is higher than the national average and higher than the national requirement," Elliott said. "This is a much-needed product for our students, to aid our physical education department and the athletic programs."

The track area will allow high school, college and area youth athletes to benefit from the engineered running surface. In the past, Edgewood has provided its track-and-field facility to area parochial schools for practices and an annual meet — the only early track-and-field development experience for many grade-school students.

However, due to the deterioration of the track, the event has been held off-campus in recent years.

"It will be the best situation you can imagine," said Edgewood girls track-and-field coach Gary Thornton, a coach at the school since 1981. "We stopped competing here in 2006; that's when the track fell apart. We've been using Middleton for the two conference meets that we hosted in 2009 and 2015, and all of our duals were at Monona Grove.

"Our grade-school invitational (was) moved to Monona Grove, and this year it was in Middleton. So even the little kids will be able to come back here."

Zwettler said the project is being managed by the Rettler Corporation, based in Stevens Point.

"They are famous throughout Wisconsin and the Midwest. They bid the jobs to be done," he said. "They contact the turf people and the track people and the goal-post people, etc. They supervise and are the project manager of the building of the project. They will bid out and sub-contract all the work."

Thornton said the improved running surface also would allow the school to once again partner with groups such as the Madison Westside Track Club. The facility also will provide a safe, walking surface for neighborhood residents to use for fitness walking and jogging.

"West High School already has asked about being able to practice here," Zwettler said. "They spend about $20,000 (per season) to bus their kids out to Mansfield Stadium for practice during the track season."

## Neighborhood support

According to Elliott, the project has received the support of area neighborhood groups that have balked in the past at the idea of turning the facility into a competition site for Edgewood's many athletic programs.

"We're between two neighborhood associations. They have been vehemently opposed to us having lights or playing games here," he said. "We're really building this to be able to give our athletes the practice facilities that provide the best surfaces possible and to expand the amount of outdoor practices we can hold especially in the spring. That is our focal point."

Zwettler said the football team will continue to play home games at Breitenbach Stadium at Middleton High School, and the Crusaders boys and girls soccer teams will play home games at the Reddan Soccer Complex in Verona.

"For soccer, we made a commitment of $100,000 three years ago. That's a 10-year deal. Soccer-wise, we have been spending about $18,000 annually the last few years on a rental facility, transportation, etc., to have our soccer teams go to play and practice. The goal is to keep as many kids on campus as possible.

"Edgewood also contributed $200,000 to help with the installation of the Field-Turf surface in Middleton, and we start our ninth year (of a 10-year contract) there in August. The field is still playable and is still safe, but they will probably need to replace it in the next two to three years."

Although Breitenbach Stadium gives the Crusaders football team a stellar site for home games, coach Al Minnaert said a new practice field is long overdue.

"That will give us a better place to practice. The field we have now gets in really bad shape quickly," he said. The field was last renovated in 1997. "Getting the (artificial) turf has always been my dream."

Middleton's field was the first in the area to install an artificial surface, in 2007. Madison's Breese Stevens Field recently converted to artificial turf and will be the site of home games for Madison East, starting this fall. Edgewood also will use Breese Stevens for the first week of practice, beginning Aug. 7.

"Middleton has been great. It's not the perfect situation, but I couldn't ask anything more of (Cardinals football coach) Tim Simon's cooperation," Minnaert said.

## Hope springs eternal

Elliott, who was able to compete on both the golf and baseball teams at the same time while he attended Edgewood, is familiar with the challenges of competing in a spring sport in Wisconsin.

"The weather was like this back then," he said, making a reference to heavy rains that played havoc with last week's WIAA state softball tournament at the Goodman Diamond. "That's why we want to create this complex, because it's always going to be a problem. It's just crazy here.

"We've had some good success with our school with athletics," he said. "It's amazing what they have been able to accomplish with some of the conditions.

"Our goal is to eventually have the best facility in the city with regard to the school and athletics and drama and everything," Elliott said. "So this is a great step in the right direction, and one that is very visible."




**Hearing aids that eliminate background noise**
There's nothing more frustrating than trying to hear in a noisy crowd.
ZOUNDS Hearing Aids provide up to 90%



**ROOM FOR YOU OR SOMEONE YOU LOVE!**
Now Leasing: New Household Assisted Living
Thank You Madison for voting us your Star of Madison Winner!

Case: 3:21-cv-00118-wmc Document #: 40-7 Filed: 05/20/22 Page 3 of 8

4/20/22, 3:58 PM   Prep sports: Edgewood High School breaking ground on $1.5 million athletic practice facility | High School Football | madison.com

https://madison.com/sports/high-school/football/prep-sports-edgewood-high-school-breaking-ground-on-1-5-million-athletic-practice-facility/article_cba5c427-720e-5507-9599-acb877b038f4.html

OUTDOOR ATHLETIC COMPLEXGROUNDBREAKING TODAY

# Prep sports: Edgewood High School breaking ground on $1.5 million athletic practice facility

Dennis Semrau | Wisconsin State Journal

Jun 15, 2015

Dennis Semrau | Wisconsin State Journal

When Mike Elliott was a Madison Edgewood High School sophomore in 1975, he was involved in the renovation of the school's current football practice facility on Monroe Street.

Today, Elliott is the school's president. And he has been tasked with shepherding a new project that reflects the beginning of an exciting era on the school's campus.

Edgewood High School will break ground today on a $1.5 million outdoor athletic complex, made possible by a $1.025 million gift from the Goodman Foundation. The project's funding will be completed through major gifts from Edgewood families and their associated foundations.

"My sophomore year at Edgewood, I laid the sod on that field for a major renovation — when we were just getting nice grass, compared to the dirt hole that it was," Elliott said with a laugh during a phone conversation last week. "So I find it to be very rewarding that, in my sophomore year of serving as president, (we will) have new turf."

The renovation of the current facility will be named the Irwin A. & Robert D. Goodman Athletic Complex. It will provide cutting-edge running surfaces for track-and-field training as well as state-of-the-art artificial turf for outdoor sports,

Case: 3:21-cv-00118-wmc   Document #: 40-7   Filed: 05/20/22   Page 4 of 8

4/20/22, 3:58 PM                Prep sports: Edgewood High School breaking ground on $1.5 million athletic practice facility | High School Football | madison.com

including football, baseball, softball, soccer, track and field, lacrosse and ultimate Frisbee.

## People are also reading…

1. 4 observations from Wisconsin football's 13th spring practice
2. Tenant in Downtown building with Paisan's sues owners over demolition notice, 'reprehensible conduct'
3. Wisconsin DNR announces new walleye, pike regulations for 2022
4. Mark Strobel out from Wisconsin men's hockey coaching staff after team's second-worst season

"The plan is to start (today) and (to work toward) the turf portion of the plan to be completed by Aug. 14," Edgewood athletic director Chris Zwettler said. "The track portion is scheduled to be completed by Labor Day or shortly after."

Because the Goodmans themselves were excellent athletes in track and baseball, and because this complex will serve many ages, Elliott said they would have had taken pride in the project.

"It's been a goal and a dream for a lot of students and alumni to put together something that was more representative of Edgewood than what we had out there," said Elliott, a 1977 Edgewood graduate. "When I became president, it was one of the things I wanted to focus on."

E.G. Schramka, executive director of the Goodman Foundation, said the foundation was proud to step in as Edgewood's key partner in the project.

"At the University of Minnesota, Irwin Goodman was a track star. And Irwin and his brother Bob throughout their lifetimes had a passion for physical activity," Schramka said. "This complex will continue their legacy by being a community-wide venue that will serve all of Madison, from children to seniors, through games, camps and other activities."

Case: 3:21-cv-00118-wmc   Document #: 40-7   Filed: 05/20/22   Page 5 of 8

4/20/22, 3:58 PM                Prep sports: Edgewood High School breaking ground on $1.5 million athletic practice facility | High School Football | madison.com

Other major project sponsors are the Wahlin Foundation Inc., Park Bank, the Heggenbarth and Senty families, Jerry and Carol Kelly and an anonymous Edgewood family, with additional support provided by Kevin and Sheila Conroy.

"This is a game-changer for Edgewood and the Madison community," Elliott said. "Our students will benefit greatly, with the best possible conditions to train and compete on. It will allow us to hold many more of our practices on campus. In addition, neighbors and members of all ages in Madison will benefit because of our commitment to the community and our central location."

## Many sports can play

Zwettler said the central artificial turf area's full length will hold competition fields for football, soccer, lacrosse and softball. The width can be divided into three 50-yard practice fields, allowing different teams or sports to practice at once.

"It will start with the installation of AstroTurf, the same turf that will be installed at Michigan State and Ohio State this summer," he said.

Elliott noted that one of the main benefits will be improvements in the practice facilities for the school's baseball and softball programs in the spring, when teams are forced to practice indoors. He added that the renovation will be a boon to all the students.

"We do require four years of physical education for both semesters, which is higher than the national average and higher than the national requirement," Elliott said. "This is a much-needed product for our students, to aid our physical education department and the athletic programs."

The track area will allow high school, college and area youth athletes to benefit from the engineered running surface. In the past, Edgewood has provided its track-and-field facility to area parochial schools for practices and an annual meet — the only early track-and-field development experience for many grade-school students.

Case: 3:21-cv-00118-wmc   Document #: 40-7   Filed: 05/20/22   Page 6 of 8

4/20/22, 3:58 PM                Prep sports: Edgewood High School breaking ground on $1.5 million athletic practice facility | High School Football | madison.com

However, due to the deterioration of the track, the event has been held off-campus in recent years.

"It will be the best situation you can imagine," said Edgewood girls track-and-field coach Gary Thornton, a coach at the school since 1981. "We stopped competing here in 2006; that's when the track fell apart. We've been using Middleton for the two conference meets that we hosted in 2009 and 2015, and all of our duals were at Monona Grove.

"Our grade-school invitational (was) moved to Monona Grove, and this year it was in Middleton. So even the little kids will be able to come back here."

Zwettler said the project is being managed by the Rettler Corporation, based in Stevens Point.

"They are famous throughout Wisconsin and the Midwest. They bid the jobs to be done," he said. "They contact the turf people and the track people and the goal-post people, etc. They supervise and are the project manager of the building of the project. They will bid out and sub-contract all the work."

Thornton said the improved running surface also would allow the school to once again partner with groups such as the Madison Westside Track Club. The facility also will provide a safe, walking surface for neighborhood residents to use for fitness walking and jogging.

"West High School already has asked about being able to practice here," Zwettler said. "They spend about $20,000 (per season) to bus their kids out to Mansfield Stadium for practice during the track season."

## Neighborhood support

According to Elliott, the project has received the support of area neighborhood groups that have balked in the past at the idea of turning the facility into a competition site for Edgewood's many athletic programs.

Case: 3:21-cv-00118-wmc   Document #: 40-7   Filed: 05/20/22   Page 7 of 8

4/20/22, 3:58 PM   Prep sports: Edgewood High School breaking ground on $1.5 million athletic practice facility | High School Football | madison.com

"We're between two neighborhood associations. They have been vehemently opposed to us having lights or playing games here," he said. "We're really building this to be able to give our athletes the practice facilities that provide the best surfaces possible and to expand the amount of outdoor practices we can hold especially in the spring. That is our focal point."

Zwettler said the football team will continue to play home games at Breitenbach Stadium at Middleton High School, and the Crusaders boys and girls soccer teams will play home games at the Reddan Soccer Complex in Verona.

"For soccer, we made a commitment of $100,000 three years ago. That's a 10-year deal. Soccer-wise, we have been spending about $18,000 annually the last few years on a rental facility, transportation, etc., to have our soccer teams go to play and practice. The goal is to keep as many kids on campus as possible.

"Edgewood also contributed $200,000 to help with the installation of the FieldTurf surface in Middleton, and we start our ninth year (of a 10-year contract) there in August. The field is still playable and is still safe, but they will probably need to replace it in the next two to three years."

Although Breitenbach Stadium gives the Crusaders football team a stellar site for home games, coach Al Minnaert said a new practice field is long overdue.

"That will give us a better place to practice. The field we have now gets in really bad shape quickly," he said. The field was last renovated in 1997. "Getting the (artificial) turf has always been my dream."

Middleton's field was the first in the area to install an artificial surface, in 2007. Madison's Breese Stevens Field recently converted to artificial turf and will be the site of home games for Madison East, starting this fall. Edgewood also will use Breese Stevens for the first week of practice, beginning Aug. 7

"Middleton has been great. It's not the perfect situation, but I couldn't ask anything more of (Cardinals football coach) Tim Simon's cooperation," Minnaert said.

Case: 3:21-cv-00118-wmc   Document #: 40-7   Filed: 05/20/22   Page 8 of 8

4/20/22, 3:58 PM                  Prep sports: Edgewood High School breaking ground on $1.5 million athletic practice facility | High School Football | madison.com

## Hope springs eternal

Elliott, who was able to compete on both the golf and baseball teams at the same time while he attended Edgewood, is familiar with the challenges of competing in a spring sport in Wisconsin.

"The weather was like this back then," he said, making a reference to heavy rains that played havoc with last week's WIAA state softball tournament at the Goodman Diamond. "That's why we want to create this complex, because it's always going to be a problem. It's just crazy here.

"We've had some good success with our school with athletics," he said. "It's amazing what they have been able to accomplish with some of the conditions.

"Our goal is to eventually have the best facility in the city with regard to the school and athletics and drama and everything," Elliott said. "So this is a great step in the right direction, and one that is very visible."

### Dennis Semrau

Dennis Semrau covers prep sports for the Wisconsin State Journal, and has compiled the popular "Prep Profiles" feature since 1995. Having covered the Brewers for more than a decade, Semrau is a member of the Baseball Writers of America Association and a voter for the Baseball Hall of Fame.

Follow @DennisSemrauWSJ

### By Dennis Semrau | Wisconsin State Journal

High School sportswriter and columnist for Wisconsin State Journal and Wisconsinprepzone.com