**Message: Agenda for Edgewood Neighborhood Liaison Committee Meeting 5/10/16 4:30pm**

☐ Agenda for Edgewood Neighborhood Liaison Committee Meeting 5/10/16 4:30pm
From Kim Zahler Date  Tuesday, May 10, 2016 8:06 AM

To     Eskrich, Sara;anna.mcmanus@edgewoodhs.org;Craig Stanley;Cristie Jacobs;snippetswi@gmail.com;Douglas Poland;Erin Bykowski;jonstandridge66@gmail.com;Joyce Wodka;Edgewood Campus School;Kristine Fruehling;Michael Guns;Edgewood College-Michael Metcalf;Elliott, Michael;robert.growney@edgewoodhs.org;shannon.mcdonough@edgewoodhs.org;Shawn Schey;thuber@tooledesign.com;Anne Palzkill;Susan VanderSanden

Cc

Subject Agenda for Edgewood Neighborhood Liaison Committee Meeting 5/10/16 4:30pm

☐ image001.jpg (3 Kb )  ☐ Neighborhood Liaison Agenda 5.10.docx (16 Kb )

Hello Neighbors,

Today, Tuesday, May 10th is the Edgewood Neighborhood Liaison Committee Meeting held in Predolin 118 starting at 4:30pm. Attached you will find the agenda for today's meeting. Please let me know if you have any questions.

Have a nice day,

*Kim Zahler*

Facilities Administrative Assistant
Edgewood College
1000 Edgewood College Drive
Madison, WI 53711
608-663-2255
kzahler@edgewood.edu

---

# Edgewood Neighborhood Liaison Committee Meeting Agenda

TUESDAY, MAY 10th, 2016
4:30 Pm
PREDOLIN 118

**Next meetings:**
07/12/16 @ 4:30pm
09/13/16 @ 4:30pm
11/8/16 @ 4:30pm

1. **High School**
   - **Parking lot expansion update–**
   - **Neighborhood parking poles**



Elliott
EXHIBIT NO. 59
5·10·22   RPTR PC
For the Record, Inc.
(608) 833-0392

- **Possible capital Campaign to fund Master Plan initiatives**
- **Seating and Lighting for the athletic field**
- **Girls on the Run event**

2. **Updates:**
   - **DMNA**
   - **Vilas**
   - **Campus School**
   - **High School**
   - **College**

CITY-DEF-036811