| | |
|---|---|
| From: | marklandgraf62 <marklandgraf62@gmail.com> |
| Sent: | 3/7/2017 9:37:16 AM -0600 |
| To: | Michael Elliott <michael.elliott@edgewoodhs.org> |
| Subject: | Re: Re: Matt Tucker |

Thanks. At a minimum he talked to you.
Next steps by EHS are? Or, do you need time to think through EHS options?
Thanks and good luck with everything.
Not easy and your trying hard.
Mark Landgraf


Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Michael Elliott <michael.elliott@edgewoodhs.org>
Date: 3/7/17 9:31 AM (GMT-06:00)
To: marklandgraf62 <marklandgraf62@gmail.com>
Subject: Re: Matt Tucker

They do not feel the current master plan would let us proceed with a modified stadium. Night use is the issue and it is in their mind a new or different usage. They recamend we continue to work with neighbors for an agreement.
They feel we eliminated the issues of traffic, parking and lights. Usage, number of events and sound are the two they feel we may need to limit and work on.
On Tue, Mar 7, 2017 at 7:22 AM marklandgraf62 <marklandgraf62@gmail.com> wrote:
> How did everything go Mike with Matt?
> Mark


Sent from my Verizon, Samsung Galaxy smartphone
--
Michael Elliott
President
Edgewood High School of the Sacred Heart
2219 Monroe St. Madison, WI 53711
(608) 257-1023 x 103
edgewoodhs.org | facebook.com/EdgewoodHS

