Message: Re: Fw: Resignation

Re: Fw: Resignation

From Eskrich, Sara Date Friday, July 27, 2018 7:31 AM
To      Elliott, Michael
Cc      Parks, Timothy;Tucker, Matthew
Subject Re: Fw: Resignation

Hi Mike,

I would be happy to talk about the transition. However, on specifics like a temporary permit for the games, you're best off working directly with city staff. I'd start with Tim and Matt - and they can help direct you. I'm CCing them.

My resignation from Council is effective 8/8. The Council President is working to appoint an interim alder that will start as soon as I am done, who will fill my position until the April election.

I cannot sign-off on the stadium lights as a minor alteration because we've discussed, very publicly, that this requires a master plan amendment. Let me know what city staff say about any approvals for a temporary permit to play this fall.

Thanks,
Sara

---
Sara Eskrich
**DISTRICT 13 ALDER**
CITY OF MADISON
(608) 669-6979
district13@cityofmadison.com

Subscribe to District 13 updates at www.cityofmadison.com/council/district13/

**From:** Elliott, Michael
**Sent:** Thursday, July 26, 2018 8:26 AM
**To:** Eskrich, Sara
**Subject:** Re: Fw: Resignation

Sarah

Can we talk transition? I am in a heap of trouble with no place to play an Oct 5 game that is senior night. Parents want to hold game here with temporary lights and seats. Cost to do that is $27,000. Can you help me understand time involved for us to get seats and lights? Now that your leaving how about a sign off for a minor amendment???? If not time and process for major amendment.

Lets chat when you have time.

Again Congrats on the new position. When are you done on the council?

Thanks
Mike

On Wed, Jul 25, 2018 at 10:36 AM, Eskrich, Sara <district13@cityofmadison.com> wrote:
> Hi Mike,
>
> I wanted to share the below news with you, personally. I have really appreciated working with you – and I know you're in the midst of more work to come. I look forward to helping you transition our shared work to whomever the Council appoints to serve as my successor.
>
> Let me know if you have questions. We'll talk soon.

EXHIBIT NO. 61
5·10·22  RPTR
Elliott
For the Record, Inc.
(608) 833-0392

CONFIDENTIAL                                                        EHS_007068

Exhibit I
Sarah Zylstra Declaration