**Message: Edgewood Highschool Athletic Field Use and the Adopted Master Plan**

Edgewood Highschool Athletic Field Use and the Adopted Master Plan
From Tucker, Matthew  Date  Friday, October 26, 2018 11:32 AM
To      'Brian Munson';Elliott, Michael
Cc      Parks, Timothy;Stouder, Heather;Arntsen, Allen
Subject Edgewood Highschool Athletic Field Use and the Adopted Master Plan
image002.jpg (7 Kb )

Brian, Mike- The purpose of this message is to follow-up on our conversation earlier this week about the current usage of the athletic field, as that use relates to the adopted master plan for the Edgewood campus.

After the neighborhood meeting of Wednesday October 17, I became aware of the extensive use of the athletic field at the northwest corner of the site. I also closely reviewed the adopted Master Plan, to determine how language in the master plan relates to the athletic field usage. Specifically, in the "Open Space Plan" (section 3.8) the approve master plan identifies the athletics field to be used for "team practices, physical education practices." The lack of any further language in this section, or any other language in sections of the adopted Master Plan, leads me to the interpretation that current programing and usage of the field is operating outside of the allowances of the adopted Master Plan.

If you wish to continue the current level of programming on the field for 2019 and beyond, I believe that you will need to pursue an amendment to the approved Master Plan. I would be happy to talk with you, Alder Arntsen, and the neighborhood liaison committee, should you choose to explore a Master Plan amendment to expand the use of the athletic field. If you decide to continue with the current idea for a stadium expansion at the athletic field, you will also need to include language in this amendment that would incorporate allowing the current level of usage of the field to be allowable and continue.

The master plan does include some language contemplating future needs for the institution and its users. In the "Future Needs of Campus Institutions" (section 3.1) subsection on Athletics, reference is made to the lack of athletics and fitness space and to the difficulty of obtaining sites for off-campus and on-campus recreation. This section includes the language that "Multiple solutions, both on-and off-campus, will be necessary to meet these needs." This language does not explore the broader neighborhood or community needs that Edgewood appears to be attempting to address with the usage of the athletic field, however, the absence of reference to the broader community would not prohibit the broader discussion on expanded use of the facility for other community users from taking place.

Let me know if you have any questions.

**Matt Tucker**
Zoning Administrator
Building Inspection Division



**215 Martin Luther King jr Blvd. STE 017**
Madison, Wisconsin  53701-2984
Telephone:  608 266 4569
Email: mtucker@cityofmadison.com
www.cityofmadison.com/bi



Elliott
EXHIBIT NO. 64
5.10.22  RPTR PC
For the Record, Inc.
(608) 833-0392

Exhibit J
Sarah Zylstra Declaration

EHS_003560