Department of Planning & Community & Economic Development

**Building Inspection Division**

Madison Municipal Building, Suite 017
215 Martin Luther King Jr. Blvd.
P.O. Box 2984
Madison, Wisconsin 53701-2984
Phone: (608) 266-4551
Fax (608) 266-6377
www.cityofmadison.com

November 20, 2018

Katherine R. Rist
Foley & Lardner LLP
150 E. Gilman Street
Madison, WI 53703

RE: Edgewood Athletic Field

Katherine,

I received your letter of November 14, 2018 regarding the use of the athletic field at Edgewood. For a number of reasons, I disagree with Edgewood's position that it established a legal nonconforming use based on the "historical use" of the athletic fields. I further disagree with Edgewood's assessment that its historical use of the athletic fields is consistent with its current use of the athletic fields. Finally, I disagree with the notion, as your letter implies, that the zoning code or a CI Master Plan is required to specifically prohibit every other type of possible use that could occur on the field, or on the campus for that matter. Accordingly, I continue to believe that Edgewood's current use of the athletic fields is in violation of the CI Master Plan.

I know that Edgewood has filed an application for a major alteration of the CI Master Plan that, if approved, would expand the allowable uses of the athletic field and largely make this discussion moot, at least with respect to future uses. In such instances, our internal policy is to suspend enforcement action pending the result of the application for major alteration. If the application for major alteration is denied, then the City will send a formal notice of violation and, at that time, we can discuss how Edgewood wishes to proceed.

Sincerely,

Matt Tucker



Exhibit M
Sarah Zylstra Declaration

EHS_003563