

Reinhart Boerner Van Deuren s.c.
P.O. Box 2018
Madison, WI 53701-2018

22 East Mifflin Street
Suite 700
Madison, WI 53703-4224

Telephone: 608-229-2200
Fax: 608-229-2100
Toll Free: 800-728-6239
reinhartlaw.com

March 12, 2019

CERTIFIED MAIL -
RETURN RECEIPT REQUESTED

Attorney John Strange
Madison City Attorney
210 Martin Luther King Jr. Blvd., #401
Madison, WI 53703

Elliott
EXHIBIT NO. 70
5-10-22 RPTR PC
For the Record, Inc.
(608) 833-0392

Dear Attorney Strange:

This firm represents Edgewood High School of the Sacred Heart, Inc. ("Edgewood") regarding the use, maintenance and development of its campus. As you are aware, the State of Wisconsin follows the bright-line building permit rule that a property owner's rights vest upon submittal of an application for a building permit that conforms to the zoning or building code requirements in effect at the time of application. *See Lake Bluff Housing Partners v. South Milwaukee*, 197 Wis. 2d 157, 540 N.W.2d 189 (1995), 94-1155. To that end, an application pursuant and in compliance with Chapter 10 of the City of Madison ordinances for Outdoor Lighting was submitted to the City of Madison on February 22, 2019 with respect to the Edgewood Campus. As shown on the City of Madison Site Plan Verification page attached as Exhibit A, the application was reviewed and *approved* for compliance with lighting and zoning on February 27, 2019 and March 1, 2019, respectively.

It has come to my attention that the City of Madison is considering the revocation of its prior approval of the compliant application based upon a *new* zoning interpretation for the Edgewood Campus that light poles *of any* height are not allowed! This decision appears to be a pre-text to assuage concerns of a small minority of plaintiff neighbors attempting to interfere with Edgewood's historical use of its athletic fields. The interpretation is arbitrary and capricious.

While Edgewood's outdoor lighting application is compliant with the applicable City ordinance regarding Outdoor Lighting, the City is now pointing to the fact that the Edgewood Campus was re-zoned by the City to the Campus-Institutional District in January, 2013. The Campus Institutional District provides bulk requirements within the district and notes a general height maximum of 3 stories or 68 feet unless a voluntary 10-year master plan is in place. The City is incorrectly arguing that my client's voluntarily adopted 2014 Master Plan is silent on the height of future light poles with such silence resulting not in a default height of the 68 foot

Exhibit R
Sarah Zylstra Declaration

maximum of the zoning district but a default height of zero (0) feet! In coming to this conclusion, the City is ignoring (i) the fact that the Outdoor Lighting ordinance does not have a maximum height, and (ii) the practical intention of the zoning code height requirements are to limit the height of imposing structures rather than light poles. "[Z]oning regulations should not be extended by construction beyond the fair import of their language and they cannot be construed to include by implication that which is not clearly within their express terms." 8 Eugene McQuillin, *The Law of Municipal Corporations*, § 25.71 (3d ed. 2000). *See also State v. Pratt*, 36 Wis. 2d 312, 317, 153 N.W.2d 18 (1967) ("In construing or interpreting a statute the court is not at liberty to disregard the plain, clear words of the statute").[1]

As noted above, Edgewood's rights vested upon the submittal of its compliant and now City-approved application. Nonetheless, I will point out that the Master Plan explicitly and intentionally addresses outdoor lighting and related height standards in Section 3.6 "Architectural Guidelines For Perimeter Buildings." The Master Plan notes in subsection 7 of Section 3.6 the following self-imposed additional requirements for outdoor lighting beyond compliance with the City's Outdoor Lighting Ordinance:

> "7. Site and Building Lighting
> a. Utilize dark sky compliant light fixtures
> b. Provide lighting that is required for pedestrian safety and building code required exit lighting
> c. Reduce glare and light spill towards the neighborhood, ***use lower height site lighting*** with non-glare and cut off shielding." [emphasis added]

Accordingly, my client's approved lighting application followed the requirements of its Master Plan exactly. The lighting, and the poles to which the lighting are affixed, was thoughtfully chosen to comply with the City's Outdoor Lighting Ordinance and to comply with the additional requirements self-imposed by my client in its Master Plan. As an additional step, my client conformed the height of its light poles (80 feet) to match lighting approved and installed at Memorial High School in 2018 as that facility has (i) residential neighbors in closer proximity to their lights and athletic fields than my client, and (ii) has the same zoning classification. It is beyond ridiculous to argue that while the Master Plan clearly contemplates lighting of various site and buildings throughout the campus, that my client's use of a height lighting standard rather than identifying an exact maximum height of every future pole limits future lighting to a height of zero (0) feet. On this point, unlike Edgewood's Master Plan, I will note that I found no light pole height standard or specific light pole height limitation in the University of Wisconsin Master Plan.

Wisconsin case law holds that a municipality "cannot impose greater restrictions on the use of the land than the ordinance requires and where the ordinance is silent, the interpretation allowing

[1] "We interpret ordinances in the same manner as we interpret statutes because the rules for the construction of statutes and municipal ordinances are the same." *Bruno v. Milwaukee County*, 2003 WI 28, ¶ 6, 260 Wis.2d 633, 66 N.W.2d 656.

for the greater use of the land must be followed since zoning ordinances are in derogation of common law and are to be construed in favor of the free use of private property." *Bur v. Schwarten*, 83 Wis.2d 1, 8, 264 N.W.2d 721 (1978). In addition, to the extent the Master Plan may be ambiguous with respect to the height of light poles, the Master Plan must be construed in a manner that allows for the freer use of property. *See*, e.g., *Cohen v. Dane County Board of Adjustment*, 74 Wis.2d 87, 92, 246 N.W.2d 112 (1976).

In conclusion, the primary purpose for the installation of this lighting is to address safety concerns of Edgewood students who have been forced to use their athletic fields in sub-optimal lighting conditions and/or travel to other area athletic fields due to the limited daylight hours available to accommodate all of the various activities taking place annually on their fields. It is unfortunate that a handful of plaintiff neighbors continue to complain about student activities that existed long-before they moved into Edgewood's neighborhood. I trust there will be no further interference with the installation of their approved lighting.

Sincerely,

Nathan J. Wautier

41258963v3

**EXHIBIT A**

City of Madison Site Plan Verification

*[starts on following page]*

 # City of Madison Site Plan Verification

**PROJECT: LNDSPR-2019-00020** **Address:** 2219 Monroe ST **Current Revision #:** 0

**Submitted by:** Forward Electric

**Contact:** Jennifer Luhman
(608) 221-1945
jennifer@forwardelectric.com

**Project Type:** Permitted Use Site Plan Review

**Description:** Lighting Edgewood activity field

**Status:** Approved

**Revision History:** 0

| Review | Status | Reviewer | Reviewed |
|---|---|---|---|
| Lighting Review | [illegible] | Steve Rewey | Feb 27 2019 |
| Zoning Review | | Christina Thiele | Mar 1 2019 |

## ZONING

**Supplement Accepted** **Comment Date: 02/26/2019**

Per Section 28.186(4)(b), the property owner or operator is required to bring the property into compliance with all elements of the approved site plans by the date established by the Zoning Administrator as part of the site and building plan approval. Work with Zoning staff to establish a final site compliance date.

*Applicant provided the date December 31st, 2019**

## Edgewood High School Of Sacred Heart SO

Madison,WI

### Lighting System

| Pole ID | Pole Height | Mtg Height | Fixture Qty | Luminaire Type | Load | Circuit |
|---|---|---|---|---|---|---|
| F1-F2 | 80' | 80' | 8 | TLC-LED-1150 | 9.20 kW | A |
| | | 15' | 2 | TLC-BT-575 | 1.15 kW | A |
| | | 57' | 1 | TLC-LED-1150 | 1.15 kW | A |
| F3-F4 | 80' | 80' | 8 | TLC-LED-1150 | 9.20 kW | A |
| | | 15' | 2 | TLC-BT-575 | 1.15 kW | A |
| 4 | | | 42 | | 43.70 kW | |

| Circuit | Description | Load | Fixture Qty |
|---|---|---|---|
| A | Football | 43.7 kW | 42 |

| Type | Source | Wattage | Lumens | L90 | L80 | L70 | Quantity |
|---|---|---|---|---|---|---|---|
| TLC-BT-575 | LED 5700K - 75 CRI | 575W | 52,000 | >81,000 | >81,000 | >81,000 | 8 |
| TLC-LED-1150 | LED 5700K - 75 CRI | 1150W | 121,000 | >81,000 | >81,000 | >81,000 | 34 |

### Light Level Summary

| Grid Name | Calculation Metric | Illumination Ave | Min | Max | Max/Min | Ave/Min | Circuits | Fixture Qty |
|---|---|---|---|---|---|---|---|---|
| Blanket Grid | Horizontal | 6.25 | 0 | 47 | 0.00 | | A | 42 |
| Bleachers | Horizontal | 14.2 | 11 | 28 | 1.77 | 1.29 | A | 42 |
| Football | Horizontal Illuminance | 37 | 28 | 43 | 1.75 | 1.22 | A | 42 |
| Property Line | Horizontal | 0.03 | 0 | 0.20 | 2503322.00 | | A | 42 |
| Soccer | Horizontal Illuminance | 32.6 | 25 | 43 | 1.61 | 1.25 | A | 42 |
| Track | Horizontal Illuminance | 6.76 | 1 | 10 | 25.34 | 6.75 | A | 42 |

From Hometown to Professional

SITE PLAN APPROVAL
(MGO 28.186)
Address 2219 Monroe St.
Permit # LNDSPR-2019-00020
Date Submitted 2/22/19
Original ✓
Revision #
Final Approval Date 3/1/19
Signature
Zoning Department, City of Madison

MUSCO Lighting

We Make It Happen

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. ©1981, 2019 Musco Sports Lighting, LLC

ENGINEERED DESIGN By: Connor Ramstead • File #172583O • 21-Feb-19

EQUIPMENT LIST FOR AREAS SHOWN
GRID SUMMARY
Name: Football
Height: 3.0' above grade
ILLUMINATION SUMMARY
42 39 36 34 32 32 34 36 38 45 39
32 36 34 33 31 29 29 31 33 33 37 32
26 30 28 27 27 27 27 28 28 28 30 26
30 28 26 27 26 26 28 26 28 29 26
32 36 31 29 29 28 29 30 32 33 35 32
42 44 35 31 31 31 31 32 34 36 43 41
F1
F2
F3
F4
SCALE IN FEET 1 : 50
0 50 100
ENGINEERED DESIGN By: Connor Ramstead • File #172583D • 21-Feb-19
musco
We Make It Happen
ILLUMINATION SUMMARY

EQUIPMENT LIST FOR AREAS SHOWN
ILLUMINATION SUMMARY
GRID SUMMARY
40 36 32 30 27 27 29 32 35 45 41
42 45 39 36 34 32 32 34 36 38 45 39
32 36 34 33 31 29 29 31 33 33 37 32
26 30 28 27 27 27 27 28 28 28 30 26
30 28 26 27 26 26 28 28 28 29 26
32 36 31 29 29 28 29 30 32 33 35 32
42 44 35 31 31 31 31 32 34 36 43 41
39 45 33 28 28 26 26 28 30 33 44 39
musco
We Make It Happen
ILLUMINATION SUMMARY

Edgewood High School Of Sacred Heart SD
Madison, WI
GRID SUMMARY
Name: Bleachers
Spacing: 10.0' x 10.0'
Height: 3.0' above grade
ILLUMINATION SUMMARY
Entire Grid
Maximum: 20
Minimum: 11
Color / CRI: 5700K - 75 CRI
Luminaire Output: 52,000 / 121,000 lumens
Total Load: 43.7 kW
14
12
11
11
12
13
14
16
16
13
12
12
13
13
16
19
17
15
13
13
14
15
17
ENGINEERED DESIGN By: Connor Ramstead • File #172583D • 21-Feb-19
SCALE IN FEET 1 : 40
MUSCO Lighting
We Make It Happen
ILLUMINATION SUMMARY

Madison, WI
GRID SUMMARY
SCALE IN FEET 1 : 100
ENGINEERED DESIGN By: Connor Ramstead • File #1725530 • 21-Feb-19
MUSCO
We Make It Happen
ILLUMINATION SUMMARY

ILLUMINATION SUMMARY
We Make It Happen

Edgewood High School Of Sacred Heart SC
Madison,WI
F1
F2
F3
F4
SCALE IN FEET 1 : 100
We Make It Happen
EQUIPMENT LAYOUT

Edgewood High School Of Sacred Heart SO
Madison,WI
Map indicates the maximum candela an observer would see when facing the brightest light source from any direction.
A well-designed lighting system controls light to provide maximum useful on-field illumination with minimal destructive off-site glare
High Glare: 150,000 or more candela
Should only occur on or very near the lit area where the light source is in direct view. Care must be taken to minimize high glare zones.
Significant Glare: 25,000 to 75,000 candela
Equivalent to high beam headlights of a car.
Minimal to No Glare: 500 or less candela
Equivalent to 100W incandescent light bulb.
Candela
150,000
100,000
50,000
5,000
1,000
250
musco Lighting
We Make It Happen
ENGINEERED DESIGN By: Connor Ramstead • File #172583D • 21-Feb-19
ENVIRONMENTAL GLARE IMPACT