

## Office of the City Attorney

**Michael P. May, City Attorney**          **Patricia A. Lauten, Deputy City Attorney**

ASSISTANT CITY ATTORNEYS

| | | |
|---|---|---|
| Roger A. Allen | Kevin B. Ramakrishna | Room 401, City-County Building |
| Steven C. Brist | Kate M. Smith | |
| Lana J. Mades | Jaime L. Staffaroni | 210 Martin Luther King, Jr. Blvd. |
| Lara M. Mainella | John W. Strange | Madison, Wisconsin 53703-3345 |
| Amber R. McReynolds | Doran E. Viste | (Phone) 608-266-4511 |
| Marci A. Paulsen | Brittany A. Wilson | (Fax) 608-267-8715 |
| Adriana M. Peguero | Jennifer A. Zilavy | attorney@cityofmadison.com |

LITIGATION ASSISTANT
Patricia V. Gehler

July 12, 2019

BY EMAIL AND HAND DELIVERY

Attorney Matthew Lee
Foley & Lardner
150 East Gilman St.
Suite 5000
Madison, WI 53703

RE: Edgewood High School

Dear Mr. Lee:

Last night, the Madison Zoning Board of Appeals (ZBA) denied the appeal by Edgewood High School (Edgewood) related to the Zoning Administrator's interpretation of the City's zoning code and the issuance of Notices of Violation to Edgewood.

Further enforcement of the zoning code, the ZBA decision, and the notices of violation now rests with the discretion of the City Attorney. This is to inform you that I and my office will take no further enforcement steps unless and until we inform you of our decision to do so. We will give you ample notice of any planned enforcement.

At this time, Edgewood does not face the threat of any prosecution or other enforcement actions by the City. We invite Edgewood to file to terminate its Master Plan and return to the standard CI zoning, which would place it on equal footing with other high schools.



**Exhibit W**
**Sarah Zylstra Declaration**

July 12, 2019
Page 2

Sincerely,

*[signature]*

Michael P. May
City Attorney

CC:	Mayor Satya Rhodes-Conway
	Alderperson Tag Evers
	Matt Tucker
	ACA John Strange