

2219 MONROE STREET • MADISON, WI 53711-1999
608.257.1023 • 608.257.9133 (Fax) • edgewoodhs.org

July 29, 2019

Personal Delivery and Email

Mayor Satya Rhodes-Conway
210 Martin Luther King Jr. Blvd, Room 403
Madison, WI 53703
Email c/o Chief of Staff Mary Bottari: mbottari@cityofmadison.com

Heather Stouder, Planning Director
Madison Municipal Building, Suite 017 (Lower Level)
215 Martin Luther King Jr. Blvd.
Madison, WI 53703
Email: HStouder@cityofmadison.com

Dear Mayor Rhodes-Conway and Ms. Stouder,

This will respond to City Attorney Michael P. May's letter dated July 12, 2019 to Attorney Matthew Lee inviting Edgewood Campus School, Edgewood High School, and Edgewood College (collectively, the "Edgewood Schools") to request an early termination of their Campus Master Plan. Please accept this letter as the Edgewood Schools' formal request and consent for the Mayor to sponsor an ordinance for immediate repeal of ORD-14-00082, which established the ten-year Campus Master Plan.

Each of the three Edgewood Schools understands that upon repeal of ORD-14-00082 the Edgewood campus will revert to the base Campus Institutional Zoning Ordinance, will forfeit any remaining development entitlements contained in the Campus Master Plan, and will enjoy the same land use rights and be placed on equal footing with other City high schools and other institutions subject to the base Campus Institutional Zoning Ordinance.  This request and consent for repeal of ORD-14-00082 should not be construed as an acknowledgement that repeal of that ordinance is necessary to achieve such equality, but rather as an acceptance and endorsement of the proposed resolution in City Attorney May's July 12th letter.  Each of the Edgewood Schools reserves all of its rights with respect to the interpretation of the Campus Master Plan, the City of Madison zoning ordinances, and federal and state law.



1

**Exhibit X**
**Sarah Zylstra Declaration**

CITY-DEF-004774

Sincerely,

Michael G. Elliott
President
Edgewood High School

Scott Flanagan
President
Edgewood College

Anne Palzkill
President
Edgewood Campus School

Cc: Michael May, City Attorney (via email)
Matthew Tucker, Zoning Administrator (via email)

CITY-DEF-004775