

# City of Madison

City of Madison
Madison, WI  53703
www.cityofmadison.com

## Meeting Minutes - Approved
## PLAN COMMISSION

*This meeting may be viewed LIVE on Charter Spectrum Channel 994, AT&T U-Verse Channel 99 or at www.madisoncitychannel.tv.*

| Monday, August 26, 2019 | 5:30 PM | 210 Martin Luther King, Jr. Blvd. Room 201 (City-County Building) |
|---|---|---|

## CALL TO ORDER/ROLL CALL

**The meeting was called to order at 5:30 p.m.**

**Present:** 8 - Lindsay Lemmer; Patrick W. Heck; Marsha A. Rummel; Ledell Zellers; Kathleen L. Spencer; Jason S. Hagenow; Eric W. Sundquist and Bradley A. Cantrell

**Excused:** 2 - Michael W. Rewey and Andrew J. Statz

Zellers was chair for this meeting.

Sundquist arrived at 5:35 p.m. during the overview of upcoming matters.

Alders present: Donna Moreland, Dist. 7; Paul Skidmore, Dist. 9; Zachary Henak, Dist. 10; Tag Evers, Dist. 13; Grant Foster, Dist. 15; and Samba Baldeh, Dist. 17.

Staff present: Nan Fey, Interim Secretary; Heather Stouder, Kevin Firchow, Chris Wells, Sydney Prusak and Tim Parks, Planning Division; Asst. City Attorney John Strange.

## PUBLIC COMMENT

There were no registrants for public comment.

## COMMUNICATIONS, DISCLOSURES AND RECUSALS

There were no communications, disclosures, or recusals.



## MINUTES OF THE AUGUST 12, 2019 REGULAR MEETING

**A motion was made by Cantrell, seconded by Rummel, to Approve the Minutes. The motion passed by voice vote/other.**

## SCHEDULE OF MEETINGS

September 16 and October 14, 28, 2019

## PUBLIC HEARING-5:45 p.m.

Note: Public Hearing items may be called at any time after the beginning of the public hearing. Those wishing to speak on an item must fill out a registration slip and give it to the Secretary. The Plan Commission uses a consent agenda, which means that the Commission can consider any item at 5:45 p.m. where there are no registrants wishing to speak in opposition regardless of its placement on the agenda.

Exhibit Y
Sarah Zylstra Declaration

PLAN COMMISSION                    Meeting Minutes - Approved                    August 26, 2019

### Subdivision

1.  **56942**          Approving the final plat of *Vang Homesites* on land addressed as 3600
                       Portage Road; 17th Ald. Dist.

                       On a motion by Cantrell, seconded by Ald. Rummel, the Plan Commission found the standards met and
                       recommended approval of the final plat subject to the comments and conditions in the Plan Commission
                       materials. The motion to recommend approval passed by voice vote/ other.

                       **A motion was made by Cantrell, seconded by Rummel, to RECOMMEND TO
                       COUNCIL TO ADOPT UNDER SUSPENSION OF RULES 2.04, 2.05, 2.24, & 2.25 -
                       REPORT OF OFFICER. The motion passed by voice vote/other.**

                       Registered in support and available to answer questions was the applicant, Koua Vang of Vang Road,
                       Sun Prairie.

                       Speaking neither in support nor opposition was Susan Pastor of Green Ridge Drive.

### Conditional Use & Demolition Permits

2.  **56546**          1224 S Park Street; 13th Ald. Dist.: Consideration of a demolition permit to
                       demolish a commercial building to construct a 2-story building with 19,700
                       square feet of commercial space and 70 auto parking stalls in Urban Design
                       Dist. 7.

                       On a motion by Cantrell, seconded by Hagenow, the Plan Commission referred this request to
                       September 16, 2019 at the request of the applicant and pending a recommendation by the Urban Design
                       Commission. The motion passed by voice vote/ other.

                       **A motion was made by Cantrell, seconded by Hagenow, to Refer to the PLAN
                       COMMISSION and should be returned by September 16, 2019. The motion
                       passed by voice vote/other.**

                       There were no registrants on this matter.

3.  **56790**          5210 Siggelkow Road; 16th Ald. Dist.: Consideration of a conditional use in
                       the Suburban Residential-Consistent 1 (SR-C1) District for a community
                       living arrangement with between 9-15 residents to allow a four-resident adult
                       family home into a 15-resident community living arrangement.

                       On a motion by Cantrell, seconded by Hagenow, the Plan Commission referred this request to
                       September 16, 2019 at the request of the applicant. The motion passed by voice vote/ other.

                       **A motion was made by Cantrell, seconded by Hagenow, to Refer to the PLAN
                       COMMISSION and should be returned by September 16, 2019. The motion
                       passed by voice vote/other.**

                       There were no registrants on this matter.

4.  **56792**          556 Chatham Terrace; 11th Ald. Dist.: Consideration of a demolition permit to
                       demolish a single-family residence and construct a new single-family
                       residence.

                       On a motion by Cantrell, seconded by Sundquist, the Plan Commission found the standards met and
                       approved the demolition permit subject to the comments and conditions in the Plan Commission materials
                       and the following condition:

                       - That the new residence be pushed back farther on the site to align with the other residences nearby
                       and still comply with the side and rear yard setback requirements.

PLAN COMMISSION                         Meeting Minutes - Approved                         August 26, 2019

The motion to approve with the above condition passed on the following 5-2 vote: AYE: Ald. Lemmer, Cantrell, Hagenow, Spencer, Sundquist; NAY: Ald. Heck, Ald. Rummel; NON-VOTING: Zellers; EXCUSED: Rewey, Statz.

**A motion was made by Cantrell, seconded by Sundquist, to Approve. The motion passed by the following vote:**

| | | |
|---|---|---|
| Ayes: | 5 - | Kathleen L. Spencer; Jason S. Hagenow; Eric W. Sundquist; Bradley A. Cantrell and Lindsay Lemmer |
| Noes: | 2 - | Marsha A. Rummel and Patrick W. Heck |
| Excused: | 2 - | Michael W. Rewey and Andrew J. Statz |
| Non Voting: | 1 - | Ledell Zellers |

Registered in support and available to answer questions was the applicant, Dennis Haefer of Parklawn Place.

Registered neither in support nor opposition and not wishing to speak was Pat Peterman of Chatham Terrace.

**5.    56798**        301 Troy Drive; 18th Ald. Dist.: Consideration of a conditional use in the Campus-Institutional (CI) District for construction of greater than 4,000 square feet of floor area in a five-year period on a campus without an adopted master plan to construct an addition to the Mendota Juvenile Treatment Center.

On a motion by Ald. Lemmer, seconded by Sundquist, the Plan Commission found that the standards were not met at this time and referred the item to a future meeting.

In referring the project, the Plan Commission requested that this item be referred until the final State Historic Preservation Office (SHPO) report is available and that the applicant provide a map or drawing that shows where burial mound configurations are in related to the new construction, pursuant to conditional use standard #9.

With regards to standards #1 and #6, the Plan Commission requested that the applicant consult with the Transportation Demand Management Coordinator at the Madison Area Transportation Planning Board about a TDM plan to identify strategies to 1) reduce the footprint of the proposed southern parking lot, and 2) reduce the traffic volumes coming in and out of the proposed facility.

While not part of the motion, members of the Plan Commission also suggested that Planning Division staff work with the Traffic Engineering Division to look at ways to lower traffic speeds along Troy Drive.

The motion to refer passed by voice vote/ other.

**A motion was made by Lemmer, seconded by Sundquist, to Refer to the PLAN COMMISSION. The motion passed by voice vote/other.**

Speaking in support was Tom Hanley of S. Franklin Street.

Registered in support and available to answer questions was Robert Hoffmann of Sheboygan Avenue.

Speaking in opposition were: Kieran Connor of Camino del Sol, representing all residents of Camino del Sol; Sarah Clayton of Brown Lane; and Larry Nesper of Sherman Terrace.

**6.    56799**        6226 N Highlands Avenue; 19th Ald. Dist.: Consideration of a demolition permit to demolish a single-family residence and construct a new single-family residence.

On a motion by Cantrell, seconded by Sundquist, the Plan Commission found the standards met and approved the demolition permit subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Hagenow, to Approve. The motion passed by voice vote/other.**

Registered and speaking in support was Paul Cuta of Monroe Street. Registered in support and available to answer questions were David Stein of S. Highlands Avenue; and Jennifer Stein of S. Highlands Avenue.

7.    56800    3116 Commercial Avenue; 15th Ald. Dist.: Consideration of a conditional use in the Traditional Employment (TE) District for an outdoor eating area for an existing nightclub.

On a motion by Cantrell, seconded by Sundquist, the Plan Commission found the standards met and approved the conditional use subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Hagenow, to Approve. The motion passed by voice vote/other.**

There were no registrants on this matter.

8.    56801    2019 Fisher Street; 14th Ald. Dist.: Consideration of a conditional use in the Traditional Residential-Consistent 4 (TR-C4) District for a school in an existing place of worship.

On a motion by Cantrell, seconded by Sundquist, the Plan Commission found the standards met and approved the conditional use subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Hagenow, to Approve. The motion passed by voice vote/other.**

Registered in support and available to answer questions was Vivek Ramakrishnan of N. Webster Street.

### Zoning Text Amendments

9.    56690    Amending Sections 28.098(6), 28.151 and 28.183(8) and (10) of the Madison General Ordinances to exempt the installation of solar energy systems from the conditional use and planned development alteration requirements.

On a motion by Cantrell, seconded by Hagenow, the Plan Commission found the standards met and recommended approval of the zoning text amendment by voice vote/ other.

**A motion was made by Cantrell, seconded by Hagenow, to RECOMMEND TO COUNCIL TO ADOPT - PUBLIC HEARING. The motion passed by voice vote/other.**

Registered in support was Michael Vikerman of Elmside Boulevard, representing Renew Wisconsin.

10.   56981    2nd SUBSTITUTE  Amending Sections 28.097(2) and (3) of the Madison General Ordinances to require conditional use approval in the Campus-Institutional District for the establishment, improvement, or modification exceeding 4,000 square feet in area on a zoning lot of any primary use and to require conditional use approval for the establishment, improvement, or modification of identified secondary uses.

On a motion by Cantrell, seconded by Sundquist, the Plan Commission recommended re-referral of the zoning text amendment to September 16, 2019 (October 1 Common Council) by voice vote/ other.

In referring the text amendment, members of the Plan Commission asked staff to work with the ordinance sponsors to "tighten" the language in the proposed text and clarify what would require a conditional use approval and what would not if the amendment takes effect. Members also asked staff to contact representatives from the various CI-zoned institutions to inform them of the proposed text

amendment.

Following passage of the motion to recommend re-referral during consideration of Item 14, a motion was made by Ald. Rummel, seconded by Ald. Lemmer to reconsider the motion to re-refer. However, a motion to table Item 14 to allow reconsideration Item 10 to be debated failed (see minutes for ID 56981), and the motion to reconsider Item 10 was withdrawn by Ald. Rummel.

**A motion was made by Cantrell, seconded by Sundquist, to RECOMMEND TO COUNCIL TO RE-REFER - PUBLIC HEARING to the PLAN COMMISSION and should be returned by September 16, 2019. The motion passed by voice vote/other.**

Speaking in support of the text amendment were: David Hoffert of Monroe Street; Wendy Fearnside of Van Buren Street; Ethan Brodsky of Woodrow Street; Josh Gettle of West Lawn Avenue; Gretchen Twietmeyer of West Lawn Avenue; David Mays of Hidden Hill Drive; Bill Rattunde of Woodrow Street; Ally Cruz of Dartmoor Drive; Shawn Doherty; Tracy Lewis of Leonard Street.

Registered in support and available to answer questions were: Dianne Jenkins of Monroe Street; Marc Gartler of Woodrow Street; and Susan Nicol of Commonwealth Avenue.

Registered in support but not wishing to speak were: Debi Leeper of Terry Place; John Chosy of Keyes Avenue; Tamara Bryant of Keyes Avenue; Harry Haney of Wallinford Circle, Sun Prairie; Matthew Turner of Woodrow Street; Fiona McTavish of Arbor Drive; Marcia Diamond of Crandall Avenue; Kay Gabriel of Arbor Drive; Susanne Dane of Virginia Terrace; Liz Lusk of Virginia Terrace; Janet Laube of Jefferson Street, David Leeper of Terry Place, David Thompson of Falles Court, Mary Lou Nord of Monroe Street; Phillip Edmonds of Commonwealth Avenue; Jude Edmonds of Commonwealth Avenue; Barb Sanford of Garfield Street; Donald Sanford of Garfield Street; Fraser Gurd of Jefferson Street; Steve Johnson of Bosshard Drive; Eric Brodsky of Waban Hill; M. Scott Staz of Woodrow Street; Sue Staz of Woodrow Street; Dennis Trest of Monroe Street; Ed Ahrens of Jefferson Street; Joan Nugent of Vilas Avenue; Timothy Johnson of Monroe Street; Gary Stebnitz; Marie Trest of Monroe Street; Edwin Sibert of West Lawn Avenue; Catherine Jagoe of West Lawn Avenue; Laurie Koch of Dwight Drive; Mary Clare Murphy of Jefferson Street; John Wolf of Madison Street; Susan Wolf of Madison Street; Scott Spoolman of West Lawn Avenue; Muriel Krone of S. Spooner Street; Bradley R. Boyce of Woodrow Street; Dan R. Anderson of Vilas Avenue; Diego Saenz of Leonard Street; Gail Martinelli of West Lawn Avenue; James Schey of Woodrow Street; Shawn Schey of Woodrow Street; Yael Glen of Woodrow Street; Lea Jacobs of Madison Street; Freddi Addson of Waban Hill; James Erlenborn of West Lawn Avenue; Barbara Erlenborn of West Lawn Avenue; Marla Rattunde of Woodrow Street; Bon Brewstok of Madison Street; Arnold Alanen of West Lawn Avenue; Lynn Bjorkman of West Lawn Avenue; Ted Thieme of Adams Street; Jeff Ford of Adams Street; Ann Clark of Gregory Street; Allen Clark; Paul Guilbault of Terry Place; Robin Lewis of Scenic Ridge Drive, Verona; Jon Nicol of Commonwealth Avenue; Rachel Durfee of Woodrow Street; Lyschel Bersch of Grand Avenue; Char Thompson of Gregory Street; and Daryl K. Sherman of Gregory Street.

Speaking in opposition to the text amendment were: Joan Duerst of Dempsey Road; Nathan Wautier of E. Mifflin Street, representing Edgewood High School; Craig Stanley of Vilas Avenue; Eileen Thompson of Campbell Street; Eugene Yelcen-Shiring; Katherine Rist of Council Crest, representing Edgewood High School; Matt Lee of Auburn Drive, Fitchburg, representing Edgewood High School of the Sacred Heart, Inc.; and Barbara Brachtrup of Meadowlark Drive.

Registered in opposition but not wishing to speak were: Annette Cruz of Dartmoor Drive; Holly Guenther of Gem View Lane, Mt. Horeb; Bill Schmitt of Felton Drive, Verona; Sandra Docter of Libby Road; Mark Robaidek of NW 50th Street, Seattle, WA; Deb Palm of Woodmont Circle; Patrick Corcoran of Country Grove Drive; Darryl Theba of Saint Clair Street; Luna Staveness of Arbor Drive; Brian Downey of Country Grove Drive; Tom Zimbrick of Persimmon Drive; Mary Kay Zimbrick of Persimmon Drive; Camilla Corcoran of Country Grove Drive; Elizabeth Kathryn Skiera of Halvorson Road, Stoughton; Deborah Still of Oneida Place; Janet Stockhauser of High Street; Joe Newman of West Lawn Avenue; Lora Ring of Barton Road; Christen Ring of Anthony Lane; Joe Ring of Anthony Lane; Rae Rocca of Chandler Street; Joe Boucher of Landfall Drive; David Zentmyer of Saint Cyr Road, Middleton; John Fahrney of Brule Street; Mary W. Yeager of Coleman Road; Terry Heinrichs of Trempelau Trail; Thomas Richardson of Adams Street; Barbara Richardson of Adams Street; Jim Scheidler of Frederick Circle; Justin Lessner of Evoke Drive; Samantha Apter of Farwell Drive; Lynn Aspinwall of Woodrow Street; Dinean Thelen; Kevin Schmotzer of Ames Street; Paul Tomlinson of Tolman Terrace; Susan Elliott of Smoky Trail; Pamela Marshall of Mark Drive, Verona; Patricia Wollear of Jefferson Street; Sara Tarver of Jefferson Street;

Michelle Horton of Hollister Avenue; Jim Yeager of Coleman Road; Chris Caulum of Stadium Drive; James Imhoff of Deming Way; Charlene Yager of Woods Edge Road; Brian Flad of Redan Drive, Verona; Ellen Hughes of Rodefeld Way; Kerry Ham of Helena Street; Janice K. Zawacki of Knickerbocker Street; Kathy Andes; Scott Watson of Rolling Oaks, Verona; Margaret Watson of Rolling Oaks, Verona; Norman Bonauc of Quiet Stone Drive, Fitchburg; Jim Hartlieb of Autumnwood Circle; Jenny Sheahah of Red Tail Drive, Verona; Curtis Sheahan of Red Tail Drive, Verona; Alicia Bochme of Rothmore Lane, Fitchburg; Sarah Groessl of Bayside Drive; Mike Cary of Hidden Cave; Pete Johnson of Seneca Place; James Pankratz of Strathmore Lane; Rebecca May of Woodrow Street; Laura Powless of Wimbledon Way; Heidi Stigsell of Sahara Circle; Jason Kozrar of Rosecommon Terrace, Fitchburg; Kim Gilmore of Swoboda Road, Verona; Jim Gilmore of Swoboda Road, Verona; Scott Grabins of Hidden View Trail, Verona; Raymond Robey of West Lawn Avenue; Bill Orosz of Dellwood Circle, Monona; Jackson Powless of Wimbledon Way; Sharon Brolin of Gregory Street; Chris Zwettler of Lyman Lane; Bob Stigsell of Sahara Circle; Barb Meriggioli of Surrey Lane, Waunakee; Bernadette Zwettler of Lyman Lane; Maggie Sanders of Laufenberg Boulevard, Cross Plains; Lori Goss of State Street; Mikell L. Imhoff of Quail Ridge Drive; Laura Peterson of Gammon Place; Diane Ballweg of S. Hamilton Street; Steve Krantz of Adams Street; George E. MacKenzie of Cherokee Circle; Stuart Herro of Vilas Avenue; Judy Cary of Holiday Drive; Greg Sweeney of Masters Lane; James Van Gemert of Council Crest; Karie Krantz of Adams Street; Kathryn Beyer of Tamarack Way, Verona; Anne Rodriguez of Lathrop Street; Eileen H. Thompson of Campbell Street; Tracy Schmotzer of Ames Street; Hugh Wabers of Gregg Road; Paul Cuta of Monroe Street; Alida Evans of West Lawn Avenue; Victor Rodriguez of Lathrop Street; Mark Landgraf of West Lawn Avenue; Susan Landgraf of West Lawn Avenue; Theresa Fulton of Cassidy Court, Fitchburg; J. Craig Thompson of Campbell Street; Patrick Kelly of Sumac Circle, Middleton; Eliza Zwettler of N. Park Lane; D. Michael Johnson of Wild Prairie Trail, Verona; David Stein of S. Highlands Avenue; Bryce Ternus of Langdon Street; Charles Leske of Grandview Circle, Sun Prairie; Tom Merfeld of Edenberry Street, Fitchburg; Corey Sielaff of S. Whitney Way; John Hauser; Jennifer Kushner of Terry Place; Rachael Zwettler of Gregg Road; Mark Lucarell of Verde View; Gerardo Jiminez of Sylvan Avenue; Jack Zwettler of Midtown Road, representing Edgewood High School; Danielle DeSerano of Chandler Street, representing Edgewood High School; Robin Lewis of Scenic Ridge Drive, Verona, representing Edgewood High School; Annette Cruz of Dartmoor Drive; Ally Cruz of Dartmoor Drive; Jesse Noms of Waubesa Street; Benjamin Strickland of Woodside Terrace, representing Edgewood High School; Ryan Karow of East Pass, representing Edgewood High School; Margaret Korb of N. Paterson Street; Jennifer Korb of N. Paterson Street; Marlene Korb of N. Carroll Street; Judy Mocheska of Starker Avenue; Melissa Klipstine of Timber Ridge Trail, Fitchburg; Patrick Klipstine of Timber Ridge Trail, Fitchburg; Dennis Davidsauer of West Shore Drive; Casey Trudgeon of Tree Line Drive, Fitchburg; LeAnna Wall of Lakewood Boulevard; John McKinley of Charles Lane; Andrew Trampf of Dynes Way; Jennifer Klestinsky of Pamela Circle; Carolyn Wasacz of Swan Road, Mt. Horeb; Wayne Koenig of Newbury Circle; Amy Greenhalgh of Chatham Terrace; Eugene Yellen-Shiring of Hillington Green; Thomas Yager of Woods Edge Road, Fitchburg; Brian Hillson of Jubilee Lane; Kate Modjeska Hillson of Jubilee Lane; Sophia Korb of Langdon Street; Gerald Modjeska of Starker Avenue; Jim Korb of N. Carroll Street; and Joseph Korb of Langdon Street. Registered in opposition and available to answer questions were Mary Jo Tierney of Harrison Street; Beth Steffen of Bellevue Lane; Matt Apter of Farwell Drive; and Mike Elliott of Smoky Trail. Registered in opposition were Beth Sevenz of Terry Place; Amy Hartlieb of Autumnwood Circle; Laura Ritchie of S. Bird, Sun Prairie; Christina Diodati of Summer Ridge Drive; Susan Dahlen of Maple Wood Court, Fitchburg; Jim Fulton of Cassidy Court; Tom Browne; Brendan Wall of Lakewood Boulevard; Mary Leahy of Elmside Boulevard; Hugh Hayes of Miami Pass; Grace Wall of Lakewood Boulevard; Karen Golden of Sawmill Road; Alan Minnaert of Sandy Court; Carol Michalski of Lake Mendota Drive; Stacey Sanders of Laufenberg Boulevard, Cross Plains; Jennifer Koziar of Rosecommon Terrace, Fitchburg; Catherine Fagen; Cassie Orosz-Fagen of Monroe Street; Dan Trampf of Dynes Way, Sun Prairie; Hannah Chandler of Cherokee Drive; Jean Heinrichs of Terry Place; Kenneth Nwankaro of Hazelcrest Drive; Elizabeth Aspinwall of Woodrow Street; Linda Weimert of Darien Drive; Dave Weimert of Darien Drive; Olivia Greenfield of Monroe Street, representing Alex Jolly of Monroe Street; Jason Powless of Wimbledon Way; and Madonna Binkowski of Farwell Drive.

## Zoning Map Amendments & Related Requests

| | | |
|---|---|---|
| 11. | 56461 | Creating Section 28.022 - 00393 of the Madison General Ordinances to amend a Planned Development District at property located at 6810-6834 Milwaukee Street, 3rd Aldermanic District, to approve an Amended General Development Plan, and creating Section 28.022 - 00394 to amend a Planned Development District to approve a Specific Implementation Plan. |

On a motion by Cantrell, seconded by Hagenow, the Plan Commission recommended re-referral of the planned development to October 28, 2019 (November 5 Common Council) at the request of the applicant and pending a recommendation by the Urban Design Commission. The motion to re-refer passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Hagenow, to RECOMMEND TO COUNCIL TO RE-REFER - RECESSED PUBLIC HEARING to the PLAN COMMISSION and should be returned by October 28, 2019. The motion passed by voice vote/other.**

12.     56462      Creating Section 28.022 - 00395 of the Madison General Ordinances to amend a Planned Development District at property located at 1 Wind Stone Drive, 3rd Aldermanic District, to approve an Amended General Development Plan, and creating Section 28.022 - 00396 to amend a Planned Development District to approve a Specific Implementation Plan.

On a motion by Cantrell, seconded by Hagenow, the Plan Commission recommended re-referral of the planned development to October 28, 2019 (November 5 Common Council) at the request of the applicant and pending a recommendation by the Urban Design Commission. The motion to re-refer passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Hagenow, to RECOMMEND TO COUNCIL TO RE-REFER - RECESSED PUBLIC HEARING to the PLAN COMMISSION and should be returned by October 28, 2019. The motion passed by voice vote/other.**

13.     56463      Creating Section 28.022 - 00397 of the Madison General Ordinances to amend a Planned Development District at property located at 45 Wind Stone Drive, 3rd Aldermanic District, to approve an Amended General Development Plan, and creating Section 28.022 - 00398 to amend a Planned Development District to approve a Specific Implementation Plan.

On a motion by Cantrell, seconded by Hagenow, the Plan Commission recommended re-referral of the planned development to October 28, 2019 (November 5 Common Council) at the request of the applicant and pending a recommendation by the Urban Design Commission. The motion to re-refer passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Hagenow, to RECOMMEND TO COUNCIL TO RE-REFER - RECESSED PUBLIC HEARING to the PLAN COMMISSION and should be returned by October 28, 2019. The motion passed by voice vote/other.**

There were no registrants on Items 11-13.

14.     56839      Repealing Section 28.022 - 00117 of the Madison General Ordinances adopting the Campus Master Plan for Edgewood College, Edgewood High School and Edgewood Campus School.

On a motion by Ald. Heck, seconded by Ald. Rummel, the Plan Commission recommended re-referral of the repeal to September 16, 2019 (October 1 Common Council). The motion to recommend re-referral passed on the following 5-3 vote: AYE: Ald. Heck, Ald. Lemmer, Ald. Rummel, Spencer, Zellers; NAY: Cantrell, Hagenow, Sundquist; EXCUSED: Rewey, Statz.

In recommending referral, members of the Plan Commission requested more information on the impacts of repeal, the relationship between repealing the master plan and the proposed changes to the CI zoning district (ID 56981), and the status of the agreements that governed the property before the property was zoned CI.

During discussion of Item 14, a motion by Ald. Heck, seconded by Ald. Rummel, to table the item to allow reconsideration of Item 10 (ID 56839) failed on the following 3-4 vote: AYE: Ald. Heck, Ald. Lemmer, Ald. Rummel; NAY: Cantrell, Hagenow, Spencer, Sundquist; EXCUSED: Rewey, Statz.

**A motion was made by Heck, seconded by Rummel, to RECOMMEND TO COUNCIL TO RE-REFER - PUBLIC HEARING to the PLAN COMMISSION, due back on 09/16/2019. The motion passed by the following vote:**

**Ayes:**     5 -   Lindsay Lemmer; Patrick W. Heck; Marsha A. Rummel; Ledell Zellers and Kathleen L. Spencer

**Noes:**     3 -   Jason S. Hagenow; Eric W. Sundquist and Bradley A. Cantrell

**Excused:**  2 -   Michael W. Rewey and Andrew J. Statz

Speaking in support of the repeal were: LeAnna Wall of Lakewood Boulevard; Diane Ballweg; Hannah Chandler of Cherokee Drive; Eugene Yellen-Shiring of Hillington Green; Brendan Wall of Lakewood Boulevard; Grace Wall of Lakewood Boulevard; Olivia Greenfield of Monroe Street, representing Alex Jolly of Monroe Street; Andrew Trampf of Dynes Way, Sun Prairie; Barbara Brachtrup of Meadowlark Drive; Matt Lee of Auburn Drive, Fitchburg, representing Edgewood High School of the Sacred Heart, Inc.; Craig Starkey of Vilas Avenue; Dan Trampf of Dynes Way; Luna Staveness of Arbor Drive; Chris Caulum of Stadium Drive; Katherine Rist of Council Crest, representing Edgewood High School; Diane Ballweg of S. Hamilton Street; Joan of Dempsey Road; Joe Boucher of Landfall Drive; Michelle A. Horton of Hollister Avenue; Arnold Alanen of West Lawn Avenue; and Nathan Wautier of E. Mifflin Street.

Registered in support but not wishing to speak were: Norman Bondol of Quiet Stone Drive, Fitchburg; Marlene Korb of N. Carroll Street; Judy Modjeska of Starker Avenue; Dennis Davidsauer of West Shore Drive; Carey Trudgeon of Tree Line Drive, Fitchburg; Andrew Wanborne of Fairfax Lane; Gerardo Jiminez of Sylvan Avenue; John McKinley of Charles Lane; Benjamin Strickland of Woodside Terrace, representing Edgewood High School; Jack Zwettler of Midtown Road, representing Edgewood High School; Ryan Karow of East Pass, representing Edgewood High School; Danielle DeSerano of Chandler Street, representing Edgewood High School; Jennifer Klestinski of Pamela Circle; Wayne Koenig of Newbury Circle; Carolyn Wasacz of Swan Road, Mt. Horeb; Allan Bachmann of S. Stoughton Road; Harry Haney of Wallinford Circle, Sun Prairie; Brian Hillson of Jubilee Lane; Kate Modjeska Hillson of Jubilee Lane; Sophia Korb of Langdon Street; Gerald Modjeska of Starker Avenue; Margaret Korb of N. Paterson Street; Jim Korb of N. Carroll Street; Joseph Korb of Langdon Street; Jennifer Korb of N. Paterson Street; Laura Ritchie of S. Bird Street, Sun Prairie; Anne Rodriguez of Lathrop Street; Kathryn Beyer of Tamarack Way, Verona; Karie Krantz of Adams Street; Tracy Schmotzer of Ames Street; Hugh Wabers of Gregg Road; Amy Greenhalgh of Chatham Terrace; Victor Rodriguez of Lathrop Street; Susan Landgraf of West Lawn Avenue; Mark Landgraf of West Lawn Avenue; Theresa Fulton of Cassidy Court, Fitchburg; Jim Fulton of Cassidy Court; Bryce Ternus of Landgon Street; Charles Leske of Grandview Circle, Sun Prairie; Darryl Theba of Saint Clair Street; Sandra Docter of Libby Road; Paul Cuta of Monroe Street; Margaret Watson of Rolling Oaks, Verona; Scott Watson of Rolling Oaks, Verona; Jim Hartlieb of Autumnwood Circle; Thomas Yager of Woods Edge Road, Fitchburg; Mark Lucarelli of Verde View; Rachael Zwettler of Gregg Road; Corey Sielaff of S. Whitney Way; Patrick Kelly of Sumac Circle, Middleton; Eliza Zwettler of N. Park Lane; D. Michael Johnson of Wild Prairie Trail, Verona; Holly Guenther of Gem View Lane, Mt. Horeb; Brian Downey of Country Grove Drive; Patrick Corcoran of Country Grove Drive; Deb Palm of N. Woodmont Circle; Elizabeth Kathryn Skiera of Halvorson Road, Stoughton; Mark Robaidek of NW 50th Street, Seattle, WA; Deobrah Still of Oneida Place; Maggie Sanders of Laufenberg Boulevard, Cross Plains; Bernadette Zwettler of Lyman Lane; Barb Meriggioli of Surrey Lane, Waunakee; Bob Stigsell of Sahara Circle; Chris Zwettler of Lyman Lane; Sharon Brolin of Gregory Street; Robin Lewis of Scenic Ridge Drive, Verona, representing Edgewood High School; Greg Sweeney of Masters Lane; James S. Van Gemert of Council Crest; Judy Cary of Holiday Drive; Jackson Powless of Wimbledon Way; Tom Zimbrick of Persimmon Drive; Mary Kay Zimbrick of Persimmon Drive; Camilla Corcoran; Samantha Apter of Farwell Drive; Justin Lessner of Evoke Drive; Lynn Aspinwall of Woodrow Street; Susan Dahlen of Maple Wood Court, Fitchburg; Dinean Thelen of St. Clair Street, representing Edgewood High School; Bill Orosz of Dellwod Circle, Monona; Scott Grabins of Hidden View Trail, Verona; Jim Gilmore of Swoboda Road, Verona; Kim Gilmore of Swoboda Road, Verona; Jason Koziar of Rosecommon Terrace, Fitchburg; Heidi Stigsell of Sahara Circle; Raymond Robey of West Lawn Avenue; Brian Flad of Redan Drive, Verona; Charlene Yager of Woods Edge Drive; James Imhoff of Deming Way; Jim Yeager of Coleman Road; Bill Schmitt of Felton Drive, Verona; Janet Stockhauser of High Street; Patricia Wolledo of Jefferson Street; Sara Tarver of Jefferson Street; Steve Johnson of Bosshard Drive, Fitchburg; Stuart Herro of Vilas Avenue; George MacKenzie of Cheorkee Circle; Steve Krantz of Adams Street; Laura Peterson of Gammon Place; Mikell Imhoff of Quail Ridge; Mary W. Yeager of Coleman Road; Laurie Koch of Dwight Drive; Thomas Richardson of Adams Street; Barbara Richardson of Adams Street; Janice Zawacki of Knickerbocker

Street; Ellen Hughes of Rodefeld Way; Kerry Ham of Helena Street; Susan Elliott of Smoky Trail; Pamela Marshall of Mark Drive, Verona; Gary Stebnitz of Waban Hill; David Zentmyer of Saint Cyr Road, Middleton; Muriel Krone of S. Spooner Street; Madonna Binkowski of Farwell Drive; John Fahrney of Brule Street; Mary Pleahy of Elmside Blvd.; Jenny Sheahan of Red Tail Drive; Alicia Boehme of Rothmore Lane, Fitchburg; Sarah Gruessl of Bayside Drive; Mike Cary of Hidden Cave Road; James Pankratz of Strathmore Lane; Pete Johnson of Seneca Place; Lynn Bjorkman of West Lawn Avenue; Lora Ring of Barton Road; Christen Ring of Anthony Lane; Joe Ring of Anthony Lane; Rae Rocca of Chandler Street; and Curtis Sheahan of Red Tail Drive, Verona; Patrick Klipstine of Timber Ridge Trail, Fitchburg; Kathy Andes of Redan Drive, Verona; Paul Tomlinson of Tolman Terrace; and Tom Merfeld of Edenberry Street, Fitchburg.

Registered in support and available to answer questions were: Jesse Norris of Wakeman Street; Lori Goss of State Street; Kevin Schmotzer of Ames Street; Matt Apter of Farwell Drive; Beth Steffen; Mike Elliott of Smoky Trail; Dana Jacobs; and Mary Tierney; Christina Diodati of Summer Ridge Drive; Ally Cruz of Dartmoor Drive; Terry Heinrichs of Trempelau Trail; Annette Cruz of Dartmoor Drive; Carol Michalski of Lake Mendota Drive; Amy Hartlieb of Autumnwood Circle; Kenneth Nwankwo of Hazelcrest Drive; Hugh Hayes of Miami Pass; Laura Powless of Wimbledon Way; Jason Powless of Wimbledon Way; Elizabeth Aspinwill of Woodrow Street; Linda Weimert of Darien Drive; Dave Weimert of Darien Drive; Cassie Orosz-Fagen of Monroe Street; Karen Golden of Sawmill Road; Catherine Fagen of Dellwood Circle; Jennifer Kozier of Rosecommon Terrace, Fitchburg; Lillian Gross-Reinee of State Street, Deerfield; Stacey Sanders of Laufenberg Boulevard, Cross Plains; Kathryn C. S. Skiera of Halvorson Road, Stoughton; Tom Browne; Alan Minnaert of Sandy Court; Jean Heinrichs of Terry Place; David Stein of S. Highlands Avenue; Beth Sevens of Terry Place; and Melissa Klipstine.

Speaking in opposition of the repeal were: Josh Gettle of West Lawn Avenue; Susan Nicol of Commonwealth Avenue, representing Rachel Durfee; M. Scott Staz of Woodrow Street; Edwin Sibert of West Lawn Avenue; Catherine Jagoe of West Lawn Avenue; Dianne Jenkins of Monroe Street; Dennis Trest of Monroe Street; Marc Gartler of Woodrow Street; Gail Martinelli of West Lawn Avenue; Ethan Brodsky of Woodrow Street; David Thompson of Falles Court; Donald Sanford of Garfield Street; Wendy Fearnside; Bradley Boyce of Woodrow Street; Tracy Lewis of Leonard Street; Sarah Bahauddin of Jefferson Street, representing the Vilas Neighborhood Association; Ted Thieme of Adams Street, representing John Standridge; Rachel Fields of Crandall Avenue, representing the Dudgeon Monroe Neighborhood Association; Ann Clark of Gregory Street; Shawn Doherty of Adams Street; Char Thompson of Gregory Street; Marie Trest of Monroe Street; Thomas H. Nash III of West Lawn Avenue; Scott Spoolman of West Lawn Avenue; Maria Rattunde of Woodrow Street; Barbara Erlenborn of West Lawn Avenue; Yael Glen of Woodrow Street; Gretchen Twietmeyer of West Lawn Avenue; Shawn Schey of Woodrow Street; and Daryl K. Sherman of Gregory Street.

Registered in opposition and available to answer questions was Liz Lusk.

Registered in opposition but not wishing to speak were: Susanne Dane of Virginia Terrace; Jennifer Kushner of Terry Place; John Hauser; Janet Laube of Jefferson Street; Nicole Lemmon of Gregory Street; J. Craig Thompson of Campbell Street; Eileen Thompson; David Zentner of Terry Place; David Leeper of Terry Place; Debi Leeper of Terry Place; Tamara Bryant of Keyes Avenue; John Chosy of Keyes Avenue; Joe Newman of West Lawn Avenue; Alida Evans of West Lawn Avenue; Allen Clark of Gregory Street; Paul Guilbault of Terry Place; Rachel Durfee of Woodrow Street; Lyschel Bersch of Grand Avenue; John Nicol of Commonwealth Avenue; Susan Nicol of Commonwealth Avenue; Mike Gotzler of Keyes Avenue; Andrew Cusick of Woodrow Street; Mary Lou Nord of Monroe Street; Barb Sanford of Garfield Street; Eric Brodsky of Waban Hill; Sue Statz of Woodrow Street; Douglas M. Poland of Adams Street; Jeff Ford of Adams Street; Kay Gabriel of Arbor Drive; Marcia Diamond of Crandall Avenue; Rebecca Merg of Woodrow Street; Phillip Edmonds of Commonwealth Avenue; Jude Edmonds of Commonwealth Avenue; Matthew Turner of Woodrow Street; Lea Jacobs of Madison Street; Freddi Addson of Waban Hill; James Erlenbo; Fraser Gurd of Jefferson Street; Ben Brewster of Madison Street; Susan & John Wolf of Madison Street; James Schey of Woodrow Street; R. Anderson of Vilas Avenue; Ed Ahrens of Jefferson Street; Joan Nugent of Vilas Avenue; Fiona McTavish of Arbor Drive; and Timothy Johnson of Monroe Street.

Speaking neither in support nor opposition was Diego Saenz of Leonard Street.

PLAN COMMISSION                    Meeting Minutes - Approved                    August 26, 2019

**15.**   **56865**        Creating Section 28.022 - 00401 of the Madison General Ordinances to
                           amend a Planned Development District for property located at 8549-8557
                           Elderberry Road, 9th Aldermanic District, to approve an Amended General
                           Development Plan, and creating Section 28.022 - 00402 to approve a Specific
                           Implementation Plan.

                           On a motion by Cantrell, seconded by Hagenow, the Plan Commission found the standards met and
                           recommended approval of the planned development to the Common Council subject to the comments and
                           conditions in the Plan Commission materials. The motion to recommend approval passed by voice vote/
                           other.

                           **A motion was made by Cantrell, seconded by Hagenow, to RECOMMEND TO
                           COUNCIL TO ADOPT WITH CONDITIONS - PUBLIC HEARING. The motion passed
                           by voice vote/other.**

                           Registered in support of the project and available to answer questions were Jerry Bourquin of Grand
                           Teton Plaza; and Jim Hess of S. Yellowstone Drive.

**16.**   **56866**        Creating Section 28.022-00403 of the Madison General Ordinances to change
                           the zoning of  property located at 9502 Watts Road, 9th Aldermanic District,
                           from TR-P (Traditional Residential - Planned) District to CC-T (Commercial
                           Corridor - Transitional) District and amending the TR-P zoning master plan
                           for the "Acacia Ridge" subdivision.

                           On a motion by Cantrell, seconded by Ald. Heck, the Plan Commission found the standards met and
                           recommended approval of the zoning map amendment (ID 56866) and land re-division (ID 56577) to the
                           Common Council, and approved the demolition permit and conditional use (ID 56548) subject to the
                           comments and conditions in the Plan Commission materials.

                           The motion to approve passed on the following 5-2 vote: AYE: Ald. Heck, Ald. Lemmer, Cantrell,
                           Hagenow, Spencer; NAY: Ald. Rummel, Sundquist; NON-VOTING: Zellers; EXCUSED: Rewey, Statz.

                           **A motion was made by Cantrell, seconded by Heck, to RECOMMEND TO
                           COUNCIL TO ADOPT WITH CONDITIONS - PUBLIC HEARING. The motion passed
                           by the following vote:**

                           **Ayes:**   5 -   Patrick W. Heck; Kathleen L. Spencer; Jason S. Hagenow; Bradley A.
                                             Cantrell and Lindsay Lemmer

                           **Noes:**   2 -   Marsha A. Rummel and Eric W. Sundquist

                     **Excused:**   2 -   Michael W. Rewey and Andrew J. Statz

                  **Non Voting:**   1 -   Ledell Zellers

**17.**   **56548**        9502-9510 Watts Road; 9th Ald. Dist.: Consideration of a demolition permit to
                           allow the single-family residence at 645 South Point Road to be demolished;
                           consideration of conditional uses in the Commercial Corridor-Transitional
                           (CC-T) and Traditional Residential-Planned (TR-P) zoning districts for
                           multi-family dwellings with eight (8) or more units; consideration of conditional
                           uses in the CC-T and TR-P districts for a residential building complex with
                           three buildings containing 189 apartments and flex space; and consideration
                           of conditional uses in the CC-T and TR-P districts for outdoor recreation for
                           the complex.

                           On a motion by Cantrell, seconded by Ald. Heck, the Plan Commission found the standards met and
                           recommended approval of the zoning map amendment (ID 56866) and land re-division (ID 56577) to the
                           Common Council, and approved the demolition permit and conditional use (ID 56548) subject to the
                           comments and conditions in the Plan Commission materials.

The motion to approve passed on the following 5-2 vote: AYE: Ald. Heck, Ald. Lemmer, Cantrell, Hagenow, Spencer; NAY: Ald. Rummel, Sundquist; NON-VOTING: Zellers; EXCUSED: Rewey, Statz.

**A motion was made by Cantrell, seconded by Heck, to Approve. The motion passed by the following vote:**

**Ayes:**    5 -    Kathleen L. Spencer; Jason S. Hagenow; Bradley A. Cantrell; Patrick W. Heck and Lindsay Lemmer

**Noes:**    2 -    Marsha A. Rummel and Eric W. Sundquist

**Excused:**    2 -    Michael W. Rewey and Andrew J. Statz

**Non Voting:**    1 -    Ledell Zellers

18.    <u>56577</u>    Approving a Certified Survey Map of property owned by FMI Development, LLC located at 9502 and 9510 Watts Road; 9th Ald. Dist.

On a motion by Cantrell, seconded by Ald. Heck, the Plan Commission found the standards met and recommended approval of the zoning map amendment (ID 56866) and land re-division (ID 56577) to the Common Council, and approved the demolition permit and conditional use (ID 56548) subject to the comments and conditions in the Plan Commission materials.

The motion to approve passed on the following 5-2 vote: AYE: Ald. Heck, Ald. Lemmer, Cantrell, Hagenow, Spencer; NAY: Ald. Rummel, Sundquist; NON-VOTING: Zellers; EXCUSED: Rewey, Statz.

**A motion was made by Cantrell, seconded by Heck, to RECOMMEND TO COUNCIL TO ADOPT UNDER SUSPENSION OF RULES 2.04, 2.05, 2.24, & 2.25 - REPORT OF OFFICER. The motion passed by the following vote:**

**Ayes:**    5 -    Kathleen L. Spencer; Jason S. Hagenow; Bradley A. Cantrell; Lindsay Lemmer and Patrick W. Heck

**Noes:**    2 -    Eric W. Sundquist and Marsha A. Rummel

**Excused:**    2 -    Michael W. Rewey and Andrew J. Statz

**Non Voting:**    1 -    Ledell Zellers

The following were registered on Items 16-18, which were considered together:

Speaking in support were Ulian Kissiov of Presidential Lane and Brian Munson, Vandewalle & Associates of E. Lakeside Street, both representing the applicant, Forward Management, Inc. ; Austin Kruger of Stone Arbor; and Ald. Paul Skidmore of Red Maple Trail, representing District 9.

Registered in support and available to answer questions were Rick Schwarze of North Star Drive and Dan Day of Westward Way, representing the applicant, Forward Management, Inc.

## BUSINESS BY MEMBERS

There was no business by members.

## SECRETARY'S REPORT

Heather Stouder summarized upcoming matters for the Commission.

### - Upcoming Matters - September 16, 2019

- 9604 Wilrich Street - Conditional Use Alteration - Amended plans for residential building complex to increase density of fourth/last building from 32 units to 45
- 9702 Watts Road - Conditional Use - Construct a residential building complex with 108 apartments in

PLAN COMMISSION                      **Meeting Minutes - Approved**                      **August 26, 2019**

three buildings and 10 townhouse units in two buildings (Lot 2, 1000 Oaks)
- 3840 Maple Grove Drive - Revised A to TR-C3, TR-U1, CN, and PR, Revised Preliminary Plat and Final
Plat of FRED-Maple Grove Drive, creating three lots for future multi-family development, one outlot for
future development, one outlot for public parkland, two outlots to be dedicated for stormwater mgmt.
and two outlots to be dedicated for greenway
- 6510 Cottage Grove Road - Conditional Use - Construct auto service station and convenience store
with accessory car wash
- 2012 Fisher Street - Conditional Use - Add elementary school classrooms to building with existing
daycare center
- 2011 Van Hise Avenue - Conditional Use - Construct accessory building exceeding 576 square feet in
TR-C2 zoning
- 30 Nob Hill Road - Demolition Permit - Demolish auto repair station with no proposed use
- 408 W Gorham Street - Conditional Use - Convert restaurant-tavern into restaurant-nightclub
- 2711 Waunona Way - Demolition Permit - Demolish single-family residence and construct new
single-family residence
- 3230 Larsen Road - Development Approval - Construct reception hall in the Town of Blooming Grove
(future City of Madison)
- 6501-6505 Seybold Road - Extraterritorial Certified Survey Map to create two commercial lots in Town
of Middleton

### - Upcoming Matters - October 14, 2019

- 2340 Winnebago Street & 2305-2311 E Washington Avenue - Demolition Permit and TR-V1 and PD to
Amended PD (GDP-SIP) - Demolish commercial building and two single-family residences to construct
four-story mixed-use building with 20,500 sq. ft. daycare center and 38 apartments
- 630 E Washington Avenue - Demolition Permit and Conditional Use - Demolish mission house building
and auto sales facility to construct five-story building with a mission house, rooming house, counseling
services, health services and place of worship, and a separate three-story, 40-unit apartment building

## ANNOUNCEMENTS

There were no announcements.

## ADJOURNMENT

**A motion was made by Sundquist, seconded by Hagenow, to Adjourn at 12:45
a.m., Tuesday, August 27, 2019. The motion passed by voice vote/other.**