

# City of Madison

City of Madison
Madison, WI  53703
www.cityofmadison.com

## Meeting Minutes - Approved
## PLAN COMMISSION

*This meeting may be viewed LIVE on Charter Spectrum Channel 994, AT&T U-Verse Channel 99 or at www.madisoncitychannel.tv.*

| Monday, September 16, 2019 | 5:30 PM | 210 Martin Luther King, Jr. Blvd. Room 201 (City-County Building) |
|---|---|---|

**\*\*Note\*\* Quorum of the Common Council may be in attendance at this meeting.**

### CALL TO ORDER/ROLL CALL

The meeting was called to order at 5:30 p.m.

**Present:** 9 - Lindsay Lemmer; Patrick W. Heck; Marsha A. Rummel; Ledell Zellers; Kathleen L. Spencer; Jason S. Hagenow; Eric W. Sundquist; Michael W. Rewey and Bradley A. Cantrell

**Excused:** 1 - Andrew J. Statz

Zellers was chair for the meeting.

Hagenow arrived at 5:32 following approval of the August 26, 2019 minutes.

Staff Present: Heather Stouder, Tim Parks, Colin Punt, Planning Division; John Strange, City Attorney Office; Matt Tucker, Zoning Administrator; Eric Halvorson, Sean Malloy, Traffic Engineering Division

Others Present: Ald. Evers (13th District)

### PUBLIC COMMENT

There were no registrants for public comment.

### COMMUNICATIONS, DISCLOSURES AND RECUSALS

Rewey indicated his partner lives in the Vilas Neighborhood, but that this would not affect his consideration of Item 18.

### MINUTES OF THE AUGUST 26, 2019 REGULAR MEETING

**A motion was made by Cantrell, seconded by Lemmer, to Approve the Minutes. The motion passed by voice vote/other.**

### SCHEDULE OF MEETINGS

October 14, 28 and November 11, 25, 2019

### ROUTINE BUSINESS

1. <u>57227</u>    Authorizing the Mayor and City Clerk to execute a lease with Collegiate Gothic Associates Limited Partnership et al. allowing for the continued use of a portion of the City-owned transportation corridor parcel located at 650 West

Exhibit AA
Sarah Zylstra Declaration

Washington Avenue for parking purposes. (8th A.D.)

**A motion was made by Cantrell, seconded by Rewey, to Return to Lead with the Recommendation for Approval to the FINANCE COMMITTEE. The motion passed by voice vote/other.**

2. 57228 — Authorizing the Mayor and City Clerk to execute a lease with MDI Regent Madison Hotel, LLC allowing for the use of a portion of the City-owned transportation corridor parcel located at 650 West Washington Avenue for private open space, walkway, storm sewer and landscaping purposes. (8th A.D.)

**A motion was made by Cantrell, seconded by Rewey, to Return to Lead with the Recommendation for Approval to the FINANCE COMMITTEE. The motion passed by voice vote/other.**

There were no registrants on the Routine Business items.

### PUBLIC HEARING-5:45 p.m.

Note: Public Hearing items may be called at any time after the beginning of the public hearing. Those wishing to speak on an item must fill out a registration slip and give it to the Secretary. The Plan Commission uses a consent agenda, which means that the Commission can consider any item at 5:45 p.m. where there are no registrants wishing to speak in opposition regardless of its placement on the agenda.

**Zoning Map Amendment & Related Request**

Note: Items 3 and 4 are related and should be considered together

3. 54503 — Creating Section 28.06(2)(a)00364 of the Madison General Ordinances to change the zoning of property located at 3840 Maple Grove Drive, 7th Aldermanic District from A (Agricultural) District to TR-C3 (Traditional Residential-Consistent 3) District; creating Section 28.06(2)(a)00365 to change the zoning of property located at 3840 Maple Grove Drive, 7th Aldermanic District from A (Agricultural) District to TR-U1 (Traditional Residential-Urban 1) District; creating Section 28.06(2)(a)00366 to change the zoning of property located at 3840 Maple Grove Drive, 7th Aldermanic District from A (Agricultural) District to CN (Conservancy) District; and creating Section 28.06(2)(a)00367 to change the zoning of property located at 3840 Maple Grove Drive, 7th Aldermanic District from A to PR (Parks and Recreation) District.

On a motion by Sundquist, seconded by Ald. Rummel, the Plan Commission found the standards met and recommended approval of the [Substitute] zoning map amendment (ID 54503) and revised preliminary plat and final plat (ID 57120) to the Common Council subject to the comments and conditions contained in the Plan Commission materials. The motion to recommend approval passed by voice vote/ other.

**A motion was made by Sundquist, seconded by Rummel, to RECOMMEND TO COUNCIL TO ADOPT WITH CONDITIONS - RECESSED PUBLIC HEARING. The motion passed by voice vote/other.**

4. 57120 — Approving the revised preliminary plat and final plat of *FRED Maple Grove Drive* on land generally addressed as 3840 Maple Grove Drive; 7th Ald. Dist.

On a motion by Sundquist, seconded by Ald. Rummel, the Plan Commission found the standards met and recommended approval of the [Substitute] zoning map amendment (ID 54503) and revised preliminary plat and final plat (ID 57120) to the Common Council subject to the comments and conditions contained in the Plan Commission materials. The motion to recommend approval passed by voice vote/ other.

**A motion was made by Sundquist, seconded by Rummel, to RECOMMEND TO COUNCIL TO ADOPT UNDER SUSPENSION OF RULES 2.04, 2.05, 2.24, & 2.25 - REPORT OF OFFICER. The motion passed by voice vote/other.**

Items 3 & 4 were considered together.

Speaking in support was Craig Raddatz of North Water Street, Milwaukee, representing Fiduciary Real Estate.

Speaking in opposition was Nick Foerster of Wildberry Drive.

Registered in opposition and not wishing to speak was Corey Eschbach of Ambleside Drive.

### Conditional Use & Demolition Permits

5. 56394 — 9604 Wilrich Street; 9th Ald. Dist.: Consideration of a conditional use for a multi-family dwelling with more than eight units in the Suburban Residential-Varied (SR-V2) District; consideration of a major alteration to an approved conditional use-residential building complex in SR-V2 zoning, all to increase the allowed density of the development from 145 units to 158 units in four apartment buildings.

    On a motion by Cantrell, seconded by Spencer, the Plan Commission found the standards met and approved the conditional use alteration subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

    **A motion was made by Cantrell, seconded by Spencer, to Approve. The motion passed by voice vote/other.**

    Registered in support and available to answer questions was Ryan McMurtrie of West Ridgeview Drive.

6. 56546 — 1224 S Park Street; 13th Ald. Dist.: Consideration of a demolition permit to demolish a commercial building to construct a 2-story building with 19,700 square feet of commercial space and 70 auto parking stalls in Urban Design Dist. 7.

    On a motion by Cantrell, seconded by Rewey, the Plan Commission found the standards met and approved the demolition permit subject to the comments and conditions in the Plan Commission materials and the Staff Report Addendum. The motion passed by voice vote/ other.

    **A motion was made by Cantrell, seconded by Rewey, to Approve. The motion passed by voice vote/other.**

    Speaking in support was Amy Hasselman of East Main Street, Sun Prairie, representing the developer.

    Registered in support and available to answer questions was Brian Beaulieu of Water Street, Prairie du Sac.

7. 56790 — 5210 Siggelkow Road; 16th Ald. Dist.: Consideration of a conditional use in the Suburban Residential-Consistent 1 (SR-C1) District for a community living arrangement with between 9-15 residents to allow a four-resident adult family home into a 15-resident community living arrangement.

    On a motion by Cantrell, seconded by Spencer, the Plan Commission referred this matter to October 14, 2019 at the request of the applicant by voice vote/ other.

    **A motion was made by Cantrell, seconded by Spencer, to Refer to the PLAN**

COMMISSION and should be returned by 10/14/2019. The motion passed by voice vote/other.

There were no registrants on this matter.

| 8. | 56798 | 301 Troy Drive; 18th Ald. Dist.: Consideration of a conditional use in the Campus-Institutional (CI) District for construction of greater than 4,000 square feet of floor area in a five-year period on a campus without an adopted master plan to construct an addition to the Mendota Juvenile Treatment Center. |

On a motion by Cantrell, seconded by Spencer, the Plan Commission referred this matter to October 14, 2019 at the request of the applicant by voice vote/ other.

**A motion was made by Cantrell, seconded by Spencer, to Refer to the PLAN COMMISSION and should be returned by 10/14/2019. The motion passed by voice vote/other.**

There were no registrants on this matter.

| 9. | 56817 | 9702 Watts Road; 9th Ald. Dist.: Consideration of a conditional use for a multi-family dwelling with more than eight units in the Suburban Residential-Varied (SR-V2) District; consideration of a conditional use in the SR-V2 District for accessory outdoor recreation; and consideration of a conditional use-residential building complex in SR-V2 zoning, to construct a development with 108 apartment units in three buildings, 10 townhouse units in two buildings, and shared outdoor recreation uses. |

On a motion by Cantrell, seconded by Spencer, the Plan Commission found the standards met and approved the conditional use subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Spencer, to Approve. The motion passed by voice vote/other.**

Registered in support and available to answer questions was Greg Held of University Avenue, Middleton.

| 10. | 57100 | 6510 Cottage Grove Road; 3rd Ald. Dist.: Consideration of a conditional use in the Commercial Corridor-Transitional District (CC-T) for an auto service station; consideration of a conditional use in the CC-T District for a convenience store; and consideration of a conditional use in the CC-T District for a car wash, all to construct an auto service station and convenience store with accessory car wash. |

On a motion by Cantrell, seconded by Rewey, the Plan Commission found the standards met and approved the conditional use subject to the comments and conditions in the Plan Commission materials and the following condition:

- That the car wash shall not operate late than 10 p.m.

The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Rewey, to Approve. The motion passed by voice vote/other.**

Speaking in support were Dave Ring, Troy Mleziva, Jeff Osgood, and Dax Connely, all of Oak Street, La Crosse, representing Kwik Trip.

Registered in support and available to answer questions were Greg Polacheck of Cottage Grove Road and Eric Olson of West Washington Avenue.

| | | |
|---|---|---|
| 11. | 57101 | 2012 Fisher Street; 14th Ald. Dist.: Consideration of a conditional use in the Traditional Residential-Varied 1 District (TR-V1) for a school to allow elementary school classrooms to be added in an existing daycare. |

On a motion by Cantrell, seconded by Spencer, the Plan Commission found the standards met and approved the conditional use subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Spencer, to Approve. The motion passed by voice vote/other.**

There were no registrants on this item.

| | | |
|---|---|---|
| 12. | 57102 | 2011 Van Hise Avenue; 5th Ald. Dist.: Consideration of a conditional use in the Traditional Residential-Consistent 2 (TR-C2) District to construct accessory building exceeding 576 square feet. |

On a motion by Cantrell, seconded by Spencer, the Plan Commission found the standards met and approved the conditional use subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Spencer, to Approve. The motion passed by voice vote/other.**

Registered in support and available to answer questions was Melissa Destree of West Washington Avenue.

| | | |
|---|---|---|
| 13. | 57103 | 30 Nob Hill Road; 14th Ald. Dist.: Consideration of a demolition permit to demolish an auto repair station with no proposed use. |

On a motion by Cantrell, seconded by Spencer, the Plan Commission found the standards met and approved the demolition permit subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Spencer, to Approve. The motion passed by voice vote/other.**

There were no registrants on this item.

| | | |
|---|---|---|
| 14. | 57104 | 408 W Gorham Street; 4th Ald. Dist.: Consideration of a conditional use in the Urban Mixed-Use (UMX) District) to convert a restaurant-tavern into a restaurant-nightclub. |

On a motion by Cantrell, seconded by Spencer, the Plan Commission found the standards met and approved the conditional use subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Spencer, to Approve. The motion passed by voice vote/other.**

Registered in support and available to answer questions was Michael Eitel of North Marietta Avenue, Milwaukee.

| | | |
|---|---|---|
| 15. | 57105 | 2711 Waunona Way; 14th Ald. Dist.: Consideration of a demolition permit to demolish a single-family residence and construct a new single-family residence. |

On a motion by Cantrell, seconded by Spencer, the Plan Commission found the standards met and approved the demolition permit subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Spencer, to Approve. The motion passed by voice vote/other.**

Registered in support and available to answer questions were Denise Clearwood of Chapman Street and Jeffrey Steuer of Ethelwyn Road.

### Miscellaneous

Note: Item 16 should be referred to October 14, 2019 at the request of the applicant

16. 57106 — 3230 Larsen Road, Town of Blooming Grove: Consideration of a request to construct a reception hall in satisfaction of the development review provisions in the Town of Blooming Grove and City of Madison Cooperative Plan.

On a motion by Cantrell, seconded by Spencer, the Plan Commission referred this matter to October 14, 2019 at the request of the applicant by voice vote/ other.

**A motion was made by Cantrell, seconded by Spencer, to Refer to the PLAN COMMISSION and should be returned by 10/14/2019. The motion passed by voice vote/other.**

Registered neither in support or opposition and wishing to speak was Patti Bewick of Larsen Road, Fitchburg

### Land Division

17. 56943 — 6501-6505 Seybold Road, Town of Middleton: Consideration of a Certified Survey Map within the City's Extraterritorial Jurisdiction to create two commercial lots.

On a motion by Cantrell, seconded by Spencer, the Plan Commission found the standards met and approved the proposed land division subject to the comments and conditions in the Plan Commission materials. The motion passed by voice vote/ other.

**A motion was made by Cantrell, seconded by Spencer, to Approve. The motion passed by voice vote/other.**

There were no registrants on this item.

### Zoning Text Amendment

18. 56981 — 3rd SUBSTITUTE. Amending Sections 28.097(2) and (3) of the Madison General Ordinances to require conditional use approval in the Campus-Institutional District for <u>uses involving new buildings or additions to existing</u> buildings ~~the establishment, improvement, or modification~~ exceeding 4,000 square feet in ~~ground~~ <u>floor area and for the establishment, improvement, or modification of any use occurring outside an enclosed building.</u> ~~area on a zoning lot of any primary use and to require conditional use approval for the establishment, improvement, or modification of identified secondary uses.~~

A motion was made by Cantrell, seconded by Rewey, to recommend to Common Council to adopt (recessed public hearing). The motion passed by voice vote/other.

**A motion was made by Cantrell, seconded by Rewey, to RECOMMEND TO COUNCIL TO ADOPT - RECESSED PUBLIC HEARING. The motion passed by voice vote/other.**

Speaking in support were Diego Saenz of Leonard Street, representing the Dudgeon Monroe Neighborhood Association; Ethan Brodsky, Yael Cren, and Richard Friday, all of Woodrow Street; Catherine Jagoe and Barbara Erlenborn of West Lawn Avenue; and Marie Trest of Monroe Street.

Registered in support and available to answer questions was Pat Alea of Leonard Street.

Registered in support and not wishing to speak were Gretchen Twietmyer, Lynn Bjorkman, Edwin

Sibert, Jame Erlenborn, all of West Lawn Avenue; Freddi Adelsey and Eric Brodsky of Wabay Hill; J. Craig Thompson and Eileen Thompson of Campbell Street; Mike Gottler of Keyes Avenue; Rachel Durfee, Matthias State, Sue Statz, Jeffrey Jerred, William Rattunde, Patricia Friday, and Maria Rattunde, all of Woodrow Street; Kay Gabliel and Fiona McTavish of Arbor Drive; Liz Lusk of Virginia Terrace; Stu Levitan of Cherokee Drive; Joan Nugent and Dan Anderson of Vilas Avenue; Ben Sidran, Judy Sidran, Mary Clare Murphy, Ed Ahrens, and Fraser Gurd, all of Jefferson Street; Jeff Ford of Adams Street; and Timothy Johnson and Alta Johnson of Monroe Street

Speaking in opposition were Nathan Wautier of East Mifflin Street, Katie Rist of East Gilman Street, and Matthew Lee of Auburn Drive, Fitchburg, all representing Edgewood High School.

## BUSINESS BY MEMBERS

There was no business by members.

## SECRETARY'S REPORT

Heather Stouder summarized the upcoming matters for the Commission.

### - Recent Common Council Actions

- 223 S Pinckney Street - Amended PD(SIP) and Certified Survey Map Referral for 253-room Judge Doyle hotel project - Approved on September 3, 2019 subject to Plan Commission recommendations
Zoning Text Amendment to Amend Secs. 28.098(6), 28.151 and 28.183(8) and (10) to exempt the installation of solar energy systems from the conditional use and planned development alteration requirements - Approved on September 3, 2019 subject to Plan Commission recommendations
- 8549-8557 Elderberry Road - Amended PD(GDP-SIP) to construct two (2) two-family, twin home dwellings - Approved on September 3, 2019 subject to Plan Commission recommendations
- 9502-9510 Watts Road - CC-T and TR-P to CC-T and Amended TR-P and Certified Survey Map Referral for "Edison" apartment development - Approved on September 3, 2019 subject to Plan Commission recommendations
- 3600 Portage Road - Final Plat of Vang Homesites - Approved on September 3, 2019 subject to Plan Commission recommendations

### - Upcoming Matters - October 14, 2019

- Amendment to the Nelson Neighborhood Development Plan
- "Mifflandia" Area Plan
- 2219 Monroe Street and 1000 Edgewood College Drive - Repealing the CI zoning master plan for the Edgewood Campus (College, High School and Campus School) on their request
- 2340 Winnebago Street and 2305-2311 E Washington Avenue - Demolition Permit and TR-V1 and PD to Amended PD (GDP-SIP) - Demolish commercial building and two single-family residences to construct four-story mixed-use building with 20,500 sq. ft. daycare center and 38 apartments
- 5454 Lake Mendota Drive - Demolition Permit and Conditional Use - Demolish single-family residence and construct new residence on lakefront parcel
- 4102 Monona Drive - Conditional Use - Allow restaurant-tavern in multi-tenant commercial building with outdoor eating area
- 1815 E Washington Avenue - Conditional Use - Allow incidental alcohol sales at a general retail establishment (chocolatier)

### - Upcoming Matters - October 28, 2019

- Review of the white paper titled "Equitable Development in Madison: An assessment of factors contributing to displacement and gentrification"
- 6810-6834 Milwaukee Street - PD to Amended PD(GDP-SIP) - Construct three apartment buildings with 196 total units
- 1 Wind Stone Drive - PD to Amended PD(GDP-SIP) - Construct 44-unit apartment building
- 45 Wind Stone Drive - PD to Amended PD(GDP-SIP) - Construct townhouse building with seven units
- 4602 Cottage Grove Road - Demolition Permit and Conditional Use - Demolish grocery store to construct four-story mixed-use building with 10,000 sq. ft. of commercial space and 65 apartments and detached five-unit townhouse building
- 5130 High Crossing Blvd. - Conditional Use - Construct four-story, 95-room hotel in a planned multi-use

site
- 630 E Washington Avenue - Demolition Permit and Conditional Use - Demolish mission house building and auto sales facility to construct five-story building with a mission house, rooming house, counseling services, health services and place of worship, and a separate three-story, 40-unit apartment building

## ANNOUNCEMENTS

Spencer indicated that she would not be present for the October 14 meeting.

Rewey indicated that he would not be present for the November 25 meeting.

Cantrell indicated that she would not be present for the October 28 and November 11 meetings.

Ald. Heck indicated that he would not be present for the November 25 meeting.

## ADJOURNMENT

**A motion was made by Hagenow, seconded by Cantrell, to Adjourn at 8:37 p.m. The motion passed by voice vote/other.**