| | |
|---|---|
| From: | John Kneer <jkneer@rettler.com> |
| Sent: | 10/14/2019 2:25:14 PM -0500 |
| To: | "Elliott, Michael" <michael.elliott@edgewoodhs.org> |
| Subject: | permit - zoning denial |
| Attachments: | permit CrystalViewer.pdf |

Mike,

This has been rejected based on the master plan by zoning. This is inconsistent with the approval of the 70' poles.

John V. Kneer, PLA, ASLA

Rettler Corporation | **President**

3317 Business Park Drive | Stevens Point, WI 54482

Phone  715.341.2633 |  Fax  715.341.0431

jkneer@rettler.com | www.rettler.com







# City of Madison Site Plan Verification

**PROJECT:** LNDSPR-2019-00122        **Address:** 2219 Monroe ST        **Current Revision #:** 0

| | |
|---|---|
| **Submitted by:** | Forward Electric, Inc. |
| **Contact:** | Jennifer Luhman<br>(608) 516-1265<br>jennifer@forwardelectric.com |
| **Project Type:** | Permitted Use Site Plan Review |
| **Description:** | Lighting Edgewood Activity Field |
| **Status:** | Agency Reviews in Process |
| **Revision History:** | 0 |

| Review | Status | Reviewer | Reviewed |
|---|---|---|---|
| Lighting Review | Approved | Steve Rewey | Oct 7 2019 |
| Zoning Review | Reject-Redraft | Matthew Tucker | Oct 10 2019 |

## ZONING

**Reject/Redraft**                                                                 **Comment Date:** 10/10/2019

The installation of stadium lighting in the open space is not allowed per the approved Master Plan.

CONFIDENTIAL                                                                                                        EHS_009391