| | |
|---|---|
| **From:** | "Office, President's" <presidentsoffice@edgewoodhs.org> |
| **Sent:** | 1/8/2020 3:06:09 PM -0600 |
| **To:** | Carol Anzelmo <carol.anzelmo@edgewoodhs.org> |
| **BCC:** | christopher.zwettler@edgewoodhs.org |
| **Subject:** | Response to last night's vote |

Friends of Edgewood,

We are pleased with last night's vote by the Madison Common Council in favor of repealing Edgewood's master plan. We feel it was the right decision because we were never asking for special treatment, we were only asking for equal treatment.

From the beginning we followed the process that the city asked us to follow, even when that process changed. In the Dominican tradition of study, reflect, act, we studied every concern and provided honest information and solutions that met or exceeded city standards and requirements.

Edgewood remains committed to being the good neighbor it has been for the past 130 years.

I want to thank the many neighbors and members of the Edgewood community who have supported us during this process.

I look forward to working with the city, our Alder and all our neighbors to enhance our great neighborhood.

If you have questions or need any other information, please visit the <u>Friends of Edgewood</u> site.


Michael Elliott
President


--
Michael Elliott, President
Edgewood High School of the Sacred Heart, Inc.
2219 Monroe Street
Madison, WI  53711
608-257-1023 x103



CONFIDENTIAL

Exhibit FF
Sarah Zylstra Declaration

EHS_004583