

Department of Planning & Community & Economic Development
**Planning Division**
Heather Stouder, Director

Madison Municipal Building, Suite 017
215 Martin Luther King Jr. Boulevard
Madison, Wisconsin  53703
Phone: (608) 266-4635
www.cityofmadison.com

May 13, 2020

Michael Elliott
Edgewood High School
2219 Monroe Street
Madison, Wisconsin 53711

> RE: Consideration of a conditional use on a Campus-Institutional (CI) District-zoned property without a campus master plan to allow for the establishment, improvement, or modification of a secondary use occurring outside of an enclosed building, to allow installation of lights for the Goodman Athletic Complex at Edgewood High School, 2219 Monroe Street (ID 60001).

Dear Mr. Elliott,

On May 12, 2020, the Plan Commission, meeting in regular session, found that your request for approval of a conditional use to allow the installation of lights for the stadium at Edgewood High School at 2219 Monroe Street did not meet the standards for approval and placed your request on file without prejudice.

Specifically, the Plan Commission found that your conditional use request did not meet standard #3, *"The uses, values and enjoyment of other property in the neighborhood for purposes already established will not be substantially impaired or diminished in any foreseeable manner."* No application for conditional use shall be granted unless the Plan Commission finds that all of the applicable standards in MGO Section 28.183(6)(a) are met.

The Plan Commission's decision is appealable to the Common Council as outlined in MGO Section 28.183(5)(b). Any appeal shall be filed with the Secretary of the Plan Commission within ten (10) days of the final action of the Plan Commission.

If you have any questions about this matter, or if may be of any further assistance, please do not hesitate to contact me at (608) 261-9632 or tparks@cityofmadison.com.

Sincerely,

*Timothy M Parks*

Timothy M. Parks
Planner

cc: Matt Tucker, Zoning Administrator
Heather Stouder, Director, Planning Division

Elliott
EXHIBIT NO. 89
5-10-26  RPTR pe
For the Record, Inc.
(608) 833-0392

Exhibit II
Sarah Zylstra Declaration

CITY-DEF-008069