

2219 MONROE STREET • MADISON, WI 53711-1999
608.257.1023 • 608.257.9133 (Fax) • edgewoodhs.org

May 21, 2020

Secretary of the Plan Commission
Department of Planning & Community & Economic Development
Planning Division
Madison Municipal Building, Suite 017
215 Martin Luther King Jr. Boulevard
Madison, Wisconsin 53703

Re: Appeal - Conditional Use for Goodman Athletic Complex
at Edgewood High School, 2219 Monroe Street (ID 60001)

Dear Secretary of the Plan Commission:

Pursuant to MGO Section 28.183(5)(b), Edgewood High School of the Sacred Heart, Inc. ("Applicant") hereby appeals the decision of the City of Madison Plan Commission (the "Plan Commission"), dated May 12, 2020, to place on file without prejudice Applicant's conditional use request to allow the installation of lights for the Goodman Athletic Complex at Edgewood High School, 2219 Monroe Street (the "Goodman Athletic Complex"), because such conditional use request did not meet the required standard under MGO Section 28.183(6)(a)(3).

Applicant requests that such appeal be introduced at the City of Madison Common Council meeting scheduled to be held on June 16, 2020 and that a hearing of this appeal before the City of Madison Common Council be referred to July 14, 2020, subject to the possibility of a subsequent referral request by Applicant. Applicant agrees that these dates constitute a reasonable time for hearing the appeal under MGO Section 28.183(5)(b)(6).

Sincerely,

Michael Elliott
President
Edgewood High School of the Sacred Heart, Inc.

EXHIBIT NO. 90
5-10-22  RPTR PC
For the Record, Inc.
(608) 833-0392

Exhibit JJ
Sarah Zylstra Declaration