# Independent Schools Association of the Central States

---

## Accreditation Report for

### Edgewood High School of the Sacred Heart
Michael G. Elliott '77, President
Anna McManus Assistant Principal/Self Study Chair
2219 Monroe Street
Madison, WI 53711-1999

---

### Dates of Accreditation Visit

### October 11-14, 2015

**Prepared by the Visiting Team**
**Seth Hanford, Chair**



Elliott

EXHIBIT NO. 50
5·10·22 RPTR PC
For the Record, Inc.
(608) 833-0392

Exhibit PP
Sarah Zylstra Declaration

# Table of Contents

Disclaimer………...................................................................................................3
School Profile………………………………………………………………………………………....4
ISACS Visiting Team………………………………………………………………………………...7
Mission and Vision…………………………………………………………………………………...9
Introduction…………………………………………………………………………………………..10
Purpose, Goals and Philosophy……………………………………………………………………11
School Community: Student Body…………………………………………………………………13
School Community: Parent Body…………………………………………………………………15
School Community: Alumni Body…………………………………………………………………...17
School Community: Local Community……………………………………………………………19
School Community: School Climate…………………………………………………………………21
School Community: Equity and Justice…………………………………………………………...23
School Community: Advancement…………………………………………………………………25
School Community: Personnel………………………………………………………………………27
Curriculum and Program: Art Department……………………………………………………….29
Curriculum and Program: Aviation Department………………………………………………….31
Curriculum and Program: Business and Computers Department……………………………...32
Curriculum and Program: Communications Department……………………………………….34
Curriculum and Program: English Department……………………………………………………36
Curriculum and Program: Languages Department……………………………………………….39
Curriculum and Program: Mathematics Department……………………………………………41
Curriculum and Program: Music Department………………………………………………………43
Curriculum and Program: Physical Education Department……………………………………45
Curriculum and Program: Religious Studies Department………………………………………47
Curriculum and Program: Science Department……………………………………………………49
Curriculum and Program: Social Studies Department…………………………………………51
Student Services: Library…………………………………………………………………………….53
Student Services: Student Services Department………………………………………………….55
School Life: Campus Ministry………………………………………………………………………57
School Life: Co-Curricular Activities and Organizations………………………………………59
School Life: Athletic Department…………………………………………………………………61
Specialty Areas: Freshman Interdisciplinary Team…………………………………………….63
Specialty Areas: Learning Resource Center………………………………………………………65
Specialty Areas: Technology Department………………………………………………………….67
Governance and Administration: Governance……………………………………………………69
Governance and Administration: Administration…………………………………………………71
Governance and Administration: Business Management and Financial Affairs…………….73
Governance and Administration: School Plan and Facilities……………………………….....75
Conclusion and Visiting Team Leader Exit Report………………………………………………77
Major Commendations and Recommendations………………………………………………….78

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

**DISCLAIMER: LIMITATIONS ON THE DISTRIBUTION, USE, AND SCOPE OF VISITING TEAM REPORTS**

It is the policy of ISACS that this report be treated as a confidential document. One electronic copy has been submitted to the president of ISACS for review and subsequent approval by the ISACS Accreditation Review Committee. Two hard copies and one electronic copy have been sent to the chief administrator of the school. Beyond this distribution, no one – including the visiting team leader and other members of the visiting team, the Accreditation Review Committee, and the ISACS Central Office – is authorized to release any of the information contained in this report without the express approval of the chief administrator of the school.

This report is intended for use by the administration, faculty, and governing body of the school. Appropriate use includes release to the larger school community, if done so in an accurate and balanced manner. The report is not written for the purpose of providing a public relations document. If a school uses the report in a manner that misrepresents or distorts its contents or purpose, the school will be subject to corrective action by ISACS.

The charge of the ISACS visiting team was to determine the actual situation as it existed in the school, its program and its procedures, and not to pass judgment on the professional personnel involved. Hence, this report is an objective description of circumstances as they appeared to trained and experienced educators. Any use of this report as an official assessment of a staff person's professional competency would be in violation of the professional ethics under which a school evaluation is conducted.

Any recommendations on safety issues should be addressed as soon as is feasible: While the ISACS team may comment on conditions related to safety, the report is not to be construed as substituting for periodic inspections of the facilities as required by law and by principles of good practice in risk management gleaned from professional counsel to the school.

The members of the visiting team voluntarily reflected their professional judgment in arriving at the conclusions reported in this document. They are willing to support the thoughtful evaluations that they have made, provided the report is used appropriately. They are not to be held accountable for an injudicious or unauthorized use of this document.

CONFIDENTIAL                                                    EHS_009215

# SCHOOL PROFILE

## Edgewood High School of the Sacred Heart

### Madison, Wisconsin

- Type of school: Catholic, co-educational, day-only
- Grades served: 9–12
- Size of campus: 25 acres of a 55-acre campus shared with Edgewood Campus School (K–8) and Edgewood College
- Square footage of buildings: 200,000
- Date founded: 1881, by the Dominican Sisters of Sinsinawa
- Head of school: President Michael Elliott  Appointed: March 2013
- Dates of last ISACS evaluation visit: September 21–24, 2008
- Dates of last 2 full-opinion financial audits: October 2011, August 2015
- Date current mission and philosophy approved by Board of Trustees: September 2003, and reconfirmed annually
- Date current strategic plan adopted by Board of Trustees: 2010 (5-year plan)
- Constituent Survey conducted: March 2014

**ISACS School Profile (Pg. 2)**                11-12      13-14      14-15

| | | 3 Years Ago | 1 Year Ago | Current Year |
|---|---|---|---|---|
| **Number of Board Members** | Men | 9 | 11 | 11 |
| | Women | 6 | 6 | 6 |
| | Total | 15 | 17 | 17 |
| | % Multicultural | 6.7% | 0% | 0% |
| | | | | |
| **Number of Students** | Boys | 327 | 317 | 299 |
| | Girls | 296 | 274 | 287 |
| | Total | 623 | 591 | 586 |
| | % Multicultural | 12% | 15.5% | 17% |
| | | | | |
| **Tuition & Standard Fees** | Grade 1 | $ | $ | $ |
| | Grade 6 | $ | $ | $ |
| | Grade 12 | $9,711 | $10,280 | $10,640 |
| | | | | |
| **Faculty FTE** | Men | 21.9 | 21.7 | 20.8 |
| | Women | 30.9 | 31.6 | 34.3 |
| | Total | 52.8 | 53.3 | 55.1 |
| | % Multicultural | 4% | 3% | 3% |
| | | | | |
| **Administrators FTE** | Men | 2 | 2 | 2 |
| | Women | 2 | 2 | 2 |
| | Total | 4 | 4 | 4 |

Edgewood High School of the Sacred Heart            ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| | % Multicultural | 0% | 0% | 0% |
| | | | | |
| Faculty Salaries | Low | $35,429 | $32,165 | $32,332 |
| | Average | $49,923 | $51,846 | $50,708 |
| | High | $78,995 | $81,085 | $79,619 |
| | Median | $44,275 | $45,375 | $44,439 |
| | | | | |
| Benefits as % of Total Salaries | | 21% | 20% | 21% |
| | | | | |
| Annual Giving – Total Received | | $644,500 | $558,253 | $627,500 |
| Capital Giving – Total Received | | $35,000 | $2,105,284 | $50,000 |
| | | | | |
| % of Expenses to Salaries/Benefits | | 79% | 78% | 77% |
| % of Expenses to Professional Development | | 1% | 1% | 1% |
| | | | | |
| Need-Based Financial Aid | Total | $462,921 | $590,984 | $584,522 |
| | % Student Body | 33% | 35% | 32% |
| No-Need Financial Aid | Total | $20,000 | $20,000 | $20,000 |
| | % Student Body | 3% | 3% | 3% |
| Tuition Reimbursement | Total | $112,703 | $99,818 | $65,474 |
| | % Student Body | 5% | 6% | 3% |
| | | | | |
| Endowment Value | | $5.6 million | $7.9 million | $8.0 million |
| Debt Owed | | $930,000 | $346,600 | $0 |

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

ISACS Visiting Team Chair
Mr. Seth Hanford
Head of School
Elgin Academy
Elgin, IL

Purpose, Goals and Philosophy
Governance
ISACS Standards

Mr. Larry Bartek
Career and College Counselor
Saint Thomas Academy
Mendota Heights, MN

Student Services Department
Religious Studies Department

Ms. Patricia Brubaker (Pat)
Dean of Faculty/Director of Guidance
Gilmour Academy
Gates Mills, OH

School Climate
Library
Co-Curricular Activities and Organizations

Ms. Sharon Derico (Shari)
Vice Principal
Notre Dame Preparatory School and Marist Academy
Pontiac, MI

English Department
Communications Department
Parent Body

Mrs. Lucinda Eason (Cindy)
Assistant Athletic Director/PE Chair
Sayre School
Lexington, KY

Athletic Department
Physical Education Department
Freshman Interdisciplinary Team

Mr. Gregory Engel (Greg)
Director of Finance and Operations
Covenant of the Visitation School
Mendota Heights, MN

Business Management and Financial Affairs
School Plant and Facilities
Personnel

Mrs. Deborah Everett (Debbie)
Coordinator of Strategic Initiatives
Park Tudor School
Indianapolis, IN

School Advancement
Alumni Body
Student Body

Ms. Mary Gentry
Upper School Mathematics Instructor
Breck School
Golden Valley, MN

Mathematics Department
Science Department
Aviation Department

Edgewood High School of the Sacred Heart
ISACS Visiting Team Report
October 11-14, 2015

EHS_009219

Mrs. Heather Freer Kurut  
Middle School Principal  
Morgan Park Academy  
Chicago, IL

Art Department  
Music Department  
Campus Ministry

Mr. Marty Rubio  
Social Studies/History Department Chair  
Villa Duchesne and Oak Hill School  
St. Louis, MO

Social Studies Department  
Local Community  
Equity and Justice

Mr. Michael Tiffany (Mike)  
Academic Dean  
Providence Academy  
Plymouth, MN

Administration  
Languages Department  
Learning Resource Center

Ms. Cynthia Zive (Cindy)  
Technology Integration Specialist  
Columbus Academy  
Gahanna, OH

Technology Department  
Business and Computers Department

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report  
October 11-14, 2015

CONFIDENTIAL

# Mission

**Edgewood, a Catholic high school, educates the whole student for a life of learning, service and personal responsibility through a rigorous academic curriculum that embraces the Sinsinawa Dominican values of Truth, Compassion, Justice, Community and Partnership.**

# Vision

**Edgewood is committed to living its mission and to being an exemplary high school that:**

· **Inspires in its students and graduates commitment to Gospel and Sinsinawa Dominican values.**
· **Advocates service to community, love for learning and creation of a holy and just society.**
· **Welcomes a student body that reflects the rich diversity of the community.**
· **Cultivates respect and understanding of all faiths and cultural traditions.**
· **Upholds consistently high academic standards in the application of communication, analytical thinking and problem solving skills.**
· **Supports each student in achieving his or her own potential.**
· **Recruits and retains a dynamic and talented faculty.**
· **Partners effectively through relationships with a broad spectrum of individuals, groups and organizations.**
· **Enriches and develops curricular and co-curricular programs.**
· **Advances the use of technology.**
· **Provides and maintains facilities that support and enhance the educational process.**
· **Secures a stable enrollment of 700–750 students.**
· **Attains financial stability through endowment and sound financial practices in order to provide an affordable education to a broad range of students.**

# Introduction

Edgewood High School of the Sacred Heart has a long and cherished history at its lovely Madison, WI location. It has been firmly rooted in the Dominican tradition since 1881 with its beginning as St. Regina's Academy, a girls' school. Following a fire in 1893 that claimed the building that housed the school, a new building was constructed and the school reopened as Sacred Heart Academy. The school grew from there, and a subsequent agreement between city laymen and pastors to establish a high school to serve both girls and boys established Edgewood High School of the Sacred Heart. Today the school shares its campus with Edgewood College and Edgewood Campus School, and a 2011 arrangement incorporated each of the schools separately. As a result, Edgewood High School now owns its portion of the campus and shares other portions (such as the Sonderegger Science Center). The nature of its founding, both in terms of its Dominican roots and the relationship with the city, remains a part of the fabric of this school that strives to serve both the high school aged youth and the city itself.

The school has a clear purpose to serve in Madison, a university city that values education and attracts talent from all over the world. Edgewood stands by its core principles, as delineated by the Sinsinawa Sisters: Truth, Compassion, Justice, Community and Partnership. While maintaining an emphasis on these values, the students undertake a varied curriculum of college preparation with the opportunity to learn other skills related to business, technology and even aviation. They also enjoy numerous athletic, service, artistic and leadership opportunities as the school embraces its mission of educating the "whole student."

In 2013, the school appointed Michael Elliot as its new President; Mr. Elliot is an alum, past parent and past board chair with deep ties to both the school and the Madison community in which he enjoyed a 32-year business career. His appointment is a signal that the school seeks to reinvigorate its presence in the community. It is interested in addressing its facilities issues, raising money to support scholarships and the growth of its endowment, both attempts to ensure that this education remains accessible to a diverse population. Attempts are underway to build deeper relationships with the local Catholic community and investigate new ways to market itself to raise enrollment to previous levels. It should be noted that recently a lawsuit was brought by a former student claiming a racially intolerant environment and this suit has generated significant press; we mention this only because it is impossible to know, in reality, the effect that this event has had on the community. It is clear to this team, however, that the school is working hard to build bridges, establish programs that address issues of diversity, and ensure continued support of its lofty mission.

Our hope is that our visit, and the resulting commentary, can serve to help the school crystalize its efforts as it enters a new era of its history.

Edgewood High School of the Sacred Heart             ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL                                                    EHS_009222

# Purpose, Goals and Philosophy
## General Appraisal

Edgewood High School of the Sacred Heart has from its founding in the 1800s embraced the values espoused by the Sinsinawa Dominican Sisters: Truth, Compassion, Justice, Community, and Partnership. All of its educational efforts are grounded in this philosophy and the school prides itself on its efforts to educate the "whole child" with these values at the forefront. The mission statement, which describes how these values are lived in the school's life, appears in a main hallway, on the web site, in classrooms and in various publications. Often it is adorned with the Sinsinawan values, linking the two wherever possible. Its mission and vision statements, which were reviewed and reaffirmed by board vote in September 2014, set high standards for the school to educate its students in this tradition.

The school endeavors to offer a program that fits hand-in-hand with its mission of nurturing the academic and social growth of each student. Cognizant that it enrolls a variety of students from varied backgrounds, for example, it has developed a Freshman Interdisciplinary Team Program, and it offers a Learning Resources Center to best support its students in all grades. These supportive programs help the school sponsor an ambitious program that includes rigorous and varied academics and attempts to meet the needs of a variety of learners. In addition, the school emphasizes co-curricular involvement, service to the community, and leadership opportunities, in keeping with its philosophy, and it was apparent to our team that the students embrace those opportunities and the school's values. The school has instituted a number of initiatives to increase cultural awareness in support of its philosophy as well. The student government, athletics and arts, all serve to foster a diversity of talents and to help students understand their role in the bigger community.

Parents and students alike were able to express numerous examples of the mission and the values being lived by the school. From small ways, like the individual phone calls that take place from the parents of former transfer students to new transfer parents each year, to the invitations for exit interviews issued by the President to each senior family, the mission and adherence to the values is an emphasis. Furthermore, the parents with whom we spoke appreciated that these philosophies and the history behind them are the guiding force behind decisions that are made. Student discipline is another area where actions obviously reflect the values; the school works proactively through its students to help them advocate for themselves and treats each situation individually with an eye toward study, reflection and action. At the same time, community-wide initiatives encourage students to wrestle with difficult questions.

Of concern to the school is the fact that the ISACS survey indicated that while the school community believes that the mission and vision are known widely, the scores around the achievement of this mission are a bit lower. EHS plans further surveys and efforts to uncover the depth of this disparity and to address the differential.

CONFIDENTIAL                                                                    EHS_009223

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Decision to embrace the values espoused by its religious roots in ways that enhance the complete experience for all students and encourage constant reflection of the place of those values in their lives.
2. Desire to seek funding geared toward making the Edgewood education, and all of its benefits, available to a wide range of students consistent with the school's mission.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Ensure through proactive communication that the entire community understands, as completely as possible, how decisions that impact the community are grounded in the mission and consistent with the historic philosophies.
2. Develop a measurable plan to bridge the gap between the knowledge of the mission and the achievement of the mission and institute plans, as appropriate, to reinforce the mission.

## School Community: Student Body

### General Appraisal

Edgewood High School's strategic plan directs the school to realize annual enrollment figures that are stable and sufficient. A five-year negative trend in enrollment has influenced this directive and prodded the admissions staff and Edgewood community to design a marketing and recruitment approach to increase inquiries and convert a higher ratio of inquiries to applications, applications to registrations and registrations to enrollments. Currently the conversion ratio of inquiries to applications is 48%. The ratio nearly doubles when the school converts applications to enrollments. The admission staff is also tracking withdrawals and has employed a system to help prevent withdrawals, at least until an Edgewood staff member has contacted a family. A Policy and Procedure manual is being developed to further formalize the process of attraction and retention.

The student body of the school mirrors the student profile that admissions requires. The students are bright, describe themselves as driven, and are openly proud of their school. Their spirit is palpable as they speak about the opportunities at their school. Students admit that they will miss relationships they have formed at EHS when they graduate from the school. When asked what they might tell prospective students about EHS, the students immediately describe the Dominican values, the co-curricular activities, the friendships they form and the availability of the teachers. Students recognize the school's desire to address Equity and Justice and other matters of respect. To that end, the school has begun an initiative to enroll international students. While care is taken to address the transition of freshmen and traditional transfer students, there is concern that international students do not receive the same attention.

Identifying differentiators and elements of the brand generates an immediate response based on the school's Dominican values. The distinctive para-curricular programs such as Peer Ministry and Freshman Fit program provide embedded signature opportunities for students to transition smoothly to the rigors of high school, attend college and live the EHS mission. These differentiators assist the Admissions Office in attraction and retention.

Drawing prospective students to the school is the key initiative of the Admissions Office.

Edgewood's primary competition in the Madison area is the public high schools. At this time, one parochial/Catholic school, new to the area, is not impacting applications and enrollment. Engaging with their numerous feeder schools is a priority of the Admissions staff, as is an engagement with local parishes. Parents in the EPC indicated an eagerness to assist in marketing the school to the feeder schools. Staffing the activities of the office is adequate while an increasing need for assistance exists in developing print and electronic pieces for marketing. This assistance is provided by a part-time communications/publications staff member whose time is stretched to serve the myriad other needs of the entire school.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

                                                            EHS_009225

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Ongoing efforts to discover the best and most effective methods to promote the school to families in the Madison area.
2. Commitment to communicating the attributes of the EHS culture and thereby recruiting a student population with a genuine positive school spirit and love for EHS.
3. Attention to the percentage of students comprising a diverse student population.
4. Examination of attrition and conversation, both with families who have left and those who have enrolled, in order to gain insight into the perceptions of EHS.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Seek additional ways to utilize parents, students, faculty and alumni in the admission process, identify ways to break out of the traditional admission events, and utilize the resources of the Edgewood and University of Wisconsin communities to assist in developing a marketing plan.
2. Assess and clarify the current brand or differentiators of EHS.
3. Review the EHS relationship with current feeder schools and look for ways to enhance those relationships and create alliances with schools new to Edgewood.
4. Develop a plan in concert with key academic and student services personnel to insure international students have an academic plan to assist in their transition to EHS and their ultimate success at Edgewood High School.

CONFIDENTIAL                                                                        EHS_009226

## School Community: Parent Body

### General Appraisal

The EPC (Edgewood Parent Community) supports the entire EHS through its tremendous volunteer program including fundraising, event planning, and day-to-day assistance in many school-wide operations. A long-standing, well-built organization, the EPC, meets periodically to assess organizational needs and determine volunteer assignments for its active and energized parent body. Their extensive support throughout EHS is significant, and the coordinated effort of all involved is evidence of a committed parent body.

In the local community, parents act as the first line of EHS promotion. Their testimony of the positive EHS experience in the local community is an important tool in school recruitment. The parent body is confident in the leadership, faculty and support staff at EHS and appreciate all efforts they make to know the students so well. They see the Dominican values represented daily in their students' EHS experience and respect the character development that underlies the EHS tradition.

While the parent body professes a welcoming EHS environment and their students' love for the school, they acknowledge the competitive atmosphere at EHS may cause some future parents hesitation.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Creation, design and implementation of a "Question and Answer" session program for parents held periodically with the administration to provide an open forum for clear communication about current school-wide concerns.
2. Opportunities for parents to be part of the EPC upon student enrollment and continuous encouragement of EHS administration and staff on the importance of parent participation at volunteer events.
3. Maintenance of an online program to manage volunteer involvement.

CONFIDENTIAL                                                                 EHS_009227

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Consider more concise and consolidated communications from a limited number of senders so that important information is not lost in a flood of too many emails to parents.
2. Recruit parents to serve as positive representatives in the local community in order to support admission efforts at feeder schools and throughout the area.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

# School Community: Alumni Body

## General Appraisal

Edgewood High School's alumni community numbers 9,800 with close to 50% living in the Madison area.

Efforts to maintain connections with the school among alumni contribute to a positive attitude about the school. The school has recently appointed an alumnus with a 40-year tenure on the faculty to direct the alumni program. With such a deep association, this staff member adds value to the alumni program and the overall culture of the school. Involving alumni and maintaining the connection with the school is a chief priority.

Alumni can become involved in the school in a number of ways including the Alumni Advisory Council, which governs the Edgewood High School Alumni Association (EHSAA), volunteering for the school or Edgewood in the Community Day, organizing reunions, or participating in fundraising activities. A few alumni are on the faculty, staff or board while others have enrolled their children at EHS. The school keeps alumni connected to the school in a variety of both print and electronic media. The semi-annual alumni magazine, *The Crusader Connection*, targets the entire database and presents feature articles, school updates and alumni news. It is identified as the signature publication of the school. Email, social media including Facebook, Twitter and a blog are also utilized.

In addition to communication efforts, events also serve to connect the alumni to the school. Classes hold reunions on anniversary years and some older classes have started to celebrate milestone birthdays in addition to 5-year class anniversaries. For example, the 50-year reunion class of 1963 recently celebrated their 70 birthdays together. Local alumni are involved in the Edgewood in the Community event. Athletic team and musical theater casts frequently plan reunions. There is an Alumni Basketball Tournament for both women's and men's teams. Two select fundraising and reconnection opportunities are offered to alumni with specific interests in either athletics or the fine arts through E-Club or Encore, respectively. Alumni Appreciation and Distinguished Alumni Awards bring donors and notable alumni together with the broader community and highlight the financial support and achievements of alumni.

The initial connection for an alumnus comes at the end of the senior year when parents have the opportunity to purchase commemorative items such as an auditorium seat, a musical note on a donor wall, a brick on the sponsorship wall or Lifetime Membership in the EHS Athletic Association. Parents who select one of these gifts receive a special gift packet to present to their student at graduation. In addition, annual and lifetime memberships are offered. Recently, the EHS Alumni Association created a scholarship to assist children and grandchildren of EHS alumni using memberships in and reunion gifts to the association.

Maintaining the history of the school is a concern and is a planned initiative of the Alumni director. In addition, both staffs of advancement and communications desire to identify the best methods of connecting with various age groups of alumni.

Edgewood High School of the Sacred Heart                    ISACS Visiting Team Report
October 11-14, 2015

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Success in creating alumni relationships that demonstrate the community and partnership values of the Dominican tradition.
2. Alumni community that loves their school.
3. Commitment to preserve the culture of the school through its history.
4. Desire to find appropriate methods to continue connecting with alumni.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Discover new ways and places to engage alumni in EHS with attention to alumni living outside of Wisconsin.
2. Develop a plan to collect, manage, and display the history of EHS.
3. Work with the communications office to identify and maintain the most effective communications vehicles to connect with alumni.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

## School Community: Local Community

### General Appraisal

Edgewood High School is located in Madison, the capital of Wisconsin and home to the flagship campus of the University of Wisconsin. The city has a vibrant mixture of employment in state government, higher education, healthcare, and private businesses.  According to demographic data, the population of the Madison area is significantly more educated and affluent than Wisconsin as a whole. Of the roughly 500,000 people who live in Dane County, 21% are under age 18, and about 17% are identified as either African American (5.4%), Asian (5.3%), or Hispanic (6.2%). The county's population has increased at a rate of 1.5% in recent years, with public school enrollment growing at 1.6% and private school enrollment declining 1.6% per year.

While the Self-Study points out that various school initiatives, like a full day of service in the fall and the service requirement of 100 hours for all students, have helped strengthen the perception of Edgewood in the community, the report points to difficulties connecting with the African-American, Hispanic and Asian population in the area.  This has made it challenging to attract students from these populations, with the result that these groups are often underrepresented at Edgewood in proportion to their numbers in the Madison area.

Additionally, the report indicates that the public schools in the area are academically competitive and are seen as a viable alternative to private school education.  Even though 53% of the population in the area identifies as Roman Catholic, and there is only one other small Catholic high school, it remains a challenge to attract students to EHS.  The 37 parishes and 12 Catholic elementary schools offer fertile ground for recruiting students. The school leadership and admissions team are developing new strategies to reach these students more effectively.  They have pointed out the need to improve relationships with the diocesan leadership in order to increase their presence in the schools and secure financial support from the diocese.

Edgewood's presence in Madison for over a hundred years has created many deep relationships between the town and school. The strong alumni base and multigenerational Edgewood families, the close ties with the business community, and the commitment of the school to contribute to the community all point to great possibilities for Edgewood to attract more students in the years ahead.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Mission-centered service program that places students, faculty, and parents into the community and requires students to serve at least 100 hours over their four years.
2. Efforts to expand financial aid and academic resources for students from low-income families.

Edgewood High School of the Sacred Heart              ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

EHS_009231

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Develop and implement marketing strategies to clearly distinguish the value of an Edgewood education in relation to strong local public schools.
2. Expand efforts to cultivate a stronger relationship with the Diocese of Madison in order to draw more students and financial support from the Catholic community.

CONFIDENTIAL                                                                     EHS_009232

## School Community: School Climate

## General Appraisal

When the topic of school climate is addressed, the one word that resonates regardless of whether the Edgewood High School faculty, students or parents are responding is "community." The sense of community is palpable in the hallways, the classrooms and the common areas of this school. Edgewood is a school steeped in history and tradition which is reflected not only in the building but in its many traditions both of which enhance the sense of community. The core values of Truth, Compassion, Justice, Community and Partnership stem from its 130 years as a Sinsinawan Dominican Catholic high school, and are embedded in all that the school does. The long-serving, caring and talented faculty and staff, the strong parental involvement and the students themselves contribute to this caring, yet academically rigorous, climate. In addition to the impact of community on school climate, the school's self study addresses three other aspects of climate: school spirit, communication and safety and maintenance of the physical plant.

While the school's curriculum is rigorous and there is clearly a sense of academic competition, a sense of calm and friendliness prevails as students move through the hallways. When asked to describe their school, many students responded that it is academically rigorous and competitive, yet "fun" and collegial. In the School Community Survey, 80.5% of students responded that Edgewood provides a caring community environment (97.4% staff/admin; 94% faculty and 93.3% parents). When speaking with students, the response was unanimous that the school provided a strong community. While the School Community Survey indicated that a large percentage of students did not feel well-known in the school, and it is still worth exploring, this was not the response of many students. Many students referred to programs like the Link Crew, a mentoring program between upperclassmen and freshmen, as an exemplar of the community environment. Others spoke of the caring faculty and staff.

One initiative indicated on the Strategic Plan to improve school climate is improved communication. Moving to PowerSchool, Google Classroom, an updated website, and other Apps, has provided parents with more timely communication. The low approval ratings for the newsletter led to a change in format and a move from paper to electronic version. The goal is that these moves will improve communication with outside constituents. With the Chromebook initiative and Google Apps for Education, student satisfaction with respect to communication has gone up and the hope is that communication will continue to improve.

There is a perception among some that faculty are left out of the decision-making process. In addition, there is some indication that faculty may not always be on the same page and the need for better communication and team-building is indicated.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

While the School Community Study indicates that school spirit, defined as actual student attendance at school-related events, has declined since 2008, interviews with students demonstrate that there is a healthy, albeit subdued, school spirit.  This visit occurred right after a week of homecoming activities which included Edgewood in the Community, when the whole student body goes into the community to volunteer, athletic competitions and a celebratory dance; hence, school spirit was high.

The president has also made a push to create a physical plant that is not only safe but is perceived to be safe as well, fully understanding how important the environment is to a positive school climate. He conducted a full asbestos inventory, repaired cracked walls, improved landscaping, improved technology, upgraded bathrooms , and replaced yellowing light fixtures with new lighting.

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1.  Sense of strong community that has been nurtured through a long history of tradition and relationship-building.
2.  Fostering of a culture of pride in academic rigor, combined with collegiality.
3.  Implementation of communication initiatives to improve relationships with constituents and perceptions of the community.
4.  Improvement in the cleanliness, safety and maintenance of the buildings and grounds.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1.  Assess faculty climate and make a determination based on this assessment as to professional development that will build trust and aid in communication amongst faculty.
2.  Assess progress with the communication goals stated in the strategic plan for strengths and weaknesses that still exist and explore ways to strengthen areas.

# School Community: Equity and Justice

## General Appraisal

While the category of "Equity and Justice" can encompass many areas, the Edgewood committee in this area focused primarily on the areas of equal opportunity for boys and girls in the student community, and issues of equity and justice among different racial groups at the school. Evidence from the Constituent Survey suggests that boys and girls have an equal opportunity for success. An observation of classroom participation, student government, and overall participation suggests that girls and boys are participating with equal competence in school activities.

The school seems to face greater challenges achieving a more ideal level of racial and ethnic diversity, and in providing a supportive environment for students of color. The demographic data provided by the Steering Committee show some fluctuation in diversity (which is defined as the percentage of African Americans, Asians, Hispanics, and bi-racial students in the school) since 2012, but ethnic and racial minorities have remained underrepresented at the school in proportion to the population in the Madison area. Also, according to the report, there is no ethnic diversity on the Board of Trustees and in the administration, and very low (5 out of 102) ethnic diversity among the faculty and staff.

The leadership of the school is keenly aware of the challenges to achieve diversity and has taken concrete steps to address the problem. In particular, programs like the "Edgewood Cultural Competency" initiative, an idea that originated from school leadership, have made progress in raising awareness about the experiences of minority students in the school, and about racism in general. The initiative has offered workshops, guest speakers, student assemblies, and curriculum reform. Significant among the various efforts to heighten awareness of racism has been the Crossroads diversity training workshops. Over the past few years, 25 teachers have gone through the intensive three-day workshop in Chicago. They spoke of being transformed by the experience.There appears to be widespread awareness and support for this program in the school community.

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Successful efforts to create a school culture more empathetic to the experience and needs of students of color in a predominantly white school through programs like the Cultural Competency and the Crossroads diversity training, and through guest speakers for students.
2. Parity between boys and girls in opportunities to flourish.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Expand diversity training to more closely align with the definition of diversity outlined in ISACS' Standards for Membership, Item B4.
2. Ensure that in-depth diversity training reaches all faculty and students.

CONFIDENTIAL                                                                            EHS_009236

## School Community: School Advancement

### General Appraisal

The Edgewood High School Advancement Office is charged with educating, engaging and serving its constituents to foster the philanthropic efforts of EHS. The office is responsible for soliciting commitments to the Annual Fund, major gifts and planned gifts. Additional duties include database management, event planning and creating meaningful relationships with donors and alumni.

The strategic plan charges EHS to "maintain a balanced fundraising portfolio that produces annual, stable and sufficient gift income." The staff of the Advancement Office, led by the President, seems to proactively accomplish this charge using the mission and values as the foundation. The Advancement Office places a priority on developing relationships as a key step to cultivating donors. The School is described as "connection rich" in providing opportunities to develop these relationships. For example, a staff member from advancement attends every Madison-area funeral or calling of an Edgewood constituent. This exemplifies the commitment to connection and community that is part of Sinsinawa Dominican values.

Potential donors have several opportunities to support the school. The single largest fundraising event of the year is the Spring Auction and Social. Revenues have been dropping and staff is assessing the viability of this event. Other opportunities to support the school financially include a dedicated fund for scholarships, alumni memberships, matching gift opportunities, reunion gifts, bequests, as well as gifts to E-club and Encore (organizations raising endowed funds for athletics and arts, respectively.) Close to $1.3 was raised last year for the Annual Fund which includes alumni memberships.

This energetic calendar of long-standing fundraising events is also populated with newer efforts to maintain relationships with constituents. For example, establishing a connection with seniors by capturing their contact information before graduation addresses part of Advancement's initiative to cultivate new donors. A planned initiative of writing grants is helping to fund programs and equipment. A formal planned giving initiative is in discussion. A feasibility study to assess organizational readiness for a capital campaign took place in the Spring of 2015. The advisability of a campaign as well as the logistics surrounding such a campaign are being assessed.

Monetary and volunteer support from parents and alumni for the advancement of the school is palpable. Parents are considered an integral part of the community. While ultimate financial support is desired, the initial engagement with a parent following enrollment involves a meeting with the EHS president. Each freshman family is invited to share their first impressions of the school. Parents of seniors are also invited to a culminating interview.

A growing network of parents and alumni devoted to E-Club (athletics) and Encore (performing arts) is creating 'mini-endowments' restricted to the support of these areas of the school. In addition, a healthy list of donors supports a growing Annual Fund.

The staff will undergo a review of the effective use of volunteers and donors in the more long-standing fundraising events such as the Auction. Concern exists that this event in particular may not be as effective as it was in the past. In addition, discussion has begun to ensure that all parents and alumni of all means find opportunities to support the school.

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:
1. Recognition of the importance of establishing and maintaining relationships with constituencies - both current and future donors.
2. Consistent evaluation of the effectiveness of advancement events.
3. Efforts to expand the scope of advancement, include greater cultivation of donors, enhance the results of the annual fund, and develop opportunities for grants.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:
1. Continually assess the fund raising events for relevance and effectiveness.
2. Look for ways to expand the donor pool and create opportunities to enable all constituents to advance the Edgewood mission and community.
3. Develop a plan to involve faculty in consistent participation in the Annual Fund.

CONFIDENTIAL

EHS_009238

## School Community: Personnel

### General Appraisal

Edgewood High School has a very dedicated and long-serving staff, with 85% of employees having worked at the school for more than 10 years. Lack of workforce diversity continues to be an area of attentionattention. The faculty and staff is 53% Catholic and 47% non-Catholic, with 5% ethnic diversity.  The distribution of employees is:

**2014-15 FT/PT Employees by Department**

|  | Administration | Faculty | Staff | Kitchen | Maintenance |
|---|---|---|---|---|---|
| Full-Time | 4 | 43 | 13 | 3 | 6 |
| Part-Time | 0 | 18 | 8 | 8 | 0 |

Human Resources is a one-person department. The Human Resource and Benefits Manager is a member of the leadership team. Primary responsibilities include benefits management, policies and procedures, employee advocacy and assisting hiring managers with the recruitment of new faculty and staff.  Human Resources monitors faculty evaluations and licensing requirements while reporting to the administration for compliance. Additionally, the human resources manager is responsible for all documentation of performance, improvement plans and termination when needed. Human Resources conducts exit interviews with faculty and staff.

Competitive benefits are an integral element in the educational arena. The human resources manager is responsible for researching and developing a comprehensive benefit package that is attractive to potential employees and contributory to employee retention.  The ongoing processing of salaries and benefits is performed by the Business Office.  Communication is another key ingredient to employee retention. Human Resources provides a trusted link from employees to administration to continuously improve the communication loop and process. Idea incentives, a suggestion box and making sure administration provides a response to all questions help improve trust and buy-in to the organization.

The school offers a comprehensive professional development program for its faculty and staff.  Each employee has an annual budget allocation of $250 for personal professional development.  The School applies annually for Federal Title II funds which faculty members use for continuing individual professional development.  Additionally the school has general and department specific funds contained in its annual operating budget.  It uses a collaborative process in involving the high school management team, department heads and individual teachers to suggest, evaluate and approve professional development education opportunities for all faculty members. Individual department budgets are also used at times for discipline specific development activities. Additionally when the school embarks upon significant program initiatives, they develop training programs and set aside funds for faculty development to promote the successful implementation of the initiatives.

CONFIDENTIAL                                                                EHS_009239

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1.   High retention rate and longevity of staff tenure, which indicates the school has created and maintained an environment attractive and supportive to employees achieving their career goals.
2.  Establishment of and financial commitment to a comprehensive, competitive benefit package for its employees.
3.  Pursuit of external sources of funding to enhance their professional development program.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1.  Create a benchmarking process for appropriate, competitive salary levels for all employee positions.
2.  Explore automated and secure methods of compliance with the regulatory and reporting requirements of the Affordable Healthcare Act.
3.  Improve internal communication to faculty and staff to ensure familiarity with school goals priorities and programs.

CONFIDENTIAL

## Curriculum and Program: Art Department

### General Appraisal

The Art Department at Edgewood High School is a stand-alone discipline, though it is considered under the umbrella of Fine Arts. The school's only Art teacher is responsible for teaching ten semester-length courses per school year; this position is designated as part-time.

There is a large, open classroom space for two-dimensional art classes, with a separate, attached space for sculpture and ceramics classes and an annexed dark room. The dark room can accommodate six students developing film at one time. The sculpture classroom is outfitted with two kilns and a recently renovated ceiling and ventilation system. The classroom space was constructed as part of the wing added in 1968; some of the recent renovations were mandated by fire inspectors.

Students must fulfill a one-credit Fine Arts requirement; all visual Arts courses are one half-credit each, at one semester in length. Course topics are offered in rotation - some each year (Drawing, Painting, Photography, Art Assistantship), and some in alternating years (Advanced Drawing and Painting, Architectural Drawing and Design, Ceramics, Commercial Art and Design and Jewelry/Sculpture). AP Studio Art is available as an independent study. Many Art students choose to take Visual Art courses in each year of high school.

Basic or Beginning Art classes meet five of the six days of the rotating schedule; advanced courses meet four of the six days. The art studio remains open all day for students to work on class projects and/or get one-on-one instruction and guidance. In addition, many students come to the Art Studio to work on individual projects, such as promotional posters or banners.

Student artwork is publicly displayed on walls and in showcases on campus. Work is rotated monthly or twice monthly. Students taking Art Assistantship help with the hanging and display of their peers' work. Three-dimensional art is often displayed in the Library.

In addition to the regular school day activities in the Art department, there are a number of after-school visual art opportunities for students. There is an art club, and students from the Art department have the opportunity to staff the school's yearbook and build and work as scenic artists on the drama productions' sets.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:
1. Commitment to offering a wide variety of visual art courses, taught by a dedicated faculty member.
2. Decision to require Fine Arts credit for graduation.
3. Inclusive and collaborative spirit in the art studio, sharing both resources and talents.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Determine whether the needs of the school are being met with one part-time Art faculty member.
2. Generate a long-term plan for repair and replacement of studio equipment.

CONFIDENTIAL

EHS_009242

## Curriculum and Program: Aviation Department

### General Appraisal

The Aviation course offers juniors and seniors an unique opportunity for practical application of math, science, and history by acquiring the technical knowledge of aviation. Angles and headings; relationship between lift, weight, thrust and drag; calculations of fuel consumption and/or weight limits, -- these are examples of the kind of experiential learning embedded in the classwork, crew work, cockpits, and field trips embedded in the course. An added benefit is the provided glimpse of the vast and diverse field of aviation as a career.

Practical challenges the program is facing include student schedule conflicts (higher priority college prep courses, sports and/or job commitments), classroom limitations, and time restrictions. As a result the class will only be offered every other year in hopes of increasing enrollment.

While students and administrators believe in the unique spirit of the program, the practicality of implementation remains a challenge.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Willingness to accommodate a non-traditional course rooted in experiential learning.
2. Commitment to the retention of the program.

### Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Evaluate the feasibility of this program, and the potential for other experiential learning courses, to further differentiate the student-centered EHS experience.

## Curriculum and Program: Business and Computers Department

### General Appraisal

The faculty of the Business and Computer Department at Edgewood High School (EHS) focus on preparing students for success in the world outside the four walls of EHS. This department has a strong commitment to service, collaboration, digital citizenship and teaches concepts that can be applied in multiple settings beyond EHS, i.e. college and the workplace.

There are two computer labs at EHS and one is dedicated for the Business and Computer Department classes. The curriculum emphasizes collaborative group work as well as practical technology skills using (but not limited to) Google Docs, Google Apps, spreadsheets, presentation software and keyboarding. Freshmen students are given the opportunity to test out of the Personal Computer Literacy class which allows them to then select an alternate elective course.

Upper level classes offered include Accounting, Starting Your Own Business, Marketing 1 and 2, and Managing Your Financial Life. Accounting and Marketing 2 are offered in alternating years to allow students to take classes sequentially. Of note, the Marketing classes collaborate with EHS for the annual Fundraiser event, creating advertising materials and providing skills in any business/marketing areas as needed. This experience practices the real world skills students have acquired during the course.

Presently there is one faculty member (hired at 85%) teaching all the business classes.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Instruction of technology skills that can be applied in curricular areas .
2. Business curriculum that addresses real world themes and culminates with a hands-on, real world based experience.
3. Decision to alternate Marketing 2 and Accounting that allows students to move through the curriculum sequentially.
4. Option for freshmen to 'test out' of the Personal Computer Literacy Class.
5. Collaboration with the annual fundraising event as students partner with members to help make this event a successful initiative.

### Recommendations

Edgewood High School of the Sacred Heart                    ISACS Visiting Team Report
                              October 11-14, 2015

CONFIDENTIAL                                                                    EHS_009244

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Evaluate the Personal Computer Literacy class to determine if this course continues to be the best choice for incoming freshmen.
2. Begin discussion to offer an alternative business class for freshmen with a technology based curriculum entrenched in real world topics.
3. Invite faculty and administration to evaluate and rate end-of-year student projects (presently Shark Tank type presentations).

# Curriculum and Program: Communications Department

## General Appraisal

All students at EHS take a required course, Public Speaking, the primary focus of the Communications Department. In addition to the required course offering, the Communications Department also offers courses in Advanced Public Speaking, Acting, and Play Production. Designed to promote articulate speakers and writers as well as creative performers and regarded listeners, the Communications department is recognized by the EHS community for preparing students for all types of interpersonal engagement and public presentation. EHS students earn self-confidence through class performance while also learning to be respectful and active listeners.

The required one semester course, Public Speaking, may be completed at any time during grades 9-12. But, EHS encourages students to take it in grades 9 and 10, so that they have the opportunity to take Advanced Public Speaking or another Communications department class in their junior and senior years. A variety of speech types are introduced and students learn to research, review, and revise all text prior to presentation. Speech preparation requires study in written and oral discourse. The Communications department stands alone and is not aligned with any other department during subject area collaboration. As a one person department, this isolation has not allowed for a sense of collaborative effort nor opportunity for inter-curricular planning.

Currently, technology is being used as a supplemental portion of the presentation component, i.e. Powerpoint presentations and videos, etc. In addition, playwriting is done through a digital document allowing for student collaboration. Plans for future technology integration are being considered in addition to professional development which emphasizes this specific content area.

International students who are English Language Learners in the Public Speaking class find some class expectations out of range due to their limited written and oral communication skills. While some ELL students are successful, others need assistance in basic language skills in order to complete an activity. Cultural differences in interpersonal dynamics are also highlighted in this course.

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Commitment to the Public Speaking course as a graduation requirement in order to promote clear and articulate oral communication skills for all its students.
2. Design, creation and maintenance of great facilities for all Communications department courses including oversize classroom space and nearby stage access for student performances, presentations and rehearsals.

CONFIDENTIAL

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Consider the adoption of an ELL support person for international students who are challenged by the language and interpersonal skills required for success in the department's courses.
2. Review the number of mods offered per cycle for the current public speaking course in order to consider an increase in the amount of class time hours as well as opportunities for student performance.

CONFIDENTIAL

EHS_009247

## Curriculum and Program:  English Department

### General Appraisal

The EHS English Department provides a college preparatory curriculum from grades 9-12 allowing for all students to achieve mastery levels in literary understanding (showcased in expository and analytical writing and practiced oratory skills), while also promoting critical thinking in all levels of classroom activity.  The literary and non-fiction material chosen for study is rich in content and allows for the exploration of the Dominican values of Truth, Compassion, Justice, Community and Partnership.

All students, in all levels begin the yearly study of literature by reading at least two texts, both contemporary and classical, over the summer.  The summer reading content begins the literary study in the fall and lends itself to further discussion comparatively throughout the length of that course.  Assessment of the summer reading assignment is particular to each level and course and includes project, presentation, essay and a variety of objective formats.

In freshmen year students take an English I course which introduces composition skills and the study of literature for understanding through the use of several genres.  Students who, by recommendation, are placed in a Humanities Honors program in grade 9, are introduced to analysis and criticism of literature using classical texts for consideration.

Second year English (English II) in addition to the further study of literature through a wider range of genres incorporates composition skills including paragraph and sentence structure, mechanics and grammatical skills necessary for clear and effective written communication.  The honors level sequence in grade 10 concentrates on British literature in the Anglo-Saxon tradition as well as the contemporary style and allows for the study of literary analysis at an accelerated pace.  With the elimination of a previous freshmen honors program, the step up to the challenge of sophomore honors is recognized by teachers and students.

In order to allow for the continuation of emphasis on college preparatory skills, research skills are presented in grade 11.  The entire research process is introduced with a literary research project in both American Literature and American Literature Honors, with the synthesis of ideas, necessary understanding for college level research, emphasized in the honors level.

Students are provided an option for choosing courses in the junior and senior years.  Placement in the highest level class, AP Literature and Composition, requires an application to the department chair detailing the student's departmental history and achievement in the English program.  The chair reviews the application in conference with other department members. Consistent AP English scores clearly indicate a very successful AP  program, but the declining enrollment in the AP English class

CONFIDENTIAL                                                                    EHS_009248

deserves mention.  The growth of other AP programs in the building is believed to be a factor in this decrease.

While there is time for department area collaboration in the cycle schedule, the location of English classrooms throughout the building does not lend itself to either a sense of department community nor provide ease of immediate but brief discussion in the halls throughout the day.

All levels of English classes host international students who are English Language Learners (ELL). With the increased number of ELL students, the English department makes case by case determinations on expectations of individual ELL students.  Some students have limited English language skills and require much needed assistance.  Additionally, their ability to recognize nuance in the study of literary understanding ultimately limits classroom participation and the presentation of critical thinking.  English department teachers, not credentialed in special needs, therefore make decisions on accommodations for ELL learners.  Students who may need assistance in English curriculum may seek out the Learning Resource Center, but this decision is student/family directed and not teacher/school directed.

The Writing Lab supported by the English department, is a well-received program at EHS.  Students seek assistance in writing for all disciplines at the Writing Lab. Student and department feedback is positive and the program is well-regarded at EHS.

The loss of the former Writing Across the Curriculum program (WAC) has been unfortunate as the English department finds that the inter-curricular planning which came out of it is no longer evident in the overall curriculum program.  The department recognizes that the FIT (Freshmen Interdisciplinary Team)  program does allow for a freshmen sense of community during this important age-level transition as well as inter-curricular planning, yet the lack of an honors level English freshmen course results in a large difference in the demands of the freshmen and sophomore honors level program.  The department sees the opportunity for an honors track in the freshmen English program and recognizes its future value in preparing students for upper level advanced English courses.  Upper level classes still lack the inter-curricular lessons and activities previously present when the WAC program was in place.

Overall, the department sees a move toward a quality of literary analysis emphasis over a quantity of study, i.e. the number of novels studied is being reduced in favor of the depth of literary study covered in each text.

The integration of a one-to-one program at EHS has provided the English department with the ability to design digital lessons and activities preparing students for 21st century learning and future college-level studies.  Online peer editing and other online writing workshop and research activities have been well-received by students and teachers.   Professional development, including on and off-site workshops has introduced the department to digital learning using the Google Classroom and Google Apps.  In general, the administration has been supportive of teacher requested professional development.  There has been positive growth in the department's tech integration and department

Edgewood High School of the Sacred Heart              ISACS Visiting Team Report
October 11-14, 2015

EHS_009249

members look forward to more opportunities for more digital classroom style integration, but would like to see more specific content area guidance in digital style learning.

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Decision to provide literature courses that encourage a worldly view of human experience through a selection of literature that is worthy and rigorous and explores a global perspective which is a necessary component for developing 21st century global citizens.
2. Ongoing support of the EHS Writing Lab as a resource for students writing in all subject areas and participation in the Young Playwrights program that encourages student creativity and the presentation of student work in a public forum.
3. Commitment to a rigorous and consistent writing program throughout grades 9-12 that encourages solid and reasoned writing in every English course and ensures future success of all EHS students in college-level study after high school.
4. Commitment to current well-recognized English standards (NCTE) which encourage fewer literary texts studied in each class in favor of closer and more intensive textual study.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Review with EHS English teachers the expectations for ELL learners as they begin their study of literary understanding through their second language.
2. Consider the adoption of an ELL specialist to assist with the classroom lessons and activities for international students.
3. Review the FIT program to determine the appropriateness of an honors level English class.
4. Provide English content area technology training in order to encourage more digital learning in all English classes.

CONFIDENTIAL                                                                                   EHS_009250

## Curriculum and Program: Languages Department

### General Appraisal

Students walk into many language classrooms to discover music playing in a space decorated with posters, objects representing the culture of the target language, and a teacher eager to welcome them. Those taking French or Spanish may hear little to no English for the entirety of the period, especially in levels II and up. Attendance is in place by the bell and, for the next period, they will experience easy use of the LED projector, Chromebook, Google classroom, collaboration, camaraderie, presentations, mutual respect, and smiles all around. The day's objective is on the board and reviewed at the start of class; homework is collected assigned before the bell. Students leave with another day well lived.

Edgewood High School offers level I through IV in French, Latin, and Spanish, as well as AP for all three (no level V). Teachers offer national language exams as well as access to their national honor societies. Latinists may also join the Junior Classical League and participate in the annual state convention. Participation in the national exams is negligible in Spanish and French but respectable in Latin, perhaps due to interest in attending the state convention. Last year attendees reached the maximum of fifty. Survey responses from 94.7% of alumni give the department a good to excellent rating and evidence from them indicates success in creating "globally aware and active 21st century citizens" (from the 2014-2015 Self-Study Report, page 54).

Two recent retirements (and new hires), together with two absences of veteran teachers due to illness and a school-sponsored leave (one being the chair), provided a faculty both new since the Self-Study and underrepresented during the Visiting Team's sojourn. Despite this challenge, those present were able to respond to the content of the report from the Languages Department and challenges therein. Recruitment of students into French and Latin was of concern and is experienced as feeder schools provide students with Spanish already begun. Retention of many students beyond the second or third year is another, for all three languages, as students move to other electives after having met basic language requirements for college. Retention is further exacerbated by the lack of a level V non-honors course (AP is the only fifth-year option), something that may deter students who enjoyed level II as freshmen but want to pursue honors courses elsewhere or not at all. As reflected elsewhere in this report, demands from day-to-day teaching have competed with the institution's several initiatives, particularly in cases where a class has students on both ends of the spectrum in terms of "ability and ambition" (54).

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

EHS_009251

1. Dedication to language instruction for young people as well as to the specific languages themselves.
2. Success at demonstrating its own goal to include diverse teaching strategies for multiple intelligences and interests.
3. Use of Chromebook and Google classroom to engage the students in the courses.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Investigate the feasibility of instituting a language requirement for graduation in order to better mirror college-preparatory schools.
2. Develop techniques to recruit students to Latin and French (e.g., student ambassadors to feeder schools, open houses, early counseling) and retain students in all languages after the second or third year.

CONFIDENTIAL

EHS_009252

## Curriculum and Program: Mathematics Department

### General Appraisal

Edgewood High School (EHS) offers a strong mathematics program taught by a caring and committed faculty.  The department offers college preparatory courses designed with state and national standards in mind. Evidence of the Mathematics Department's adherence to the school's mission and departmental goals was visible in the classroom and curriculum and was embedded in conversations with students.

The curriculum (traditional topics from Algebra I through AP Calculus and Statistics) is structured with a flexibility that serves both incoming and current students. Using proficiency tests, students can place into a range of courses, as well as change their path to fit individual needs.  Math classes are ability grouped and these groupings reflect knowledgeable, thoughtful and deliberate consideration by the Mathematics Faculty.

Mathematics teachers at EHS are committed to the success of their students, devoting time outside of scheduled class for individual tutoring as well as for extracurricular math activities. In the classroom, students are engaged in teacher led instruction enhanced by the use of projector-technology.  With recent classroom renovations anticipating technology needs, the department is investigating non-traditional approaches to student learning. In addition, the department offers online resources to students who need additional support, such as e-textbooks and recorded class lectures and notes. In-class support for students remains a challenge with larger class sizes.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Development of a strong program with sufficient rigor, yet adequate flexibility to meet students' needs.
2. Sincere desire and determination to find ways to support the needs of their academically diverse student population.
3. Current use of technology in the classroom.

### Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

Edgewood High School of the Sacred Heart                ISACS Visiting Team Report
October 11-14, 2015

1.  Provide professional development opportunities for the Math Department to expand their expertise in the area of pedagogical innovation, with special attention to the use of technology.
2.  Coordinate more closely with the EHS Admissions Office in the administration of proficiency tests to ensure proper placement for all new students.

CONFIDENTIAL                                                                      EHS_009254

# Curriculum and Program: Music Department

## General Appraisal

Though Music falls under the distinction of "Fine Arts," it is its own academic department at Edgewood High School, and the only performing art offered academically. There are three music faculty – one full-time instrumental music instructor, one full-time choral music instructor, and one part-time piano teacher. The instrumental music teacher also serves as the Music Department Chair. Students must obtain one  Fine Arts credit before graduation; courses in both Music and Art can fulfill the requirement.

The Music Department offers a variety of courses, many of which are performance-based. Instrumental ensemble courses are available to students in grades 9 – 12 and include Concert Band, Crusader Band, Orchestra (strings only) and Jazz Ensemble. Choral music courses offered are: 9th grade Edgewood Chorus, Concert Choir and the Crusader Singers Show Choir, for which students are selected by audition.  Though each of the above performance-based courses earns one full credit, classes meet every other day in the school's six-day schedule cycle; Jazz Ensemble meets before school at 7:00 am. Each ensemble course publicly performs at least two times per semester – one fall and mid-winter concert per group, plus combined Christmas and spring concerts. Jazz Ensemble and Show Choir perform more frequently, often traveling off-campus for engagements.  Both choral and instrumental groups have designated rehearsal space with ample storage for sheet music and instruments.  Students in performing ensembles are encouraged to stay with their music studies for all four years of high school.

Group piano classes are available at four distinct levels:  Beginning Piano, Second Year, Intermediate and Advanced.  Piano students work in a lab-style setting, with a dozen Clavinova pianos in one room equipped with headphones for individual practice.  The instructor has the ability communicate to students via microphone and can group students, giving them access to hear one another.  As part of learning how to play piano, students also learn music theory and notation.

Since many of the feeder schools in the area offer limited exposure to instrumental music, Edgewood's program strives to meet the needs of musicians at a wide variety of levels.  In any given ensemble, at least twenty percent of the students are brand new to the study of music.  Each student enrolled in a performance-based music class also signs up (via a Google spreadsheet) for individual music instruction.  Additionally, some students seek private music instruction outside of school.

Students of both choral and instrumental music are expected to practice outside of scheduled rehearsals.  Music teachers utilize online resources and post recordings and rehearsal audio files on Power Schools to best utilize students' practice time.

The Music department offers one half-credit music appreciation course, *The History of Popular Music in America*; it may be taken only once.   With departmental consent and concurrent enrollment in a music course, students may also participate in a half-credit independent study with a particular focus or work as a music assistant.

Edgewood High School of the Sacred Heart                ISACS Visiting Team Report
October 11-14, 2015

EHS_009255

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Standard of excellence in Music education, with a committed staff who nurture individual abilities, yet work to create cohesive performing ensembles.
2. Decision to offer a wide array of performing ensemble courses with ample opportunity for public concerts.
3. Support for designated time for one-on-one music instruction.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Investigate options for offering more class time for performance-based music classes.
2. Develop a plan for recruiting students with prior music experience.

CONFIDENTIAL                                                          EHS_009256

## Curriculum and Program: Physical Education Department

### General Appraisal

The Edgewood High School Physical Education Department is an important part of the curriculum for all students. Students are required to take five semesters of Physical Education plus one semester of health. EHS Physical Education strives to meet the physical needs of the students through vigorous activity which is important for growth and development, both physically and mentally. The program provides basic foundations of lifetime fitness, social and leadership development. The core values are incorporated in lessons regarding leadership, sportsmanship, teamwork, and the importance of cooperation. There are 5 instructors in the Physical Education Department. Each has varying roles within the department and athletics, as well as other school responsibilities.

The school has outstanding facilities for physical education classes including two gymnasiums, a swimming pool, track, weight room, balcony, and two outdoor playing fields. The school is also within walking distance to parks and recreation areas like Vilas Park for tennis, ice skating, walking and running. Renovations recently made to the Wilke and Krantz gymnasiums create a more pleasing indoor environment.

The staff has increased emphasis on physical fitness, use of technology, and academic rigor within the department. The Physical Education I class (usually taken by Freshman) has a focus on fitness for life. There are a wide range of electives being currently taught including ballroom dancing, team sports activities, recreational activities, weight lifting, speed, agility, and plyometrics, flexibility and stability ball classes, as well as lifeguarding, and athletic training. The basic level courses are designed to reach the masses, however, there are also advanced levels of these courses taught for the exceptional students and those striving for a more comprehensive understanding of a particular course. The department works hard to promote a fitness for life mentality. The department also works cooperatively with other departments who need the facilities for various activities, including liturgies, concerts, and assemblies.

The Physical Education staff  is devoted to providing a wide and broad base of classes for the students of EHS, and is currently working to enhance the courses they have as opposed to adding new ones. They have embraced the use of technology in their classrooms and are continually looking for new ways to incorporate technology even more. Because of the demands on their time after school due to coaching duties and responsibilities it is difficult for them to meet as a group for collaboration. They work well together, helping each other and filling in for off campus coaches who may be running late which only increases the demands on their time. They are also asked at times to adapt their schedule to allow other groups to use the gym for special events. Although they are always accommodating, it is a further demand on their time to create alternative lessons to use when they can't be in their space.

CONFIDENTIAL

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:
1. Diverse curricular offerings and flexible scheduling to both appeal to various interests and create opportunities for more students, therefore promoting lifelong fitness.
2. Devoted faculty who offer many areas of expertise and experience.
3. Numerous facilities on campus and nearby that provide multiple opportunities for students.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Plan meeting time within the school day for the Physical Education Department when it is possible for all to attend.
2. Study the load of the PE teachers in order to ensure that duties are both distributed equitably and in support of the mission.
3. Explore the feasibility of limiting the number of special events that take away gymnasium class time.

CONFIDENTIAL                                                        EHS_009258

## Curriculum and Program: Religious Studies Department

### General Appraisal

The Religious Studies Department contributes to the development of each student's intellectual and spiritual development through required and elective courses that encourage honest and open inquiry rooted in Catholic and Dominican traditions.  The courses taught provide inspiration and motivation for the department's commitment to supporting and preparing students for being co-creators of  a just and enlightened society.

The department works  to be inclusive of all faith backgrounds, and those who are non religious, while being faithful to Catholic tradition through incorporation of the tenets of the United States Conference of Catholic Bishops.

Religious studies are academic and promote reflection and introspection.  The sensitivity to students diverse religious and secular backgrounds results in challenging courses that require students to analyze and relate course content to their lives.  The department is comprised of experienced professionals specializing in theology and religious studies who have a keen eye on addressing the needs and questions particular to adolescents and their psycho-social levels of development.

Department members meet each cycle to share ideas and review best practices and areas for improvement.  By way of content and response to students, the department is attentive to both their current questions and struggles, knowing that in future life experiences, students will value more deeply their religious studies coursework and opportunities for discussing ultimate questions and genuinely reflecting upon them.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Highly dedicated individuals providing a curriculum that integrates the catechetical criteria established by the United States Council of Catholic Bishops.
2. Curriculum of excellent options that includes students from diverse backgrounds, shares common language, creates context for further study, identifies areas of interest, and grounds inquiry in faith and understanding.
3. Commitment to meet the growing diversity of their students by fostering sensitivity and awareness of the varied religious backgrounds and experiences of their students in a shortened time frame.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. In response to the new time constraints (three of six teaching mods per cycle), re-evaluate and re-prioritize, in light of the school's Catholic mission, the USCCB and the department's challenging content requirements at all grade levels; this is especially necessary because of the institution's desire to enhance its relationship with Catholic feeder schools and the diocese itself.
2. Seek relevant and age appropriate technological applications to use and create content where possible.

CONFIDENTIAL                                                                                              EHS_009260

## Curriculum and Program: Science Department

### General Appraisal

The Edgewood High School Science Department approaches science education as an opportunity to teach students about the world around them through the lens of science. From scientific phenomena found in students daily lives to the fundamental scientific skills of inquiry, reasoning, and methodology, students learn the processes necessary for scientific literacy in a globalized and rapidly changing world. Taught by a committed faculty who are passionate about their subject, course offerings allow for exploration of a variety of science disciplines in addition to the traditional science curricula. The depth and breadth of course offerings provide scientific opportunity for students from diverse academic backgrounds.

The Sonderegger Science Center, a modern, K-16 building, is a unique and beneficial asset central to the science experience at Edgewood. Collaboration is a major theme and informs many of the educational encounters for both students and teachers. Well-equipped, shared classrooms allow for joint teaching and planning, and this department maximizes the potential of such a setting. College students from "down the hall" (and other nearby college campuses) may be seen assisting teachers through practicum. Looking forward, the department hopes to create more opportunity for interaction with the building's youngest tenants, Edgewood Campus School elementary students. In addition, the department has begun discussions around the inherent space conflicts created when all classroom space is shared and designated lab space is limited.

A wide variety of instructional methodologies are used to teach to the students' varied learning styles and cultural backgrounds. Teachers, themselves passionate science-learners, create student-centered classrooms aided by a variety of technological tools, such as SmartBoards and visualizers. Flipped classrooms, interactive notebooks, class websites, and use of Learning Management Systems enhance the student learning experience. A variety of semester and year-long courses (regular and AP), as well as a summer research offering, provide students with ample opportunity for stimulation and engagement in scientific inquiry. The department's philosophy of helping students to discover, appreciate and enjoy the beauty and excitement of the scientific process is evident in a variety of instructional techniques primarily centered on active learning. As quoted in the student Science Journal, *Wings of Discovery*, science teachers at EHS "nurture in their students not only current scientific understanding, but the confidence to become part of creating it." (Judd Schemmel, former President)

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

EHS_009261

1. Sincere desire and efforts to instill in students an appreciation of scientific inquiry and independent exploration.
2. Commitment to provide course offerings that meet the needs of an academically diverse student body.
3. Complete dedication to the collaborative process, both in co-teaching and supporting colleagues, as well as instilling a genuine love of learning in students.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Develop a plan to train faculty to effectively use the SmartBoards in classrooms and additional technologies appropriate for 21st century science learning.
2. Discuss the feasibility of adding two additional science classrooms to accommodate the varying class and lab offerings.

## Curriculum and Program: Social Studies Department

### General Appraisal

The Social Studies department offers a rigorous curriculum starting with American History from 1900 to the present in the ninth grade, as part of an interdisciplinary program (Freshmen Interdisciplinary Team). In the tenth grade, the required World History course focuses on European history in the first semester and China, the Middle East, and Africa in the second. In the eleventh grade, students are required to choose one year of social studies from a list of electives. These include AP European History, AP United States History, Economics, Law, Recent United States History, and courses in Global Issues and American Political Systems, which rotate year to year. Seniors have the option to choose from these electives as well, and many students opt to take a year or more of social studies beyond the requirements. Members of the department lament the loss of an Asian studies elective in the last school year, and point out that many of the paths through the curriculum could result in an education lacking in non-Western topics.

EHS social studies teachers appear to work with an informal collegiality. They report strong, enduring professional relationships with each other, and clearly enjoy sharing ideas about courses and pedagogy. New teachers report a high level of support from their colleagues. At the same time, regular meetings provide them opportunities to check in with each other about the work of their courses. All seemed quite engaged in their content area.

In the classroom, faculty demonstrate caring interactions with their students, and a climate of mutual respect prevails. Students arrive to class ready to learn, and are attentive to the directions of their teachers. There is minimal interruption to the flow of classes, and students seem serious about capturing the information offered by their teachers. Informal interviews with students after class revealed high regard for the social studies teachers.

In the area of pedagogy, it is evident that the department works hard to diversify its methods. In addition to traditional lectures, teachers give students opportunities to present information, work in groups, discuss texts in Socratic Seminar, and experience the insights of an engaging array of guest speakers from the Madison area. Finally, in every class there is a remarkably seamless integration of technology, given the fact that they have just begun a 1:1 Google Chromebook program this year. Teachers seem very comfortable with presentation software and web-based classroom management applications. The technology appeared useful, but not intrusive.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Elevation of social consciousness through rigorous teaching of current issues across the curriculum.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

EHS_009263

2.  Supportive mentoring for new teachers, and ongoing collaboration about content and pedagogy.
3.  Successful integration of technology into the classroom, despite early challenges.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1.  Review curriculum to address a relative dearth of non-Western topics.
2.  Employ the curriculum maps to establish which historical skills and themes are taught at various points in the curriculum to enable the department to identify strengths and areas to address in the curriculum.

CONFIDENTIAL

## Student Services: Library

### General Appraisal

The Edgewood High School Library is an inviting space designed to encourage collaborative learning as well as individual work, with tables situated in the middle of the library and individual carrels along the edges of the room.  Books are displayed in meaningful ways to encourage an appreciation for reading.  The Learning Resource Center offices are housed in the back of the library, and a Writing Lab is centrally located.  Throughout the day the library is filled with students and an academic energy is evident.  The library's mission "to provide services and resources in support of the educational program to ensure that students and staff are effective users of ideas and information," was evident in conversations and observations throughout the visit.

The library is staffed by one professional librarian and one library assistant both of whom also serve as instructional technology coaches.  The library staff has created an academic yet fun environment in the library and has a strong, helping relationship with the student body.  The staff does not merely stand behind the counter checking out books, but rather is actively engaged in guiding students in finding, analyzing and using resources to think critically, draw conclusions and make informed decisions.   The library has formed a strong collaborative relationship with faculty in order to deliver a Library curriculum that follows the guidelines of the American Association of School Librarians' Standards for the 21st Century Learner.

As with most libraries, the shift from printed to electronic materials is causing growing pains and reevaluation of the role of the Library Media Center in the learning community.   The library staff continuously analyzes needs and attempts to create a balance of printed material with electronic subscriptions and texts.  With the Chromebook initiative, the staff has conscientiously worked to create a database of e-books that fit the needs of the faculty and student body.  The result is a varied and appropriate blend of printed and digital material.  In addition, the library has integrated an online catalog, Destiny, into its programming.  Staff also provides students with a collection that is reflective of a diverse and changing world.

In accordance with the ISACS standards for membership, the Library Media Center promotes academic excellence in students by encouraging effective use of information and technology resources and promoting valuable lifelong information seeking skills and critical thinking strategies.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

Edgewood High School of the Sacred Heart                     ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL                                                                                      EHS_009265

1. Belief in the value of a strong Library staff that, through professional expertise and passion, cultivates an environment that promotes and encourages intellectual curiosity and life-long learning.
2. Strong collaboration between faculty and library staff to promote informational literacy and the use of new technology among students.
3. Maintenance of a library website which provides a user-friendly, up-to-date resource of useful subscription databases, links and other resources for students, faculty, parents.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Collaborate with the Registrar to create a schedule that does not overcrowd the library, enabling the library and library staff to function to full potential.
2. Reassess the current safety plan to ensure that the library space and library procedures are adequately addressed.

CONFIDENTIAL

EHS_009266

## Student Services: Student Services Department

### General Appraisal

The Student Services Department supports and nurtures the whole student for a life of learning, service, and personal responsibility and strives to provide the skills and inspiration for students in their pursuit of a purposeful life.  The department encourages and fosters growth in academic, vocational, personal, and social development, with a strong emphasis on guidance and enrichment in the areas of college and career exploration, a challenging process without the use of a comprehensive electronic guidance management program.

The department has a unique model of addressing disciplinary matters through the Assistant Principal/Dean of Students in conjunction with support and personal development led by the counselors.  All disciplinary issues are addressed through interviews with all parties involved (students, faculty/staff, and parents);  in addition the Administrative Assistant communicates directly with the department to recognize any attendance patterns or concerns.

Student Services directs a range of efforts toward fostering individual growth through collaboration and development of group and classroom lessons and procedures.  The counselors, in partnership with parents/guardians, faculty, staff and the surrounding community, assist each student as he/she works toward achievement of academic, vocational, personal, and social fulfillment.  Through the observation and surveying of students and parents, the department continuously develops and implements grade level appropriate programming, targeting each of these areas through individual consultation, group and classroom lessons and procedures, and one-on-one counseling.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Collaborative work in disciplinary matters that incorporates counseling strategies and expertise to assist the personal development and successful completion of the Edgewood college prep experience.
2. Seamless record-keeping process with the Registrar, energetic, effective and productive counseling and guidance services to students and parents, and the management of the Academic Success Program.
3. A unified team effort creating a visible and effective process  meeting the needs of each student at EHS.

### Recommendations

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Design a specific model of one-on-one student contact with the sophomore class.
2. Develop a process to fund the acquisition of the Naviance Guidance Management System, to implement a comprehensive data management system that can track/ record students' academic, vocational, behavioral, or longitudinal progress, including both current students and alumni, and allow teachers access to information and updates on students' special needs.

CONFIDENTIAL                                                                 EHS_009268

# School Life: Campus Ministry

## General Appraisal

Edgewood High School prides itself on its commitment to the Sinsinawa Dominican values central to its founding and mission. In all areas of student life and faculty involvement, Edgewood places great emphasis on service, character and the exploration of faith. The Campus Ministry department, then, is a cornerstone of the Edgewood experience, crucial to the spiritual life and character development for all members of the school community.

The Campus Ministry department includes four staff members, all of whom are part-time, some with responsibilities in other departments. Campus Ministry plans and executes all student retreats (one per grade level), conducts campus liturgies and morning prayer, coordinates service learning and teaches a Peer Ministry class.

Peer Ministry class, a semester-length elective, fulfills a half-credit Religious Studies requirement for upperclassmen. Students enrolled take on leadership roles, planning and helping run spiritual retreats for younger students; retreat themes mirror the course content taught in grade-level Religious Studies classes.

Edgewood's opportunities for community worship are also coordinated by Campus Ministry, with the input and help of Peer Ministry students. These include a monthly all-school liturgy and various prayer services throughout the school year.

The school's chapel is a warm and inviting space, reflective of the importance placed on spiritual exploration. It presents space challenges for services, as it can only accommodate fifty six students and/or faculty at one time. Weekly mass, conducted by visiting clergy, is held in the chapel before school. All-school worship gatherings are held in the gymnasium, the only space on campus large enough to house the entire school community. Campus Ministry has a second-floor classroom, set up in a lounge style, with ample, comfortable seating for students.

All Edgewood High School students have a one-hundred hour service requirement for graduation. EHS provides yearly opportunities for school-wide service with its "Edgewood in the Community" Day. In addition, the junior year retreat is service-based and addresses need in the greater community. Faculty members in Religious Studies work closely with Campus Ministry to coordinate service plans for students; a bulletin board outside the Campus Ministry room serves as an announcement spot for service opportunities. Students may select to volunteer at gala events, charity fundraisers, as servers for community meals and at homes in the community, raking leaves and removing snow as needed.

In addition to working with all students on matters of spiritual direction, the Campus Ministry faculty also strive to make themselves available to assist with the faith journeys of faculty and staff.

CONFIDENTIAL

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Clear commitment to assisting with the faith lives of all members of the Edgewood community, with a demonstrated emphasis on service and character.
2. Enthusiastic and dedicated Campus Ministry staff.
3. Dedication to a vibrant retreat program, creating opportunities for spiritual development and student leadership.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Continue efforts to identify Campus Ministry as an integral part of school life at Edgewood High School, central to the embodiment of the school's mission.
2. Investigate professional development offerings for Campus Ministry staff, especially as relates to providing spiritual guidance for faculty and staff.
3. Devise a plan to improve the efficacy of audio-visual equipment for all-school worship, given the acoustic challenges of the available space.

## School Life: Co-Curricular Activities and Organizations

### General Appraisal

Edgewood High School houses a robust co-curricular program, with 31 faculty-led co-curriculars, ranging from athletics to service-based learning to engagement in specific academic, social and recreational interests. The student co-curricular participation rate is 95% reported on the Constituent Survey, 79.3% of current parents, 69.5% of students, and 75.8% of Edgewood alumni rate the co-curricular programming as "very good" to "excellent."

In keeping with its mission to educate and nurture the "whole student for a life of learning, service, and personal responsibility," Edgewood High School makes a priority of supporting the co-curriculars. It offers and highly encourages each student to participate in a variety of academic, service, fine arts and athletic co-curriculars.

Academic co-curriculars have academic excellence at the core of their philosophy and many have a service requirement that exceeds the school's graduation requirement. Co-curriculars that have a service-based mission share a common leadership dynamic with opportunities for students to engage in leadership experiences and build on their natural desire to take an active role in the school and wider community and in their lives beyond high school. Co-curriculars based in the performing arts include enough options so that many students can find their niche, whether a vocalist, an actor, a comedian or drawn to musical theater and drama. All curricular music ensembles give instrumental performances and generally include a co-curricular performance component at venues throughout the city. Athletic-based co-curriculars, in addition to WIAA-sanctioned sports and letter-earning teams, provide an opportunity for students who enjoy competing but want a less demanding schedule of practices and competitive events. These co-curriculars provide an outlet and stress-relieving break for students who could be overwhelmed by balancing rigorous academics, part-time employment, volunteer service, and other leadership roles in school, church or community.

Coaches, directors, and advisors work to the best of their abilities to accommodate students who wish to participate in multiple co-curriculars simultaneously. Edgewood's co-curriculars meet at different times—some before school and some after school; and some activities also take place on weekends—giving options for maximum enrollment. While the opportunities for students to explore their interests exist, involvement in several co-curriculars can lead to struggles balancing the demand of academics and activities, and a complex, full schedules makes it difficult for students to balance their academic pursuits with their co-curriculars.

Faculty moderators receive a stipend for the work they do with co-curriculars. Compensation is inconsistent for co-curricular moderators, which can translate to faculty members not wanting extra-contractual obligations. This, in turn, makes it difficult to initiate new student organizations or co-curriculars.

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Encouragement of a high level of student participation in co-curriculars which contributes to the education of "the whole student for a life of learning, service and personal responsibility," and promotes community building and a more inclusive and active EHS community.
2. Efforts to take advantage of its location in the Madison metropolitan area in collaborating with community resources to provide students with rich co-curricular experiences.
3. Intentional development of student leadership initiatives in the context of specific co-curriculars, such as Link Crew, NHS and Dominican Preaching, so that students develop leadership skills in an organic, authentic way.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Design a schedule that will allow for students to maintain academic success while participating in co-curricular activities.
2. Develop a plan emphasizing a deeper level of student commitment in a fewer number of co-curriculars by coaching students to consider the quality of their co-curricular experience rather than the quantity of activities they are involved in.
3. Assess current pay structure of moderators of co-curriculars in order to create equity and build in incentives for teachers to serve as moderators and take programming to a higher level.

# School Life: Athletic Department

## General Appraisal

The Edgewood High School Athletic Department's purpose is to encourage and challenge all student athletes, nurture the whole athlete, and instill the values of responsibility, respect for others, leadership, and self-esteem. The intention is that these values will translate to the student's academics and citizenship. The Athletic Department strives to promote a balance of competitiveness and commitment to goals with a sense of school spirit and community. Students must also balance the rigorous demands of a college prep curriculum with the demands of their athletic schedules.

Edgewood students can chose from 20 WIAA (Wisconsin Interscholastic Athletic Association) sports as well as two non-WIAA sanctioned sports. These sports are typically offered at the freshman, junior varsity and varsity levels. The teams are staffed by a combination of faculty and non-faculty coaches from Edgewood and the Madison community. Many alumni have returned to the school in the role of coach or assistant coach. The Athletic Department has a rich history of success including 24 state team titles, 24 state runner up titles, 80 League championships, and 15 individual state titles. In addition, there have been countless Edgewood athletes who have received recognition as "Player of the Year," "All-City," "All-County," and "All-State". Edgewood belongs to the Badger South Conference, one of the most competitive sports conferences in Wisconsin.

The Athletic Department has a combination of on-campus, off-campus, indoor, and outdoor facilities for its athletes. The school has made recent renovations to the two on-campus gymnasiums which enables increased participation and success in both physical education classes and athletics. A fully updated weight room and new technological capabilities enhance the Wilke Gym's ability to support interactive training and instruction. The Walker Center for the Arts recent renovations provide the dance team a more suitable place to practice for their competitions.

The Athletic Department is in need of more storage on campus to support the 21 teams and the equipment needed to support those teams. Storage for equipment that can be readily available for on and off campus practices is an important aspect that the Department is constantly reassessing. The Athletic Department would also like to enhance the salaries, particularly of the assistant coaches, moving them in line with others in their conference.

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:
1. Outstanding support of athletics and the long-tenured coaching staff from the administration, faculty, staff, parents, and the surrounding community.
2. Many alumni who have returned to Edgewood as a Head Coach or Assistant Coach.
3. Large number of sports offered, a high percentage of student involvement, and success of their program.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

4.  Securing facilities off campus to enhance student participation and competition.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1.  Develop a plan to enhance coach's salaries, particularly those of assistant coaches, to align with coaches from other schools in the conference.
2.  Analyze new options for storage of the wide variety of sports equipment needed to support 21 teams.
3.  Continue to think creatively about ways to house more sports on campus, and continue to investigate ways to provide the best facilities within reasonable distances.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

## Specialty Areas: Freshman Interdisciplinary Team

### General Appraisal

The Freshman Interdisciplinary Team (FIT) provides a unique approach to the freshman year which incorporates an interdisciplinary program of curricular courses and activities that unites students and academically strengthens the class throughout the year. Students take 3 disciplines – English, History, and Biology. FIT gives students the opportunity to practice a skill set across the curriculum, including writing, critical thinking, analysis, along with discussion and research skills. The group has added a Humanities Honors class to address the desire for some to start a more challenging course of study as a freshman. Another recent addition to the curriculum has been an Enrichment class that is built into their schedule. This class is simply learning for the sake of learning. The primary objectives of FIT are building community, enhancing communication and making connections across disciplines.

The FIT program takes all the freshman students and assigns them to one of 2 groups, either maroon or gold, for activities. Students are further divided into 8 member teams. Team members are intermingled with other freshman teams on a 4 week rotation to enhance community. This provides a foundation for academic success and community building by systematically mixing groups of students. Students come to Edgewood from 40 different middle schools and often bring a wide range of learning challenges. The diverse needs of the student population include English Language Learners, students with special needs and learning disabilities, and gifted and accelerated students. One way students are given an option for greater academic challenge was by implementing the Humanities Honors class. The English Language Learners and students with special needs are paired with other students as well as referring them to study halls, providing extended testing time, and creating supplementary materials. Teachers are given a weekly meeting time to coordinate teaching topics and cross curricular units. Counselors also meet with the teachers once a week to discuss which students are performing well as well as those who may be struggling. This allows the counselors to be purposeful in terms of helping students on a weekly basis find the support they need to succeed.

The recent reduction in enrollment, coupled with the fact that many entering students want to take advanced classes, have created challenges for the FIT team. For example, students no longer take religion and computer within the program, and instead take them as stand- alone classes. Furthermore, the school has created a Humanities Honor class for ninth graders. These facts make it more difficult to achieve the goals of cohesion and skill-building that is so important to the program. Also, the group has struggled with the perception of the program of some in the community who feel as if it is not challenging enough. As a result there is a need for constant analysis of how to evaluate the program and, where necessary, explain the values to prospective students and families.

CONFIDENTIAL                                                                                    EHS_009275

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1.  Staff devoted to helping freshman succeed academically, socially and as part of the community of EHS.
2.  Addition of the Humanities Honors Class to give incoming students a greater academic challenge option and the Enrichment Class to enhance learning for the sake of learning.
3.  Meeting time scheduled within the day to meet as a group and plan.
4.  Investment of counselors with students and working with the FIT team to help students succeed.


## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1.  Closely screen incoming freshmen to avoid overloading students' schedules.
2.  Analyze marketing efforts to address the perception of the FIT program.

CONFIDENTIAL                                                                    EHS_009276

# Specialty Areas: Learning Resource Center

## General Appraisal

Faculty and facilities that make up the Learning Resource Center demonstrate Edgewood High School's Mission and Sinsinawa Dominican values in action. The LRC teachers are deeply sensitive to both, and committed to them, on behalf of the students. Their work unites students, parents, and teachers on a team of learners dedicated to the students' success. The Center represents a program with twenty-three years of experience, a departmental structure, staffing with long experience in the school, dedicated spaces, program fees, and even a course recognized on transcripts.

The department currently has two full-time faculty with three more having an FTE of 70% + each. Other classroom faculty members help at various times as well. Two of the part-time faculty members collaborate as co-chairs, with one serving as coordinator for the group. All together, they serve up to 20% of the student body by distributing them partly based on their own academic skill sets and partly on their availability in relation to the students' schedules, such that each serves about twenty students anywhere from three to six times per six-day schedule. The LRC has been known to have a wait list and requires an extra charge that parents are willing to pay. Due to this one-on-one work with the students, and the varied services the teachers provide (course content, organization, time-management strategies, emotional support, and communication with parents) for up to four years, in many cases, these faculty also become coaches, counselors, sometimes even advocates (writing letters of recommendation, for example).

Parents must apply to have their students admitted into the services of the LRC. While many admitted have diagnosed learning disabilities, this is not a prerequisite. Some students are admitted due to needs that may arise from other challenges in their lives. Furthermore, not all students with approved accommodations make use of the LRC. Students approved for extended-time testing may or may not manage this on their own.

The individualized nature of LRC support presents two significant challenges to both students and their LRC teachers: scheduled meeting times for LRC support and timely communication with classroom teachers regarding assignments and assessments. The LRC coordinator either amends students' schedules to create meeting times or adapts the schedules of all others involved (students, LRC teachers) so as to provide instructional time. Many freshmen share a "mod," as do seniors, but this pattern is insufficient. Teachers' increasing use of Chromebooks is reducing the effort needed to access important course information, but varying practices by teachers (and loss of time to train new faculty) still require much hunting and gathering of it. All parties involved struggle to find time for testing, especially extended-time.

The facilities are well-designed, well-used, and well-worn. Three rooms with large windows, each with three computers, three study carrels, and several individual desks, are connected together with doors that connect the space visually and provide internal flow from space to space. A fourth room in

this series does triple-duty as the LRC office, testing-space, and the spot to scan materials and test students via a computer-based print-to-voice service. Testing students in this space is less than ideal.

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Recognition, institutionally, of this important service to the students and families for the past 23 years.
2. Devotion, on the part of LRC teachers, to the students and successes with them.
3. Ongoing support from the other teaching faculty, despite the extra efforts necessary.
4. Use of limited time and resources to achieve significant results with students.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Evaluate whether or not scheduling of LRC support classes can be included in master scheduling, or even in a new daily schedule, in order to avoid secondary-scheduling adjustments by the LRC teachers for up to 20% of the student population.
2. Make acceptance to the LRC a more formalized process with input from admissions, counseling, and academics.
3. Solve logistical challenges caused by lack of a reliable and dedicated testing space.
4. Streamline communication practices and/or consolidate technologies by which teachers, new and not, share date-sensitive information with LRC faculty in order to help them guide students in organization and time management.

## Specialty Areas: Technology Department

### General Appraisal

Edgewood High School (EHS) has a well-developed technology component supported by a forward thinking technology staff who are willing to tackle challenges and push the envelope to keep faculty on the cutting edge. Two part-time staff support approximately 1000 devices on campus.

The implementation of a 1:1 initiative in Summer 2015 using Google Chromebooks has enabled faculty and students to keep pace with current trends in technology education. In the first year alone, 44% of the faculty have integrated this technology and 100% of students are using them in classes in some capacity such as note-taking, tests/quizzes, online textbook, collaboration, worksheets, access to classroom materials, Google Classroom, research and email. Due to the unexpected availability of funds, Chromebooks were purchased sooner than expected; therefore, the EHS Technology Plan written in 2014 is currently being revised to incorporate the 1:1 program and will be re-submitted for approval in November 2015.

Two professional development days for faculty, prior to students arriving, was dedicated to technology. A mini in-house 'Tech Fair' was offered with many EHS teachers facilitating sessions. Faculty signed up for these sessions using Google Forms prior to the 'Tech Fair'. Two additional PD days for technology learning are scheduled for November and Spring 2016. The technology staff reports that the Administration is very supportive of tech integration initiatives.

PowerSchool has been used as the Student Information System (SIS) for the past 7-8 years. Faculty are required to update student classwork information minimally every two weeks. Students and parents have access to this information 24/7. One faculty member (18% of contracted time) supports the system with the adjunct help of two IT staff.

Volunteer students help the faculty tech team with repair of tech tools. The Student Tech Crew guides students as to how to repair devices. This in-house service reduces costs and students earn .5 credits or service hours. There is also a Programming Club that meets after school two times a week.

There are two computer labs presently available. One is used for business classes while the other is used by foreign language classes. All faculty have stand alone inkjet printers in their classrooms, students have access to two laser printers, and the Advanced Calculus classes are writing programs for 3-D printouts, and this 3-D printer is currently located in the computer lab.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

EHS_009279

1. Implementation of a successful 1:1 Chromebook program integrated with Google Apps for Education with 24/7 access to teacher materials and PowerSchool's student gradebook.
2. Commitment to continued faculty professional development with regard to technology integration and use, partnered with a system of peer coaching that fosters an atmosphere of collaboration.
3. Superb technology staff who are accessible to both students and faculty and who are thinking about plans for future technology initiatives.
4. Decision to advance technology through a partnership with the University of Wisconsin, initiating a programming club, rewriting the Tech Plan to accommodate new technologies, and promoting digital citizenship throughout the school.
5. Student tech team who, with the help of the Technology Staff, assist with troubleshooting and repairing technology equipment.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Plan to upgrade the wireless network, increase bandwidth, backup off-site, and update the server operating system and consider designating a location for a 'Maker Space', as funds allow.
2. Work with the Principal to consider the feasibility and placement of a Computer Science class.
3. Continue to provide professional development opportunities to promote best practices and professional growth.
4. Explore online options to expand course offerings that would otherwise be unavailable on campus.

# Governance and Administration: Governance

## General Appraisal

While Edgewood High School of the Sacred Heart was historically linked to Edgewood College and the Campus School as a single corporate entity under Edgewood, Inc., in 2011 the schools incorporated separately. As a result, EHS now controls its own portion of the campus, rents some classroom space to the Campus School and shares the Sonderegger Science Center building with the other two entities. While its governance structure is discrete and clearly meets the ISACS definition of independence, the three presidents and business managers meet regularly to make sure the required coordination is in place.

The Board of Trustees is responsible for the governance of the school and it reports to the "member," the Dominican Sisters of Sinsinawa. The board is currently comprised of 17 members (11 men and 6 women) from various backgrounds, including alumni, parents, alumni parents and representation from the Sisters. The President, per the by-laws written and approved upon the school's independent incorporation in 2011, is a voting member of the board, although not of any of the committees. The Executive Committee meets regularly and is charged with the composition of the board to ensure that the mix of careers, backgrounds, and expertise is appropriate. The board appropriately reviews its own progress through an annual self-assessment and is actively involved in helping to chart the path for the future of the school. A process is in place to assess potential members and bring new ones for the approval of the full board. The Business and Finance Committee meets regularly and actively and appropriately participates in the budgeting process that begins with the school's leadership team. There are also *ad hoc* committees that deal with a range of issues, such as Mission and Identity, Admission, Endowment, and Marketing. A movement is underway to increase the effectiveness of the committees and strengthen their leadership by ensuring there are agreed upon goals and measurable actions. Trustees serve as committee members and chairs, and the general meetings include reports from the standing and *ad hoc* committees as appropriate. Detailed conversations with the immediate past chair of the board, the current board chair, and a significant number of the members of the group indicated a high level of engagement with the school, a commitment to a shared vision that includes likely capital expansion and the supporting fundraising, and a clear understanding of the crucial line between governance and management.

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Board commitment to this historical institution, its desire to spread its mission, and its diligent work to improve its standing in the Madison community and its neighborhoods.
2. Decision to enhance the structure of its committees to ensure that all members of the board have meaningful, impactful work that is consistent with the school's major needs.

Edgewood High School of the Sacred Heart            ISACS Visiting Team Report
October 11-14, 2015

EHS_009281

3.  Decision to use the input generated by the ISACS re-accreditation process to inform its next institutional strategic plan.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1.  Alter the bylaws to eliminate the President of the Corporation as a voting member of the board in order to ensure that the line between governance and management is not violated and to be in full compliance with ISACS standards.
2.  Devise a plan to ensure the board population mirrors the school's diversity as the efforts detailed elsewhere in this report bear fruit.
3.  Evaluate the reinvigorated committees and continue to alter the structure as necessary to ensure the appropriate support for school initiatives, especially as the school contemplates a capital campaign.

CONFIDENTIAL                                                                     EHS_009282

## Governance and Administration: Administration

### General Appraisal

The administration of Edgewood High School grounds its responsibilities in the mission as well as its constituents such that both factor greatly into every part of decision-making from the day-to-day through the Master Plan and to the Strategic Plan. Administration receives high marks by the parent community and provides a school so loved by faculty and staff that a remarkable rate of recidivism exists by way of return even after retirement—whether as substitutes or volunteers—to contribute to the ongoing life of the school. Constituents love the school.

EHC's administrative structure and function, vis-à-vis the Leadership and Administrative Teams, has an efficient design overall. The former has the usual grouping supervised by the President (Academics, Advancement, Admissions, Business), which meets bi-weekly to oversee annual initiatives as well as the Master and Strategic plan. It reviews the Strategic Plan thrice annually in coordination with Board meetings. Proceeds from this group redound to the Administrative Team under the direction of the Principal (two assistant principals, largely academic and student-focused, athletic director, and Office Manager/Assistant to the Principal), then proceeds to department chairs, departments, and faculty generally. A well-structured process for measurement and review exists for all involved, and is used, but goodwill and mutual trust provide the real fuel and power within these administrative groups as they lead 59 faculty and 45 staff members.

EHS's "Administration" report in the August, 2015, Self-Study Report, identifies its primary challenge as "effective two-way communication from Leadership Team and Administration to faculty and staff." Discussions with many personnel support this claim and suggest solutions by means of modest adjustments to what is otherwise a well-structure leadership model. For example, a return to regularly-scheduled faculty meetings, in which some consultation and mutual deliberation takes place, may provide the two-way communication sought. Further, a slight re-articulation of the reporting structure and review processes from the Principal to faculty, through and including Department Chairs, may yield a redistribution of responsibilities among the Administrative Team and Department Chairs that follows the Sinsinawan approach to learn, reflect, and act in a more collaborative manner. Many personnel observed that various initiatives over the past several years disrupted former meeting practices in the interest of creating time for the initiatives themselves, and a consequence of this was loss of a normative meeting schedule, less consultation, and less collaborative decision-making in favor of a more one-way type of communication about decisions made and implementation.

The obvious affection that faculty, staff, and administrators have for EHS, together with their interest in the potential for the Self-Study to provide an instrument of renewal, suggests a long view of service to the students and institution that can look beyond the rather recent challenges—perhaps caused incidentally by the (albeit praiseworthy) initiatives identified throughout the Self-Study and Visiting Team's report—and await their success in the grounding that may come from renewed internal reflection and mutual action.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

EHS_009283

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Vision to meet students' 21st-century needs while remaining committed to Sinsinawan educational values.
2. Reliance upon mutual trust, communication, measurement, and review as ongoing leadership practices.
3. Existing Master and Strategic Plans, which suggest exciting developments in the future of the school.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Formalize a coordinated flow of meetings from Leadership Team through Department Chairs, including counseling and admissions, so as to facilitate communication and planning among this key leadership.
2. Clarify the reporting structure of administrative personnel with defined roles that appropriately distribute responsibilities to the last person on the administrative line.
3. Foster a more collaborative, two-way communication between members of the Leadership Team, Administrative Team, faculty, and staff.

# Governance and Administration: Business Management and Financial Affairs

## General Appraisal

Edgewood High School of the Sacred Heart, Inc. is incorporated as a not-for-profit organization in the state of Wisconsin with 501(c)3 status from the Internal Revenue Service. This corporation was created in 2011 when it and its sister schools, Edgewood College and Edgewood Campus School, were split into three separate entities by their sponsoring organization, The Dominican Sisters of Sinsinawa. The fiscal management of Edgewood High School is the primary responsibility of the Business Office. This is accomplished through providing timely, accurate information to the appropriate decision makers and working closely with the department chairs, Leadership Team, President and Board of Trustees.

The Business Office is responsible for the preparation and monitoring of the annual budget. The school's operating budget is approximately $7 million. The annual budgeting process is a twelve month progression involving various inputs and meetings with the individual budget managers, Leadership Team and President. Preliminary and Final budgets are prepared and presented to the Business and Finance Committee for approval. As a part of the budgeting process, the five year financial projections are updated and evaluated. Monthly reports are created and provided to all appropriate parties throughout the school year to ensure proper monitoring and control of the budget. Additional responsibilities of the Business Office include processing employee payroll and benefits, managing the financial aid process, establishing a risk management and insurance program and accounts payable and receivable processing. The Business Office employs two full-time and one part-time employee.

The Business and Finance Committee oversees the performance of the school's financial operations by regularly reviewing all financial activity of the School. The Committee members consist of trustees, parents, President and Business Manager. Members are chosen based upon their financial expertise and represent senior business executives, members of the accounting profession and other financial professionals. Committee members receive and review financial proposals, analyses and performance information that they discuss with members of the Leadership Team prior to submission to the full Board.

The other committee of the Board charged with financial responsibilities is the Investment/Endowment Committee. Formerly a sub-committee of Business and Finance, they currently report directly to the Board of Trustees. The committee is made up of eight members plus the President and Business Manager. All of the members have professional investment experience. This committee drafts and oversees the school's investment policies and acts as a liaison with outside investment advisors. The committee meets quarterly to review conformity with investment policy, strategy and performance. Annual meetings are held with each fund manager. The value of the school's endowment fund was $8.3 million on June 30, 2015.

The major financial factor affecting the School over the last few years has been a steady decline in enrollment. Enrollment for the current school year is 539 students down from 658 students in 2009-10. The school has managed to maintain financial stability through revenue enhancements, particularly increased contributions, and effective expense controls and selective reductions. The

Edgewood High School of the Sacred Heart                    ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

medical insurance program was modified with a high deductible plan added as an employee choice. The faculty salary grid compensation system was altered to a percent increase system.

## Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Improving of the current fiscal stability of the school despite the material decrease in enrollment at the school through increased fundraising activities, creative management of compensation and benefit programs and overall expense controls while attempting to minimize tuition increases.
2. Utilizing effective fiscal management techniques and securing of restricted gifts identified specifically for debt reduction to achieve the financial flexibility arising from a debt free position.
3. Increase of the endowment fund from $4 million to $8 million since the last self-study by securing multiple large gifts made to the endowment fund and fiscal discipline to minimize annual draws.

## Recommendations

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Increase funding sources to expand the ability to meet financial aid needs supporting the growth of student enrollment and diversity.
2. Expand revenue sources to reduce reliance on tuition income and create flexibility to address employee compensation/benefit issues and deferred maintenance.
3. Explore additional collaborative efforts with fellow Edgewood schools to reduce operating expenses.

CONFIDENTIAL                                                                 EHS_009286

## Governance and Administration: School Plant and Facilities

### General Appraisal

Edgewood High School shares a 55-acre campus with Edgewood College and Edgewood Campus School (K-8). The high school owns approximately 25 of these acres. The main high school building with approximately 250,000 square feet of educational space, has eleven different levels spread over five floors. The original building was constructed 1927 with major additions in 1937, 1967 and 1996. In addition, the high school owns four classrooms located in the Sonderegger Science Center: a building shared by all three schools with both individual and shared ownership rights.

Edgewood High School's main classroom and office building received little deferred maintenance expenditures from the 1960's through the 1990's. As a result, increased deferred maintenance efforts have been required to make up for this period of time. The Constituent Survey conducted as a part of the self -study revealed only 61% of current parents and 49% of students taking part feel positively about the cleanliness, safety and maintenance of the building and grounds. While these results are an improvement over the previous survey, it still identifies the need for more facility renovation and updating. During the previous self-study, the Board of Trustees made a commitment to increase deferred maintenance funds in the annual operating budget.  This commitment couple with targeted fundraising has enabled to school to address many deferred maintenance needs. Some of the activities addressing these issues have included renovating 23 classrooms in the oldest wing, updating bathrooms and locker rooms, replacing and improving light fixtures, repairing and painting ceiling and wall surfaces, and expanding outsourced cleaning services.

Energy conservation and sustainability has been included in the planning of all renovation projects. Examples include the use of LED lights in the locker rooms, a change to energy efficient lighting in the Wilke Gym, the installation of water bottle filling stations, and radiator control valves added throughout the old wing. The original system for air flow and exchange was cleaned out during the classroom renovation project to keep options available for future air flow solutions including air conditioning.

The Board Building & Grounds Committee, President and staff work together to identify current and long term facility and maintenance needs.  On an annual basis, they establish and rank the priorities of projects or renovations for the upcoming five years. A formal facilities master plan was developed with input from all community constituents and approved by the Board of Trustees in 2010.  This document has been the cornerstone for annual operational budget planning. It is anticipated the master plan will be updated after the completion of this review process. The Building & Grounds Supervisor is responsible for the ongoing management of the facilities and grounds including maintenance, cleaning, inspections, managing external service providers and staff training related to the facilities.

### Commendations

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:
1. Effective use of limited funds to address targeted deferred maintenance needs that have enhanced the look, feel and safety of their facilities.

Edgewood High School of the Sacred Heart                    ISACS Visiting Team Report
October 11-14, 2015

                                                                        EHS_009287

2.  Focus in identifying and prioritizing facility needs that support and enhance the programs of the school.

## Recommendation

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1.  Update the Facilities Master Plan to reflect the current goals, programs and funding ability of the school.
2.  Improve the appearance, livability and infrastructure of the school by continuing to address deferred maintenance items.

CONFIDENTIAL                                                                                    EHS_009288

## Conclusion and Visiting Team Leader Exit Report

While we did not have the privilege of entering through the Bishop's doors, and we did not exit via that same route three days later, our visiting team was warmly welcomed at every turn. That tradition of the freshmen entering through those doors and then leaving the opposite way four years later, both times in the embrace of a caring faculty and staff, while relatively new at a place that is over 100 years old, is in many ways symbolic of what we observed for nearly three days. Edgewood High School prepared diligently for our visit, making sure not only that we had our needs met, but probably more importantly that we were able to experience, as much as one can in such a short time, the people who make this such a special place. We leave feeling as if we were able to do exactly that and are so thankful to the school for inviting us in.

We hope that the commendations in this report reflect the hard work and care of a truly remarkable group of educators, firmly placed in this tradition. They deserve to be commended. We also hope these commendations do justice to the energy, enthusiasm, and compassion exhibited by its student body. They also deserve to be lauded for their role in making this a very special place. Finally, we hope these commendations do justice to the school's Sinsinawan Dominican heritage, a driving influence in all EHS does.

And we hope that our recommendations serve to help this school build on its strong traditions to take the next steps in its natural evolution. It is clear to us that Edgewood High School is led well, by people who love it, and it is equally clear to us that the rest of the community will match that group's passion for their school as it moves forward, continues its traditions, and builds new ones. We will anxiously watch the results from afar and look forward to seeing the members of this community in the future, at which point we will hear of their many successes and celebrate with them.

CONFIDENTIAL                                                     EHS_009289

# Major Commendations and Recommendations

## Major Commendations:

The ISACS visiting team commends Edgewood High School of the Sacred Heart for its:

1. Consistent desire to uphold and promote its Sinsinawan Dominican values and traditions as it seeks to modernize its pedagogy in ways that ensure the relevance of this mission for years to come.
2. Dedicated faculty and staff, who are committed to promoting these values through their actions, in the process serving to imbue their students with academic knowledge, life skills, compassion, and the habits that will allow them to be successful citizens.
3. Compassionate, ambitious students who enthusiastically embrace their peers, teachers, and school and are dedicated to the promotion of both its mission and the important difference that educated people can make in the world.
4. Desire to increase diversity, its realistic understanding of the challenges this desire presents in this market, and the various efforts it has undertaken with that in mind.
5. Love for its beautiful, historic building and plans to modify it in sensible ways to ensure that it remains functional while providing the opportunity for cutting-edge education and ultimately serving the school's mission.

## Major Recommendations:

The ISACS visiting team recommends that Edgewood High School of the Sacred Heart:

1. Develop a committee, or empower an already standing committee, to revitalize the school's marketing in a way that capitalizes on its unique mission, focuses on its Dominican traditions, and identifies the special programs that are found only at EHS; through this process, EHS should strive to create a culture of shared responsibility for the essential components of its education, its recruitment and retention of students, and the understanding of the school and its tremendous benefits in the Madison area.
2. Review key leadership roles and structures, especially that of the department chair, to serve as a more consistent way to facilitate reciprocal communication and increase participatory decision-making, as well as to strengthen programmatic planning and implementation.
3. Articulate a system to prioritize current and future strategic initiatives in a way that establishes responsible parties, attaches proposed time frames for completion where possible, and defines what would constitute successful completion in each case.
4. Develop a plan to ensure that its growing population of international students is supported in ways that allow them to gain all of the benefits of the Edgewood experience.

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL                                                                 EHS_009290

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

Edgewood High School of the Sacred Heart          ISACS Visiting Team Report
October 11-14, 2015

CONFIDENTIAL

EHS_009292