

SARAH A. ZYLSTRA
ATTORNEY
SZYLSTRA@BOARDMANCLARK.COM
DIRECT (608) 283-1741
FAX (608) 283-1709

May 25, 2022

*Via CM-ECF Filing*
The Honorable William M. Conley
U.S. District Court
Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703

RE: Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.
Case No. 3:21-CV-118

Dear Judge Conley:

I am filing today a corrected Declaration of Matthew Tucker and a corrected Proposed Findings of Fact in Support of Defendants' Motion for Summary Judgment. An error was discovered in Mr. Tucker's Declaration (dkt. #37). At paragraph 14, Mr. Tucker indicated that Edgewood had not appealed the Zoning Board of Appeals' July 11, 2019 Decision. However, Edgewood filed its first lawsuit against the City in August of 2019 and did include appeal of the ZBA's Decision in that litigation. The only change to Mr. Tucker's Declaration is removal of that sentence and the only change in the Proposed Findings of Fact is removal of that proposed fact (dkt. #41, PFOF 121).

Thank you.

Very truly yours,

BOARDMAN & CLARK LLP

Sarah A. Zylstra

SAZ/ja
cc: All Counsel of Record (via e-filing)

\\msnfs2\share\docs\WD\25981\424\A4538922.DOCX