# EXHIBIT 1

| | |
|---|---|
| **From:** | Nathan J. Wautier <nwautier@reinhartlaw.com> |
| **Sent:** | 3/1/2019 1:23:20 PM -0600 |
| **To:** | "'Elliott, Michael'" <michael.elliott@edgewoodhs.org>; Brian Munson <bmunson@vandewalle.com> |
| **Subject:** | FW: FW: Current field use at Edgewood High School |

I received the below from Alder Arntsen.  No change in Tucker's position.  He does note lighting and sound are outside his realm and that there is no limit on hours of usage of the field.

**Nathan J. Wautier**
Reinhart Boerner Van Deuren s.c.
Office: 608-229-2249

**From:** Arntsen, Allen [mailto:district13@cityofmadison.com]
**Sent:** Friday, March 01, 2019 12:56 PM
**To:** Nathan J. Wautier <nwautier@reinhartlaw.com>
**Subject:** Fw: Current field use at Edgewood High School

fyi

---

Allen Arntsen

**DISTRICT 13 ALDER**

CITY OF MADISON

(608) 242-9180

district13@cityofmadison.com

Subscribe to District 13 updates at www.cityofmadison.com/council/district13/

**From:** Tucker, Matthew
**Sent:** Friday, March 1, 2019 12:46 PM
**To:** 'Marie Trest'; Parks, Timothy
**Cc:** Arntsen, Allen; Rachel Fields; Trest, Dennis MSG USARMY ARNG WI (US); Tag
**Subject:** RE: Current field use at Edgewood High School

CONFIDENTIAL
EHS_007657

Hello Marie- I apologize for not responding to your earlier message.  I suspect your message got swept up in the significant amount of communication we have received about the project. Please accept my apologies.

Please see my comments TYPED IN CAPS BELOW>>

Matt Tucker

**From:** Marie Trest <mttrest@gmail.com>
**Sent:** Friday, March 1, 2019 9:46 AM
**To:** AutoLogon; AutoLogon
**Cc:** AutoLogon; AutoLogon; AutoLogon; AutoLogon
**Subject:** Re: Current field use at Edgewood High School

Marie Trest
2310 Monroe St
Madison, WI 53711

Tim Parks, Planning Division
Matt Tucker, Zoning Administrator

March 1, 2019

Dear Mr. Parks and Mr. Tucker,

I wanted to follow up on my letter from November 25, 2018 having received no response to date. My letter was a complaint about a non-approved use of Edgewood High School's practice field for a competitive game in October 2018 that generated noise levels exceeding 80dB inside our home.

Given that Edgewood High School has scheduled a full season of games beginning just a few weeks from now and has said they intend to install lights and sound outside of the CI Master Plan amendment process, could you please answer the questions listed in my original letter? Also, could you please let me know the status of my complaint for the game documented last fall? The video is still available at the link below. If there is someone else I should have contacted, please forward this communication and let me know who to contact.

>> BACK IN NOVEMBER, OUR OFFICE COMMUNICATED WITH EDGEWOOD ABOUT THE USE OF THE FIELD ABOVE/BEYOND "TEAM PRACTICES, PHYSICAL EDUCATION CLASSES" (Page 42, Section 3.8, Open Spaces Plan)   WE INFORMED THEM THAT HOSTING ON-SITE GAMES WAS OUTSIDE THE LANGUAGE FOUND IN THE APPROVED OF THE MASTER PLAN.   THIS WAS NOT AN OFFICIAL NOTICE OF VIOLATION, RATHER IT WAS AN ATTEMPT TO ADVISE RESPONSIBLE PERSONS AT EDGEWOOD THAT THE APPROVED

CONFIDENTIAL
EHS_007658

MASTER PLAN DID NOT AUTHORIZE HOSTING OF SPORTS/GAMES, EVENT, AND OTHER USES THAT I HAD LEARNED WERE OCCURRING SINCE THE NEW FIELD SURFACE WAS INSTALLED.

Thank you for your assistance in this matter.
Sincerely,

Marie Trest

CC:

Alder Arntsen
Rachel Fields, DMNA vice president
Tag Evers, Alder candidate, District 13
Dennis Trest, home co-owner


On Mon, Nov 26, 2018 at 7:56 AM Marie Trest <mttrest@gmail.com> wrote:

> Current field use at Edgewood High School
>
> Marie Trest
> 2310 Monroe St
> Madison, WI 53711
>
> Tim Parks, Planning Division
> Matt Tucker, Zoning Administrator
>
> November 25, 2018
>
> Dear Mr. Parks and Mr. Tucker,
>
> I am writing as a Monroe St homeowner with property overlooking and within 100 ft of the Edgewood High School practice track and field. The purpose of my communication is to demonstrate the conditions residents have been experiencing since 2016 and to learn how near neighbors can report problems.
>
> Homeowners surrounding the proposed stadium do not oppose it because we fear what conditions might be like; we object to the stadium because we know what a stadium would mean, having already experienced disruption in our homes and properties during games and practices held on the field since the 2015 improvements.
>
> As one example, this video was filmed Oct. 25, 2018 at 5:23pm, with no zoom, from an open bedroom window as would typically be the case in spring, summer, and fall. Before filming, I took sound measurements using the National Institute of Occupational Safety and Health (NIOSH) Sound Level Meter app on my iPhone. While I understand this is not a professional study, the app has operated within +/- 2 dB of a calibrated sound meter, so readings provide a reasonable estimate of noise. Crowd noise was above 70 dB throughout the cheering with peaks above 80 dB *in our home*. They were using amplified sound to announce players; however, the amplified sound is almost completely eclipsed by the crowd noise. I did not take sound measurements at the loudest parts,

since I was filming. Please note the increase in sound at 0:31 when the goal is scored; this is what has been so disruptive about the games played on the field.

https://youtu.be/v6lgzhcy-zg

This event disrupted our family's evening. My husband was up at 3:30am in Afghanistan to 'join' us via video chat for a rare family dinner. By 5:15pm Madison-time, the noise in our home with the windows closed was so distracting that we gave up on having a family conversation. The increased frequency of game events on the Edgewood High School practice field have so negatively impacted the livability of our property, whether gardening, relaxing on our back porch, watching a movie, or sharing a meal, that we had considered moving even before the stadium proposal was formally submitted.

Technological fixes cannot mitigate crowd noise; allowing Edgewood High School to increase the capacity of the stands to 1000 and to expand their hours of field use by installing 80 ft high mount lighting would create a burden on the surrounding neighborhood and further harm our ability to enjoy our properties. Even practices, proposed until 7pm with lights any day, are audible in surrounding homes with repeated whistles and group cheering. The scoreboard has an amplified siren-type sound that is often used at short intervals during events, penetrating our living room and bedrooms.

Now that the athletic field is zoned for practices and physical education classes, many neighbors have been reporting ongoing problems to our alder, the DMNA liaison committee, City of Madison Police, Edgewood, and by direct communication with users on the field. Issues have included excessive noise with events such as inter-school JV football, soccer, and lacrosse games as well as track meets and amplified music at practices in addition to expanded hours of use from 6am to even after 10pm with individuals getting on to the field. Only recently did I learn that none of these complaints were shared with City zoning staff. Now that I understand we should have been reporting to a City of Madison zoning staff member, I will certainly do so going forward.

I would appreciate your response to the following, for future situations:

1. What are allowable hours of use for the athletic field now? >> THE APPROVED MASTER PLAN DOES NOT DICTATE A LIMITATION OF HOURS OF USAGE. What would they be with a stadium? >> HOURS OF USAGE COULD BE INCLUDED AS PART OF APPROVAL OF AN AMENDMENT TO THE MASTER PLAN.  Monroe St. construction could not begin before 7am or continue into the evening. Can practices or games do so? >> AS NOTE ABOVE, THE APPROVED MASTER PLAN DOES NOT DICTATE A LIMITATION OF HOURS OF USAGE.  What would Edgewood High School's restrictions on use of the lights be? >> EXTERIOR LIGHTING MUST COMPLY WITH MADISON GENERAL ORDINANCE 10.085.

2. What are allowable types of usage? Are inter-school games allowed? Will non-Edgewood High School practices and events be allowed? >>THE CITY'S POSITION IS THE USE IS LIMITED TO USE AS DESCRIBED IN THE MASTER PLAN: "TEAM PRACTICES, PHYSICAL EDUCATION CLASSES"

3. What are allowable types of sound equipment? Amplified music? Siren score board? Repeated whistles? How may they be used? There were a couple days of a marching band leader blowing a whistle continuously for 90 minutes (video example available) until we said we were calling the

police. >> SOUND EQUIPMENT IS PERMISSIBLE/ALLOWED.  COMPLAINTS ABOUT NOISE SHOULD BE FORWARDED TO THE POLICE.

4. To whom should we report violations in the future? >>YOU CAN FORWARD ANY COMPLAINTS TO MY OFFICE.  To what number and in what timeframe (e.g. call as the violation occurs or document and contact the next business day)?>> FEEL FREE TO EMAIL OR CALL ME OR CALL THE GENERAL OFFICE NUMBER WHENEVER YOU WISH TO SUBMIT A COMPLAINT.  IDEALLY, MY STAFF WILL WANT TO PERSONALLY OBSERVE THE ACTIVITY IN QUESTION TAKING PLACE.

I appreciate your time and assistance. The proposed stadium is simply incompatible with the proximity of residential property, and I hope the city will reject the amendment to Edgewood's campus master plan and enforce current zoning requirements.

Sincerely,
Marie Trest

CC:

Alder Arntsen
Rachel Fields, DMNA vice president

This e-mail and any attachments may contain privileged or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, distribution, dissemination or action taken in relation to the contents of this e-mail and any of its attachments is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original e-mail and destroy any copies or printouts of this e-mail as well as any attachments. To the extent representations are made herein concerning matters of a client of the firm, be advised that such representations are not those of the client and do not purport to bind them.