UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

EDGEWOOD HIGH SCHOOL OF THE
SACRED HEART, INC.,

        Plaintiff,

v.

CITY OF MADISON, WISCONSIN, *et al.*,

        Defendants.

Case No. 3:21-cv-0018-wmc

## DECLARATION OF JUDD SCHEMMEL

I, Judd Schemmel, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I was the President of Edgewood High School from 2005 to 2013. I was succeeded in that role by Michael Elliott.

2. To my knowledge, Edgewood has continuously used its only athletic field – now known as the Goodman Athletic Complex -- for a variety of activities, including sports games or competitions and community events throughout the school's history.

3. I played freshman football games on the athletic field when I was a student in the 1970s.

4. Throughout my tenure as President, EHS hosted freshman and JV football games on the field.

5. To the best of my recollection as Edgewood High School's President at the time, the high school had little or no involvement in lobbying for the newly created Campus Institutional District zoning with the City of Madison. I had no direct contact with the City with respect to this proposed ordinance.

6. Instead, my recollection is that the process was led by Edgewood College, University of Wisconsin and Madison College.

7. To the best of my recollection, I was not involved in drafting or preparing Edgewood's 2014 Master Plan. My tenure at Edgewood High School ended in July of 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of June, 2022.

_____
Judd Schemmel

27301508.1