# EXHIBIT 7



**CITY OF MADISON · WISCONSIN**
Sign In
**LEGISLATIVE INFORMAT**

| Legislative Information Center Home | Legislation | Meetings | Common Council | Boards, Commissions and Committees | Members |

Share | RSS | Alerts

Details | Reports

| | |
|---|---|
| File #: | 56839   Version: 1 |
| Type: | Ordinance |
| File created: | 7/30/2019 |
| On agenda: | 1/7/2020 |
| Enactment date: | 1/17/2020 |
| Name: | Repealing Edgewood Campus Master Plan |
| Status: | Passed |
| In control: | PLAN COMMISSION |
| Final action: | 1/7/2020 |
| Enactment #: | ORD-20-00010 |
| Title: | Repealing Section 28.022 - 00117 of the Madison General Ordinances adopting the Campus Master Plan for Edgewood College, Edgewood High School and Edgewood Campus School. |
| Sponsors: | Zachary Henak, Sheri Carter, Paul E. Skidmore |
| Attachments: | 1. 56839_Resolution.pdf, 2. Edgewood_letter.7.29.19, 3. M._May_letter.7.12.19, 4. 8/20/19 Letter to N. Wautier from CA May.pdf, 5. CA_May_Memo_to_PC.pdf, 6. Public_Comments_PC_8-26-19.pdf, 7. May-Lee_re_Edgewood_ZBA_Appeal_08-21-19.pdf, 8. 8-22-19_Memo_from_City_Attorney_&_Corr.pdf, 9. Staff_Memo_08-26-19.pdf, 10. Locator_Maps.pdf, 11. Memo to Plan Commission JWS_08-26-19.pdf, 12. Public_Comments_PC_11-11-19.pdf, 13. Edgewood_protest_petition_08-26-19_Part1.pdf, 14. Edgewood_protest_petition_08-26-19_Part2.pdf, 15. Zoning_protest_petition_Memo_09-06-19.pdf, 16. Edgewood_Stipulation_9-17-19.pdf, 17. Elector_protest_petition_10.2.2019, 18. Owner_protest_petition_10.2.2019, 19. Boardman_Clark_memo_10-04-19.pdf, 20. Ethan_response_to_EHS_sound_v2.pdf, 21. EHS-TALASKE_Noise_Study_01-04-19.pdf, 22. Noise_Assessment.pdf, 23. Edgewood_Referral_Request_10-10-19.pdf, 24. Zoning_Protest_Petition_Memo_10-11-19.pdf, 25. Staff_Comments_10-28-19.pdf, 26. Edgewood_Referral_Request_10-24-19.pdf, 27. ACA_Strange_Memo_11-11-19.pdf, 28. Edgewood_Campus_Joint_Statement_11-05-19.pdf, 29. Edgewood_game_exhibit_11-11-19PC.pdf, 30. Edgewood_Rebuttal_12-04-19.pdf, 31. Public_Comments_12-09-19.pdf, 32. Evers PC handout_12-04-19.pdf, 33. Registrants_1_082619.pdf, 34. Registrants_2_082619.pdf, 35. Registrants_3_082619.pdf, 36. Public_Comments_PC_082619.pdf, 37. Registrants_011119.pdf, 38. Registrants_120919.pdf, 39. 2020_01_06_Edgewood_Campus Master Plan letter to Plan Commission.pdf, 40. 1.7.2020 Edgewood College Msg to CC.pdf, 41. 1.7.2020 M Guns Speaker Notes.pdf, 42. 1.7.2020 The Master Plan Works handout.pdf |

History (12) | Text

12 records | Group | Export

| Date | Ver. | Action By | Action | Result | Action Details | Meeting Details | Watch |
|---|---|---|---|---|---|---|---|
| 1/7/2020 | 1 | COMMON COUNCIL | Adopt and Close the Public Hearing | Pass | Action details | Meeting details | Not available |
| 12/9/2019 | 1 | PLAN COMMISSION | RECOMMEND TO COUNCIL TO PLACE ON FILE - RECESSED PUBLIC HEARING | Pass | Action details | Meeting details | Not available |
| 11/19/2019 | 1 | COMMON COUNCIL | Re-refer for Recessed Public Hearing | Pass | Action details | Meeting details | Not available |
| 11/11/2019 | 1 | PLAN COMMISSION | RECOMMEND TO COUNCIL TO RE-REFER - RECESSED PUBLIC HEARING | Pass | Action details | Meeting details | Not available |
| 11/5/2019 | 1 | COMMON COUNCIL | Re-refer for Recessed Public Hearing | Pass | Action details | Meeting details | Not available |
| 10/28/2019 | 1 | PLAN COMMISSION | RECOMMEND TO COUNCIL TO RE-REFER - RECESSED PUBLIC HEARING | Pass | Action details | Meeting details | Not available |
| 10/15/2019 | 1 | COMMON COUNCIL | Re-refer for Recessed Public Hearing | Pass | Action details | Meeting details | Not available |
| 10/14/2019 | 1 | PLAN COMMISSION | RECOMMEND TO COUNCIL TO RE-REFER - RECESSED PUBLIC HEARING | Pass | Action details | Meeting details | Not available |
| 9/3/2019 | 1 | COMMON COUNCIL | Re-refer for Recessed Public Hearing | Pass | Action details | Meeting details | Not available |
| 8/26/2019 | 1 | PLAN COMMISSION | RECOMMEND TO COUNCIL TO RE-REFER - PUBLIC HEARING | Pass | Action details | Meeting details | Not available |
| 8/6/2019 | 1 | COMMON COUNCIL | Referred for Public Hearing | | Action details | Meeting details | Not available |
| 7/30/2019 | 1 | Attorney's Office/Approval Group | Referred for Introduction | | Action details | Meeting details | Not available |



EXHIBIT 21 EVERS