# ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: Edgewood High School v City of Madison
United States District Court for the Western District of
Wisconsin No. 3:21-CV-0018-wmc
Deposition Date: June 1, 2022
Deponent: John W. Strange
Court Reporter: Cheri Winter, CSR
Brown & Jones Reporting, Inc., a Veritext Company

## CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefor |
|---|---|---|---|---|
| 5 | 22 | courses | sources | Wrong word |
| 8 | 14-15 | over the course of a period of time | over the course of time | Corrected phrasing |
| 12 | 16 | are you talk about | are you talking about | Wrong word |
| 13 | 9-10 | I knew that there was interaction with zoning code and to still be compliant with the zoning code | I knew that there was interaction with the zoning code and the application still had to be compliant with the zoning code | Corrected phrasing |
| 24 | 12-13 | me ever getting involved something like a big development could | me ever getting involved just like a big development could | Corrected word |
| 26 | 24-25 | I don't recall seeing this until preparing for the deposition shown to me | I don't recall seeing this until preparing for the deposition when it was shown to me | Corrected phrasing |
| 27 | 11-12 | helping him draft like language | helping him draft this language | Missing words |
| 31 | 14 | I don't recall ever making that sentiment, no | I don't recall ever making that statement, no | Wrong word |
| 45 | 21-22 | until I got a letter with a lawyer letter like this thinking, ope, I better engage here | until I got a letter from a lawyer letter like this and think, OK, I need to engage here | Corrected words and phrasing |
| 46 | 17-18 | And I said, "George, I think you're right." | And I said to George, I think you're right. | Missing word |
| 49 | 6 | There is | This is | Wrong word |
| 49 | 22 | Well, they would have | Well, I would have | Wrong word |
| 50 | 5-7 | I didn't agree with his position that the lighting application was | I didn't agree with this position, that the lighting application was | Corrected phrasing |

| | | | | |
|---|---|---|---|---|
| | | going to be denied and sent him our response and go from there. | going to be denied, and then sent him our response and go from there. | |
| 54 | 22-23 | I mean, it didn't give me a time period | I mean, you didn't give me a time period | Corrected word |
| 71 | 20-21 | That was leading up until the ZBA meeting. Edgewood had asked us | Leading up until the ZBA meeting, Edgewood had asked us | Corrected phrasing |
| 73 | 1 | it wasn't altogether thinkable | it wasn't altogether unthinkable | Corrected word |
| 73 | 23 | so if you don't have | so if you want not to have | Corrected phrasing |
| 86 | 20-22 | I don't recall the specific date. It would have been sometime between when they requested to terminate the master plan and when it was introduced. | I don't recall the specific date. It likely would have been sometime after Attorney May's July 12 letter and when I left for vacation | I believe I misspoke and in thinking further on this, I believe I would have written it before I went on vacation so Atty. May would not have to do this if it came in while I was on vacation |
| 88 | 6 | drafted between 3- and 500 ordinances | drafted between 300 and 500 ordinances | Corrected word |
| 102 | 13-14 | I can't say that it's not impossible, but I can't say it's not possible. | Typically no; it is possible but it would be rare | Clarification of multiple double negatives |
| 106 | 11-12 | I don't recall drafting the titles. It wouldn't have been my responsibility to do that. | I don't recall drafting the titles. It would normally have been my responsibility to do that. | Corrected word |

_____
Signature of Deponent, John W. Strange

June 20, 2021
Date