5/9/22, 1:26 PM                                Sinsinawa Dominican Sisters



DONATE NOW  

HOME    ABOUT US    BAKERY & GIFTS    SINSINAWA MOUND CENTER



WELCOME
WE ARE CATHOLIC SISTERS
PROCLAIMING THE GOSPEL
IN WORD AND DEED



**Click here to learn more**

 Become a Sister
EXPLORE DOMINICAN LIFE

 Peace & Justice
BUILDING A HOLY & JUST CHURCH AND SOCIETY

 Prayer Requests
LET US BE YOUR COMPANION ON YOUR SPIRITUAL JOURNEY

 Catherine's Cafe
BLOG WITH DOMINICAN SISTERS OF SINSINAWA

 Donate
OUR MISSION IS POWERED BY YOU

 News & Events
SISTER NEWS AND EVENTS

NEWS AND EVENTS

 





EXHIBIT NO. 49
5·10·22 RPTR
For the Record, Inc.
(608) 833-0392

https://www.sinsinawa.org/index.html                                                          1/2

Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM                                    Sinsinawa Dominican Sisters

## Sign Up for Email Updates

Keep up-to-date with the Sinsinawa Dominican Sisters by subscribing to our e-newsletter by providing your name and email by clicking on the link below.

EMAIL NEWSLETTER

more →

## Sister Obituaries

Read about Sinsinawa Dominican Sister's profession and mission throughout her life.

more →

## Sinsinawa Live Stream

Follow broadcasts of special events in the lives of the Sisters, including Masses, concerts, presentations, wakes, and funerals.

more →

**OUR MISSION**

‹  ›

# We are Catholic Sisters proclaiming the Gospel through preaching and teaching to help build a holy and just Church and society ...

read full story →

| NEWS | OUTLOOK | SITE MAP | INTRANET | LINKS |
|---|---|---|---|---|

| ABOUT US | SINSINAWA MOUND CENTER | RELATIONSHIPS FOR MISSION | PEACE & JUSTICE | PRAY WITH US | CONTACT US |
|---|---|---|---|---|---|
| Dominican Life | | | Committees | Prayer Requests | Departments |
| Dominican History | Bakery | Sisters | Antiracism | Weekly Preaching | Driving Directions |
| Father Mazzuchelli | Book & Gift Gallery | Associates | Corporate Stances | | Social Media |
| Motherhouse | | Dominican Volunteers | Resources | | Sign Up |
| | | | | | Terms of Service |
| | | | | | Privacy Policy |

Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM                                    Be In Relationship With Us



DONATE NOW   

HOME        ABOUT US        BAKERY & GIFTS        SINSINAWA MOUND CENTER

## BE IN RELATIONSHIP WITH US

Dominicans are dedicated to preaching and teaching the Gospel. We believe that at the heart of ministry is relationship with God, others, and Earth that sustains us. Here are three different ways to deepen your relationship with us.

### SISTERS
By profession of vows, Sinsinawa Dominican Sisters make a commitment to God and to one another. These vows compel us to build community, preach God's word, and work for justice and peace wherever we are sent on mission. Community, prayer, study, and ministry are the essential elements of Dominican life.

click here to read more →

### ASSOCIATES
Dominican Associates of Sinsinawa are women and men who are drawn to Dominican spirituality and study. Within the context of their own lifestyle, they participate in our shared mission to proclaim the Gospel in word and deed. Relationships with Sisters and with one another offer the resource of partnership and support which encourages spiritual growth.

click here to read more →

## EXPLORE RELATIONSHIPS

BE IN RELATIONSHIP WITH US

BECOMING A SISTER

Frequently Asked Questions
New Member Profiles
Catherine's Cafe Blog

ASSOCIATES

DOMINICAN RESOURCES

### FACEBOOK

### TWITTER
Tweets by @sinsinawasister

### VIDEO



NEWS          OUTLOOK          SITE MAP          INTRANET          LINKS

Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM                                    Be In Relationship With Us

| ABOUT US | SINSINAWA MOUND CENTER | RELATIONSHIPS FOR MISSION | PEACE & JUSTICE | PRAY WITH US | CONTACT US |
|---|---|---|---|---|---|
| Dominican Life | | | Committees | Prayer Requests | Departments |
| Dominican History | Bakery | Sisters | Antiracism | Weekly Preaching | Driving Directions |
| Father Mazzuchelli | Book & Gift Gallery | Associates | Corporate Stances | | Social Media |
| Motherhouse | | Dominican Volunteers | Resources | | Sign Up |
| | | | | | Terms of Service |
| | | | | | Privacy Policy |

Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM                                    Peace & Justice



DONATE NOW    

HOME        ABOUT US        BAKERY & GIFTS        SINSINAWA MOUND CENTER

## PEACE & JUSTICE



For St. Dominic, the founder of the Dominican Order, the Gospel was the standard against which everything else was to be measured. We are called to be in touch with the needs, hopes, desires, and aspirations of those with whom we share this planet. Dedication to truth and the study required to know truth plunge us directly into issues affecting our society and Church.

St. Catherine of Siena was a Dominican who took risks. She also was known for her direct service: taking care of the sick, looking out for the destitute, and demonstrating no patience with anything that compromised the truth. Through Catherine, we are rooted in risk taking, peacemaking, and service.

Nearly 300 years after the arrival of the first Dominicans in the Western Hemisphere, Dominican Sisters of Sinsinawa founder Father Samuel Mazzuchelli continued to sow his new homeland with the tradition of justice. Mazzuchelli acted on behalf of those without access to power. He once said, "One who carries the word of truth ought to imitate the Divine Teacher who went about doing good by relieving the



## LEARN MORE

PEACE & JUSTICE

JUSTICE COMMITTEES

ANTI-RACISM

CORPORATE STANCES

PEACE & JUSTICE RESOURCES

## FACEBOOK

## TWITTER

Tweets by @sinsinawasister

## VIDEO



Exhibit SS
Sarah Zylstra Declaration 2

Peace & Justice

oppressed."

STRUCTURAL ROOTS

During the 1970s and 1980s, there was an increasing focus by
Dominican Sisters of Sinsinawa on the root causes of injustice. In 1982,
the Sisters called for coordination of peace and justice efforts at the
congregation level. In 1983, the Office of Peace and Justice was
established and a Promoter of Peace & Justice was named.

The promoter assists with study and social analysis relevant to global,
national, and local issues; calls congregation members to action on
behalf of justice issues; and supports congregation justice committees.

Congregation justice groups included the Faith and Resistance Working
Group, Alternative Investment Advisory Committee, Restorative Justice
Committee, and the AntiRacism Transformation Team.



Sister Reg McKillip, OP, is Promoter of Peace and
Justice.
She can be contacted at
**The Sinsinawa Dominican Office of Peace and
Justice**
585 County Road Z
Sinsinawa, WI 53824-9701
(608) 748-4411
**opjustice@sinsinawa.org**

| NEWS | OUTLOOK | SITE MAP | INTRANET | LINKS | |
|---|---|---|---|---|---|
| ABOUT US | SINSINAWA MOUND CENTER | RELATIONSHIPS FOR MISSION | PEACE & JUSTICE | PRAY WITH US | CONTACT US |
| Dominican Life | | | Committees | Prayer Requests | Departments |
| Dominican History | Bakery | Sisters | Antiracism | Weekly Preaching | Driving Directions |
| Father Mazzuchelli | Book & Gift Gallery | Associates | Corporate Stances | | Social Media |
| Motherhouse | | Dominican Volunteers | Resources | | Sign Up |
| | | | | | Terms of Service |
| | | | | | Privacy Policy |

Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM                                         News and Events



DONATE NOW    

HOME          ABOUT US          BAKERY & GIFTS          SINSINAWA MOUND CENTER

## NEWS AND EVENTS

Sinsinawa Mound Welcomes
Visitors and Guests

Sisters Embark on Capital
Campaign

Enter Our Sweepstakes

Weekly Preaching:
Being Easter People

Join Us Virtually for Cornerstones
Lecture and Award May 14

Sister Laurie Brink Publishes Book
"The Heavens Are Telling the
Glory of God"

Premiere of Father Mazzuchelli
Video Is a Success

Glass Art Exhibit at Sinsinawa
April 2 to June 2

Dominican Sisters of Sinsinawa
Unveil New Logo

Sisters Approve Corporate Stance
on Gun Safety

Sisters Approve Corporate Stance
Committing to Become Anti-
Racist

Sisters Take Action on Climate
Change

### MISSI🌿N FORWARD
175 YEARS AND COUNTING
*Supporting the Dominican Sisters of Sinsinawa*

Sisters Embark on Capital Campaign

**SINSINAWA DOMINICAN MAGAZINES**

Click on magazines below
to read articles.



Dominican Vision May, 2022

## LEARN MORE

NEWS & EVENTS

SISTER ACHIEVEMENTS

SISTER OBITUARIES

JUBILARIANS 2021

WEEKLY PREACHING

### FACEBOOK

### TWITTER

Tweets by @sinsinawasister

### VIDEO



Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM                                          News and Events

In Good Humor: Lighter Moments
from Sinsinawa Dominican
Sisters Book Available

Interested in Religious Life? Visit
Catherine's Cafe

Dominican Resources Available

Directions to Sinsinawa Mound



Congregation News
Spectrum March 2022



Spring Appeal

| NEWS | OUTLOOK | SITE MAP | INTRANET | LINKS |
|---|---|---|---|---|

| ABOUT US | SINSINAWA MOUND CENTER | RELATIONSHIPS FOR MISSION | PEACE & JUSTICE | PRAY WITH US | CONTACT US |
|---|---|---|---|---|---|
| Dominican Life | | | Committees | Prayer Requests | Departments |
| Dominican History | Bakery | Sisters | Antiracism | Weekly Preaching | Driving Directions |
| Father Mazzuchelli | Book & Gift Gallery | Associates | Corporate Stances | | Social Media |
| Motherhouse | | Dominican Volunteers | Resources | | Sign Up |
| | | | | | Terms of Service |
| | | | | | Privacy Policy |

Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM                                                          Links



DONATE NOW 

HOME        ABOUT US        BAKERY & GIFTS        SINSINAWA MOUND CENTER

LINKS

VISIT US ON SOCIAL MEDIA

FACEBOOK

TWITTER

Tweets by @sinsinawasister

VIDEO







To order online, **click here to enter**.

· Coast to coast orders are subject to an altered delivery schedule to maintain freshness.

· You may also order online and request pick up at Sinsinawa Mound rather than shipping. These orders are due by noon Monday-Friday for pick up the next business day.

· Please contact us if you experience any issues (preferably by email) at bakery@sinsinawa.org with your order number or date of experience.

As always, thank you for supporting the Sinsinawa Dominicans. We gratefully remember you in daily prayer.

Check out the **Book & Gift Gallery's** online store for a sampling of special and unique gift items. New items arrive daily, many more than can be viewed on the web site. **Click here to enter.**

If your order contains items that need to be shipped outside of the United States, please place your order via phone at (608) 748-4411, ext. 849, or via email at gallery@sinsinawa.org.

Need help in finding just the right gift?

Ask for personal assistance at (608) 748-4411, ext. 849.

Exhibit SS
Sarah Zylstra Declaration 2

| NEWS | OUTLOOK | SITE MAP | INTRANET | LINKS |
|------|---------|----------|----------|-------|

| ABOUT US | SINSINAWA MOUND CENTER | RELATIONSHIPS FOR MISSION | PEACE & JUSTICE | PRAY WITH US | CONTACT US |
|----------|------------------------|---------------------------|-----------------|-------------|------------|
| Dominican Life | | | Committees | Prayer Requests | Departments |
| Dominican History | Bakery | Sisters | Antiracism | Weekly Preaching | Driving Directions |
| Father Mazzuchelli | Book & Gift Gallery | Associates | Corporate Stances | | Social Media |
| Motherhouse | | Dominican Volunteers | Resources | | Sign Up |
| | | | | | Terms of Service |
| | | | | | Privacy Policy |

Exhibit SS
Sarah Zylstra Declaration 2



DONATE NOW 

HOME        ABOUT US        BAKERY & GIFTS        SINSINAWA MOUND CENTER

**SINSINAWA MOUND**

**LEARN MORE**



Sinsinawa Mound is rich in the beauty of nature and in heritage. Sinsinawa Mound is where the Sinsinawa Dominican mission of preaching and teaching the Gospel begins.

What started in 1847 as four Sisters and their founder, a pioneer priest, **Venerable Samuel Mazzuchelli**, in the southwest corner of Wisconsin, grew in both members and places of ministry to spread across the nation and reach into other countries in order to preach and teach the Gospel.

Although the Sinsinawa Dominican Sisters were not founded until 1847, in 1844 Father Mazzuchelli purchased 800 acres of land, 450 of which are now known as Sinsinawa Mound. In that same year, he built what is known as the Stone Building. Today, this building sits at the center of the Mound complex and houses retired Sisters and Sisters working in congregation offices at the Mound.



**Sinsinawa Mound Center** hosting retreats, conferences, meetings, and more!

As the Sinsinawa Dominican mission grew, so did Sinsinawa Mound. In 1882, St. Clara Academy was added to the Stone Building. By 1900, the Sisters added a four-story convent building. A chaplain's

**DOMINICAN LIFE**
Community
Prayer
Study
Ministry

**DOMINICAN HISTORY**
Congregation History
Archives

**FATHER MAZZUCHELLI**

**RESOURCES FOR MISSION**
Sponsorship
Sponsored Institutions

**SINSINAWA MOUND**
Motherhouse
Queen of the Rosary Chapel
Academy Apartments
Sinsinawa Bakery
Sinsinawa Book & Gift Gallery
Collaborative Farm
Grounds
Employment Opportunities

**FACEBOOK**

**TWITTER**
Tweets by @sinsinawasister

**VIDEO**

Exhibit SS
Sarah Zylstra Declaration 2

house, now known as Westknoll, also was built on the grounds.

As more women entered the congregation, the Sinsinawa Dominicans decided to expand once again. In 1963, a groundbreaking ceremony was held for what is now known as the '64 building, **Queen of the Rosary Chapel**, and dining room.

By 1966, the Congregation reached its peak, as 1,983 women were vowed members. New uses were found for many of the Mound buildings in the 1970s as the number of entrants declined and St. Clara Academy, an all-girls high school, closed. In 2000, St. Clara Academy was converted into 34 apartments for senior citizens, now known as the **Academy Apartments**. The '64 building houses many of the congregation offices and opens its doors to the public for retreats, conferences, and concerts as the **Sinsinawa Mound Center**.

### Sinsinawa Mound Land Acknowledgement Statement

We are on sacred land. We acknowledge that Sinsinawa Mound is located within the ancestral territory of the Ho-Chunk, Sauk, Meskwaki, Ioway, Otoe, Missouria, and Potawatomi Nations. We commit to working in solidarity with Indigenous movements for justice and self-determination. We honor and are grateful to those who have cared for this land throughout the generations.

| NEWS | OUTLOOK | SITE MAP | INTRANET | LINKS |
|---|---|---|---|---|
| **ABOUT US** | **SINSINAWA MOUND CENTER** | **RELATIONSHIPS FOR MISSION** | **PEACE & JUSTICE** | **PRAY WITH US** | **CONTACT US** |

| ABOUT US | SINSINAWA MOUND CENTER | RELATIONSHIPS FOR MISSION | PEACE & JUSTICE | PRAY WITH US | CONTACT US |
|---|---|---|---|---|---|
| Dominican Life | | | Committees | Prayer Requests | Departments |
| Dominican History | Bakery | Sisters | Antiracism | Weekly Preaching | Driving Directions |
| Father Mazzuchelli | Book & Gift Gallery | Associates | Corporate Stances | | Social Media |
| Motherhouse | | Dominican Volunteers | Resources | | Sign Up |
| | | | | | Terms of Service |
| | | | | | Privacy Policy |

Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM                                    About Us-Sinsinawa Dominican Sisters



DONATE NOW    

HOME        ABOUT US        BAKERY & GIFTS        SINSINAWA MOUND CENTER
  ˅             ˅                  ˅

## ABOUT US: OUR MISSION



The Leadership Council of the Dominicans of Sinsinawa 2016–2021 includes (from left) Srs. Colleen Settles, Betsy Pawlicki, Angelo Collins, Toni Harris (Prioress), and Pam Mitchell (Vicaress).

Sinsinawa Dominican Sisters are dedicated to preaching and teaching the Gospel. We believe that at the heart of **ministry** is relationship. Today, more than 300 Sinsinawa Dominican Sisters in the United States and abroad participate in the mission shared by all Dominicans: to proclaim the Gospel in word and deed. Currently, our missions outside the U.S. include Bolivia and Trinidad and Tobago.

Our home, **Sinsinawa Mound**, is located in southwest Wisconsin.

### OUR MISSION, VISION, AND DIRECTION

**MISSION**
As Sinsinawa Dominican women,
we are called to proclaim the Gospel
through the ministry of preaching and teaching
in order to participate in the building of
a holy and just Church and society.

**VISION**
In a world graced by the Holy Spirit
yet wounded by divisions, exploitation, and oppression,

### LEARN MORE

**DOMINICAN LIFE**
Community
Prayer
Study
Ministry

**DOMINICAN HISTORY**
Congregation History
Archives

**FATHER MAZZUCHELLI**

**RESOURCES FOR MISSION**
Sponsorship
Sponsored Institutions

**SINSINAWA MOUND**
Motherhouse
Queen of the Rosary Chapel
Academy Apartments
Sinsinawa Bakery
Sinsinawa Book & Gift Gallery
Collaborative Farm
Grounds
Employment Opportunities

### FACEBOOK

### TWITTER

Tweets by @sinsinawasister

Exhibit SS
Sarah Zylstra Declaration 2

we are impelled by God's tender mercy
to commit ourselves in partnership with others
to seek and foster right relationships
among all God's people and with Earth that sustains us.

DIRECTION 2016–2023
Called forth by God's expansive love and mercy for all creation,
we claim and embrace God's mission to be our mission.
As contemplative women of the gospel, preachers of truth, and
ministers of mercy—

·we hear the cries for mercy and compassion moving us to a radical
gospel response of unconditional love
·we call ourselves to respond to the needs of immigrants and
refugees and to seek ways to relieve suffering
·we are compelled to risk our comfort and privilege to confront the
evil of racism
·we commit ourselves to the urgent summons of *Laudato Si'* to care
for Earth, our home.
Graced by the Spirit and strengthened by our Sinsinawa Dominican
legacy,
we promise to hold each other in radical grace and respect
as we set out anew together.





NEWS            OUTLOOK         SITE MAP        INTRANET        LINKS

ABOUT US        SINSINAWA       RELATIONSHIPS   PEACE & JUSTICE  PRAY WITH US     CONTACT US
                MOUND CENTER    FOR MISSION

Dominican Life                                  Committees       Prayer Requests  Departments

Dominican History   Bakery       Sisters        Antiracism       Weekly Preaching Driving Directions

Father Mazzuchelli  Book & Gift Gallery  Associates  Corporate Stances           Social Media

Motherhouse                      Dominican Volunteers  Resources                  Sign Up

                                                                                  Terms of Service

                                                                                  Privacy Policy

Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM

Dominican Life



DONATE NOW



HOME          ABOUT US          BAKERY & GIFTS          SINSINAWA MOUND CENTER

## DOMINICAN LIFE



There are four essential elements to Dominican life: **community, prayer, study,** and **ministry.** Community bears witness to the Gospel we preach, and, together with prayer and study, becomes a vital source of our ministry.

## LEARN MORE

**DOMINICAN LIFE**
Community
Prayer
Study
Ministry

**DOMINICAN HISTORY**
Congregation History
Archives

**FATHER MAZZUCHELLI**

**RESOURCES FOR MISSION**
Sponsorship
Sponsored Institutions

**SINSINAWA MOUND**
Motherhouse
Queen of the Rosary Chapel
Academy Apartments
Sinsinawa Bakery
Sinsinawa Book & Gift Gallery
Collaborative Farm
Grounds
Employment Opportunities

## FACEBOOK

## TWITTER

Tweets by @sinsinawasister

## VIDEO

Exhibit SS
Sarah Zylstra Declaration 2

Dominican Life



| NEWS | OUTLOOK | SITE MAP | INTRANET | LINKS |
|---|---|---|---|---|

| ABOUT US | SINSINAWA MOUND CENTER | RELATIONSHIPS FOR MISSION | PEACE & JUSTICE | PRAY WITH US | CONTACT US |
|---|---|---|---|---|---|
| Dominican Life | | | Committees | Prayer Requests | Departments |
| Dominican History | Bakery | Sisters | Antiracism | Weekly Preaching | Driving Directions |
| Father Mazzuchelli | Book & Gift Gallery | Associates | Corporate Stances | | Social Media |
| Motherhouse | | Dominican Volunteers | Resources | | Sign Up |
| | | | | | Terms of Service |
| | | | | | Privacy Policy |

Exhibit SS
Sarah Zylstra Declaration 2



DONATE NOW 

HOME          ABOUT US          BAKERY & GIFTS          SINSINAWA MOUND CENTER

## FATHER SAMUEL MAZZUCHELLI, OP

Samuel Mazzuchelli, born in Milan, Italy, Nov. 4, 1806, descended from a family of merchants and bankers. At age 17, Samuel entered the Dominican Order of Preachers against his father's wishes and at a time when the Order was struggling.

This remarkable Italian-American, at the age of 22, came to the American frontier in 1828. After his priestly ordination, he was assigned by Cincinnati Bishop Edward Fenwick to be missionary priest of the whole of the Northwest Territory.

Father Mazzuchelli traveled this vast area on horseback, in native canoes, and on foot to serve the people scattered on the vast Northwest frontier, from the Great Lakes to the Mississippi and beyond. Those who called him to ministry were families of native tribes and new immigrant settlers, miners, and farmers, as well as political leaders, Catholics, and Protestants.

He established many local parish communities that remain to this day, designing and building more than 24 churches and civic buildings before his death in 1864 at the age of 57. From that time until now, increasing numbers of people have asked his help in prayer.

In 1993, Pope John Paul II declared Father Mazzuchelli Venerable, meaning he exemplified heroic virtues during his lifetime and was a servant of God, thus beginning the process of someday possibly recognizing Father Samuel as a saint in the Roman Catholic Church.

In 1847, he established a community of Dominican Sisters in Sinsinawa, Wisconsin, to help him carry on his mission of preaching and teaching. He ended his work as pastor of St. Patrick Parish in Benton, Wisconsin. Father Mazzuchelli died of pneumonia in 1864, having contracted the illness while visiting the sick on a bitterly cold winter morning. However, the Sinsinawa Dominican Sisters and the people and pastors of the



FATHER
SAMUEL MAZZUCHELLI, OP
1806–1864

PREACHER, PASTOR,
TEACHER, CIVIC LEADER

FOUNDER OF THE
SINSINAWA DOMINICAN SISTERS

## LEARN MORE

**FATHER MAZZUCHELLI**
Cause for Sainthood
Life and Works
Novena Prayer
Builder of the Church
Penance Chain
Exhibit at Sinsinawa

## MAZZUCHELLI VIDEO



## FACEBOOK

## TWITTER

Tweets by @sinsinawasister

Exhibit SS
Sarah Zylstra Declaration 2

parishes he founded continue to revere his memory as they carry on his mission today.

| NEWS | OUTLOOK | SITE MAP | INTRANET | LINKS |
|------|---------|----------|----------|-------|

| ABOUT US | SINSINAWA MOUND CENTER | RELATIONSHIPS FOR MISSION | PEACE & JUSTICE | PRAY WITH US | CONTACT US |
|----------|------------------------|---------------------------|----------------|-------------|------------|
| Dominican Life | | | Committees | Prayer Requests | Departments |
| Dominican History | Bakery | Sisters | Antiracism | Weekly Preaching | Driving Directions |
| Father Mazzuchelli | Book & Gift Gallery | Associates | Corporate Stances | | Social Media |
| Motherhouse | | Dominican Volunteers | Resources | | Sign Up |
| | | | | | Terms of Service |
| | | | | | Privacy Policy |

Exhibit SS
Sarah Zylstra Declaration 2





DONATE NOW

HOME        ABOUT US        BAKERY & GIFTS        SINSINAWA MOUND CENTER

## DOMINICAN HISTORY

## LEARN MORE



Oldest image of St. Dominic.
Unknown artist, 14th century,
Priory of the Basilica of San
Dominico in Bologna, Italy.

Dominic de Guzman was a man with a dream. Born in 1170 in the village of Caleruega in the kingdom of Castile, Spain, he founded a family, the Order of Preachers, that would one day reach out and touch every part of the world. Dominic began as a priest of the Diocese of Osma in what is now northern Spain. He was a canon (clergyman) assigned to the cathedral. His peaceful life was suddenly disturbed by a journey into northern lands. Bishop Diego asked Dominic to accompany him on a mission from King Alfonso VIII to arrange for the marriage of his son. As Dominic traveled beyond the borders of his own country, he encountered for the first time the great need of the people to hear the Word of God preached well and in a way that would respond to their spiritual longing.

Priests at that time were generally not well educated, and many of the clergy, priests, and bishops lived extravagant lives that were scandalous to the people. Dominic soon realized that, in order to be a credible preacher, his life had to be rooted in the Gospel he proclaimed.

Dominic settled in southern France and began to gather other men who shared his dream. Even before the Order of Preachers was officially approved in 1216, Dominic had also established a community of women in Prouilhe who would participate in the preaching mission through dedicating their lives to prayer in community.

**DOMINICAN LIFE**
Community
Prayer
Study
Ministry

**DOMINICAN HISTORY**
Congregation History
Archives

**FATHER MAZZUCHELLI**

**MINISTRY**

**RESOURCES FOR MISSION**

**SINSINAWA MOUND**

FACEBOOK

TWITTER

Tweets by @sinsinawasister

VIDEO



Exhibit SS
Sarah Zylstra Declaration 2

By the time Dominic died in 1221, the Order of Preachers was already on mission in France, Spain, Italy, England, Hungary, Poland, Greece, Germany, and Scandinavia. Four monasteries of Dominican Sisters had been established, and plans were under way for expansion.

Today the Order of Preachers is worldwide and includes priests, religious brothers, contemplative nuns, and active sisters as well as thousands of lay people who have dedicated their lives to the Gospel. The dream of Saint Dominic is continuing to be realized in our own time.



The Dominican shield first appeared in the early 15th century when the Order of Preachers began using this coat-of-arms for identification. The shield features a parted black mantel of the habit on a white field. The coat-of-arms helped establish an awareness of the Order.

NEWS            OUTLOOK            SITE MAP            INTRANET            LINKS

ABOUT US        SINSINAWA          RELATIONSHIPS      PEACE & JUSTICE     PRAY WITH US       CONTACT US
                MOUND CENTER       FOR MISSION
Dominican Life                                        Committees          Prayer Requests    Departments
                Bakery             Sisters            Antiracism          Weekly Preaching   Driving Directions
Dominican History
Father Mazzuchelli  Book & Gift Gallery  Associates  Corporate Stances                      Social Media
Motherhouse                            Dominican Volunteers  Resources                       Sign Up
                                                                                            Terms of Service
                                                                                            Privacy Policy

Exhibit SS
Sarah Zylstra Declaration 2



**Sinsinawa Mound Center Welcomes  Visitors andvGuests**

All visitors and guests to Sinsinawa Mound will enter through our main entrance to sign in, have a temperature screening, and show proof of vaccination. All vaccinated visitors and guests will have access to our public spaces and no longer need to wear a face mask. Unvaccinated visitors and guests are welcome to our foyer area and will need to wear a face mask. Guests only planning to visit the Sinsinawa Book & Gift Gallery may use the outdoor entrance to the shop. Some requirements may change as we continue to adhere to the guidelines set forth by the Centers for Disease Control and Prevention (CDC) to help prevent the spread of the coronavirus in the United States. We hold our world in prayer and appreciate your cooperation.



Exhibit SS
Sarah Zylstra Declaration 2



# WELCOME TO SINSINAWA MOUND CENTER

———

Escape the everyday and discover the

extraordinary

Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM                                           Sinsinawa Mound Center |

Events

Hospitality

Art Gallery

Tours

Exhibit SS
Sarah Zylstra Declaration 2

Sinsinawa Mound Center |

Labyrinths

Music Ministry

Book & Gift Gallery

Bakery

# Sister Anita Smisek Performs Piano Concerts

Click on one of the following titles to view.

Broadway Musical Performance

American Popular Music: Ragtime Era

American Popular Music of the 1920s

American Popular Music of the 1930s

American Popular Music of the 1940s

Exhibit SS
Sarah Zylstra Declaration 2

5/9/22, 1:26 PM                                    Sinsinawa Mound Center |



Exhibit SS
Sarah Zylstra Declaration 2

Sinsinawa Mound Center |



# Notes of Praise

*"The beauty of the surroundings brings us harmony and solace. As we pull into the driveway, we immediately feel peace, kindness, and goodwill is waiting for us."*



Privacy · Terms

Exhibit SS
Sarah Zylstra Declaration 2

## Sinsinawa Mound Center

585 County Road Z
Sinsinawa, WI 53824

608-748-4411



### Resources

Cancellation Policy
Financial Assistance Application
Privacy | Terms of Service
©2022 Sinsinawa Dominicans, Inc.

Sinsinawa Mound Center is one of many ministries of the Sinsinawa Dominican
Sisters. We thank you for your interest in supporting the Sisters. Online
donations can be made on the congregation website. **Click here to donate.**



Exhibit SS
Sarah Zylstra Declaration 2



DONATE NOW     

HOME        ABOUT US        BAKERY & GIFTS        SINSINAWA MOUND CENTER

## RESOURCES FOR MISSION

LEARN MORE



As an apostolic religious congregation, the Sinsinawa Dominicans engage in many and varied ministries of preaching and teaching. The Congregation sponsors **educational institutions**. Board members, administration, faculty/staff from all institutions articulated five values (Truth, Justice, Compassion, Community, and Partnership) that they felt represented Sinsinawa Dominican educational institutions. By integrating the mission of the institution and these values into all aspects of the school, board members, administration, and faculty/staff strive to carry out the mission of the Sinsinawa Dominicans.

Sinsinawa Dominican Sisters are also engaged in numerous **sponsored ministries**, all of which flow from the mission of the Congregation. The Resources for Mission Office has been established to enable continuing commitment to mission and to provide the skills for mission integration and implementation.

The Office provides programs and resources for mission development and implementation that meet ongoing needs of corporate members, governing boards, administration, faculty/staff, and students of the sponsored institutions. The office also provides assistance and resources to other Sinsinawa Dominican ministries.

**DOMINICAN LIFE**
Community
Prayer
Study
Ministry

**DOMINICAN HISTORY**
Congregation History
Archives

**FATHER MAZZUCHELLI**

**RESOURCES FOR MISSION**
Sponsorship
Sponsored Institutions

**SINSINAWA MOUND**
Motherhouse
Queen of the Rosary Chapel
Academy Apartments
Sinsinawa Bakery
Sinsinawa Book & Gift Gallery
Collaborative Farm
Grounds
Employment Opportunities

FACEBOOK

TWITTER

Tweets by @sinsinawasister

VIDEO

Exhibit SS
Sarah Zylstra Declaration 2

| NEWS | OUTLOOK | SITE MAP | INTRANET | LINKS |
|---|---|---|---|---|

| ABOUT US | SINSINAWA MOUND CENTER | RELATIONSHIPS FOR MISSION | PEACE & JUSTICE | PRAY WITH US | CONTACT US |
|---|---|---|---|---|---|
| Dominican Life | | Sisters | Committees | Prayer Requests | Departments |
| Dominican History | Bakery | Associates | Antiracism | Weekly Preaching | Driving Directions |
| Father Mazzuchelli | Book & Gift Gallery | Dominican Volunteers | Corporate Stances | | Social Media |
| Motherhouse | | | Resources | | Sign Up |
| | | | | | Terms of Service |
| | | | | | Privacy Policy |

Exhibit SS
Sarah Zylstra Declaration 2