# EXHIBIT C

# EXHIBIT C

| | |
|---|---|
| **From:** | Ingrisano, Jonathan |
| **Sent:** | Wednesday, August 10, 2022 8:23 AM |
| **To:** | Sarah A. Zylstra; Tanner G. Jean-Louis; Evan Tenebruso |
| **Cc:** | Wittenwyler, Mike; Noel Sterett |
| **Subject:** | Strange -- Responsive Documents [GK-Active.FID3018047] |

Sarah:

I wanted to follow up on our conversation in July about John Strange documents.  Based on my review, there were very few emails to/from John Strange in the City's productions, such that it appears that his email and documents were not searched in discovery (or at least that responsive documents were generally withheld).  Given the testimony and evidence to date regarding John's involvement with the light permit issues in January, February and March 2019 through his involvement with the drafting of Tag's amended ordinance, we have asked the City to produce responsive documents to/from or authored by Mr. Strange.  Prior to your vacation, you acknowledged this request had some merit and that you would revisit it upon your return.  Please let me know the City's position.  Thank you.

Jonathan

**Jonathan Ingrisano** | Attorney
414.287.9611 direct
jingrisa@gklaw.com

GODFREY KAHN s.c.
833 E. Michigan Street, Suite 1800 | Milwaukee, Wisconsin 53202-5615



*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*