# EXHIBIT H

# EXHIBIT H

**Subject:** Edgewood
**Location:** OCA

**Start:** Wednesday, August 14, 2019 2:30 PM CDT
**End:** Wednesday, August 14, 2019 3:30 PM CDT
**Show Time As:** Tentative

**Recurrence:** None

**Meeting Status:** Not yet responded

**Organizer:** Strange, John
**Required Attendees:** Tucker, Matthew <MTucker@cityofmadison.com>; Parks, Timothy <TParks@cityofmadison.com>; Stouder, Heather <HStouder@cityofmadison.com>; Fruhling, William <WFruhling@cityofmadison.com>; May, Michael <MMay@cityofmadison.com>

I know there are some conflicts, but we need to meet with zoning and planning staff regarding the Edgewood ordinances ASAP.