**EXHIBIT J**

**EXHIBIT J**

**From:** Hank, George <GHank@cityofmadison.com>
**Sent:** Thursday, March 14, 2019 4:24 PM CDT
**To:** Strange, John <JStrange@cityofmadison.com>
**Subject:** FW: Edgewood permit

Please see below.

Here is my response:

Jennifer,

It had nothing to do with public outcry. After further review we concluded the 80 foot poles would likely result in a zoning violation. We did not want to issue the permit and then order them down or changed.

-----Original Message-----
From: Harper, Alan <AHarper@cityofmadison.com>
Sent: Thursday, March 14, 2019 1:41 PM
To: 'Jennifer Luhman' <jennifer@forwardelectric.com>
Cc: Hank, George <GHank@cityofmadison.com>
Subject: RE: Edgewood permit

I am not really in the loop on this one but I thought you were. Due to the continued public outcry about the project, we have been told by the Director of our department, George Hank, not to issue this permit until further notice.

-----Original Message-----
From: Jennifer Luhman [mailto:jennifer@forwardelectric.com]
Sent: Thursday, March 14, 2019 1:03 PM
To: Harper, Alan <AHarper@cityofmadison.com>
Subject: RE: Edgewood permit

Alan:

I see the permit still hasn't been issued.
Do you have everything you need from me for this?

Thanks

Jennifer Luhman
Forward Electric, Inc
6909 Raywood Rd
Madison, WI 53713
608-221-1945 phone
608-516-1265 cell
608-221-9307 fax
jennifer@forwardelectric.com

-----Original Message-----
From: Harper, Alan [mailto:AHarper@cityofmadison.com]
Sent: Wednesday, March 6, 2019 8:53 AM
To: 'Jennifer Luhman' <jennifer@forwardelectric.com>
Cc: Antony, Lisa <LAntony@cityofmadison.com>
Subject: RE: Edgewood permit

I didn't realize you had approved plans.  Yes. You can do this online or by mail or come in.


Alan Harper
CITY OF MADISON BUILDING INSPECTION
215 Martin Luther King Jr. Blvd. #017
Madison, WI 53703
(608)266-4558



-----Original Message-----
From: Jennifer Luhman [mailto:jennifer@forwardelectric.com]
Sent: Wednesday, March 06, 2019 8:14 AM
To: Harper, Alan <AHarper@cityofmadison.com>
Cc: Antony, Lisa <LAntony@cityofmadison.com>
Subject: RE: Edgewood permit

Alan:

Attached are the approved lighting plans.

Thanks

Jennifer Luhman  
Forward Electric, Inc  
6909 Raywood Rd  
Madison, WI 53713  
608-221-1945 phone  
608-516-1265 cell  
608-221-9307 fax  
jennifer@forwardelectric.com


-----Original Message-----  
From: Harper, Alan [mailto:AHarper@cityofmadison.com]  
Sent: Wednesday, March 6, 2019 8:11 AM  
To: 'jennifer@forwardelectric.com' <jennifer@forwardelectric.com>  
Cc: Antony, Lisa <LAntony@cityofmadison.com>  
Subject: FW: Edgewood permit

Jennifer,

You need to submit lighting plans for this project.  Once the plan is approved, you can get a permit by mail or by coming into the office.


Alan Harper  
CITY OF MADISON BUILDING INSPECTION  
215 Martin Luther King Jr. Blvd. #017  
Madison, WI 53703  
(608)266-4558



-----Original Message-----  
From: Antony, Lisa  
Sent: Wednesday, March 06, 2019 6:54 AM  
To: Harper, Alan <AHarper@cityofmadison.com>  
Subject: FW: Edgewood permit


_____  
From: Jennifer Luhman [jennifer@forwardelectric.com]  
Sent: Tuesday, March 5, 2019 10:05 AM  
To: Antony, Lisa  
Subject: Edgewood permit

Lisa:

I will be applying for a permit to install 4 new light poles and a new service for Edgewood High.  Can I apply for that permit online?

Thanks

Jennifer Luhman  
Forward Electric, Inc  
6909 Raywood Rd  
Madison, WI 53713  
608-221-1945 phone  
608-516-1265 cell  
608-221-9307 fax  
jennifer@forwardelectric.com<mailto:jennifer@forwardelectric.com>

**CONFIDENTIAL**                                                                                                                                        **CITY-DEF-052765**