# EXHIBIT L

# EXHIBIT L

CITY OF MADISON
# INTERDEPARTMENTAL
CORRESPONDENCE

Date:   March 11, 2019

**To:**        **George Hank, Building Inspection Division Director**

**From:**      **Matt Tucker, Zoning Administrator**

**Subject:**   **Edgewood High School Athletic field, Lighting Permit Request**

---

The Edgewood campus has an approved Master Plan.  Per MGO Sec. 28.097(4), *Dimensional Requests in the Campus Institutional District* states that "In CI districts, with an approved Master Plan, dimensional requirements will be determined by the Master Plan." Also, Sec. 28.097(5)(c)2.(a) and (d) *Contents of Master Plan, Facilities Plan, Proposed Conditions* requires the Master Plan include "Future needs/capital improvements" and "Building Form (building type, height, bulk, etc.)."

I am aware that Edgewood High School has requested an electrical permit to install 80' tall poles, for the purpose of lighting of the athletic field, which is an improvement to its use and facility.  The Zoning Office typically would not review a request for lighting, however, since this property has an approved Master Plan, an improvement of this nature must be found consistent with the approved master plan document.

I have reviewed the approved Master Plan, I find no information in the document that would allow for the installation of light poles, for the purpose of improving the facility.  If the electrical permit is issued and the light poles are erected, this construction would constitute a violation of the approved Master Plan.

To resolve this problem, Edgewood may apply for an alteration to its Master Plan to accommodate improvements to the facility.  Edgewood has applied for such an alteration, with their December 2018 application for construction of stadium infrastructure and field lighting.  If this Master Plan alteration is approved, or a similar approval is granted to allow for the lighting of the field, the lighting permits and subsequent construction would not constitute a zoning violation.