# EXHIBIT M

# EXHIBIT M

**From:** Strange, John <JStrange@cityofmadison.com>
**Sent:** Tuesday, July 30, 2019 6:32 PM CDT
**To:** May, Michael <MMay@cityofmadison.com>
**CC:** Tucker, Matthew <MTucker@cityofmadison.com>
**Subject:** Edgewood - attorney client confidential

ATTORNEY CLIENT CONFIDENTIAL

Mike,

FYI - Alder Evers asked about amending the CI District Ordinance to remove the 4000 sq feet of ground floor area component. We did not talk about it at length. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I'm not sure if anything will come of this in the next few days, but I suppose he could intro something from the floor on August 6 for it to track with the mayor's ordinance.

John

John W. Strange
Assistant City Attorney
Madison, Wisconsin
608-266-4511

CONFIDENTIAL                                                                                                                                                   CITY-DEF-052797