| | |
|---|---|
| **From:** | Kimberly Crowell |
| **Sent:** | Thursday, December 9, 2021 3:28 PM |
| **To:** | Evan Tenebruso; Tanner G. Jean-Louis; Sarah A. Zylstra; pcovaleski@gklaw.com; jingrisa@gklaw.com; mwittenw@gklaw.com; nsterett@daltontomich.com |
| **Subject:** | Kimberly Crowell shared the folder "City of Madison Document Production" with you. |



# Kimberly Crowell shared a folder with you

Good afternoon,

Per Sarah Zylstra's request, below please find a link to the City of Madison's First Document Production.  Please let me know if you have any difficulties accessing the website or the documents.

Thank you,

Kim

 City of Madison Document Production

This link only works for the direct recipients of this message.

**Open**



Privacy Statement

1

Exhibit K
Declaration of Sarah Zylstra

**From:** Kimberly Crowell
**Sent:** Friday, March 4, 2022 3:24 PM
**To:** Sarah A. Zylstra; Evan Tenebruso; Tanner G. Jean-Louis; jingrisa@gklaw.com; pcovaleski@gklaw.com; mwittenw@gklaw.com; nsterett@daltontomich.com; bknapp@gklaw.com
**Subject:** Kimberly Crowell shared the folder "City of Madison Document Production 030422" with you.



# Kimberly Crowell shared a folder with you

Counsel,

Below please find a link to the City of Madison's supplemental document production.

Bruce, if you prefer load files to be included, please let me know.

Thank you,

Kim



This link only works for the direct recipients of this message.

**Open**



Privacy Statement

BoardmanClark

1

<span style="color:red">Exhibit K
Declaration of Sarah Zylstra</span>

| | |
|---|---|
| **From:** | Kimberly Crowell |
| **Sent:** | Friday, April 15, 2022 12:13 PM |
| **To:** | Evan Tenebruso; Tanner G. Jean-Louis; Sarah A. Zylstra; jingrisa@gklaw.com; PCovaleski@gklaw.com; mwittenw@gklaw.com; nsterett@daltontomich.com; BKnapp@gklaw.com |
| **Subject:** | Kimberly Crowell shared the folder "City of Madison's Supplemental Productin 04.15.2022" with you. |



# Kimberly Crowell shared a folder with you

Counsel,

Per Sarah Zylstra's earlier email, below please find a link to the City of Madison's supplemental document production.

Thank you,

Kim



📁 City of Madison's Supplemental Productin 04.15.2022

This link only works for the direct recipients of this message.

**Open**



Privacy Statement

**Exhibit K**
**Declaration of Sarah Zylstra**

**From:** Morgan Rose
**Sent:** Tuesday, April 26, 2022 12:12 PM
**To:** Sarah A. Zylstra; Evan Tenebruso; Tanner G. Jean-Louis; PCovaleski@gklaw.com; jingrisa@gklaw.com; mwittenw@gklaw.com; nsterett@daltontomich.com
**Subject:** Morgan Rose shared the folder "City of Madison Supplemental Production 04.26.2022" with you.



# Morgan Rose shared a folder with you

Counsel,

Attached are the Legistar materials Atty. Zylstra emailed you about earlier today. Thank you.

 City of Madison Supplemental Production 04.26.2022

 This link only works for the direct recipients of this message.

Open

 

Privacy Statement

Exhibit K
Declaration of Sarah Zylstra