| | |
|---|---|
| From: | Morgan Rose |
| Sent: | Wednesday, August 17, 2022 3:43 PM |
| To: | Sarah A. Zylstra; Tanner G. Jean-Louis; jingrisa@gklaw.com; nsterett@daltontomich.com |
| Subject: | Morgan Rose shared the folder "25981-424 City of Madison Supplemental Production 2022.08.17" with you. |



## Morgan Rose shared a folder with you

Please find Defendants' Supplemental Production at the this link. Thank you.

📁 25981-424 City of Madison Supplemental Production 2022.08.17

 This link only works for the direct recipients of this message.

[ Open ]



Privacy Statement

BoardmanClark

Exhibit S
Declaration of Sarah Zylstra