| | |
|---|---|
| From: | Sarah A. Zylstra |
| Sent: | Wednesday, August 17, 2022 2:35 PM |
| To: | Ingrisano, Jonathan; Noel Sterett |
| Cc: | Tanner G. Jean-Louis; Morgan Rose |
| Subject: | RE: Edgewood v. City of Madison [GK-Active.FID3018047] |

Yes, correct.  My paralegal will send those out later today.



SARAH A. ZYLSTRA (SHE/HER)
ATTORNEY

DIRECT +1 608-283-1741
PHONE 608-257-9521
FAX 608-283-1709
SZYLSTRA@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 SOUTH PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

This is a transmission from the law firm of Boardman & Clark LLP and may contain information which is privileged, confidential, and protected by the attorney-client and/or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately via email at szylstra@boardmanclark.com or via telephone at (608) 257-9521. The sender does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

From: Ingrisano, Jonathan <jingrisa@gklaw.com>
Sent: Wednesday, August 17, 2022 1:33 PM
To: Sarah A. Zylstra <szylstra@boardmanclark.com>; Noel Sterett <nsterett@daltontomich.com>
Cc: Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>
Subject: RE: Edgewood v. City of Madison [GK-Active.FID3018047]

Sarah:

Thanks.  No further waiver of any privilege, correct?  The documents you are producing will not be considered privileged.

Jonathan

**Jonathan Ingrisano** | Attorney
414.287.9611 direct | jingrisa@gklaw.com

GODFREY KAHN s.c.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

From: Sarah A. Zylstra <szylstra@boardmanclark.com>
Sent: Wednesday, August 17, 2022 1:30 PM
To: Ingrisano, Jonathan <jingrisa@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>
Cc: Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>
Subject: Edgewood v. City of Madison

Exhibit T
Declaration of Sarah Zylstra

**[EXTERNAL] This message originated from outside your domain.**

Jonathon,

I have the documents related to Strange ready for production.  Prior to sending those to you, I want to make sure that our same stipulation applies, that is, that you agree that our production of these documents does not operate as a wholesale waiver of the attorney-client privilege.  I am not looking for you to concede that something is privileged but only agreement that you will not contend that our responses/production operate as a waiver of the privilege.



SARAH A. ZYLSTRA (SHE/HER)
ATTORNEY

DIRECT +1 608-283-1741
PHONE 608-257-9521
FAX 608-283-1709
SZYLSTRA@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 SOUTH PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

This is a transmission from the law firm of Boardman & Clark LLP and may contain information which is privileged, confidential, and protected by the attorney-client and/or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately via email at szylstra@boardmanclark.com or via telephone at (608) 257-9521. The sender does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.