**From:** Susan Serrault <sserrault@edgewood.edu>
**Sent:** Tuesday, February 19, 2013 1:55 PM CST
**To:** Judd Schemmel <schejud@edgewood.k12.wi.us>
**CC:** Doug Hursh <dough@potterlawson.com>; Tami Holmquist <HOLMTAM@edgewood.k12.wi.us>
**Subject:** RE: Green Space Plan - Master Plan

Thank you very much for your clarification and getting back to us so quickly.


Susan Serrault
Facilities Operations
608.663.2355 (p)
608.663.3409 (f)

"The achievements of an organization are the results of the combined effort of each individual."

Vince Lombardi

Please consider the environment before printing this e-mail. Thank you!

---

**From:** Judd Schemmel [mailto:schejud@edgewood.k12.wi.us]
**Sent:** Tuesday, February 19, 2013 12:53 PM
**To:** Susan Serrault
**Cc:** 'Doug Hursh'; Tami Holmquist
**Subject:** RE: Green Space Plan - Master Plan

Susan:

Thanks for your email. I think I can offer the information Doug is seeking. I am though including Tami Holmquist on this email and invite her to add in anything further that may assist.

Location #1: In addition to practices, games do take place on this athletic field. We play lower level boys and girls soccer as well as lower level football. Additionally, the space is used as the home field for our varsity Lacrosse team. This space has been used to host a middle school level track and field meet comprised of Catholic feeder schools. We also use this space in conjunction with high school's summer strength and conditioning programs.

Location #2: In addition to athletic and recreational purposes, this space is by our physical education classes in the fall and spring. Additionally, we rent this space out to groups on Badger football Saturday's. We also allow use of this space by select groups for civic events such as the Boys and Girls Club of Dane County and their annual biking event.

Again, Tami if there are other uses you think would provide a more complete picture feel free to augment my answer.

Susan, if you or Doug have additional questions feel free to pass them along..............Judd


Judd T. Schemmel
President
Edgewood High School of the Sacred Heart
2219 Monroe St., Madison, WI 53711
608.257.1023 x141
edgewoodhs.org l facebook.com/EdgewoodHS

---

**From:** Susan Serrault [mailto:sserrault@edgewood.edu]
**Sent:** Tuesday, February 19, 2013 11:13 AM
**To:** Judd Schemmel
**Cc:** 'Doug Hursh'
**Subject:** Green Space Plan - Master Plan

Good Afternoon Judd,

I have attached a copy of the green space plan prepared by Potter Lawson.  Could you please forward on to someone who can assist me with this?

Basically, Doug Hursh would like to verify the use of the spaces indicated by 1 & 2.
#1 – Do games take place on this field?  Is it solely for practice?



Exhibit U
Declaration of Sarah Zylstra

POTTER_11725

#2 – Are there any other uses for this space besides athletic and recreation?  Do social events occur in this space?

Thank you Judd for any input you can offer or if you are able to put me in touch with someone who can help.

Have a wonderful afternoon!


Susan Serrault
Facilities Operations
608.663.2355 (p)
608.663.3409 (f)

"The achievements of an organization are the results of the combined effort of each individual."

Vince Lombardi

Please consider the environment before printing this e-mail. Thank you!

Exhibit U
Declaration of Sarah Zylstra

POTTER_11726



**Open Spaces**
1. Athletic Fields and Recreation Space
2. Athletic and Recreation Space
3. Recreation Space and Stormwater/Snow Management for Parking Ramp
4. Neighborhood Buffer Zone
5. Park and Pleasure Drive Landscape Buffer Zone
6. Shoreland Zone
7. Wetlands
8. Playground
9. Eagle Mound
10. Courtyard Activity Space
11. Woodlands - Contemplative Space
12. Mound Grouping
13. Stormwater Retention Water Feature
14. Recreation Space
15. Commons

Open Spaces Diagram **DRAFT**
Edgewood Campus Plan
February 15, 2013

Potter Lawson
Success by Design

Exhibit U
Declaration of Sarah Zylstra