

SARAH A. ZYLSTRA
ATTORNEY
SZYLSTRA@BOARDMANCLARK.COM
DIRECT   (608) 283 1741
FAX         (608) 283 1709

September 12, 2022

Via CM/ECF
Magistrate Judge Stephen L. Crocker
United States District Court
120 North Henry Street
Madison, Wisconsin  53703

      RE:    Edgewood High School of the Sacred Heart, Inc. v. City of Madison, et al.
                Case No. 3:21-CV-118

Dear Magistrate Judge Crocker,

I am writing to seek clarification regarding the Court's September 9 text-only order, dkt. #74. The order provided that discovery would close on October 21.

In the Court's September 2 oral ruling on Plaintiff's Motion to Compel and Extend Discovery, the Court granted in part and denied in part that motion. The Court granted the motion in part, indicating that that further discovery would be limited to one targeted search of the City's records, crafted with the cooperation of both parties. The Court held that defendants would run the search, and produce the documents from that search, if the returned results were reasonable. The Court held that if the parties could not agree on the one targeted search or the reasonableness of the return results, the Court would referee that issue. The Court denied the remaining portion of the motion to extend discovery any further, including indicating that there would be no further depositions.

I am writing to confirm my understanding that the September 9 text only order does not change the Court's September 2 oral ruling and that while the October 21 date is final date for completion of the targeted search and production of documents, the Court is not opening the door to new depositions or further discovery requests. I would appreciate the Court confirming for the parties that my understanding as to the order is correct.

Respectfully Submitted,

BOARDMAN & CLARK LLP

*Sarah A. Zylstra*

Sarah A. Zylstra

\\msnfs2\share\DOCS\WD\25981\424\A4644346.DOCX