UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDGEWOOD HIGH SCHOOL OF THE SACRED HEART, INC., | Case No. 3:21-cv-00118-wmc |
| Plaintiff, | |
| v. | |
| CITY OF MADISON, WISCONSIN, *et al.*, | |
| Defendants. | |

### DECLARATION OF NOEL W. STERETT

I, Noel W. Sterett, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am one of the attorneys for Edgewood High School of the Sacred Heart, Inc. ("EHS") in the above captioned matter. I make this declaration on personal knowledge and on my knowledge and familiarity with the activities and records in this case.

2. On August 17, 2022, the City produced forty-five file new files related to Attorney John Strange. These included emails, calendar meeting invitations and draft documents. Like my co-counsel, Jonathan Ingrisano, I reviewed the August 17 Strange production from opposing counsel and am familiar with its contents.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy from the August 17, 2022 Strange production of emails from Matt Tucker forwarding drafts of his February 27, 2019 letter to John Strange, CITY-DEF-052729, 052773-052776.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of September, 2022.

**s/ Noel W. Sterett**  
Noel W. Sterett

27907886.1