# **<u>EXHIBIT A</u>**

Case: 3:21-cv-00118-wmc   Document #: 78-1   Filed: 09/19/22   Page 1 of 6

**From:** Tucker, Matthew <MTucker@cityofmadison.com>
**Sent:** Monday, February 25, 2019 11:26 AM CST
**To:** Strange, John <JStrange@cityofmadison.com>
**Subject:** FW: Edgewood's intention to move forward with lights and amplified sound
**Attachment(s):**
"EHS_BoardStatement_GOODMAN_FINAL_Feb_22_2019.pdf","EHS_FAQs_GOODMAN_FINAL_Feb_22_2019.pdf"

To discuss.

**From:** Rachel Fields
**Sent:** Friday, February 22, 2019 4:55 PM
**To:** AutoLogon; AutoLogon; AutoLogon
**Cc:** AutoLogon; AutoLogon; AutoLogon; AutoLogon
**Subject:** Edgewood's intention to move forward with lights and amplified sound

Hi Heather, Tim and Matt,

We just received word of Edgewood's intention to move forward with installing lighting and amplified sound for their field, which they say can be done under city ordinances without an amendment to the Master Plan. In our mind, this seems to undermine the last eight months of conversations with the neighborhood and the process for approving what we believe to be major changes to the use of their property. I've attached the documents we received from them in case you haven't seen them.

Could you shed any light on this? Has the city been in conversations with Edgewood about this development, and has city staff signed off on this approach? We would be very disappointed if that were the case, but at this point are just looking for more information.

Let me know when you're able. Thanks so much,

Rachel

**From:** Tucker, Matthew <MTucker@cityofmadison.com>
**Sent:** Wednesday, February 27, 2019 3:02 PM CST
**To:** Strange, John <JStrange@cityofmadison.com>
**Subject:** Lighting and sound, Edgewood Athletic Field, 2-27-19.docx
**Attachment(s):** "Lighting and sound, Edgewood Athletic Field, 2-27-19.docx"

**CONFIDENTIAL**                                                                                                                               **CITY-DEF-052773**



Department of Planning & Community & Economic Development
## Building Inspection Division

Madison Municipal Building, Suite 017
215 Martin Luther King Jr. Blvd.
P.O. Box 2984
Madison, Wisconsin  53701-2984
Phone: (608) 266-4551
Fax (608) 266-6377
www.cityofmadison.com

February 27 2019

Michael Elliot
President, Edgewood High School
2219 Monroe Street
Madison, WI 53711

RE: Edgewood Athletic Field, Lighting Permit and Sound System Installation

Michael,

On Friday, February 22, the Building Inspection Division accepted a lighting plan filed by Forward Electric on behalf of Edgewood High School, to install lighting for the school's field. Those plans will be reviewed for compliance with MGO Section 10.085, and if the plans comply, electrical permits will be issued when requested.

The City believes this permit can be issued without requiring amendment of the approved 2014 Master Plan.  However, over the past weekend, I received a copy of the letter sent to "Edgewood Family" and a "Frequently Asked Questions" document relating to the institutions' present interest to install lights and an amplified sound system at the field (copy attached).  These letters indicate that Edgewood intends to use the lights and sound system to host night games at the facility.   As we have previously discussed, based on the information we have regarding the use of the facility, it would appear the intended use is in conflict with the approved 2014 Master Plan for the site, which limits use of the facility to "team practices, physical education classes" (Page 42, Section 3.8, Open Spaces Plan).

The purpose of this letter is to inform you that the issuance of any lighting permit under MGO sec. 10.085 does not change the City's position that the use of the facility under the master plan is limited to "team practices, physical education classes."

Sincerely,


Matt Tucker
Zoning Administrator
City of Madison

**From:** Tucker, Matthew <MTucker@cityofmadison.com>
**Sent:** Wednesday, February 27, 2019 2:54 PM CST
**To:** Strange, John <JStrange@cityofmadison.com>
**Subject:** Lighting and sound, Edgewood Athletic Field, 2-27-19.docx
**Attachment(s):** "Lighting and sound, Edgewood Athletic Field, 2-27-19.docx"

**CONFIDENTIAL**                                                                                                                                                   **CITY-DEF-052775**



Department of Planning & Community & Economic Development
## Building Inspection Division

Madison Municipal Building, Suite 017
215 Martin Luther King Jr. Blvd.
P.O. Box 2984
Madison, Wisconsin  53701-2984
Phone: (608) 266-4551
Fax (608) 266-6377
www.cityofmadison.com

February 27 2019

Michael Elliot
President, Edgewood High School
2219 Monroe Street
Madison, WI 53711

RE: Edgewood Athletic Field, Lighting Permit and Sound System Installation

Michael,

On Friday, February 22, the Building Inspection Division accepted a lighting plan filed by Forward Electric on behalf of Edgewood High School, to install lighting for the school's field. Those plans will be reviewed for compliance with MGO Section 10.085, and if the plans comply, electrical permits will be issued when requested.

The City believes this permit can be issued without requiring amendment of the approved 2014 Master Plan.  However, over the past weekend, I received a copy of the letter sent to "Edgewood Family" and a "Frequently Asked Questions" document relating to the institutions' present interest to install lights and an amplified sound system at the field.  These letters clearly indicate that installation of lights and a sound system is being pursued to accommodate hosting night games at the athletic facility.   Based on the information we have regarding the use of the facility (both past and intended) this use would be in violation of the approved 2014 Master Plan for the site, which limits use of the facility to "team practices, physical education classes" (Page 42, Section 3.8, Open Spaces Plan).

Sincerely,

Matt Tucker

CONFIDENTIAL                                                                                                                                                                  CITY-DEF-052776