**From:** Sarah A. Zylstra
**Sent:** Friday, September 23, 2022 11:48 AM
**To:** Ingrisano, Jonathan; Tanner G. Jean-Louis
**Cc:** Noel Sterett; Knapp, Bruce; Wittenwyler, Mike
**Subject:** RE: EHS -- revised key word search [GK-Active.FID3018047]

Jonathon,

We will get you some samples regarding the word permit.

We will run the two new searches and let you know the results (hopefully later this afternoon).

In addition, we will continue to work with you on any further refinement of the search.  However, we still feel we need to get a motion on file today.  It is now less than 30 days from the deadline of production.  By the time we brief the issues and Magistrate Crocker decides them, at best we will have 3 weeks to respond and may have less than that.  We are happy to withdraw the motion if we can come to agreement while it is pending.

Thanks,

Sarah



**SARAH A. ZYLSTRA** (SHE/HER)
ATTORNEY

DIRECT +1 608-283-1741                     BOARDMAN & CLARK LLP
PHONE 608-257-9521                          1 SOUTH PINCKNEY ST STE 410
FAX 608-283-1709                            PO BOX 927
SZYLSTRA@BOARDMANCLARK.COM                  MADISON, WI 53701-0927
BOARDMANCLARK.COM

This is a transmission from the law firm of Boardman & Clark LLP and may contain information which is privileged, confidential, and protected by the attorney-client and/or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately via email at szylstra@boardmanclark.com or via telephone at (608) 257-9521. The sender does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Ingrisano, Jonathan <jingrisa@gklaw.com>
**Sent:** Friday, September 23, 2022 10:24 AM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>
**Cc:** Noel Sterett <nsterett@daltontomich.com>; Knapp, Bruce <BKnapp@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>
**Subject:** RE: EHS -- revised key word search [GK-Active.FID3018047]

Sarah:

Given the additional detail you provided, and further given the limitations you've acknowledge in the City's search capabilities, we would suggest the following:

EXHIBIT

**B**

First, we could break up the single search into two to narrow the "permit" search.

1. ((Edgewood OR EHS) AND permit AND (light* OR field OR Goodman OR stadium OR electric* OR games OR athletic OR appli* OR practice OR class)) OR "Edgewood permit"
2. (Edgewood OR EHS) AND ("master plan" OR light* OR field OR stadium OR ordinance)

Second, EHS would agree that for the City alders' inboxes – except Tag's – you can restrict the searches to those that are "from" or "cc / bcc" the alder accounts.  This will eliminate all of that 20% of the emails received from constituents, but would still capture the alders' responses, forwards, and internal emails.

Third, the City should be able to de-dupe its hits from those it has already produced.

**Jonathan Ingrisano** | Attorney
414.287.9611 direct | jingrisa@gklaw.com
GODFREY KAHN s.c.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

---

**From:** Ingrisano, Jonathan
**Sent:** Friday, September 23, 2022 9:51 AM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>
**Cc:** Noel Sterett <nsterett@daltonmich.com>; Knapp, Bruce <bknapp@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>
**Subject:** RE: EHS -- revised key word search [GK-Active.FID3018047]

Sarah:

Based on some of the new details you are providing below, I am exploring some alternative searches and will have something for you today.  As part of that, can you give me some examples of where ("Edgewood" OR "EHS") AND "permit" was overly inclusive within that date range?

Jonathan

**Jonathan Ingrisano** | Attorney
414.287.9611 direct | jingrisa@gklaw.com
GODFREY KAHN s.c.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

---

**From:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Sent:** Thursday, September 22, 2022 4:00 PM
**To:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>
**Cc:** Noel Sterett <nsterett@daltonmich.com>; Knapp, Bruce <BKnapp@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>
**Subject:** RE: EHS -- revised key word search [GK-Active.FID3018047]

**[EXTERNAL] This message originated from outside your domain.**

---

Jonathan,