# EXHIBIT B

# EXHIBIT B

**Ingrisano, Jonathan**

| | |
|---|---|
| **From:** | Sarah A. Zylstra <szylstra@boardmanclark.com> |
| **Sent:** | Thursday, January 20, 2022 4:30 PM |
| **To:** | Covaleski, Paul |
| **Cc:** | Ingrisano, Jonathan; Wittenwyler, Mike; Noel Sterett; Evan Tenebruso; Tanner G. Jean-Louis; Kimberly Crowell |
| **Subject:** | RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047] |

**[EXTERNAL] This message originated from outside your domain.**

Paul,

I reached out to the City about search capabilities.

The system can do wildcard search extenders (i.e., time* will produce times, timely, timeliness, etc.)

The system has connectors such as AND and OR and also has a MINUS feature that operates similar to a but not.

The system has the ability to search by specific date ranges (7/1/20-3/15/21).

The system does not allow for Boolean searching so it cannot do, for example, Edgewood w/25 of lights.

The system also does not have the capability to build complex searches where internal parenthesis are done first.  So for example it could not do something like  ((Edgewood and lights) or (Edgewood and stadium)) and Tucker.  You would have to run separate searches.

Thanks.

Sarah

**SARAH A. ZYLSTRA**
ATTORNEY

DIRECT +1 608-283-1741
PHONE 608-257-9521
FAX 608-283-1709
SZYLSTRA@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 SOUTH PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

This is a transmission from the law firm of Boardman & Clark LLP and may contain information which is privileged, confidential, and protected by the attorney-client and/or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately via email at szylstra@boardmanclark.com or via telephone at (608) 257-9521. The sender does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Covaleski, Paul <PCovaleski@gklaw.com>
**Sent:** Wednesday, January 12, 2022 3:53 PM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis

<TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

Sarah,

Thank you and Tanner for taking time to comprehensively discuss Defendants' responses and objections to Edgewood's Interrogatories and Requests for Production earlier this morning. Although we were unable to agree on certain responses, I'm glad we were able to agree on others. For numerous other responses, we agreed that further discussion/follow-up/actions were necessary before we conclude that we are in agreement or at an impasse. I wanted, therefore, to briefly outline what we understand to be each side's "homework" coming out of today's meet and confer.

## Defendants

- We agreed that you would reach out to certain custodians to obtain more information on certain discovery requests/responses, as identified and discussed during our meet and confer. Our understanding is that you will reach out and provide an update after you receive additional information.

- For Request Number 36, you indicated you may not be withholding documents on the basis of your objections and accordingly may supplement your answer. Our understanding is that you will update us when this decision has been made.

- The parties agreed that running targeted search terms may help resolve some or many of the parties' issues. Edgewood is happy to put together a preliminary list of suggested search terms; however, you have agreed to first reach out to the City's IT Department to get a better understanding of their systems' search terms capabilities and functionality.

## Edgewood

- We agreed to draft a comprehensive letter memorializing the parties' agreements, impasses, and areas for further discussion at today's meet and confer. We will of course endeavor to memorialize our conversation as accurately as possible, but we ask that you carefully review the letter and identify any concerns you have so the parties can work from this document moving forward.

- We will confer internally regarding several of your compromise proposals, as outlined in your January 11 correspondence and discussed at today's meet and confer. We will include our responses in the above-mentioned letter.

- We will confer internally regarding your proposed list of custodians, and let you know if we have any concerns or proposed edits/additions/subtractions.

- We will draft a correspondence providing a more detailed description of our positions on Defendants' responses and objections to Edgewood's Requests for Admission, which we were not able to get to today (through neither party's fault). Our hope is that this may lead to a quicker meet and confer regarding the RFAs.

- We will draft proposed targeted search terms after we receive information regarding the City systems' search capabilities and functionality. To that end, Is it possible to get this information by early next week? It will take Edgewood a few days to draft a proposed list of search terms after receiving this information, which will then have to be agreed on and tested, so we would in particular like to keep this moving.

Please let us know if we are forgetting anything, or if this if anything is inconsistent with your understanding of the parties' agreed upon tasks moving forward.

Thanks,

**Paul Covaleski** | Attorney
608.284.2619 direct | PCovaleski@gklaw.com

# GODFREY KAHN s.c.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Sent:** Tuesday, January 11, 2022 6:30 PM
**To:** Covaleski, Paul <PCovaleski@gklaw.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

[EXTERNAL] This message originated from outside your domain.

Paul,

Please see the attached letter.  Thanks.

Sarah

# BoardmanClark

## SARAH A. ZYLSTRA
ATTORNEY

| | |
|---|---|
| DIRECT +1 608-283-1741 | BOARDMAN & CLARK LLP |
| PHONE 608-257-9521 | 1 SOUTH PINCKNEY ST STE 410 |
| FAX 608-283-1709 | PO BOX 927 |
| SZYLSTRA@BOARDMANCLARK.COM | MADISON, WI 53701-0927 |
| BOARDMANCLARK.COM | |

**From:** Covaleski, Paul <PCovaleski@gklaw.com>
**Sent:** Wednesday, January 5, 2022 5:37 PM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

Sarah,

How about Wednesday morning from 9:00-10:30? If that works for you and your team, I'll go ahead and circulate an invite.

Thanks,

**Paul Covaleski** | Attorney
608.284.2619 direct | PCovaleski@gklaw.com

# GODFREY&KAHN s.c.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Sent:** Wednesday, January 5, 2022 9:54 AM
**To:** Covaleski, Paul <PCovaleski@gklaw.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

[EXTERNAL] This message originated from outside your domain.

Paul,

I agree on rescheduling.  We are available Tuesday afternoon or Wednesday morning.

# BoardmanClark

## SARAH A. ZYLSTRA
ATTORNEY

DIRECT +1 608-283-1741
PHONE 608-257-9521
FAX 608-283-1709
SZYLSTRA@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 SOUTH PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

**From:** Covaleski, Paul <PCovaleski@gklaw.com>
**Sent:** Wednesday, January 5, 2022 8:26 AM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

Good Morning Sarah,

Jonathan has also unfortunately come down with something and will not be able to attend this afternoon – we were going to trudge forward without him on the call, but I think given your email it probably just makes sense to reschedule. Do you agree?

If so, we can agree to moving the meet and confer to a mutually agreeable time Tuesday or Wednesday of next week, which will have given you a full week to speak with your clients since receiving our letter. Does that work for your team?

Finally, I know I scheduled this for an hour, but I'm thinking we will probably need 90 minutes -  if we are rescheduling anyways I think it also makes sense to change the length of the meet and confer. Please let me know if you disagree.

Thanks,

**Paul Covaleski** | Attorney
608.284.2619 direct | PCovaleski@gklaw.com

## GODFREY KAHN s.c.

*This is a transmission from the law firm Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Sent:** Wednesday, January 5, 2022 7:58 AM
**To:** Covaleski, Paul <PCovaleski@gklaw.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

[EXTERNAL] This message originated from outside your domain.

Paul,

Just to be clear, I had expected to receive this letter back in December when we discussed setting this meet and confer call.  Given the lateness of receipt of this letter in relation to our call this afternoon, I will not have had a chance to confer with the necessary City personnel on these items before our call.  I am still fine with proceeding with our call but I will not have answers on many items.

Sarah

## BoardmanClark

**SARAH A. ZYLSTRA**
ATTORNEY

DIRECT +1 608-283-1741
PHONE 608-257-9521
FAX 608-283-1709
SZYLSTRA@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 SOUTH PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

**From:** Covaleski, Paul <PCovaleski@gklaw.com>
**Sent:** Tuesday, January 4, 2022 10:59 AM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

Sarah,

I hope you had a nice holiday season. Please find attached Edgewood's letter regarding Defendants' discovery responses and objections in anticipation of tomorrow's meet and confer. We look forward to discussing these issues with you more at that time.

Thanks,

**Paul Covaleski** | Attorney
608.284.2619 direct | PCovaleski@gklaw.com

**GODFREY⬛⬛KAHN**s.c.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Sent:** Thursday, December 16, 2021 1:56 PM
**To:** Covaleski, Paul <PCovaleski@gklaw.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

**[EXTERNAL] This message originated from outside your domain.**

Please include Evan and Tanner on the service list going forward. For the invite, it will be me and Tanner on the call. Thanks.

**BoardmanClark**

**SARAH A. ZYLSTRA**
ATTORNEY

DIRECT +1 608-283-1741
PHONE 608-257-9521
FAX 608-283-1709
SZYLSTRA@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 SOUTH PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

**From:** Covaleski, Paul <PCovaleski@gklaw.com>
**Sent:** Thursday, December 16, 2021 1:14 PM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

Thanks Sarah. Let's plan on 2:00 on the 5th. I'll send an invite – I've noticed a few new names on the email thread, should I send the invite to everyone? Also should we update our service list to reflect the folks on your team on this thread?

Thanks,

**Paul Covaleski** | Attorney
608.284.2619 direct | PCovaleski@gklaw.com

# GODFREY KAHN S.C.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Sent:** Thursday, December 16, 2021 9:00 AM
**To:** Covaleski, Paul <PCovaleski@gklaw.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontmich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

**[EXTERNAL] This message originated from outside your domain.**

We are free after 1:30 on the 5th.

# BoardmanClark

**SARAH A. ZYLSTRA**
ATTORNEY

DIRECT +1 608-283-1741
PHONE 608-257-9521
FAX 608-283-1709
SZYLSTRA@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 SOUTH PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

**From:** Covaleski, Paul <PCovaleski@gklaw.com>
**Sent:** Tuesday, December 14, 2021 12:01 PM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontmich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

Sarah,

We are alright kicking back the meet and confer given the challenges posed by the holidays. How do the 4th or 5th of January work for you and your team? We are free starting at about 10:30 on the 4th and free all day the 5th.

Thanks,

**Paul Covaleski** | Attorney
608.284.2619 direct | PCovaleski@gklaw.com

# GODFREY KAHN S.C.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Sent:** Tuesday, December 14, 2021 10:38 AM

**To:** Covaleski, Paul <PCovaleski@gklaw.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

**[EXTERNAL] This message originated from outside your domain.**

Paul,

While I anticipate potentially being in the office one of those days, I anticipate that after I receive your letter, I may want to schedule a call with my client to discuss it before our meet and confer and I do not believe I will be able to get everyone at the City during that time. I think it might be safer to schedule after January 1.

**BoardmanClark**

**SARAH A. ZYLSTRA**
ATTORNEY

DIRECT +1 608-283-1741
PHONE 608-257-9521
FAX 608-283-1709
SZYLSTRA@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 SOUTH PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

**From:** Covaleski, Paul <PCovaleski@gklaw.com>
**Sent:** Tuesday, December 14, 2021 10:19 AM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett <nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis <TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

Hello Sarah,

Thanks for getting these over to us last week. We have done an initial review of Defendants' responses, and as anticipated we would like to have a meet and confer regarding them.

Before our meet and confer we will send a letter outlining the specific responses we would like to discuss, as well as our positions on those responses – hopefully that will help structure our discussion.

In the interim, and given the holiday season, we wanted to proactively reach out and try and get something on the schedule. Are you going to be in the office and available on December 28-30? If so, our team has a fair degree of flexibility over that time and we are happy to work with you to find a good time.

Thanks,

**Paul Covaleski** | Attorney
608.284.2619 direct | PCovaleski@gklaw.com

**GODFREY KAHN** s.c.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If*

*you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Sent:** Thursday, December 9, 2021 1:53 PM
**To:** Covaleski, Paul <PCovaleski@gklaw.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett
<nsterett@daltontomich.com>; Evan Tenebruso <ETenebruso@boardmanclark.com>; Tanner G. Jean-Louis
<TJeanLouis@boardmanclark.com>; Kimberly Crowell <KCrowell@boardmanclark.com>
**Subject:** RE: Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

**[EXTERNAL] This message originated from outside your domain.**

Paul,

Attached are the City Defendants' responses to Edgewood's discovery.  Later today my paralegal Kim will send along the production.  As we discussed this will be a rolling production and there is a fair amount more I expect to produce.  Thank you.

**BoardmanClark**

**SARAH A. ZYLSTRA**
ATTORNEY

DIRECT +1 608-283-1741
PHONE 608-257-9521
FAX 608-283-1709
SZYLSTRA@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 SOUTH PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

**From:** Covaleski, Paul <PCovaleski@gklaw.com>
**Sent:** Tuesday, November 2, 2021 3:31 PM
**To:** Sarah A. Zylstra <szylstra@boardmanclark.com>
**Cc:** Ingrisano, Jonathan <jingrisa@gklaw.com>; Wittenwyler, Mike <mwittenw@gklaw.com>; Noel Sterett
<nsterett@daltontomich.com>
**Subject:** Edgewood v. City of Madison et al., 21-CV-118 - Edgewood's Discovery Requests [GK-Active.FID3018047]

Hello Sarah,

Please find attached Plaintiff Edgewood High School's requests for production, requests for admission, and interrogatories in the above captioned matter.

Please let us know if you have any questions.

Thanks,

**Paul Covaleski** | Attorney
608.284.2619 direct
PCovaleski@gklaw.com
**GODFREY &KAHN** s.c.
One East Main Street, Suite 500 | Madison, Wisconsin 53703-3300



*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*