

833 EAST MICHIGAN STREET• SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615

TEL • 414.273.3500   FAX • 414.273.5198

WWW • GKLAW.COM

Direct: 414-287-9611
jingrisa@gklaw.com

October 11, 2022

**VIA ELECTRONIC FILING**

U. S. Magistrate Judge Stephen L. Crocker
U.S. District Court, Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53703

    Re:    <u>Edgewood High School of the Sacred Heart, Inc. v. City of Madison, et al.</u>
             Case No. 3:21-cv-0118-wmc (W.D.Wis.)
             Clarification of September 28, 2022 Text Only Order

Dear Judge Crocker:

        Consistent with your September 28, 2022 Text Only Order, I am writing to seek clarification from the Court rather than from the Defendants. The Court ordered document production to occur on a "rolling basis." As no documents have been produced since the Court Order on September 28 and given that the production end date is October 21, Plaintiff Edgewood High School is requesting guidance as to the Court's intended timeline in ordering production on a "rolling basis."

        Respectfully,

        GODFREY & KAHN, S.C.

        *Electronically signed by Jonathan R. Ingrisano*

        Jonathan R. Ingrisano

cc:    All Counsel of Record via ECF

28051796.1