

SARAH A. ZYLSTRA
ATTORNEY
SZYLSTRA@BOARDMANCLARK.COM
DIRECT   (608) 283 1741
FAX       (608) 283 1709

October 11, 2022

<u>Via CM/ECF</u>
Magistrate Judge Stephen L. Crocker
United States District Court
120 North Henry Street
Madison, Wisconsin  53703

      **RE:**    Edgewood High School of the Sacred Heart, Inc. v. City of Madison, et al.
                Case No. 3:21-CV-118

Dear Magistrate Judge Crocker:

I am in receipt of plaintiff's motion for clarification of the September 28 Text Only Order. (Dkt. 93.) The City intends to produce its first round of documents responsive to the final search this Friday, October 14, 2022.  Thank you.

                Respectfully Submitted,

                BOARDMAN & CLARK LLP

                Sarah A. Zylstra

\\msnfs2\share\DOCS\WD\25981\424\A4678939.DOCX

BOARDMAN & CLARK LLP
1 S PINCKNEY ST SUITE 410  PO BOX 927  MADISON WI  53701-0927  BOARDMANCLARK.COM

MERITAS® LAW FIRMS WORLDWIDE