# In The Matter Of:

*Edgewood High School of the Sacred Heart, Inc. v.*
*City of Madison, Wisconsin, et al.*

---

*Deposition of Susan L. VanderSanden*
*August 17, 2022*

---



Excellence In Court Reporting

*Original File VanderSanden Susan 8-17-22.txt*
*Min-U-Script® with Word Index*

Case: 3:21-cv-00118-wmc   Document #: 97   Filed: 10/24/22   Page 2 of 29
Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 1

```
                  UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WISCONSIN
       ─────────────────────────────────────────

EDGEWOOD HIGH SCHOOL OF THE
SACRED HEART, INC.,

             Plaintiff,

       -vs-                        Case No. 21-cv-00118

CITY OF MADISON, WISCONSIN, et al.,

             Defendants.

       ─────────────────────────────────────────


             Deposition of SUSAN L. VANDERSANDEN,

       taken at the instance of the Defendants, under and

       pursuant to Section 804.05 of the Wisconsin Statutes,

       before Peggy S. Christensen, RPR, CRR, a Notary Public in

       and for the State of Wisconsin, at Boardman & Clark LLP,

       One South Pinckney Street, Suite 401, Madison, Wisconsin,

       on August 17, 2022, commencing at 8:59 a.m. and

       concluding at 11:09 a.m.
```

Page 2

```
1              A P P E A R A N C E S
2
3    GODFREY & KAHN, S.C., by
     MR. JONATHAN INGRISANO,
4    833 East Michigan Street, Suite 1800,
     Milwaukee, Wisconsin  53202,
5              appeared on behalf of the Plaintiff.
6
7    BOARDMAN & CLARK LLP, by
     MR. TANNER G. JEAN-LOUIS and MS. SARAH A. ZYLSTRA,
8    One South Pinckney Street, Suite 410,
     Madison, Wisconsin  53701,
9              appeared on behalf of the Defendants.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1                    I N D E X
2    Examination:                              Page
3    By Mr. Jean-Louis                            4
4    By Mr. Ingrisano                            66
5
6
7    Exhibits Identified:                      Page
8    117  Rezoning Application packet for the     32
         SW Corner of the Lacy Road/Seminole Highway
9        intersection
10   118  8/28/2012 Email chain between Maggie    32
         Balistreri-Clarke, Michael Guns, Doug
11       Hursh, Jody Shaw, Scott Flanagan, and
         Susan Serrault, Subject:  Edgewood Master
12       Plan
13   119  2/19/2013 Email chain between Susan     39
         Serrault and Judd Schemmel, Doug Hursh,
14       Jody Shaw, Subject:  Green Space
         Plan - Master Plan, with attached diagram
15
16   120  Emailed Meeting Invitation for the May  51
         Neighborhood Liaison Committee Meeting,
17       with attached 4-14-2015 draft meeting
         minutes
18
19
20    (The original exhibits were attached to the original
         transcript and PDFs were provided to counsel)
21
22
23
24         (The original transcript was filed with
                 Attorney Sarah A. Zylstra)
25
```

Page 4

1       SUSAN L. VANDERSANDEN, called as a
2  witness, being first duly sworn, testified on
3  oath as follows:
4
5       EXAMINATION
6  By Mr. Jean-Louis:
7  Q   Could you state your full name for the record,
8      please.
9  A   Susan Lynn VanderSanden.
10 Q   And how do you spell that?
11 A   V-a-n-d-e-r-S-a-n-d-e-n.
12 Q   Okay.
13 A   First is S-u-s-a-n.  Middle is L-y-n-n.
14 Q   Have you ever given a deposition before?
15 A   No.
16 Q   Or testified in a trial before?
17 A   No.
18 Q   Okay.  So I'll just explain a little of how it
19     works.  I'm going to be asking you questions, and
20     you just need to give an answer.
21         You're under oath.  If at any point you don't
22     understand my question, you can ask me to restate
23     it or to rephrase it.  And if you answer the
24     question, I'm going to assume that you understood
25     it.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

---

Page 5

1  A   Okay.
2  Q   If at any point you want to take a break, just
3      let me know, and it's usually not going to be a
4      problem unless there is a question pending.
5          What's your date of birth?
6  A   November 10, 1974.
7  Q   Okay.  And what's your address?
8  A   2339 White Oak Trail, Oregon, Wisconsin 53575.
9  Q   Okay.  Any plans to move in the next year?
10 A   No.
11 Q   Okay.  Are you represented by counsel today?
12 A   No.
13 Q   Okay.  What did you do to prepare for this
14     deposition?
15 A   I had talked with Sarah and I had talked with Jon
16     briefly regarding what today would be, but that's
17     it.
18 Q   Okay.  And what did you discuss with Jon?
19 A   Basically what this would be.  It's the first time
20     I've been deposed, so I had questions about,
21     you know, how does this go.
22 Q   Uh-huh.
23 A   So it was very brief, very basic.
24 Q   Okay.  Did he address any topics that might be
25     gone over in the deposition?

Page 6

1  A   Yes.  Both Sarah and Jon have addressed topics
2      that we would go over.
3  Q   Okay.  And what topics did Jon mention?
4  A   We talked about the two basics, the athletic field
5      in Fitchburg that Edgewood College is pursuing --
6  Q   Okay.
7  A   -- and then my role with the Neighborhood Liaison
8      Committee, when that was still intact.
9  Q   Okay.  Any other topics?
10 A   Those were the two, yes.
11 Q   Did he give you any documents to look at?
12 A   No.
13 Q   Okay.  Are you currently employed?
14 A   Yes.
15 Q   And where are you employed?
16 A   Edgewood College.
17 Q   And how long have you worked for Edgewood College?
18 A   My hire date was June 30 of 2008.
19 Q   Okay.  And when you were originally hired, what
20     was your position?
21 A   I was the assistant to the facilities operations
22     department.
23 Q   And who was the director of the department at that
24     time?
25 A   Kathy Henry.

Page 7

1  Q   And what were your responsibilities?
2  A   Admin.  So running the department's help desk,
3      answering phones, coordinating move out, move in,
4      work with commencement, you know, basic facilities
5      for a college.
6  Q   And how long were you in that position?
7  A   I was in that position until December 1 of 2011
8      when I was promoted to the director of the
9      department.
10 Q   Is that your current position?
11 A   It is.
12 Q   And what are your responsibilities as the director?
13 A   I oversee maintenance, landscaping/grounds,
14     custodial, our dining service contract provider.
15     I serve as basically -- those are the three big
16     things that I manage.
17 Q   Do you manage other contract providers?
18 A   No.  I mean, as it relates to like our Waste
19     Management contract, you know, things that we have
20     standing contracts, Building Controls, things like
21     that, but that would be it.
22 Q   Okay.  Before you worked for Edgewood College,
23     what was your previous employment?
24 A   I worked for D'Onofrio Kottke, which was a civil
25     engineering firm, and I did office management for

Page 8

1      them.
2  Q   And what years did you work there?
3  A   I was there for about five or six years, and then
4      I immediately went to Edgewood.
5  Q   Okay.  Did you go to college?
6  A   Yes.
7  Q   Where did you go to college?
8  A   I completed my degree at Edgewood College.
9  Q   And was that an undergraduate degree?
10 A   Correct.
11 Q   Do you have any graduate degrees?
12 A   I do not.
13 Q   Do you have any other certificates?
14 A   I have an associate's degree from a community
15     college.
16 Q   Which community college?
17 A   Illinois Valley Community College.
18 Q   Are you from Illinois?
19 A   Yes.
20 Q   Okay.  So you moved to Madison to take the job at,
21     was it at D'Onofrio or was that for Edgewood?
22 A   I moved here for my family.
23 Q   Okay.  And what year did you move to Madison?
24 A   I've been in Madison for about 25 years.
25 Q   Okay.  And what was your undergraduate degree in?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 9

1  A   It is organizational behavior from Edgewood
2      College.  Organizational behavior and development.
3  Q   And what year did you graduate?
4  A   2011, I believe.
5  Q   Okay.  Did you hold any employment positions
6      between graduating in 2011 and starting at the
7      engineering firm?
8  A   Could you restate that?
9  Q   Sorry.  Did you hold any employment positions
10     between your graduation from Edgewood College and
11     starting at the civil engineering firm?
12  A  I was working at Edgewood College since 2008.
13     So I completed my degree while I was an employee
14     at Edgewood College.
15  Q   Okay.  Did you take any courses in urban planning
16     in college?
17  A  No.
18  Q   Have you taken any courses or had any training in
19     law?
20  A  No.
21  Q   Okay.  As a facilities director, are you familiar
22     with the college's space uses and space needs?
23  A  Yes.
24  Q   Have you ever had any formal position with
25     Edgewood High School?

Page 10

1  A   No.
2  Q   You've never served on the board of Edgewood
3      High School?
4  A  No.
5  Q   Okay.  Are you aware that the Edgewood campus
6      institution submitted a master plan to the city?
7  A  Yes.
8  Q   What was the purpose of the master plan, if you
9      know?
10         MR. INGRISANO: Objection.  Form,
11         foundation.  Go ahead.
12  A   What was the question?
13  Q   What was the purpose of the master plan, if
14     you know?
15         MR. INGRISANO: Objection.
16         Foundation.  Go ahead.
17  A  I don't know what the purpose was.  We were at the
18     tail end of completing that master plan when I was
19     brought onto the liaison committee, so I don't
20     know what the purpose of it was.
21  Q   Okay.  Do you have any understanding as to what
22     the effects of the master plan was on the Edgewood
23     campus institutions?
24         MR. INGRISANO: Objection.  Form,
25         foundation.

Page 11

1  A   No.  I mean, I don't understand the question.
2  Q   Did you understand that the master plan could have
3      binding legal effects on any of the campus
4      institutions?
5         MR. INGRISANO: Objection.  Form.
6         Calls for a legal conclusion.
7  A  No.
8  Q   Okay.  And one thing I think I forgot to cover in
9      the beginning, when you give an answer, for the
10     benefit of the stenographer, try to give oral
11     answers because she can't record head shakes and
12     nods.
13  A  Uh-huh.
14  Q   Okay.  So you said you were brought onto the
15     liaison committee toward the tail end.  What was
16     your role on the liaison committee when you
17     joined?
18  A  I was participating in it.  I think we were
19     anticipating that there was going to be a
20     retirement from someone who had been a standing
21     member of the liaison committee, and so I was
22     brought in at that point.
23  Q   Okay.  And did you attend the Neighborhood Liaison
24     Committee meetings?
25  A  I did.

Page 12

1  Q   Did you ever meet separately with city officials?
2  A  Maybe an alder on an occasion.
3  Q   Okay.  Do you recall which alder?
4  A  Sara.
5  Q   Sara Eskrich?
6  A  Yes.
7  Q   Okay.  Did you provide any input on the contents
8      of the master plan?
9  A  No.
10  Q   Did you review drafts of the master plan as they
11     were being created?
12  A  Yes.
13  Q   Did you ever suggest changes to those drafts?
14  A  No.
15  Q   You didn't draft any portions of the master plan?
16  A  No.
17  Q   I'm showing you what has been previously marked as
18     Exhibit 52.  And you can take a moment to flip
19     through and familiarize yourself.
20  A  What section would you like me to --
21  Q   We'll not start at any particular section just for
22     now, but just kind of flip through it and see if
23     you recognize it.
24  A  Oh, I clearly recognize it.
25  Q   What is this document?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

---

Page 13

1  A   The master plan.
2  Q   Okay. Could you turn to page 33 as it's marked at
3      the top of the document, if you can see page
4      numbers at the top. What's this section called?
5  A   Future Needs of Campus Institutions.
6  Q   Okay. And do you see a subsection entitled
7      Edgewood High School?
8  A   I do.
9  Q   Okay. Could you read that section to yourself?
10 A   Okay.
11 Q   Does that section include any discussion of the
12     use of on-campus athletic facilities?
13         MR. INGRISANO: Objection. Form,
14     foundation.
15 Q   Does that section that you just read, does it
16     include any discussion of the use by the
17     high school of on-campus athletic facilities?
18         MR. INGRISANO: Same objection.
19 A   It clearly states external athletic facilities,
20     but I don't know that -- that's how I read it.
21 Q   Okay. But you don't see anything about on-campus
22     athletic facilities?
23         MR. INGRISANO: Same objection.
24 A   I can't specifically answer that.
25 Q   You don't see anything?

---

Page 14

1  A   No, because it refers to a capital campaign.
2      I don't know what's included in that capital
3      campaign. I don't work for the high school.
4  Q   Okay. Now, if you could read to yourself the next
5      section entitled Edgewood College, and you can
6      keep reading through page 35 on the top.
7  A   You wanted me to -- I'm finished.
8  Q   Okay. If you could turn back quickly to page 33,
9      the beginning of the subsection with the bold
10     language that says Edgewood College, it begins,
11     "Edgewood College has identified five priorities
12     related to space needs to be addressed within the
13     next ten years."
14         And then on page 34 and 35 it looks like
15     there is a subsection called Residence Halls, a
16     Regina Hall Remodel and Eastern Expansion, with a
17     section on Athletics, the School of Business, and
18     Music. Do you understand those to be the five
19     priorities mentioned on page 33?
20 A   Uh-huh.
21         MR. INGRISANO: Objection. Form,
22     foundation.
23         Ms. VanderSanden, we're going to be
24     getting into some areas where I'm going to be
25     objecting a lot, so I would ask you to please

---

Page 15

1      pause after the question so I can get my
2      objection in clearly. Okay?
3         THE WITNESS: Absolutely.
4         MR. INGRISANO: Thank you.
5  Q   And what was your answer?
6  A   What was the question again?
7  Q   Do you understand those subsection titles I just
8      read to be the five priorities identified on
9      page 33?
10         MR. INGRISANO: Objection. Form
11     and foundation. Calls for speculation.
12 A   For what's in the master plan at this time, yes.
13 Q   Okay. So on page 35, the section that is titled
14     Athletics, that section begins, "Athletics and
15     fitness space is lacking in a number of respects.
16     First, the availability of the Edgedome is
17     severely limited by the shared use agreement with
18     the campus school. Most days during the school
19     year college students have access only before
20     8:00 a.m. and after 4:00 p.m. This pushes
21     practice times into the early morning and evening,
22     leaving very little time for use by nonathlete
23     students or for individual use by student
24     athletes." Did I read that language correctly?
25 A   Yes.

---

Page 16

1  Q   Based on your knowledge as Edgewood College's
2      facilities director and your involvement in the
3      master plan serving on the liaison committee, do
4      you believe that that language was accurate as of
5      September 22, 2014?
6         MR. INGRISANO: Objection. Form.
7      Mischaracterizes. She's the director of the
8      facilities operations department. Also
9      object to lack of foundation and calls for
10     speculation.
11 A   Can you say the question again?
12 Q   Yes. The section that I just read, do you believe
13     that that language in the master plan was accurate?
14         MR. INGRISANO: Same objection.
15     Form, foundation.
16 A   My role at the college is to maintain and take
17     care of buildings and grounds.
18 Q   Uh-huh.
19 A   I don't have the knowledge of what the
20     college's -- I'm very removed from athletics, so I
21     don't know if it's accurate or not. What I do do
22     is maintain the athletic facility that we have to
23     the best that I can.
24 Q   And when you say that you maintain it to the best
25     that you can, what do you mean by that?

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 17

1 A   Making sure the roof is in good repair, making
2       sure that the gym floor is maintained, painting,
3       piping, all of the things that would go into
4       properly maintaining a building.
5 Q   When you were serving on the liaison committee,
6       did the needs of the college for athletic
7       facilities and spaces for athletic uses, did those
8       come up in meetings that you attended?
9 A   Can you say the question again?
10 Q   When you served on the liaison committee, did the
11       needs of the college for athletic facilities and
12       spaces to use for athletic purposes, before the
13       finalization of the master plan, did those come up
14       in liaison committee meetings?
15           MR. INGRISANO: Objection. Form.
16           Mischaracterizes evidence. She was not on
17           the liaison committee prior to the
18           finalization of the master plan.
19 A   There was -- One thing I do recall that was
20       discussed was there was a building that they were
21       planning. In the master plan they put properties
22       on, and one of the possible outcomes of use for
23       one of those buildings was athletics. But --
24 Q   And which building was that, if you know?
25 A   It would have been the building that was on --

Page 18

1       I can't remember the site, but the DeRicci parking
2       lot building.
3 Q   Toward the bottom of that same paragraph, there is
4       a sentence that begins, "Finally, securing
5       appropriate sites for off-campus sports is
6       exceptionally difficult. Track, tennis, and
7       soccer programs all struggle to find appropriate
8       sites for off-season training, in-season practice,
9       and/or competition. Indoor practice facilities
10       during the winter months do not exist for these
11       sports or baseball. Multiple solutions both on
12       and off campus will be necessary to meet those
13       needs." Did I read that correctly?
14 A   It's read correctly, yes.
15 Q   The building that you were describing in the
16       DeRicci parking lot site, or the proposed
17       building, was that building meant to host track,
18       tennis, or soccer programs?
19           MR. INGRISANO: Objection. Form,
20           foundation, calls for speculation.
21 A   We never got into the specifics of that.
22 Q   Do you know whether Edgewood College ever
23       considered holding track practices on Edgewood
24       High School's track and field?
25 A   I don't know.

Page 19

1 Q   Do you know where Edgewood College holds its track
2       practices?
3 A   I do not.
4 Q   Could you turn to page 36 at the top. So before
5       the numbered paragraphs begin, the last
6       nonnumbered paragraph says, "The numbers below
7       correspond to those on the Campus Planned - Future
8       Building site plan that follows this list." Do
9       you see that?
10 A   Uh-huh. Yes.
11 Q   And if you look at the numbered paragraphs, the
12       first numbered paragraph describes an 80,000
13       square foot facility with two levels of parking
14       below. Do you see that?
15 A   Yes.
16 Q   If you could turn to page 39. Do you see at
17       the bottom left-hand corner where it says
18       Campus Plan - Future Buildings?
19 A   Yes.
20 Q   And do you see the numbered list on the right-hand
21       side?
22 A   Yes.
23 Q   And do you believe that that is the numbers that
24       are being referred to on page 36 where it says,
25       "The numbers below correspond to those on the

Page 20

1       Campus Plan - Future Building site plan"?
2 A   Yes.
3           MR. INGRISANO: Objection. Form,
4           foundation.
5 Q   Okay. Do you see on the diagram a blue square
6       marked with the number 1?
7 A   Yes.
8 Q   And what does it say on the right-hand side for
9       number 1?
10 A   Future facility and structured parking.
11 Q   Okay. And is that the 80,000 square foot
12       facility mentioned in the first numbered paragraph
13       on page 36?
14           MR. INGRISANO: Objection. Form
15           and foundation.
16 A   Yes.
17 Q   And is that the facility in the DeRicci parking
18       lot that you mentioned, the proposed facility?
19           MR. INGRISANO: Objection. Form,
20           foundation.
21 A   Yes.
22 Q   Okay. Looking at the diagram on page 39, Site 1,
23       does it appear to be adjacent to Edgewood High
24       School's track and field?
25 A   Yes.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 21

1  Q   Okay.  Turning to page 42, what is this section of
2      the master plan entitled?
3  A   3.4, Site One Diagrams and Agreements.
4  Q   Okay.  And do you see in the second sentence
5      in the following paragraph where it says,
6      "The facility to be constructed in the future is
7      proposed to have two levels of structured parking,
8      along with approximately 80,000 square foot of
9      program space"?
10 A   I see that.
11 Q   And you believe this is referring to the same
12     proposed building in the DeRicci parking lot?
13              MR. INGRISANO: Objection.  Form,
14         foundation.
15 A   Yes.  In the first sentence it says Site 1.
16 Q   Okay.
17 A   I do see that.
18 Q   And do you see the next sentence after the one I
19     just read where it says, "The proposed uses could
20     include an athletic and wellness facility"?
21 A   Yes.
22 Q   Do you have any understanding as to why the
23     sentence says "The proposed uses could include
24     an athletic and wellness facility" as opposed to
25     "The proposed uses are an athletic and wellness

Page 22

1      facility"?
2              MR. INGRISANO: Objection.  Form.
3         Calls for speculation.  Lack of foundation.
4  A   I don't know.
5  Q   Could you turn to page 47, please.  Have you ever
6      reviewed this page before?
7  A   No.
8  Q   Okay.  Were you aware that there were agreements
9      entered into between Edgewood College and the
10     neighborhood associations regarding the proposed
11     facility at Site 1?
12 A   No.
13 Q   Okay.  You stated that you do recall discussions
14     of this facility and that they included
15     potentially athletic uses; is that correct?
16 A   Yes.
17 Q   What do you recall specifically about those
18     discussions?
19 A   I recall the neighbors wanted to talk about a
20     screening that we would prepare now, a treeline
21     screening, so that the building would be less
22     visible to them.
23         I recall conversations about timing of the
24     lighting that would be in the building.  But those
25     were the two things that I recall as it relates to

Page 23

1      this.
2  Q   Do you recall it being an issue whether or not the
3      facility would be used as an athletic facility?
4              MR. INGRISANO: Objection.  Form.
5         Vague.
6  A   I don't recall.
7  Q   And did you state that you recall there being
8      conversations about the timing of lighting at the
9      facility?
10 A   Yes.  But that is similar to any building that is
11     on the perimeter of our campus, concerns with
12     lighting.
13 Q   So in the conversations you participated in, any
14     building near the perimeter of campus, there were
15     concerns about lighting?
16 A   The only experience I have with it would be our
17     Stream building which we did work on lighting
18     with.
19 Q   What specific concerns were expressed to you about
20     lighting of Site 1?
21 A   I don't know what the specific concerns were.  But
22     as the building and grounds person, it was when we
23     built the building, we worked with the lighting
24     contractor, Lutron, on how we would put in those
25     controls.

Page 24

1  Q   Are you referring to The Stream or Site 1?
2  A   The Stream.  Site 1 is not --
3  Q   You're referring to The Stream?
4  A   The Stream.
5  Q   Okay.  And what lighting controls did you put in
6      place at The Stream?
7  A   Lutron.
8  Q   Lutron?
9  A   Uh-huh.
10 Q   Could you explain to me what Lutron is?
11 A   It is just a lighting system that tells the lights
12     when to turn on and it tells them when to turn
13     off.
14 Q   And do you recall conversations with the neighbors
15     or were you aware of conversations with the
16     neighbors that they want the lights turned off by
17     a certain time?
18 A   I had heard that there were conversations about
19     that, yes.
20 Q   Do you know what time the lights were scheduled to
21     turn off?
22 A   No.
23 Q   Did you ever receive complaints regarding how long
24     the lights were on at The Stream?
25 A   No.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 25

1  Q   Do you recall anything specific about the
2      conversations surrounding the lighting at Site 1?
3  A   No.
4  Q   You stated that Site 1 was never built; is that
5      correct?
6  A   Correct.
7  Q   Do you know why it was never built?
8  A   No.
9  Q   Did you hear anything regarding why it was never
10     built?
11 A   No.
12 Q   Did you hear that it was not going to be built or
13     it just has not been built?
14         MR. INGRISANO: Objection.  Form.
15      Vague.  Go ahead.
16 A   It has not been.
17 Q   The conversations that you did participate in
18     regarding Site 1, would that have been through
19     the Neighborhood Liaison Committee or was that
20     internal conversations of Edgewood staff?
21 A   Liaison.
22 Q   And were those conversations before the master
23     plan was finalized?
24         MR. INGRISANO: Objection.  Form.
25      Vague as to time.

Page 26

1  A   I don't recall.
2  Q   Do you recall where those conversations took
3      place?
4  A   The liaison committee?  They took place on the
5      Edgewood College campus.
6  Q   Do you recall any specific people who attended the
7      liaison committee meetings to express concerns
8      about the lights at Site 1?
9  A   I would need to refresh the list of people who
10     attended the meeting.  I would say the Woodrow
11     neighbors.  There was Woodrow neighbors that would
12     have had the concerns with Site 1.
13 Q   And when you say Woodrow neighbors, are those
14     neighbors who live on Woodrow Street?
15 A   They were representatives on the liaison
16     committee.
17 Q   Do you recall any other concerns about Site 1 that
18     were expressed besides lights?
19 A   No.
20 Q   Do you recall how many liaison committee meetings,
21     roughly, that you attended where Site 1 came up?
22 A   I don't recall.
23 Q   Do you believe it was more than one?
24         MR. INGRISANO: Objection.  Form.
25 A   I don't recall.

Page 27

1  Q   Do you recall any conversations regarding sound or
2      noise at Site 1?
3  A   No.
4  Q   Do you recall any conversations regarding parking
5      or traffic related to Site 1?
6  A   Not that I recall.
7  Q   Do you recall any conversations regarding noise
8      impacts relating to any other proposed project by
9      Edgewood in the master plan?
10         MR. INGRISANO: Objection.  Form.
11      Vague as to Edgewood.
12 A   Can you repeat the question?
13 Q   Yes.  Do you recall any conversations at the
14     liaison committee meetings regarding noise impacts
15     with regard to any other proposed facility on the
16     Edgewood campus?
17 A   No.  Not that I recall.
18 Q   Do you recall any conversations relating to lights
19     at sites other than Site 1 and The Stream?
20 A   No.
21 Q   Do you recall if neighbors were generally
22     supportive of Site 1 or whether they were opposed
23     to it?
24         MR. INGRISANO: Objection.  Form.
25      Vague.

Page 28

1  A   I don't.
2  Q   Since 2014 are you aware of the college pursuing
3      building an athletic facility at any other
4      locations off campus?
5  A   Yes.
6  Q   And what examples are you aware of?
7  A   We partnered with MAYSA on a soccer field
8      development, and we have also had discussions
9      about a site in Fitchburg.
10 Q   And is that soccer field development that you
11     mentioned, is that located at the Reddan Soccer
12     Complex?
13 A   Yes.
14 Q   And was that soccer field developed and completed?
15 A   I believe so.
16 Q   Do you know when that occurred?
17 A   I don't recall.
18 Q   Was it sometime after 2014?
19         MR. INGRISANO: Objection.  Form,
20      foundation.
21 A   I don't recall.
22 Q   In your role as director of the facilities
23     operations department, do you have any
24     responsibility for maintenance at the Reddan
25     Soccer Complex field?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 29

1  A   We outside contract snow removal.
2  Q   You mentioned that there has also been conversations
3      related to acquiring a site in Fitchburg?
4  A   Yes.
5  Q   And where would that site -- is there a proposed
6      site, proposed location for that site?
7  A   I believe it is off Lacy and Seminole Road.
8  Q   Do you know when those conversations began?
9  A   I don't recall.
10  Q   Do you know if they began sometime after 2014?
11  A   I do not recall.
12  Q   Are those conversations relating to a Fitchburg
13      facility still ongoing?
14          MR. INGRISANO: Objection. Form,
15      foundation.
16  A   I believe so.
17  Q   Have you been involved in those conversations?
18  A   Very, very -- it's if I hear something about it.
19      I am not directly involved in these conversations.
20  Q   Do you know whether Edgewood has acquired land at
21      the site at Lacy Road?
22  A   I do not believe that they have officially
23      acquired land.
24  Q   And when you say officially acquired land, are you
25      drawing a distinction? Have there been steps

Page 30

1      taken to acquire the land?
2          MR. INGRISANO: Objection.
3      Foundation.
4  A   I am very removed from what is going on in
5      Fitchburg. I do know that it is still a
6      conversation that's on the table. Where it sits,
7      I do not know.
8  Q   Do you know who Edgewood is having those
9      conversations with in regards to building that
10      site?
11  A   I would ask our current president, Dr. Andrew
12      Manion.
13  Q   Do you have any knowledge yourself?
14  A   Can you restate the question?
15  Q   Do you know what entities or people Edgewood
16      College is working with to build the facility?
17  A   I do not know.
18  Q   Do you know who currently owns the land?
19  A   I do not know.
20  Q   Do you know what types of athletic facilities are
21      being proposed at that site?
22  A   I do not know.
23  Q   Are you aware of whether there would be a soccer
24      field?
25          MR. INGRISANO: Objection. Form.

Page 31

1  A   I don't know. I am very removed from these
2      conversations. That would be our athletic
3      director and our current president.
4  Q   Okay. And who is your current athletic director?
5  A   Al Brisack.
6  Q   Did you have any conversations with Al Brisack
7      relating to the master plan?
8  A   No.
9  Q   Have you ever seen any renderings of the proposed
10      Fitchburg facility?
11  A   Yes.
12  Q   Do you recall anything that was in those
13      renderings?
14  A   I believe that there have been many different
15      renderings. A field, some sort of -- the one
16      thing that I am aware of is that they were looking
17      to do like a wetland improvement if it were to go
18      through. I do not know. There have been -- I
19      don't know.
20  Q   Do you know whether the wetland improvement is a
21      condition or requirement to build a facility?
22  A   I do not know.
23  Q   Do you know whether the high school has ever
24      spoken with the college about shared use of the
25      facility?

Page 32

1  A   I do not know.
2          (Exhibit No. 117 marked for
3          identification)
4  Q   While he's doing that, I'll have you turn to the
5      first diagram that you see.
6          Have you ever seen this rendering before?
7  A   It could be one of the --
8          MR. INGRISANO: Objection. Form,
9      foundation as to this document, but go ahead.
10  A   Possibly.
11  Q   Does it look like the renderings that you've seen?
12          MR. INGRISANO: Objection. Form.
13  A   Yes.
14  Q   So you did recall specifically a wetland area.
15      Do you recall conversations or, you know,
16      conversations that you've had that Edgewood is
17      seeking to build a new track?
18  A   No.
19  Q   Do you recall anything about a soccer stadium?
20  A   No.
21          MR. JEAN-LOUIS: We're done with
22      that one. Let's take a short break.
23          (Recess)
24          (Exhibit No. 118 marked for
25          identification)

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 33

1 Q  Do you see at the top of the page there is an
2     email from Maggie Balistreri-Clarke, am I
3     pronouncing that correctly?
4 A  Correct.
5 Q  To Michael Guns, and you are cced on that email.
6     Do you see that?
7 A  Yes.
8 Q  If you go down to the bottom, which is the first
9     email in this chain, it looks like Doug Hursh
10    is -- well, take a moment to read it.
11 A  Okay.
12 Q  Do you know who Doug Hursh is?
13 A  Yes.
14 Q  And could you tell me what his relationship is to
15    Edgewood College?
16 A  He is a principal at Potter Lawson, and we have
17    been working with him for architectural needs
18    since I've been at the college.
19 Q  And have you been working with him since you've
20    been at the college personally?
21 A  Yes.
22 Q  What is your role as the director of the
23    facilities operation department in helping
24    Edgewood achieve, as you put it, its architectural
25    needs?

Page 34

1         MR. INGRISANO: Objection.  Form.
2         Mischaracterizes.  Go ahead.
3 A  If there is a building development or renovation,
4    I work with Potter Lawson in that capacity.
5 Q  And what do you do when you work with Potter
6    Lawson?
7 A  I meet with them.  I share the college's needs
8    with them.  We work back and forth on designs.
9 Q  And would you say that's something that you
10   regularly do when the campus needs to build or
11   renovate a new building?
12 A  Yes.
13        MR. INGRISANO: Objection.  Form as
14   to "regularly."  Go ahead.
15 Q  So for any building that is in the master plan,
16   or that was proposed in the master plan, would
17   you have worked with Doug Hursh or another
18   representative of Potter Lawson on the
19   architecture of that building?
20 A  Yes.
21 Q  And would that be true of Site 1?
22        MR. INGRISANO: Objection.  Form.
23 A  Potter Lawson developed the master plan, so --
24   I don't recall having specific conversations with
25   Doug about Site 1.

Page 35

1 Q  You don't recall one?
2 A  No.
3 Q  Do you recall having conversations with Doug about
4    any other building or development that was
5    proposed in the master plan?
6 A  Regina East.  The Stream.  Those were buildings
7    that were built that we did work with them.
8 Q  Let's start with Regina East.  What was the
9    project at Regina East that you worked with
10   Doug Hursh on?
11 A  To put an addition onto a residence hall.
12 Q  And do you recall when you first began working
13   with Doug on that project?
14 A  I don't recall.
15 Q  Was the addition put on the residence hall?
16 A  Yes.
17 Q  Do you know when that addition was built?
18 A  2017.
19 Q  2017, is that when it was completed?
20 A  I believe so.
21 Q  Do you know when construction of that addition
22   began?
23 A  Approximately a year before.
24 Q  Did you work at all on obtaining approval from a
25   municipality or the state for the construction of

Page 36

1    that addition?
2 A  No.
3 Q  Do you recall any work with the Historical Society
4    of Wisconsin, with the State Historical Society,
5    relating to that addition?
6         MR. INGRISANO: Objection.  Form.
7 A  Yes.
8 Q  And you participated in that?
9         MR. INGRISANO: Objection.  Form.
10 A  I didn't necessarily participate directly in the
11   conversations, but I participated in having an
12   archaeologist on site while the work took place.
13 Q  And do you know why an archaeologist was brought
14   on site?
15 A  The historical society asked that they be.
16 Q  Did the historical society have any role in the
17   approval of the construction of the addition?
18 A  I don't know.
19        MR. INGRISANO: Objection.  Form.
20   Calls for speculation, foundation.
21 Q  Do you recall when construction began on
22   The Stream?
23 A  2014.
24 Q  Do you recall when in 2014?
25 A  I do not.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

---

Page 37

1 Q   Do you recall when you began working with
2       Doug Hursh on the Stream project?
3 A   Right about that time, I would say.
4 Q   Turning back to that email, the last paragraph on
5       the email that's on the bottom, Doug seems to be
6       asking Maggie and Michael Guns, he says, "How do
7       you feel about us meeting with Susan to walk her
8       through what we have done so far with potential
9       future sites on campus?  We could learn more from
10      her about what some of the current needs are for
11      space on campus."  Do you see that?
12 A   Yes.
13 Q   Did you end up meeting with Doug to walk through
14      what he had done so far?
15 A   I don't recall.
16 Q   Do you recall conversations with Doug sharing what
17      some of the college's future needs on campus were?
18 A   Yes.
19 Q   And do you recall some of the needs that you
20      discussed with him?
21 A   This has been a relationship that I've -- I mean,
22      I can't recall a specific meeting that we
23      discussed one certain thing.  It has been -- we've
24      talked about offices, we've talked about numerous,
25      whether it was music related or...  We've had

---

Page 38

1       several conversations over the years.
2 Q   And I don't need you to recall a specific
3       conversation and specific meeting.  But can you
4       recall specific topics whenever they may have
5       occurred?
6 A   Well, when we were building the residence hall,
7       we talked about the need for additional beds on
8       campus.  If we designed a building, we'd talk
9       about what the needs are at that time, whether
10      it's offices or classrooms.  It depended on what
11      we were looking to do.
12 Q   Yes, and I'm looking for examples of things that
13      you were looking to do, that you recall telling
14      Doug this is something that we need on campus.
15 A   Okay.
16          MR. INGRISANO:  Objection.  Form.
17          Asked and answered.
18 A   For example, the Regina East, we needed additional
19      beds, so we built a residence hall.
20          We worked with them to develop space for our
21      nursing program.
22          We worked with them to develop a building
23      that was dedicated to the arts & theater when we
24      built The Stream.
25 Q   Okay.

---

Page 39

1          (Exhibit No. 119 marked for
2           identification)
3 Q   Just take a moment to read to yourself the email
4       on the bottom of the first page of the exhibit
5       you've just been handed, Exhibit 119.
6 A   Completed.
7 Q   So you sent this email at the bottom on
8       February 19, 2013; is that correct?
9 A   Yes.
10 Q   And who is the recipient, Judd Schemmel?
11 A   He was the president of the high school at the
12      time.
13 Q   And Doug Hursh is cced?
14 A   He is.
15 Q   Okay.  You state here, "Basically, Doug Hursh
16      would like to verify the use of the spaces
17      indicated by 1 and 2.  Do games take place on this
18      field?  Is it solely for practice?"
19          This email has an attachment.  I will
20      represent it's this page on the back.  Do you
21      recall seeing -- do you recall sending this email?
22 A   Yes.
23 Q   And do you recognize this diagram on the last page
24      of this exhibit?
25 A   I do.

---

Page 40

1 Q   Okay.  Do you see the area that's marked with a 1?
2 A   Yes.
3 Q   Do you know, what part of the Edgewood campus is
4       that 1 referring to?
5 A   That is the high school athletic field.
6 Q   Okay.  And do you see handwriting written on top
7       of that area?
8 A   Yes.
9 Q   Does it say -- it says, "HS," and then it says,
10      "No night games."  Do you see that?
11 A   I see it.
12 Q   Below that does it say "Practice field"?
13 A   Yes.
14 Q   And below that is it "Games question mark"?
15 A   Yes.
16          MS. ZYLSTRA:  Ask her if it's her
17          handwriting.
18 A   It is not my handwriting.
19 Q   So you're telling Judd here that Doug Hursh would
20      like to verify the use of the space.  Was it Doug
21      Hursh who asked you to verify how that space was
22      used?
23 A   Yes.
24 Q   And in what context was that conversation with
25      Doug Hursh?

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 41

1 A   We were developing a layout of green space on
2       campus.
3 Q   And what was the purpose for developing the layout
4       of green space?
5 A   It was part of the master plan at the time.
6 Q   And you were involved in developing the layout of
7       green space for the master plan?
8             MR. INGRISANO: Objection. Form.
9       Vague as to "involved." Go ahead.
10 A   I was asked to verify use of what was noted on the
11      green space document.
12 Q   And is the reason -- Why are you asking Judd
13      Schemmel to verify the use of the space marked
14      with a 1?
15 A   Because I was asked to by my supervisor.
16 Q   Did you have personal knowledge of how that space
17      was used?
18            MR. INGRISANO: Objection. Form.
19      Vague as to time.
20 Q   At the time of this email?
21 A   Could you ask me the question again, please?
22 Q   When you asked Judd if he could verify how these
23      spaces were used, did you know yourself how these
24      spaces were being used or were you asking Judd
25      because you didn't know?

Page 42

1 A   I was asking him to verify. I knew from just
2       being on campus and driving in to see that there
3       was athletes practicing on the field. I didn't
4       know specifics of what occurred on the field.
5 Q   So you were aware that there were practices on the
6       field?
7 A   Yes.
8 Q   Were you aware -- Before February 19 of 2013,
9       were you aware of any other uses of the field?
10 A   I've worked there since 2011, so, yes, I would
11      have seen things taking place on the field.
12 Q   Okay. You asked Doug, "Do games take place on
13      this field?" Or, sorry. You asked Judd?
14 A   Judd, yeah.
15 Q   Did you know when you asked Judd whether games
16      took place on the field?
17 A   No.
18 Q   Did you know whether the field was used solely for
19      practice?
20 A   No.
21 Q   Okay. In the email above, Judd responds to you,
22      and as to location number 1, he says, "In addition
23      to practices, games do take place on this athletic
24      field. We play lower level boys and girls soccer
25      as well as lower level football. Additionally,

Page 43

1       the space is used as a home field for our varsity
2       lacrosse team. This space has been used to host a
3       middle school level track and field meet comprised
4       of Catholic feeder schools. We also use this
5       space in conjunction with the high school's summer
6       strength and conditioning programs."
7             Do you recall him sending that response?
8 A   It's here.
9 Q   But do you recall this interaction with Judd?
10 A   No. I mean, that's been such a long time ago,
11      I don't specifically recall this. But seeing it,
12      yes.
13            MR. INGRISANO: I'm going to object
14      also to this Exhibit 119 in the fact that
15      it's been stapled together as if it goes
16      together. The Bates label numbers are not
17      sequential and there is no indication of an
18      attachment in any of the emails.
19            So to the extent that the questioning
20      to date has made it appear that these
21      documents go together, I would lodge that
22      foundation objection.
23            MR. JEAN-LOUIS: Okay.
24 Q   Is it your understanding that you sent Judd Hursh
25      a diagram of the green space that was prepared

Page 44

1       by -- or, sorry, that you sent Judd Schemmel a
2       diagram of the green space that was prepared by --
3 A   I do not recall.
4 Q   Okay. But you do recall seeing this diagram
5       before?
6 A   This was in the master plan. Not this. Something
7       that looks like this was in the master plan.
8 Q   In your email to Judd, at the bottom you say,
9       "I have attached a copy of the green space plan
10      prepared by Potter Lawson." Do you see that?
11      On the bottom of the first page.
12 A   Where does it say "I have attached"?
13 Q   Your email reads, "Good afternoon Judd. I have
14      attached" --
15 A   Oh, yes, yes.
16 Q   -- "a copy." Do you see that?
17 A   Yes.
18 Q   And is this the copy of the green space plan that
19      you sent?
20            MR. INGRISANO: Objection. Form,
21      foundation.
22 A   I don't recall.
23 Q   When Judd responded to you, Doug Hursh is cced on
24      his response; is that correct?
25 A   Yes.

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 45

1 Q   And Tami Holmquist as well?
2 A   Yes.
3 Q   Who is Tami Holmquist?
4 A   I believe she is -- She serves in some function
5     of the business office for the high school.
6 Q   Okay. If you could turn back to Exhibit 52, which
7     is the tall one. If you could go to page 62 at
8     the top. Is this the open spaces diagram in the
9     master plan that you referred to earlier?
10 A   Yes.
11 Q   And is the track and field again marked with a 1?
12 A   Yes.
13 Q   Okay. If you could turn back to page 60. Do
14    you see here before the numbered paragraphs begin
15    that last sentence says, "The following list
16    accompanies the open spaces diagram and describes
17    the current open spaces shown on that site plan"?
18 A   Can you tell me again where --
19 Q   Yes. The last sentence before the numbered
20    paragraphs begin.
21 A   Yes.
22         MR. INGRISANO: Page 60 how,
23    Counsel?
24         MR. JEAN-LOUIS: Page 60 on the
25    top.

Page 46

1         MR. INGRISANO: Okay. Thank you.
2 Q   You testified before that you had reviewed drafts
3     of the master plan?
4 A   Uh-huh. Yes.
5 Q   Okay. And when you received those drafts, did you
6     correct any errors that you saw?
7 A   No. I was not -- I was not in the capacity to --
8     I was brought in at the tail end of this being
9     approved. If I was asked to verify something,
10    then I would provide that information to Doug
11    Hursh.
12 Q   So if you saw something in a draft and you weren't
13    specifically asked to verify, but if you saw
14    something in a draft that you knew was incorrect,
15    you wouldn't tell anyone, is that what you're
16    saying?
17         MR. INGRISANO: Objection. Form.
18    Incomplete hypothetical. Form, foundation.
19 A   No. I mean, that -- I was relatively new at
20    the college, brought in at the tail end of this.
21    I mean, this was a learning opportunity for me.
22    If I saw something that was incorrect, I would,
23    but I was so new at the time that I don't know.
24 Q   Okay. Do you see under the numbered paragraphs,
25    under Open Spaces, the first numbered paragraph

Page 47

1     says, "Athletic field owned by Edgewood High
2     School. Used for team practices, physical
3     education classes." Do you see that?
4 A   Yes.
5 Q   Is there any discussion in that paragraph of games
6     or athletic competitions?
7         MR. INGRISANO: Objection. Form.
8 A   No.
9 Q   When you had emailed Judd with directions from
10    your supervisor, as you had said, to verify the
11    uses of the athletic field, you were verifying
12    that the field was used only for team practices;
13    is that correct?
14 A   No.
15         MR. INGRISANO: Objection. Form.
16    Mischaracterizes.
17 A   No.
18 Q   No? What were you verifying?
19 A   I was asking him to verify the purposes for the
20    field.
21 Q   And the purposes, if you want to turn back to
22    Exhibit 119, you asked him if this facility is
23    used for games or if it's only a practice
24    facility; correct?
25 A   Correct.

Page 48

1 Q   And in his response he informed you that it is
2     used for games?
3 A   Yes.
4 Q   So you learned from that interaction that the
5     field is used for more than games?
6         MR. INGRISANO: Objection. Form.
7 Q   It is used for more than practices?
8 A   Yes.
9 Q   Okay. So was it your understanding that -- You
10    stated earlier that this was for the Open Spaces
11    portion of the master plan; is that correct?
12 A   Correct.
13 Q   The verification?
14 A   Uh-huh. Yes.
15 Q   And it was your understanding that Doug Hursh
16    wanted to know if the field was used for more than
17    just team practices?
18 A   Yes.
19 Q   And if Exhibit 52 here on page 60 does not include
20    games, does that look to you like it is a mistake?
21         MR. INGRISANO: Objection. Form,
22    foundation.
23 A   No. No. I can't tell you why it's not -- these
24    two are not. I don't know.
25 Q   Based on your conversations with Doug Hursh and

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

---

Page 49

1   with Judd Schemmel, would you have expected a
2   mention of athletic competitions or games in this
3   paragraph on page 60?
4         MR. INGRISANO: Objection to form
5      and foundation.
6  A  I don't know.
7  Q  Is it surprising to you that there is no mention
8      of the games?
9         MR. INGRISANO: Objection to form
10      and foundation.
11 A  I have no reaction to that.
12 Q  Okay. Are you aware of anyone who was working
13     on the draft of the master plan requesting that
14     language mentioning games be included in the
15     Open Space section?
16 A  Not to my knowledge. I don't know.
17 Q  Do you believe that in September of 2014 that the
18     athletic field was used only for team practices
19     and physical education classes?
20        MR. INGRISANO: Objection. Form,
21      foundation.
22 A  I don't know.
23 Q  While the master plan was being prepared and
24     before it was finalized, before September of 2014,
25     do you recall any conversations with the neighbors

Page 50

1   or any outside groups related to athletic events
2   on the Edgewood campuses besides at Site 1?
3         MR. INGRISANO: Objection. Form.
4  A  Can you repeat the question?
5  Q  Yes. In your role on the liaison committee or in
6      your role as the director of the facilities
7      operations department, before September of 2014 do
8      you recall any conversations with the neighbors,
9      with Edgewood's neighbors, regarding the use of
10     spaces on Edgewood's campus for athletic purposes
11     other than Site 1?
12        MR. INGRISANO: Objection. Form.
13      Mischaracterizes. Go ahead.
14 A  I don't know.
15 Q  You don't recall?
16 A  I don't recall.
17 Q  Are you aware that Edgewood High School renovated
18     its athletic field in 2015?
19 A  Yes.
20 Q  When did you first become aware that they intended
21     to renovate the field?
22 A  Around that time.
23 Q  Do you recall how you learned?
24 A  I don't recall how I learned about it. I remember
25     a conversation that we had about how it might

Page 51

1   affect -- we have a retainage pond on campus for
2   water flow. So I do recall being part of a
3   conversation that we discussed how it might affect
4   rainwater on campus.
5  Q  Do you recall when that conversation was?
6  A  No.
7         MS. ZYLSTRA: Wait. Do these have
8      Bates?
9         (Recess)
10        (Exhibit No. 120 marked for
11      identification)
12 Q  So you see on the first page of this, it looks
13     like a meeting invitation for a Neighborhood
14     Liaison Committee meeting that was sent by Maggie.
15     Do you see that?
16 A  Uh-huh.
17        MR. INGRISANO: Objection.
18      Foundation to this document.
19        COURT REPORTER: Is that a yes?
20 A  Yes.
21 Q  And if you look, it's a very long line of required
22     attendees, but if you look to the second-to-last
23     line of required attendees there is a Susan
24     Serrault. Is that you?
25 A  Yes.

Page 52

1  Q  When did you -- how long -- when did you go by
2      Susan Serrault? How long did you go by Susan
3      Serrault?
4  A  Until 2018.
5  Q  Okay. Have you gone by any other names besides
6      Susan Serrault or Susan VanderSanden?
7  A  Susan Leonard was my maiden name.
8  Q  So do you see at the bottom of the heading for
9      this invite there is an attachment? It says,
10     "2015-4-14 Neighborhood Liaison Committee Meeting
11     Minutes DRAFT.docx."
12 A  Yes.
13 Q  And if you flip over to the next page, do you see
14     the paragraph numbered 3?
15 A  Yes.
16 Q  And it says, "Review of landscaping update for
17     Site 1 from Susan Serrault." Do you recall
18     presenting an update on landscaping at Site 1
19     around April 14 of 2015?
20        MR. INGRISANO: Objection. Form,
21      foundation. She's not listed as being
22      present at this meeting. So I'm going to
23      also object and just have a standing
24      objection on foundation on this document.
25 A  Can you say the question again?

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

---

Page 53

1 Q   Yes.  Could you read to yourself the paragraph 3.
2 A   Okay.
3 Q   And I believe you testified earlier today, and
4      correct me if I'm recalling your testimony
5      incorrectly, that you did share information and
6      were involved with landscaping at Site 1; is that
7      correct?
8 A   Correct.
9 Q   Do you recall sharing this update at a
10     Neighborhood Liaison Committee meeting?
11            MR. INGRISANO: Objection.  Form.
12 A   I don't recall it like it was yesterday, but I do
13     recall having conversations about arborvitae and
14     the salt use on Woodrow Street.
15 Q   Okay.  Do you believe that you were at this
16     meeting?
17            MR. INGRISANO: Objection.  Form,
18        foundation.
19 A   I don't recall.  But quite likely.
20 Q   Do you recall being at a meeting where there
21     was -- around April 14 of 2015 where there was an
22     update given on the high school construction,
23     where there was discussion on that?  If you look
24     at item 5, you see the last two bullets under
25     item 5?

---

Page 54

1 A   Yes.
2 Q   Do you recall being at a Neighborhood Liaison
3      Committee meeting where the neighbors were told
4      that there was not going to be any additional
5      lighting or seating as part of the high school
6      football field construction?
7            MR. INGRISANO: Objection.  Form,
8        foundation.
9 A   I don't recall it, but -- it was a long time ago.
10     I don't recall.
11 Q   Do you recall when you joined the Neighborhood
12     Liaison Committee?
13 A   I would guess 2014, began attending.
14 Q   Began attending in 2014.  Would that have been --
15     Do you know if that would have been toward the
16     beginning of 2014 or toward the later half of
17     2014?
18 A   I would guess toward the beginning.  Again, this
19     is -- I don't recall.
20 Q   You mentioned earlier this morning that when you
21     joined, it was in part because a member of the
22     liaison committee was going to be retiring; is
23     that correct?
24 A   Correct.
25 Q   And is that Maggie Balistreri-Clarke?

---

Page 55

1 A   Yes.
2 Q   And do you recall when she retired?
3 A   I do not.
4 Q   After she retired, did you replace Maggie as the
5      primary college representative for the liaison
6      committee?
7            MR. INGRISANO: Objection.  Form.
8        Vague as to "primary."  Go ahead.
9 A   The roles that I took over would have been
10     organizing and calling the meetings and taking
11     notes.
12 Q   And do you recall when you began filling that
13     role?
14 A   Again, I would suggest somewhere around 2014,
15     to begin attending, and then, again, it was
16     basically when Maggie retired that I took over.
17     Seeing that she's still calling the meetings in
18     2015, I would guess somewhere around 2016.
19 Q   Do you recall Neighborhood Liaison Committee
20     meetings that you attended relating to the
21     renovation of Edgewood's track?
22 A   Yes.
23 Q   And did you present information at any of those
24     meetings?
25 A   No.

---

Page 56

1 Q   Whom do you recall, if you do recall, presenting
2      information about the renovation at those
3      meetings?
4 A   I don't recall.  I would say Judd Schemmel,
5      Michael Elliott, and then on one occasion, in
6      preparing the meeting agenda, I believe Rettler
7      presented.
8 Q   Do you recall from when this was first -- the
9      first time that this was discussed at a meeting
10     that you were in attendance of, do you recall the
11     scope of the proposed renovation changing from the
12     first time you heard it discussed to a later
13     point?
14            MR. INGRISANO: Objection.  Form,
15        vague.
16 A   I don't recall.
17 Q   At the first meeting that you attended where the
18     track renovation was discussed, do you recall
19     whether that renovation included plans for new
20     bleachers?
21 A   I do not recall.
22 Q   Do you recall whether it included plans for
23     lighting?
24 A   I do not recall.
25 Q   Do you recall whether the renovated field was to

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

---

Page 57

1    be used for athletic contests or games?
2  A  I do not recall.
3  Q  Since you began -- After you began serving on the
4    Neighborhood Liaison Committee meetings, did you
5    communicate at all with a company called
6    Vandewalle & Associates?
7  A  Vandewalle.  I'm trying to -- no.  They're an
8    architectural firm, from what I understand.
9    I do not recall working with Vandewalle.  I do
10    not recall working with Vandewalle.
11  Q  Do you recall working with Brian Munson?
12  A  Yes.  That name rings a bell, yes.
13  Q  Okay.  What do you recall working with Brian
14    Munson on?
15  A  Can you give -- This is so long ago.  If you can
16    give me a tickler, it may strike something, but I
17    do not recall what I would have worked with him
18    on.
19  Q  Did you ever work with Brian Munson on anything
20    relating to the renovation of the high school
21    track?
22        MR. INGRISANO: Objection.  Form.
23        Vague as to "work."
24  A  Not that I recall.
25  Q  Not that you recall.  In all the times that you

---

Page 58

1    worked with Doug Hursh at Potter Lawson, do you
2    recall ever working with Doug Hursh on a project
3    for the high school?
4  A  No.
5  Q  At any of the Neighborhood Liaison Committee
6    meetings that you attended, do you recall
7    conversations about lighting on campus spilling
8    into housing in the neighborhood?
9        MR. INGRISANO: Objection.  Form.
10  A  Can you repeat the question?
11  Q  Yes.  At any of the Neighborhood Liaison Committee
12    meetings that you attended, do you recall
13    conversations with the neighbors where the
14    neighbors were expressing concerns or making
15    complaints about light from the Edgewood campus
16    spilling into their houses?
17  A  I discussed it earlier.  The Stream.
18  Q  And that was in the context of the Neighborhood
19    Liaison Committee?
20  A  Yes.
21  Q  And did that come up often, the issue of light
22    spilling into houses?
23  A  I recall it with that, and then, you know, they
24    would talk about having shields put on Edgewood
25    College buildings that they felt were putting

---

Page 59

1    unnecessary light into the neighborhood.  We value
2    security on campus too, so there was an ongoing
3    discussion.
4  Q  You had mentioned a partnership for the Reddan
5    soccer fields with, I believe you called it,
6    MAYSA?
7  A  Uh-huh.
8  Q  MAYSA and Edgewood College developed a soccer
9    field; is that correct?
10  A  Yes.
11  Q  Do you know who owns the soccer field?
12  A  I do not.
13  Q  Do you know whether Edgewood pays MAYSA money to
14    use the field?
15  A  I do not.
16  Q  Do you know whether any entity other than Edgewood
17    College uses that field?
18  A  I do not.
19  Q  Were you part of any conversations relating to
20    the drafting of the conditional -- of the
21    Campus-Institutional District ordinance?
22        MR. INGRISANO: Objection.  Form.
23  A  No.
24  Q  Have you ever attended any hearings before the
25    Plan Commission on behalf of Edgewood College?

---

Page 60

1  A  I can't recall if it was the planning commission,
2    but I recently, within the last several years,
3    attended a meeting as it relates to signage on the
4    Edgewood College campus.
5  Q  And what was the issue specifically relating to
6    signage that the meeting was about?
7  A  It was putting in some directional and building
8    identifying signage on campus, that the plan had
9    to be approved through the city.
10  Q  Edgewood College was seeking city approval for
11    their signage plan; is that correct?
12  A  Correct.
13  Q  Do you know whether Edgewood College, whether that
14    plan was approved?
15  A  It was.
16  Q  Did you ever have any meetings in your capacity of
17    working with Edgewood College with the Goodman
18    Foundation?
19  A  No.
20        MR. JEAN-LOUIS: Okay.  I think
21    we're just about done.  We'll take one more
22    two-minute break to make sure I didn't miss
23    anything.
24        (Recess)
25  Q  Just a couple more for you.

---

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 61

1 A   Okay.
2 Q   While you were serving on the Neighborhood Liaison
3       Committee, were you involved with any effort by
4       Edgewood High School or any of the other Edgewood
5       campus institutions to amend the master plan?
6 A   I don't -- I don't recall.  I mean, I have --
7       you know, I had seen various versions of this
8       coming through, but I don't know when official
9       amendments, like I don't know specifics on that.
10 Q   Do you recall any discussion as to the renovation
11       of the athletic field, whether that would be
12       pursued through an amendment to the master plan?
13           MR. INGRISANO: Objection.  Form.
14           Go ahead.
15 A   I recall conversations about it, but I don't know
16       what -- if it was an amendment or how that would
17       have been addressed.
18 Q   Are you aware that Edgewood High School filed an
19       amendment to -- filed a request to amend their
20       master plan?
21 A   I do not recall.
22 Q   Do you recall any specific steps that Edgewood
23       High School took to have the renovation of the
24       track and field approved by the city?
25           MR. INGRISANO: Objection.  Form.

Page 62

1           Foundation.  Calls for speculation.
2 A   Can you give me an example of what that would be?
3 Q   Do you recall Edgewood High School filing any
4       applications for a permit relating to the
5       renovation?
6           MR. INGRISANO: Objection.  Calls
7           for speculation.  Form.  Foundation.
8 A   I don't recall.
9 Q   Do you recall conversations about wanting to add
10       lights, stadium lights, to the athletic field?
11 A   I do.
12           MR. INGRISANO: Objection.  Form.
13           Vague as to time.
14 Q   While you were serving on the liaison committee?
15 A   Yes.
16 Q   And do you know whether the high school ever built
17       stadium lights at that location?
18 A   To my knowledge, they have not.
19 Q   And do you know why they have not?
20 A   I do not know.
21 Q   Do you know whether they've ever filed any permit
22       application to get lights at that location?
23 A   I do not know.
24 Q   Have you ever had any meetings or conversations
25       with Matthew Tucker?

Page 63

1 A   Yes.
2 Q   What were those conversations about, if you
3       remember?
4 A   I believe Matt Tucker was part of the approval for
5       the campus signage that we did, and I believe that
6       I have talked with Matt Tucker about the college's
7       Park and Pleasure Drive.
8 Q   Anything else?
9 A   No.
10 Q   You had no conversations with Matt Tucker relating
11       to the renovation of Edgewood's track and field?
12 A   No.
13 Q   Okay.  Did you have any conversations with
14       George Hank?
15 A   No.  Not that I recall.
16 Q   Did you have any conversations with Tim Parks?
17 A   Yes.
18 Q   What were those conversations about?
19 A   I'm going to -- Tim Parks and Matt Tucker, I can't
20       tell you specifically what I have discussed with
21       them, but I know that one of them has been present
22       at a liaison meeting at one time.
23 Q   Do you remember what they discussed at that
24       liaison meeting?
25 A   I do not.

Page 64

1 Q   At the liaison committee meetings that lights --
2       You do recall lights being added to the track and
3       field being a topic at the liaison committee
4       meetings?
5           MR. INGRISANO: Objection.  Form.
6 A   Yes.
7 Q   Do you remember who would have attended those
8       meetings other than the members of the liaison
9       committee?
10           MR. INGRISANO: Objection.  Form.
11 A   I do not recall.
12 Q   Do you remember whether the members of the liaison
13       committee generally supported the addition of
14       stadium lights to the field?
15           MR. INGRISANO: Objection.  Form.
16           Vague as to time.  Vague as to "generally."
17 A   They shared concerns, but I don't feel right
18       speaking on their behalf.  I don't --
19 Q   What concerns did they share?
20 A   They shared concerns about lights, traffic.
21 Q   What concerns did they share about lights?
22 A   They shared concerns that it would spill into
23       their homes.
24 Q   And what concerns did they share about traffic?
25 A   How it would affect their ability to access their

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 65

1 properties and what you would normally expect from
2 traffic concerns.
3 Q  Did they share parking concerns?
4 A  Yes.
5       MR. JEAN-LOUIS: Okay.  I think
6    that's --
7       (Discussion held off record)
8 Q  Do you remember roughly when you heard concerns
9    relating to the lighting, the stadium lights for
10   the athletic field?
11 A  I do not know.
12 Q  Do you remember what year?
13 A  No.
14 Q  Do you remember if it was after 2014 or before
15   2014?
16       MR. INGRISANO: Objection.  Form.
17    Asked and answered.
18 A  I don't recall.
19       MR. JEAN-LOUIS: Okay.  That's
20    everything.
21       MR. INGRISANO: Just a couple
22    questions, Ms. VanderSanden.
23       THE WITNESS: Yes.
24
25

Page 66

1       EXAMINATION
2 By Mr. Ingrisano:
3 Q  You're an employee of Edgewood College?
4 A  Yes.
5 Q  You're not an employee of Edgewood High School?
6 A  No.
7 Q  Do you have any job responsibilities that involve
8    Edgewood High School?
9 A  No.
10 Q  Has anyone at Edgewood High School ever authorized
11   you to speak on Edgewood High School's behalf?
12 A  No.
13 Q  You mentioned before in talking with counsel that
14   you worked with Doug Hursh on some architecture
15   issues facing Edgewood College; correct?
16 A  Correct.
17 Q  What were the kinds of issues that you were
18   addressing with Mr. Hursh on that architectural
19   work?
20 A  As far as --
21 Q  What were the types of topics that you were
22   working with Mr. Hursh on with respect to a
23   particular architecture project?
24 A  Everything, from, you know, how the buildings were
25   built, to the HVAC system, to room layout.

Page 67

1 Everything, you know, from building to ground.
2 Q  With respect to project development and
3    construction on the campus, did you have any job
4    responsibilities or do you have any job
5    responsibilities regarding long-term planning for
6    Edgewood College?
7 A  No.
8 Q  Do you have any responsibility for the development
9    of property off campus?
10 A  No.
11 Q  With respect to the Lacy Road property that was
12   discussed with counsel, have you had any dealings
13   with anyone externally from outside of Edgewood
14   College about a possible field at Lacy Road?
15 A  I met with the neighbors once, and that was to
16   discuss Edgewood College's sustainability mindset
17   that we bring with us.
18 Q  Any other knowledge about this project?  Have you
19   learned about it from any other source other than
20   internally from other people at Edgewood College?
21 A  No.
22 Q  With respect to Exhibit 119, in taking a look,
23   comparing it to Exhibit 52, looking at the
24   Open Space plan.
25 A  Page 52?

Page 68

1 Q  Exhibit 52.  Let me see if I can find the
2    Open Space point.  It's at 3.8.
3       MR. JEAN-LOUIS: Do you want the
4    diagram or the --
5       MR. INGRISANO: Do you have the
6    page number, Counsel, for the narrative?
7       MR. JEAN-LOUIS: The narrative is
8    page 60.
9       MR. INGRISANO: There we go.  Thank
10    you.
11       THE WITNESS: I have it.
12 Q  And looking at Exhibit 119 and comparing it to
13   page 60 of Exhibit 52, do you have any knowledge
14   as to why the descriptions of the use of the
15   athletic field differs between Exhibit 119 and
16   Exhibit 52?
17 A  I do not.
18 Q  You advised that you had reviewed the master plan
19   when you first were hired at Edgewood College; is
20   that correct?
21 A  Correct.
22 Q  Were you tasked with any particular purpose for
23   reviewing the master plan by any of your superiors?
24 A  No.
25 Q  Why did you review the master plan?

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 69

1  A  I reviewed it to get acclimated with it, because
2     if I was going to have the role on the liaison
3     committee, I felt I needed to be familiarized with
4     it.  Changes to the document were out of my
5     wheelhouse.
6  Q  Did anyone ever ask you to review the master plan
7     for the purpose of checking its accuracy?
8  A  No.
9  Q  With respect to Exhibit 120, on the second page,
10    on this document it notes those present.  Are you
11    listed on this page 2 of Exhibit 120?
12 A  I am not.
13 Q  Okay.  In your experience working on the liaison
14    committee, did the notes generally correctly
15    reflect when you were present or absent from a
16    particular meeting?
17 A  They did.
18 Q  In going through the first page of Exhibit 120,
19    looking at the required attendees, can you
20    identify for me all the people that you know and
21    understand to have been employed by Edgewood
22    College?
23 A  Yes.  Maggie Balistreri-Clarke, Cristie Jacobs,
24    Erin Bykowski, Melissa Mael, Michael Guns,
25    Michael Metcalf, Susan Serrault, and that would

Page 70

1     be Edgewood College employees.
2  Q  In looking at page 2 of Exhibit 120, in
3     identifying the people that are present at that
4     meeting as listed on this document, do you
5     recognize any of those individuals as being
6     representatives of Edgewood High School?
7  A  No.
8  Q  In dealing with Maggie Balistreri-Clarke, are you
9     ever aware of Edgewood High School giving her
10    authority to speak on the high school's behalf?
11 A  No.
12        MR. INGRISANO:  Subject to a brief
13    record I want to make after we're done with
14    questioning, I do not -- that's all I've got.
15        MR. JEAN-LOUIS:  Nothing more from
16    me.
17        MR. INGRISANO:  So, Counsel,
18    Exhibit 120, I'm surprised to receive this
19    document.  A version of Exhibit 120,
20    particularly the notes, were attached as an
21    exhibit to a declaration you submitted on
22    summary judgment from Ms. Shawn Schey.
23        This appears to be an electronic version
24    of a document.  If you have the electronic
25    native version of this email and this

Page 71

1     document, I would request the immediate
2     production of those documents.
3         This was encapsulated within the scope
4     of our prior discovery requests and should
5     have been produced.  And we continue to lay
6     objection to the foundation of that document
7     at this point in time.
8         MS. ZYLSTRA:  Okay.  Counsel, I
9     will just -- because we're taking a record,
10    I'll respond.
11        First of all, this is not a city
12    document.  There is no city employee at all
13    on this, so that this is not a document that
14    was in the possession, custody, or control of
15    the city in any way, shape, or form.  In
16    fact, this is -- given the number of people
17    that are all Edgewood and Edgewood High
18    School related, I actually believe this
19    should have been produced by Edgewood.
20        Separate from that, you know, with
21    respect to my communications with third-party
22    witnesses, I certainly think, to the extent
23    that they provide me a document, it is work
24    product up until the time that I decide that
25    it's not.

Page 72

1         With respect to this document, to be
2     truthful, I had thought it had already been
3     produced.  The notes obviously had been
4     produced as the attached exhibit.  I didn't
5     realize that the cover sheet had not been
6     until we sat here and I realized that it
7     hadn't been.  I would have provided the cover
8     sheet to you prior to this.  It's just, like
9     I said, I thought it had been produced as the
10    cover sheet plus the notes.
11        As you had noted, the notes were
12    produced, and really --
13        MR. INGRISANO:  The notes were
14    attached to an affidavit.
15        MS. ZYLSTRA:  Correct.
16        MR. INGRISANO:  That is different
17    than saying that they were produced.
18        MS. ZYLSTRA:  Fair enough.  But at
19    least in terms of the content of the minutes
20    that were being discussed here today, this is
21    something that you've had since summary
22    judgment.  So with respect to that --
23        MR. INGRISANO:  But do you have a
24    native version of this document, Counsel?
25        MS. ZYLSTRA:  I do not believe we

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

Page 73

1    do.  I believe this is a pdf, and so I don't
2    believe that there is any ability to give you
3    anything other than a flat pdf with respect
4    to this document.
5        It's an objection.  We'll deal with it
6    obviously when it comes to trial and trial
7    exhibits.
8        Counsel, are we done?
9        MR. INGRISANO: Yes.
10       MS. ZYLSTRA: Okay.  Thank you.
11   (Adjourning at 11:09 a.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 74

1   STATE OF WISCONSIN  )
                        )  ss.
2   COUNTY OF DANE      )
3
4        I, Peggy S. Christensen, Registered Professional
5   Reporter and Notary Public in and for the State of
6   Wisconsin, do hereby certify that the foregoing
7   deposition of SUSAN L. VANDERSANDEN was taken before
8   me on August 17, 2022, and reduced to writing by me,
9   a professional court reporter and disinterested
10  person, approved by all parties in interest and
11  thereafter converted to typewriting using
12  computer-aided transcription.
13       I further certify that I am not related to nor
14  an employee of counsel or any of the parties to the
15  action, nor am I in any way financially interested in
16  the outcome of this case.
17       IN WITNESS WHEREOF, I have hereunto set my hand
18  and affixed my notarial seal of office at Madison,
19  Wisconsin, this 19th day of August 2022.
20
21
22
                        Notary Public, State of Wisconsin
23                      My Commission Expires August 7, 2024
24                      Digitally signed by Sara
                        Joyce Faul
25                      Date: 2022.08.19
                        11:48:24 -05'00'

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

**A**

ability (2)
64:25;73:2
above (1)
42:21
absent (1)
69:15
Absolutely (1)
15:3
access (2)
15:19;64:25
acclimated (1)
69:1
accompanies (1)
45:16
accuracy (1)
69:7
accurate (3)
16:4,13,21
achieve (1)
33:24
acquire (1)
30:1
acquired (3)
29:20,23,24
acquiring (1)
29:3
actually (1)
71:18
add (1)
62:9
added (1)
64:2
addition (9)
35:11,15,17,21;36:1,
5,17;42:22;64:13
additional (3)
38:7,18;54:4
Additionally (1)
42:25
address (2)
5:7,24
addressed (3)
6:1;14:12;61:17
addressing (1)
66:18
adjacent (1)
20:23
Adjourning (1)
73:11
Admin (1)
7:2
advised (1)
68:18
affect (3)
51:1,3;64:25
affidavit (1)
72:14
afternoon (1)
44:13
again (10)

15:6;16:11;17:9;
41:21;45:11,18;52:25;
54:18;55:14,15
agenda (1)
56:6
ago (3)
43:10;54:9;57:15
agreement (1)
15:17
Agreements (2)
21:3;22:8
ahead (10)
10:11,16;25:15;32:9;
34:2,14;41:9;50:13;
55:8;61:14
AI (2)
31:5,6
alder (2)
12:2,3
along (1)
21:8
amend (2)
61:5,19
amendment (3)
61:12,16,19
amendments (1)
61:9
and/or (1)
18:9
Andrew (1)
30:11
answered (2)
38:17;65:17
anticipating (1)
11:19
appear (2)
20:23;43:20
appears (1)
70:23
application (1)
62:22
applications (1)
62:4
appropriate (2)
18:5,7
approval (4)
35:24;36:17;60:10;
63:4
approved (4)
46:9;60:9,14;61:24
approximately (2)
21:8;35:23
April (2)
52:19;53:21
arborvitae (1)
53:13
archaeologist (2)
36:12,13
architectural (4)
33:17,24;57:8;66:18
architecture (3)
34:19;66:14,23
area (3)

32:14;40:1,7
areas (1)
14:24
Around (5)
50:22;52:19;53:21;
55:14,18
arts (1)
38:23
assistant (1)
6:21
Associates (1)
57:6
associate's (1)
8:14
associations (1)
22:10
assume (1)
4:24
athletes (2)
15:24;42:3
athletic (34)
6:4;13:12,17,19,22;
16:22;17:6,7,11,12;
21:20,24,25;22:15;
23:3;28:3;30:20;31:2,
4;40:5;42:23;47:1,6,
11;49:2,18;50:1,10,18;
57:1;61:11;62:10;
65:10;68:15
Athletics (5)
14:17;15:14,14;
16:20;17:23
attached (6)
44:9,12,14;70:20;
72:4,14
attachment (3)
39:19;43:18;52:9
attend (1)
11:23
attendance (1)
56:10
attended (11)
17:8;26:6,10,21;
55:20;56:17;58:6,12;
59:24;60:3;64:7
attendees (3)
51:22,23;69:19
attending (3)
54:13,14;55:15
authority (1)
70:10
authorized (1)
66:10
availability (1)
15:16
aware (15)
10:5;22:8;24:15;
28:2,6;30:23;31:16;
42:5,8,9;49:12;50:17,
20;61:18;70:9

**B**

back (7)
14:8;34:8;37:4;
39:20;45:6,13;47:21
Balistreri-Clarke (4)
33:2;54:25;69:23;
70:8
baseball (1)
18:11
Based (2)
16:1;48:25
basic (2)
5:23;7:4
Basically (4)
5:19;7:15;39:15;
55:16
basics (1)
6:4
Bates (2)
43:16;51:8
become (1)
50:20
beds (2)
38:7,19
began (11)
29:8;10;35:12,22;
36:21;37:1;54:13,14;
55:12;57:3,3
begin (4)
19:5;45:14,20;55:15
beginning (4)
11:9;14:9;54:16,18
begins (3)
14:10;15:14;18:4
behalf (4)
59:25;64:18;66:11;
70:10
behavior (2)
9:1,2
bell (1)
57:12
below (5)
19:6,14,25;40:12,14
benefit (1)
11:10
besides (3)
26:18;50:2;52:5
best (2)
16:23,24
big (1)
7:15
binding (1)
11:3
birth (1)
5:5
bleachers (1)
56:20
blue (1)
20:5
board (1)
10:2
bold (1)
14:9
Both (2)

6:1;18:11
bottom (9)
18:3;19:17;33:8;
37:5;39:4,7;44:8,11;
52:8
boys (1)
42:24
break (3)
5:2;32:22;60:22
Brian (3)
57:11,13,19
brief (2)
5:23;70:12
briefly (1)
5:16
bring (1)
67:17
Brisack (2)
31:5,6
brought (6)
10:19;11:14,22;
36:13;46:8,20
build (3)
30:16;31:21;32:17;
34:10
Building (31)
7:20;17:4,20,24,25;
18:2,15,17,17;19:8;
20:1;21:12;22:21,24;
23:10,14,17,22,23;
28:3;30:9;34:3,11,15,
19;35:4;38:6,8,22;
60:7;67:1
buildings (6)
16:17;17:23;19:18;
35:6;58:25;66:24
built (12)
23:23;25:4,7,10,12,
13;35:7,17;38:19,24;
62:16;66:25
bullets (1)
53:24
Business (2)
14:17;45:5
Bykowski (1)
69:24

**C**

called (5)
4:1;13:4;14:15;57:5;
59:5
calling (2)
55:10,17
Calls (8)
11:6;15:11;16:9;
18:20;22:3;36:20;62:1,
6
came (1)
26:21
campaign (2)
14:1,3
campus (35)

Case: 3:21-cv-00118-wmc   Document #: 97   Filed: 10/24/22   Page 22 of 29

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

10:5,23;11:3;13:5;
15:18;18:12;19:7,18;
20:1;23:11,14;26:5;
27:16;28:4;34:10;37:9,
11,17;38:8,14;40:3;
41:2;42:2;50:10;51:1,
4;58:7,15;59:2;60:4,8;
61:5;63:5;67:3,9
campuses (1)
50:2
Campus-Institutional (1)
59:21
can (21)
4:22;12:18;13:3;
14:5;15:1;16:11,23,25;
17:9;27:12;30:14;38:3;
45:18;50:4;52:25;
57:15,15;58:10;62:2;
68:1;69:19
capacity (3)
34:4;46:7;60:16
capital (2)
14:1,2
care (1)
16:17
Catholic (1)
43:4
cced (3)
33:5;39:13;44:23
certain (2)
24:17;37:23
certainly (1)
71:22
certificates (1)
8:13
chain (1)
33:9
changes (2)
12:13;69:4
changing (1)
56:11
checking (1)
69:7
city (8)
10:6;12:1;60:9,10;
61:24;71:11,12,15
civil (2)
7:24;9:11
classes (2)
47:3;49:19
classrooms (1)
38:10
clearly (3)
12:24;13:19;15:2
College (51)
6:5,16,17;7:5,22;8:5,
7,8,15,16,17;9:2,10,12,
14,16;14:5,10,11;
15:19;16:16;17:6,11;
18:22;19:1;22:9;26:5;
28:2;30:16;31:24;
33:15,18,20;46:20;
55:5;58:25;59:8,17,25;

60:4,10,13,17;66:3,15;
67:6,14,20;68:19;
69:22;70:1
college's (7)
9:22;16:1,20;34:7;
37:17;63:6;67:16
coming (1)
61:8
commencement (1)
7:4
Commission (2)
59:25;60:1
Committee (38)
6:8;10:19;11:15,16,
21,24;16:3;17:5,10,14,
17;25:19;26:4,7,16,20;
27:14;50:5;51:14;
52:10;53:10;54:3,12,
22;55:6,19;57:4;58:5,
11,19;61:3;62:14;64:1,
3,9,13;69:3,14
communicate (1)
57:5
communications (1)
71:21
community (3)
8:14,16,17
company (1)
57:5
comparing (2)
67:23;68:12
competition (1)
18:9
competitions (2)
47:6;49:2
complaints (2)
24:23;58:15
completed (5)
8:8;9:13;28:14;
35:19;39:6
completing (1)
10:18
Complex (2)
28:12,25
comprised (1)
43:3
concerns (17)
23:11,15,19,21;26:7,
12,17;58:14;64:17,19,
20,21,22,24;65:2,3,8
conclusion (1)
11:6
condition (1)
31:21
conditional (1)
59:20
conditioning (1)
43:6
conjunction (1)
43:5
considered (1)
18:23
constructed (1)

21:6
construction (7)
35:21,25;36:17,21;
53:22;54:6;67:3
content (1)
72:19
contents (1)
12:7
contests (1)
57:1
context (2)
40:24;58:18
continue (1)
71:5
contract (4)
7:14,17,19;29:1
contractor (1)
23:24
contracts (1)
7:20
control (1)
71:14
Controls (1)
7:20;23:25;24:5
conversation (6)
30:6;38:3;40:24;
50:25;51:3,5
conversations (46)
22:23;23:8,13;24:14,
15,18;25:2,17,20,22;
26:2;27:1,4,7,13,18;
29:2,8,12,17,19;30:9;
31:2,6;32:15,16;34:24;
35:3;36:11;37:16;38:1;
48:25;49:25;50:8;
53:13;58:7,13;59:19;
61:15;62:9,24;63:2,10,
13,16,18
coordinating (1)
7:3
copy (3)
44:9,16,18
corner (1)
19:17
correctly (5)
15:24;18:13,14;33:3;
69:14
correspond (2)
19:7,25
counsel (9)
5:11;45:23;66:13;
67:12;68:6;70:17;71:8;
72:24;73:8
couple (2)
60:25;65:21
courses (2)
9:15,18
COURT (1)
51:19
cover (4)
11:8;72:5,7,10
created (1)
12:11

Cristie (1)
69:23
current (6)
7:10;30:11;31:3,4;
37:10;45:17
currently (2)
6:13;30:18
custodial (1)
7:14
custody (1)
71:14

D

date (3)
5:5;6:18;43:20
days (1)
15:18
deal (1)
73:5
dealing (1)
70:8
dealings (1)
67:12
December (1)
7:7
decide (1)
71:24
declaration (1)
70:21
dedicated (1)
38:23
degree (5)
8:8,9,14,25;9:13
degrees (1)
8:11
department (7)
6:22,23;7:9;16:8;
28:23;33:25;50:7
department's (1)
7:2
depended (1)
38:10
deposed (1)
5:20
deposition (3)
4:14;5:14,25
DeRicci (4)
18:1,16;20:17;21:12
describes (2)
19:12;45:16
describing (1)
18:15
descriptions (1)
68:14
designed (1)
38:8
designs (1)
34:8
desk (1)
7:2
develop (2)
38:20,22

developed (3)
28:14;34:23;59:8
developing (3)
41:1,3,6
development (7)
9:2;28:8,10;34:3;
35:4;67:2,8
diagram (10)
20:5,22;32:5;39:23;
43:25;44:2,4;45:8,16;
68:4
Diagrams (1)
21:3
different (2)
31:14;72:16
differs (1)
68:15
difficult (1)
18:6
dining (1)
7:14
directional (1)
60:7
directions (1)
47:9
directly (2)
29:19;36:10
director (11)
6:23;7:8,12;9:21;
16:2,7;28:22;31:3,4;
33:22;50:6
discovery (1)
71:4
discuss (2)
5:18;67:16
discussed (12)
17:20;37:20,23;51:3;
56:9,12,18;58:17;
63:20,23;67:12;72:20
discussion (7)
13:11,16;47:5;53:23;
59:3;61:10;65:7
discussions (3)
22:13,18;28:8
distinction (1)
29:25
District (1)
59:21
document (19)
12:25;13:3;32:9;
41:11;51:18;52:24;
69:4,10;70:4,19,24;
71:1,6,12,13,23;72:1,
24;73:4
documents (3)
6:11;43:21;71:2
done (6)
32:21;37:8,14;60:21;
70:13;73:8
D'Onofrio (2)
7:24;8:21
Doug (25)
33:9,12;34:17,25;

Case: 3:21-cv-00118-wmc   Document #: 97   Filed: 10/24/22   Page 23 of 29

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

35:3,10,13;37:2,5,13,
16;38:14;39:13,15;
40:19,20,25;42:12;
44:23;46:10;48:15,25;
58:1,2;66:14
**down (1)**
33:8
**Dr (1)**
30:11
**draft (4)**
12:15;46:12,14;
49:13
**DRAFTdocx (1)**
52:11
**drafting (1)**
59:20
**drafts (4)**
12:10,13;46:2,5
**drawing (1)**
29:25
**Drive (1)**
63:7
**driving (1)**
42:2
**duly (1)**
4:2
**during (2)**
15:18;18:10

**E**

**earlier (5)**
45:9;48:10;53:3;
54:20;58:17
**early (1)**
15:21
**East (4)**
35:6,8,9;38:18
**Eastern (1)**
14:16
**Edgedome (1)**
15:16
**Edgewood (73)**
6:5,16,17;7:22;8:4,8,
21;9:1,10,12,14,25;
10:2,5,22;13:7;14:5,10,
11;16:1;18:22,23;19:1;
20:23;22:9;25:20;26:5;
27:9,11,16;29:20;30:8,
15;32:16;33:15,24;
40:3;47:1;50:2,17;
58:15,24;59:8,13,16,
25;60:4,10,13,17;61:4,
4,18,22;62:3;66:3,5,8,
10,11,15;67:6,13,16,
20;68:19;69:21;70:1,6,
9;71:17,17,19
**Edgewood's (4)**
50:9,10;55:21;63:11
**education (2)**
47:3;49:19
**effects (2)**
10:22;11:3

**effort (1)**
61:3
**electronic (2)**
70:23,24
**Elliott (1)**
56:5
**else (1)**
63:8
**email (14)**
33:2,5,9;37:4,5;39:3,
7,19,21;41:20;42:21;
44:8,13;70:25
**emailed (1)**
47:9
**emails (1)**
43:18
**employed (3)**
6:13,15;69:21
**employee (4)**
9:13;66:3,5;71:12
**employees (1)**
70:1
**employment (3)**
7:23;9:5,9
**encapsulated (1)**
71:3
**end (5)**
10:18;11:15;37:13;
46:8,20
**engineering (3)**
7:25;9:7,11
**enough (1)**
72:18
**entered (1)**
22:9
**entities (1)**
30:15
**entitled (3)**
13:6;14:5;21:2
**entity (1)**
59:16
**Erin (1)**
69:24
**errors (1)**
46:6
**Eskrich (1)**
12:5
**evening (1)**
15:21
**events (1)**
50:1
**evidence (1)**
17:16
**EXAMINATION (2)**
4:5;66:1
**example (2)**
38:18;62:2
**examples (2)**
28:6;38:12
**exceptionally (1)**
18:6
**Exhibit (27)**
12:18;32:2,24;39:1,

4,5,24;43:14;45:6;
47:22;48:19;51:10;
67:22,23;68:1,12,13,
15,16;69:9,11,18;70:2,
18,19,21;72:4
**exhibits (1)**
73:7
**exist (1)**
18:10
**Expansion (1)**
14:16
**expect (1)**
65:1
**expected (1)**
49:1
**experience (2)**
23:16;69:13
**explain (2)**
4:18;24:10
**express (1)**
26:7
**expressed (2)**
23:19;26:18
**expressing (1)**
58:14
**extent (2)**
43:19;71:22
**external (1)**
13:19
**externally (1)**
67:13

**F**

**facilities (16)**
6:21;7:4;9:21;13:12,
17,19,22;16:2,8;17:7,
11;18:9;28:22;30:20;
33:23;50:6
**facility (24)**
16:22;19:13;20:10,
12,17,18;21:6,20,24;
22:1,11,14;23:3,3,9;
27:15;28:3;29:13;
30:16;31:10,21,25;
47:22,24
**facing (1)**
66:15
**fact (2)**
43:14;71:16
**Fair (1)**
72:18
**familiar (1)**
9:21
**familiarize (1)**
12:19
**familiarized (1)**
69:3
**family (1)**
8:22
**far (3)**
37:8,14;66:20
**February (2)**

39:8;42:8
**feeder (1)**
43:4
**feel (2)**
37:7;64:17
**felt (2)**
58:25;69:3
**field (48)**
6:4;18:24;20:24;
28:7,10,14,25;30:24;
31:15;39:18;40:5,12;
42:3,4,6,9,11,13,16,18,
24;43:1,3;45:11;47:1,
11,12,20;48:5,16;
49:18;50:18,21;54:6;
56:25;59:9,11,14,17;
61:11,24;62:10;63:11;
64:3,14;65:10;67:14;
68:15
**fields (1)**
59:5
**filed (3)**
61:18,19;62:21
**filing (1)**
62:3
**filling (1)**
55:12
**finalization (2)**
17:13,18
**finalized (2)**
25:23;49:24
**Finally (1)**
18:4
**find (2)**
18:7;68:1
**finished (1)**
14:7
**firm (4)**
7:25;9:7,11;57:8
**first (22)**
4:2,13;5:19;15:16;
19:12;20:12;21:15;
32:5;33:8;35:12;39:4;
44:11;46:25;50:20;
51:12;56:8,9,12,17;
68:19;69:18;71:11
**Fitchburg (6)**
6:5;28:9;29:3,12;
30:5;31:10
**fitness (1)**
15:15
**five (4)**
8:3;14:11,18;15:8
**flat (1)**
73:3
**flip (3)**
12:18,22;52:13
**floor (1)**
17:2
**flow (1)**
51:2
**following (2)**
21:5;45:15

**39:17;40:10,14;**
42:12,15,23;47:5,23;
48:2,5,20;49:2,8,14;
57:1
**generally (4)**
27:21;64:13,16;
69:14
**George (1)**
63:14
**girls (1)**
42:24
**given (3)**
4:14;53:22;71:16

**follows (2)**
4:3;19:8
**foot (3)**
19:13;20:11;21:8
**football (2)**
42:25;54:6
**forgot (1)**
11:8
**Form (65)**
10:10,24;11:5;13:13;
14:21;15:10;16:6,15;
17:15;18:19;20:3,14,
19;21:13;22:2;23:4;
25:14,24;26:24;27:10,
24;28:19;29:14;30:25;
32:8,12;34:1,13,22;
36:6,9,19;38:16;41:8,
18;44:20;46:17,18;
47:7,15;48:6,21;49:4,9,
20;50:3,12;52:20;
53:11,17;54:7;55:7;
56:14;57:22;58:9;
59:22;61:13,25;62:7,
12;64:5,10,15;65:16;
71:15
**formal (1)**
9:24
**forth (1)**
34:8
**foundation (35)**
10:11,16,25;13:14;
14:22;15:11;16:9,15;
18:20;20:4,15,20;
21:14;22:3;28:20;
29:15;30:3;32:9;36:20;
43:22;44:21;46:18;
48:22;49:5,10,21;
51:18;52:21,24;53:18;
54:8;60:18;62:1,7;71:6
**full (1)**
4:7
**function (1)**
45:4
**Future (8)**
13:5;19:7,18;20:1,
10;21:6;37:9,17

**G**

**games (15)**

Case: 3:21-cv-00118-wmc   Document #: 97   Filed: 10/24/22   Page 24 of 29

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

**giving (1)**
70:9
**goes (1)**
43:15
**good (2)**
17:1;44:13
**Goodman (1)**
60:17
**graduate (2)**
8:11;9:3
**graduating (1)**
9:6
**graduation (1)**
9:10
**green (8)**
41:1,4,7,11;43:25;
44:2,9,18
**ground (1)**
67:1
**grounds (2)**
16:17;23:22
**groups (1)**
50:1
**guess (3)**
54:13,18;55:18
**Guns (5)**
33:5;37:6;69:24
**gym (1)**
17:2

**H**

**half (1)**
54:16
**Hall (5)**
14:16;35:11,15;38:6,
19
**Halls (1)**
14:15
**handed (1)**
39:5
**handwriting (3)**
40:6,17,18
**Hank (1)**
63:14
**head (1)**
11:11
**heading (1)**
52:8
**hear (3)**
25:9,12;29:18
**heard (3)**
24:18;56:12;65:8
**hearings (1)**
59:24
**held (1)**
65:7
**help (1)**
7:2
**helping (1)**
33:23
**Henry (1)**
6:25

**High (31)**
9:25;10:3;13:7,17;
14:3;18:24;20:23;
31:23;39:11;40:5;43:5;
45:5;47:1;50:17;53:22;
54:5;57:20;58:3;61:4,
18,23;62:3,16;66:5,8,
10,11;70:6,9,10;71:17
**hire (1)**
6:18
**hired (2)**
6:19;68:19
**Historical (4)**
36:3,4,15,16
**hold (2)**
9:5,9
**holding (1)**
18:23
**holds (1)**
19:1
**Holmquist (2)**
45:1,3
**home (1)**
43:1
**homes (1)**
64:23
**host (2)**
18:17;43:2
**houses (2)**
58:16,22
**housing (1)**
58:8
**HS (1)**
40:9
**Hursh (20)**
33:9,12;34:17;35:10;
37:2;39:13,15;40:19,
21,25;43:24;44:23;
46:11;48:15,25;58:1,2;
66:14,18,22
**HVAC (1)**
66:25
**hypothetical (1)**
46:18

**I**

**identification (4)**
32:3,25;39:2;51:11
**identified (2)**
14:11;15:8
**identify (1)**
69:20
**identifying (2)**
60:8;70:3
**Illinois (2)**
8:17,18
**immediate (1)**
71:1
**immediately (1)**
8:4
**impacts (2)**
27:8,14

**improvement (2)**
31:17,20
**include (5)**
13:11,16;21:20,23;
48:19
**included (5)**
14:2;22:14;49:14;
56:19,22
**Incomplete (1)**
46:18
**incorrect (2)**
46:14,22
**incorrectly (1)**
53:5
**indicated (1)**
39:17
**indication (1)**
43:17
**individual (1)**
15:23
**individuals (1)**
70:5
**Indoor (1)**
18:9
**information (4)**
46:10;53:5;55:23;
56:2
**informed (1)**
48:1
**INGRISANO (82)**
10:10,15,24;11:5;
13:13,18,23;14:21;
15:4,10;16:6,14;17:15;
18:19;20:3,14,19;
21:13;22:2;23:4;25:14,
24;26:24;27:10,24;
28:19;29:14;30:2,25;
32:8,12;34:1,13,22;
36:6,9,19;38:16;41:8,
18;43:13;44:20;45:22;
46:1,17;47:7,15;48:6,
21;49:4,9,20;50:3,12;
51:17;52:20;53:11,17;
54:7;55:7;56:14;57:22;
58:9;59:22;61:13,25;
62:6,12;64:5,10,15;
65:16,21;66:2;68:5,9;
70:12,17;72:13,16,23;
73:9
**input (1)**
12:7
**in-season (1)**
18:8
**institution (1)**
10:6
**institutions (4)**
10:23;11:4;13:5;
61:5
**intact (1)**
6:8
**intended (1)**
50:20
**interaction (2)**

43:9;48:4
**internal (1)**
25:20
**internally (1)**
67:20
**into (10)**
14:24;15:21;17:3;
18:21;22:9;58:8,16,22;
59:1;64:22
**invitation (1)**
51:13
**invite (1)**
52:9
**involve (1)**
66:7
**involved (6)**
29:17,19;41:6,9;
53:6;61:3
**involvement (1)**
16:2
**issue (3)**
23:2;58:21;60:5
**issues (2)**
66:15,17
**item (2)**
53:24,25

**J**

**Jacobs (1)**
69:23
**Jean-Louis (10)**
4:6;32:21;43:23;
45:24;60:20;65:5,19;
68:3,7;70:15
**job (4)**
8:20;66:7;67:3,4
**joined (3)**
11:17;54:11,21
**Jon (4)**
5:15,18;6:1,3
**Judd (18)**
39:10;40:19;41:12,
22,24;42:13,14,15,21;
43:9,24;44:1,8,13,23;
47:9;49:1;56:4
**judgment (2)**
70:22;72:22
**June (1)**
6:18

**K**

**Kathy (1)**
6:25
**keep (1)**
14:6
**kind (1)**
12:22
**kinds (1)**
66:17
**knew (2)**
42:1;46:14

**knowledge (8)**
16:1,19;30:13;41:16;
49:16;62:18;67:18;
68:13
**Kottke (1)**
7:24

**L**

**label (1)**
43:16
**lack (2)**
16:9;22:3
**lacking (1)**
15:15
**lacrosse (1)**
43:2
**Lacy (4)**
29:7,21;67:11,14
**land (5)**
29:20,23,24;30:1,18
**landscaping (3)**
52:16,18;53:6
**landscaping/grounds (1)**
7:13
**language (5)**
14:10;15:24;16:4,13;
49:14
**last (7)**
19:5;37:4;39:23;
45:15,19;53:24;60:2
**later (2)**
54:16;56:12
**law (1)**
9:19
**Lawson (7)**
33:16;34:4,6,18,23;
44:10;58:1
**lay (1)**
71:5
**layout (4)**
41:1,3,6;66:25
**learn (1)**
37:9
**learned (4)**
48:4;50:23,24;67:19
**learning (1)**
46:21
**least (1)**
72:19
**leaving (1)**
15:22
**left-hand (1)**
19:17
**legal (2)**
11:3,6
**Leonard (1)**
52:7
**less (1)**
22:21
**level (3)**
42:24,25;43:3
**levels (2)**

Case: 3:21-cv-00118-wmc   Document #: 97   Filed: 10/24/22   Page 25 of 29

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

19:13;21:7
**Liaison (41)**
  6:7;10:19;11:15,16,
  21,23;16:3;17:5,10,14,
  17;25:19,21;26:4,7,15,
  20;27:14;50:5;51:14;
  52:10;53:10;54:2,12,
  22;55:5,19;57:4;58:5,
  11,19;61:2;62:14;
  63:22,24;64:1,3,8,12;
  69:2,13
**light (3)**
  58:15,21;59:1
**lighting (14)**
  22:24;23:8,12,15,17,
  20,23;24:5,11;25:2;
  54:5;56:23;58:7;65:9
**lights (17)**
  24:11,16,20,24;26:8,
  18;27:18;62:10,10,17,
  22;64:1,2,14,20,21;
  65:9
**likely (1)**
  53:19
**limited (1)**
  15:17
**line (2)**
  51:21,23
**list (4)**
  19:8,20;26:9;45:15
**listed (3)**
  52:21;69:11;70:4
**little (2)**
  4:18;15:22
**live (1)**
  26:14
**located (1)**
  28:11
**location (4)**
  29:6;42:22;62:17,22
**locations (1)**
  28:4
**lodge (1)**
  43:21
**long (9)**
  6:17;7:6;24:23;
  43:10;51:21;52:1,2;
  54:9;57:15
**long-term (1)**
  67:5
**look (8)**
  6:11;19:11;32:11;
  48:20;51:21,22;53:23;
  67:22
**Looking (9)**
  20:22;31:16;38:11,
  12,13;67:23;68:12;
  69:19;70:2
**looks (4)**
  14:14;33:9;44:7;
  51:12
**lot (5)**
  14:25;18:2,16;20:18;

21:12
**lower (2)**
  42:24,25
**Lutron (4)**
  23:24;24:7,8,10
**Lynn (1)**
  4:9
**L-y-n-n (1)**
  4:13

**M**

**Madison (3)**
  8:20,23,24
**Mael (1)**
  69:24
**Maggie (8)**
  33:2;37:6;51:14;
  54:25;55:4,16;69:23;
  70:8
**maiden (1)**
  52:7
**maintain (3)**
  16:16,22,24
**maintained (1)**
  17:2
**maintaining (1)**
  17:4
**maintenance (2)**
  7:13;28:24
**making (3)**
  17:1,1;58:14
**manage (2)**
  7:16,17
**Management (2)**
  7:19,25
**Manion (1)**
  30:12
**many (2)**
  26:20;31:14
**mark (1)**
  40:14
**marked (10)**
  12:17;13:2;20:6;
  32:2,24;39:1;40:1;
  41:13;45:11;51:10
**master (40)**
  10:6,8,13,18,22;
  11:2;12:8,10,15;13:1;
  15:12;16:3,13;17:13,
  18,21;21:2;25:22;27:9;
  31:7;34:15,16,23;35:5;
  41:5,7;44:6,7;45:9;
  46:3;48:11;49:13,23;
  61:5,12,20;68:18,23,
  25;69:6
**Matt (4)**
  63:4,6,10,19
**Matthew (1)**
  62:25
**may (2)**
  38:4;57:16
**Maybe (1)**

12:2
**MAYSA (4)**
  28:7;59:6,8,13
**mean (8)**
  7:18;11:1;16:25;
  37:21;43:10;46:19,21;
  61:6
**meant (1)**
  18:17
**meet (4)**
  12:1;18:12;34:7;
  43:3
**meeting (22)**
  26:10;37:7,13,22;
  38:3;51:13,14;52:10,
  22;53:10,16,20;54:3;
  56:6,9,17;60:3,6;63:22,
  24;69:16;70:4
**meetings (19)**
  11:24;17:8,14;26:7,
  20;27:14;55:10,17,20,
  24;56:3;57:4;58:6,12;
  60:16;62:24;64:1,4,8
**Melissa (1)**
  69:24
**member (2)**
  11:21;54:21
**members (2)**
  64:8,12
**mention (3)**
  6:3;49:2,7
**mentioned (8)**
  14:19;20:12,18;
  28:11;29:2;54:20;59:4;
  66:13
**mentioning (1)**
  49:14
**met (1)**
  67:15
**Metcalf (1)**
  69:25
**Michael (5)**
  33:5;37:6;56:5;
  69:24,25
**Middle (2)**
  4:13;43:3
**might (3)**
  5:24;50:25;51:3
**mindset (1)**
  67:16
**Minutes (2)**
  52:11;72:19
**Mischaracterizes (5)**
  16:7;17:16;34:2;
  47:16;50:13
**miss (1)**
  60:22
**mistake (1)**
  48:20
**moment (3)**
  12:18;33:10;39:3
**money (1)**
  59:13

**months (1)**
  18:10
**more (8)**
  26:23;37:9;48:5,7,
  16;60:21,25;70:15
**morning (2)**
  15:21;54:20
**Most (1)**
  15:18
**move (4)**
  5:9;7:3,3;8:23
**moved (2)**
  8:20,22
**Multiple (1)**
  18:11
**municipality (1)**
  35:25
**Munson (2)**
  57:11,14,19
**Music (2)**
  14:18;37:25

**N**

**name (3)**
  4:7;52:7;57:12
**names (1)**
  52:5
**narrative (2)**
  68:6,7
**native (2)**
  70:25;72:24
**near (1)**
  23:14
**necessarily (1)**
  36:10
**necessary (1)**
  18:12
**need (5)**
  4:20;26:9;38:2,7,14
**needed (2)**
  38:18;69:3
**needs (14)**
  9:22;13:5;14:12;
  17:6,11;18:13;33:17,
  25;34:7,10;37:10,17,
  19;38:9
**Neighborhood (17)**
  6:7;11:23;22:10;
  25:19;51:13;52:10;
  53:10;54:2,11;55:19;
  57:4;58:5,8,11,18;
  59:1;61:2
**neighbors (15)**
  22:19;24:14,16;
  26:11,11,13,14;27:21;
  49:25;50:8,9;54:3;
  58:13,14;67:15
**new (5)**
  32:17;34:11;46:19,
  23;56:19
**next (5)**
  5:9;14:4,13;21:18;

52:13
**night (1)**
  40:10
**nods (1)**
  11:12
**noise (3)**
  27:2,7,14
**nonathlete (1)**
  15:22
**nonnumbered (1)**
  19:6
**normally (1)**
  65:1
**noted (2)**
  41:10;72:11
**notes (8)**
  55:11;69:10,14;
  70:20;72:3,10,11,13
**November (1)**
  5:6
**number (6)**
  15:15;20:6,9;42:22;
  68:6;71:16
**numbered (10)**
  19:5,11,12,20;20:12;
  45:14,19;46:24,25;
  52:14
**numbers (5)**
  13:4;19:6,23,25;
  43:16
**numerous (1)**
  37:24
**nursing (1)**
  38:21

**O**

**Oak (1)**
  5:8
**oath (2)**
  4:3,21
**object (3)**
  16:9;43:13;52:23
**objecting (1)**
  14:25
**Objection (73)**
  10:10,15,24;11:5;
  13:13,18,23;14:21;
  15:2,10;16:6,14;17:15;
  18:19;20:3,14,19;
  21:13;22:2;23:4;25:14,
  24;26:24;27:10,24;
  28:19;29:14;30:2,25;
  32:8,12;34:1,13,22;
  36:6,9,19;38:16;41:8,
  18;43:22;44:20;46:17;
  47:7,15;48:6,21;49:4,9,
  20;50:3,12;51:17;
  52:20,24;53:11,17;
  54:7;55:7;56:14;57:22;
  58:9;59:22;61:13,25;
  62:6,12;64:5,10,15;
  65:16;71:6;73:5

Case: 3:21-cv-00118-wmc   Document #: 97   Filed: 10/24/22   Page 26 of 29

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

**obtaining (1)**
35:24
**obviously (2)**
72:3;73:6
**occasion (2)**
12:2;56:5
**occurred (3)**
28:16;38:5;42:4
**off (8)**
18:12;24:13,16,21;
28:4;29:7;65:7;67:9
**off-campus (1)**
18:5
**office (2)**
7:25;45:5
**offices (2)**
37:24;38:10
**official (1)**
61:8
**officially (2)**
29:22,24
**officials (1)**
12:1
**off-season (1)**
18:8
**often (1)**
58:21
**on-campus (3)**
13:12,17,21
**once (1)**
67:15
**one (17)**
11:8;17:19,22,23;
21:3,18;26:23;31:15;
32:7,22;35:1;37:23;
45:7;56:5;60:21;63:21,
22
**ongoing (2)**
29:13;59:2
**only (5)**
15:19;23:16;47:12,
23;49:18
**onto (3)**
10:19;11:14;35:11
**open (8)**
45:8,16,17;46:25;
48:10;49:15;67:24;
68:2
**operation (1)**
33:23
**operations (4)**
6:21;16:8;28:23;
50:7
**opportunity (1)**
46:21
**opposed (2)**
21:24;27:22
**oral (1)**
11:10
**ordinance (1)**
59:21
**Oregon (1)**
5:8

**organizational (2)**
9:1,2
**organizing (1)**
55:10
**originally (1)**
6:19
**out (2)**
7:3;69:4
**outcomes (1)**
17:22
**outside (3)**
29:1;50:1;67:13
**over (6)**
5:25;6:2;38:1;52:13;
55:9,16
**oversee (1)**
7:13
**owned (1)**
47:1
**owns (2)**
30:18;59:11

## P

**page (37)**
13:2,3;14:6,8,14,19;
15:9,13;19:4,16,24;
20:13,22;21:1;22:5,6;
33:1;39:4,20,23;44:11;
45:7,13,22,24;48:19;
49:3;51:12;52:13;
67:25;68:6,8,13;69:9,
11,18;70:2
**painting (1)**
17:2
**paragraph (11)**
18:3;19:6,12;20:12;
21:5;37:4;46:25;47:5;
49:3;52:14;53:1
**paragraphs (5)**
19:5,11;45:14,20;
46:24
**Park (1)**
63:7
**parking (9)**
18:1,16;19:13;20:10,
17;21:7,12;27:4;65:3
**Parks (2)**
63:16,19
**part (7)**
40:3;41:5;51:2;54:5,
21;59:19;63:4
**participate (2)**
25:17;36:10
**participated (3)**
23:13;36:8,11
**participating (1)**
11:18
**particular (4)**
12:21;66:23;68:22;
69:16
**particularly (1)**
70:20

**partnered (1)**
28:7
**partnership (1)**
59:4
**pause (1)**
15:1
**pays (1)**
59:13
**pdf (2)**
73:1,3
**pending (1)**
5:4
**people (7)**
26:6,9;30:15;67:20;
69:20;70:3;71:16
**perimeter (2)**
23:11,14
**permit (2)**
62:4,21
**person (1)**
23:22
**personal (1)**
41:16
**personally (1)**
33:20
**phones (1)**
7:3
**physical (2)**
47:2;49:19
**piping (1)**
17:3
**place (9)**
24:6;26:3,4;36:12;
39:17;42:11,12,16,23
**plan (52)**
10:6,8,13,18,22;
11:2;12:8,10,15;13:1;
15:12;16:3,13;17:13,
18,21;19:8,18;20:1,1;
21:2;25:23;27:9;31:7;
34:15,16,23;35:5;41:5,
7;44:6,7,9,18;45:9,17;
46:3;48:11;49:13,23;
59:25;60:8,11,14;61:5,
12,20;67:24;68:18,23,
25;69:6
**Planned (1)**
19:7
**planning (4)**
9:15;17:21;60:1;
67:5
**plans (3)**
5:9;56:19,22
**play (1)**
42:24
**please (4)**
4:8;14:25;22:5;
41:21
**Pleasure (1)**
63:7
**plus (1)**
72:10
**pm (1)**

15:20
**point (6)**
4:21;5:2;11:22;
56:13;68:2;71:7
**pond (1)**
51:1
**portion (1)**
48:11
**portions (1)**
12:15
**position (5)**
6:20;7:6,7,10;9:24
**positions (2)**
9:5,9
**possession (1)**
71:14
**possible (2)**
17:22;67:14
**Possibly (1)**
32:10
**potential (1)**
37:8
**potentially (1)**
22:15
**Potter (7)**
33:16;34:4,5,18,23;
44:10;58:1
**practice (7)**
15:21;18:8,9;39:18;
40:12;42:19;47:23
**practices (9)**
18:23;19:2;42:5,23;
47:2,12;48:7,17;49:18
**practicing (1)**
42:3
**prepare (2)**
5:13;22:20
**prepared (4)**
43:25;44:2,10;49:23
**preparing (1)**
56:6
**present (6)**
52:22;55:23;63:21;
69:10,15;70:3
**presented (1)**
56:7
**presenting (2)**
52:18;56:1
**president (3)**
30:11;31:3;39:11
**previous (1)**
7:23
**previously (1)**
12:17
**primary (2)**
55:5,8
**principal (1)**
33:16
**prior (3)**
17:17;71:4;72:8
**priorities (2)**
14:11,19;15:8
**problem (1)**

5:4
**produced (7)**
71:5,19;72:3,4,9,12,
17
**product (1)**
71:24
**production (1)**
71:2
**program (2)**
21:9;38:21
**programs (3)**
18:7,18;43:6
**project (8)**
27:8;35:9,13;37:2;
58:2;66:23;67:2,18
**promoted (1)**
7:8
**pronouncing (1)**
33:3
**properly (1)**
17:4
**properties (2)**
17:21;65:1
**property (2)**
67:9,11
**proposed (17)**
18:16;20:18;21:7,12,
19,23,25;22:10;27:8,
15;29:5,6;30:21;31:9;
34:16;35:5;56:11
**provide (3)**
12:7;46:10;71:23
**provided (1)**
72:7
**provider (1)**
7:14
**providers (1)**
7:17
**purpose (7)**
10:8,13,17,20;41:3;
68:22;69:7
**purposes (4)**
17:12;47:19,21;
50:10
**pursued (1)**
61:12
**pursuing (2)**
6:5;28:2
**pushes (1)**
15:20
**put (7)**
17:21;23:24;24:5;
33:24;35:11,15;58:24
**putting (2)**
58:25;60:7

## Q

**quickly (1)**
14:8
**quite (1)**
53:19

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

## R

**rainwater (1)**
51:4
**reaction (1)**
49:11
**read (13)**
13:9,15,20;14:4;
15:8,24;16:12;18:13,
14;21:19;33:10;39:3;
53:1
**reading (1)**
14:6
**reads (1)**
44:13
**realize (1)**
72:5
**realized (1)**
72:6
**really (1)**
72:12
**reason (1)**
41:12
**recall (117)**
12:3;17:19;22:13,17,
19,23,25;23:2,6,7;
24:14;25:1;26:1,2,6,17,
20,22,25;27:1,4,6,7,13,
17,18,21;28:17,21;
29:9,11;31:12;32:14,
15,19;34:24;35:1,3,12,
14;36:3,21,24;37:1,15,
16,19,22;38:2,4,13;
39:21,21;43:7,9,11;
44:3,4,22;49:25;50:8,
15,16,23,24;51:2,5;
52:17;53:9,12,13,19,
20;54:2,9,10,11,19;
55:2,12,19;56:1,1,4,8,
10,16,18,21,22,24,25;
57:2,9,10,11,13,17,24,
25;58:2,6,12,23;60:1;
61:6,10,15,21,22;62:3,
8,9;63:15;64:2,11;
65:18
**recalling (1)**
53:4
**receive (2)**
24:23;70:18
**received (1)**
46:5
**recently (1)**
60:2
**Recess (3)**
32:23;51:9;60:24
**recipient (1)**
39:10
**recognize (4)**
12:23,24;39:23;70:5
**record (5)**
4:7;11:11;65:7;
70:13;71:9

**Reddan (3)**
28:11,24;59:4
**referred (2)**
19:24;45:9
**referring (4)**
21:11;24:1,3;40:4
**refers (1)**
14:1
**reflect (1)**
69:15
**refresh (1)**
26:9
**regard (1)**
27:15
**regarding (11)**
5:16;22:10;24:23;
25:9,18;27:1,4,7,14;
50:9;67:5
**regards (1)**
30:9
**Regina (5)**
14:16;35:6,8,9;38:18
**regularly (2)**
34:10,14
**related (6)**
14:12;27:5;29:3;
37:25;50:1;71:18
**relates (3)**
7:18;22:25;60:3
**relating (12)**
27:8,18;29:12;31:7;
36:5;55:20;57:20;
59:19;60:5;62:4;63:10;
65:9
**relationship (2)**
33:14;37:21
**relatively (1)**
46:19
**remember (9)**
18:1;50:24;63:3,23;
64:7,12;65:8,12,14
**Remodel (1)**
14:16
**removal (1)**
29:1
**removed (1)**
16:20;30:4;31:1
**rendering (1)**
32:6
**renderings (4)**
31:9,13,15;32:11
**renovate (2)**
34:11;50:21
**renovated (2)**
50:17;56:25
**renovation (11)**
34:3;55:21;56:2,11,
18,19;57:20;61:10,23;
62:5;63:11
**repair (1)**
17:1
**repeat (3)**
27:12;50:4;58:10

**rephrase (1)**
4:23
**replace (1)**
55:4
**REPORTER (1)**
51:19
**represent (1)**
39:20
**representative (2)**
34:18;55:5
**representatives (2)**
26:15;70:6
**represented (1)**
5:11
**request (2)**
61:19;71:1
**requesting (1)**
49:13
**requests (1)**
71:4
**required (3)**
51:21,23;69:19
**requirement (1)**
31:21
**Residence (5)**
14:15;35:11,15;38:6,
19
**respect (9)**
66:22;67:2,11,22;
69:9;71:21;72:1,22;
73:3
**respects (1)**
15:15
**respond (1)**
71:10
**responded (1)**
44:23
**responds (1)**
42:21
**response (3)**
43:7;44:24;48:1
**responsibilities (5)**
7:1,12;66:7;67:4,5
**responsibility (2)**
28:24;67:8
**restate (3)**
4:22;9:8;30:14
**retainage (1)**
51:1
**retired (3)**
55:2,4,16
**retirement (1)**
11:20
**retiring (1)**
54:22
**Rettler (1)**
56:6
**review (4)**
12:10;52:16;68:25;
69:6
**reviewed (4)**
22:6;46:2;68:18;
69:1

**reviewing (1)**
68:23
**Right (2)**
37:3;64:17
**right-hand (2)**
19:20;20:8
**rings (1)**
57:12
**Road (4)**
29:7,21;67:11,14
**role (10)**
6:7;11:16;16:16;
28:22;33:22;36:16;
50:5,6;55:13;69:2
**roles (1)**
55:9
**roof (1)**
17:1
**room (1)**
66:25
**roughly (2)**
26:21;65:8
**running (1)**
7:2

## S

**salt (1)**
53:14
**Same (5)**
13:18,23;16:14;18:3;
21:11
**Sara (2)**
12:4,5
**Sarah (2)**
5:15;6:1
**sat (1)**
72:6
**saw (4)**
46:6,12,13,22
**saying (2)**
46:16;72:17
**scheduled (1)**
24:20
**Schemmel (5)**
39:10;41:13;44:1;
49:1;56:4
**Schey (1)**
70:22
**School (30)**
9:25;10:3;13:7,17;
14:3,17;15:18,18;
31:23;39:11;40:5;43:3;
45:5;47:2;50:17;53:22;
54:5;57:20;58:3;61:4,
18,23;62:3;50:17;53:22;
10;70:6,9;71:18
**schools (1)**
43:4
**School's (5)**
18:24;20:24;43:5;
66:11;70:10
**scope (2)**

**56:11;71:3**
**screening (1)**
22:20,21
**seating (1)**
54:5
**second (2)**
21:4;69:9
**second-to-last (1)**
51:22
**section (13)**
12:20,21;13:4,9,11,
15;14:5,17;15:13,14;
16:12;21:1;49:15
**securing (1)**
18:4
**security (1)**
59:2
**seeing (4)**
39:21;43:11;44:4;
55:17
**seeking (2)**
32:17;60:10
**seems (1)**
37:5
**Seminole (1)**
29:7
**sending (2)**
39:21;43:7
**sent (5)**
39:7;43:24;44:1,19;
51:14
**sentence (7)**
18:4;21:4,15,18,23;
45:15,19
**Separate (1)**
71:20
**separately (1)**
12:1
**September (4)**
16:5;49:17,24;50:7
**sequential (1)**
43:17
**Serrault (6)**
51:24;52:2,3,6,17;
69:25
**serve (1)**
7:15
**served (2)**
10:2;17:10
**serves (1)**
45:4
**service (1)**
7:14
**serving (5)**
16:3;17:5;57:3;61:2;
62:14
**several (2)**
38:1;60:2
**severely (1)**
15:17
**shakes (1)**
11:11
**shape (1)**

Case: 3:21-cv-00118-wmc   Document #: 97   Filed: 10/24/22   Page 28 of 29

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

71:15
share (6)
34:7;53:5;64:19,21,
24;65:3
shared (5)
15:17;31:24;64:17,
20,22
sharing (2)
37:16;53:9
Shawn (1)
70:22
sheet (3)
72:5,8,10
shields (1)
58:24
short (1)
32:22
showing (1)
12:17
shown (1)
45:17
side (2)
19:21;20:8
signage (5)
60:3,6,8,11;63:5
similar (1)
23:10
site (40)
18:1,16;19:8;20:1,
22;21:3,15;22:11;
23:20;24:1,2;25:2,4,
18;26:8,12,17,21;27:2,
5,19,22;28:9;29:3,5,6,
6,21;30:10,21;34:21,
25;36:12,14;45:17;
50:2,11;52:17,18;53:6
sites (4)
18:5,8;27:19;37:9
sits (1)
30:6
six (1)
8:3
snow (1)
29:1
soccer (13)
18:7,18;28:7,10,11,
14,25;30:23;32:19;
42:24;59:5,8,11
Society (4)
36:3,4,15,16
solely (2)
39:18;42:18
solutions (1)
18:11
someone (1)
11:20
sometime (2)
28:18;29:10
somewhere (2)
55:14,18
Sorry (3)
9:9;42:13;44:1
sort (1)

31:15
sound (1)
27:1
source (1)
67:19
space (25)
9:22,22;14:12;15:15;
21:9;37:11;38:20;
40:20,21;41:1,4,7,11,
13,16;43:1,2,5,25;44:2,
9,18;49:15;67:24;68:2
spaces (11)
17:7,12;39:16;41:23,
24;45:8,16,17;46:25;
48:10;50:10
speak (2)
66:11;70:10
speaking (1)
64:18
specific (10)
23:19,21;25:1;26:6;
34:24;37:22;38:2,3,4;
61:22
specifically (7)
13:24;22:17;32:14;
43:11;46:13;60:5;
63:20
specifics (3)
18:21;42:4;61:9
speculation (7)
15:11;16:10;18:20;
22:3;36:20;62:1,7
spell (1)
4:10
spill (1)
64:22
spilling (3)
58:7,16,22
spoken (1)
31:24
sports (2)
18:5,11
square (4)
19:13;20:5,11;21:8
stadium (5)
32:19;62:10,17;
64:14;65:9
staff (1)
25:20
standing (3)
7:20;11:20;52:23
stapled (1)
43:15
start (2)
12:21;35:8
starting (2)
9:6,11
state (5)
4:7;23:7;35:25;36:4;
39:15
stated (3)
22:13;25:4;48:10
states (1)

13:19
stenographer (1)
11:10
steps (2)
29:25;61:22
still (4)
6:8;29:13;30:5;
55:17
Stream (13)
23:17;24:1,2,3,4,6,
24;27:19;35:6;36:22;
37:2;38:24;58:17
Street (2)
26:14;53:14
strength (1)
43:6
strike (1)
57:16
structured (2)
20:10;21:7
struggle (1)
18:7
student (1)
15:23
students (2)
15:19,23
Subject (1)
70:12
submitted (2)
10:6;70:21
subsection (4)
13:6;14:9,15;15:7
suggest (2)
12:13;55:14
summary (2)
70:22;72:21
summer (1)
43:5
superiors (1)
68:23
supervisor (2)
41:15;47:10
supported (1)
64:13
supportive (1)
27:22
sure (3)
17:1,2;60:22
surprised (1)
70:18
surprising (1)
49:7
surrounding (1)
25:2
SUSAN (11)
4:1,9;37:7;51:23;
52:2,2,6,6,7,17;69:25
S-u-s-a-n (1)
4:13
sustainability (1)
67:16
sworn (1)
4:2

system (2)
24:11;66:25

T

table (1)
30:6
tail (4)
10:18;11:15;46:8,20
talk (3)
22:19;38:8;58:24
talked (7)
5:15,15;6:4;37:24,
24;38:7;63:6
talking (1)
66:13
tall (1)
45:7
Tami (2)
45:1,3
tasked (1)
68:22
team (5)
43:2;47:2,12;48:17;
49:18
telling (2)
38:13;40:19
tells (2)
24:11,12
ten (1)
14:13
tennis (2)
18:6,18
terms (1)
72:19
testified (4)
4:2,16;46:2;53:3
testimony (1)
53:4
theater (1)
38:23
third-party (1)
71:21
thought (2)
72:2,9
three (1)
7:15
tickler (1)
57:16
Tim (2)
63:16,19
times (2)
15:21;57:25
timing (2)
22:23;23:8
titled (1)
15:13
titles (1)
15:7
today (4)
5:11,16;53:3;72:20
together (3)
43:15,16,21

told (1)
54:3
took (7)
26:2,4;36:12;42:16;
55:9,16;61:23
top (8)
13:3,4;14:6;19:4;
33:1;40:6;45:8,25
topic (1)
64:3
topics (6)
5:24;6:1,3,9;38:4;
66:21
toward (5)
11:15;18:3;54:15,16,
18
Track (15)
18:6,17,23,24;19:1;
20:24;32:17;43:3;
45:11;55:21;56:18;
57:21;61:24;63:11;
64:2
traffic (4)
27:5;64:20,24;65:2
Trail (1)
5:8
training (2)
9:18;18:8
treeline (1)
22:20
trial (3)
4:16;73:6,6
true (1)
34:21
truthful (1)
72:2
try (1)
11:10
trying (1)
57:7
Tucker (5)
62:25;63:4,6,10,19
turn (12)
13:2;14:8;19:4,16;
22:5;24:12,12,21;32:4;
45:6,13;47:21
turned (1)
24:16
Turning (2)
21:1;37:4
two (7)
6:4,10;19:13;21:7;
22:25;48:24;53:24
two-minute (1)
60:22
types (2)
30:20;66:21

U

under (4)
4:21;46:24,25;53:24
undergraduate (2)

Min-U-Script®

Web Address - FTRMadison.com   /   E-mail - Office@FTRMadison.com   (8) share - undergraduate
For the Record, Inc.   /   (608) 833-0392

Case: 3:21-cv-00118-wmc   Document #: 97   Filed: 10/24/22   Page 29 of 29

Edgewood High School of the Sacred Heart, Inc. v.
City of Madison, Wisconsin, et al.

Deposition of Susan L. VanderSanden
August 17, 2022

8:9,25
**understood (1)**
4:24
**unless (1)**
5:4
**unnecessary (1)**
59:1
**up (6)**
17:8,13;26:21;37:13;
58:21;71:24
**update (4)**
52:16,18;53:9,22
**urban (1)**
9:15
**use (17)**
13:12,16;15:17,22,
23;17:12,22;23:31:24;
39:16;40:20;41:10,13;
43:4;50:9;53:14;59:14;
68:14
**used (17)**
23:3;40:22;41:17,23,
24;42:18;43:1,2;47:2,
12,23;48:2,5,7,16;
49:18;57:1
**uses (9)**
9:22;17:7;21:19,23,
25;22:15;42:9;47:11;
59:17
**usually (1)**
5:3

**V**

**Vague (13)**
23:5;25:15,25;27:11,
25;41:9,19;55:8;56:15;
57:23;62:13;64:16,16
**Valley (1)**
8:17
**value (1)**
59:1
**VANDERSANDEN (5)**
4:1,9;14:23;52:6;
65:22
**V-a-n-d-e-r-S-a-n-d-e-n (1)**
4:11
**Vandewalle (4)**
57:6,7,9,10
**various (1)**
61:7
**varsity (1)**
43:1
**verification (1)**
48:13
**verify (11)**
39:16;40:20,21;
41:10,13,22;42:1;46:9,
13;47:10,19
**verifying (2)**
47:11,18
**version (4)**
70:19,23,25;72:24

**versions (1)**
61:7
**visible (1)**
22:22

**W**

**Wait (1)**
51:7
**walk (2)**
37:7,13
**Waste (1)**
7:18
**water (1)**
51:2
**way (1)**
71:15
**wellness (3)**
21:20,24,25
**weren't (1)**
46:12
**wetland (3)**
31:17,20;32:14
**What's (5)**
5:5,7;13:4;14:2;
15:12
**wheelhouse (1)**
69:5
**whenever (1)**
38:4
**White (1)**
5:8
**winter (1)**
18:10
**Wisconsin (2)**
5:8;36:4
**within (3)**
14:12;60:2;71:3
**witness (4)**
4:2;15:3;65:23;
68:11
**witnesses (1)**
71:22
**Woodrow (5)**
26:10,11,13,14;
53:14
**work (15)**
7:4;8:2;14:3;23:17;
34:4,5,8;35:7,24;36:3,
12;57:19,23;66:19;
71:23
**worked (12)**
6:17;7:22,24;23:23;
34:17;35:9;38:20,22;
42:10;57:17;58:1;
66:14
**working (15)**
9:12;30:16;33:17,19;
35:12;37:1;49:12;57:9,
10,11,13;58:2;60:17;
66:22;69:13
**works (1)**
4:19

**written (1)**
40:6

**Y**

**year (6)**
5:9;8:23;9:3;15:19;
35:23;65:12
**years (6)**
8:2,3,24;14:13;38:1;
60:2
**yesterday (1)**
53:12

**Z**

**ZYLSTRA (7)**
40:16;51:7;71:8;
72:15,18,25;73:10

**1**

**1 (33)**
7:7;20:6,9,22;21:15;
22:11;23:20;24:1,2;
25:2,4,18;26:8,12,17,
21;27:2,5,19,22;34:21,
25;39:17;40:1,4;41:14;
42:22;45:11;50:2,11;
52:17,18;53:6
**10 (1)**
5:6
**11:09 (1)**
73:11
**117 (1)**
32:2
**118 (1)**
32:24
**119 (7)**
39:1,5;43:14;47:22;
67:22;68:12,15
**120 (7)**
51:10;69:9,11,18;
70:2,18,19
**14 (2)**
52:19;53:21
**19 (2)**
39:8;42:8
**1974 (1)**
5:6

**2**

**2 (3)**
39:17;69:11;70:2
**2008 (2)**
6:18;9:12
**2011 (4)**
7:7;9:4,6;42:10
**2013 (2)**
39:8;42:8
**2014 (16)**
16:5;28:2,18;29:10;

36:23,24;49:17,24;
50:7;54:13,14,16,17;
55:14;65:14,15
**2015 (4)**
50:18;52:19;53:21;
55:18
**2015-4-14 (1)**
52:10
**2016 (1)**
55:18
**2017 (2)**
35:18,19
**2018 (1)**
52:4
**22 (1)**
16:5
**2339 (1)**
5:8
**25 (1)**
8:24

**3**

**3 (2)**
52:14;53:1
**3.4 (1)**
21:3
**3.8 (1)**
68:2
**30 (1)**
6:18
**33 (4)**
13:2;14:8,19;15:9
**34 (1)**
14:14
**35 (3)**
14:6,14;15:13
**36 (3)**
19:4,24;20:13
**39 (2)**
19:16;20:22

**4**

**4:00 (1)**
15:20
**42 (1)**
21:1
**47 (1)**
22:5

**5**

**5 (2)**
53:24,25
**52 (8)**
12:18;45:6;48:19;
67:23,25;68:1,13,16
**53575 (1)**
5:8

**6**

**60 (7)**
45:13,22,24;48:19;
49:3;68:8,13
**62 (1)**
45:7

**8**

**8:00 (1)**
15:20
**80,000 (3)**
19:12;20:11;21:8