

833 EAST MICHIGAN STREET• SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615

TEL•414.273.3500   FAX•414.273.5198

WWW•GKLAW.COM

Direct: 414-287-9611
jingrisa@gklaw.com

October 26, 2022

**VIA ELECTRONIC FILING**

U. S. Magistrate Judge Stephen L. Crocker
U.S. District Court, Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53703

    Re:    <u>Edgewood High School of the Sacred Heart, Inc. v. City of Madison, et al.</u>
            Case No. 3:21-cv-0118-wmc (W.D.Wis.)
            September 28, 2022 Text Only Order

Dear Judge Crocker:

      I am writing to the Court pursuant to your direction in your September 28, 2022 Text Only Order (Dkt. 89) to direct concerns or questions to the Court regarding the Defendants' document production. The Defendants' second and final installment of the court-ordered rolling production contained multiple redacted documents. The redactions were unaccompanied by any stated grounds, and the extent of the redactions precludes an assessment of any justification for those redactions, particularly if they are for privilege. The Plaintiff requests unredacted copies of these documents, the redacted copies of which are attached hereto as Exhibits 1 through 12.

                                             Respectfully,

                                             GODFREY & KAHN, S.C.

                                             *s/Jonathan R. Ingrisano*

                                             Jonathan R. Ingrisano

cc:    All Counsel of Record via ECF

28153223.1

OFFICES IN MILWAUKEE, MADISON, GREEN BAY AND APPLETON, WISCONSIN AND WASHINGTON, D.C.
GODFREY & KAHN, S.C. IS A MEMBER OF TERRALEX,® A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS.