# EXHIBIT 1



**From:** "KRist@foley.com" <KRist@foley.com>
**Date:** August 20, 2019 at 10:20:37 PM CDT
**To:** "district10@cityofmadison.com" <district10@cityofmadison.com>
**Cc:** "MDLee@foley.com" <MDLee@foley.com>, Michael Elliott <mike.elliott@edgewoodhs.org>
**Subject: Follow Up**

Alder Henak,

Thank you for taking time to speak with me. As your constituent, I greatly appreciate it.

Please find the following:

--Letter from Mike May to my partner, Matt Lee, hand delivered July 12, the morning after the ZBA Appeal, inviting Edgewood to terminate its Master Plan, which "would put it on equal footing as the other high schools".
--Email from John Strange to Attorney Nathan Wautier, July 17 outlining results if master plan is terminated
--Letter from Edgewood to Mayor, August 19, describing neighborhood efforts
--August 19 Email to Mayor's office describing Edgewood's position on filing suit tomorrow.
--I am also attaching a copy of Tag's ordinance, as you noted you had not yet seen it

Please note that I am copying Edgewood's President, Mike Elliott, and my partner, Matt Lee, on this email in the event that you would like to speak further with Edgewood and you are not able to reach me, given my travel schedule the next few days. As I stated, you are of course free to call my cell as well 608-212-7002.

Thanks.
Katie

**Katherine R. Rist**
Foley & Lardner LLP
150 E. Gilman Street
Madison, WI 53703
Tel: 608.258.4317
Email: krist@foley.com

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.