# EXHIBIT 2

**From:** Arntsen, Allen <district13@cityofmadison.com>
**Sent:** Friday, October 19, 2018 1:13 PM CDT
**To:** Obeng, Kwasi <KObeng@cityofmadison.com>; Baldeh, Samba <district17@cityofmadison.com>
**Subject:** Re: City Council decision on Edgewood Stadium

Before anyone puts too much work into this, it's in connection with Edgewood's proposal to amend its master plan, which it expects to file November 7 and will likely come before the Plan Commission and Council in January. This is the equivalent of a zoning change. Tim Parks and Matt Tucker (and I) are very familiar with this as it's been a subject of discussion in the neighborhood for the last 1 1/2 years or so. Again, happy to discuss at your convenience.

---
Allen Arntsen
**DISTRICT 13 ALDER**
CITY OF MADISON
(608) 242-9180
district13@cityofmadison.com

Subscribe to District 13 updates at www.cityofmadison.com/council/district13/

**From:** Obeng, Kwasi
**Sent:** Friday, October 19, 2018 12:49 PM
**To:** Baldeh, Samba; Arntsen, Allen
**Subject:** RE: City Council decision on Edgewood Stadium
Hi Samba,
I tis not on the agenda. ███████████████████████████████████████████████ It is not City land
and it might be under MMSD and the School Board's decision. I will do some leg work and get back to you.
Kwasi

**From:** Baldeh, Samba
**Sent:** Friday, October 19, 2018 11:28 AM
**To:** Arntsen, Allen ; Obeng, Kwasi
**Subject:** Fw: City Council decision on Edgewood Stadium
Alder Allen -
Please see the email below and may be share your thoughts. Also let me know if you would like to meet and discuss this. In the mean time I am not aware that this is on the council agenda. Kwasi can you find out about this and let me know.
Thank you.

_____
Alder Samba Baldeh
Council President
MCC - District 17
Email: district17@cityofmadison.com
www.cityofmadison.com/council/district17

**From:** Catherine Jagoe <cajagoe@gmail.com>
**Sent:** Friday, October 19, 2018 11:16 AM
**To:** Baldeh, Samba
**Subject:** City Council decision on Edgewood Stadium
Dear Mr Baldeh,
I am writing to appeal to you, as City Council President, to delay voting on the Edgewood High School Stadium proposal until District 13 has an elected Alder in place, next April. Our current representative, Mr Allen Arntsen, is an Interim Alder who has recently stepped in after a resignation. He is not knowledgeable about the history of the highly controversial stadium, or committed to defending neighbors' views. He also does not live in the Dudgeon-Monroe neighborhood, which will be the most severely impacted.
I was horrified to learn on Monday, from the *Wisconsin State Journal,* that Edgewood High School is planning to build a 1,200 seat stadium with 80 ft high lights and a sound system, fast-tracking it through the City of Madison system to have open by next fall. I live a block and a half away from the proposed stadium. I was at the meeting held on Edgewood on Wednesday. I am deeply opposed to adding a stadium to the existing playing field, and indicated that on the DMNA survey last year. I have lived on West Lawn Avenue for over 30 years. We chose this neighborhood and this house because it was peaceful and because it was *not* near a stadium, after a negative experience in an apartment near Breese Terrace in 1986.
We became home owners in 1987 in part because we wanted to have control over the noise we were exposed to. We didn't like having to hear neighbors' parties, music, arguments etc., which is often the case in an apartment or condo. We will no longer have the ability to control the noise we are exposed to in our own home. Edgewood HS may host up to 40 night events a year and an unspecified number during the day. I work from home, so this would directly impact my work and my quality of life. Any noise complaints once this stadium is built will be unenforceable by the City.
We also believe it will negatively affect the neighborhood and the value of our house, because of the noise, parking, traffic and potential post-game behavior issues. Edgewood HS is touting this as good for the neighborhood, although the DMNA survey I believe showed 2/3 of neighbors are opposed. It may benefit bars and restaurants, but it will be terrible for the home owners living close by. No environmental impact survey has even be contemplated, despite being so close to the Park and Pleasure Drive, Lake Wingra and the Arboretum.
I was shocked to find the proposal already so highly developed and advanced, with no warning to neighbors. I felt blindsided. I only found out about the proposals, and the meeting, because I happened to pick up the paper on Monday morning.
I simply do not believe Edgewood HS claims that there would be virtually no noise or light spillover or traffic impacting the neighborhood. We already can hear the games at Randall and Breese Stevens, and are severely impacted by Badger game traffic and Edgefest. This would be like having Edgefest up to 40 nights a year, and at unspecified times during the day.
Other urban high schools in old residential neighborhoods, like West High, do not have a stadium. Why should Edgewood be different?

CITY-DEF-054480

If they must have one, could they not build it off campus?

It is my understanding that the Edgewood stadium issue has been extensively studied and negotiated twice before, and in both cases the decision was no, it was not an acceptable use of the space. Yet Edgewood is determined to push it through, over the passionate objections of those of us who will be most affected.

I appeal to you, as President of the Common Council, to defend our right as citizens and tax-payers in District 13 to have adequate representation by an elected Alder before this proposal goes to the vote on the Common Council.

Sincerely,

Catherine Jagoe

2318 West Lawn Ave

Madison, WI 53711

(608) 709-5578

Catherine Jagoe, PhD

Writer / ATA Certified Translator

www.catherinejagoe.com

http://translation.catherinejagoe.com/

CITY-DEF-054481