# EXHIBIT 3

Tools for Leadership and Learning | Russell Consulting, Inc.

# A Proposal for Finding Common Ground between Edgewood High School and Its Neighbors

## Background and Desired Outcomes

In 2018, Edgewood High School proposed an upgrade to its athletic field that included enhanced lighting and a new sound system. Their original plan also included additional seating, a ticket booth, and concessions, but these elements were dropped in response to neighborhood concerns. Two neighborhood associations – Dudgeon-Monroe and Vilas – voiced concerns about Edgewood's plans. Representing the interests of their members and the surrounding community, these associations have apprehensions about the negative impacts of the upgrades on local residents and the neighboring community.

Edgewood High School and these neighborhood associations have, over the past few months, engaged in conversations to find common ground. These conversations, however, have not resulted in meaningful progress. The High School and these groups remain divided in how to proceed.

The High School, with the consent of the two neighborhood associations, has proposed hiring a facilitator to see if achieving common ground is possible. The desired outcomes of this facilitated process include:

1. A shared understanding by all parties as to what is being proposed by the High School and their efforts to mitigate neighborhood concerns.
2. A shared understanding by all parties as to the issues that are at the heart of the division between the High School and the neighborhood associations.
3. A shared vision by all parties as to an outcome that addresses the concerns of the neighborhood associations while enabling Edgewood High School to upgrade its athletic field.

## A Proposed Process

Russell Consulting, Inc. (RCI) proposes to guide the parties in achieving the above outcomes to the greatest extent possible through a series of facilitated meetings. These meetings will include designated representatives from the Dudgeon-Monroe and Vilas Neighborhood Associations and from Edgewood High School.

RCI suggests scheduling up to 12 meetings of these select representatives to examine what is being proposed by the High School, surface the issues of concern to the neighborhood associations, and see if finding common ground is possible. **Note**: While RCI will strive to help the group find common ground where all viewpoints are heard and integrated into the outcome, it acknowledges that achieving a shared vision and finding common ground may not be possible.

Due to the intense nature of these discussions and the need to forge understanding and empathy amongst the designated representatives, RCI insists upon limiting attendance at these meetings to a few individuals (3 to 7 for each of the three groups) who are designated by their association/organization. Subject matter experts (SMEs) or others may attend one or more meetings upon invitation – but only if the group agrees

CITY-DEF-054528

**Tools for Leadership and Learning** | **Russell Consulting, Inc.**

through consensus that such SMEs or viewpoints are important to the group's discussion and decision making process.

1. **Pre-Meeting with Principals**: If possible, RCI would prefer to meet independently with the representatives of the three groups (Edgewood High School, Dudgeon-Monroe Neighborhood Association, and Vilas Neighborhood Association) prior to the first session. This pre-meeting with the principals in each group would address their questions about RCI, affirm/refine the desired outcomes from the facilitation, and review/refine the process. RCI would seek the commitment and investment in the process and the desired outcomes from each of the principals at these pre-meetings.

2. **Facilitated Sessions**: Each of the following sessions are proposed for Tuesday evenings (90 minutes each, from 6:00 to 7:30 p.m.).

    - **Session 1 – March 26th**: The first session is a grounding session with a focus upon introductions, an overview of the process, a sharing of individual aspirations and hopes for the meetings, defining the core values that should guide the group in moving toward common ground, and developing the rules of engagement that will define how the group will interact with and work with each other throughout the facilitated sessions. The session will end with each of the three sets of representatives making a commitment to the entire group and the process and potentially agreeing to complete an assignment prior to future sessions.

    - **Session 2 – April 16th**: The second session begins the actual facilitated discussion with a focus on better understanding what Edgewood High School has proposed. This discussion will not debate the merits of the proposal but instead ensure that there is a shared understanding of the proposal's details. Neighborhood association representatives will identify questions they have about the proposal and the High School representatives will answer those they can and make a commitment to provide a more complete answer at a future session. [**Note**: the second session is delayed by three weeks due to existing commitments by RCI.]

    - **Session 3 and Beyond – April 23rd**: Session 3 is scheduled for April 23 and additional sessions as needed will follow on subsequent Tuesdays but will not continue past June 25. The initial focus of these follow-along meetings will be on addressing questions about what the High School is proposing, then shift to the neighborhood association representatives identifying their concerns with the proposal, and finally working to create a shared vision and find common ground toward a solution that works for all parties. [**Note**: Due to an existing commitment by RCI, the meeting on the 23rd cannot begin until 7:15 p.m. Alternatively, the group could meet on Wednesday, April 24th at 6:00 p.m.]

If deemed necessary by the group, RCI may meet separately with the group of principals from any of the three organizations to discuss issues, concerns, explore solutions, etc. in order to assist each group in contributing to the process and the desired outcomes.

RCI goes into this facilitation without a pre-conceived idea of what the common ground solution is – or even if it is possible. In addition, if a solution emerges early in the sessions, the subsequent sessions will either be cancelled or shift toward developing strategies for communicating the agreement to the broader community.

---

*A Proposal for Finding Common Ground between Edgewood High School and Its Neighbors*    2

CITY-DEF-054529

Tools for Leadership and Learning    Russell Consulting, Inc.

RCI will transcribe all flipchart notes recorded during the meetings and Edgewood High School will provide a note-taker at each meeting to ensure there is documentation of what is decided by the group.

## About Russell Consulting and Its Philosophy of Practice

RCI was founded more than 30 years ago by Jeffrey and Linda Russell with a focus on helping individuals and organizations achieve their aspirational outcomes and goals through skilled facilitation, leadership development, leading people through change, building collaborative partnerships, and innovative performance management strategies and tools. Our practice is informed by a core philosophy that involves holding a mirror up to the lives of our client organizations to enable them to see clearly what they need to see so that they can do what they need to do to move toward their goals. We don't provide solutions but instead help our clients find their own path toward their ideal future.

RCI has no stake in the issues facing Edgewood High School and the two neighborhood associations. We have no affiliation or history with Edgewood High School or with the Vilas and Dudgeon-Monroe Neighborhood Associations. We do not know personally or professionally the Edgewood High School participants in this process, and, to our knowledge, we do not know personally or professionally the participants from the two neighborhood associations.

RCI operates from the principle of transparency in its facilitation. All contacts between RCI and the principals will be known by the entire group. While specific issues discussed, what is said, and who says it will be considered confidential if requested by a group, the fact of the meeting and the broad topic discussed will be shared with the larger group.

## Relevant Experience Facilitating Contentious Situations

The following engagements represent projects that we facilitated that included finding common ground amongst groups that often strongly disagreed in how to work together.

**Public Library System Redesign Initiative**. RCI was hired by the Wisconsin Department of Public Instruction to facilitate the work of a group of key stakeholders as they worked to develop a new approach for assisting Wisconsin's public libraries with an array of support services – including interlibrary loan, technology assistance, collection management, delivery, continuing education, etc. Wisconsin's current structure for providing these services is through 17 independent library systems that receive state financial support. The Public Library System Redesign (PLSR) initiative was a multi-year process of examining what works and what doesn't with the current system and to propose an improved support system for the future. RCI was hired in the last six months of the initiative to (a) conduct an online survey of public library perspectives, (b) facilitate three focus groups of library and library system directors and staffers, and finally to (c) facilitate two conferences of library and system directors to review the massive information collected over the previous two years and to find common ground on what a new system might look like. All conference participants were very passionate about libraries and their needs for strong support services and many came with strong opinions of what they did and did not what to see in the final report to DPI. RCI successfully facilitated these two conferences such that areas of common ground were surfaced and the PLSR Steering Committee was able to finalize its recommendations and present them to DPI.

CITY-DEF-054530

Tools for Leadership and Learning    Russell Consulting, Inc.

**Public Health Unification Initiative**. RCI facilitated a nine-month initiative that sought to unify the City of Madison Public Health Department with the Dane County Public Health Department. Working in a highly charged and political environment, RCI guided the work of a Unification Committee (impaneled by the county executive and mayor) as it sought to create a shared vision for public health services for Dane County, to recommend (or not) to unify the two public health departments, and finally to recommend the best structure for unifying the departments. RCI facilitated a community-wide stakeholder assessment process that included focus groups as well as two day-long stakeholder conferences to identify issues, develop a shared vision, and identify possible unification models. The result from this intensive process was a near unanimous decision by the Unification Committee to move forward with unifying the two departments. After the initial vote to unify, all subsequent votes by the Committee were unanimous. This process led to the new **Public Health Madison and Dane County** agency.

**Land Use Reconciliation Process**. RCI facilitated the work of a specially created workgroup of the Dane County Board charged with working to resolve a land use planning impasse. This workgroup, comprised equally of members of the two "factions" involved in the impasse (a conservative and a liberal faction), met to identify the issues at the heart of the impasse and to recommend strategies for moving forward. RCI conducted interviews with key stakeholders (in addition to the work group members) to assist in identifying the key issues. As a result of the process, the workgroup recommended that a "purchase or transfer of development rights" option be explored as a way forward to address the priorities of both sides.

**Governor's Task Force on Financial Competitiveness**. RCI worked with the Wisconsin Department of Financial Institutions to facilitate a nine-month initiative to examine ways to strengthen Wisconsin's financial competitiveness in an age of financial deregulation and Internet banking. RCI assisted an executive committee of the Task Force to design and manage six day-long meetings of the Task Force. The Task Force was comprised of forty-two members appointed by Governor Thompson and charged by the Governor to (a) identify issues affecting the competitiveness of Wisconsin financial institutions, (b) define the effects of these issues on these institutions, and (c) offer recommendations to the Governor and the Secretary of the Department of Financial Institutions regarding policy initiatives, statutory changes, regulatory enhancements, and the most appropriate role for the Department of Financial Institutions for ensuring financial competitiveness.

The diverse composition of the Task Force included representatives from banks, credit unions, pay-day lenders, the legislature, federal and state financial regulators, the Governor's office, state agencies, educators, and consumer advocates. With many of these groups bringing "positions" to the Task Force that directly conflicted with the positions of other groups on the Task Force (e.g., banks and credit unions, banks/credit unions and the federal/state regulators, pay-day lenders and consumer advocates, and so forth), RCI was able to facilitate a process that led to a shared vision for financial competitiveness in Wisconsin, unanimous agreement of the core values that should govern financial competitiveness in Wisconsin, and unanimous agreement on the final set of recommendations presented to the Governor and the Wisconsin Department of Financial Institutions.

**Tools for Leadership and Learning**     Russell Consulting, Inc.

**Governor's Task Force on Financial Education**. RCI worked with the Wisconsin Department of Financial Institutions to facilitate a nine-month initiative to examine ways to improve the effectiveness and quality of Wisconsin's approach to financial education. RCI assisted an executive committee of the Task Force to design and manage six day-long meetings of the Task Force. The Task Force was comprised of thirty-one members appointed by Governor McCallum and charged by the Governor to (a) Identify the basic financial knowledge and skills which are appropriate and necessary for the successful entry into the marketplace by Wisconsin youth, (b) Catalog existing successful efforts of financial education by state agencies and private/non-agency organizations; (c) Assess the adequacy, nature, and extent of financial and economic education in Wisconsin and determine whether and where gaps exist in the educational infrastructure; (d) Foster communication and collaboration between existing entities and programs in financial education; (e) Identify topics and audiences which could be better served by financial education efforts in Wisconsin; and (f) Suggest ways to meet the needs identified by the Task Force.

The diverse composition of the Task Force included representatives from the banking industry, credit unions, the legislature, the Governor's office, the Department of Public Instruction, public school and university educators, and consumer advocates. With many of these groups bringing "positions" to the Task Force that conflicted with the positions of other groups on the Task Force (e.g., consumer advocates arguing for required curriculum in the schools while legislators and public school representatives not wanting more mandates), RCI was able to facilitate a process that led to a shared vision for financial education in Wisconsin, unanimous agreement on the core values that should govern financial education in Wisconsin, and unanimous agreement on the final set of recommendations presented to the Governor and the Wisconsin Department of Financial Institutions.

## Estimated Costs

RCI estimates the following costs for facilitating this process:





Jeffrey and Linda Russell
1134 Winston Drive
Madison, WI 53711-3161
tel 608.274.4482
www.RussellConsultingInc.com
e-mail: RCI@RussellConsultingInc.com