# EXHIBIT 4

From: Strange, John
Sent: Thursday, April 25, 2019 2:29 PM
To: 'ethan.brodsky@gmail.com' <ethan.brodsky@gmail.com>
Subject: FW: Any new submissions from Edgewood since I last asked?

Ethan,

George Hank asked me to respond to your email regarding their right to appeal.

The general appeal language on the bottom of the standard Notice of Violation is very broad and potentially encompasses many different kinds of appeals for many different kinds of zoning and building code related violations. In this case, Edgewood would be appealing the zoning administrator's interpretation of the CI District Zoning Ordinance and Campus Master Plan. Not appealing that interpretation as it is stated in that particularly Notice within the 15-day window does not necessarily preclude Edgewood from appealing the interpretation of the zoning administrator to the Zoning Board of Appeals. So, in short, their right to appeal the Zoning Administrator's interpretation to the ZBA has not expired. I hope this answers your question.

Best,

John

John W. Strange
Assistant City Attorney
Madison, Wisconsin
608-261-9154


-----Original Message-----
From: 'Ethan Brodsky' <ethan.brodsky@gmail.com>
Sent: Monday, April 15, 2019 9:40 PM
To: Hank, George <GHank@cityofmadison.com>
Subject: RE: Any new submissions from Edgewood since I last asked?

Mr. Hank -

Depending on when the clock started clicking, I believe that either today (Monday, 4/15) or tomorrow (Tuesday, 4/16) marks the end of the 15-day window during which Edgewood was allowed to appeal the notice of zoning violation (CB2019-091-02749) issued on 4/1.

Can you please let me at what time the deadline officially expires?

If the deadline was Monday, then I would like to know if an appeal was submitted.

If the deadline it Tuesday, then I would like to know if they submit one prior to the close of business.

I'd also like to check in with my regular inquiry about whether you have received any submissions of any sort from them since my last inquiry on Friday.

Thanks,

Ethan Brodsky

On Fri, 12 Apr 2019, Hank, George wrote:

> Ethan,
>
> Nothing as of 1:40. Nothing cryptic. Just did not get back to your email.
>
> Have a good weekend,
>
> George
>
> -----Original Message-----
> From: 'Ethan Brodsky' <ethan.brodsky@gmail.com>
> Sent: Friday, April 12, 2019 1:51 PM
> To: Hank, George <GHank@cityofmadison.com>
> Subject: RE: Any new submissions from Edgewood since I last asked?
>
> Mr. Hank -
>
> I'm just checking in to see if you have received anything new from Edgewood in the last couple weeks. Same as before, please.
>
> Thank you,
>
> Ethan
>
> On Mon, 1 Apr 2019, Hank, George wrote:
>
>> Nothing as of 2:00 today.
>>
>> -----Original Message-----
>> From: 'Ethan Brodsky' <ethan.brodsky@gmail.com>
>> Sent: Monday, April 01, 2019 11:23 AM
>> To: Hank, George <GHank@cityofmadison.com>
>> Subject: Any new submissions from Edgewood since I last asked?
>>
>> Just checking in again, as usual.
>>
>> Please let me know,
>>
>> Ethan
>>
>
> --
> <a
> href="https://urldefense.proofpoint.com/v2/url?u=http-3A__homepages.ca
> e.wisc.edu_-7Ebrodskye_&d=DwIBAg&c=byefhD2ZumMFFQYPZBagUCDuBiM9Q9twnxs
> BMOhCgII&r=2ADXTcemZFB2Nz9HdEtWdlCmyaYb_A8HoEchFZ0SkDA&m=2URJnS5tpCuqx
> Uy7KEwcp9jLqd4Vk1hUL9R1opXj--A&s=vqE7AKS2QSxwKdyoWzqoPmgdjyVqJC2ZjDhyx
> hctX2k&e-"> Ethan Brodsky </a>
>

--
<a href="https://urldefense.proofpoint.com/v2/url?u=http-3A__homepages.cae.wisc.edu_-7Ebrodskye_&d=DwIBAg&c=byefhD2ZumMFFQYPZBagUCDuBiM9Q9twmxaBMOhCgII&r=2ADXTcemZFB2Nz9HdEtWdlCmyaYb_A8HoEchFZ0SkDA&m=uS9VWkk3CvFSnqLr7hWtDjgzl_VPA05HRamVqO5FVVw&s=qREMeDmAL
Ethan Brodsky </a>