# EXHIBIT 5

**From:** Parks, Timothy <TParks@cityofmadison.com>
**Sent:** Tuesday, July 30, 2019 9:54 AM CDT
**To:** Althaus, Diane <DAlthaus@cityofmadison.com>
**CC:** Stouder, Heather <HStouder@cityofmadison.com>
**Subject:** FW: Edgewood Letter
**Attachment(s):** "2019-7-29 - Ltr to Mayor & Planning Director re Campus Institutional Zon....pdf","6255edgewoodmstr.pln_TP.doc"

Diane,

███████████ please attach the following letter to the ordinance file, which is from the three Edgewood institutions seeking repeal of the master plan ordinance. Also, I found a couple of minor things in the draft that we should correct if there is still time.

Many thanks!
TIM



**Timothy M. Parks**
Planner
Department of Planning & Community & Economic Development
Planning Division
Madison Municipal Building, Suite 017 (Level Zero "0")
215 Martin Luther King Jr. Blvd.
Madison, Wisconsin 53703
tparks@cityofmadison.com
T: 608.261.9632

**From:** Stouder, Heather
**Sent:** July 29, 2019 4:55 PM
**To:** Parks, Timothy
**Subject:** FW: Edgewood Letter

FYI

**From:** Nathan J. Wautier <nwautier@reinhartlaw.com>
**Sent:** Monday, July 29, 2019 1:56 PM
**To:** Bottari, Mary <MBottari@cityofmadison.com>; Stouder, Heather <HStouder@cityofmadison.com>; May, Michael <MMay@cityofmadison.com>; Tucker, Matthew <MTucker@cityofmadison.com>
**Cc:** 'KRist@foley.com' <KRist@foley.com>; MDLee@foley.com; Noel Sterett <nsterett@daltontomich.com>; Strange, John <JStrange@cityofmadison.com>
**Subject:** Edgewood Letter

Dear Ms. Bottari and Ms. Stouder,

Attached please find a letter from each of the Presidents of the respective Edgewood schools. I will deliver an original of this letter to the Mayor's office this afternoon and understand that the letter, and a draft of the ordinance referenced in the letter, will be placed on the Tuesday, August 6th Common Council Agenda for introduction by the Mayor.

Please contact me with any questions.

Best regards,

Nathan

**Nathan J. Wautier**
Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street, Suite 700 | Madison, WI 53703
Office: (608) 229-2249 | Cell: (608) 695-8731 | Fax: (608) 229-2100
nwautier@reinhartlaw.com | bio | vCard | reinhartlaw.com
Legal Secretary: Sarah Becker | (608) 229-2235 | sbecker@reinhartlaw.com

**Reinhart**
Attorneys at Law

This e-mail and any attachments may contain privileged or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, distribution, dissemination or action taken in relation to the contents of this e-mail and any of its attachments is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original e-mail and destroy any copies or printouts of this e-mail as well as any attachments. To the extent representations are made herein concerning matters of a client of the firm, be advised that such representations are not those of the client and do not purport to bind them.