# EXHIBIT 6

**From:** Bradley Cantrell <bacantrell@charter.net>
**Sent:** Monday, August 26, 2019 2:16 PM CDT
**To:** Stouder, Heather <HStouder@cityofmadison.com>
**Subject:** RE: August 26, 2019 Plan Commission consent agenda

Yes we had coffee together. She was not a fan of having meetings with staff and the vice chair in attendance. She was also not a fan of me making all the motions. That's fine with me.

Brad

On Aug 26, 2019 12:54 PM, "Stouder, Heather" wrote:

> Brad-
>
> Thank you for checking in on this. I assumed that you and Ledell had spoken about this. At this point, she would prefer to meet briefly with staff alone as Chair. One of us will certainly let you know if that changes.
>
> See you this evening!
>
> Heather
>
> **From:** Bradley Cantrell
> **Sent:** Monday, August 26, 2019 12:42 PM
> **To:** Stouder, Heather
> **Subject:** RE: August 26, 2019 Plan Commission consent agenda
>
> Heather,
>
> I assume I'm not attending any more 4:00 meetings. If you need me to attend one today let me know soon so I can plan my day accordingly. Thanks
>
> Brad
>
> On Aug 26, 2019 8:50 AM, "Stouder, Heather" <HStouder@cityofmadison.com> wrote:
>
>> Good morning, Plan Commissioners-
>>
>> As you may know, we're anticipating a very long Plan Commission meeting this evening. I imagine we'll have opportunities for short breaks, but please prepare accordingly. Thank you very much!
>>
>> Heather
>>
>> **From:** Parks, Timothy
>> **Sent:** Friday, August 23, 2019 5:41 PM
>> **To:** Andrew J Statz <ajstatz2@madison.k12.wi.us>; Brad Cantrell <bacantrell@charter.net>; Eric Sundquist <ewsundquist@gmail.com>; Heck, Patrick <district2@cityofmadison.com>; Jason Hagenow <jshagenow@yahoo.com>; Kathleen Spencer <klanespencer@uwalumni.com>; Ledell Zellers <ledell.zellers@gmail.com>; Lemmer, Lindsay <district3@cityofmadison.com>; Michael Rewey <hiwayman@chorus.net>; Rummel, Marsha <district6@cityofmadison.com>
>> **Cc:** Fey, Nan <NFey@cityofmadison.com>; Stouder, Heather <HStouder@cityofmadison.com>; Firchow, Kevin <KFirchow@cityofmadison.com>; Wells, Chris <CWells@cityofmadison.com>; Prusak, Sydney <SPrusak@cityofmadison.com>; Punt, Colin <CPunt@cityofmadison.com>; Vang, Mai <MVang@cityofmadison.com>; Ethington, Ruth <REthington@cityofmadison.com>; Poole, Jesse <JPoole@cityofmadison.com>; Strange, John <JStrange@cityofmadison.com>
>> **Subject:** August 26, 2019 Plan Commission consent agenda
>>
>> Dear Plan Commission members,
>> At this time, staff recommends that the following public hearing item(s) on Monday night's agenda be **approved** on the consent agenda:
>>
>>> · #6: 6226 N Highlands Avenue
>>>
>>> · #7: 3116 Commercial Avenue
>>>
>>> · #8: 2019 Fisher Street
>>>
>>> · #9: Zoning text amendment re: Alterations for solar energy systems
>>>
>>> · #15: 8549-8557 Elderberry Road
>>
>> Staff recommends that the following public hearing item(s) on Monday night's agenda be **referred**:
>>
>>> · #2: 1224 S Park Street, to September 16, 2019 pending a recommendation by the Urban Design Commission

- #3: 5210 Siggelkow Road, to September 16, 2019 at the request of the applicant

- #11, 12 & 13: Milwaukee Street-Wind Stone Drive projects, to September 16, 2019 pending a recommendation by the Urban Design Commission

Other items of note:

**Edgewood Repeal Comments Reminder:** Item 14 has generated a significant number of public comments related to the request. Due to the volume of comments, copies of those comments have not been provided to the Plan Commission with your printed materials for the meeting. However, all of the comments received may be found under the "Public Comments" attachment in the legislative file (ID 56839). The Commission is encouraged to review those comments in advance of the meeting.

**Equitable Development Paper:** In your packet, you'll find a 27-page document entitled, "Equitable Development in Madison". This will most likely be presented at the October 14 Plan Commission meeting, and we'd like for you to maintain this copy until that time.



If any members have questions about any of the items on the agenda or the other items, please do not hesitate to contact staff prior to the meeting.

Thanks and have a good weekend!

TIM

**Timothy M. Parks**

Planner

Department of Planning & Community & Economic Development

Planning Division

Madison Municipal Building, Suite 017 (Level Zero "0")

215 Martin Luther King Jr. Blvd.

Madison, Wisconsin 53703

tparks@cityofmadison.com

T: 608.261.9632

CITY-DEF-056209