# EXHIBIT 8

**From:** Parks, Timothy <TParks@cityofmadison.com>
**Sent:** Thursday, September 05, 2019 3:47 PM CDT
**To:** Christianson, Eric <EChristianson@cityofmadison.com>
**Subject:** RE: List of Names and Properties for Edgewood Master Plan Retraction; Protest Petition

Eric: I will [redacted] Stay tuned! -TIM



**Timothy M. Parks**
Planner
Department of Planning & Community & Economic Development
Planning Division
Madison Municipal Building, Suite 017 (Level Zero "0")
215 Martin Luther King Jr. Blvd.
Madison, Wisconsin 53703
tparks@cityofmadison.com
T: 608.261.9632

**From:** licensing
**Sent:** September 05, 2019 3:01 PM
**To:** Parks, Timothy
**Subject:** FW: List of Names and Properties for Edgewood Master Plan Retraction; Protest Petition

Hi Tim,

Are you able to answer Brad's question in the original email?

Thanks,

**Nikki Perez, WCMC**
Madison City Clerk's Office
City-County Bldg, Room 103
210 Martin Luther King Jr Blvd
Madison, WI 53703
TEL: (608) 266-4601
Pronouns: she, her, hers

www.cityofmadison.com/clerk
Twitter: @MadisonWIClerk
*"We exist to assist."*


Nikki

**From:** Tucker, Matthew <MTucker@cityofmadison.com>
**Sent:** Thursday, September 5, 2019 2:51 PM
**To:** licensing <licensing@cityofmadison.com>
**Cc:** Parks, Timothy <TParks@cityofmadison.com>
**Subject:** RE: List of Names and Properties for Edgewood Master Plan Retraction; Protest Petition

Not I. Perhaps Tim Parks in Planning?

**From:** licensing
**Sent:** Thursday, September 5, 2019 2:25 PM
**To:** AutoLogon
**Subject:** FW: List of Names and Properties for Edgewood Master Plan Retraction; Protest Petition

Hi Matt,

Are you able to answer Brad's question posted below?

Thanks,

**Nikki Perez, WCMC**
Madison City Clerk's Office
City-County Bldg, Room 103
210 Martin Luther King Jr Blvd
Madison, WI 53703
TEL: (608) 266-4601

Pronouns: she, her, hers

www.cityofmadison.com/clerk
Twitter: @MadisonWIClerk
*"We exist to assist."*

---

**From:** Brad Boyce <ibradboyce@gmail.com>
**Sent:** Thursday, September 5, 2019 2:10 PM
**To:** Clerk <clerk@cityofmadison.com>
**Cc:** Evers, Tag <district13@cityofmadison.com>
**Subject:** List of Names and Properties for Edgewood Master Plan Retraction; Protest Petition

Hello,

On the 26th of August I delivered a protest petition to your office regarding the repeal of Section 28.022-00117 (the Edgewood Master Plan). I see the petition is now posted on Legistar 56839.

I'm wondering if the petition has been certified as meeting the criteria described in Sections 28.182 of the MGO. I realize this might not be your responsibility, if that is the case, then please direct me to the proper individual for my inquiry.

Brad Boyce
938 Woodrow St.
Madison, WI 53711
608 628 8496