# EXHIBIT 9



**From:** Rachel Fields
**Sent:** Wednesday, May 1, 2019 9:24 AM
**To:** Gracie Foxwell; Julia Billingham; Ann Sydnor; Andrew Foxwell; Karen Ling; Marc Gartler; Daryl Sherman; gascoynep@aol.com; Carole Kantor; Susanna Rasmussen; Summer Leeper; Stark, Sandy; Kathleen Engebretsen; Jacob Blasczyk; Jason Bittner; Josh Napravnik; Thomas Huber; Block, Bob; David Leeper; Diamond, Marcia; Tyler Leeper; Debi Leeper; Samuel, Barbara; Bill Barker; Rueckert, Roland; Arsove, Priscilla; patricia finn; Shawn Schey; Evers, Tag; Erickson, Chuck; Crisanti, Charles; Ann Clark; Nettleton, Al; Ellie Feldman; Ben Smithart; Amy Cusick; Heather Marley; Eskrich, Sara; John Paul Croake; Tag Evers; Diego Saenz; Albert, Jane; Marie Trest; Tracy Lewis; Lisa Grueneberg; David Hoffert
**Subject:** Re: DMNA May Council Meeting -- Agenda Items and Committee Reports Needed

Hi everyone,

I wanted to add one extra document to the agenda, which hopefully you'll have a chance to review before tonight's meeting. This document, given to us at last night's working group meeting, outlines Edgewood High School's current plans for upgrading its athletic field. Page 1 details the reasons they pursued the upgrade; page 2 is their initial plan to pursue a Master Plan amendment; page 3 is the revised and current plan; and page 4 is their answers to questions submitted by our working group.

This document will go out to the neighborhood tomorrow along with the notes from last night's meeting, to avoid cluttering up inboxes with multiple DMNA alerts, but you can feel free to share it with other neighbors not on this list if you'd like. I'll print out copies for tonight as well.

Thanks,
Rachel

On Mon, Apr 29, 2019 at 8:22 PM Rachel Fields <fieldsrac@gmail.com> wrote:
> Hello all,
>
> Attached, please find the agenda for Wednesday's meeting and minutes from the April Council meeting and Annual Meeting. We will be in the library again this month. Let me know if you have any questions in advance.
>
> Thanks,
> Rachel
>
> On Tue, Apr 23, 2019 at 1:50 PM Rachel Fields <fieldsrac@gmail.com> wrote:
>> Hi everyone,
>>
>> The next DMNA Council meeting will be on Wednesday, May 1 at 6:45 PM in the Wingra School library.
>>
>> **Committee chairs, please send me your agenda items and reports no later than the end of the day on Sunday, April 28, so that I can compile and distribute the agenda.**
>>
>> Thanks!
>> Rachel