# EXHIBIT 10

**From:** Stouder, Heather <HStouder@cityofmadison.com>
**Sent:** Friday, October 19, 2018 2:03 PM CDT
**To:** Tucker, Matthew <MTucker@cityofmadison.com>
**Subject:** FW: Form submission from: Contact the Mayor

Matt-
Do you know the date ranges for these, by chance?

--------------------------
Also, I would like to do an open records search of
the two previous submissions and subsequent rejections by the City of a 1200
seat stadium with light and amplified sound at Edgewood
--------------------------

Thanks!

Heather
-----Original Message-----
From: Ragland, Enis
Sent: Thursday, October 18, 2018 10:38 AM
To: Stouder, Heather <HStouder@cityofmadison.com>; Tucker, Matthew <MTucker@cityofmadison.com>
Cc: Stevens, Nicole <NStevens@cityofmadison.com>
Subject: FW: Form submission from: Contact the Mayor

Hi Heather and Matt.

Please see the open records request below and provide it to me. I will respond to that and her question about the decision being postponed until a new alder is elected together.

Thanks,

Enis



>
> -----Original Message-----
> From: Stevens, Nicole
> Sent: Thursday, October 18, 2018 9:33 AM
> To: Ragland, Enis <ERagland@cityofmadison.com>
> Subject: FW: Form submission from: Contact the Mayor
>
> See below.
>
>
> -----Original Message-----
> From: noreply@cityofmadison.com <noreply@cityofmadison.com> On Behalf Of Webadmin
> Sent: Wednesday, October 17, 2018 11:40 PM
> To: Mayor <Mayor@cityofmadison.com>

```
> Subject: Form submission from: Contact the Mayor
>
> Submitted on Wednesday, October 17, 2018 - 11:39pm Submitted by user: Anonymous
>
>
> Name: Barbara Erlenborn
> Address: 2316 WEST LAWN AVE, MADISON, WI, 53711 Home Phone: (608) 233-0513 Work Phone:
> Email: bjerlenb@wisc.edu
> Message: Hello Paul, So sorry to trouble you...you have been a good friend and listener in the past.
As you are aware, in District 13, the Edgewood Athletic Stadium is coming before the City (again). A
meeting of concerned neighbors, Edgewood reps and City reps was held last night.  It was a thoughtful
meeting and many views (many conflicting) were expressed.  A concern I have, is that District 13 does not
have an elected alder, one who lives in the Dudgeon/Monroe/Vilas area -- as  we did have with Ken Golden
> when the Edgewood Master Plan was created ...maybe 10 years ago.   Is there
> some way to put a pause on the enlarged Edgewood Stadium proposal until we
> have an elected alder?   Also, I would like to do an open records search of
> the two previous submissions and subsequent rejections by the City of a 1200
> seat stadium with light and amplified sound at Edgewood.   Can you tell me
> how to go about an open records request?    Your Honor,  I am truly saddened
> that we have this dissension in the neighborhood (again).    Barbara
> Erlenborn.    P.S.  hope you change your mind and run for mayor again...you
> are very good at managing our beautiful city.  Barbara Erlenborn
>
>
> The results of this submission may be viewed at:
> https://www.cityofmadison.com/node/29523/submission/37544
>
```