# EXHIBIT 11



**From:** Lisa Speckhard Pasque
**Sent:** Monday, June 17, 2019 1:58 PM
**To:** AutoLogon
**Subject:** RE: Question about Edgewood zoning appeal

Hi! Here are the questions via email in case it's easier to answer that way, but I will be in my office until about 4:30 today!

- Can you briefly explain how you became aware of this violation?
- Questions about the Campus-Intuitional District
- Was Edgewood required to submit a master plan due to this zoning?
    - What's the difference between primary and secondary use under this zoning?
    - Edgewood is claiming that because outdoor stadium use etc. is listed as a secondary use, they can use their property for that purpose "without seeking a permit or other approval" – is that correct?
- Do you know when this will appear before the zoning board?
- What happens if the appeal fails? If it succeeds?
- Do you know the status of Edgewood's attempt to get lighting and sound permits for their field?

Thanks!

**Lisa Speckhard Pasque** / Metro Reporter
1901 Fish Hatchery Road • Madison, WI 53713
Office: 608-252-6472 • Mobile: 612-356-9434
Twitter: @lisaspasque

**Ci THE CAP TIMES**

**From:** Lisa Speckhard Pasque
**Sent:** Monday, June 17, 2019 10:55 AM
**To:** 'Tucker, Matthew' <MTucker@cityofmadison.com>
**Subject:** RE: Question about Edgewood zoning appeal

Thanks, and that would be great! I should be near my phone all afternoon, with the exception of 12-1 p.m. Could you also send me a copy of the notices of violation you sent Edgewood?

**Lisa Speckhard Pasque** / Metro Reporter
1901 Fish Hatchery Road • Madison, WI 53713
Office: 608-252-6472 • Mobile: 612-356-9434
Twitter: @lisaspasque

**Ci THE CAP TIMES**

**From:** Tucker, Matthew [mailto:MTucker@cityofmadison.com]
**Sent:** Monday, June 17, 2019 10:10 AM
**To:** Lisa Speckhard Pasque <LSpeckhardPasque@madison.com>
**Subject:** RE: Question about Edgewood zoning appeal

Hi Lisa- Attached is a copy of the appeal. I will try to give you a call later today. Matt Tucker

**From:** Lisa Speckhard Pasque <LSpeckhardPasque@madison.com>
**Sent:** Monday, June 17, 2019 10:04 AM
**To:** AutoLogon
**Subject:** Question about Edgewood zoning appeal

Hello,

My name is Lisa Pasque and I'm a reporter with the CapTimes. I have a copy of Edgewood's Appeal Application for the Zoning Board of appeals, and would love to ask you a few questions about it. I'm also wondering if you could send me a copy of the

application submitted to the city, so I can make sure my copy isn't missing anything.

I'm around all day if you have a chance to give me a call at 608-252-6472. Let me know! Thanks,

**Lisa Speckhard Pasque** / Metro Reporter
1901 Fish Hatchery Road • Madison, WI 53713
Office: 608-252-6472 • Mobile: 612-356-9434
Twitter: @lisaspasque

**Cti THE CAP TIMES**