# EXHIBIT 12

**From:** Tucker, Matthew <MTucker@cityofmadison.com>
**Sent:** Friday, October 19, 2018 2:54 PM CDT
**To:** Stouder, Heather <HStouder@cityofmadison.com>
**Subject:** RE: Form submission from: Contact the Mayor

I have no idea. Nothing in my time here. I heard this claim at the meeting Wednesday (Barbara was also there) and this was the first I had heard of such a claim. My guess is there might be reference to this issue in the non-binding master plan from years ago (not adopted by the City). There might be a MOU or something also in that file.

There was a planning file somewhere. Ruth might know. Bill Roberts was the keeper of the file when he was here. It was passed (or left) to the planner who sat in his cube... was that you? MT

-----Original Message-----
From: Stouder, Heather
Sent: Friday, October 19, 2018 2:04 PM
To: AutoLogon
Subject: FW: Form submission from: Contact the Mayor

Matt-
Do you know the date ranges for these, by chance?

--------------------------
Also, I would like to do an open records search of the two previous submissions and subsequent rejections by the City of a 1200 seat stadium with light and amplified sound at Edgewood
--------------------------

Thanks!

Heather
-----Original Message-----
From: Ragland, Enis
Sent: Thursday, October 18, 2018 10:38 AM
To: Stouder, Heather <HStouder@cityofmadison.com>; Tucker, Matthew <MTucker@cityofmadison.com>
Cc: Stevens, Nicole <NStevens@cityofmadison.com>
Subject: FW: Form submission from: Contact the Mayor

Hi Heather and Matt.

Please see the open records request below and provide it to me. I will respond to that and her question about the decision being postponed until a new alder is elected together.

Thanks,

Enis



>

```
> -----Original Message-----
> From: Stevens, Nicole
> Sent: Thursday, October 18, 2018 9:33 AM
> To: Ragland, Enis <ERagland@cityofmadison.com>
> Subject: FW: Form submission from: Contact the Mayor
>
> See below.
>
>
> -----Original Message-----
> From: noreply@cityofmadison.com <noreply@cityofmadison.com> On Behalf
> Of Webadmin
> Sent: Wednesday, October 17, 2018 11:40 PM
> To: Mayor <Mayor@cityofmadison.com>
> Subject: Form submission from: Contact the Mayor
>
> Submitted on Wednesday, October 17, 2018 - 11:39pm Submitted by user:
> Anonymous
>
>
> Name: Barbara Erlenborn
> Address: 2316 WEST LAWN AVE, MADISON, WI, 53711 Home Phone: (608) 233-0513 Work Phone:
> Email: bjerlenb@wisc.edu
> Message: Hello Paul, So sorry to trouble you...you have been a good friend and listener in the past.
As you are aware, in District 13, the Edgewood Athletic Stadium is coming before the City (again). A
meeting of concerned neighbors, Edgewood reps and City reps was held last night.  It was a thoughtful
meeting and many views (many conflicting) were expressed.  A concern I have, is that District 13 does not
have an elected alder, one who lives in the Dudgeon/Monroe/Vilas area -- as  we did have with Ken Golden
> when the Edgewood Master Plan was created ...maybe 10 years ago.  Is there
> some way to put a pause on the enlarged Edgewood Stadium proposal until we
> have an elected alder?  Also, I would like to do an open records search of
> the two previous submissions and subsequent rejections by the City of a 1200
> seat stadium with light and amplified sound at Edgewood.  Can you tell me
> how to go about an open records request?  Your Honor, I am truly saddened
> that we have this dissension in the neighborhood (again).   Barbara
> Erlenborn.   P.S.  hope you change your mind and run for mayor again...you
> are very good at managing our beautiful city.  Barbara Erlenborn
>
>
> The results of this submission may be viewed at:
> https://www.cityofmadison.com/node/29523/submission/37544
>
```