IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDGEWOOD HIGH SCHOOL OF THE
SACRED HEART, INC.,

    Plaintiff,

v.

CITY OF MADISON, WISCONSIN,
CITY OF MADISON ZONING BOARD
OF APPEALS, CITY OF MADISON
PLAN COMMISSION, CITY OF
MADISON COMMON COUNCIL,
ZONING ADMINISTRATOR
MATTHEW TUCKER, DIRECTOR
GEORGE HANK, and ALDER TAG
EVERS,

    Defendants.

Case No.  21-cv-118-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants City of Madison, Wisconsin, City of Madison Zoning Board of Appeals, City of Madison Plan Commission, City of Madison Common Council, Zoning Administrator Matthew Tucker, Director George Hank, and Alder Tag Evers and against plaintiff Edgewood High School of the Sacred Heart, Inc. dismissing this case.

| | |
|---|---|
| s/ A. Dean, Deputy Clerk | 01/03/2023 |
| Joel Turner, Clerk of Court | Date |