## Exhibit A
### Fees for Witness (continued)

**Edgewood High School of the Sacred Heart, Inc. v. City of Madison, et al**
**Case No. 21-cv-118-wmc**

| Name, City & State of Residence | Witness Fees (continued) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Attendance | | Subsistence | | Mileage | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Custodian of Records, Irwin A. and Robert D. Goodman Foundation  Madison, WI | 1 | 40.00 | | | 12 | 7.50 | 47.50 |
| Custodian of Records, Rettler Corporation  Stevens Point, WI | 1 | 40.00 | | | 220 | 137.50 | 177.50 |
| | | | | | | Subtotal | 225.00 |
| | | | | | | Total from Page 2 of Bill of Costs | 293.70 |
| | | | | | | TOTAL | $518.70 |