## Exhibit B

**Fees for service of summons and subponea**

**Edgewood High School of the Sacred Heart, Inc. v. City of Madison, et al**
**Case No. 21-cv-118-wmc**

| Date | Description | Total | |
|---|---|---|---|
| 7/14/2022 | Vendor: Dane County Civil Process, LLC; Invoice#: 73384632 - Fee for service of subpoenas | $ | 220.00 |
| 7/20/2022 | Vendor: Bright Line Investigations; Invoice#: 07202022-0032 - Process server fee for service of subpoena on Rettler Corporation | $ | 93.00 |
| 7/30/2022 | Vendor: Dane County Civil Process, LLC; Invoice#: 7415298 - Fee for Service of Subpoena on Susan VanderSanden | $ | 55.00 |
| 7/30/2022 | Vendor: Dane County Civil Process, LLC; Invoice#: 7415308 - Fee for service of subpoena of Maggie Balistreri-Clark | $ | 55.00 |
| **Total Costs** | | **$** | **423.00** |

**Dane County Civil Process, LLC**
345 W Washington Ave Suite 329
Madison, WI 53703

INVOICE: 7338463
Issued:  Jul 14, 2022

**Boardman & Clark**
Jane Ames
1 S. Pinckney St., Ste. 410 PO Box 927
Madison, WI 53701-0927

PAY TO:
**Dane County Civil Process, LLC**
345 W Washington Ave Suite 329
Madison, WI 53703

| Case: | 3:21-CV-118 | Plaintiff / Petitioner: | Edgewood High School of the Sacred Heart, Inc. |
| Job: | 7338463 | Defendant / Respondent: | City of Madison, et al |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| ZONE - METRO | Vandewalle & Associates, Inc. | $55.00 | 1 | $55.00 |
| ZONE - METRO | Potterson Lawson, Inc. | $55.00 | 1 | $55.00 |
| ZONE - METRO | Wood Communications Group, Inc. | $55.00 | 1 | $55.00 |
| ZONE - METRO | Irwin A. and Robert D. Goodman Foundation, Inc. | $55.00 | 1 | $55.00 |

Thanks for choosing Dane County Civil Process, LLC. You may pay your invoice online! Simply visit our website at www.danecountycivilprocess.com and use the Paypal link located at the bottom of the page.

Total: $220.00
Amount Paid: ($0.00)
**Balance Due: $220.00**

Dane County Civil Process, LLC • 345 W Washington Ave Suite 329, Madison, WI 53703

Call: 608-849-6420 • Email: info@danecountycivilprocess.com • Visit: www.danecountycivilprocess.com



# INVOICE

**Bright Line Investigations LLC**
101 Division Street N
Suite 8
Stevens Point, Wisconsin 54481
United States

Phone: 888-407-7380
Fax: 414-937-5787
www.brightlineinvestigations.com

**BILL TO**
**Boardman Clark**
Sarah A. Zylstra
1 South Pinckney Street
Suite 410
Madison, Wisconsin 53703
United States

608-283-1741
szylstra@boardmanclark.com

| | |
|---|---|
| Invoice Number: | 07202022-003 |
| Invoice Date: | July 20, 2022 |
| Payment Due: | August 19, 2022 |
| **Amount Due (USD):** | **$93.00** |

💳 Pay Securely Online

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Process Service**<br>John Kneer / Rettler Corporation<br>Stevens Point, WI<br>Case #3:21-CV-118 | 1 | $75.00 | $75.00 |
| **Fuel Surcharge**<br>John Kneer / Rettler Corporation<br>Stevens Point, WI<br>Case #3:21-CV-118<br>2 Attempts: 07/13 & 07/18/2022 | 2 | $9.00 | $18.00 |

| | |
|---|---|
| **Total:** | **$93.00** |
| **Amount Due (USD):** | **$93.00** |



Pay Securely Online

link.waveapps.com/4stp6n-55pwx2

Please note: All invoices that are past due will incur a $35 late fee or 5% late fee each month, whichever is greater.

**Dane County Civil Process, LLC**
345 W Washington Ave Suite 329
Madison, WI 53703

INVOICE: 7415298
Issued: Jul 30, 2022

**Boardman & Clark**
Jane Ames
1 S. Pinckney St., Ste. 410 PO Box 927
Madison, WI 53701-0927

PAY TO:
**Dane County Civil Process, LLC**
345 W Washington Ave Suite 329
Madison, WI 53703

| Case: | 3:21-CV-118 | Plaintiff / Petitioner: | Edgewood High School of the Sacred Heart, Inc. |
|---|---|---|---|
| Job: | 7415298 | Defendant / Respondent: | City of Madison, et al |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ZONE - METRO | Susan VanderSanden | $55.00 | 1 | $55.00 |

Thanks for choosing Dane County Civil Process, LLC. You may pay your invoice online! Simply visit our website at www.danecountycivilprocess.com and use the Paypal link located at the bottom of the page.

| | |
|---|---|
| Total: | $55.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$55.00** |

Dane County Civil Process, LLC  •  345 W Washington Ave Suite 329, Madison, WI 53703

Call: 608-849-6420  •  Email: info@danecountycivilprocess.com  •  Visit: www.danecountycivilprocess.com

**Dane County Civil Process, LLC**
345 W Washington Ave Suite 329
Madison, WI 53703

**INVOICE:** 7415308
Issued:  Jul 30, 2022

**Boardman & Clark**
Jane Ames
1 S. Pinckney St., Ste. 410 PO Box 927
Madison, WI 53701-0927

PAY TO:
**Dane County Civil Process, LLC**
345 W Washington Ave Suite 329
Madison, WI 53703

| Case: | 3:21-CV-118 | **Plaintiff / Petitioner:** | Edgewood High School of the Sacred Heart, Inc. |
|---|---|---|---|
| Job: | 7415308 | **Defendant / Respondent:** | City of Madison, et al |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ZONE - METRO | Maggie Balistreri-Clarke | $55.00 | 1 | $55.00 |

Thanks for choosing Dane County Civil Process, LLC. You may pay your invoice online! Simply visit our website at www.danecountycivilprocess.com and use the Paypal link located at the bottom of the page.

Total: $55.00
Amount Paid: ($0.00)
**Balance Due: $55.00**

Dane County Civil Process, LLC  ·  345 W Washington Ave Suite 329, Madison, WI 53703

Call: 608-849-6420  ·  Email: info@danecountycivilprocess.com  ·  Visit: www.danecountycivilprocess.com