# Exhibit C

**Fees for printed or electronically recorded trancripts necessaraily obtained for use in the case**

**Edgewood High School of the Sacred Heart, Inc. v. City of Madison, et al**
**Case No. 21-cv-118-wmc**

| Invoice Date | Description | Total |
|---|---|---:|
| 5/10/2022 | VENDOR: Video Concepts, Inc; INVOICE#: 113608; Videographer fee for Michael Elliott deposition on 5/10/2022 | $ 1,089.82 |
| 5/12/2022 | VENDOR: Veritext, LLC; INVOICE#: 5773528; Deposition of George Hank on 4/27/2022 | $ 846.80 |
| 5/12/2022 | VENDOR: Veritext, LLC; INVOICE#: 5774408; Deposition of Tag Evers on 4/28/2022 | $ 1,062.55 |
| 5/13/2022 | VENDOR: Veritext, LLC; INVOICE#: 5777456; Deposition of Matthew Tucker on 4/29/20221 | $ 1,009.75 |
| 5/18/2022 | VENDOR: For the Record, Inc.; INVOICE#: 33751; Video deposition of Michael Elliott on 5/10/2022 | $ 2,071.10 |
| 6/3/2022 | Vendor: For the Record, Inc - Court reporter fee for deposition of Christopher Zwettler on 05/26/22 | $ 1,330.70 |
| 6/16/2022 | Vendor: Veritext, LLC; Invoice#: 5847918; Court reporter fee for deposition of John Strange on 6/1/22 | $ 549.70 |
| 8/17/2022 | Vendor: For the Record, Inc.; Invoice#: 34256 - Court Reporter fee for deposition of Sister Kathleen Phelan on 8/10/22 | $ 683.75 |
| 8/26/2022 | Vendor: Veritext, LLC; Invoice#: 5995909; Court reporter fee for deposition of Tim Parks on 8/16/2022 | $ 452.20 |
| 8/26/2022 | Vendor: For the Record, Inc.; Invoice#: 34301; Depositions of Susan L Vandersanden on 8/17/22 and Maggie Balisteri-Clarke on 8/22/22 | $ 2,031.00 |
| 8/30/2022 | Vendor: Veritext, LLC; Invoice#: 6002528 Depositions of US Madison-Lux, UW-Madison-Nelson and Aaron Williams on 8/18/22 | $ 635.25 |
| 9/14/2022 | Vendor: Veritext, LLC; Invoice#: 6033551; Date: 9/14/2022 - Court reporter fee for deposition of Alan Harper on 8/31/22 | $ 196.70 |
| 9/18/2022 | Vendor: Veritext, LLC; Invoice#: 6036667; Date: 9/18/2022 - Court reporter fee for deposition of Potter Lawson - Doug Hursh on 9/2/22 | $ 682.50 |
| | Total | $ 12,641.82 |

Video Concepts
PO Box 1125
Wautoma, WI 54982

# Invoice

| Date | Invoice # |
|---|---|
| 5/10/2022 | 113608 |

| Bill To |
|---|
| Attorney Sarah Zylstra<br>Boardman Clark<br>PO Box 927<br>Madison, WI 53701-0927 |

Fed ID # 391778096

| Description | Qty | Rate | Amount |
|---|---|---|---|
| First Hour -Videographer (Includes travel, setup, and breakdown) for the 5/10/2022 deposition of Michael Elliott taken in Madison for Case No. 3:21-CV-00118, Edgewood High School of the Sacred Heart, Inc. v. City of Madison, et al.<br>Scheduled start time: 9:00 a.m.<br>End time: 5:50 p.m.<br><br>Files converted to MP4. Link emailed to: szylstra@boardmanclark.com and to james@boardmanclark.com | | 250.00 | 250.00T |
| | 7.83 | 100.00 | 783.00T |

| | | |
|---|---|---|
| **Subtotal** | | $1,033.00 |
| **Sales Tax (5.5%)** | | $56.82 |
| **Total** | | $1,089.82 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $1,089.82 |

| Phone # | E-mail |
|---|---|
| 608-234-2903 | videoconcepts1@outlook.com |

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sarah Zylstra Esq<br>Boardman & Clark LLP<br>1 South Pinckney Street<br>Suite 410<br>Madison, WI, 53701 | | **Invoice #:** | **5773528** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **5/12/2022** |
| | | | **Balance Due:** | **$846.80** |

**Case: Edgewood High School Of The Sacred Heart Inc v. City Of Madison Wisconsin Et Al (3:21cv0018wmc )**  **Proceeding Type: Depositions**

Job #: 5188346   |   Job Date: 4/27/2022   |   Delivery: Normal

Location:            Madison, WI
Billing Atty:        Sarah Zylstra Esq
Scheduling Atty:     Jonathan Ingrisano | Godfrey & Kahn SC

| **Witness: George Hank** | **Amount** |
|---|---|
| Transcript Services | $831.80 |
| Delivery and Handling | $15.00 |

| Notes: | | **Invoice Total:** | **$846.80** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$846.80** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | **Invoice #:** | **5773528** |
|---|---|---|---|
| | | **Invoice Date:** | **5/12/2022** |
| | | **Balance Due:** | **$846.80** |

87321

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sarah Zylstra Esq<br>Boardman & Clark LLP<br>1 South Pinckney Street<br>Suite 410<br>Madison, WI, 53701 | | Invoice #: | 5774408 |
|---|---|---|---|---|
| | | | Invoice Date: | 5/12/2022 |
| | | | Balance Due: | $1,062.55 |

**Case: Edgewood High School Of The Sacred Heart Inc v. City Of Madison Wisconsin Et Al (3:21cv0018wmc )**   **Proceeding Type: Depositions**

Job #: 5188349  |  Job Date: 4/28/2022  |  Delivery: Normal

Location:  Madison, WI
Billing Atty:  Sarah Zylstra Esq
Scheduling Atty:  Jonathan Ingrisano | Godfrey & Kahn SC

| Witness: Tag Evers | Amount |
|---|---|
| Transcript Services | $973.70 |
| Exhibits | $73.85 |
| Delivery and Handling | $15.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,062.55 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,062.55 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5774408 |
|---|---|---|---|
| | | Invoice Date: | 5/12/2022 |
| | | Balance Due: | $1,062.55 |

87321

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sarah Zylstra Esq<br>Boardman & Clark LLP<br>1 South Pinckney Street<br>Suite 410<br>Madison, WI, 53701 |
|---|---|

| | |
|---|---|
| **Invoice #:** | **5777456** |
| **Invoice Date:** | **5/13/2022** |
| **Balance Due:** | **$1,009.75** |

**Case: Edgewood High School of The Sacred Heart, Inc. v. City of Madison Wisconsin, et al. (3:21cv0018wmc )**

**Proceeding Type: Depositions**

Job #: 5188353   |   Job Date: 4/29/2022   |   Delivery: Normal

| Location: | Madison, WI |
|---|---|
| Billing Atty: | Sarah Zylstra Esq |
| Scheduling Atty: | Jonathan Ingrisano | Godfrey & Kahn SC |

| Witness: Matthew Tucker | Amount |
|---|---:|
| Transcript Services | $812.40 |
| Exhibits | $182.35 |
| Delivery and Handling | $15.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$1,009.75** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,009.75** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #:<br>Invoice Date:<br>Balance Due: | **5777456**<br>**5/13/2022**<br>**$1,009.75** |
|---|---|---|---|

87321



| | |
|---|---|
| Invoice No. | 33751 |
| Date | 05/18/2022 |
| Reporter: | Peggy S. Christensen, RPR, CRR |

**Boardman & Clark LLP**  
**Attorney Sarah A. Zylstra**  
**One South Pinckney Street, Suite 410**  
**Madison, WI  53703**

**Edgewood High School of the Sacred Heart, Inc. v.**  
**City of Madison, Wisconsin, et al.**  
**W.D. Wis. Case No. 21-cv-118**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/10/2022 | **VIDEO DEPOSITION OF MICHAEL G. ELLIOTT** | 1,454.25 |
| | Original & PDF Courtesy Copy (Full & Condensed) via E-mail | |
| | NOTE:  A rough draft was emailed to Attorney Zylstra on 5/11/22 | |
| | Attendance of Court Reporter | 270.00 |
| | PDFs of Elliott Exhibits via E-mail | 346.85 |
| | ASCII (.txt) and E-Transcript (.ptx) via E-mail - N/C | |
| | UPS Shipping Included | |
| | Thank you! | |
| | **TOTAL** | **2,071.10** |

Make Check Payable to: For The Record, Inc.

Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 I Madison, WI 53705 I T (608) 833-0392 I (888) 892-0392 I F (608) 833-0682 I office@FTRMadison.com

**www.ftrmadison.com**

Federal ID No. 20-0145264



| | |
|---|---|
| Invoice No. | 33848 |
| Date | 06/03/2022 |
| Reporter: | Peggy S. Christensen, RPR, CRR |

**Boardman & Clark LLP**  
**Attorney Sarah A. Zylstra**  
**One South Pinckney Street, Suite 410**  
**Madison, WI  53703**

**Edgewood High School of the Sacred Heart, Inc. v.**  
**City of Madison, Wisconsin, et al.**  
**W.D. Wis. Case No. 3:21-cv-00118**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26/2022 | DEPOSITION OF CHRISTOPHER J. ZWETTLER | 964.25 |
| | Original & PDF Courtesy Copy (Full & Condensed) via E-mail | |
| | Attendance of Court Reporter | 210.00 |
| | PDFs of Zwettler Exhibits via E-mail | 156.45 |
| | ASCII (.txt) and E-Transcript (.ptx) via E-mail - N/C | |
| | UPS Shipping Included | |
| | Thank you! | |
| | **TOTAL** | **1,330.70** |

Make Check Payable to: For The Record, Inc.

Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 I Madison, WI 53705 I T (608) 833-0392 I (888) 892-0392 I F (608) 833-0682 I office@FTRMadison.com

**www.ftrmadison.com**

Federal ID No. 20-0145264

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sarah Zylstra Esq<br>Boardman & Clark LLP<br>1 South Pinckney Street<br>Suite 410<br>Madison, WI, 53701 | | **Invoice #:** | **5847918** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **6/16/2022** |
| | | | **Balance Due:** | **$549.70** |

**Case: Edgewood High School Of The Sacred Heart, Inc. v. City Of Madison Wisconsin, Et Al. (3:21cv0018wmc)**   **Proceeding Type: Depositions**

Job #: 5244848   |   Job Date: 6/1/2022   |   Delivery: Normal

| Location: | Madison, WI |
|---|---|
| Billing Atty: | Sarah Zylstra Esq |
| Scheduling Atty: | Jonathan Ingrisano | Godfrey & Kahn SC |

| **Witness: John W. Strange** | **Amount** |
|---|---|
| Transcript Services | $524.90 |
| Exhibits | $9.80 |
| Delivery and Handling | $15.00 |

| Notes: | **Invoice Total:** | **$549.70** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$549.70** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | **Invoice #:** | **5847918** |
|---|---|---|---|
| | | **Invoice Date:** | **6/16/2022** |
| | | **Balance Due:** | **$549.70** |

87321



| | | |
|---|---|---|
| | Invoice No. | 34256 |
| | Date | 08/17/2022 |
| | Reporter: | Peggy S. Christensen, RPR, CRR |

**Boardman & Clark LLP**  
**Attorney Sarah A. Zylstra**  
**One South Pinckney Street, Suite 410**  
**Madison, WI  53703**

**Edgewood High School of the Sacred Heart, Inc. v.**  
**City of Madison, Wisconsin, et al.**  
**W.D. Wis. Case No. 21-cv-00118**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/10/2022 | **DEPOSITION OF SISTER KATHLEEN PHELAN** | 546.25 |
| | Original & PDF Courtesy Copy (Full & Condensed) via E-mail | |
| | Attendance of Court Reporter in Madison at Godfrey & Kahn, S.C. | 135.00 |
| | PDF of Phelan Exhibit 116 via E-mail | 2.50 |
| | ASCII (.txt) via E-mail - N/C | |
| | UPS Shipping Included | |
| | Thank you! | |
| | **TOTAL** | 683.75 |

Make Check Payable to: For The Record, Inc.

Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 I Madison, WI 53705 I T (608) 833-0392 I (888) 892-0392 I F (608) 833-0682 I office@FTRMadison.com

**www.ftrmadison.com**

Federal ID No. 20-0145264

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sarah Zylstra Esq<br>Boardman & Clark LLP<br>1 South Pinckney Street<br>Suite 410<br>Madison, WI, 53701 | Invoice #: | **5995909** |
|---|---|---|---|
| | | Invoice Date: | **8/26/2022** |
| | | Balance Due: | **$452.20** |

**Case: Edgewood High School Of The Sacred Heart, Inc. v. City Of Madison Wisconsin, Et Al. (3:21cv0018wmc )**    **Proceeding Type: Depositions**

Job #: 5374695   |   Job Date: 8/16/2022   |   Delivery: Normal

| Location: | Madison, WI |
|---|---|
| Billing Atty: | Sarah Zylstra Esq |
| Scheduling Atty: | Jonathan Ingrisano | Godfrey & Kahn SC |

| **Witness: Tim Parks** | **Amount** |
|---|---|
| Transcript Services | $437.20 |
| Delivery and Handling | $15.00 |

| Notes: | Invoice Total: | $452.20 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $452.20 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | **5995909** |
|---|---|---|---|
| | | Invoice Date: | **8/26/2022** |
| | | Balance Due: | **$452.20** |

87321



| | |
|---|---|
| Invoice No. | 34301 |
| Date | 08/26/2022 |
| Reporter: | Peggy S. Christensen, RPR, CRR |

**Boardman & Clark LLP**  
**Attorney Sarah A. Zylstra**  
**One South Pinckney Street, Suite 410**  
**Madison, WI  53703**

Edgewood High School of the Sacred Heart, Inc. v. City of Madison, Wisconsin, et al.  
W.D. Wis. Case No. 21-cv-118

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17/2022 | DEPOSITION OF SUSAN L. VANDERSANDEN | 351.50 |
| | Original & PDF Courtesy Copy (Full & Condensed) via E-mail | |
| 08/17/2022 | Attendance of Court Reporter in Madison at Boardman & Clark LLP | 105.00 |
| 08/17/2022 | PDFs of VanderSanden Exhibits via E-mail | 17.50 |
| 08/22/2022 | DEPOSITION OF MARGARET "MAGGIE" R. BALISTRERI-CLARKE | 1,216.00 |
| | Original & PDF Courtesy Copy (Full & Condensed) via E-mail | |
| 08/22/2022 | Attendance of Court Reporter in Madison at Boardman & Clark LL) | 255.00 |
| 08/22/2022 | PDFs of Balistreri-Clarke Exhibits via E-mail | 86.00 |
| | ASCIIs (.txt) and E-Transcripts (.ptx) via E-mail - N/C | |
| | Delivery - N/C | |
| | **TOTAL** | **2,031.00** |

Make Check Payable to: For The Record, Inc.

Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 I Madison, WI 53705 I T (608) 833-0392 I (888) 892-0392 I F (608) 833-0682 I office@FTRMadison.com

**www.ftrmadison.com**

Federal ID No. 20-0145264

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sarah Zylstra Esq<br>Boardman & Clark LLP<br>1 South Pinckney Street<br>Suite 410<br>Madison, WI, 53701 | Invoice #: | 6002528 |
|---|---|---|---|
| | | Invoice Date: | 8/30/2022 |
| | | Balance Due: | $635.25 |

**Case: Edgewood High School Of The Sacred Heart, Inc. v. City Of Madison Wisconsin, Et Al. (3:21cv0018wmc )**   **Proceeding Type: Depositions**

Job #: 5374715   |   Job Date: 8/18/2022   |   Delivery: Normal

| Location: | Madison, WI |
|---|---|
| Billing Atty: | Sarah Zylstra Esq |
| Scheduling Atty: | Jonathan Ingrisano | Godfrey & Kahn SC |

| Witness: 30(b)(6) US Madison-Lux | Amount |
|---|---|
| Transcript Services | $179.20 |
| Exhibits | $4.20 |

| Witness: 30(b)(6) UW-Madison-Nelson | Amount |
|---|---|
| Transcript Services | $168.00 |
| Exhibits | $32.20 |

| Witness: Aaron Williams | Amount |
|---|---|
| Transcript Services | $198.80 |
| Exhibits | $17.85 |

| | Amount |
|---|---|
| Transcript Services | $20.00 |
| Delivery and Handling | $15.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $635.25 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $635.25 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 6002528 |
|---|---|---|---|
| | | Invoice Date: | 8/30/2022 |
| | | Balance Due: | $635.25 |

87321

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sarah Zylstra Esq<br>Boardman & Clark LLP<br>1 South Pinckney Street<br>Suite 410<br>Madison, WI, 53701 |
|---|---|

| | |
|---|---|
| **Invoice #:** | **6033551** |
| **Invoice Date:** | **9/14/2022** |
| **Balance Due:** | **$196.70** |

**Case: Edgewood High School Of The Sacred Heart, Inc. v. City Of Madison, Wisconsin, Et Al. (3:21cv0018wmc )**

**Proceeding Type: Depositions**

Job #: 5419461   |   Job Date: 8/31/2022   |   Delivery: Normal

Location:          Madison, WI
Billing Atty:       Sarah Zylstra Esq
Scheduling Atty:   Jonathan Ingrisano | Godfrey & Kahn SC

| Witness: Alan Harper | Amount |
|---|---:|
| Transcript Services | $176.80 |
| Exhibits | $4.90 |
| Hosting & Delivery of Encrypted Files | $15.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$196.70** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$196.70** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
Swift: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **6033551** |
| **Invoice Date:** | **9/14/2022** |
| **Balance Due:** | **$196.70** |

87321

B420220915

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533  Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sarah Zylstra Esq<br>Boardman & Clark LLP<br>1 South Pinckney Street<br>Suite 410<br>Madison, WI, 53701 | | |
|---|---|---|---|
| | | **Invoice #:** | 6036667 |
| | | **Invoice Date:** | 9/18/2022 |
| | | **Balance Due:** | $682.50 |

| Case: Edgewood High School Of The Sacred Heart, Inc. v. City Of Madison Wisconsin, Et Al. (3:21cv0018wmc ) | Proceeding Type: Depositions |
|---|---|

Job #: 5414309  |  Job Date: 9/2/2022  |  Delivery: Normal

Location: Madison, WI
Billing Atty: Sarah Zylstra Esq
Scheduling Atty: Jonathan Ingrisano | Godfrey & Kahn SC

| Witness: Corp Rep Potter Lawson, Inc. - Doug Hursh | Amount |
|---|---|
| Transcript Services | $560.40 |
| Exhibits | $107.10 |
| Hosting & Delivery of Encrypted Files | $15.00 |

| Notes: | Invoice Total: | $682.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $682.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454  **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6036667
**Invoice Date:** 9/18/2022
**Balance Due:** $682.50

Pay by Credit Card: www.veritext.com

87321