UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

EDGEWOOD HIGH SCHOOL OF THE
SACRED HEART, INC.,

        Plaintiff,

v.

CITY OF MADISON, WISCONSIN, CITY OF
MADISON ZONING BOARD OF APPEALS,
CITY OF MADISON PLAN COMMISSION,
and CITY OF MADISON COMMON
COUNCIL,

        Defendants.

Case No.: 3:21-cv-00118-wmc

**PLAINTIFF-APPEALLANT'S DOCKETING STATEMENT**

Plaintiff-Appellant, Edgewood High School of the Sacred Heart, Inc. ("Appellant"), through its attorneys, provide this Docketing Statement in accordance with Circuit Rules 3(c)(1) and 28(a). Appellant is simultaneously filing its Notice of Appeal.

1. **District Court Jurisdiction**. Appellant brought this action under 42 U.S.C. §§ 1983, 1988 and 2000cc. The United States District Court for the Western District of Wisconsin had jurisdiction over this case under 28 U.S.C. §§ 1331, 1343, 2201, 2202 and 1367.

2. **Appellate Jurisdiction**. The United States Court of Appeals for the Seventh Circuit has jurisdiction over this matter under 28 U.S.C. § 1291.

    (i)    The final judgment from which Appellant appeals (Dkt. 106) was entered on January 3, 2023.

    (ii)    There have been no motions for a new trial, to alter the judgment, or other motion claimed to toll the time within which to appeal.

2

   (iii) The notice of appeal is being filed with this Docketing Statement on January 27, 2023.

 3. **Prior or Related Appellate Proceedings**:  There are no prior or related appellate proceedings in the case.

 4. Counsel of Record:  Jonathan R. Ingrisano (full address below) is designated counsel of record for this appeal.

Dated:  January 27, 2023

Respectfully submitted,

GODFREY & KAHN, S.C.

*s/Jonathan R. Ingrisano*
Jonathan R. Ingrisano (SBN 1033977)
Mike B. Wittenwyler (SBN 1025895)
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
Phone: (414) 273-3500
Fax: (414) 273-5198
jingrisa@gklaw.com
mwittenw@gklaw.com

DALTON & TOMICH, PLC

*Noel W. Sterett (IL 6292008)
401 W. State St., Suite 509
Rockford, IL 61101
Phone: (815) 986-8050
Fax: (313) 859-8888
nsterett@daltontomich.com
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

28704611.1