UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

EDGEWOOD HIGH SCHOOL OF THE
SACRED HEART, INC.,

        Plaintiff,

v.

CITY OF MADISON, WISCONSIN, CITY OF
MADISON ZONING BOARD OF APPEALS,
CITY OF MADISON PLAN COMMISSION,
and CITY OF MADISON COMMON
COUNCIL,

        Defendants.

Case No.: 3:21-cv-00118-wmc

## NOTICE OF APPEAL

Edgewood High School of the Scared Heart, Inc., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on January 3, 2023 (Dkt. 106) and from all previous adverse final or non-final orders, including but not limited to the order granting summary judgment entered on December 30, 2022 (Dkt. 105).

Dated:  January 27, 2023

Respectfully submitted,

GODFREY & KAHN, S.C.

*s/Jonathan R. Ingrisano*
Jonathan R. Ingrisano (SBN 1033977)
Mike B. Wittenwyler (SBN 1025895)
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
Phone: (414) 273-3500
Fax: (414) 273-5198
jingrisa@gklaw.com
mwittenw@gklaw.com

DALTON & TOMICH, PLC

*Noel W. Sterett (IL 6292008)

401 W. State St., Suite 509
Rockford, IL 61101
Phone: (815) 986-8050
Fax: (313) 859-8888
nsterett@daltontomich.com
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

28682003.1