UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

EDGEWOOD HIGH SCHOOL OF THE
SACRED HEART, INC.,

          Plaintiff,

v.                                 Case No.: 3:21-cv-00118-wmc

CITY OF MADISON, WISCONSIN, *et al*.

          Defendants.

## PLAINTIFF'S REPLY IN SUPPORT OF OBJECTIONS TO DEFENDANTS' BILL OF COSTS

    Plaintiff Edgewood High School of the Scared Heart, Inc. ("EHS"), stands on its objections and declines further reply except to note that the City's selective recitation of Mr. Elliott's testimony. Mr. Elliott testified that "I will always have a home, I think, in Dane County." (Elliott Dep. at 18:14-19.) Before or after deposition, the City had no reason to believe that Mr. Elliott would become unavailable after his retirement from the President's role at EHS.

    In the event the Court denies the Plaintiff's objections and EHS subsequently prevails after appeal, the City should be deemed to have waived similar such objections to EHS's Bill of Costs.

Dated: February 6, 2023                          Respectfully submitted,

                                                      GODFREY & KAHN, S.C.

                                                      *s/Jonathan R. Ingrisano*
                                                      Mike B. Wittenwyler (SBN 1025895)
                                                      Jonathan R. Ingrisano (SBN 1033977)

833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
Phone: (414) 273-3500
Fax: (414) 273-5198
mwittenw@gklaw.com
jingrisa@gklaw.com

DALTON & TOMICH, PLC

*Noel W. Sterett (IL 6292008)
401 W. State St., Suite 509
Rockford, IL 61101
Phone: (815) 986-8050
Fax: (313) 859-8888
nsterett@daltontomich.com
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

28761336.1